McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Tel 757.640.3700
Fax 757.640.3701
www.mcguirewoods.com

Benjamin L. Hatch
Direct: 757.640.3731

bhatch@mcguirewoods.com
Fax: 757.640.3947

**McGUIREWOODS**

October 4, 2018

Fernando Galindo, Clerk
Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510

      Re:    CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY
            v.
            NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, JERRY HALL, THOMAS HURLBUT, PHILIP MERILLI, and CANNON MOSS

Dear Mr. Galindo:

      Attached to this Complaint are proposed summons forms for the corporate defendants, Norfolk Southern Railway Company and Norfolk & Portsmouth Beltline Railroad Company. As to the individual defendants, Jerry Hall, Thomas Hurlbut, Philip Merilli, and Cannon Moss, Plaintiff intends to seek a waiver of service of process, and will file proposed summons if unable to obtain waivers.

      Thank you for your assistance.

                            Sincerely,

                            Benjamin L. Hatch

BLH/mgm

Enc.

108054056_1

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C. | Wilmington, NC