IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                     Civil Action No. 2:18-cv-00530-RAJ-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, NORFOLK & PORTSMOUTH
BELT LINE RAILROAD COMPANY,
JERRY HALL, THOMAS HURLBUT,
PHILIP MERILLI, and CANNON MOSS,

      Defendants.

_____/

**RULE 7.1 DISCLOSURE STATEMENT BY
<u>PLAINTIFF CSX TRANSPORTATION, INC.</u>**

      Plaintiff CSX Transportation, Inc. ("CSXT"), by counsel and pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of this Court, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, files this Disclosure Statement and certifies that the following are parents, trusts, subsidiaries, and/or affiliates of CSXT that have issued shares or debt securities to the public or that own ten percent or more of CSXT's stock:

      **CSXT's parent is CSX Corporation, a publicly traded company.**

      **The following are subsidiaries of CSXT with shares issued to outside shareholders: Allegheny and Western Railway Company, Baltimore & Cumberland Valley Railroad Extension Company, Central Railroad Company of South Carolina, Dayton & Michigan Railroad Company, and Home Avenue Railroad Company.**

1

CSXT reserves the right to supplement this Disclosure Statement as appropriate.

Dated:  October 5, 2018                          Respectfully submitted,

**CSX TRANSPORTATION, INC.**

*By Counsel*

       /s/
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
E. Rebecca Gantt (VSB No. 83180)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
       bhatch@mcguirewoods.com
       rgantt@mcguirewoods.com