IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.    Civil Action No. 2:18-cv-00530

NORFOLK SOUTHERN RAILWAY
COMPANY, NORFOLK & PORTSMOUTH
BELT LINE RAILROAD COMPANY,
JERRY HALL, THOMAS HURLBUT,
PHILIP MERILLI, and CANNON MOSS,

      Defendants.
_____/

## VERIFICATION

I, Steven C. Armbrust, being first duly sworn, depose and state that I am a duly authorized agent of the corporate plaintiff bringing the Complaint filed on October 4, 2018 in this matter, that I have read the Complaint, and that the facts therein are true and correct to the best of my knowledge, information, and belief.

_____
Steven C. Armbrust

Subscribed and sworn to before me
this 5th day of October, 2018.

_____
Notary Public

JoAnn S. Rinehart
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF246329
Expires 7/1/2019

1