# Harrison Process Service

www.harrisonprocessservice.com

*8449 Norristown Drive, Norfolk, VA 23518*

Office: 757-588-8850, Cell 757-438-3537

## Affidavit of Service

**Plaintiff:** CSX Transportation, Inc. individually & on behalf of Norfolk & Portsmouth Belt Line Railroad Company

**ID No:** 16921

**U.S. District** Eastern

**Defendant:** Norfolk Southern Railway Company, et als.

**Case No:** 2:18cv530
**Return By:**
**Time:**

**Served:** Norfolk Southern Railway Company c/o Registered Agent, Roger A. Peterson
3 Commercial Place
Norfolk    VA    23510

**Writ:** SUMMONS & COMPLAINT WITH ATTACHMENTS

**Attorney/By:** Robert W. McFarland
McGuire Woods, LLP
101 West Main St
Ste 9000
Norfolk    VA 23510

**Phone Number:** 757-640-3716
**Fax Number:** 757-640-3966

**Witness / Defendant:** Norfolk Southern Railway Company c/o Registered Agent, Roger A. Peterson
was served according to law as indicated below:

**PERSONAL SERVICE:** By delivering a copy of the above described process to him / her in person.

Service Date: **10/15/2018**  Time:  **3:05PM**

I,  Katherine E. Harrison  , hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

_____ Signature of Process Server

Commonwealth of Virginia, City of Suffolk            NOTARY

I, the undersigned, a Notary Public in and for the above mentioned jurisdiction, hereby certify that before me appeared the Process Server who, under oath, stated that service was made as stated above. Sworn and subscribed before me on this day: 10/16/2018

_____ Notary Public

**REMARKS**

HEATHER SORRELL
Notary Public
Commonwealth of Virginia
Registration No. 7580536
My Commission Expires 11/30/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, <br><br> *Plaintiff(s)* <br> v. <br> NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, JERRY HALL, THOMAS HURLBUT, PHILIP MERILLI, and CANNON MOSS <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:18cv530 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Norfolk Southern Railway Company
C/O Registered Agent, Roger A. Petersen
Three Commercial Place
Norfolk, VA 23510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
E. Rebecca Gantt (VSB No. 83180)
MCGUIREWOODS LLP
World Trade Center, 101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/5/2018



Digitally signed by Eileen Price
Date: 2018.10.05 09:08:15
-04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18cv530

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: