

# United States District Court
### Eastern District of Virginia
Walter E. Hoffman, U.S. Courthouse
600 Granby Street
Norfolk, Virginia 23510

Chambers of
Raymond A. Jackson
United States District Judge

Telephone (757) 222-7003
Fax (757) 222-7023

## PROCEDURE FOR CIVIL MOTIONS

This case has been assigned to United States District Judge Raymond A. Jackson.

Pursuant to Local Rule 7, a brief shall accompany all motions (unless excepted by the rule). Courtesy copies of briefs are not required unless the filing, including exhibits, exceeds fifty (50) pages.

After all briefs are in, it is incumbent upon counsel for the moving party to confer with opposing counsel and advise the Clerk's Office by "Notice" when a ruling or determination based upon the briefs alone (without oral argument) is desired. See Local Rule 26 for discovery motion procedures. Unless otherwise directed by the District Judge, all discovery issues shall be directed to the Magistrate Judge assigned to the civil action.

Desire for oral argument should be electronically filed with the Clerk's Office. If Judge Jackson determines he will allow oral argument, counsel will be notified by the Judge's courtroom deputy or his judicial assistant and a date and time will be selected.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## NOTICE

### CONSENT TO TRIAL BY MAGISTRATE JUDGE

Pursuant to Federal Rule of Civil Procedure 73 and 28 U.S.C. § 636(c) you may request to have your case conducted before a United States Magistrate Judge upon consent of all parties and approval by a United States District Judge. In order to proceed before a Magistrate Judge, a consent form must be filed with the Clerk's Office. It may be filed jointly or separately. The consent form may be printed from the U.S. District Court website (listed below) or obtained from the Clerk's Office. Please refer to the previously mentioned rule for further information.

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, a financial disclosure statement must be filed by a "nongovernmental corporation, partnership, trust, [or] other similar entity that is a party to, or that appears in, an action or proceeding in this Court." This statement should be filed with the party's "first appearance, pleading, petition, motion, response, or other request addressed to the Court". The financial interest disclosure statement may be printed from the U.S. District Court website (listed below) or obtained from the Clerk's Office. Please refer to the previously mentioned rule for further information. Failure to file the financial interest disclosure statement as required by Local Rule 7.1 will result in this first submission being filed subject to defect by the Clerk.

### WEBSITE AND CLERK'S OFFICES ADDRESSES

The website address for the U.S. District Court for the Eastern District of Virginia is www.vaed.uscourts.gov. If you do not have access to a computer, contact one of the Clerk's Offices listed below to obtain either of these forms:

Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2101

Spottswood W. Robinson III and
Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219
(804) 916-2220

Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510
(757) 222-7201

United States Courthouse
2400 West Avenue
Newport News, VA 23607
(757) 247-0784