IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
**individually and on behalf of**
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

**Plaintiff,**

v.                                                          Civil Action No. 2:18-cv-530-RAJ-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY,**
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY, JERRY HALL,**
**THOMAS HURLBUT, PHILIP MERILLI,**
**and CANNON MOSS,**

**Defendants.**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James L. Chapman, IV, an attorney with the firm of Crenshaw, Ware and Martin, P.L.C., and a member in good standing of the United States District Court for the Eastern District of Virginia and the bar of the Supreme Court of Virginia, will appear as counsel for defendant Norfolk and Portsmouth Belt Line Railroad Company in this matter.

Dated: November 2, 2018             /s/ James L. Chapman, IV
                                    James L. Chapman, IV, VSB No. 21983
                                    CRENSHAW, WARE & MARTIN, P.L.C.
                                    150 W. Main Street, Suite 1500
                                    Norfolk, Virginia 23510
                                    Telephone: (757) 623-3000
                                    Facsimile: (757) 623-5735
                                    jchapman@cwm-law.com
                                    *Attorney for Norfolk and Portsmouth Belt*
                                    *Line Railroad Company*

## **CERTIFICATE OF SERVICE**

      I certify that on this 2nd day of November 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to the following attorneys of record:

> Robert W. McFarland, VSB No. 24021
> Benjamin L. Hatch, VSB No. 70116
> E. Rebecca Gantt, VSB No. 83180
> McGuireWoods LLP
> World Trade Center
> 101 West Main Street, Suite 9000
> Norfolk, Virginia 23510-1655
> Telephone: (757) 640-3716
> Facsimile: (757) 640-3930
> rmcfarland@mcguirewoods.com
> bhatch@mcguirewoods.com
> rgantt@mcguirewoods.com
> *Attorneys for CSX Transportation, Inc.*

      And I further certify that a true and correct copy of the foregoing was delivered via regular and electronic mail (where designated below) to the following:

| | |
|---|---|
| Craig T. Merritt, VSB No. 20281<br>CHRISTIAN & BARTON, LLP<br>909 E. Main St., Suite 1200<br>Richmond, VA  23219<br>Telephone: (804) 697-4128<br>Facsimile: (804) 697-6128<br>cmerritt@cblaw.com<br>*Attorney for Norfolk Southern*<br>*Railway Company* | W. Edgar Spivey, VSB No. 29125<br>Clark J. Belote, VSB No. 87310<br>KAUFMAN & CANOLES, P.C.<br>150 W. Main Street, Suite 2100<br>Norfolk, VA  23510<br>Telephone: (757) 624-3196<br>Facsimile: (888) 360-9092<br>wespivey@kaufcan.com<br>cjbelote@kaufcan.com<br>*Attorney for Cannon Moss* |

                                                                         */s/ James L. Chapman, IV*
                                                 James L. Chapman, IV, VSB No. 21983
                                               CRENSHAW, WARE & MARTIN, P.L.C.
                                               150 W. Main Street, Suite 1500
                                               Norfolk, Virginia 23510
                                               Telephone: (757) 623-3000
                                               Facsimile: (757) 623-5735
                                               jchapman@cwm-law.com
                                               *Attorney for Norfolk and Portsmouth Belt*
                                               *Line Railroad Company*