UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____Norfolk_____ DIVISION

CSX TRANSPORTATION, INC., individually and on behalf of
NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY,

vs.

NORFOLK SOUTHERN RAILWAY COMPANY, et al.

Civil/Criminal Action No. __2:18-cv-530-RAJ-LRL__

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Norfolk and Portsmouth Belt Line Railroad Company__ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
CSX Transportation, Inc. and Norfolk Southern Railway Company

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__November 2, 2018__  
Date

__/s/ James L. Chapman, IV__  
Signature of Attorney or Litigant  
Counsel for  __Norfolk and Portsmouth Belt Line Railroad Company__

Rev 7/14/04