UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.
individually and on behalf of NORFOLK &
PORTSMOUTH BELT LINE RAILROAD
COMPANY

        Plaintiff,

v.                                      Civil Action No. 2:18cv530

NORFOLK SOUTHERN RAILWAY
COMPANY, NORFOLK & PORTSMOUTH
BELT LINE RAILROAD COMPANY,
JERRY HALL, THOMAS HURLBUT,
PHILIP MERILLI, and CANNON MOSS,

        Defendants.

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Michael W. Smith as counsel of record for Defendant

Norfolk Southern Railway Company.

Mr. Smith is admitted to practice in this Court.

Dated: November 2, 2018                      Respectfully submitted,

                                          **NORFOLK SOUTHERN RAILWAY
COMPANY**

                                          By Counsel

/s/ *Michael W. Smith*
Michael W. Smith, VSB No. 01125
msmith@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel: (804) 697-4100
Fax: (804) 697-6112

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November 2018, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

/s/ *Michael W. Smith*
Michael W. Smith, VSB No. 01125
msmith@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel: (804) 697-4100
Fax: (804) 697-6112