IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
**individually and on behalf of**
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

**Plaintiff,**

v.                                                                          Civil Action No. 2:18-cv-530-RAJ-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY,**
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY, JERRY HALL,**
**THOMAS HURLBUT, PHILIP MERILLI,**
**and CANNON MOSS,**

**Defendants.**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Darius K. Davenport, an attorney with the firm of Crenshaw, Ware and Martin, P.L.C., and a member in good standing of the United States District Court for the Eastern District of Virginia and the bar of the Supreme Court of Virginia, will appear as counsel for defendant Norfolk and Portsmouth Belt Line Railroad Company in this matter.

Dated: November 2, 2018                     */s/ Darius K. Davenport*
                                                           Darius K. Davenport, VSB No. 74064
                                                           CRENSHAW, WARE & MARTIN, P.L.C.
                                                           150 W. Main Street, Suite 1500
                                                           Norfolk, Virginia 23510
                                                           Telephone: (757) 623-3000
                                                           Facsimile: (757) 623-5735
                                                           ddavenport@cwm-law.com
                                                           *Attorney for Norfolk and Portsmouth Belt*
                                                           *Line Railroad Company*

**CERTIFICATE OF SERVICE**

        I certify that on this 2nd day of November 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to the following attorneys of record:

Robert W. McFarland, VSB No. 24021
Benjamin L. Hatch, VSB No. 70116
E. Rebecca Gantt, VSB No. 83180
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
rgantt@mcguirewoods.com
*Attorneys for CSX Transportation, Inc.*

Craig T. Merritt, VSB No. 20281
Michael W. Smith, VSB No. 01125
Belinda D. Jones, VSB No. 72169
CHRISTIAN & BARTON, LLP
909 E. Main St., Suite 1200
Richmond, VA  23219
Telephone: (804) 697-4128
Facsimile: (804) 697-6128
cmerritt@cblaw.com
msmith@cblaw.com
bjones@cblaw.com
*Attorney for Norfolk Southern Railway Company*

        And I further certify that a true and correct copy of the foregoing was delivered via regular and electronic mail (where designated below) to the following:

W. Edgar Spivey, VSB No. 29125
Clark J. Belote, VSB No. 87310
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA  23510
Telephone: (757) 624-3196
Facsimile: (888) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com
*Attorney for Cannon Moss*

                    */s/ Darius K. Davenport*
        Darius K. Davenport, VSB No. 74064
        CRENSHAW, WARE & MARTIN, P.L.C.
        150 W. Main Street, Suite 1500
        Norfolk, Virginia 23510
        Telephone: (757) 623-3000
        Facsimile: (757) 623-5735
        ddavenport@cwm-law.com
        *Attorney for Norfolk and Portsmouth Belt Line Railroad Company*