IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
individually and on behalf of
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

Plaintiff,

v.                                                                                    Civil Action No. 2:18-cv-530-RAJ-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY,**
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY, JERRY HALL,**
**THOMAS HURLBUT, PHILIP MERILLI,**
and **CANNON MOSS,**

Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David C. Hartnett, an attorney with the firm of Crenshaw, Ware and Martin, P.L.C., and a member in good standing of the United States District Court for the Eastern District of Virginia and the bar of the Supreme Court of Virginia, will appear as counsel for defendant Norfolk and Portsmouth Belt Line Railroad Company in this matter.

Dated: November 2, 2018                    */s/ David C. Hartnett*
                                                      David C. Hartnett, VSB No. 80452
                                                      CRENSHAW, WARE & MARTIN, P.L.C.
                                                      150 W. Main Street, Suite 1500
                                                      Norfolk, Virginia 23510
                                                      Telephone: (757) 623-3000
                                                      Facsimile: (757) 623-5735
                                                      dhartnett@cwm-law.com
                                                      *Attorney for Norfolk and Portsmouth Belt*
                                                      *Line Railroad Company*

## CERTIFICATE OF SERVICE

      I certify that on this 2nd day of November 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to the following attorneys of record:

| | |
|---|---|
| Robert W. McFarland, VSB No. 24021 | Craig T. Merritt, VSB No. 20281 |
| Benjamin L. Hatch, VSB No. 70116 | Michael W. Smith, VSB No. 01125 |
| E. Rebecca Gantt, VSB No. 83180 | Belinda D. Jones, VSB No. 72169 |
| McGuireWoods LLP | CHRISTIAN & BARTON, LLP |
| World Trade Center | 909 E. Main St., Suite 1200 |
| 101 West Main Street, Suite 9000 | Richmond, VA  23219 |
| Norfolk, Virginia 23510-1655 | Telephone: (804) 697-4128 |
| Telephone: (757) 640-3716 | Facsimile: (804) 697-6128 |
| Facsimile: (757) 640-3930 | cmerritt@cblaw.com |
| rmcfarland@mcguirewoods.com | msmith@cblaw.com |
| bhatch@mcguirewoods.com | bjones@cblaw.com |
| rgantt@mcguirewoods.com | *Attorney for Norfolk Southern* |
| *Attorneys for CSX Transportation, Inc.* | *Railway Company* |

      And I further certify that a true and correct copy of the foregoing was delivered via regular and electronic mail (where designated below) to the following:

W. Edgar Spivey, VSB No. 29125
Clark J. Belote, VSB No. 87310
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA  23510
Telephone: (757) 624-3196
Facsimile: (888) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com
*Attorney for Cannon Moss*

                                                  */s/ David C. Harnett*
                                        David C. Hartnett, VSB No. 80452
                                        CRENSHAW, WARE & MARTIN, P.L.C.
                                        150 W. Main Street, Suite 1500
                                        Norfolk, Virginia 23510
                                        Telephone: (757) 623-3000
                                        Facsimile: (757) 623-5735
                                        dhartnett@cwm-law.com
                                        *Attorney for Norfolk and Portsmouth Belt*
                                        *Line Railroad Company*