# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
**individually and on behalf of**
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

        **Plaintiff,**

v.     Civil Action No. 2:18-cv-530-RAJ-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY,**
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY, JERRY HALL,**
**THOMAS HURLBUT, PHILIP MERILLI,**
**and CANNON MOSS,**

        **Defendants.**

## PROPOSED
## ORDER GRANTING AGREED MOTION FOR
## EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

THIS DAY CAME defendants Norfolk Southern Railway Company, Norfolk and Portsmouth Belt Line Railroad Company, Jerry Hall, Thomas Hurlbut, Philip Merrilli and Cannon Moss (collectively, "Defendants"), by counsel, and plaintiff CSX Transportation, Inc. ("CSXT"), by counsel, upon their consent motion to extend the time to file responsive pleadings to the Complaint and establish a briefing schedule, with Plaintiff CSXT agreeing to the extension and schedule. Upon consideration thereof, and for good cause shown, the Court GRANTS the motion and ORDERS as follows:

    1.    Defendants shall file their responsive pleadings to the Complaint on or before November 27, 2018;

    2.    As necessary, CSXT shall file its responses thereto on or before December 21,

      2018; and

3.     Defendants shall file their replies on or before January 7, 2019.

Entered this \_\_\_\_ day of _____ 2018.

                                                                       United States District Judge

WE ASK FOR THIS:

*/s/ James L. Chapman, IV*

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Darius K. Davenport, VSB No. 74064
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

_____
Craig T. Merritt, VSB No. 20281
CHRISTIAN & BARTON, LLP
909 E. Main St., Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4128
Facsimile: (804) 697-6128
cmerritt@cblaw.com
*Attorney for Norfolk Southern Railway Company*

4

_____
W. Edgar Spivey, VSB No. 29125
Clark J. Belote, VSB No. 87310
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3196
Facsimile: (888) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com
*Attorney for Cannon Moss*

/s/ Robert W. McFarland
_____
Robert W. McFarland, VSB No. 24021
Benjamin L. Hatch, VSB No. 70116
E. Rebecca Gantt, VSB No. 83180
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
rgantt@mcguirewoods.com
*Attorneys for Plaintiff CSX Transportation, Inc.*

_____
Hugh M. Fain, III, VSB No. 26494
M. F. Connell Mullins, Jr., VSB No. 47213
John M. Erbach, VSB No. 76695
SPOTTS FAIN PC
411 E. Franklin St.
Richmond, VA 23219
Telephone: (804) 697-2000
hfain@spottsfain.com
cmullins@spottsfain.com
jerbach@spottsfain.com
*Attorneys for Jerry Hall, Thomas Hurlbut,
and Philip Merilli*