IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 2:18CV530-RAJ-LRL |

**NOTICE OF APPEARANCE**

Please take notice that the following attorney enters his appearance on behalf of Defendants Jerry Hall, Thomas Hurlbut, and Philip Merrilli.

    M. F. Connell Mullins, Jr. (VSB #47213)
    Email: cmullins@spottsfain.com
    SPOTTS FAIN PC
    411 East Franklin Street, Suite 600
    Richmond, Virginia 23219
    Telephone: (804) 697-2069
    Facsimile: (804) 697-2169

    Respectfully submitted,

    JERRY HALL, THOMAS HURLBUT,
    And PHILIP MERRILLI

    By: _____/s/_____
    M. F. Connell Mullins, Jr. (VSB No. 47213)
    Email: cmullins@spottsfain.com
    Spotts Fain PC
    411 East Franklin Street, Suite 600
    Richmond, Virginia 23219
    (804) 697-2000 (Telephone)
    (804) 697-2100 (Facsimile)
    *Counsel for Defendants Jerry Hall, Thomas Hurlbut, and Philip Merrilli*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 2nd day of November, 2018 I will electronically file the foregoing document with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)
*Counsel for Defendants Jerry Hall, Thomas Hurlbut, and Philip Merrilli*