IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION, INC., et al.,   )<br>  )<br>  Plaintiff,   )<br>  )<br>v.   )<br>  )<br>NORFOLK SOUTHERN RAILWAY   )<br>COMPANY, et al.,   )<br>  )<br>  Defendants.   )<br>_____)  | Civil Action No. 2:18CV530-RAJ-LRL |

**NOTICE OF APPEARANCE**

Please take notice that the following attorney enters his appearance on behalf of Defendants Jerry Hall, Thomas Hurlbut, and Philip Merrilli.

>Hugh M. Fain, III (VSB #26494)
>Email: fhain@spottsfain.com
>SPOTTS FAIN PC
>411 East Franklin Street, Suite 600
>Richmond, Virginia 23219
>Telephone: (804) 697-2069
>Facsimile: (804) 697-2169

>Respectfully submitted,

>JERRY HALL, THOMAS HURLBUT,
>And PHILIP MERRILLI

>By: _____/s/_____
>Hugh M. Fain, III (VSB #26494)
>Email: fhain@spottsfain.com
>Spotts Fain PC
>411 East Franklin Street, Suite 600
>Richmond, Virginia 23219
>(804) 697-2000 (Telephone)
>(804) 697-2100 (Facsimile)
>*Counsel for Defendants Jerry Hall, Thomas Hurlbut, and Philip Merrilli*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2018 I will electronically file the foregoing document with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
Hugh M. Fain, III (VSB #26494)
Email: fhain@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)
*Counsel for Defendants Jerry Hall, Thomas Hurlbut, and Philip Merrilli*