IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
individually and on behalf of
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

      **Plaintiff,**

v.                                                                               Civil Action No. 2:18-cv-530-RAJ-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY,**
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY, JERRY HALL,**
**THOMAS HURLBUT, PHILIP MERILLI,**
and **CANNON MOSS,**

      **Defendants.**

## NOTICE OF APPEARANCE

Defendant Cannon Moss, by counsel, files this Notice of Appearance notifying the Court that W. Edgar Spivey of the law firm of Kaufman & Canoles, P.C. shall be serving as counsel for Cannon Moss in this matter.

                                                          **CANNON MOSS**

                                                          By     /s/ *W. Edgar Spivey*
                                                                       Counsel

W. Edgar Spivey (VSB No. 29125)
Clark J. Belote (VSB No. 87310)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(888) 360-9092 Facsimile
Email:  wespivey@kaufcan.com
Email: cjbelote@kaufcan.com
*Counsel for Cannon Moss*

## **CERTIFICATE OF SERVICE**

   I certify that on this 5th day of November, 2018, a true and correct copy of the foregoing was served via Notice of Electronic Filing by filing with the Court's CM/ECF System on:

Robert W. McFarland
Benjamin L. Hatch
E. Rebecca Gantt
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
rgantt@mcguirewoods.com
*Counsel for CSX Transportation, Inc.*

Craig T. Merritt
Michael W. Smith
Belinda D. Jones
CHRISTIAN & BARTON, LLP
909 E. Main St., Suite 1200
Richmond, VA  23219
cmerritt@cblaw.com
msmith@cblaw.com
bjones@cblaw.com
*Counsel for Norfolk Southern Railway Company*

James L. Chapman , IV
Darius Kobi Agyeman Davenport , Sr.
W. Ryan Snow
David Caldwell Hartnett
CRENSHAW WARE & MARTIN PLC
150 West Main St, Suite 1500
Norfolk, VA 23510
Email: jchapman@cwm-law.com
Email: ddavenport@cwm-law.com
Email: wrsnow@cwm-law.com
Email: dhartnett@cwm-law.com
*Counsel for Norfolk & Portsmouth Belt Line Railway Company*

Hugh McCoy Fain, III
M.F. Connell Mullins, Jr.
SPOTTS FAIN PC
411 E Franklin St
PO Box 1555
Richmond, VA 23218-1555
Email: hfain@spottsfain.com
Email: cmullins@spottsfain.com
*Counsel for Jerry Hall, Thomas Hurlbut, and Philip Merrilli*

      /s/ *W. Edgar Spivey*

3

16927473v1