**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION, INC., et al.,  )<br> )<br>    Plaintiff,  )<br> )<br>v.  )<br> )<br>NORFOLK SOUTHERN RAILWAY  )<br>COMPANY, et al.,  )<br> )<br>    Defendants.  )<br>_____ ) | Civil Action No. 2:18CV530-MSD-LRL |

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that the following attorney enters his appearance on behalf of Defendants Jerry Hall, Thomas Hurlbut, and Philip Merrilli.

   John M. Erbach (VSB #76695)
   Email: jerbach@spottsfain.com
   SPOTTS FAIN PC
   411 East Franklin Street, Suite 600
   Richmond, Virginia 23219
   Telephone: (804) 697-2044
   Facsimile: (804) 697-2144

      Respectfully submitted,

      JERRY HALL, THOMAS HURLBUT,
      And PHILIP MERRILLI

      By: _____/s/_____
      John M. Erbach (VSB #76695)
      Email: jerbach@spottsfain.com
      Spotts Fain PC
      411 East Franklin Street, Suite 600
      Richmond, Virginia 23219
      (804) 697-2000 (Telephone)
      (804) 697-2100 (Facsimile)
      *Counsel for Defendants Jerry Hall, Thomas
      Hurlbut, and Philip Merrilli*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of November, 2018 I will electronically file the foregoing document with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
John M. Erbach (VSB #76695)
Email: jerbach@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)
*Counsel for Defendants Jerry Hall, Thomas Hurlbut, and Philip Merrilli*