**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**CSX TRANSPORTATION, INC.,**
**individually and on behalf of NORFOLK &**
**PORTSMOUTH BELT LINE RAILROAD**
**COMPANY,**

          **Plaintiff,**

**v.**                                             **Civil Action No. 2:18cv530**

**NORFOLK SOUTHERN RAILWAY**
**COMPANY, NORFOLK & PORTSMOUTH**
**BELT LINE RAILROAD COMPANY,**
**JERRY HALL, THOMAS HURLBUT,**
**PHILIP MERILLI, and CANNON MOSS,**

          **Defendants.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Samuel Perry Coburn as counsel of record for

Defendant Norfolk Southern Railway Company.

Mr. Coburn is admitted to practice in this Court.


Dated: November 13, 2018                   Respectfully submitted,

                                           **NORFOLK SOUTHERN RAILWAY**
                                           **COMPANY**

                                           By Counsel


  /s/
_____
S. Perry Coburn, VSB No. 78372
pcoburn@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel. (804) 697-4100
Fax (804) 697-6112

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, I will electronically file the foregoing with

the Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to the registered users as identified in the NEF to receive electronic service.


_/s/_____

S. Perry Coburn, VSB No. 78372
pcoburn@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel. (804) 697-4100
Fax (804) 697-6112