## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., )<br>individually and on behalf of NORFOLK )<br>& PORTSMOUTH BELT LINE )<br>RAILROAD COMPANY )<br>)<br>         **Plaintiff,**   )<br>)<br>v.                            )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, et al.           )<br>)<br>         **Defendants.**  ) | Civil Action No.:  2:18cv530 |

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Michael E. Lacy, Esq. and the firm of Troutman Sanders LLP on behalf of Norfolk Southern Railway Company as co-counsel herein for all purposes in this matter.

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ Michael E. Lacy
Michael E. Lacy
Virginia Bar No. 48477
*Counsel for Norfolk Southern Railway Company*
TROUTMAN SANDERS LLP
Post Office Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1326
Fax: (804) 698-6061
Email: michael.lacy@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of November, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Robert W. McFarland, Esq.
Benjamin L. Hatch, Esq.
E. Rebecca Gantt, Esq.
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
rgantt@mcguirewoods.com

*Attorneys for CSX Transportation, Inc.*

James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Darius K. Davenport, Esq.
David C. Hartnett, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com

*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

Craig T. Merritt, Esq.
Michael W. Smith, Esq.
Belinda D. Jones, Esq.
CHRISTIAN & BARTON, LLP
909 E. Main St., Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4128
Facsimile: (804) 697-6128
cmerritt@cblaw.com msmith@cblaw.com
bjones@cblaw.com

*Attorneys for Norfolk Southern Railway Company*

Hugh M. Fain, III, Esq.
M. F. Connell Mullins, Jr., Esq.
John M. Erbach, Esq.
SPOTTS FAIN PC
411 E. Franklin St.
Richmond, VA 23219
Telephone: (804) 697-2000
hfain@spottsfain.com
cmullins@spottsfain.com
jerbach@spottsfain.com

*Attorneys for Jerry Hall, Thomas Hurlbut, and Philip Merilli*

W. Edgar Spivey, Esq.
Clark J. Belote, Esq.
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3196
Facsimile: (888) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com

*Attorney for Cannon Moss*

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Lacy
　　　　　　　　　　　　　　　　　　　　　　　Michael E. Lacy
　　　　　　　　　　　　　　　　　　　　　　　Virginia Bar No. 48477
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Norfolk Southern Railway Company*
　　　　　　　　　　　　　　　　　　　　　　　TROUTMAN SANDERS LLP
　　　　　　　　　　　　　　　　　　　　　　　Post Office Box 1122
　　　　　　　　　　　　　　　　　　　　　　　Richmond, Virginia  23218-1122
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (804) 697-1326
　　　　　　　　　　　　　　　　　　　　　　　Fax: (804) 698-6061
　　　　　　　　　　　　　　　　　　　　　　　Email: michael.lacy@troutmansanders.com

37015312v1