UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., )<br>individually and on behalf of NORFOLK )<br>& PORTSMOUTH BELT LINE )<br>RAILROAD COMPANY, )<br>) | Civil Action No.: 2:18cv530 |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) <br>COMPANY, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**NORFOLK SOUTHERN RAILWAY COMPANY'S**
**MOTION TO DISMISS COUNTS V, VII, VIII, AND IX OF THE COMPLAINT**

For the reasons set forth in the accompanying memorandum of law, defendant Norfolk Southern Railway Company, by counsel, moves this Court to dismiss Counts V, VII, VIII, and IX of the Complaint filed against it, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Norfolk Southern Railway Company requests that this Court dismiss Counts V, VII, VIII, and IX of the Complaint with prejudice for failing to state a cause of action upon which relief can be granted.

Date:  November 27, 2018

Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ Michael E. Lacy
Alan D. Wingfield (VSB 27489)
Michael E. Lacy (VSB 48477)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel:  804-697-1200
Fax:  804-698-6061
 Michael W. Smith (VSB 01125)

Craig T. Merritt (VSB 20281)
Belinda D. Jones (VSB 72169)
S. Perry Coburn (VSB 78372)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel.:  (804) 697-4100
Fax:  (804) 697-4112

*Attorneys for Defendant Norfolk Southern Railway Company*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 27th day of November, 2018, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Robert W. McFarland, Esq.
Benjamin L. Hatch, Esq.
E. Rebecca Gantt, Esq.
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
rgantt@mcguirewoods.com

*Attorneys for CSX Transportation, Inc.*

James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Darius K. Davenport, Esq.
David C. Hartnett, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com

*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

Hugh M. Fain, III, Esq.
M. F. Connell Mullins, Jr., Esq.
John M. Erbach, Esq.
SPOTTS FAIN PC
411 E. Franklin St.
Richmond, VA 23219
Telephone: (804) 697-2000
hfain@spottsfain.com
cmullins@spottsfain.com
jerbach@spottsfain.com

*Attorneys for Jerry Hall, Thomas Hurlbut, and Philip Merilli*

W. Edgar Spivey, Esq.
Clark J. Belote, Esq.
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3196
Facsimile: (888) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com

*Attorney for Cannon Moss*

/s/ Michael E. Lacy
Alan D. Wingfield (VSB 27489)
Michael E. Lacy (VSB 48477)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel: 804-697-1200
Fax: 804-698-6061

37072503v1