IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC., individually
and on behalf of NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD COMPANY,

 Plaintiff,

v.                Civil Action No.  2:18cv530-MSD-LRL

NORFOLK SOUTHERN RAILWAY COMPANY,
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY, JERRY HALL,
THOMAS HURLBUT, PHILIP MERILLI, and
CANNON MOSS,

 Defendants.

**DEFENDANTS' JOINT REQUEST FOR HEARING ON MOTIONS TO DISMISS**

Pursuant to Local Civil Rule 7(E), all Defendants jointly request a hearing to present oral argument on their Motions to Dismiss (D.E. 27-32, 34-35) and have, by counsel, authorized Norfolk and Portsmouth Belt Line Railroad Company to file this joint request.

              NORFOLK AND PORTSMOUTH BELT
              LINE RAILROAD COMPANY

               /s/ James L. Chapman, IV
              James L. Chapman, IV, VSB No. 21983
              W. Ryan Snow, VSB No. 47423
              Darius K. Davenport, VSB No. 74064
              David C. Hartnett, VSB No. 80452
              CRENSHAW, WARE & MARTIN, P.L.C.
              150 W. Main Street, Suite 1500
              Norfolk, Virginia 23510
              Telephone: (757) 623-3000
              Facsimile: (757) 623-5735
              jchapman@cwm-law.com
              wrsnow@cwm-law.com
              ddavenport@cwm-law.com
              *Attorneys for Norfolk and Portsmouth Belt*
              *Line Railroad Company*

## CERTIFICATE OF SERVICE

      I certify that on this 27th day of December 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to the following attorneys of record:

Robert W. McFarland, VSB No. 24021
Benjamin L. Hatch, VSB No. 70116
E. Rebecca Gantt, VSB No. 83180
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
rgantt@mcguirewoods.com
*Attorneys for CSXT Transportation, Inc.*

Craig T. Merritt, VSB No. 20281
Michael W. Smith, VSB No. 01125
Belinda D. Jones, VSB No. 72169
CHRISTIAN & BARTON, LLP
909 E. Main St., Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4128
Facsimile: (804) 697-6128
cmerritt@cblaw.com
msmith@cblaw.com
bjones@cblaw.com
*Attorneys for NS Railway Company*

W. Edgar Spivey, VSB No. 29125
Clark J. Belote, VSB No. 87310
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3196
Facsimile: (888) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com
*Attorneys for Cannon Moss*

Hugh M. Fain, III, VSB No. 26494
M. F. Connell Mullins, Jr., VSB No. 47213
John M. Erbach, VSB No. 76695
SPOTTS FAIN PC
411 E. Franklin St.
Richmond, VA 23219
Telephone: (804) 697-2000
hfain@spottsfain.com
cmullins@spottsfain.com
jerbach@spottsfain.com
*Attorneys for Jerry Hall, Thomas Hurlbut, and Philip Merilli*

Alan D. Wingfield, VSB No.27489
Michael E. Lacy, VSB No. 48477
TROUTMAN SANDERS, LLP
P.O. Box 1122
Richmond, Virginia 23218
Telephone: (804) 697-1326
Fax: (804) 698-6061
michael.lacy@troutmansanders.com
*Attorneys for NS Railway Company*

/s/ *James L. Chapman, IV*
James L. Chapman, IV, VSB 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com