IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                          Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

                                    /

**PLAINTIFF CSX TRANSPORTATION, INC.'S
MOTION TO COMMENCE DISCOVERY**

COMES NOW Plaintiff CSX Transportation, Inc. ("CSXT"), by counsel, and for the reasons stated in the accompanying memorandum in support, requests this Court enter an Order directing that the parties may commence discovery. Because the time periods set forth in Local Civil Rule 16(B) after which a scheduling order shall be entered have elapsed, and because commencing discovery now will further the efficient resolution of this suit, CSXT respectfully requests that this Court enter an order allowing discovery to commence.

Dated: March 22, 2019                        Respectfully submitted,

                                                            **CSX TRANSPORTATION, INC.**
                                                             *By Counsel*
                                                              /**s**/*Robert W. McFarland*
                                                               Robert W. McFarland (VSB No. 24021)
                                                               Benjamin L. Hatch (VSB No. 70116)
                                                              E. Rebecca Gantt (VSB No. 83180)
                                                              McGuireWoods LLP
                                                              World Trade Center
                                                              101 West Main Street, Suite 9000

Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
       bhatch@mcguirewoods.com
       rgantt@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I certify that on this 22nd day of March 2019, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

                                                      */s/Robert W. McFarland*
                                                     Robert W. McFarland