AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| CSX Transportation, Inc., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:18-cv-530 |
| Norfolk Southern Railway Company, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Norfolk Southern Railway Company.

Date: 03/22/2019

/s/
*Attorney's signature*

R. Braxton Hill, IV (VSB 41539)
*Printed name and bar number*

CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
*Address*

bhill@cblaw.com
*E-mail address*

(804) 697-4100
*Telephone number*

(804) 697-4112
*FAX number*