IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
individually and on behalf of
**NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,**

                Plaintiff,

v.                                              Civil Action No. 2:18-cv-530-MSD-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY** *et al.*,

                Defendants.

## NOTICE

Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line"), by counsel, gives notice that, on March 29, 2019, a Decision of the United States Surface Transportation Board (STB), Docket No. FD 36223, was served on the parties to that proceeding. The Decision, a copy of which is attached as Exhibit 1 to this Notice, instituted a proceeding to set trackage rights compensation, granted the petition of CSX Transportation, Inc. to intervene in the proceeding, and ordered the parties to confer and submit a proposed procedural schedule by April 18, 2019. The reason for providing notice to the court of the STB Decision is that it relates to the alternative request of the Belt Line to stay this action during the pendency of the STB proceedings. ECF No. 28, at p. 11.

    Dated: April 1, 2019                          NORFOLK AND PORTSMOUTH
                                                        BELT LINE RAILROAD COMPANY

                                                   By: _____/s/ James L. Chapman, IV_____
                                                          James L. Chapman, IV, VSB No. 21983
                                                          W. Ryan Snow, VSB No. 47423
                                                          Darius K. Davenport, VSB No. 74064

        David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of April 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

        /s/ James L. Chapman, IV
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com