IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

                **Plaintiff,**

v.                                   Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY COMPANY *et al.*,

                **Defendants.**

## NOTICE

Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line"), by counsel, gives notice that, on April 18, 2019, CSX Transportation, Inc. ("CSXT") filed a Petition for Clarification or, if Necessary, Reconsideration, and Request to Hold Proceeding in Abeyance in the pending action before the United States Surface Transportation Board ("STB"), Docket No. FD 36223. The filing, a copy of which is attached as Exhibit 1 to this Notice, requests the STB to clarify and/or reconsider several matters addressed in its March 29, 2019 Decision, previously filed with this Court on April 1, 2019 (D.E. 51-1). The reason for providing notice to the Court of the STB filing is that it relates to the alternative request of the Belt Line to stay this action during the pendency of the STB proceedings. *See* D.E. 28 at 11.

Dated: April 19, 2019                             NORFOLK AND PORTSMOUTH
                                                        BELT LINE RAILROAD COMPANY

                                                        By:     /s/ James L. Chapman, IV
                                                                James L. Chapman, IV, VSB No. 21983
                                                                W. Ryan Snow, VSB No. 47423
                                                                Darius K. Davenport, VSB No. 74064

1

David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

### CERTIFICATE OF SERVICE

  I certify that on this 19th day of April 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

/s/ James L. Chapman, IV
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
