IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
individually and on behalf of
**NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,**

            **Plaintiff,**

v.                                                Civil Action No. 2:18-cv-530-MSD-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY** *et al.*,

            **Defendants.**

## NOTICE

Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line"), by counsel, gives notice that Norfolk Southern Railway Company ("NS") and the Belt Line, on May 8 and 9, 2019, respectively, each separately filed a Reply to the Petition for Clarification or, if Necessary, Reconsideration, and Request to Hold Proceeding in Abeyance submitted by intervenor CSX Transportation, Inc. ("CSXT"), in the trackage rights compensation proceeding initiated by petitioner NS in the pending action before the United States Surface Transportation Board ("STB"), Docket No. FD 36223. The filings are attached as Exhibits 1 and 2 to this Notice. The reason for providing notice to the Court of the STB filings is that they relate to the alternative request of the Belt Line to stay this action during the pendency of the STB proceedings. *See* D.E. 28 at 11.

Dated: May 13, 2019                               NORFOLK AND PORTSMOUTH
                                                          BELT LINE RAILROAD COMPANY

                                                          By:      /s/ James L. Chapman, IV
                                                               James L. Chapman, IV, VSB No. 21983

        W. Ryan Snow, VSB No. 47423
Darius K. Davenport, VSB No. 74064
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of May 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

        /s/ James L. Chapman, IV
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com