IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
individually and on behalf of
**NORFOLK AND PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

       **Plaintiff,**

v.                Civil Action No. 2:18-cv-530-MSD-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY** *et al.*,

       **Defendants.**

## NOTICE

Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line"), by counsel, gives notice that, on July 24, 2019, a Decision of the United States Surface Transportation Board (STB), Docket No. FD 36223, was served on the parties to that proceeding. The Decision, a copy of which is attached as Exhibit 1 to this Notice, holds in abeyance the STB proceeding until this federal court proceeding, including any appeals, is resolved. *See* Ex. 1, p.3. The reason for providing notice to the court of the STB Decision is that it relates to the alternative request of the Belt Line to stay this action during the pendency of the STB proceedings. ECF No. 28, at p. 11.

Dated: July 25, 2019        NORFOLK AND PORTSMOUTH
                 BELT LINE RAILROAD COMPANY

                By:   /s/ James L. Chapman, IV
                 James L. Chapman, IV, VSB No. 21983
                 W. Ryan Snow, VSB No. 47423
                 Darius K. Davenport, VSB No. 74064
                 David C. Hartnett, VSB No. 80452
                 CRENSHAW, WARE & MARTIN, P.L.C.
                 150 W. Main Street, Suite 1500
                 Norfolk, Virginia 23510

Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

**CERTIFICATE OF SERVICE**

I certify that on this 25th day of July 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

/s/ James L. Chapman, IV
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com