**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                                                  Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

_____/

## CONSENT MOTION FOR LEAVE TO WITHDRAW AND MEMORANDUM IN SUPPORT

E. Rebecca Gantt hereby moves this honorable Court, pursuant to Local Civil Rule 83.1(G), to grant leave to withdraw as counsel of record for plaintiff CSX Transportation, Inc. ("CSXT"). Movant's last day at McGuireWoods LLP is Friday, August 16, 2019.  CSXT will continue to be represented by Robert W. McFarland and Benjamin L. Hatch of McGuireWoods, and this withdrawal will cause no prejudice to the parties, which consent to this motion.

WHEREFORE, Ms. Gantt respectfully requests the Court enter the attached order allowing her to withdraw as counsel, and that the Clerk's office remove her name from the list of individuals in receipt of notices via the CM/ECF system.

Dated:  August 15, 2019                      Respectfully submitted,

                                       /s/ *E. Rebecca Gantt*
                                       Robert W. McFarland (VSB No. 24021)
                                       Benjamin L. Hatch (VSB No. 70116)
                                       E. Rebecca Gantt (VSB No. 83180)
                                       MCGUIREWOODS LLP

World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com
           bhatch@mcguirewoods.com
           rgantt@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I certify that on this 15th day of August 2019, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

/s/ *E. Rebecca Gantt*
E. Rebecca Gantt (VSB No. 83180)