IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                                    Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

_____/

## **ORDER**

On the Consent Motion for Leave to Withdraw and Memorandum in Support of E. Rebecca Gantt ("Motion for Withdrawal"), counsel of record for plaintiff CSXT Transportation, Inc. ("CSXT"), upon joint representation of counsel and for good cause shown, it is

ORDERED THAT the Motion for Withdrawal is granted and E. Rebecca Gantt is granted leave to withdraw as counsel for CSXT.  The Clerk is directed to remove E. Rebecca Gantt as counsel of record for CSXT and from the Court's Electronic Notification System for this case.

ENTERED____/___/_____

_____

I ask for this:


/**s**/ *E. Rebecca Gantt*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
E. Rebecca Gantt (VSB No. 83180)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com
           bhatch@mcguirewoods.com
           rgantt@mcguirewoods.com

*Counsel for CSX Transportation, Inc.*

Seen and agreed:

/**s**/ *Craig T. Merritt*
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Belinda D. Jones (VSB No. 72169)
S. Perry Coburn (VSB No. 78372)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel. (804) 697-4100
Fax (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
bjones@cblaw.com
pcoburn@cblaw.com

Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel. (804) 697-1200
Fax (804) 698-6061
alan.wingfield@troutmansanders.com
michael.lacy@troutmansanders.com

Elizabeth S. Flowers (VSB No. 78487)
TROUTMAN SANDERS, LLP

222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Tel. (757) 687-7537
Fax (757) 687-1646
liz.flowers@troutmansanders.com

*Counsel for Norfolk Southern Railway Company*


/**s**/ *James L. Chapman, IV*
James L. Chapman IV, Esq.
W. Ryan Snow, Esq. Darius K. Davenport, Esq.
Crenshaw, Ware & Martin, P.L.C. 150 W. Main St., Ste 1500
Norfolk, Va. 23510
757-623-3000
757-623-5735 Fax
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com

*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*


/**s**/ *Hugh M. Fain III, Esq.*
Hugh M. Fain III, Esq.
M. F. Connell Mullins Jr., Esq.
John M. Erbach, Esq.
Spotts Fain PC
411 E. Franklin St., Ste 600
Richmond, Va. 23219
804-697-2000
804-697-2100 Fax
hfain@spottsfain.com
cmullins@spottsfain.com
jerbach@spottsfain.com

*Counsel for Jerry Hall, Thomas Hurlbut,
 and Philip Merilli*


/**s**/ *W. Edgar Spivey, Esq.*
W. Edgar Spivey, Esq.
Clark J. Belote, Esq.
Kaufman & Canoles, P.C.
150 W. Main St., Ste 2100
Norfolk, VA 23510
757-624-3000

888-360-9092 Fax
wespivey@kaufcan.com
cjbelote@kaufcan.com

*Counsel for Cannon Moss*