IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.            Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY COMPANY *et al.*,

      Defendants.

## NOTICE

Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line"), by counsel, gives notice that, on August 14, 2019, Norfolk Southern Railway Company ("NS") filed a Petition for Reconsideration in the pending action before the United States Surface Transportation Board (STB), Docket No. FD 36223. The Petition is attached as Exhibit 1 to this Notice. The reason for providing notice to the Court of the STB filing is that it relates to the alternative request of the Belt Line to stay this action during the pendency of the STB proceedings. *See* D.E. 28 at 11.

Dated: August 15, 2019      NORFOLK AND PORTSMOUTH
                 BELT LINE RAILROAD COMPANY

              By:  /s/ James L. Chapman, IV
                 James L. Chapman, IV, VSB No. 21983
                 W. Ryan Snow, VSB No. 47423
                 Darius K. Davenport, VSB No. 74064
                 David C. Hartnett, VSB No. 80452
                 CRENSHAW, WARE & MARTIN, P.L.C.
                 150 W. Main Street, Suite 1500
                 Norfolk, Virginia 23510
                 Telephone: (757) 623-3000
                 Facsimile: (757) 623-5735

        jchapman@cwm-law.com
        wrsnow@cwm-law.com
        ddavenport@cwm-law.com
        dhartnett@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of August 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

        /s/ James L. Chapman, IV
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com