IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

                Plaintiff,

v.                                                     Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY COMPANY *et al.*,

                Defendants.

## NOTICE

Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line"), by counsel, gives notice that, on September 3, 2019, CSX Transportation, Inc. ("CSXT") and the Belt Line each filed a Reply to the Petition for Reconsideration filed by Norfolk Southern Railway Company in the trackage rights compensation proceeding pending before the United States Surface Transportation Board (STB), Docket No. FD 36223. The replies are attached as Exhibit 1 (CSXT's Reply) and Exhibit 2 (the Belt Line's Reply) to this Notice. The reason for providing notice to the Court of these STB filings is that it relates to the alternative request of the Belt Line to stay this action during the pendency of the STB proceeding. *See* D.E. 28 at 11.

Dated: September 4, 2019                      NORFOLK AND PORTSMOUTH
                                                               BELT LINE RAILROAD COMPANY

                                                               By:      /s/ James L. Chapman, IV
                                                               James L. Chapman, IV, VSB No. 21983
                                                               W. Ryan Snow, VSB No. 47423
                                                               Darius K. Davenport, VSB No. 74064
                                                               David C. Hartnett, VSB No. 80452
                                                               CRENSHAW, WARE & MARTIN, P.L.C.


        150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of September 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

          /s/ James L. Chapman, IV
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com