UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., )<br>individually and on behalf of NORFOLK )<br>& PORTSMOUTH BELT LINE )<br>RAILROAD COMPANY )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, et al. )<br>)<br>  Defendants. ) | Civil Action No.:  2:18cv530 |

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Kathleen M. Knudsen on behalf of Defendant Norfolk Southern Railway Company as co-counsel herein for all purposes in this matter.

Dated: September 27, 2019

Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

By: /s/ *Kathleen M. Knudsen*
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email:  kathleen.knudsen@troutman.com

*Counsel for Norfolk Southern Railway Company*

40239456v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

/s/ *Kathleen M. Knudsen*
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email:  kathleen.knudsen@troutman.com

40239456v1