**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

       Plaintiff,

v.                           Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

       Defendants.

_____/

## NOTICE OF APPEARANCE

Plaintiff CSX Transportation, Inc. ("CSXT") hereby gives notice to the Court that

**Jeanne E. Noonan**, a member of the bar of this Court and an attorney with the firm of

McGuireWoods LLP, enters an appearance as counsel for the CSXT in the above-captioned

matter.

Dated: October 23, 2019          Respectfully submitted,

                          **CSX Transportation, Inc.**

                          By: */s/Jeanne E. Noonan*
                          Robert W. McFarland (VSB No. 24021)
                          Benjamin L. Hatch (VSB No. 70116)
                          Jeanne E. Noonan (VSB No. 87863)
                          McGuireWoods LLP
                          World Trade Center
                          101 West Main Street, Suite 9000
                          Norfolk, Virginia  23510-1655
                          Telephone: (757) 640-3716
                          Facsimile:  (757) 640-3930
                          E-mail: rmcfarland@mcguirewoods.com
                          E-mail: bhatch@mcguirewoods.com
                          E-mail: jnoonan@mcguirewoods.com

                          *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of October, 2019, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

By: */s/Jeanne E. Noonan*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com

*Counsel for Plaintiff*