# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY,  )))))) | |
| Plaintiff,  )) | |
| v.  )) | Case No. 2:18-cv-00530-MSD |
| NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, JERRY HALL, THOMAS HURLBUT, PHILIP MERILLI, and CANNON MOSS,  ))))))))) | |
| Defendants.  ))) | |

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Monica McCarroll as counsel of record for Defendant Norfolk Southern Railway Company.

Ms. McCarroll is admitted or otherwise authorized to practice in this Court.

Date: October 24, 2019

Respectfully submitted,

/**s**/ *Monica McCarroll*_____
Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
Tel.: 703.592.1154
Fax: 703.230.9859
MMcCarroll@redgravellp.com

Attorney for Norfolk Southern Railway Company

## CERTIFICATE OF SERVICE

1

I hereby certify that on October 24, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

> Respectfully submitted,
>
> /**s**/ *Monica McCarroll*
> Monica McCarroll (VSB No. 45622)
> REDGRAVE LLP
> 14555 Avion Parkway, Suite 275
> Chantilly, Virginia 20151
> Tel.: 703.592.1154
> Fax: 703.230.9859
> MMcCarroll@redgravellp.com