# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., <br> individually and on behalf of NORFOLK <br> & PORTSMOUTH BELT LINE <br> RAILROAD COMPANY <br> <br> **Plaintiff,** <br> <br> v. <br> <br> NORFOLK SOUTHERN RAILWAY <br> COMPANY, et al. <br> <br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> )  Civil Action No.: 2:18cv530 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of John C. Lynch on behalf of Defendant Norfolk Southern Railway Company as co-counsel herein for all purposes in this matter.

Dated: October 24, 2019             Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

By: /s/ *John C. Lynch*
John C. Lynch (VSB No. 39267)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7765
Facsimile: (757) 687-7510
Email:  john.lynch@troutman.com

*Counsel for Norfolk Southern Railway Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

/s/ *John C. Lynch*
John C. Lynch (VSB No. 39267)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7765
Facsimile: (757) 687-7510
Email:  john.lynch@troutman.com

40440153v1