UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
OCT 3 0 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

CSX TRANSPORTATION, INC., individually
and on behalf of NORFOLK & PORTSMOUTH
BELT LINE RAILROAD COMPANY,

    Plaintiff,

v.                                                        Case No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY COMPANY,
NORFOLK & PORTSMOUTH BELT LINE
RAILROAD COMPANY, JERRY HALL, THOMAS
HURLBUT, PHILIP MERILLI, and CANNON MOSS,

    Defendants.

## ORDER

Upon the Consent Motion to Withdraw Counsel filed by Defendant Norfolk Southern Railway Company ("NSR"), upon counsel's representation that all parties have consented to the relief sought by the motion, and for good cause shown, it is

ORDERED that the motion should be and hereby is GRANTED, and the Clerk is hereby directed to remove from its ECF and other distribution lists for this case the law firm of Christian & Barton, L.L.P. and each of its five lawyers who have appeared of record on NSR's behalf.

/s/ 
Mark S. Davis
Chief Judge
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
Oct. 30, 2019

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| /s/ | /s/ |
| Michael W. Smith (VSB No. 01125) | Hugh M. Fain, III (VSB No. 26494) |
| Craig T. Merritt (VSB No. 20281) | M.F. Connell Mullins, Jr. (VSB No. 47213) |
| R. Braxton Hill IV (VSB No. 41539) | John M. Erbach (VSB No. 76695) |
| Belinda D. Jones (VSB No. 72169) | SPOTTS FAIN P.C. |
| S. Perry Coburn (VSB No. 78372) | 411 East Franklin Street |
| CHRISTIAN & BARTON, L.L.P. | Richmond, Virginia 23219 |
| 909 East Main Street, Suite 1200 | Telephone: (804) 697-2000 |
| Richmond, Virginia 23219 | hfain@spottsfain.com |
| Tel. (804) 697-4100 | cmullins@spottsfain.com |
| Fax (804) 697-4112 | jerbach@spottsfain.com |
| msmith@cblaw.com | |
| cmerritt@cblaw.com | *Counsel for Jerry Hall, Thomas Hurlbut,* |
| bhill@cblaw.com | *and Philip Merilli* |
| bjones@cblaw.com | |
| pcoburn@cblaw.com | |

| SEEN AND AGREED: | SEEN AND AGREED: |
|---|---|
| /s/ | /s/ |
| Robert W. McFarland (VSB No. 24021) | James L. Chapman, IV (VSB No. 21983) |
| Benjamin L. Hatch (VSB No. 70116) | W. Ryan Snow (VSB No. 47423) |
| Jeanne E. Noonan (VSB No. 87863) | Darius K. Davenport (VSB No. 74064) |
| MCGUIREWOODS LLP | David C. Hartnett (VSB No. 80452) |
| World Trade Center | CRENSHAW, WARE & MARTIN, P.L.C. |
| 101 West Main Street, Suite 9000 | 150 West Main Street, Suite 1500 |
| Norfolk, Virginia 23510-1655 | Norfolk, Virginia 23510 |
| Telephone: (757) 640-3716 | Telephone: (757) 623-3000 |
| Facsimile: (757) 640-3930 | Facsimile: (757) 623-5735 |
| rmcfarland@mcguirewoods.com | jchapman@cwm-law.com |
| bhatch@mcguirewoods.com | wrsnow@cwm-law.com |
| jnoonan@mcguirewoods.com | |
| | *Counsel for Norfolk & Portsmouth* |
| *Counsel for CSX Transportation, Inc.* | *Belt Line Railroad Company* |

- 3 -

SEEN AND AGREED:

  /s/ _____
W. Edgar Spivey (VSB No. 29125)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3196
Facsimile: (888) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com

*Counsel for Cannon Moss*

2545997