UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY,<br><br>      Plaintiff,<br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, JERRY HALL, THOMAS HURLBUT, PHILIP MERILLI, and CANNON MOSS,<br><br>      Defendants. | Civil Action No. 2:18-cv-00530-MSD |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

Plaintiff CSX Transportation, Inc. ("CSXT"), and Defendants Norfolk Southern Railway Company ("NS"), Norfolk & Portsmouth Belt Line Railroad Company "(NPBL"), Jerry Hall, Thomas Hurlbut, Philip Merilli, and Cannon Moss (collectively, the "Parties"), by counsel, hereby jointly move the Court for entry of the attached Stipulated Order Regarding Discovery of Electronically Stored Information ("ESI"). In support of this Joint Motion, the Parties state as follows:

In accordance with pretrial proceedings and Rules 16 and 26(f) of the Federal Rules of Civil Procedure, the Parties have met and conferred to agree upon an order to handle the disclosure of electronically stored information in discovery ("Proposed Stipulated Order Regarding Discovery of Electronically Stored Information").

As a result, the Parties attach as **Exhibit 1** an electronically endorsed copy of their

Proposed Stipulated Order Regarding Discovery of Electronically Stored Information and request this Court enter that Order in this matter. The entry of the Proposed Stipulated Order Regarding Discovery of Electronically Stored Information will reduce the time, expense and other burdens of discovery of certain electronically stored information.

WHEREFORE, the Parties, by counsel, request that this Court enter the Parties' Proposed Stipulated Order Regarding Discovery of Electronically Stored Information attached as Exhibit 1.

| **CSX TRANSPORTATION, INC.** | **NORFOLK SOUTHERN RAILWAY COMPANY** |
|---|---|
| Date:   November 18, 2019 | Date:   November 18, 2019 |
| By its attorneys, | By its attorneys, |
| /s/ | /s/ |
| Robert W. McFarland (VSB No. 24021) | Alan D. Wingfield (VSB No. 27489) |
| Benjamin L. Hatch (VSB No. 70116) | Michael E. Lacy (VSB No. 48477) |
| Jeanne E. Noonan (VSB No. 87863) | TROUTMAN SANDERS, LLP |
| McGuireWoods LLP | 1001 Haxall Point |
| World Trade Center | Richmond, Virginia 23219 |
| 101 West Main Street, Suite 9000 | Tel:  804-697-1200 |
| Norfolk, Virginia 23510-1655 | Fax:  804-698-6061 |
| Telephone: (757) 640-3716 | Alan.wingfield@troutman.com |
| Facsimile: (757) 640-3930 | Michael.lacy@troutman.com |
| rmcfarland@mcguirewoods.com | |
| bhatch@mcguirewoods.com | John C. Lynch (VSB No. 39267) |
| jnoonan@mcguirewoods.com | Kathleen M. Knudsen (VSB No. 90845) |
| | TROUTMAN SANDERS LLP |
| Attorneys for CSX Transportation, Inc. | 222 Central Park Avenue, Suite 2000 |
| | Virginia Beach, VA  23462 |
| | Telephone: (757) 687-7759 |
| | Facsimile: (757) 687-7510 |
| | john.lynch@troutman.com |
| | liz.flowers@troutman.com |
| | kathleen.knudsen@troutman.com |
| | Monica McCarroll (VSB No. 45622) |
| | REDGRAVE LLP |
| | 14555 Avion Parkway, Suite 275 |

        Chantilly, Virginia 20151
        Telephone: (703) 592-1154
        Facsimile: (703) 230-9859
        Email: MMcCarroll@redgravellp.com

        Attorneys for Norfolk Southern Railway Company

**NORFOLK & PORTSMOUTH**
**BELT LINE RAILROAD COMPANY**

Date:   November 18, 2019

By its attorneys,

 /s/
James L. Chapman, IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Darius K. Davenport (VSB No. 74064)
David C. Hartnett (VSB No. 80452)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law-com

Attorneys for Norfolk and Portsmouth
Belt Line Railroad Company


**CANNON MOSS**

Date:   November 18, 2019

By his attorneys,

 /s/
W. Edgar Spivey (VSB No. 29125)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3196
Facsimile: (888) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com

Attorney for Cannon Moss

**JERRY HALL, THOMAS HURLBUT,**
**and PHILIP MERILLI**

Date:   November 18, 2019

By their attorneys,

 /s/
Hugh M. Fain, III (VSB No. 26494)
M. F. Connell Mullins, Jr. (VSB No. 47213)
John M. Erbach, Esq. (VSB No. 76695)
SPOTTS FAIN PC
411 E. Franklin St.
Richmond, VA 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
hfain@spottsfain.com
cmullins@spottsfain.com
jerbach@spottsfain.com

Attorneys for Jerry Hall, Thomas Hurlbut, and
Philip Merilli

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2019, I caused a true copy of the foregoing document to be filed through the Court's ECF system which will automatically serve a copy upon all counsel of record.

/s/ Michael E. Lacy
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel:  804-697-1200
Fax:  804-698-6061
Alan.wingfield@troutman.com
Michael.lacy@troutman.com

40652706v1