IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.**,
individually and on behalf of
**NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,**

        Plaintiff,

v.                                    Civil Action No. 2:18-cv-530-MSD-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.*,

        Defendants.

## MOTION TO SEAL

Defendant Norfolk and Portsmouth Belt Line Railroad Company, by counsel, pursuant to Local Civil Rule 5 and the Stipulated Protective Order entered on October 29, 2019 (D.E. 79), moves this Court for entry of an Order substantially in the form as **Exhibit 1** hereto permitting the Belt Line to file under seal Exhibit A to the memorandum in support of its motion for partial summary judgment on damages, as well as references to the exhibit in the body of the memorandum in support. Exhibit A is a copy of plaintiff CSX Transportation Inc.'s Rule 26(a)(1) disclosures, which were designated by CSXT as "confidential." Grounds for this Motion are set forth in the accompanying Memorandum in Support.

Accordingly, the Belt Line requests that this Court grant it leave to file a copy of Exhibit A under seal, with such version to remain sealed until further order of the Court.

Dated: January 2, 2020                          NORFOLK AND PORTSMOUTH
                                                                             BELT LINE RAILROAD COMPANY

                                                               By:      */s/ James L. Chapman, IV*

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Darius K. Davenport, VSB No. 74064
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com
*Attorney for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

By: _____*/s/ James L. Chapman, IV*_____
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Attorney for Norfolk and Portsmouth Belt Line Railroad Company*