IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
individually and on behalf of
**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY,**

        Plaintiff,

v.          Civil Action No. 2:18-cv-530-MSD-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.*,

        Defendants.

## NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE THAT Defendant Norfolk and Portsmouth Belt Line Railroad Company, by counsel, pursuant to Local Civil Rule 5 and the Stipulated Protective Order entered on October 29, 2019 (D.E. 79), is moving this Court for leave to file under seal Exhibit A to the memorandum in support of the Belt Line's motion for partial summary judgment on damages, as well as references to the exhibit in body of the memorandum in support.  Exhibit A is a copy of plaintiff CSX Transportation Inc.'s Rule 26(a)(1) disclosures.

This serves as public notice that the Belt Line is moving to file the above documents under seal.  The Belt Line's grounds for seeking leave to file the above documents under seal are set forth in its Motion to Seal and Memorandum in Support.

Dated:  January 2, 2020          **NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD COMPANY**

        By: _____*/s/ James L. Chapman, IV*_____

2

        James L. Chapman, IV, VSB No. 21983
        W. Ryan Snow, VSB No. 47423
        Darius K. Davenport, VSB No. 74064
        David C. Hartnett, VSB No. 80452
        CRENSHAW, WARE & MARTIN, P.L.C.
        150 W. Main Street, Suite 1500
        Norfolk, Virginia 23510
        Telephone: (757) 623-3000
        Facsimile: (757) 623-5735
        jchapman@cwm-law.com
        wrsnow@cwm-law.com
        ddavenport@cwm-law.com
        dhartnett@cwm-law.com
        *Attorney for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

By:     */s/ James L. Chapman, IV*
       James L. Chapman, IV, VSB No. 21983
       CRENSHAW, WARE & MARTIN, P.L.C.
       150 W. Main Street, Suite 1500
       Norfolk, Virginia 23510
       Telephone: (757) 623-3000
       Facsimile: (757) 623-5735
       jchapman@cwm-law.com
       *Attorney for Norfolk and Portsmouth Belt Line Railroad Company*