IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.                        Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*,

        Defendants.

### DEFENDANT NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES

Defendant Norfolk and Portsmouth Belt Line Railroad Company, by counsel, moves for partial summary judgment dismissing all monetary damages asserted by plaintiff CSX Transportation Inc. for failure to disclose any damages computation as required by Rule 26(a)(1)(A)(iii). In support thereof, the Belt Line submits the accompanying memorandum.

Dated: January 2, 2020

                                    **NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

                                    By:    */s/ James L. Chapman, IV*
                                           James L. Chapman, IV, VSB No. 21983
                                           W. Ryan Snow, VSB No. 47423
                                           Darius K. Davenport, VSB No. 74064
                                           David C. Hartnett, VSB No. 80452
                                           CRENSHAW, WARE & MARTIN, P.L.C.
                                           150 W. Main Street, Suite 1500
                                           Norfolk, Virginia 23510
                                           Telephone: (757) 623-3000
                                           Facsimile: (757) 623-5735
                                           jchapman@cwm-law.com
                                           wrsnow@cwm-law.com
                                           ddavenport@cwm-law.com
                                           dhartnett@cwm-law.com

## CERTIFICATE OF SERVICE

      I certify that on this 2nd day of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

      By:    */s/ James L. Chapman, IV*
      James L. Chapman, IV, VSB No. 21983
      CRENSHAW, WARE & MARTIN, P.L.C.
      150 W. Main Street, Suite 1500
      Norfolk, Virginia 23510
      Telephone: (757) 623-3000
      Facsimile: (757) 623-5735
      jchapman@cwm-law.com
      *Attorney for Norfolk and Portsmouth Belt Line Railroad Company*