FILED UNDER SEAL

EXHIBIT A

Plaintiff CSX Transportation's Rule 26(a)(1) Initial Disclosures