# 1:17cv1235, American Type Culture Collection V. Armanino, Llp

US District Court Docket

US District Court for the Eastern District of Virginia -

(Alexandria)

**This case was retrieved on 12/31/2019**

## Header

**Case Number:** 1:17cv1235
**Date Filed:** 10/30/2017
**Assigned To:** District Judge T. S. Ellis, III
**Referred To:** Magistrate Judge Ivan D. Davis
**Nature of Suit:** Other Contract (190)
**Cause:** Diversity-Other Contract
**Lead Docket:** None
**Other Docket:** None
**Jurisdiction:** Diversity

**Class Code:** Closed
**Closed:** 07/12/2018
**Statute:** 28:1332
**Jury Demand:** Plaintiff
**Demand Amount:** $0
**NOS Description:** Other Contract

## Litigants

American Type Culture Collection
"ATCC" |
**Plaintiff**

Armanino, LLP
**Defendant**

## Attorneys

Brandon Hall Elledge
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Holland & Knight LLP (McLean)
1650 Tysons Blvd Suite 1700
Tysons Corner, VA 22102
USA
(703) 720-8015 Fax: 703-720-8610
Email:Brandon.Elledge@hklaw.Com

Timothy James Taylor
ATTORNEY TO BE NOTICED
[Terminated:  05/02/2018]
Holland & Knight LLP (McLean)
1650 Tysons Blvd Suite 1700
Tysons Corner, VA 22102
USA
703-720-8600 Fax: 703-720-8610
Email:Timothy.Taylor@hklaw.Com

Matthew William Lee
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
8444 Westpark Drive Suite 510
Mclean, VA 22101
USA
703-245-9300 Fax: 703-245-9301
Email:Matthew.Lee@wilsonelser.Com

1:17cv1235, American Type Culture Collection V. Armanino, Llp

| Litigants | Attorneys |
|---|---|
| | Eric Patrick Burns<br>ATTORNEY TO BE NOTICED<br>Wilson Elser Moskowitz Edelman & Dicker LLP (McLean)<br>8444 Westpark Dr Suite 510<br>Mclean, VA 22102<br>USA<br>703-245-9300 Fax: 703-245-9301<br>Email:Eric.Burns@wilsonelser.Com<br><br>Thomas Leo Appler<br>ATTORNEY TO BE NOTICED<br>Nolan & Mroz, PLC<br>2301 Gallows Road Suite 200<br>Dunn Loring, VA 22027<br>USA<br>(703) 281-2600 Fax: (703) 560-0080 Email:Tappler@nmplc.Com |

## Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 10/30/2017 | COMPLAINT against Armanino, LLP ( Filing fee $ 400, receipt number 0422-5785303.), filed by American Type Culture Collection. (Attachments: # 1 Civil Cover Sheet)(acha, ) (Entered: 10/31/2017) | |
| 2 | 10/30/2017 | Financial Interest Disclosure Statement (Local Rule 7.1) by American Type Culture Collection. (acha, ) (Entered: 10/31/2017) | |
| 3 | 10/31/2017 | Summons Issued as to Armanino, LLP. NOTICE TO ATTORNEY: Print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (acha, ) (Entered: 10/31/2017) | |
| 4 | 10/31/2017 | Motion to appear Pro Hac Vice by Robert Joseph Kaler and Certification of Local Counsel Brandon H. Elledge Filing fee $ 75, receipt number 0422-5786856.  by American Type Culture Collection. (Elledge, Brandon) (Entered: 10/31/2017) | |
| 5 | 11/02/2017 | NOTICE by American Type Culture Collection re 1 Complaint Acceptance of Service by Defendant (Elledge, Brandon) (Entered: 11/02/2017) | |
| | 11/02/2017 | Notice of Correction re 5 NOTICE. The filer has been notified to submit either a waiver of service or summons issued in paper form. (acha, ) (Entered: 11/02/2017) | |
| 6 | 11/02/2017 | ORDER granting 4 Motion for Pro hac vice by Robert Joseph Kaler. Signed by District Judge T. S. Ellis, III on 11/2/2017. (acha, ) (Entered: 11/02/2017) | |
| 7 | 11/03/2017 | SUMMONS Returned Executed by American Type Culture Collection: as to Armanino, LLP served on 10/31/2017, answer due 11/21/2017. (acha, ) (Entered: 11/03/2017) | |
| 8 | 11/15/2017 | NOTICE of Appearance by Matthew William Lee on behalf of Armanino, LLP (Lee, Matthew) (Entered: 11/15/2017) | |
| 9 | 11/15/2017 | NOTICE of Appearance by Eric Patrick Burns on behalf of Armanino, LLP (Burns, Eric) (Entered: 11/15/2017) | |
| 10 | 11/15/2017 | Motion to appear Pro Hac Vice by Patricia Lee Bonheyo and Certification of Local Counsel Matthew W. Lee Filing fee $ 75, receipt | |

