UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | |
|---|---|
| CSX Transportation, Inc.<br><br>*Plaintiff*<br><br>v.<br><br>Norfolk Southern Railway Company, *et al.*<br><br>*Defendants* | C.A. No. 2:18-cv-00530-MSD-LDL |

**FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for VIRGINIA INTERNATIONAL TERMINALS, LLC in the above captioned action, certifies that there are no parents, trusts, subsidiaries and or affiliates of said party that has issued shares to the public.

This non-party's parent entity VIRGINIA PORT AUTHORITY has issued debt securities to the public.

Respectfully submitted,

VIRGINIA INTERNATIONAL TERMINALS, LLC

By:    /s/ Edward J. Powers

Of Counsel

Edward J. Powers (VSB No. 32146)
Jennifer L. Eaton (VSB No. 87491)
500 World Trade Center
Norfolk, VA 23510
757.446.8600-telephone
757.446.8670-fascimile
EPowers@vanblacklaw.com
JEaton@vanblacklaw.com
*Counsel for Virginia International Terminals, LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that on Thursday, January 02, 2020, a true and accurate copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Edward J. Powers