**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.     Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*,

        Defendants.

### NOTICE OF WITHDRAWAL OF MOTION TO SEAL

Defendant Norfolk and Portsmouth Belt Line Railroad Company, by counsel, gives notice that it is withdrawing its motion to seal (D.E. 84). The documents at issue—the memorandum in support of the motion for partial summary judgment on damages, and Exhibit A thereto (D.E. 88 and 88-01)—are being re-filed as public documents without using a sealed filing event.

Dated:  January 6, 2020

        **NORFOLK AND PORTSMOUTH**
        **BELT LINE RAILROAD COMPANY**

        By: _____*/s/ David C. Hartnett*_____
        James L. Chapman, IV, VSB No. 21983
        W. Ryan Snow, VSB No. 47423
        Darius K. Davenport, VSB No. 74064
        David C. Hartnett, VSB No. 80452
        CRENSHAW, WARE & MARTIN, P.L.C.
        150 W. Main Street, Suite 1500
        Norfolk, Virginia 23510
        Telephone: (757) 623-3000
        Facsimile: (757) 623-5735
        jchapman@cwm-law.com
        wrsnow@cwm-law.com
        ddavenport@cwm-law.com
        dhartnett@cwm-law.com
        *Attorney for Norfolk and Portsmouth Belt*
        *Line Railroad Company*

2

**CERTIFICATE OF SERVICE**

      I certify that on this 6th day of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

      By:    */s/ David C. Hartnett*
      David C. Hartnett, VSB No. 80452
      CRENSHAW, WARE & MARTIN, P.L.C.
      150 W. Main Street, Suite 1500
      Norfolk, Virginia 23510
      Telephone: (757) 623-3000
      Facsimile: (757) 623-5735
      jchapman@cwm-law.com
      *Attorney for Norfolk and Portsmouth Belt Line Railroad Company*