**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**CSX TRANSPORTATION, INC.,**
individually and on behalf of
**NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,**

        **Plaintiff,**

v.                                                                       Civil Action No. 2:18-cv-530-MSD-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.***,**

        **Defendants.**

### DEFENDANT NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES

Defendant Norfolk and Portsmouth Belt Line Railroad Company, by counsel, moves for partial summary judgment dismissing all monetary damages asserted by plaintiff CSX Transportation Inc. for failure to disclose any damages computation as required by Rule 26(a)(1)(A)(iii). In support thereof, the Belt Line submits the accompanying memorandum.

Dated:  January 6, 2020

        **NORFOLK AND PORTSMOUTH
        BELT LINE RAILROAD COMPANY**

        By:  */s/ James L. Chapman, IV*
        James L. Chapman, IV, VSB No. 21983
        W. Ryan Snow, VSB No. 47423
        Darius K. Davenport, VSB No. 74064
        David C. Hartnett, VSB No. 80452
        CRENSHAW, WARE & MARTIN, P.L.C.
        150 W. Main Street, Suite 1500
        Norfolk, Virginia 23510
        Telephone: (757) 623-3000
        Facsimile: (757) 623-5735
        jchapman@cwm-law.com
        wrsnow@cwm-law.com
        ddavenport@cwm-law.com
        dhartnett@cwm-law.com

## CERTIFICATE OF SERVICE

I certify that on this 6th day of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

By:     */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Attorney for Norfolk and Portsmouth Belt Line Railroad Company*
