IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*,

        Defendants.

## WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT (D.E. 87)

Norfolk and Portsmouth Belt Line Railroad Company, by counsel, per the Clerk's guidance, gives notice that the redacted version of its motion for partial summary judgment previously filed as D.E. 87 has been withdrawn. Unredacted versions of the motion and memorandum in support were re-filed without a sealed filing event. *See* D.E. 94 and 95.

Dated: January 7, 2020

        NORFOLK AND PORTSMOUTH
        BELT LINE RAILROAD COMPANY

By:  */s/ David C. Hartnett*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Darius K. Davenport, VSB No. 74064
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com
*Attorney for Norfolk and Portsmouth Belt Line Railroad Company*

**CERTIFICATE OF SERVICE**

      I certify that on this 7th day of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

      By:    */s/ David C. Hartnett*
           David C. Hartnett, VSB No. 80452
           CRENSHAW, WARE & MARTIN, P.L.C.
           150 W. Main Street, Suite 1500
           Norfolk, Virginia 23510
           Telephone: (757) 623-3000
           Facsimile: (757) 623-5735
           jchapman@cwm-law.com
           *Attorney for Norfolk and Portsmouth Belt Line Railroad Company*