# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., et al., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORFOLK SOUTHERN RAILWAY ) <br> COMPANY, et al., ) <br> ) <br>     Defendants. ) <br> _____ ) | Civil Action No. 2:18CV530-MSD-LRL |

## [PROPOSED] ORDER

THIS MATTER is before the Court on Defendants Jerry Hall, Thomas Hurlbut, and Philip Merilli's ("Individual Defendants") Consent Motion to Excuse Defendants Hall, Hurlbut, and Merilli's In-Person Attendance at Settlement Conference. Because all parties consent to the Motion; on the representation that counsel for these Individual Defendants will appear with full authority to settle on their behalf; that these Individual Defendants will participate through counsel by telephone; and for other good cause shown, the Motion is GRANTED. Individual Defendants Hall, Hurlbut and Merilli are excused from attending the March 24, 2020 settlement conference in person, provided that their counsel appears with full authority to settle on their behalf.

The Clerk is directed to file this Order electronically, thereby notifying all counsel of record.

It is SO ORDERED.

Dated: _____

                                                                                                   Hon. Lawrence R. Leonard
                                                                                                   United States Magistrate Judge