# EXHIBIT A

International Gateway" or VIT or "Portsmouth Marine Terminal" or PMT or "Hampton Roads") AND (CSX or CSXT or "Norfolk Southern" or NS or NSR or NPBL or NPB or "Norfolk and Portsmouth Beltline" or "Beltline" or "Belt line")

(smart w/2 stack) AND ("Port of Virginia" or "Norfolk International Terminal" or NIT or "Virginia International Gateway" or VIT or "Portsmouth Marine Terminal" or PMT or "Hampton Roads") AND (CSX or CSXT or "Norfolk Southern" or NS or NSR or NPBL or NPB or "Norfolk and Portsmouth Beltline" or "Beltline" or "Belt line")


**Ashley P. Peterson**
Associate
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 1190
M: +1 804 201 6953
apeterson@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com




**From:** Ed Powers <EPowers@vanblacklaw.com>
**Sent:** Tuesday, December 17, 2019 8:08 AM
**To:** Peterson, Ashley P. <APeterson@mcguirewoods.com>
**Cc:** Evans, Jason D. <JEvans@mcguirewoods.com>; Jennifer L. Eaton <jeaton@vanblacklaw.com>; Claire Frazier <cfrazier@vanblacklaw.com>
**Subject:** RE: Letter re: Subpoena Dues Tecum to VIT in CSX Transportation, Inc. v. Norfolk Southern Railway Co., et. al matter

**EXTERNAL EMAIL; use caution with links and attachments**

Ashley:

Wednesday at 1 pm works for me.

EDWARD J. POWERS
PARTNER
101 W. MAIN STREET | 500 WORLD TRADE CENTER
NORFOLK | VIRGINIA | 23510
O: 757.446.8680 | M: 757.287.6788 | F: 757.446.8670
VCARD | BIO | WEBSITE | OFFICE | EMAIL | FACEBOOK | LINKEDIN

VANDEVENTER BLACK LLP
ATTORNEYS AT LAW

**From:** Peterson, Ashley P. <APeterson@mcguirewoods.com>
**Sent:** Monday, December 16, 2019 5:33 PM
**To:** Ed Powers <EPowers@vanblacklaw.com>
**Cc:** Evans, Jason D. <JEvans@mcguirewoods.com>; Jennifer L. Eaton <jeaton@vanblacklaw.com>; Claire Frazier <cfrazier@vanblacklaw.com>
**Subject:** RE: Letter re: Subpoena Dues Tecum to VIT in CSX Transportation, Inc. v. Norfolk Southern Railway Co., et. al matter

# [EXTERNAL EMAIL]

Thanks, Ed. Does 1-2pm on Wednesday 12/18 work? If so, I can send a calendar invite with a dial-in number.

Best,
Ashley

### Ashley P. Peterson
Associate
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 1190
M: +1 804 201 6953
apeterson@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com



**From:** Ed Powers <EPowers@vanblacklaw.com>
**Sent:** Monday, December 16, 2019 2:43 PM
**To:** Peterson, Ashley P. <APeterson@mcguirewoods.com>
**Cc:** Evans, Jason D. <JEvans@mcguirewoods.com>; Jennifer L. Eaton <jeaton@vanblacklaw.com>; Claire Frazier <cfrazier@vanblacklaw.com>
**Subject:** RE: Letter re: Subpoena Dues Tecum to VIT in CSX Transportation, Inc. v. Norfolk Southern Railway Co., et. al matter

**EXTERNAL EMAIL; use caution with links and attachments**

Ashley:

I am available most anytime this week. When is convenient for you to discuss?

Kind regards,

Ed

EDWARD J. POWERS
PARTNER
101 W. MAIN STREET | 500 WORLD TRADE CENTER
NORFOLK | VIRGINIA | 23510
O: 757.446.8680 | M: 757.287.6788 | F: 757.446.8670
VCARD | BIO | WEBSITE | OFFICE | EMAIL | FACEBOOK | LINKEDIN

**VANDEVENTER BLACK LLP**
ATTORNEYS AT LAW


**From:** Peterson, Ashley P. <APeterson@mcguirewoods.com>
**Sent:** Monday, December 16, 2019 1:15 PM
**To:** Ed Powers <EPowers@vanblacklaw.com>
**Cc:** Evans, Jason D. <JEvans@mcguirewoods.com>; Jennifer L. Eaton <jeaton@vanblacklaw.com>; Claire Frazier <cfrazier@vanblacklaw.com>
**Subject:** FW: Letter re: Subpoena Dues Tecum to VIT in CSX Transportation, Inc. v. Norfolk Southern Railway Co., et. al matter


## [EXTERNAL EMAIL]

Ed,

Hope you're doing well. Rob McFarland has asked Jason Evans (cc'ed here) and me to reach out to you to discuss the subpoena issued to VIT, as he will be in trial and unavailable for most of this week. Please let me know what day(s)/time(s) you would be available for a brief call to discuss.

Thanks,
Ashley

**Ashley P. Peterson**
Associate
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 1190
M: +1 804 201 6953
apeterson@mcguirewoods.com

Bio | VCard | www.mcguirewoods.com



**From:** McFarland, Robert W. <rmcfarland@mcguirewoods.com>
**Sent:** Friday, December 13, 2019 4:31 PM
**To:** Noonan, Jeanne E. <jnoonan@mcguirewoods.com>; Hatch, Benjamin L. <BHatch@mcguirewoods.com>; Peterson, Ashley P. <APeterson@mcguirewoods.com>; Evans, Jason D. <JEvans@mcguirewoods.com>; Justus, J. Brent <bjustus@mcguirewoods.com>
**Cc:** Gollogly, Krystal Lynne <KGollogly@mcguirewoods.com>
**Subject:** FW: Letter re: Subpoena Dues Tecum to VIT in CSX Transportation, Inc. v. Norfolk Southern Railway Co., et. al matter


**From:** Claire Frazier <cfrazier@vanblacklaw.com>
**Sent:** Friday, December 13, 2019 3:11 PM
**To:** McFarland, Robert W. <rmcfarland@mcguirewoods.com>
**Cc:** Ed Powers <EPowers@vanblacklaw.com>; Jennifer L. Eaton <jeaton@vanblacklaw.com>
**Subject:** Letter re: Subpoena Dues Tecum to VIT in CSX Transportation, Inc. v. Norfolk Southern Railway Co., et. al matter

**EXTERNAL EMAIL; use caution with links and attachments**

Good Afternoon:

Enclosed please find a letter from Ed Powers. It has also been hand-delivered to your attention.

Kind regards,
Claire

CLAIRE R. FRAZIER
LEGAL ASSISTANT | PARALEGAL
101 W. MAIN STREET | 500 WORLD TRADE CENTER
NORFOLK | VIRGINIA | 23510
D: 757.446.8534 | F: 757.446.8670
WEBSITE | EMAIL | OFFICE | LINKEDIN

VANDEVENTER BLACK LLP
ATTORNEYS AT LAW

This email may contain confidential or privileged information. If you are not the intended recipient, please advise by return email and delete immediately without reading or forwarding to others.

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*