# EXHIBIT 1

| | |
|---|---|
| **From:** | McFarland, Robert W. |
| **Sent:** | Tuesday, September 24, 2019 9:54 AM |
| **To:** | cmerritt@cblaw.com; bhill_cblaw.com; Belinda Jones; pcoburn@cblaw.com; alan.wingfield_troutmansanders.com; michael.lacy_troutmansanders.com; liz.flowers@troutmansanders.com; 'jchapman@cwm-law.com'; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; hfain@spottsfain.com; hfain@spottsfain.com; cmullins@spottsfain.com; jerbach_spottsfain.com; wespivey@kaufcan.com; cjbelote@kaufcan.com |
| **Cc:** | Hatch, Benjamin L.; Noonan, Jeanne E.; Kynes, Cameron G.; Justus, J. Brent |
| **Subject:** | FW: ESI and Protective Order - CSXT v. NS |
| **Attachments:** | Active_121646213_1_CSXT_v_NS_-_Draft_ESI_Order copy- clean.DOCX; Active_121649526_1_CSXT_v_NS_-_Draft_Protective_Order - clean.DOCX |

Counsel: attached are draft ESI and Protective Orders for this case. Please review and provide any comments, suggested edits, etc. in redline format. If acceptable as drafted, please provide your agreement to submit your e-signature. Thank you. Rob

**From:** Winn, Kathryn Y. <KWinn@mcguirewoods.com>
**Sent:** Tuesday, September 24, 2019 9:46 AM
**To:** McFarland, Robert W. <rmcfarland@mcguirewoods.com>
**Subject:** ESI and Protective Order - CSXT v. NS

**Kathryn "Kathy" Winn**
Practice Assistant
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
T:  +1 757 640 3839
F:  +1 757 640 3701
kwinn@mcguirewoods.com
VCard | www.mcguirewoods.com

McGuireWoods

This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.

1