# EXHIBIT 3

| | |
|---|---|
| **From:** | Noonan, Jeanne E. <jnoonan@mcguirewoods.com> |
| **Sent:** | Thursday, November 21, 2019 12:20 PM |
| **To:** | alan.wingfield_troutmansanders.com; michael.lacy_troutmansanders.com; liz.flowers@troutmansanders.com; Monica McCarroll; James Chapman; David Hartnett; W. Ryan Snow; Darius Davenport; Hugh Fain; Connell Mullins; Spivey, W. Edgar; John Erbach; Belote, Clark J.; McFarland, Robert W.; Hatch, Benjamin L.; Justus, J. Brent; Peterson, Ashley P.; Evans, Jason D. |
| **Subject:** | RE: CSXT v. NSR et al. - CSXT's Revised ESI Custodian List |
| **Attachments:** | Active_124077237_1_11.21.2019 - CSXT ESI Custodian List-Revised.PDF |

Counsel,

Following yesterday's meet and confer call, please find CSXT's revised list of ESI Custodians.

Thank you,
Jeanne

**Jeanne E. Noonan**
Associate
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
T:  +1 757 640 3719
M: +1 757 289 6526
F:  +1 757 640 3949
jnoonan@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com



*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

1