# EXHIBIT 8

McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
Tel 757.640.3700
Fax 757.640.3701
www.mcguirewoods.com
Robert W. McFarland
Direct: 757.640.3716

**McGUIREWOODS**

rmcfarland@mcguirewoods.com
Fax: 757.640.3966

January 13, 2020

**BY EMAIL**

James L. Chapman, IV, Esq.
jchapman@cwm-law.com
W. Ryan Snow, Esq.
wrsnow@cwm-law.com
Darius K. Davenport, Esq.
ddavenport@cwm-law.com
David C. Harnett, Esq.
dhartnett@cwm-law.com
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510

Alan D. Wingfield, Esq.
alan.wingfield@troutmansanders.com
Michael E. Lacy, Esq.
Michael.lacy@troutmansanders.com
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219

W. Edgar Spivey
wespivey@kaufcan.com
Clark J. Belote
cjbelote@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510

Elizabeth S. Flowers, Esq.
liz.flowers@troutmansanders.com
John C. Lynch, Esq.
john.lynch@troutmansanders.com
Kathleen M. Knudsen, Esq.
Kathleen.knudsen@troutman.com
Troutman Sanders, LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462

Monica McCarroll
mmccarroll@redgravellp.com
Redgrave LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151

Hugh M. Fain, III
hfain@spottsfain.com
M.F. Connell Mullins Jr.
cmullins@spottsfain.com
John M. Erbach
jerbach@spottsfain.com
SPOTTS FAIN P.C.
411 East Franklin Street, Suite 600
Richmond, VA 23219

Re: *CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al*
Civil Action No.: 2:18-cv-00530

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C. | Wilmington, NC

January 13, 2020
Page 2

Dear Counsel:

As you are aware, the parties in this matter are in the midst of discovery. A significant number of discovery requests have been propounded by the parties, and a substantial number of documents remain to be produced on both sides. The parties have engaged in numerous productive meet-and-confers, another scheduled for later this week. CSXT and NSR also continue to negotiate regarding NSR's response to discovery requests propounded by CSXT that are directly relevant to issues that will be the subject of expert opinion and testimony in this case. The current schedule does not allow sufficient time for the parties to resolve these issues, much less obtain and analyze relevant and necessary documents and data, before the deadlines for opening expert reports have run.

Accordingly, on behalf of CSXT, we ask that the parties come to an agreement regarding an extension of expert deadlines. We may need to address other deadline extensions in the future, but for the time being, relief with respect to the expert reports would allow the parties time to resolve pending discovery issues and properly analyze the documents and data produced in this case. CSXT asks that the deadlines be extended as follows:

- Plaintiff's Expert Report Deadline – from February 10, 2020 to March 9, 2020
- Expert Witness Response Deadline – from March 10, 2020 to April 8, 2020
- Expert Witness Rebuttal Deadline – From March 25, 2020 to April 23, 2020
- Expert & De Bene Esse Deposition Deadline – From April 7, 2020 to May 6, 2020
- Dispositive Motion Deadline – From April 16, 2020 to May 13, 2020

Your prompt attention to this matter is appreciated. Please let us know your position on CSXT's proposal no later than Wednesday, January 15, 2019. If we cannot reach agreement, CSXT intends to file a Motion with the Court seeking expedited relief. With best wishes, I am

Sincerely yours,

Robert W. McFarland

RWM:kyw

CC:  Stephanie N. Hunter, Paralegal (shunter@cwm-law.com)
     Armond Joyner, Legal Assistant (ajoyner@dwm-law.com)