# EXHIBIT 10

| | |
|---|---|
| From: | Lacy, Michael E. |
| To: | Winn, Kathryn Y.; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; Wingfield, Alan D.; wespivey@kaufcan.com; cjbelote@kaufcan.com; Flowers, Elizabeth Spain; Lynch, John C.; Knudsen, Kathleen M.; mmccarroll@redgravellp.com; hfain@spottsfain.com; cmullins@spottsfain.com; jerbach@spottsfain.com |
| Cc: | McFarland, Robert W.; Stephanie Hunter; Armond Joyner |
| Subject: | RE: CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al |
| Date: | Wednesday, January 15, 2020 6:40:53 PM |
| Attachments: | image001.jpg |

**EXTERNAL EMAIL; use caution with links and attachments**

Rob—

Thanks for your letter of January 13 asking for an extension of certain expert and related deadlines. NSR cannot consent to the 30-day extension you propose. However, NSR is agreeable to a 15-day extension of the following deadlines:

- Plaintiff's Export Report Deadline: from February 10, 2020 to February 25, 2020
- Expert Witness Response Deadline: from March 10, 2020 to March 25, 2020
- Expert Witness Rebuttal Deadline: from March 25, 2020 to April 9, 2020
- Deadline for Defendants to conclude discovery: from March 31, 2020 to April 15, 2020
- Expert and De Bene Esse Deposition Deadline: from April 7, 2020 to April 22, 2020

NSR will not agree to an extension of the deadline to file dispositive motions, and this agreement would be without prejudice to a motion for summary judgment filed per that deadline. Also, based on the current trial date, we do not think there can be any modifications to the briefing deadlines governing summary judgment motions.

Please let us know if this is agreeable to CSXT. Thanks.


**Michael E. Lacy**
**troutman sanders**
Direct: 804.697.1326
michael.lacy@troutman.com


**From:** Winn, Kathryn Y. <KWinn@mcguirewoods.com>
**Sent:** Monday, January 13, 2020 4:03 PM
**To:** jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; Wingfield, Alan D. <Alan.Wingfield@troutman.com>; Lacy, Michael E. <Michael.Lacy@troutman.com>; wespivey@kaufcan.com; cjbelote@kaufcan.com; Flowers, Elizabeth Spain <Liz.Flowers@troutman.com>; Lynch, John C. <john.lynch@troutman.com>; Knudsen, Kathleen M. <Kathleen.Knudsen@troutman.com>; mmccarroll@redgravellp.com; hfain@spottsfain.com; cmullins@spottsfain.com; jerbach@spottsfain.com
**Cc:** McFarland, Robert W. <rmcfarland@mcguirewoods.com>; Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>

**Subject:** CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al

**EXTERNAL SENDER**

Please see the attached correspondence from Rob McFarland.

**Kathryn "Kathy" Winn**
Practice Assistant
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
T:  +1 757 640 3839
F:  +1 757 640 3701
kwinn@mcguirewoods.com
VCard | www.mcguirewoods.com



*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.