# EXHIBIT 11

**McGuireWoods LLP**
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
Tel 757.640.3700
Fax 757.640.3701
www.mcguirewoods.com
Robert W. McFarland
Direct: 757.640.3716 | **McGuireWoods**

rmcfarland@mcguirewoods.com
Fax: 757.640.3966

January 16, 2020

**BY EMAIL**

James L. Chapman, IV, Esq.
jchapman@cwm-law.com
W. Ryan Snow, Esq.
wrsnow@cwm-law.com
Darius K. Davenport, Esq.
ddavenport@cwm-law.com
David C. Harnett, Esq.
dhartnett@cwm-law.com
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510

Alan D. Wingfield, Esq.
alan.wingfield@troutmansanders.com
Michael E. Lacy, Esq.
Michael.lacy@troutmansanders.com
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219

W. Edgar Spivey
wespivey@kaufcan.com
Clark J. Belote
cjbelote@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510

Elizabeth S. Flowers, Esq.
liz.flowers@troutmansanders.com
John C. Lynch, Esq.
john.lynch@troutmansanders.com
Kathleen M. Knudsen, Esq.
Kathleen.knudsen@troutman.com
Troutman Sanders, LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462

Monica McCarroll
mmccarroll@redgravellp.com
Redgrave LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151

Hugh M. Fain, III
hfain@spottsfain.com
M.F. Connell Mullins Jr.
cmullins@spottsfain.com
John M. Erbach
jerbach@spottsfain.com
SPOTTS FAIN P.C.
411 East Franklin Street, Suite 600
Richmond, VA 23219

Re:   *CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al*
      Civil Action No.:  2:18-cv-00530

January 16, 2020
Page 2

Dear Counsel:

As discussed on our call this morning, and in response to Michael Lacy's January 15th e-mail, in order to agree to the 15-day extension of the expert-related deadlines proposed by NSR, CSXT will require a commitment from NSR and NPBL to provide, at a minimum, the documents/data listed below by the following dates:

- By January 24, 2020:
  o NSR's customer contracts and related documentation, including RFPs, term sheets, price lists, etc. (RFP 24)
  o NSR's waybill or other data showing container movements under these contracts (RFP 26)
  o NPBL's "revenue car" data, as discussed on this morning's call in connection with CSXT's RFP No. 27

- By January 31, 2020:
  o NSR's communications and negotiations with customers (RFP 24)
  o NSR's documents related to pricing strategies (RFP 27)
  o NSR's documents related to market studies, comparative analyses, etc. (RFP 29)

Please let us know by close of business today whether you will be able to produce this information within the time period required.   With best wishes, I am

Sincerely yours,

FOR

Robert W. McFarland

RWM:kyw

CC:   Stephanie N. Hunter, Paralegal (shunter@cwm-law.com)
      Armond Joyner, Legal Assistant (ajoyner@cwm-law.com)