# EXHIBIT 12

| | |
|---|---|
| **From:** | W. Ryan Snow <wrsnow@cwm-law.com> |
| **Sent:** | Thursday, January 16, 2020 4:48 PM |
| **To:** | Winn, Kathryn Y.; James Chapman; Darius Davenport; David Hartnett; alan.wingfield@troutmansanders.com; michael.lacy@troutmansanders.com; wespivey@kaufcan.com; cjbelote@kaufcan.com; liz.flowers@troutmansanders.com; john.lynch@troutmansanders.com; kathleen.knudsen@troutmansanders.com; mmccarroll@redgravellp.com; hfain@spottsfain.com; cmullins@spottsfain.com; jerbach@spottsfain.com |
| **Cc:** | McFarland, Robert W.; Stephanie Hunter; Armond Joyner |
| **Subject:** | RE: CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al |

**EXTERNAL EMAIL; use caution with links and attachments**

Rob,

We should be able to get you the NPBL information by Jan 24 as requested, although I suggest we discuss confidentiality before production since NPBL's revenue data contains both CSXT and NS billing information.

Ryan

**From:** Winn, Kathryn Y. <KWinn@mcguirewoods.com>
**Sent:** Thursday, January 16, 2020 2:18 PM
**To:** James Chapman <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Darius Davenport <ddavenport@cwm-law.com>; David Hartnett <dhartnett@cwm-law.com>; alan.wingfield@troutmansanders.com; michael.lacy@troutmansanders.com; wespivey@kaufcan.com; cjbelote@kaufcan.com; liz.flowers@troutmansanders.com; john.lynch@troutmansanders.com; kathleen.knudsen@troutmansanders.com; mmccarroll@redgravellp.com; hfain@spottsfain.com; cmullins@spottsfain.com; jerbach@spottsfain.com
**Cc:** McFarland, Robert W. <rmcfarland@mcguirewoods.com>; Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>
**Subject:** CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al

Please see the attached correspondence from Rob McFarland.

**Kathryn "Kathy" Winn**
Practice Assistant
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
T:  +1 757 640 3839
F:  +1 757 640 3701
kwinn@mcguirewoods.com
VCard | www.mcguirewoods.com