# EXHIBIT 13

| | |
|---|---|
| **From:** | Lacy, Michael E. |
| **To:** | McFarland, Robert W.; Connell Mullins; "Spivey, W. Edgar"; Winn, Kathryn Y.; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; Wingfield, Alan D.; Belote, Clark J.; Flowers, Elizabeth Spain; Lynch, John C.; Knudsen, Kathleen M.; mmccarroll@redgravellp.com; Hugh Fain; John Erbach |
| **Cc:** | Stephanie Hunter; Armond Joyner |
| **Subject:** | RE: CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al |
| **Date:** | Friday, January 17, 2020 9:24:02 AM |
| **Attachments:** | image002.jpg |

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Rob—

NSR is agreeable to your proposal, with the caveat that we need assurances that CSXT will provide the same documents by the same dates, and in a mutually agreeable format for the production of data from non-custodial data sources.

Per Ben's letter of January 14, CSXT agreed to provide these documents, which are requested by NSR's RFP Nos. 39, 1 (second set), 31-32, 46-48, 55, and 64-67. We are willing to meet and confer early next week to ensure we are exchanging matching non-custodial data.

If needed, we can discuss on our 4:30 call this afternoon.  Thanks.

**Michael E. Lacy**
**troutman** sanders
Direct: 804.697.1326
michael.lacy@troutman.com


**From:** McFarland, Robert W. <rmcfarland@mcguirewoods.com>
**Sent:** Friday, January 17, 2020 9:22 AM
**To:** Connell Mullins <cmullins@spottsfain.com>; 'Spivey, W. Edgar' <wespivey@kaufcan.com>; Winn, Kathryn Y. <KWinn@mcguirewoods.com>; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; Wingfield, Alan D. <Alan.Wingfield@troutman.com>; Lacy, Michael E. <Michael.Lacy@troutman.com>; Belote, Clark J. <cjbelote@kaufcan.com>; Flowers, Elizabeth Spain <Liz.Flowers@troutman.com>; Lynch, John C. <john.lynch@troutman.com>; Knudsen, Kathleen M. <Kathleen.Knudsen@troutman.com>; mmccarroll@redgravellp.com; Hugh Fain <hfain@spottsfain.com>; John Erbach <jerbach@spottsfain.com>
**Cc:** Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>
**Subject:** RE: CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al

**EXTERNAL SENDER**

Thanks, appreciate it.  I just need to hear from NS.

**From:** Connell Mullins <cmullins@spottsfain.com>
**Sent:** Friday, January 17, 2020 9:04 AM
**To:** 'Spivey, W. Edgar' <wespivey@kaufcan.com>; McFarland, Robert W. <rmcfarland@mcguirewoods.com>; Winn, Kathryn Y. <KWinn@mcguirewoods.com>; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; alan.wingfield@troutmansanders.com; michael.lacy@troutmansanders.com; Belote, Clark J. <cjbelote@kaufcan.com>; liz.flowers@troutmansanders.com; john.lynch@troutmansanders.com; kathleen.knudsen@troutmansanders.com; mmccarroll@redgravellp.com; Hugh Fain <hfain@spottsfain.com>; John Erbach <jerbach@spottsfain.com>
**Cc:** Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>
**Subject:** RE: CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al

**EXTERNAL EMAIL; use caution with links and attachments**

Rob,

I did not participate in the call yesterday, but my understanding was that John Erbach agreed to the modified request on behalf of Hall, Merilli, and Hurlbut. In any event, we do agree.

Thanks.

Connell

---

**Connell Mullins**
411 E. Franklin Street
Suite 600
Richmond, VA 23219
(804) 697-2069 office
cmullins@spottsfain.com


SPOTTS ♦ FAIN
www.spottsfain.com

NOTICE: Information contained in this transmission to the named addressee is proprietary information and may be subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof. To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any United States federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing, or recommending to another party any transaction or matter addressed therein. This advice may not be forwarded without our express written consent.

**From:** Spivey, W. Edgar <wespivey@kaufcan.com>
**Sent:** Friday, January 17, 2020 8:40 AM
**To:** McFarland, Robert W. <rmcfarland@mcguirewoods.com>; Winn, Kathryn Y. <KWinn@mcguirewoods.com>; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; alan.wingfield@troutmansanders.com; michael.lacy@troutmansanders.com; Belote, Clark J. <cjbelote@kaufcan.com>; liz.flowers@troutmansanders.com; john.lynch@troutmansanders.com; kathleen.knudsen@troutmansanders.com; mmccarroll@redgravellp.com; Hugh Fain <hfain@spottsfain.com>; Connell Mullins <cmullins@spottsfain.com>; John Erbach <jerbach@spottsfain.com>

**Cc:** Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>
**Subject:** [External Sender] RE: CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al

Rob – I thought we had already agreed on behalf of Moss.  We agree.

W. Edgar Spivey
**Kaufman & Canoles, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665

T (757) 624.3196
F (888) 360.9092
wespivey@kaufcan.com
www.kaufCAN.com

---

**From:** McFarland, Robert W. [mailto:rmcfarland@mcguirewoods.com]
**Sent:** Friday, January 17, 2020 8:34 AM
**To:** Winn, Kathryn Y. <KWinn@mcguirewoods.com>; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; alan.wingfield@troutmansanders.com; michael.lacy@troutmansanders.com; Spivey, W. Edgar <wespivey@kaufcan.com>; Belote, Clark J. <cjbelote@kaufcan.com>; liz.flowers@troutmansanders.com; john.lynch@troutmansanders.com; kathleen.knudsen@troutmansanders.com; mmccarroll@redgravellp.com; hfain@spottsfain.com; cmullins@spottsfain.com; jerbach@spottsfain.com
**Cc:** Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>
**Subject:** RE: CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al

Counsel:  Other than Ryan, on behalf of NPBL, I have not heard from the rest of the defendants on our modified request to a 15 day extension, conditioned upon NS's and NPBL's agreements to provide certain documents by !/24 and 1/31.
Please advise me immediately if you agree or not with the modified extension request, and for NS, whether it agrees to make the requested productions by 1/24 and 1/31.   We will construe any party's silence as a non-agreement to the extension, and will  move the Court to extend,  on an expedited basis.  Thank you.  Rob

**From:** Winn, Kathryn Y. <KWinn@mcguirewoods.com>
**Sent:** Thursday, January 16, 2020 2:18 PM
**To:** jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; alan.wingfield@troutmansanders.com; michael.lacy@troutmansanders.com; wespivey@kaufcan.com; cjbelote@kaufcan.com; liz.flowers@troutmansanders.com; john.lynch@troutmansanders.com; kathleen.knudsen@troutmansanders.com; mmccarroll@redgravellp.com; hfain@spottsfain.com; cmullins@spottsfain.com; jerbach@spottsfain.com
**Cc:** McFarland, Robert W. <rmcfarland@mcguirewoods.com>; Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>

**Subject:** CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al

Please see the attached correspondence from Rob McFarland.

**Kathryn "Kathy" Winn**
Practice Assistant
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
T:   +1 757 640 3839
F:   +1 757 640 3701
kwinn@mcguirewoods.com
VCard [vcards.mcguirewoods.com] | www.mcguirewoods.com [mcguirewoods.com]

[mcguirewoods.com]

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

The information contained in this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If you are not the intended recipient of this message, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Kaufman & Canoles at (757) 624-3000 or by return e-mail to **helpdesk@kaufcan.com**, and purge the communication immediately without making any copy or distribution.

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.