IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:18CV530-MSD-LRL |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER is before the Court on the Consent Motion for Extension of Time to Serve Objections to Plaintiff's Discovery filed by Defendants Jerry Hall, Thomas Hurlbut and Philip Merilli. Finding that good cause exists and on the representation that Plaintiff CSX Transportation, Inc. consents to the relief requested, the motion is GRANTED. Defendants Jerry Hall, Thomas Hurlbut and Philip Merilli shall serve their objections to CSXT's First Set of Requests for Admission, Interrogatories, and Requests for Production on or before January 31, 2020.

Let the Clerk file a copy of this Order electronically, notifying all counsel of record accordingly.

It is SO ORDERED.

Dated: January 24, 2020
Norfolk, Virginia

/s/
Lawrence R. Leonard
United States Magistrate Judge
Judge