# Exhibit B

*CSXT v. NSR et al.*
No. 2:18-cv-00530-MSD
**NSR Custodian List**

| | Name | Title | Role in Dispute | Empl. Status | Subject Matter of Information |
|---|---|---|---|---|---|
| 1. | Farless, Leslie S. | Manager Subsidiary Records | Fact witness Corporate record custodian | Current | Shareholder information that NSR received from NPBL; records related to the appointment and resignation of the NPBL board members appointed by NSR. |
| 2. | Heller, Jeffrey S. | VP Intermodal & Automotive – Intermodal & Automotive Marketing | Fact witness NSR employee | Current | Information regarding CSXT's rate proposals to NPBL; competition at NIT; communications with the VPA; general information regarding the international and intermodal markets. |
| 3. | Hurlbut, Thomas | AVP Network Planning Optimization (NPO) Profitability | Fact witness Director, NPBL | Current | Information regarding the operation of NPBL Board during his time as Director, including without limitation CSXT's 2018 rate proposal to NPBL. |
| 4. | Hunt, Randall W. | Senior Director Interline Management | Fact witness NSR employee | Current | Information regarding trackage rights arrangements. |
| 5. | Stinson, David | Division Superintendent | Fact witness President and General Manager of NPBL | Current | Information regarding the operation of NPBL Board during his time as President and General Manager of NPBL, including without limitation CSXT's 2010 rate proposal to NPBL. |
| 6. | Joyner, Kenneth E. | Group VP International Marketing Sales | Fact witness NSR employee | Current | Information regarding competition at NIT. |
| 7. | Martinez, Rob | VP Business Development & Real Estate – Marketing Division | Fact witness NSR employee | Current | Information regarding NSR's relationship with VPA. |
| 8. | Luebbers, Chris D. | Director Intermodal Yield | Fact witness NSR employee Member of NPBL rate committee | Current | Information regarding NPBL rate committee; information regarding competition at NIT. |
| 9. | McClellan, Michael R. | VP Strategic Planning | Fact witness NSR employee | Current | Information regarding CSXT's rate proposals to NPBL; competition at NIT; communications with the VPA; general information regarding the international and intermodal markets. |

*CSXT v. NSR et al.*
No. 2:18-cv-00530-MSD
**NSR Custodian List**

|  |  |  |  |  |
|---|---|---|---|---|
| 10. Summy, Greg | General Solicitor | Counsel to NSR employees on NPBL Board<br>Counsel to NSR Intermodal Marketing team<br>NSR shareholder representative at NPBL annual meetings | Current | Information regarding NPBL Board. |
| 11. Booth, Cary G. | AVP Intermodal Service Development | Fact witness<br>NSR employee | Retired | Information regarding CSX's use of NPBL in 2015. |
| 12. Nelson, Amanda | Director Intermodal Marketing | Fact witness<br>NSR employee | Current | Information regarding competition at NIT. |

| | |
|---|---|
| **From:** | Monica McCarroll |
| **To:** | James Chapman; W. Ryan Snow; Darius Davenport; Hugh Fain; Connell Mullins; Spivey, W. Edgar; John Erbach; Belote, Clark J.; Peterson, Ashley P.; Noonan, Jeanne E.; McFarland, Robert W.; Hatch, Benjamin L.; Kynes, Cameron G.; Justus, J. Brent; David Hartnett |
| **Cc:** | alan.wingfield_troutmansanders.com; michael.lacy_troutmansanders.com; liz.flowers@troutmansanders.com |
| **Subject:** | CSXT v. NSR et al. - NSR"s Proposed Custodian List [IWOV-Active.FID39729] |
| **Date:** | Wednesday, November 13, 2019 3:49:35 PM |
| **Attachments:** | NSR Proposed Custodian List.pdf |

All,

Per the draft ESI Order, I am attaching NSR's proposed custodian list. I will circulate the final draft of the ESI Order under separate cover. Please let me know if you have any questions.

Regards,

**MONICA McCARROLL**

OF COUNSEL | **REDGRAVE LLP** | (O) 703.592.1155 | (M) 571.377.9960

mmccarroll@redgravellp.com

CONFIDENTIALITY STATEMENT: This email message and any attachments are confidential and may be subject to the attorney-client or other applicable privileges. If you are not the intended recipient, please immediately reply to the sender and delete the message and any attachments. Thank you.