# Exhibit C

**Freeman, Barclay P.**

| | |
|---|---|
| **From:** | Freeman, Barclay P. |
| **Sent:** | Friday, January 10, 2020 5:49 PM |
| **To:** | McFarland, Robert W.; Hatch, Benjamin L.; 'jnoonan@mcguirewoods.com'; 'jchapman@cwm-law.com'; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; hfain@spottsfain.com; cmullins@spottsfain.com; 'John Erbach'; wespivey@kaufcan.com; cjbelote@kaufcan.com |
| **Cc:** | Lacy, Michael E.; Wingfield, Alan D.; Cooper, Massie P.; Knudsen, Kathleen  M. |
| **Subject:** | RE: CSX Transportation, Inc. v. Norfolk Southern Railway Company, et al. |
| **Attachments:** | 2020-01-10 NSR's First RFPs to NPBL.pdf |

Counsel,

Attached please find Norfolk Southern Railway Company's First Requests for Production of Documents to Norfolk & Portsmouth Belt Line Railroad Company.

Thank you,

**Barclay P. Freeman**
**Paralegal**
Direct: 757.687.7566
barclay.freeman@troutman.com
————————————
**troutman sanders**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
troutman.com