# Exhibit E

| | |
|---|---|
| From: | Monica McCarroll |
| To: | Noonan, Jeanne E.; Peterson, Ashley P.; Evans, Jason D. |
| Cc: | Lacy, Michael E. |
| Bcc: | Thornburgh II, John R; Gentry, Thomas R; Michael Blank; Norfolk Southern_CSX Transportation v_ Norfolk Southern_286_007_3_External_286_007_ |
| Subject: | CSXT v. NSR - NSR Comments to CSXT Search Terms (12192019).pdf [IWOV-Active.FID39729] |
| Date: | Thursday, December 19, 2019 5:53:22 PM |
| Attachments: | CSXT v. NSR - NSR Comments to CSXT Search Terms (12192019).pdf |

Jeanne, Ashley and Jason,

As discussed on Friday, the attached summary documents most of the issues we raised regarding CSXT's search terms during the meet and confer. One issue we are still working on relates to the 'geographic limitation' terms. As discussed, it is NSR's position that certain terms run by CSXT to date should not be limited to the Virginia ports. Accordingly, we have identified the following terms that reflect ports outside of Virginia:

> Montreal OR Quebec OR Halifax OR "Saint John" OR "St. John" OR "Little Ferry" OR "North Bergen" OR Kearny OR "Elizabeth Marine Terminal" OR EZMT OR "New York" OR NYCT OR "Newark" OR PNCT OR Philadelphia OR Baltimore OR "Seagirt Marine Terminal" OR Wilmington OR Charleston OR Savannah OR Jacksonville OR ICTF OR Lauderdale OR Miami OR POMTOC OR Everglades OR Tampa OR "New Orleans" OR Houston OR Gulfport OR Mobile OR "Los Angeles" OR LATC OR "Long Beach" OR ICTF OR "San Francisco" OR Oakland OR Portland OR Tacoma OR Seattle OR Vancouver OR Panama

We are continuing to test and refine these terms in conjunction with others that together are designed to target documents in response to RFPs related to competition issues (e.g., RFPs, 31, 32, 35, 36, 46, 47, 50, 52). However, the process is moving a bit slower than anticipated. In light of the pending holidays, we wanted to circulate the attached for your consideration and will propose additional terms in short order. Please let us know if you have any questions or would like to schedule a call before year-end to discuss further.

Regards,

**MONICA McCARROLL**

OF COUNSEL | **REDGRAVE LLP** | (O) 703.592.1155 | (M) 571.377.9960

mmccarroll@redgravellp.com

CONFIDENTIALITY STATEMENT: This email message and any attachments are confidential and may be subject to the attorney-client or other applicable privileges. If you are not the intended recipient, please immediately reply to the sender and delete the message and any attachments. Thank you.