**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

CSX TRANSPORTATION, INC., et al.,   )
                      )
       Plaintiff,         )
                      )
v.                         )     Civil Action No. 2:18CV530-MSD-LRL
                      )
NORFOLK SOUTHERN RAILWAY   )
COMPANY, et al.,           )
                      )
       Defendants.      )
_____)

**[PROPOSED]**
**ORDER**

THIS MATTER is before the Court on the Consent Motion to Suspend Discovery Deadlines filed by Defendants Jerry Hall, Thomas Hurlbut and Phillip Merilli.  Finding that good cause exists, and on the representation that Plaintiff CSX Transportation, Inc. consents to the relief requested, the motion is GRANTED.  The following discovery deadlines are SUSPENDED until further order of the Court:

- The Individual Defendants' deadline to serve objections in response to Plaintiff CSX Transportation, Inc.'s ("CSXT") First Set of Requests for Admission, Interrogatories, and Requests for Production to Individual Defendants, which were served on January 9, 2020 ("CSXT's First Discovery Requests"), currently due January 31, 2020 per the Order entered at ECF No. 110.

- The Individual Defendants' deadline to serve responses to CSXT's First Discovery Requests, currently due February 10, 2020.

- CSXT's deadline to respond to Jerry Hall's First Set of Interrogatories, Requests for Admission, and Requests for Production of Documents to CSXT, which were served on January 10, 2020, currently due February 10, 2020.

Let the Clerk file a copy of this Order electronically, notifying all counsel of record accordingly.

It is SO ORDERED.


Dated:_____                    _____
Norfolk, Virginia                                                                    Judge