1:17cv1235, American Type Culture Collection V. Armanino, Llp

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | number 0422-5812007.  by Armanino, LLP. (Lee, Matthew) (Entered: 11/15/2017) |   |
| 11 | 11/16/2017 | Motion to appear Pro Hac Vice by Farley Jay Neuman and Certification of Local Counsel Matthew W. Lee Filing fee $ 75, receipt number 0422-5814092.  by Armanino, LLP. (Lee, Matthew) (Entered: 11/16/2017) |   |
| 12 | 11/16/2017 | Consent MOTION for Extension of Time to File Responsive Pleading by Armanino, LLP. (Attachments: # 1 Proposed Order)(Lee, Matthew) (Entered: 11/16/2017) |   |
| 13 | 11/16/2017 | ORDER granting 12 Motion for Extension of Time to File. ORDERED that Defendant Armanino, LLP's deadline to file responsive pleadings and/or motions to the complaint, be and is hereby extended up to and including 12/5/2017. Signed by Magistrate Judge Ivan D. Davis on 11/16/2017. (rban, ) (Entered: 11/16/2017) |   |
| 14 | 11/17/2017 | ORDER granting 10 Motion for Pro hac vice for Patricia Lee Bonheyo. Signed by District Judge T. S. Ellis, III on 11/17/2017. (acha, ) (Entered: 11/20/2017) |   |
| 15 | 11/20/2017 | ORDER granting 11 Motion for Pro hac vice for Farley Jay Neuman. Signed by District Judge T. S. Ellis, III on 11/20/2017. (acha, ) (Entered: 11/21/2017) |   |
| 16 | 12/05/2017 | ANSWER to 1 Complaint and Demand for Jury Trial by Armanino, LLP.(Lee, Matthew) (Entered: 12/05/2017) |   |
| 17 | 12/05/2017 | Financial Interest Disclosure Statement (Local Rule 7.1) by Armanino, LLP. (Attachments: # 1 Exhibit A)(Lee, Matthew) (Entered: 12/05/2017) |   |
| 18 | 12/05/2017 | MOTION to Strike 1 Complaint  by Armanino, LLP. (Attachments: # 1 Proposed Order)(Lee, Matthew) (Entered: 12/05/2017) |   |
| 19 | 12/05/2017 | Memorandum in Support re 18 MOTION to Strike 1 Complaint   filed by Armanino, LLP. (Attachments: # 1 Exhibit A - MSA)(Lee, Matthew) (Entered: 12/05/2017) |   |
| 20 | 12/05/2017 | Notice of Hearing Date  set for 1/19/2018 re 19 Memorandum in Support, 18 MOTION to Strike 1 Complaint  (Lee, Matthew) (Entered: 12/05/2017) |   |
| 21 | 12/05/2017 | MOTION to Dismiss for Failure to State a Claim  by Armanino, LLP. (Attachments: # 1 Proposed Order)(Lee, Matthew) (Entered: 12/05/2017) |   |
| 22 | 12/05/2017 | Memorandum in Support re 21 MOTION to Dismiss for Failure to State a Claim   filed by Armanino, LLP. (Attachments: # 1 Exhibit A - MSA)(Lee, Matthew) (Entered: 12/05/2017) |   |
| 23 | 12/05/2017 | Notice of Hearing Date  set for 1/19/2018 re 22 Memorandum in Support, 21 MOTION to Dismiss for Failure to State a Claim  (Lee, Matthew) (Entered: 12/05/2017) |   |
| 24 | 12/05/2017 | Consent MOTION for Extension of Briefing Schedule on Defendant's Motions in Response to Complaint by American Type Culture Collection. (Attachments: # 1 Exhibit Proposed Consent Order)(Elledge, Brandon) (Entered: 12/05/2017) |   |
|   | 12/06/2017 | Set Deadlines as to 18 MOTION to Strike 1 Complaint , 21 MOTION to Dismiss for Failure to State a Claim . Motion Hearing set for 1/19/2018 at 10:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (clar, ) (Entered: 12/06/2017) |   |
| 25 | 12/08/2017 | ORDER granting 24 Motion for Extension of Time to File. Signed by Magistrate Judge Ivan D. Davis on 12/8/2017. (rban, ) (Entered: 12/08/2017) |   |
| 26 | 12/19/2017 | SCHEDULING ORDER:Initial Pretrial Conference set for 1/10/2018 at 11:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. Final Pretrial Conference (if no pretrial motions filed) set for 4/19/2018 at 04:00 PM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. Final Pretrial Conference (if pretrial motions filed) set for 5/31/2018 at 04:00 PM in Alexandria Courtroom 900 before District Judge T. S. Ellis III.Discovery due by 3/23/2018.Signed by District Judge T. S. Ellis, III on 12/19/2017. (Attachments: # 1 |   |

1:17cv1235, American Type Culture Collection V. Armanino, Llp

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | Magistrate Consent Form, # 2 Pretrial Notice)(mpha) (Entered: 12/20/2017) |  |
|   | 12/27/2017 | Reset Deadlines as to 18 MOTION to Strike 1 Complaint , 21 MOTION to Dismiss for Failure to State a Claim . Motion Hearing reset for 1/26/2018 at 11:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (rban, ) (Entered: 12/27/2017) |  |
| 27 | 01/03/2018 | Discovery Plan by American Type Culture Collection.(Elledge, Brandon) (Entered: 01/03/2018) |  |
| 28 | 01/05/2018 | Memorandum in Opposition re 18 MOTION to Strike 1 Complaint filed by American Type Culture Collection. (Elledge, Brandon) (Entered: 01/05/2018) |  |
| 29 | 01/05/2018 | Memorandum in Opposition re 21 MOTION to Dismiss for Failure to State a Claim filed by American Type Culture Collection. (Elledge, Brandon) (Entered: 01/05/2018) |  |
| 30 | 01/09/2018 | Joint Amended Discovery Plan by Armanino, LLP.(Lee, Matthew) (Entered: 01/09/2018) |  |
| 31 | 01/09/2018 | Order Rule 16(b) Scheduling Order. Because the parties' Amended Discovery Plan 30 adequately addresses the matters that would be discussed during the initial pretrial conference and counsel consent to waiving their appearances at the initial pretrial conference, the initial pretrial conference scheduled for January 10, 2018, pursuant to Rule 16(b) and this Court's December 19, 2017 Order, is cancelled. Upon consideration of the representations made by the parties in their Amended Discovery Plan, the Court makes the following rulings: The parties' Amended Discovery Plan is approved and shall control discovery to the extent of its application unless further modified by the Court(See order for further details). Signed by Magistrate Judge Ivan D. Davis on 1/9/2018. (lgue, ) (Entered: 01/09/2018) |  |
| 32 | 01/09/2018 | Consent MOTION For Briefing Schedule And Setting The Hearing On Defendants Motion To Modify Scheduling Order And For Additional Depositions by Armanino, LLP. (Attachments: # 1 Proposed Order)(Lee, Matthew) (Entered: 01/09/2018) |  |
| 33 | 01/10/2018 | MOTION for Extension of Time to Complete Discovery by Armanino, LLP. (Attachments: # 1 Proposed Order)(Lee, Matthew) (Entered: 01/10/2018) |  |
| 34 | 01/10/2018 | Memorandum in Support re 33 MOTION for Extension of Time to Complete Discovery filed by Armanino, LLP. (Lee, Matthew) (Entered: 01/10/2018) |  |
| 35 | 01/10/2018 | Notice of Hearing Date for January 26, 2018 re 33 MOTION for Extension of Time to Complete Discovery (Lee, Matthew) (Entered: 01/10/2018) |  |
|   | 01/11/2018 | Set Deadlines as to 33 MOTION for Extension of Time to Complete Discovery . Motion Hearing set for 1/26/2018 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (clar, ) (Entered: 01/11/2018) |  |
|   | 01/11/2018 | MOTIONS REFERRED to Magistrate Judge: Davis. 33 MOTION for Extension of Time to Complete Discovery (clar, ) (Entered: 01/11/2018) |  |
| 36 | 01/12/2018 | CONSENT ORDER- It is hereby ORDERED that the 32 Consent Motion for Briefing Schedule and Setting the Hearing on Defendant's Motion to Modify Scheduling Order and for Additional Depositions by Armanino, LLP is GRANTED; and it is further ORDERED that: the following briefing schedule is set with respect to the Motion and the hearing on the Motion is calendared for Friday, January 26, 2018. Signed by Magistrate Judge Ivan D. Davis on 1/12/2018. See Order for further details. (acha, ) (Entered: 01/12/2018) |  |
| 37 | 01/15/2018 | Reply to Motion re 21 MOTION to Dismiss for Failure to State a Claim filed by Armanino, LLP. (Lee, Matthew) (Entered: 01/15/2018) |  |
| 38 | 01/15/2018 | Reply to Motion re 18 MOTION to Strike 1 Complaint filed by |  |

1:17cv1235, American Type Culture Collection V. Armanino, Llp

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | Armanino, LLP. (Lee, Matthew) (Entered: 01/15/2018) |   |
| 39 | 01/19/2018 | Memorandum in Opposition re 33 MOTION for Extension of Time to Complete Discovery filed by American Type Culture Collection. (Elledge, Brandon) (Entered: 01/19/2018) |   |
|   | 01/22/2018 | Per TSE chambers, Motion Hearings 18 & 21 previously set for 1/26/2018 @ 11:00AM reset for 1/25/2018 at 09:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (mpha) (Entered: 01/22/2018) |   |
| 40 | 01/23/2018 | RESPONSE in Support re 33 MOTION for Extension of Time to Complete Discovery filed by Armanino, LLP. (Lee, Matthew) (Entered: 01/23/2018) |   |
| 41 | 01/23/2018 | NOTICE of Appearance by Thomas Leo Appler on behalf of Armanino, LLP (Appler, Thomas) (Entered: 01/23/2018) |   |
| 42 | 01/23/2018 | ORDER - This MATTER is before the Court on the Defendant's Motion to Modify Scheduling Order and for Additional Depositions 33 . This matter can be resolved without oral argument, as such argument would not aid the decisional process. It is hereby ORDERED that Defendant's Motion is DENIED as premature. Defendant's Motion contains conclusory statements that it will suffer hardship and undue prejudice if the Court does not grant its Motion but does not provide information about how Defendant will suffer such. Additionally, Defendant fails to provide good cause for modifying the scheduling order. Signed by Magistrate Judge Ivan D. Davis on 1/23/2018. (lgue, ) (Entered: 01/23/2018) |   |
| 43 | 01/25/2018 | Minute Entry for proceedings held before District Judge T. S. Ellis, III: Motion Hearing held on 1/25/2018 re: Defendant's Motion 18 to Strike Complaint and 21 to Dismiss for Failure to State a Claim. Brandon H. Elledge and Robert J. Kaler present on behalf of plaintiff. Thomas L. Appler and Farley J. Neuman present on behalf of defendant. Matter briefed, argued, and taken under advisement. Order to follow. (Court Reporter Tonia Harris)(mpha) (Entered: 01/25/2018) |   |
| 44 | 01/25/2018 | ORDER This matter came before the Court on the defendant's motion to strike and motion to dismiss 18 & 21 . For the reasons stated from the Bench, and for good cause, It is hereby ORDERED that the motions are TAKEN UNDER ADVISEMENT. Signed by District Judge T. S. Ellis, III on 01/25/2018. (mpha) (Entered: 01/26/2018) |   |
| 45 | 01/26/2018 | MOTION for Leave to File One-Page Supplemental Brief to Respond to Court's Question at January 25, 2018 Motion Hearing by American Type Culture Collection. (Elledge, Brandon) (Entered: 01/26/2018) |   |
| 46 | 01/29/2018 | ORDER granting 45 Motion for Leave to File a o ne-page supplemental brief. Signed by District Judge T. S. Ellis, III on 1/29/18. (gwalk, ) (Entered: 01/29/2018) |   |
| 47 | 01/29/2018 | Plaintiff's One-Page Supplemental Brief To Respond To Court's Question At January 25, 2018 Motion Hearing re 46 Order on Motion for Leave to File, 45 MOTION for Leave to File One-Page Supplemental Brief to Respond to Court's Question at January 25, 2018 Motion Hearing by American Type Culture Collection. (Elledge, Brandon) Modified on 1/30/2018 to change from a Motion. Counsel used the incorrect filing event (gwalk, ). (Entered: 01/29/2018) |   |
| 48 | 01/31/2018 | Reply to 47 MOTION Plaintiff's One-Page Supplemental Brief To Respond To Court's Question At January 25, 2018 Motion Hearing re 46 Order on Motion for Leave to File, 45 MOTION for Leave to File One-Page Supplemental Brief to Respond to Co  filed by Armanino, LLP. (Lee, Matthew) (Entered: 01/31/2018) |   |
| 49 | 02/02/2018 | PROTECTIVE ORDER. Re handling and labeling of confidential information. See order for further details. Signed by Magistrate Judge Ivan D. Davis on 2/02/2018. (lgue, ) (Entered: 02/02/2018) |   |
| 50 | 02/06/2018 | Joint MOTION for Brief Extension of Expert Disclosures by American Type Culture Collection. (Attachments: # 1 Exhibit Exhibit A)(Elledge, |   |

1:17cv1235, American Type Culture Collection V. Armanino, Llp

| # | Date | Proceeding Text | Source |
|---|---|---|---|
|  |  | Brandon) (Entered: 02/06/2018) |  |
| 51 | 02/07/2018 | ORDER- It is hereby ORDERED that the 50 Joint Motion for Brief Extension of Expert Disclosures by American Type Culture Collection is GRANTED ; and it is further ORDERED that(i) ATCC shall serve its expert disclosures under Rule 26(a)(2) by February 16, 2018; (ii) Armanino shall serve its expert disclosures under Rule 26(a)(2) by March 9, 2018; and (iii) any rebuttal expert reports shall be served ten days later. Signed by Magistrate Judge Ivan D. Davis on 02/07/2018. (acha, ). (Entered: 02/07/2018) |  |
| 52 | 02/23/2018 | MOTION to Compel Deposition of Bruce Kirschenbaum, Motion for Protective Order Regarding Deposition of Third Party Concerto, and Alternatively, Motion for Brief Extension of Dicscovery Period by American Type Culture Collection. (Elledge, Brandon) (Entered: 02/23/2018) |  |
| 53 | 02/23/2018 | Notice of Hearing Date set for March 2, 2018 re 52 MOTION to Compel Deposition of Bruce Kirschenbaum, Motion for Protective Order Regarding Deposition of Third Party Concerto, and Alternatively, Motion for Brief Extension of Dicscovery Period (Elledge, Brandon) (Entered: 02/23/2018) |  |
| 54 | 02/23/2018 | Memorandum in Support re 52 MOTION to Compel Deposition of Bruce Kirschenbaum, Motion for Protective Order Regarding Deposition of Third Party Concerto, and Alternatively, Motion for Brief Extension of Dicscovery Period filed by American Type Culture Collection. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Elledge, Brandon) (Entered: 02/23/2018) |  |
|  | 02/26/2018 | Set Deadlines as to 52 MOTION to Compel Deposition of Bruce Kirschenbaum, Motion for Protective Order Regarding Deposition of Third Party Concerto, and Alternatively, Motion for Brief Extension of Dicscovery Period. Motion Hearing set for 3/2/2018 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (clar, ) (Entered: 02/26/2018) |  |
|  | 02/26/2018 | MOTIONS REFERRED to Magistrate Judge: Davis. 52 MOTION to Compel Deposition of Bruce Kirschenbaum, Motion for Protective Order Regarding Deposition of Third Party Concerto, and Alternatively, Motion for Brief Extension of Dicscovery Period (clar, ) (Entered: 02/26/2018) |  |
|  | 02/26/2018 | Notice of Correction re 52 MOTION to Compel Deposition of Bruce Kirschenbaum, Motion for Protective Order Regarding Deposition of Third Party Concerto, and Alternatively, Motion for Brief Extension of Dicscovery Period The filing user has been notified to file the document separately for each motion relief in the future. (clar, ) (Entered: 02/26/2018) |  |
| 55 | 02/27/2018 | NOTICE of Appearance by Timothy James Taylor on behalf of American Type Culture Collection (Taylor, Timothy) (Entered: 02/27/2018) |  |
| 56 | 02/28/2018 | Consent MOTION for Extension Brief Extension of Discovery Period to April 13, 2018 by American Type Culture Collection. (Attachments: # 1 Exhibit A)(Elledge, Brandon) (Entered: 02/28/2018) |  |
| 57 | 02/28/2018 | Opposition to 52 MOTION to Compel Deposition of Bruce Kirschenbaum, Motion for Protective Order Regarding Deposition of Third Party Concerto, and Alternatively, Motion for Brief Extension of Dicscovery Period filed by Armanino, LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Lee, Matthew) (Entered: 02/28/2018) |  |
| 58 | 02/28/2018 | ORDER - This matter, having come before the Court on the parties' Consent Motion for a Brief Extension of Discovery Period to April 13, 2018, and the parties having agreed to the relief requested therein, it is |  |

1:17cv1235, American Type Culture Collection V. Armanino, Llp

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | hereby ORDERED that the parties' Consent Motion is GRANTED; and it is further ORDERED that the discovery period shall be extended to April 13, 2018, so that the parties can take the depositions of third party Concerto Cloud Services, LLC, Bruce Kirschenbaum, and other remaining fact witnesses and experts; and it is further ORDERED that this discovery extension does not change the April 19, 2018 or May 31, 2018 pre-trial conferences as set by the Court's prior Order 26 ; and it is further ORDERED that this Order moots the Plaintiff's previously filed Motion to Compel Deposition of Bruce Kirschenbaum and Motion for Protective Order regarding Deposition of third party, Concerto. 52 , 54 . Signed by Magistrate Judge Ivan D. Davis on 02/28/2018. (lgue, ) (Entered: 02/28/2018) | |
| 59 | 03/23/2018 | MOTION To Substitute Expert Who Has Become Medically Incapable of Further Service by American Type Culture Collection. (Elledge, Brandon) (Entered: 03/23/2018) | |
| 60 | 03/23/2018 | Memorandum in Support re 59 MOTION To Substitute Expert Who Has Become Medically Incapable of Further Service filed by American Type Culture Collection. (Elledge, Brandon) (Entered: 03/23/2018) | |
| 61 | 03/23/2018 | Notice of Hearing Date set for March 30, 2018 re 59 MOTION To Substitute Expert Who Has Become Medically Incapable of Further Service , 60 Memorandum in Support (Elledge, Brandon) (Entered: 03/23/2018) | |
|   | 03/26/2018 | Set Deadlines as to 59 MOTION To Substitute Expert Who Has Become Medically Incapable of Further Service . Motion Hearing set for 3/30/2018 at 10:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (clar, ) (Entered: 03/26/2018) | |
|   | 03/27/2018 | Reset Deadlines as to 59 MOTION To Substitute Expert Who Has Become Medically Incapable of Further Service . Motion Hearing set for 3/30/2018 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (Per TSE chambers) (clar, ) (Entered: 03/27/2018) | |
| 62 | 03/28/2018 | Opposition to 59 MOTION To Substitute Expert Who Has Become Medically Incapable of Further Service filed by Armanino, LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lee, Matthew) (Entered: 03/28/2018) | |
| 63 | 03/29/2018 | REPLY to Response to Motion re 59 MOTION To Substitute Expert Who Has Become Medically Incapable of Further Service filed by American Type Culture Collection. (Attachments: # 1 Exhibit 1)(Taylor, Timothy) (Entered: 03/29/2018) | |
| 64 | 03/30/2018 | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis:Motion Hearing held on 3/30/2018 re 59 MOTION To Substitute Expert Who Has Become Medically Incapable of Further Service filed by American Type Culture Collection. Appearance of Counsel for Plaintiff and Defendant. Motion argued and 59 MOTION To Substitute Expert-GRANTED. Order to follow. (Tape #FTR.)(lgue, ) (Entered: 03/30/2018) | |
| 65 | 03/30/2018 | ORDER - FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby ORDERED that Plaintiff's Motion to Substitute Expert Who Has Become Medically Incapable of Further Service 59 is GRANTED. Signed by Magistrate Judge Ivan D. Davis on 03/30/2018. (lgue, ) (Entered: 03/30/2018) | |
| 66 | 04/09/2018 | ORDER- It is hereby ORDERED that defendant's 21 motion to dismiss is GRANTED IN PART and DENIED IN PART. It is GRANTED with respect to counts IV and V. It is DENIED in all other respects and the case shall proceed on Counts I-III and VI-IX. It is further ORDERED that defendant's motion to strike is GRANTED IN PART and DENIED IN PART. It is GRANTED with respect to ATCC's claim for attorneys' fees. It is DENIED in all other respects. Signed by District Judge T. S. Ellis, III on 04/09/2018. (acha, ) (Entered: 04/10/2018) | |
| 67 | 04/10/2018 | MOTION for Partial Summary Judgment by Armanino, LLP. (Lee, | |

1:17cv1235, American Type Culture Collection V. Armanino, Llp

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Matthew) (Entered: 04/10/2018) | |
| 68 | 04/10/2018 | Memorandum in Support re 67 MOTION for Partial Summary Judgment filed by Armanino, LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Lee, Matthew) (Entered: 04/10/2018) | |
| 69 | 04/10/2018 | Notice of Hearing Date set for 05/04/18 re 67 MOTION for Partial Summary Judgment (Lee, Matthew) (Entered: 04/10/2018) | |
| 70 | 04/10/2018 | MOTION in Limine to Exclude Certain Evidence by Armanino, LLP. (Lee, Matthew) (Entered: 04/10/2018) | |
| 71 | 04/10/2018 | Memorandum in Support re 70 MOTION in Limine to Exclude Certain Evidence filed by Armanino, LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Lee, Matthew) (Entered: 04/10/2018) | |
| 72 | 04/10/2018 | Notice of Hearing Date set for 05/04/18 re 70 MOTION in Limine to Exclude Certain Evidence (Lee, Matthew) (Entered: 04/10/2018) | |
| 73 | 04/10/2018 | MOTION to Compel and for Further Production by Armanino, LLP. (Lee, Matthew) (Entered: 04/10/2018) | |
| 74 | 04/10/2018 | Memorandum in Support re 73 MOTION to Compel and for Further Production filed by Armanino, LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Lee, Matthew) (Entered: 04/10/2018) | |
| 75 | 04/10/2018 | Notice of Hearing Date set for 05/04/18 re 73 MOTION to Compel and for Further Production (Lee, Matthew) (Entered: 04/10/2018) | |
| | 04/11/2018 | Set Deadlines as to 70 MOTION in Limine to Exclude Certain Evidence, 67 MOTION for Partial Summary Judgment . Motion Hearing set for 5/4/2018 at 10:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (clar, ) (Entered: 04/11/2018) | |
| | 04/11/2018 | Set Deadlines as to 73 MOTION to Compel and for Further Production. Motion Hearing set for 5/4/2018 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (clar, ) (Entered: 04/11/2018) | |
| | 04/11/2018 | MOTIONS REFERRED to Magistrate Judge: Davis. 73 MOTION to Compel and for Further Production (clar, ) (Entered: 04/11/2018) | |
| 76 | 04/12/2018 | Consent MOTION to Seal by American Type Culture Collection. (Attachments: # 1 Proposed Order (temporary), # 2 Proposed Order (merits))(Taylor, Timothy) (Entered: 04/12/2018) | |
| 77 | 04/12/2018 | Notice of Filing Sealing Motion LCvR5(C) by American Type Culture Collection re 76 Consent MOTION to Seal (Taylor, Timothy) (Entered: 04/12/2018) | |
| 78 | 04/12/2018 | Sealed Document. (Taylor, Timothy) (Entered: 04/12/2018) | |
| 79 | 04/12/2018 | Sealed Document. (Taylor, Timothy) (Entered: 04/12/2018) | |
| 80 | 04/12/2018 | Memorandum in Support re 76 Consent MOTION to Seal filed by American Type Culture Collection. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Taylor, Timothy) (Entered: 04/12/2018) | |
| | 04/17/2018 | ***Deadlines terminated: FPTC previously set for 4/19/2018 @ 4:00PM removed from docket - FPTC on 5/31/2018 @ 4:00PM remains. (mpha) (Entered: 04/17/2018) | |
| 81 | 04/24/2018 | ORDER- It is hereby ORDERED that Plaintiff's 76 Consent Motion to File Documents Under Seal is GRANTED. Plaintiff is directed to file publicly the excluded pages of Exhibit B [Dkt. No. 62-2], which are identical to Exhibit [Dkt. No. 68-4]. Signed by Magistrate Judge Ivan D. Davis on 04/24/2018. (See order for further details). (acha, ) (Entered: 04/24/2018) | |
| 82 | 04/24/2018 | Memorandum in Opposition re 73 MOTION to Compel and for Further Production filed by American Type Culture Collection. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Elledge, Brandon) (Entered: 04/24/2018) | |
| 83 | 04/24/2018 | Memorandum in Opposition re 70 MOTION in Limine to Exclude | |

1:17cv1235, American Type Culture Collection V. Armanino, Llp

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Certain Evidence filed by American Type Culture Collection. (Attachments: # 1 Depo. Ex. 76, # 2 Depo. Ex. 114, # 3 Depo. Ex. 123, # 4 Depo. Ex. 131, # 5 Depo. Ex. 161, # 6 Depo. Ex. 164, # 7 Depo. Ex. 167, # 8 Depo. Ex. 198, # 9 Depo. Ex. 203, # 10 Depo. Ex. 204, # 11 Depo. Ex. 208, # 12 Depo. Ex. 212)(Elledge, Brandon) (Entered: 04/24/2018) | |
| 84 | 04/24/2018 | Memorandum in Opposition re 67 MOTION for Partial Summary Judgment filed by American Type Culture Collection. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Elledge, Brandon) (Entered: 04/24/2018) | |
| 85 | 04/25/2018 | NOTICE by American Type Culture Collection re 81 Order on Motion to Seal, (Attachments: # 1 Exhibit 1)(Elledge, Brandon) (Entered: 04/25/2018) | |
| | 05/01/2018 | Reset Deadlines as to 73 MOTION to Compel and for Further Production. Motion Hearing set for 5/4/2018 at 09:30 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (Per IDD chambers) (clar, ) (Entered: 05/01/2018) | |
| 86 | 05/01/2018 | RESPONSE in Support re 67 MOTION for Partial Summary Judgment filed by Armanino, LLP. (Lee, Matthew) (Entered: 05/01/2018) | |
| 87 | 05/01/2018 | RESPONSE in Support re 70 MOTION in Limine to Exclude Certain Evidence filed by Armanino, LLP. (Lee, Matthew) (Entered: 05/01/2018) | |
| 88 | 05/01/2018 | RESPONSE in Support re 73 MOTION to Compel and for Further Production filed by Armanino, LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lee, Matthew) (Entered: 05/01/2018) | |
| 89 | 05/02/2018 | First MOTION to Withdraw as Attorney by American Type Culture Collection. (Attachments: # 1 Proposed Order Proposed Order Granting Motion to Withdraw)(Taylor, Timothy) (Entered: 05/02/2018) | |
| 91 | 05/02/2018 | ORDER - It is hereby ORDERED that the 89 Motion to Withdraw Timothy Taylor as Counsel is GRANTED. Signed by Magistrate Judge Ivan D. Davis on 05/02/2018. (acha, ) (Entered: 05/04/2018) | |
| 90 | 05/04/2018 | ORDER - This matter, having come before the Court on Defendant's Motion to Compel and for Further Production, 73 , Plaintiff's Opposition thereto, 82 , and Defendant's Reply, 88 , which indicates that its first request for production of documents remains at issue in this motion, and Plaintiff having, indicated that it is producing certain additional and a supplemental response, and the parties having agreed to the continuance of this motion pending such supplemental production, it is hereby ORDERED that the hearing on the remaining part of Defendant's Motion to Compel and for Further Production is continued until Friday, May 18, 2018 at 10:00 am in the event a bearing is necessary at that time following ATCC's supplemental production. Signed by Magistrate Judge Ivan D. Davis on 05/04/2018. (lgue, ) (Entered: 05/04/2018) | |
| | 05/04/2018 | Reset Deadlines as to 73 MOTION to Compel and for Further Production. Motion Hearing set for 5/18/2018 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (lgue, ) (Entered: 05/04/2018) | |
| 92 | 05/04/2018 | Minute Entry for proceedings held before District Judge T. S. Ellis, III:Motion Hearing held on 5/4/2018 re: Defendant's Motion 67 for Partial Summary Judgment and 70 in Limine to Exclude Certain Evidence. Brandon H. Elledge and Robert J. Kaler present on behalf of plaintiff. Eric P. Burns and Patricia L. Bonheyo present on behalf of defendant. Matter briefed, argued, and taken under advisement. Order to follow. (Court Reporter Rhonda Montgomery)(mpha) (Entered: 05/07/2018) | |
| 93 | 05/04/2018 | ORDER- It is hereby ORDERED that the motion defendant's 67 Partial MOTION for Summary Judgment is TAKEN UNDER ADVISEMENT. Signed by District Judge T. S. Ellis, III on 05/04/2018. (acha, ) (Entered: | |

1:17cv1235, American Type Culture Collection V. Armanino, Llp

| # | Date | Proceeding Text | Source |
|---|---|---|---|
|  |  | 05/07/2018) |  |
| 94 | 05/11/2018 | Consent MOTION Withdraw Defendant's Motion to Compel (Dkt. No. 73) as resolved and remove matter from the Court's May 18, 2018 docket re 73 MOTION to Compel and for Further Production by Armanino, LLP. (Lee, Matthew) (Entered: 05/11/2018) |  |
| 95 | 05/11/2018 | CONSENT ORDER - This matter, having come before the Court on Defendant's Motion to Compel and for Further Production 73 , Plaintiff's Opposition to same 82 , Defendant's Reply 88 , and the Consent Order continuing the hearing on the remaining part of Defendant's Motion to Compel and for Further Production until Friday, May 18, 2018 90 , and in consideration of the fact that the relief herein provided is consented to by the parties as indicated by the below endorsements, it is hereby ORDERED that Defendant's Motion to Compel and for Further Production 73 , is withdrawn as resolved and the matter is removed from the Court's May 18, 2018 docket. Signed by Magistrate Judge Ivan D. Davis on 5/11/2018. (lgue, ) (Entered: 05/11/2018) |  |
| 96 | 05/11/2018 | MOTION for Discovery to be Reopened, to allow Armanino to take additional depositions and to continue the Final Pretrial Conference by Armanino, LLP. (Lee, Matthew) (Entered: 05/11/2018) |  |
| 97 | 05/11/2018 | Memorandum in Support re 96 MOTION for Discovery to be Reopened, to allow Armanino to take additional depositions and to continue the Final Pretrial Conference filed by Armanino, LLP. (Lee, Matthew) (Entered: 05/11/2018) |  |
| 98 | 05/11/2018 | Notice of Hearing Date set for 05/18/2018 re 96 MOTION for Discovery to be Reopened, to allow Armanino to take additional depositions and to continue the Final Pretrial Conference, 97 Memorandum in Support (Lee, Matthew) (Entered: 05/11/2018) |  |
|  | 05/14/2018 | Set Deadlines as to 96 MOTION for Discovery to be Reopened, to allow Armanino to take additional depositions and to continue the Final Pretrial Conference. Motion Hearing set for 5/18/2018 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (clar, ) (Entered: 05/14/2018) |  |
|  | 05/14/2018 | MOTIONS REFERRED to Magistrate Judge: Davis. 96 MOTION for Discovery to be Reopened, to allow Armanino to take additional depositions and to continue the Final Pretrial Conference (clar, ) (Entered: 05/14/2018) |  |
| 99 | 05/15/2018 | ORDER- It is hereby ORDERED that defendant's 67 motion for partial summary judgment is GRANTED. Signed by District Judge T. S. Ellis, III on 5/15/2018. (See order for further details). (acha, ) (Entered: 05/15/2018) |  |
| 100 | 05/15/2018 | ORDER - This MATTER is before the Court on Defendant's Motion to Modify the Scheduling Order to Reopen Discovery, Allow Armanino to Take Additional Depositions, and Continue the Final Pretrial Conference 96 , This matter can be resolved without oral argument, as such argument would not aid the decisional process. It is hereby ORDERED that Defendant's Motion 96 is GRANTED in part and DENIED in part. The Motion is granted as to extending discovery. All discovery in this matter must be completed by no later than Monday, June 18, 2018. The Motion is denied as to continuing the final pretrial conference, which remains scheduled for May 31, 2018, as set forth in this Court's December 19, 2017 Order 26 . Signed by Magistrate Judge Ivan D. Davis on 05/15/2018. (lgue, ) (Entered: 05/15/2018) |  |
|  | 05/29/2018 | Set/Reset Hearings: Per TSE chambers, Final Pretrial Conference reset for 6/28/2018 at 04:00 PM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (mpha) (Entered: 05/29/2018) |  |
|  | 05/31/2018 | Set Hearings: Settlement Conference set for 7/17/2018 at 01:30 PM before Magistrate Judge Michael S. Nachmanoff. (cmar, ) (Entered: 05/31/2018) |  |
| 101 | 06/20/2018 | MOTION Joint Notice of Settlement and Consent Motion to Postpone |  |

1:17cv1235, American Type Culture Collection V. Armanino, Llp

| # | Date | Proceeding Text | Source |
|---|---|---|---|
|  |  | Final Pre-Trial Conference by American Type Culture Collection. (Attachments: # 1 Proposed Consent Order)(Elledge, Brandon) (Entered: 06/20/2018) |  |
| 102 | 06/21/2018 | ORDER- It is hereby ORDERED that the Clerk of Court shall administratively close this case and place it among the inactive causes. It is further ORDERED that all pending deadlines and motions are terminated and any pending hearings are cancelled. On or before July 27, 2018, the parties shall file a joint stipulation of dismissal which dismisses all of plaintiff's claims with prejudice without further order from this Court. Signed by District Judge T. S. Ellis, III on 06/21/2018. (See order for further details). (acha, ) (Entered: 06/21/2018) |  |
| 103 | 07/12/2018 | STIPULATION of Dismissal with Prejudice by American Type Culture Collection. (Elledge, Brandon) (Entered: 07/12/2018) |  |
| 104 | 07/12/2018 | So Ordered re 103 Stipulation of Dismissal filed by American Type Culture Collection. Signed by District Judge T. S. Ellis, III on 7/12/2018. (See order for further details). (acha, ) (Entered: 07/13/2018) |  |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**