# Exhibit E

Before the
# INTERSTATE COMMERCE COMMISSION

Finance Docket No. 29430 (Sub-No. 1)

NWS ENTERPRISES, INC.
— CONTROL —
NORFOLK AND WESTERN RAILWAY COMPANY AND
SOUTHERN RAILWAY COMPANY

## APPLICATION - VOLUMES 2 AND 2A

**CORPORATE INFORMATION - SECTIONS 1111.1 (a-e)**
**BALANCE SHEETS             - EXHIBIT A-18**
**INCOME STATEMENTS       - EXHIBIT A-19**
**STATEMENT OF BENEFITS   - EXHIBIT 20**
**VERIFIED STATEMENTS OF:**
**JOHN R. TURBYFILL**
**THOMAS H. KERWIN**

*Attorneys for Applicants:*

RICHARD J. FLYNN
JOHN E. HALEY
MICHAEL A. NEMEROFF
G. PAUL MOATES
STEPHEN S. HILL
TERENCE M. HYNES
  Sidley & Austin
  1730 Pennsylvania Ave., N.W.
  Washington, D. C. 20006

THOMAS M. MCMAHON
CAREN D. THOMAS
THOMAS W. WEAVER
  Sidley & Austin
  One First National Plaza
  Chicago, Illinois 60603

JOHN S. SHANNON
DONALD M. TOLMIE
WILLIAM C. WOOLDRIDGE
HENRY D. LIGHT
ANGELICA D. LLOYD
MARK D. PERREAULT
  Norfolk and Western
    Railway Company
  8 North Jefferson Street
  Roanoke, Virginia 24042

JAMES L. TAPLEY
R. ALLAN WIMBISH
PETER S. CRAIG
NANCY S. FLEISCHMAN
DAVID J. KAUFMAN
  Southern Railway Company
  920 15th Street, N.W.
  Washington, D. C. 20005

DATED: December, 1980

VOLUME 2

## TABLE OF CONTENTS

Page

Narrative Description of the Proposed Transaction
(Response to Section 1111.1(a)) . . . . . . . . . .   1

Identification of Applicants
(Response to Section 1111.1(b)) . . . . . . . . . .   9

Information Respecting Applicants
(Response to Section 1111.1(c)) . . . . . . . . . .   14

Information Respecting the Nature of the Transaction
Proposed and the Terms and Conditions Thereof
(Response to Section 1111.1(d)) . . . . . . . . . .   16

Arguments in Support of the Proposed Transaction
(Response to Section 1111.1(e)) . . . . . . . . . .   25

Conclusion . . . . . . . . . . . . . . . . . . . .   32

Exhibits A-18 . . . . . . . . . . . . . . . . . .   45

Exhibits A-19 . . . . . . . . . . . . . . . . . .   51

Exhibit 20 . . . . . . . . . . . . . . . . . . . .   57

Appendices

Appendix 1 - Response to Section 1111.1(c)(1)(ii) . .   63

Appendix 2 - Response to Section 1111.1(c)(7)
             through (11) . . . . . . . . . . . . .   74

Appendix 3 - Response to Section 1111.1(c)(12) . . . .   92

VOLUME 2A

## TABLE OF CONTENTS

Verified Statement of John R. Turbyfill. . . . . . .   95

Verified Statement of Thomas H. Kerwin . . . . . . . . 109

SECTION 1111.1(a) - NARRATIVE DESCRIPTION
OF THE PROPOSED TRANSACTION

    (1)  Brief summary of the
        proposed transaction.

       The proposed transaction involves Interstate Commerce Commission (Commission) authorization under Section 11343 et seq. of the Interstate Commerce Act (49 U.S.C. §11343 et seq.) for NWS Enterprises, Inc. (NWS), a newly-incorporated non-carrier holding company, to acquire control through stock ownership of Norfolk and Western Railway Company (NW) and its subsidiary carrier companies, and of Southern Railway Company (Southern) and its consolidated system companies (collectively SR).

       Specifically, upon receipt of Commission approval and authorization, Norfolk and Western Railroad Company of Virginia (NWRC) and Southern Railroad Company of Virginia (SRC), both formed for purposes of merger and owned by NWS, will be merged respectively into NW and Southern.  At the time of these mergers, all issued shares of NW and Southern Common Stock will be exchanged for newly-issued shares of NWS Common Stock.*  Upon completion of these transactions, NWS will directly control NW and SR.

---

\*    Each share of NW Common Stock will be converted into one share of NWS Common Stock, and each share of SR Common

(Footnote continued on following page.)

As a result of the proposed transaction, NWS will also acquire indirect control through stock ownership of all subsidiaries of NW and Southern, including Southern Region Motor Transport, Inc. (SRMT), a motor carrier subsidiary of a wholly owned rail carrier subsidiary of Southern.  An application under 49 U.S.C. §§11343 and 11345 for approval of control of SRMT by NWS (Docket No. MC-F 14484) is contained in Volume 7.

Applicants also seek authority under 49 U.S.C. §11343 to operate over one another's lines and those of other carriers, and for SR to acquire a portion of the lines of the Norfolk, Franklin & Danville Railway Company (NF&D), a subsidiary of NW.  (See Vol. 4, Exh. A-17.)

(2)  The proposed time schedule for consummation of the proposed transaction.

Consummation of the proposed transaction will be initiated promptly after the effective date of a final order of the Commission authorizing the transaction.

_____

(Footnote continued from previous page.)

Stock will be converted into 1.9 shares of NWS Common Stock. Authority for NWS to issue Common Stock is sought in Finance Docket No. 29430 (Sub-No. 6).  See Vol. 8, infra.  For a detailed description of the terms and manner of exchange, see Agreement of Merger and Reorganization, Exhibit 9.

(3) The purposes sought to be accomplished
by the proposed transaction, e.g.,
operating economies, elimination of
excess facilities, extension of markets,
improved financial viability.

The proposed transaction will bring together the
complementary rail systems of NW and SR under the common
direction and control of NWS. The unification of NW and SR
will create an end-to-end single-system rail network con-
necting the East and Midwest regions with the growing markets
of the Southeast. The NWS system will serve 21 states, the
District of Columbia and the Province of Ontario, Canada.
(See Vol. 4, Exhibit 8).

Creation of this single-system rail network will
strengthen both intramodal and intermodal competition in the
markets served by NWS. Unification will enhance the abili-
ties of NW and SR to provide an effective competitive counter-
weight to the recently created CSX system. The proposed
transaction will also help to alleviate the "gateway water-
shed" problem (see Verified Statement of Richard J. Barber,
Vol. 1B),* thereby extending Applicants' individual access
to markets and increasing the rail industry share of the
overall transportation market. Consolidation will also lead

---

\* See also Rail Services Planning Office, Rail Merger
Study - Final Report at 32.

to increased traffic diversion from motor carriers to rail intermodal (TOFC) between major cities in the Midwest and Southeast. (<u>See</u> Verified Statement of Lester K. Kloss, Vol. 6B).

The combined NWS system will also enjoy improved market access to coal. The coal origins located on NW and SR's lines are largely complementary. The overwhelming pre-ponderance of NW-originated coal is metallurgical coal while SR origins, which possess much smaller reserves than those of NW, primarily produce steam coals. Consolidation will create new single-system access for SR's steam coal origins to both domestic consumers and to major export facilities, most notably NW's major facility at Norfolk, Virginia. At the same time, the consolidated system will provide improved access for NW-originated metallurgical and steam coal to southeastern industries and utilities located on or near SR's lines. (<u>See</u> Vol. 1B, Verified Statement of Peter M. Cukor.) Moreover, the proposed utilization of coal hopper cars on a system-wide basis will enhance the ability of NW and SR to meet the equipment needs of their respective coal shippers. (<u>See</u> Vol. 4, Exh. A-17.)

A similar extension of market access will be created for grain produced at NWS origins in the Midwest. Consolida-tion will permit Applicants to offer efficient single-system service, at competitive rates, for movements of NW-originated

grain to the grain-deficit states served by SR.   (See Vol. 1A, Verified Statement of John P. Duncan, Jr.)

Consolidation of NW and SR under common control will also produce substantial operating efficiences on merchandise traffic.   Improved connections at a number of points will permit additional run-through train service, and the consolidation of existing NW and SR facilities at Cincinnati, St. Louis, Norfolk, and other points will expedite the interchange of traffic.   Internal rerouting will further improve service and efficiency over the combined system.   (See Vol. 4, Exh. A-17.)

The car and locomotive fleets of NW and SR will be managed for the benefit of the system as a whole, resulting in more efficient utilization and reduction of empty movements. Substantial cost savings will also be generated by consolidation of various shop and repair functions, and through coordinated use of maintenance-of-way equipment.

The consolidation of NW and SR under common management will improve the service capabilities and financial viability of both carriers.   It is anticipated that the proposed transaction will produce net benefits of $ 95.8 million per year by the third year following consummation. (See Exh. 20, infra)   Achievement of these benefits will enhance the ability of Applicants to meet the service

-5-

requirements of the shipping public, and will better enable
them to face the challenges presented by changes in the reg-
ulatory environment.

    (4)   Nature and Amount of New Securities
           or Other Financial Arrangements

As described more fully in the Agreement of Merger
and Reorganization and related Plans of Merger (see Vol. 3,
Exh. 9), NWRC, a Virginia corporation formed for the purpose
of merger and owned by NWS Enterprises, Inc. will be merged
into NW, and SRC, a Virginia corporation formed for the pur-
pose of merger and owned by NWS, will be merged into Southern.
At the time of merger, each issued share of NW Common Stock
will be exchanged for one (1) share of NWS Common Stock, and
rights to acquire shares of NW Common Stock upon conversion
or exchange of other securities will be converted into rights
to acquire the same number of shares of NWS Common Stock upon
conversion or exchange of such securities.  Each issued share
of Southern Common Stock will be converted into 1.9 shares
of NWS Common Stock.  The outstanding shares of Southern $2.60
Cumulative Preferred Stock, Series A, will remain unchanged
as preferred stock of Southern.  All outstanding shares of
NWRC and SRC Common Stock, owned by NWS, will be converted
into the aggregate number of outstanding shares of NW Common
Stock and of SR Common Stock, respectively, and NW and South-
ern will surrender for cancellation the 1000 shares of NWS
Common Stock currently owned by them.  An application under

49 U.S.C. §11301 to permit issuance of NWS Common Stock as
required to effectuate the consolidation is being filed
simultaneously herewith in Finance Docket No. 29430 (Sub-
No. 6) (see Vol. 8, infra).  Additional details concerning
the financial consideration involved in the proposed trans-
action may be found in the response to Section 1111.1(e)(i),
infra.

     (5)  A brief summary of the Applicants'
          public interest justification in
          support of the application.

The proposed transaction will substantially improve
the quality of rail service available to shippers in the mar-
kets served by NW and SR.  As described in Exhibit A-17 and
the verified statements in support thereof, unification will
enable the Applicants to offer single-system service over a
21 state area and will improve Applicants' ability to com-
pete in a number of important transportation markets.

Specifically, consolidation of NW and SR under the
common ownership of NWS will help to alleviate the gateway
watershed problem now experienced by NW and SR, and will
create new single-system service between major northeastern
and midwestern cities and the growing markets of the South-
east.  The unified NWS system will provide an effective com-
petitive counterweight to the CSX system, which has now been
created pursuant to Commission authorization in Finance Docket

No. 28905 (Sub-No. 1), <u>CSX Corporation -- Control -- Chessie System, Inc. and Seaboard Coast Line Industries, Inc.</u>, Decision served September 25, 1980.

The proposed transaction will also create new markets for coal and grain originated on Applicants' lines (<u>see</u> Vol. 1B, Verified Statement of Peter M. Cukor; Vol. 1A, Verified Statement of John P. Duncan, Jr.), and will permit NW and SR to expand the availability of reliable intermodal train service (<u>see</u> Vol. 6B, Verified Statement of Lester K. Kloss). Consolidation will also produce substantial benefits for Applicants by making possible significant operating economies, more efficient utilization of equipment and other resources, and coordination of a number of operating and managerial functions. Realization of these benefits will strengthen Applicants' financial condition without any offsetting increase in their total fixed charges.

While there may be some minor short-term impacts on labor (<u>see</u> Vol. 4, Exhibit 10, <u>infra</u>), the proposed transaction will, overall, create additional job opportunities and security for employees by attracting new business and improving the financial viability of NW and SR. Affected employees will receive adequate protection pursuant to the provisions of Section 11347 of the Interstate Commerce Act (49 U.S.C. §11347).

The proposed transaction satisfies each of the criteria set forth at Section 11344(b) of the Act, which governs Commission consideration of rail consolidation proposals, is in accord with the Commission's general policy statement on railroad consolidations set forth at 363 I.C.C. 241 (1980), and should therefore be approved.

> (6)  Any other supporting or descriptive statements which Applicants deem material.

Approval of the proposed transaction will substantially reduce energy consumption without creating any significant adverse environmental impacts.  The operating efficiencies achieved by the unified NWS system will result in a savings of approximately 5 million gallons of diesel fuel annually.  A detailed description of other environmental and energy impacts is set forth in Volume 5, Exhibits 12 and 13, infra.

## SECTION 1111.1(b) - IDENTIFICATION OF APPLICANTS

> (1)  Full and correct name of Applicants and the business address of Applicants:*

---

\*    By Order served October 1, 1980, the Commission granted Applicants' request that information required for "applicants" be submitted for SR on a consolidated system basis, and for NW and DH on a corporate entity basis except where data is regularly maintained for these companies and their subsidiaries on a consolidated basis.  An alphabetical listing of the subsidiary companies of NW, SR and DH appears in the response to Sections 1111.1(c)(7) through (11), Appendix 2, infra.

NWS Enterprises, Inc. (NWS)
707 East Main Street
Richmond, Virginia  23212

Norfolk and Western Railway Company (NW)
8 North Jefferson Street
Roanoke, Virginia  24042

Southern Railway Company (Southern or SR)*
920 15th Street, N.W.
Washington, D.C. 20005

Delaware and Hudson Railway Company (DH)
40 Beaver Street
Albany, New York 12207


The abbreviations for Applicants set forth above shall be used throughout this application and the exhibits hereto.

    (2)  Whether Applicants are individuals, firms, partnerships, corporations, companies, associations, joint stock companies, trustees, receivers, assignees, or other personal representatives, and trade or style, if any, under which each of the Applicants are doing business: _____

Each of the Applicants is a corporation, and each does business under its own name.

    (3)  Whether Applicants are carriers subject to the Act: _____

NWS is not a carrier subject to the Interstate Commerce Act.  All other Applicants listed in (1), *supra*,

---

\*  The abbreviation SR also encompasses SR's consolidated system companies.

are carriers by railroad subject to the Interstate Commerce Act.

(4)   State or states in which any part of the property of the Applicants involved is situated:

NWS does not currently own any property.

NW's rail properties are situated in the States of Illinois, Indiana, Iowa, Kentucky, Maryland, Michigan, Missouri, Nebraska, New York, North Carolina, Ohio, Pennsylvania, Virginia and West Virginia and in the Province of Ontario, Canada.  NW also operates in Kansas pursuant to trackage rights.

SR's rail properties are situated in the States of Alabama, Florida, Georgia, Illinois, Indiana, Kentucky, Louisiana, Mississippi, North Carolina, Ohio, South Carolina, Tennessee and Virginia and in the District of Columbia.

DH's rail properties are located in the States of New York, Pennsylvania and Vermont.  DH operates in New Jersey, Maryland and Virginia, and in the District of Columbia, pursuant to operating rights over the lines of Consolidated Rail Corporation.

(5)   The name, title, and business address
      of the persons to whom correspondence
      with respect to the application should
      be addressed:

      John S. Shannon
      Senior Vice President-Law
      Norfolk and Western Railway Company
      8 North Jefferson Street
      Roanoke, Virginia   24042

      R. Allan Wimbish
      General Solicitor
      Southern Railway Company
      P.O. Box 1808
      Washington, D.C. 20013

      Richard J. Flynn
      Sidley & Austin
      1730 Pennsylvania Ave., N.W.
      Washington, D.C. 20006


(6)   Whether Applicants or their subsidiaries are
      affiliated with a motor or water carrier sub-
      ject to the act; also the following informa-
      tion with respect to rail, motor, or water
      operations, where applicable:  the date of
      the certificate, permit, or temporary auth-
      ority, and the number of the Commission's
      docket assigned to the application upon
      which such certificate, permit, or temporary
      authority was issued or granted; or if appli-
      cation to engage in interstate or foreign
      commerce has been made but is still pending,
      date of the application and the docket number:


         NWS is not presently affiliated with any motor or

water carriers subject to the Interstate Commerce Act, nor

does NWS presently engage in rail, motor or water operations.

By this application NWS is seeking Commission authorization

under §11343 to acquire control of NW and SR.

Neither NW nor its subsidiaries are affiliated with any motor or water carrier subject to the Interstate Commerce Act.

SR's subsidiary Central of Georgia Railroad Company is affiliated through stock ownership with Southern Region Motor Transport, Inc. (SRMT), a motor common carrier subject to the Interstate Commerce Act. SRMT operates under certificate number MC-105632, issued June 18, 1963, and subnumbered certificates thereunder. Full information with respect to SRMT is on file with the Commission in Docket No. MC-105632. By application in Docket No. MC-F 14484, NWS seeks to acquire indirect control of SRMT. (See Vol. 7.) SR also owns Southern Region Coal Transport, Inc. (SRCT), an inactive water carrier which is not subject to the Act. Full information with respect to SRCT is on file with the Commission in Finance Docket No. 26310.

DH is not affiliated with a motor or water carrier.

NW and SR began operations as common carriers by railroad prior to enactment of the Transportation Act of 1920 and have been so engaged continuously since that time. Accordingly, NW and SR have not been required to procure from the Commission authorization to engage in interstate or foreign commerce. No applications for such authority have

-13-

been made except for applications filed from time to time seeking authorization to construct, acquire, or lease particular line segments.

By order of the Commission in Finance Docket No. 21510, DH is successor to the Delaware and Hudson Railroad Corporation, which began operations as a common carrier by railroad prior to enactment of the Transportation Act of 1920, and consequently does not hold an initial certificate authorizing it to engage in interstate or foreign commerce.

NW holds motor carrier operating rights under MC 42802, April 13, 1946, and MC 42802, Sub. 3, May 13, 1959.

SECTION 1111.1(c) - INFORMATION RESPECTING APPLICANTS

(1)  If Applicants are corporations:

(i)  Date of incorporation and Government, State or territory of incorporation.

NWS was incorporated under the laws of the Commonwealth of Virginia on July 23, 1980.

NW was incorporated by an Act of the General Assembly of the Commonwealth of Virginia, approved January 15, 1896.

Southern was incorporated under the laws of the Commonwealth of Virginia on June 18, 1894.

DH was incorporated on June 7, 1968 under the laws of Delaware.

[Applicants' responses to Sections 1111.1(c)(1)(ii), (iii) and (iv) are set forth in Appendix 1 to this Volume.]

[Sections 1111.1(c)(2) - (5) are not applicable to any of the Applicants.]

(6) If Applicants are not carriers, the type of business in which they are engaged, the length of time so engaged, and par- ticulars of their present and prospective activities which have or may have a rela- tion to transportation subject to the Act.

NWS was incorporated on July 23, 1980 with general business powers.  Upon approval of the proposed transaction, NWS will acquire control of NW and SR, and until then its activities are related solely to that transaction.

All other Applicants are common carriers by railroad.

[Applicants' responses to Sections 1111.1(c)(7) through (11) are set forth in Appendix 2 to this Volume. Applicants' responses to Section 1111.1(c)(12) are set forth in Appendix 3 to this Volume.]

SECTION 1111.1(d) - INFORMATION RESPECTING
THE NATURE OF THE TRANSACTION PROPOSED AND
THE TERMS AND CONDITIONS THEREOF.

    (1)  The nature of the transaction, e.g.,
          merger, control, coordination project,
          trackage rights:

The proposed transaction involves the acquisition
of control through stock ownership of Norfolk and Western
Railway Company and its subsidiary companies, and of Southern
Railway Company and its consolidated system companies, by
NWS Enterprises, Inc., a newly-incorporated non-carrier
holding company.  Such control will be obtained by merging
Norfolk and Western Railroad Company of Virginia (NWRC) and
Southern Railroad Company of Virginia (SRC), both formed for
purposes of merger and owned by NWS, into NW and SR respec-
tively.  Following these mergers, all issued shares of NW
and SR Common Stock will be converted into shares of NWS
Common Stock.

    (2)  Briefly, the terms and conditions of the
          contract or agreement pursuant to which
          the proposed transaction is to be effected,
          including the manner in which it is proposed
          to consummate the transaction and the con-
          sideration, in money or otherwise, to be
          paid by Applicants.

NWS, NWRC, SRC, NW and Southern are parties to an
Agreement of Merger and Reorganization dated as of July 31,

1980 (see Vol. 3, Exh. 9).  The Agreement provides for the merger of NWRC into NW and of SRC into Southern.  At the time of these mergers, each issued share of NW Common Stock will be converted into one share of NWS Common Stock, and each issued share of SR Common Stock will be converted into 1.9 shares of NWS Common Stock.*  (See Plans of Merger, Exhibits B and C to Agreement of Merger and Reorganization Vol. 3, Exh. 9).  The Agreement also imposes certain restrictions upon the conduct of business by NW and SR during the period preceding the Merger Date.

The obligations of NW and Southern under the Agreement are subject to a number of conditions precedent, including but not limited to Commission approval, opinions of counsel, certain federal income tax rulings and the absence of material adverse change to the consolidated business or financial conditions or properties of NW or SR.  The Agreement may be terminated by mutual consent of the Boards of Directors of NW and Southern or, under certain circumstances, unilaterally by the Directors of either NW or Southern.

---

\*    The outstanding shares of $2.60 Cumulative Preferred Stock, Series A, of Southern will remain outstanding without change or modification in any manner as shares of Southern.

(3)   Governmental financial assistance
      involved in the transaction.

      No governmental financial assistance is involved
in this transaction.


(4)   Financial or other relationships, direct or
      indirect, not disclosed in prior responses,
      existing at the present time between Appli-
      cants and other parties and affiliates
      involved in the proposed transaction.

      There are no financial or other relationships,
direct or indirect, between Applicants or any of their
affiliates not previously disclosed in responses in this
application.


(5)   Route, termini, mileage (main and
      branch), and principal points of
      interchange for all involved lines.

      NWS currently holds no rail properties.

      NW operates in 15 states and the Province of
Ontario, Canada, with a system comprising 7,454 miles, of
which 5,575 miles are main line and 1,879 miles are branch
line.

The principal lines of NW are as follows:

Norfolk, Va. - Roanoke, Va. - Portsmouth, Oh. -
    Bellevue, Oh.;

Portsmouth, Oh. - Cincinnati, Oh. - Muncie, Ind. -
    Frankfort, Ind. - Decatur, Ill.;

Hagerstown, Md. - Roanoke, Va. - Winston-Salem, N.C.;

Buffalo, N.Y. - Cleveland, Oh. - Bellevue, Oh. -
    Ft. Wayne, Ind. - Chicago, Ill.;

Hagerstown, Md. - Connellsville, Pa. - Pittsburgh,
    Pa. - Brewster, Pa. - Bellevue, Oh. - Toledo,
    Oh. - Detroit, Mich.;

Detroit, Mich. - Ft. Wayne, Ind. - Decatur, Ill. -
    St. Louis, Mo.;

Chicago, Ill. - Decatur, Ill. - St. Louis, Mo.;

Decatur, Ill. - Hannibal, Mo. - Kansas City, Mo.;

St. Louis, Mo. - Moberly, Mo. - Kansas City, Mo.;

Bellevue, Oh. - Cincinnati, Oh. - Muncie, Ind.


Principal points of interchange on NW include:
Chicago, Danville, Decatur, E. St. Louis, Peoria, Quincy,
and Tolono, Ill.; Ft. Wayne, Indianapolis, Lafayette,
Logansport, and Van Loon, Ind.; Des Moines, Iowa; Hagers-
town, Md.; Detroit, Mich.; Kansas City and St. Louis, Mo.;
Buffalo, N.Y.; Durham and Winston-Salem, N.C.; Ashtabula,
Canton, Cincinnati, Cleveland, Columbus, Delta, Fostoria,
Glen Jean, Lima, Marion, South Lorain, Spencer, and Toledo,
Ohio; Connellsville, Mifflin Jct., and Wallace Jct., Pa.;
Altavista, Bristol, Glasgow, Lynchburg, Norfolk, Norton,
Petersburg, St. Paul, Suffolk, and Waynesboro, Va.; Kenova
and Shenandoah Jct., W.Va.

SR and its system lines operate in 13 states and the District of Columbia.  Mileage operated totals 10,215 miles (373 miles of jointly-used track excluded), 5,523 miles of which are classified as main line, 2,006 miles of which are branch line, and 3,059 miles of which are operated but not owned.

Principal Southern system routes are as follows:

Alexandria, Va. - Atlanta, Ga. - Birmingham, Ala. - New Orleans, La.;

Cincinnati, Ohio - Atlanta, Ga. - Macon, Ga. - Jacksonville, Fla.;

Birmingham, Ala. - Sheffield, Ala. - Memphis, Tenn.;

Birmingham, Ala. - Chattanooga, Tenn. - Knoxville, Tenn. - Asheville, N.C. - Salisbury, N.C.;

Danville, Ky. - Louisville, Ky. - E. St. Louis, Ill.;

Bulls Gap, Va. - Knoxville, Tenn.;

Birmingham, Ala. - Columbus, Ga. - Albany, Ga. - Valdosta, Ga.

Principal interchange points on Southern include: Birmingham, Dothan, Ensley, Mobile, and Montgomery, Ala.; Jacksonville, Fla; Albany, Atlanta, Augusta, Hilton, Savannah, Tennile, and Valdosta, Ga.; Centralia, East St. Louis, and Mt. Vernon, Ill.; Oakland City and Princeton, Ind.; Lexington and Louisville, Ky.; New Orleans, La.; Columbus, Corinth, Hattiesburg, and Meridian, Miss.; Charlotte, Marion, Morehead City, and Winston-Salem, N.C.; Cincinnati, Ohio; Columbia

and Spartanburg, S.C.; Bristol, Chattanooga, Frisco, Knoxville, and Memphis, Tenn.; Altavista, Lynchburg, Norfolk, Norton, Potomac Yard, and Richmond, Va.

The rail properties of DH are not involved in the proposed transaction.

> (6)  Whether the property involved in the proposed transaction includes all the property of the Applicants and, if not, describe what property is included in the proposed transaction.

NWS currently owns no rail properties.  The proposed transaction involves all of the properties of NW and SR.  The properties of DH are not involved in the transaction proposed herein.

> (7)  Value of each of the properties involved in the proposed transaction as found by the Commission or if such value has not been found by the Commission, then the fair market value of the properties as independently appraised for the purposes of the proposed transaction; and, separately, the net cost of additions and betterments made after the date of valuation and appraisal.

NWS currently owns no rail properties.  The properties of DH are not involved in the proposed transaction. The value of the rail properties of NW and SR as found by the Commission, and the value of additions and betterments made thereto as of December 31, 1979, are as follows:

| Carrier | Value of Properties as Found by ICC | Additions and Betterments | Total* |
|---------|-------------------------------------|----------------------------|--------|
| NW | 616,414,221 | 2,415,865,724 | 3,032,279,9 |
| SR | 547,033,587 | 2,585,286,499 | 3,132,320,0 |

(8)  Policy and practice of Applicants
     with respect to reserves for
     depreciation and similar reserves.

NWS currently transacts no business and consequently
has established no reserves for depreciation or similar
reserves to this date.

The policy and practice of NW, SR and DH with
respect to reserves for depreciation is to accrue deprecia-
tion in accordance with accounting rules prescribed by the
Commission.  SR also accrues reserves for overcharge claims,
loss and damage claims, and other potential liabilities on
the basis of periodic estimates of liability for each cate-

---

\*     Included within the total value of SR and NW properties
is that track over which interroad train service will be
operated.  Values for that trackage are:  Roanoke to Lynchburg
(NW) - $3,589,321; Roanoke to Altavista (NW) - $3,748,117
Lynchburg to Potomac Yard (SR) - $29,051,741; Altavista to
Spencer Yard (SR) - $18,354,003; Lynchburg to Spencer Yard
(SR) - $22,069,216.  Values of trackage over which NW and SR
will operate pursuant to trackage rights are shown in the
Trackage Rights Agreement (Vol. 3, Exh. 9), with the exception
of that track of the Chesapeake and Ohio Railroad Company
between Muncie and Peru, Indiana, over which NW will obtain
trackage rights, which is valued at $31,487,322.  The value
of track and appurtenant facilities between Danville, Virginia
and Blanche, North Carolina, to be acquired by SR is $115,427.

gory.   Rates by classes of property for NW are set forth in
Schedule 350 to NW's R-1 Annual Report to the Commission for
1979.   Such rates for SR are contained in Schedules 350 and
351 to SR's R-1 Annual Report for 1979.   Rates by classes of
property for DH are set forth in Schedules 332, 335, 340 and
342 to DH's R-1 Annual Report for 1979.

> (9)   The market value of any securities acquired
> or proposed to be acquired in consummating
> the proposed transaction; or, if there be
> no ascertainable market value, the estimated
> value, giving the basis of the estimate.

As described more fully in the Agreement of Merger
and Reorganization (see Vol. 3, Exh. 9, infra) and the Appli-
cation for Authority to Issue Securities (Vol. 8), NWS will
acquire stock control of NW and Southern, and each issued
share of NW Common Stock will be converted into 1 share of
NWS Common Stock, and each issued share of SR Common Stock
will be converted into 1.9 shares of NWS Common Stock.

As of September 18, 1980, the record date for
determining stockholder eligibility to vote on the proposed
transaction, there were 31,600,666 shares of NW Common Stock,
and 16,560,003 shares of Southern Common Stock outstanding.
Based on that number of shares and the market value of NW
Common Stock as of that date, and a value of SR shares equal
to 1.9 times the market value of NW shares, the valuation of
securities proposed to be acquired by NWS in consummating the

-23-

proposed transaction was $2,869,442,562 as of September 18, 1980.

(10) If any of the property covered by the application is encumbered and Applicants have agreed to assume obligation or liability in respect thereof:

   (i) A description of the property encumbered.

   (ii) Amount of encumbrance and full description thereof, including maturity, interest rate, and other terms and conditions.

   (iii) Amount of encumbrance assumed or to be assumed by Applicants.

There will be no assumption or transfer of obligation or liability with respect to encumbrances on the properties of any of the Applicants as a result of the proposed transaction.

(11) If a consolidation or merger is proposed:

   (i) The name of the company resulting from the consolidation or merger, and the State or territory under the laws of which the consolidated company is to be formed or the merged company is to file its certificate of amendment.

As a result of the proposed transaction, NWS Enterprises, Inc., will acquire control through stock ownership of NW and Southern, which will continue their separate corporate existences. On July 23, 1980, NWS was incorporated under the laws of the Commonwealth of Virginia.

-24-

> (ii)  The capitalization proposed for the
>        company resulting from the consolida-
>        tion or merger, and, separately, the
>        amount and character of capital stock
>        and other securities to be issued.

Upon consummation of the proposed transaction, NWS will issue one share of Common Stock, with a par value of $1.00, for each share of NW Common Stock issued as of the Merger Date, and 1.9 shares of Common Stock, with a par value of $1.00, for each share of SR Common Stock issued as of the Merger Date.  A table setting forth the consolidated capitalization of NW and SR as of June 30, 1980 and the pro forma capitalization of NWS which gives effect to the proposed transaction is contained at Volume 8, Appendix 1.

SECTION 1111.1(e) - ARGUMENTS IN SUPPORT OF THE PROPOSED TRANSACTION, WITH PARTICULAR REGARD TO:

> (1)  The financial consideration involved in the
>       proposed transaction, including an explana-
>       tion of economies, if any, to be effected in
>       operations, and increase, if any, in traffic,
>       revenues, earnings available for fixed charges,
>       and net earnings, expected to result from the
>       consummation of the proposed transaction.

A detailed description of economies to be effected in operations, and an explanation of anticipated increases in traffic, revenues and net earnings are set forth in Exhibits A-16, A-17 and 20, respectively.*  Exhibit 20 contains a sum-

---

* See also Vol. 1, Executive Summary at Sections III through V.

mary Statement of Benefits for the first, second and third years following consummation of the proposed transaction. As shown therein, the net annual benefits by the third year after consummation will be $95.8 million per year.

    (2)   The effect of the proposed transaction upon adequate rail and other transpor-tation services to the public.

The regions served by the proposed NWS system have undergone significant demographic and economic changes which have generated demand for improved interregional transporta-tion service. Shippers have demonstrated an overwhelming preference for single-system service, which reduces transit time, improves equipment utilization and distribution and focuses responsibility for entire movements on a single carrier. The "Balkanized" structure of the nation's railroads at the present time requires Applicants and other carriers to interline the majority of the traffic handled by them.

The proposed transaction will combine NW's extensive coverage of the Northeast and Midwest with SR's access to major southeastern markets, improving both service reliability and competition on movements between those regions. The com-bined NWS system will also provide an effective competitive counterweight to the recently created CSX rail system, and will enhance Applicants' ability to compete for traffic cur-rently moving by other modes, particularly motor carriers.

Applicants' Operating Plan (Vol. 4, Exh. A-17) sets forth a number of interrelated changes and improvements that NWS will make in order to provide more efficient, economical and reliable service.  The establishment of five new principal routes -- the Altavista Gateway Route, the Lynchburg-Knoxville Cutoff Route, the Mid South Corridor Route, the Kansas City Gateway Route and the Shenandoah Corridor Route -- will substantially reduce circuity and running time between many points on the NWS system.*  All traffic will be routed via the most efficient system route.  Together with implementation of run-through and interroad train service, the proposed new routes will generate savings of $20 million annually** and will reduce the rail system's fuel consumption by more than 5 million gallons per year.***

Additional service improvements will result from consolidation of NW and SR facilities and operations at 10 common points served by the two carriers.  Terminal and yard operations, as well as local service, will be concentrated at one facility, reducing delays currently caused by interchange activities.  The retirement of duplicative terminal facilities will, in certain instances, reduce the system's operating costs as well.****

---

\*    The benefits generated by the creation of each of these new routes are described in detail at Vol. 4, Exh. A-17, Section IIA.

\*\*   See Vol. 4, Exh. A-17 at 46; Vol. 1, p. 15, Note 4.

\*\*\*  See Vol. 5, Exh. 12.

\*\*\*\* See Vol. 4, Exh. A-17, Section II I.

In order to enhance the NWS system's ability to attract traffic from motor carriers to rail intermodal service, NW will construct a major terminal facility at NW's Landers Yard in Chicago.  Dedicated intermodal train service will also be instituted between Chicago and points in the Southeast.*  A substantial potential for diversions from motor carriers has been identified,** and Applicants are firmly committed to the development of profitable intermodal traffic.

A number of significant improvements will be made at other points on both NW's and SR's lines, and new connections will be constructed at several locations (see related applications at Vol. 7 infra), at a total cost of approximately $32 million.  In addition, the proposed connection of the communications systems of NW and SR will improve car tracing throughout the NWS system.*** Common policies with respect to equipment utilization will be implemented in order to enhance the ability of NW and SR to meet the car requirements of their customers, and to improve overall efficiency by reducing empty hauls.  While each carrier will retain control

---

* Intermodal traffic originating in Detroit will be added to the proposed dedicated trains at Fort Wayne, Indiana, for movement to destination.

** See Vol. 6B.

*** See Vol. 4, Exh. A-17, Section H.

over the day-to-day use of its equipment, all cars will be deployed for the benefit of the system as a whole. Further savings will be generated by system-wide coordination of shop and repair facilities, and by utilization of the excess capacity of NW's Roanoke Car Shops to meet SR's requirements for open top hoppers, covered hoppers and gondolas.*

These improvements and coordinations and the resulting efficiencies and enhanced capabilities would not be possible but for the proposed consolidation.** In almost all cases, the changes planned would not provide sufficient operating and financial benefits to NW or SR individually to justify their adoption. Moreover, each carrier's interest in preserving its corporate long-haul, both to maximize its revenues and to maintain control over service for the greatest possible portion of the movement, would create a strong disincentive for either carrier to agree to the reroute traffic over the most efficient system lines. Consolidation will eliminate these obstacles to achievement of operating efficiencies, and the combined financial strengths of NW and SR will place NWS in a strong position to make the major capital investments necessary to meet the future requirements of the shipping public.

---

\*    See Vol. 4, Exh. A-17, Sections C, E.

\*\*   See, e.g., Vol. 1A, Verified Statements of Robert B. Claytor; Vol. 4A, Verified Statement of Louis M. Newton.

(3)   The effect upon the public interest of the
increase, if any, in total fixed charges
resulting from the proposed transaction.

There will be no increase in total fixed charges
resulting from the proposed transaction.

(4)   The effect upon the public interest of
any guaranty or assumption of payment of
dividends or fixed charges contemplated
in the proposed transaction.

No guaranty or assumption of payment of dividends
or fixed charges is contemplated by the proposed transaction.

(5)   The effect upon the interest of
carrier employees resulting from
the proposed transaction.

The proposed transaction will have an overall
positive effect upon Applicants' employees.  Realization of
the anticipated benefits of consolidation will strengthen
the financial viability of NW and SR and will enable Appli-
cants to attract additional traffic to the NWS system.
These consequences of unification will contribute to job
security.  Affiliation will result in an estimated net
increase of 79 positions for Applicants.

As described more fully in Exhibit 10, *infra*,
there will be some minor short-term negative effects on

labor.  However, adversely affected employees will be adequately protected pursuant to the provisions of Section 11347 of the Interstate Commerce Act, 49 U.S.C. §11347.

    (6)  The effect upon the public interest of the inclusion, or the failure to include, other railroads in the territory involved in a proposed transaction under Section 5(2) of the Act.

    The public interest would not be served by the forced inclusion of any other railroad in the proposed transaction.

    The proposed transaction will result in the loss of some freight revenues by other carriers.  (See Vol. 6, Exhibit A-16, infra).  However, these revenue losses will be accompanied by offsetting cost reductions; therefore, the actual impact on affected carriers will be significantly less than their gross revenue losses.  In no case will anticipated losses threaten essential rail services.

    In its revised General Policy Statement issued in Ex Parte No. 282 (Sub-No. 6), Railroad Consolidation Procedures, 363 I.C.C. 241 (1980), the Commission stated that

    "[it] will only consider requiring inclusion of another carrier as a condition to approval where there is no other reasonable alternative for providing essential services, the facilities fit operationally into the new system, and inclusion can be accomplished without endangering the operational or financial success of the new company."  Id. at 245.

-31-

As the Commission recently recognized, "inclusion is an ex-
treme measure," Norfolk and Western Ry. Co., and New York,
Chicago & St. Louis R. Co. -- Merger, 363 I.C.C. 270, 281
(1980), and should be granted only where all of the foregoing
criteria have clearly been satisfied.  Inclusion of any other
carrier in the proposed transaction would dilute the finan-
cial strength of the new system and would thus deprive both
Applicants and the public of the full benefits available from
the proposed transaction.

## CONCLUSION

Applicants respectfully submit that the transactions
proposed herein are in full accordance both with the statutory
criteria set forth in the Interstate Commerce Act (49 U.S.C.
§§11343-11347) and with the Commission's general policy state-
ment on railroad consolidations in Ex Parte No. 282 (Sub-No. 6),
Railroad Consolidation Procedures, 363 I.C.C. 241 (1980).
Therefore, Applicants respectfully request that the Commission
make the following findings with respect thereto:

In Finance Docket No. 29430 (Sub-No. 1), that the
following transactions are within the scope of 49 U.S.C.
§11343; are consistent with the public interest; reflect
terms and conditions which are just and reasonable; will
not adversely affect but enhance the adequacy of trans-
portation to the public; will not adversely affect the

public interest as a result of the failure to include other railroads in the area; will not result in the guarantee or assumption of payment of dividends or fixed charges, or in any significant increase in total fixed charges; will not result in any adverse effects on the interests of affected carrier employees which will not be adequately protected by imposition of appropriate conditions; and will have no adverse impact upon, but rather will enhance competition among rail carriers in the affected region:

    1)    acquisition by NWS Enterprises, Inc., of control of Norfolk and Western Railway Company and its carrier subsidiaries, and of Southern Railway Company and its consolidated system companies through acquisition of stock in a merger of Norfolk and Western Railroad Company of Virginia into Norfolk and Western Railway Company, and merger of Southern Railroad Company of Virginia into Southern Railway Company;

    2)    acquisition by Southern Railway Company of the tracks and facilities of Norfolk, Franklin and Danville Railway Company between Blanche, North Carolina, and Danville, Virginia, pursuant to the terms of an agreement set forth at Vol. 3, Exhibit 9;

    3)    acquisition by Norfolk and Western Railway Company and Southern Railway Company and its consolidated system

companies of trackage rights over each other's lines and conduct of interroad train operations as specified in the "Trackage Rights Agreement" and agreement governing interroad train operations set forth at Vol. 3, Exh. 9;

4)     acquisition by Southern Railway Company of trackage rights over the Terminal Railroad Association of St. Louis, pursuant to the terms of a proposed agreement between those parties set forth at Vol. 3, Exh. 9;

5)     acquisition by Norfolk and Western Railway Company of trackage rights over The Chesapeake and Ohio Railway Company between Muncie and Peru, Indiana, pursuant to the terms of an agreement between those parties set forth at Vol. 3, Exh. 9.

In Finance Docket No. 29430 (Sub-No. 6), that the proposed issuance of securities and assumption of liabilities with respect thereto (a) is consistent with the proper performance of public transportation by the carriers to be controlled by NWS Enterprises, Inc.; (b) will not impair

the ability of the controlled carriers to provide public transportation; and (c) is consistent with the public interest in other respects.

In Finance Docket No. 29430 (Sub-Nos. 2, 3, 4, and 5), that the present and future public convenience and necessity require and will be enhanced by the proposed constructions and operations.

In Docket No. AB-10 (Sub-No. 23F) and Docket No. AB-216 (Sub-No. 1), that the proposed abandonments will not have a serious adverse impact on rural and community development; that operation of the involved rail properties will no longer be required in order to provide adequate rail service; that the interests of carrier employees will be protected by appropriate conditions; and that the present and future public convenience and necessity permit the proposed abandonments.

In Motor Carrier Finance Docket No. MC-F-14484, that acquisition by NWS Enterprises, Inc. of indirect control of Southern Region Motor Transport, Inc. through control of Central of Georgia Railroad Company, a wholly-owned subsidiary of Southern Railway Company, is consistent with the public interest and will enable the NWS system to use motor carrier transportation to the public advantage in its operations and will not unreasonably restrain competition.

-35-

WHEREFORE, NWS Enterprises, Inc., Norfolk and Western Railway Company, Southern Railway Company, and Norfolk, Franklin and Danville Railway Company pray that the Commission enter an order approving and authorizing the transactions proposed herein.


Norfolk and Western
  Railway Company

By _Robert B. Claytor_
   Robert B. Claytor
   President


Southern Railway Company

By _Harold H. Hall_
   Harold H. Hall
   President and Chief Executive
   Officer


Norfolk, Franklin and
  Danville Railway Company

By _Donald E. Middleton_
   Donald E. Middleton
   Secretary


NWS Enterprises, Inc.

By _Donald E. Middleton_
   Donald E. Middleton
   Chairman of the Board and
   Secretary

MONWEALTH OF VIRGINIA )
                       )    ss:
TY OF ROANOKE          )

Donald E. Middleton, being duly sworn, deposes and says

that he is Chairman of the Board and Secretary of NWS Enterprises,

(NWS), applicant herein; that he has been duly authorized and

signated by NWS to sign, verify, and file the foregoing document

exhibits with the Interstate Commerce Commission; that he has

refully examined all of the statements contained in said docu-

nt and the exhibits attached thereto and made a part thereof;

at he has knowledge of the matters set forth therein insofar as

se matters relate to NWS; and that all such statements made and

tters set forth therein with respect to NWS are true and correct

the best of his knowledge, information and belief.

*Donald E Middleton*

                    Donald E. Middleton

scribed and sworn to before me

is 1st day of December, 1980.

*Daniel B. Davis*

Notary Public

commission expires: *April 8, 1983*

AL]

CERTIFICATE

COMMONWEALTH OF VIRGINIA )
                         )  ss:
CITY OF ROANOKE          )

    I, Joseph Pakush, am Assistant Secretary of NWS Enterprises, Inc., and hereby certify that Donald E. Middleton is Chairman of the Board and Secretary of NWS Enterprises, Inc. and duly authorized to verify and file the attached application in behalf of NWS Enterprises, Inc.


                                                     _Joseph Pakush_
                                                   Joseph Pakush

Subscribed and sworn to before me
this 1st day of December, 1980.

_Jeanne B. Davis_
     Notary Public

My commission expires: _April 8, 1983_


[SEAL]

COMMONWEALTH OF VIRGINIA )
                        ) ss:
CITY OF ROANOKE )

      Robert B. Claytor, being duly sworn, deposes and says that he is President of Norfolk and Western Railway Company (NW), applicant herein; that he has been duly authorized and designated by NW to sign, verify, and file the foregoing document and exhibits with the Interstate Commerce Commission; that he has carefully examined all of the statements contained in said document and the exhibits attached thereto and made a part thereof; that he has knowledge of the matters set forth therein insofar as those matters relate to NW; and that all such statements made and matters set forth therein with respect to NW are true and correct to the best of his knowledge, information and belief.

                                     *Robt B. Claytor*
                                       Robert B. Claytor

Subscribed and sworn to before me this 1st day of December, 1980.

*Jeanie B. Davis*
Notary Public

My commission expires: *April 8, 1983*

[SEAL]

CERTIFICATE

COMMONWEALTH OF VIRGINIA )
                         )  ss:
CITY OF ROANOKE          )

I, Donald E. Middleton, am Secretary of Norfolk and Western Railway Company and hereby certify that Robert B. Claytor is President of Norfolk and Western Railway Company and duly authorized to verify and file the attached application in behalf of Norfolk and Western Railway Company.

*Donald E. Middleton*
Donald E. Middleton

Subscribed and sworn to before me this 1st day of December, 1980.

*Jeanie B. Davis*
Notary Public
My commission expires: *April 8, 1983*

[SEAL]

-40-

DISTRICT OF COLUMBIA:   ss

H. H. Hall, being duly sworn, deposes and says that he is President of Southern Railway Company (Southern), applicant herein; that he has been duly authorized and designated by Southern to sign, verify, and file the foregoing document and exhibits with the Interstate Commerce Commission; that he has carefully examined all of the statements contained in said document and the exhibits attached thereto and made a part thereof; that he has knowledge of the matters set forth therein insofar as those matters relate to Southern; and that all such statements made and matters set forth therein with respect to Southern are true and correct to the best of his knowledge, information and belief.

_____
H. H. Hall

Subscribed and sworn to before me this _28__ day of November, 1980.

_____
Notary Public

My commission expires: _June 14, 1983_

(SEAL)

PHILIP J. CAFFREY
NOTARY PUBLIC
IN AND FOR THE DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JUNE 14, 1983

-41-

CERTIFICATE

DISTRICT OF COLUMBIA:  ss

       I, Milton M. Davenport, am Secretary of
Southern Railway Company and hereby certify that
H. H. Hall is President of Southern Railway Company
and duly authorized to verify and file the attached
application in behalf of Southern Railway Company.

*Milton M. Davenport*
Milton M. Davenport

Subscribed and sworn to before me
this _28th_ day of November, 1980.

*[signature]*
Notary Public

My commission expires: *June 14, 1983*

(SEAL)

PHILIP J. CAFFREY,
NOTARY PUBLIC
IN AND FOR THE DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JUNE 14, 1983

COMMONWEALTH OF VIRGINIA)
                        )   ss:
CITY OF ROANOKE         )

Donald E. Middleton, being duly sworn, deposes and says that he is Secretary of Norfolk, Franklin and Danville Railway Company (NF&D), applicant herein; that he has been duly authorized and designated by NF&D to sign, verify, and file with the Interstate Commerce Commission the foregoing document and exhibits with respect to the acquisition by Southern Railway Company of certain properties of NF&D; that he has carefully examined all of the statements contained in said document and the exhibits attached thereto and made a part thereof; that he has knowledge of the matters set forth therein insofar as those matters relate to NF&D; and that all such statements made and matters set forth therein with respect to NF&D are true and correct to the best of his knowledge, information and belief.

*Donald E. Middleton*
Donald E. Middleton

Subscribed and sworn to before me this 1st day of December, 1980.

*Jeanne B. Davis*
Notary Public

My commission expires: *April 8, 1983*

[SEAL]

-43-

CERTIFICATE

COMMONWEALTH OF VIRGINIA )
                         )   ss:
CITY OF ROANOKE          )

I, Joseph Pakush, am Assistant Secretary of Norfolk, Franklin and Danville Railway Company and hereby certify that Donald E. Middleton is Secretary of Norfolk, Franklin and Danville Railway Company and duly authorized to verify and file the attached application in behalf of Norfolk, Franklin and Danville Railway Company.

_____
Joseph Pakush

Subscribed and sworn to before me

this 1st day of December, 1980.

_____
Notary Public

My commission expires: April 8, 1983

[SEAL]

-44-

NWS Exhibit A-18(i)

SECTION 1111.2(b)(5) - AS EXHIBIT A-18, GENERAL
BALANCE SHEETS, AS APPROPRIATE, OF THE FOLLOWING:

[By Order served October 1, 1980, the Commission granted
Applicants' request for waiver to file balance sheets for
NW, SR and DH each on a consolidated system basis rather than
the corporate entity basis required by Sections 1111.2(b)(5)
(ii)-(v).  Therefore, Applicants submit responses only to
Sections 1111.2(b)(5)(i) and (vi).]

(i)  Transferee on a corporate entity basis.

NWS ENTERPRISES, INC.

BALANCE SHEET

June 30, 1980

Assets

Cash . . . . . . . . . . . . . . . . . . . $1,000

Liabilities and Shareowners' Equity

Common stock, par value $1 per share;
authorized, issued and outstanding
1,000 shares . . . . . . . . . . . . . . $1,000

Note:  This company has had no income or expenses;
therefore, no statements of earnings are
submitted.

(vi)  Transferor and subsidiaries on a consolidated basis.

NORFOLK AND WESTERN RAILWAY COMPANY AND SUBSIDIARIES
CONSOLIDATED BALANCE SHEET
(Thousands of Dollars)
June 30, 1980

ASSETS
Current assets:
Cash and temporary cash investments $ 247,823
Accounts receivable 205,039
Materials and supplies 74,608
Other current assets 12,327
Deferred income tax benefits 13,137
Total current assets 552,934

Investments:
Equity in and advances to affiliates 12,463
Other, at cost 43,275
55,738

Properties 3,101,159
Less accumulated depreciation (996,157)
Properties - net 2,105,002

Other assets 103,556
Total assets $2,817,230

LIABILITIES AND STOCKHOLDERS' EQUITY
Current liabilities:
Accounts and wages payable $ 186,970
Taxes accrued 47,989
Other current liabilities 57,702
Current maturities and long-term debt 53,720
Total current liabilities 346,381

Long-term debt, less current maturities 486,383
Other liabilities and deferred credits 90,296
Minority interest in subsidiaries 39,280
615,959

Deferred income taxes 402,201

Stockholders' equity:
Common stock of $8.33 1/3 par value per share.
Authorized 60,000,000 shares; issued 33,669,252 280,577
Stock liability for conversion 443
Other capital 130,585
Excess at acquisition of net assets of
consolidated subsidiaries over cost 41,091
Retained income 1,103,221
1,555,917
Less cost of 2,400,888 shares of stock in treasury (103,228)
Total stockholders' equity 1,452,689

Total liabilities and stockholders' equity $2,817,230

SOUTHERN RAILWAY COMPANY AND CONSOLIDATED SUBSIDIARIES
BALANCE SHEET AS OF JUNE 30, 1980
(Thousands of Dollars)

ASSETS

**CURRENT ASSETS**

|  |  |  |
|---|---:|---:|
| Cash |  | $ 13,860 |
| Working funds |  | 310 |
| Temporary cash investments |  | 176,787 |
| Special deposits |  | 37 |
| Loans and notes receivable | $ 1,709 |  |
| Accounts receivable - interline and other balances | 6,798 |  |
| Accounts receivable - customers | 63,667 |  |
| Accounts receivable - other | 21,004 |  |
| Interest and dividends receivable | 2,608 |  |
| Receivables from affiliated companies | 775 |  |
| Accrued accounts receivable | 117,238 |  |
| Less: Allowance for uncollectible accounts | (2,467) |  |
| Net receivables |  | 211,332 |
| Prepayments |  | 1,635 |
| Materials and supplies |  | 111,809 |
| Other current assets |  | 1 |
| Total current assets |  | 515,771 |

**SPECIAL FUNDS**

|  |  |  |
|---|---|---:|
| Sinking funds |  | 35 |
| Capital funds |  | 14,337 |
| Other funds |  | 2,920 |
| Total special funds |  | 17,292 |

**TANGIBLE PROPERTY**

|  |  |
|---|---:|
| Road and equipment property | 3,062,163 |
| Less: Accumulated depreciation road and equipment property | (899,170) |
| Accumulated amortization - road and equipment defense projects | (3,800) |
| Net road and equipment property | 2,159,193 |
| Improvements on leased property | 192,012 |
| Less: Accumulated depreciation - improvements on leased property | 25,752 |
| Net improvements on leased property | 166,260 |
| Total carrier property | 2,325,453 |
| Property used in other than carrier operations | 102,010 |
| Less: Accumulated depreciation - Property used in other than carrier operations | (14,705) |
| Net property used in other than carrier operations | 87,305 |
| Total tangible property | 2,412,758 |

OTHER ASSETS AND DEFERRED DEBITS

    Other Assets     562

    Other deferred debits     11,087

        Total other assets and deferred debits     11,649

            TOTAL ASSETS     $2,971,638

## LIABILITIES AND SHAREHOLDERS' EQUITY

CURRENT LIABILITIES

| | |
|---|---:|
| Loans and notes payable | $ 1,985 |
| Accounts payable - Interline and other balances | 3,924 |
| Audited accounts and wages payable | 15,969 |
| Accounts payable - other | 8,788 |
| Interest payable | 19,850 |
| Dividends payable | 163 |
| Accrued accounts payable | 160,200 |
| Federal income taxes accrued | 23,413 |
| State and other income taxes accrued | 2,339 |
| Other taxes accrued | 28,382 |
| Other current liabilities | 45,131 |
| Equipment obligations and other long-term debt due within one year | 78,424 |
| Total current liabilities | 388,568 |

| LONG-TERM DEBT DUE AFTER ONE YEAR | Total issued | Held by or for Company | |
|---|---|---|---:|
| Funded debt unmatured | $281,355 | $49,961 | 231,394 |
| Equipment obligations | 582,734 | None | 582,734 |
| Capitalized lease obligations | | | 20,524 |
| Unamortized debt discount | | | (1,389) |
| Unamortized premium on debt | | | 82 |
| Total long-term debt due after one year | | | 833,345 |

OTHER LONG-TERM OBLIGATIONS

| | |
|---|---:|
| Other liabilities | 25,126 |
| Accrued liability; leased property | 5,067 |
| Accrued liability; casualty and other claims | 19,786 |
| Other accrued liabilities | 10,759 |
| Total other long-term liabilities | 60,738 |

DEFERRED CREDITS

| | |
|---|---:|
| Other deferred credits | 4,060 |
| Accumulated deferred income tax credits | 393,037 |
| Total deferred credits | 397,097 |

| SHAREHOLDERS' EQUITY | Total issued | Held by or for Company | |
|---|---|---|---:|
| Capital stock (Par or stated value): Capital stock issued | $225,324 | $16,618 | 208,706 |

ADDITIONAL CAPITAL
    Premium and assessments on capital stock      41,708
    Other capital      15,611
        Total additional capital      57,319

RETAINED EARNINGS
    Retained earnings - appropriated      45,052
    Retained earnings - unappropriated      980,813
        Total retained income      1,025,865
        Total shareholders' equity      1,291,890

        TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY      $2,971,638

DH Exhibit A-18(vi)
Page 1 of 1

DELAWARE AND HUDSON RAILWAY COMPANY AND SUBSIDIARIES
CONSOLIDATED BALANCE SHEET
June 30, 1980

|  | 1980 |
|---|---|
| **ASSETS** | |
| Current Assets: | |
| Cash and Temporary Cash Investments | $ 2,498,598 |
| Special Deposits | 563,842 |
| Accounts Receivable | 27,080,445 |
| Material and Supplies | 5,894,338 |
| Other Current Assets | 1,854,813 |
| Total Current Assets | 37,892,036 |
| | |
| Investments in Affiliates and Other Companies | 1,198,639 |
| Properties, less Accumulated Depreciation | 74,020,034 |
| Other Assets | 1,904,318 |
| Total Assets | $115,015,027 |
| | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | |
| Current Liabilities: | |
| Accounts and Wages Payable | $ 39,306,127 |
| Taxes Accrued | 1,313,209 |
| Other Current Liabilities | 2,219,679 |
| Current Maturities of Long-Term Debt | 3,822,949 |
| Total Current Liabilities | 46,661,964 |
| | |
| Long-Term Debt, Less Current Maturities | 50,284,697 |
| Other Liabilities and Deferred Credits | 9,915,192 |
| Deferred Income Taxes | - |
| Minority Interest | 258,774 |
| | 60,458,663 |
| | |
| Stockholder's Equity: | |
| Common Stock, Par Value $1,000 per Share; authorized and issued 1,000 shares | 1,000,000 |
| Excess at acquisition of Net Assets of Consolidated Subsidiaries over Cost | 2,485,518 |
| Other Capital | (36,853,818) |
| | |
| Total Stockholders' Equity | 7,894,400 |
| | |
| Total Liabilities and Stockholders' Equity | $115,015,027 |

NWS Exhibit A-19(i)

SECTION 1111.2(b)(6) - AS EXHIBIT A-19, INCOME STATEMENTS, AS APPROPRIATE, OF THE FOLLOWING:

[By an Order served October 1, 1980, the Commission granted Applicants' request for waiver to file income statements for NW, SR and DH each on a consolidated system basis rather than the corporate entity basis required by Sections 1111.2(b)(6)(ii)-(v).  Therefore, Applicants submit responses only to Sections 1111.2(b)(6)(i) and (vi).]

(i)  Transferee on a corporate entity basis.

In accordance with Section 7.3(i) of the Agreement of Merger (see Vol. 3, Exh. 9), NWS may transact no business prior to consummation and consequently has no statement of income at present.

NW Exhibit A-19(vi)
Page 1 of 2

(vi)  Transferor and subsidiaries on a consolidated basis.

## NORFOLK AND WESTERN RAILWAY COMPANY AND SUBSIDIARIES

### CONSOLIDATED STATEMENTS OF INCOME
(Thousands of Dollars)

| | Year Ended December 31, 1978 | Year Ended December 31, 1979 | Six Months Ended June 30, 1980 |
|---|---|---|---|
| **RAILWAY OPERATING REVENUES:** | | | |
| Freight | $1,057,161 | $1,395,217 | $751,320 |
| Other | . 40,197 | 53,950 | 26,127 |
| Total railway operating revenues | $1,097,358 | $1,449,167 | $777,447 |
| **RAILWAY OPERATING EXPENSES:** | | | |
| Transportation | (446,234) | (553,652) | (293,683) |
| Equipment | (255,372) | (265,722) | (143,640) |
| Way and structures | (176,732) | (212,361) | (122,819) |
| General and administrative | (111,168) | (105,894) | (57,128) |
| Total railway operating expenses | (989,506) | (1,137,629) | 617,270 |
| Income from railway operations | 107,852 | 311,538 | 160,177 |
| **OTHER INCOME (CHARGES):** | | | |
| Interest | 17,219 | 29,931 | 25,696 |
| Income of nonrailroad subsidiaries before income taxes and extra- ordinary credit | 17,783 | 29,601 | 9,774 |
| Gain on debt reacquired | 501 | 2,314 | 53 |
| Service interruption insurance claims | 58,406 | - | - |
| Other-net | 5,344 | 5,348 | 2,216 |
| Provision for decline in value of investment in Dereco, Inc. | (13,722) | - | - |
| Minority interest in income of subsidiaries | (1,632) | (1,621) | (816) |
| Total other income (charges) | 83,899 | 65,573 | 36,923 |
| **INTEREST EXPENSE** | (44,634) | (36,096) | (17,928) |
| Income before income taxes and extraordinary credit | 147,117 | 341,015 | 179,172 |

NW Exhibit A-19(vi)
Page 2 of 2

| | Year Ended December 31, | | Six Months Ended |
| --- | --- | --- | --- |
| | 1978 | 1979 | June 30, 1980 |
| PROVISION FOR INCOME TAXES (CREDIT): | | | |
| Current: | | | |
| Federal | 49,200 | 107,886 | 50,695 |
| State | 2,734 | 13,119 | 7,535 |
| Deferred | (10,717) | 21,414 | 13,558 |
| Total income taxes | 41,217 | 142,419 | 71,788 |
| Income before extra-ordinary credit | 105,900 | 198,596 | 107,384 |
| Extraordinary credit-adjustment of deferred income tax liability | 59,254 | - | - |
| NET INCOME | $165,154 | $198,596 | $107,384 |

SOUTHERN RAILWAY COMPANY AND CONSOLIDATED SUBSIDIARIES

CONSOLIDATED STATEMENTS OF INCOME
(Thousands of Dollars)

| | Year Ended December 31, | | Six Months Ended June 30, 1980 |
|---|---|---|---|
| | 1978 | 1979 | |
| **RAILWAY OPERATING INCOME** | | | |
| Railway operating revenue | $1,260,671 | $1,467,270 | $812,031 |
| Railway operating expenses | (1,044,361) | (1,208,917) | (657,521) |
| Net revenue from railway operations | 216,310 | 258,353 | 154,510 |
| **OTHER INCOME** | | | |
| Revenue from property used in other than carrier operations | 4,403 | 4,410 | 2,385 |
| Miscellaneous rent income | 2,164 | 1,795 | 1,002 |
| Dividend income | 580 | 891 | 289 |
| Interest income | 15,696 | 24,358 | 14,287 |
| Income from sinking and other funds | 3,367 | 3,363 | 1,153 |
| Release of premimums on funded debt | 65 | 40 | 7 |
| Miscellaneous income | 14,770 | 16,581 | 12,910 |
| Total other income | 41,045 | 51,438 | 32,033 |
| Total income | 257,355 | 209,791 | 186,543 |
| **MISCELLANEOUS DEDUCTIONS FROM INCOME** | | | |
| Expenses on property used in other than carrier operations | 632 | 559 | 368 |
| Taxes on property used in other than carrier operations | 1,743 | 1,847 | 1,060 |
| Miscellaneous rent expense | 20 | 18 | 9 |
| Miscellaneous income charges | 12,005 | 15,905 | 3,417 |
| Uncollectible accounts | - | 76 | 30 |
| Total miscellaneous deductions | 14,400 | 18,405 | 4,884 |
| Income available for fixed charges | 242,955 | 291,386 | 181,659 |
| **FIXED CHARGES** | | | |
| Interest on funded debt (a) fixed interest not in default | 61,567 | 67,577 | 35,880 |
| Interest on unfunded debt | 155 | 222 | 131 |
| Amortization of discount on funded debt | 313 | 548 | 272 |
| Total fixed charges | 62,035 | 68,327 | 36,283 |
| Income after fixed charges | 180,920 | 223,059 | 145,376 |

| | Year Ended December 31, | | Six Months Ended |
| --- | --- | --- | --- |
| | 1978 | 1979 | June 30, 1980 |
| PROVISION FOR INCOME TAXES | | | |
| Income taxes on ordinary income | | | |
| Federal income taxes | 20,084 | 21,427 | 19,146 |
| State income taxes | 5,397 | 7,525 | 4,274 |
| Provision for deferred income taxes | 28,120 | 33,485 | 21,399 |
| Total income taxes | 53,601 | 62,437 | 44,819 |
| NET INCOME | 127,319 | 160,622 | 100,557 |
| Add: Retained earnings unappropriated beginning of year | 725,458 | 805,167 | 909,954 |
| Appropriations released | 1,298 | 357 | - |
| Less: Dividends | (44,326) | (51,710) | (29,698) |
| Other debits to retained income | (2,384) | (2,384) | - |
| Appropriations for other purposes | (2,198) | (2,098) | - |
| Retained earnings unappropriated end of period | $ 805,167 | $ 909,954 | $980,813 |

### DELAWARE AND HUDSON RAILWAY COMPANY AND SUBSIDIARIES
#### Consolidated Statements of Income (Loss)

| | 1978 | 1979 | Six Months Ended June 30, 1980 |
|---|---|---|---|
| **RAILWAY OPERATING REVENUES:** | | | |
| Freight | $ 83,713,058 | $100,956,580 | $ 58,386,520 |
| Other | 1,549,580 | 1,546,862 | 748,740 |
| Total railway operating revenues | 85,262,638 | 102,503,442 | 59,135,260 |
| **RAILWAY OPERATING EXPENSES:** | | | |
| Transportation | 42,687,332 | 47,494,291 | 9,529,700 |
| Maintenance of equipment | 28,720,380 | 33,375,469 | 17,525,362 |
| Maintenance of way and structures | 14,263,999 | 18,628,171 | 27,359,477 |
| General and administrative | 9,284,609 | 10,709,863 | 5,812,224 |
| Total railway operating expenses | 94,956,320 | 110,207,794 | 60,226,763 |
| Loss from railway operation | (9,693,682) | (7,704,352) | (1,091,503) |
| **OTHER INCOME (CHARGES):** | | | |
| Income from New York State Grants | 861,834 | 1,077,535 | 555,324 |
| Interest, rents and other | 1,654,365 | 2,075,979 | 715,718 |
| Gain on debt reacquired | 252,360 | 483,077 | 469,882 |
| Loss of nonrailroad subsidiaries before income taxes | (4,175) | (3,580) | (829) |
| Other expense | (664,990) | (461,047) | (284,321) |
| Minority interest in income of subsidiaries | (9,072) | (9,253) | (3,401) |
| Total other income (charges) | 2,090,322 | 3,162,711 | 1,452,313 |
| INTEREST EXPENSE | 4,062,117 | 4,162,448 | 2,229,726 |
| Income (Loss) before Federal income taxes | (11,665,477) | (8,704,089) | (1,868,916) |
| FEDERAL INCOME TAXES | 9,600 | 8,305 | - |
| Net income (loss) | $(11,675,077) | $ (8,712,394) | $ (1,868,916) |

i)

ed
0

SUMMARY OF ECONOMIC BENEFITS

Year 1

|  | Annual Benefits (000) | One Time Benefits (000) |
|---|---|---|
| Rail Traffic Diversion Study | $15,749 | $    - |
| Traffic Gains from Motor Carriers | 1,101 | - |
| Improvements in Operations | | |
| Common Point Consolidations | 5,717 | (8,779) |
| Rerouting and Run-Through | 17,420 | - |
| Shop & Repair Facilities | 379 | - |
| Maintenance of Way Coordination | 1,361 | - |
| Roanoke Car Shops | 10,465 | - |
| Equipment Requirements | - | (18,655) |
| Car Utilization | 15,338 | - |
| Purchasing | 8,920 | - |
| Duplicate Sales Offices | 4,973 | - |
| Labor Protection Costs | - | (4,138) |
| Planned System Improvements | - | (47,618) |
| Totals* | $81,423 | $(79,190) |

\*  ' This statement does not include the one-time benefit from abandonment of a portion of the NF&D (see Volume 7 -- related applications).

SUMMARY OF ECONOMIC BENEFITS

Year 2

| | Annual Benefits (000) | One Time Benefits (000) |
|---|---|---|
| Rail Traffic Diversion Study | $20,249 | $   - |
| Traffic Gains from Motor Carriers | 1,982 | - |
| Improvements in Operations | | |
| Common Point Consolidations | 5,717 | - |
| Rerouting and Run-Through | 20,066 | - |
| Shop & Repair Facilities | 379 | - |
| Maintenance of Way Coordination | 1,361 | - |
| Roanoke Car Shops | 10,465 | - |
| Equipment Requirements | - | (15,213) |
| Car Utilization | 15,338 | - |
| Purchasing | 10,840 | - |
| Duplicate Sales Offices | 5,639 | - |
| Labor Protection Costs | - | (88) |
| Planned System Improvements | - | - |
| Totals | $92,036 | $(15,301) |

## SUMMARY OF ECONOMIC BENEFITS

### Year 3

|  | Annual Benefits (000) | One Time Benefits (000) |
|---|---|---|
| Rail Traffic Diversion Study | $22,499 | $  - |
| Traffic Gains from Motor Carriers | 2,202 | - |
| Improvements in Operations | | |
| Common Point Consolidations | 5,717 | - |
| Rerouting and Run-Through | 21,389 | - |
| Shop & Repair Facilities | 379 | - |
| Maintenance of Way Coordination | 1,361 | - |
| Roanoke Car Shops | 10,465 | - |
| Equipment Requirements | - | (6,862) |
| Car Utilization | 15,338 | - |
| Purchasing | 10,840 | - |
| Duplicate Sales Offices | 5,639 | - |
| Labor Protection Costs | - | (2) |
| Planned System Improvements | - | - |
| Totals | $95,829 | $ (6,864) |

NWS Exhibit 20
Page 4 of 6

SUMMARY OF ECONOMIC BENEFITS

Normal Year

| | Annual Benefits (000) | One Time Benefits (000) |
|---|---|---|
| Rail Traffic Diversion Study | $22,499 | $  - |
| Traffic Gains from Motor Carriers | 2,202 | - |
| Improvements in Operations Common Point Consolidations | 5,717 | - |
| Rerouting and Run-Through | 21,389 | - |
| Shop & Repair Facilities | 379 | - |
| Maintenance of Way Coordination | 1,361 | - |
| Roanoke Car Shops | 10,465 | - |
| Equipment Requirements | - | - |
| Car Utilization | 15,338 | - |
| Purchasing | 10,840 | - |
| Duplicate Sales Offices | 5,639 | - |
| Labor Protection Costs | - | - |
| Planned System Improvements | - | - |
| Totals | $95,829 | $  - |

SUMMARY OF ECONOMIC BENEFITS

All Years
(000)

| | | |
|---|---|---|
| Year 1 | Annual Benefits | $ 81,423 |
| | One-Time Benefits | (79,190) |
| | Total | $ 2,233 |
| Year 2 | Annual Benefits | $ 92,036 |
| | One-Time Benefits | (15,301) |
| | Total | $ 76,735 |
| Year 3 | Annual Benefits | $ 95,829 |
| | One-Time Benefits | (6,864) |
| | Total | $ 88,965 |
| Normal Year | Annual Benefits | $ 95,829 |
| | One-Time Benefits | 0 |
| | Total | $ 95,829 |

SUMMARY OF ECONOMIC BENEFITS

INDEX OF SOURCES OF BENEFIT DATA

|  | WITNESS RESPONSIBLE |
|---|---|
| Rail Traffic Diversion Study | J.R. McMichael/S.D. Guy/<br>C.M. Snavely, Jr. |
| Traffic Gains from Motor Carriers | L.K. Kloss/C.M. Snavely, Jr. |
| Improvements in Operations<br>  Common Point Consolidations | L.M. Newton/J.R. Martin |
|   Rerouting and Run-Through | C.M. Snavely, Jr. |
|   Shop & Repair Facilities | L.S. Presson, Jr. |
|   Maintenance of Way Coordination | M.E. Wilson, Jr. |
|   Roanoke Car Shops | H.L. Scott, Jr. |
|   Equipment Requirements | L.M. Newton/C.M. Snavely, Jr. |
|   Car Utilization | W.J. Romig/C.M. Snavely, Jr. |
|   Purchasing | N.B. Coggins, Jr. |
|   Duplicate Sales Offices | J.R. McMichael |
| Labor Protection Costs | T.C. Sheller/R.C. Steele, Jr. |
| Planned System Improvements | L.M. Newton/J.R. Martin/<br>M.E. Wilson, Jr./P.P. Dunavant, Jr. |

Response to Section 1111.1(c)(1)(ii) - Name and
business address of directors:

### NWS ENTERPRISES, INC.

| | |
|---|---|
| Milton M. Davenport | 920 15th Street, N.W.<br>P.O. Box 1808<br>Washington, D.C.   20013 |
| Mahlon D. Edwards | 920 15th Street, N.W.<br>P.O. Box 1808<br>Washington, D.C.   20013 |
| Donald E. Middleton | 8 North Jefferson Street<br>Roanoke, Virginia   24042 |
| Joseph Pakush | 8 North Jefferson Street<br>Roanoke, Virginia   24042 |

### NORFOLK AND WESTERN RAILWAY COMPANY

| | |
|---|---|
| William H. Bricker | Chairman of the Board and Chief<br>   Executive Officer<br>Diamond Shamrock Corporation<br>2300 Southland Center<br>Dallas TX  75201 |
| August A. Busch III | Chairman of the Board and<br>   President<br>Anheuser-Busch Companies, Inc.<br>721 Pestalozzi Street<br>St. Louis MO  63118 |
| Robert B. Claytor | President<br>Norfolk and Western Railway Company<br>8 North Jefferson Street<br>Roanoke VA  24042 |
| Lester E. Coleman | President and Chief Executive<br>   Officer<br>The Lubrizol Corporation<br>29400 Lakeland Boulevard<br>Wickliffe OH  44092 |

John P. Fishwick

Chairman of the Board and
   Chief Executive Officer
Norfolk and Western Railway Compan
8 North Jefferson Street
Roanoke VA  24042

W.H. Krome George

Chairman of the Board and Chief
   Executive Officer
Aluminum Company of America
1501 Alcoa Building
Pittsburgh PA  15219

John A. Mayer

c/o Mellon Bank N.A.
Room 462
Mellon Square
Pittsburgh PA  15230

Robert H. Strotz

President
Northwestern University
Rebecca Crown Center
633 Clark Street
Evanston IL  60201

Samuel R. Sutphin

P.O. Box 23
Zionsville IN  46077

William H. Wendel

Vice Chairman of the Board
   and Consultant
Kennecott Corporation
Carborundum Center
P.O. Box 156
Niagara Falls NY 14302

## SOUTHERN RAILWAY COMPANY

William R. Bond

3508 Redmont Road
Birmingham AL  35213

D. William Brosnan

12 Lone Pine Road
Biltmore Forest
Asheville NC  28803

D. Tennant Bryan

Chairman of the Board
Media General, Inc.
333 East Grace Street
Richmond VA  23219

Archie K. Davis

612 South Main Street
P.O. Box 10689
Winston-Salem NC   27108

Harry A. DeButts*

Upperville VA   22176

Harold H. Hall

President and Chief
  Executive Officer
Southern Railway Company
P.O. Box 1808
Washington DC   20013

Leonard F. Howard

President
L.F. Howard Associates, Inc.
Suite 1650, Lincoln Bldg.
60 East 42nd Street
New York NY   10017

R.L. Ireland, III

Partner
Brown Brothers Harriman & Co.
59 Wall Street
New York NY   10005

Ralph F. Leach

Morgan Guaranty Trust Company
  of New York
23 Wall Street
New York NY   10015

E.B. Leisenring, Jr.

Chairman of the Board
Penn Virginia Corporation
2500 Fidelity Bldg.
Philadelphia PA   19109

Arnold B. McKinnon

Executive Vice President
Law & Accounting
Southern Railway Company
P.O. Box 1808
Washington DC   20013

Robert E. McNair

Senior Partner
McNair Glenn Konduros Corley
  Singletary Porter & Dibble
Suite 1820, Bankers Trust Tower
P.O. Box 11390, Capitol Station
Columbia SC   29211

---

\*     Director Emeritus.

George S. Paul

Executive Vice President
Administration
Southern Railway Company
P.O. Box 1808
Washington DC  20013

(Two Vacancies)

## DELAWARE AND HUDSON RAILWAY COMPANY

NAME

ADDRESS

Selig Altschul

President
Aviation Advisory Service, Inc.
26 Broadway
New York NY  10004

Arthur B. King

Guthrie Clinic
Sayre PA  18840

Lester W. Herzog, Jr.

5 South Loudon Heights
Loudonville NY  12211

Jervis Langdon, Jr.

Quarry Farm
P.O. Box 224
Elmira NY  14902

Howard F. Miller

Director
Division of the Budget
State of New York
State Capitol
Albany NY  12224

Kent P. Shoemaker

President
Delaware and Hudson Railway Compa
40 Beaver Street
Albany NY  12207

Response to Section 1111.1(c)(1)(iii) - Name,
title and business address of officers:

### NWS ENTERPRISES, INC.

| Name | Title | Business Address |
|------|-------|------------------|
| Donald E. Middleton | Chairman of the Board and Secretary | 8 N. Jefferson Street Roanoke VA  24042 |
| Milton M. Davenport | President and Treasurer | 920 15th St., N.W. P.O. Box 1808 Washington DC  20013 |
| Mahlon D. Edwards | Assistant Secretary | 920 15th St., N.W. P.O. Box 1808 Washington DC  20013 |
| Joseph Pakush | Assistant Secretary | 8 N. Jefferson Street Roanoke VA  24042 |

### NORFOLK AND WESTERN RAILWAY COMPANY

| Name | Title | Business Address |
|------|-------|------------------|
| John P. Fishwick | Chairman of the Board and Chief Executive Officer | 8 N. Jefferson Street Roanoke VA  24042 |
| Robert B. Claytor | President | 8 N. Jefferson Street Roanoke VA  24042 |
| Richard F. Dunlap | Executive Vice President | 8 N. Jefferson Street Roanoke VA  24042 |
| John R. Turbyfill | Executive Vice President | 8 N. Jefferson Street Roanoke VA  24042 |
| John S. Shannon | Senior Vice President-Law | 8 N. Jefferson Street Roanoke VA  24042 |

-67-

| Name | Title | Business Address |
|------|-------|------------------|
| John R. McMichael | Senior Vice President-Merchandise Traffic | 8 N. Jefferson Street Roanoke VA  24042 |
| Hobart L. Scott, Jr. | Vice President-Operations | 8 N. Jefferson Street Roanoke VA  24042 |
| Joseph R. Neikirk | Vice President-Administration | 8 N. Jefferson Street Roanoke VA  24042 |
| Daniel L. Kiley | Vice President-Taxation | 8 N. Jefferson Street Roanoke VA  24042 |
| Jean Jones | Vice President and Comptroller | 8 N. Jefferson Street Roanoke VA  24042 |
| William B. Bales | Vice President-Coal and Ore Traffic | 8 N. Jefferson Street Roanoke VA  24042 |
| R. Alan Brogan | Vice President-Material Management | 8 N. Jefferson Street Roanoke VA  24042 |
| John M. Fricke | Treasurer | 8 N. Jefferson Street Roanoke VA  24042 |
| Donald E. Middleton | Secretary | 8 N. Jefferson Street Roanoke VA  24042 |

## SOUTHERN RAILWAY COMPANY

| Name | Title | Business Address |
|------|-------|------------------|
| Harold H. Hall | President and Chief Executive Officer | 920 15th Street, N.W. Washington DC  20005 |
| Earl L. Dearhart | Executive Vice President-Marketing | 920 15th Street, N.W. Washington DC  20005 |
| Arnold B. McKinnon | Executive Vice President-Law and Accounting | 920 15th Street, N.W. Washington DC  20005 |
| George S. Paul | Executive Vice President-Administration | 920 15th Street, N.W. Washington DC  20005 |

| Name | Title | Business Address |
|------|-------|------------------|
| Edward B. Burwell | Senior Vice President-Operations | 920 15th Street, N.W. Washington DC  20005 |
| Karl A. Stoecker | Senior Vice President-Finance | 920 15th Street, N.W. Washington DC  20005 |
| Edward G. Kreyling, Jr. | Senior Vice President-Marketing Services | 920 15th Street, N.W. Washington DC  20005 |
| Edward T. Breathitt, Jr. | Vice President-Public Affairs | 920 15th Street, N.W. Washington DC  20005 |
| Robert S. Geer | Vice President-Industrial Development | 99 Spring Street, S.W. Atlanta GA  30303 |
| Samuel D. Guy | Vice President-Sales | 920 15th Street, N.W. Washington DC  20005 |
| John L. Jones | Vice President-Management Information Services | 99 Spring Street, S.W. Atlanta GA  30303 |
| Donald R. McArdle | Vice President and Comptroller | 920 15th Street, N.W. Washington DC  20005 |
| William D. McLean | Vice President-Real Estate and Insurance | 920 15th Street, N.W. Washington DC  20005 |
| Paul R. Rudder | Vice President-Transportation | 920 15th Street, N.W. Washington DC  20005 |
| Walter W. Simpson | Vice President-Engineering | 920 15th Street, N.W. Washington DC  20005 |
| James L. Tapley | Vice President-Law | 920 15th Street, N.W. Washington DC  20005 |
| D. Henry Watts | Vice President-Personnel | 920 15th Street, N.W. Washington DC 20005 |
| Walter B. Brown | Vice President-Columbia | 700 Columbia Building Columbia SC  29201 |
| Challen E. Caskie | Vice President-New Orleans | 1205 St. Louis Street New Orleans LA |

| Name | Title | Business Address |
|---|---|---|
| J. Wilbert Forbes | Vice President-Raleigh | 907 Wachovia Bank Building Raleigh NC 27602 |
| Glenn E. Taylor | Vice President-Nashville | 19th Floor, Life and Casualty Building Nashville TN 37219 |
| Milton M. Davenport | Secretary | 920 15th Street, N.W. Washington DC 20005 |

## DELAWARE AND HUDSON RAILWAY COMPANY

| Name | Title | Address |
|---|---|---|
| Kent P. Shoemaker | President and Chief Executive Officer | 40 Beaver Street Albany NY 12207 |
| Donald D. Muir | Vice President-Finance | 40 Beaver Street Albany NY 12207 |
| Thomas E. O'Brien | Vice President-Sales and Marketing Group | 40 Beaver Street Albany NY 12207 |
| William W. Collins | Vice President-Administration and Strategic Planning | 40 Beaver Street Albany NY 12207 |
| Richard E. Long | Secretary and Assistant Vice President-Administration and Planning | 40 Beaver Street Albany NY 12207 |
| Robert E. Sullivan | Comptroller | 40 Beaver Street Albany NY 12207 |
| John N. Evanoff | Treasurer | 40 Beaver Street Albany NY 12207 |

Response to Section 1111.1(c)(1)(iv) - Name and business addresses of 10 principal stockholders as of last record date and their respective holdings:

The names, business addresses, and holdings of NW's 10 principal stockholders as of September 18, 1980 are as follows:

| Name and Business Address | Common | Preferred | Total |
|---|---|---|---|
| Bankers Trust Company<br>16 Wall Street<br>New York, New York 10015 | 2,030,480 | - | 2,030,480 |
| Morgan Guaranty Trust Company<br>30 West Broadway<br>New York, New York 10015 | 1,736,239 | - | 1,736,239 |
| Merrill Lynch, Pierce, Fenner & Smith, Inc.<br>70 Pine Street<br>New York, New York 10005 | 784,635 | - | 784,635 |
| Bank of New York<br>48 Wall Street<br>New York, New York 10015 | 767,368 | - | 767,368 |
| The Chase Manhattan Bank<br>One Chase Manhattan Plaza<br>New York, New York 10081 | 580,543 | - | 580,543 |
| State Street Bank and Trust<br>801 State Street<br>Quincy, Illinois 62301 | 573,024 | - | 573,024 |
| United States Trust Company<br>130 John Street<br>New York, New York 10038 | 518,380 | - | 518,380 |
| Pittsburgh National Bank<br>Pittsburgh National Building<br>Pittsburgh, Pennsylvania 15230 | 479,998 | - | 479,998 |
| Manufacturers Hanover Trust Co.<br>40 Wall Street<br>New York, New York 10015 | 424,550 | - | 424,550 |

| Name and Business Address | Common | Preferred | Total |
|---|---|---|---|
| Shawmut Bank of Boston<br>One Federal Street<br>Boston, Massachusetts   02211 | 392,860 | - | 392,860 |

The names, business addresses, and holdings of SR's ten principal stockholders as of September 18, 1980 are as follows:

| | Common | Preferred | Total |
|---|---|---|---|
| Cede & Co.<br>Box 20, Bowling Green Sta.<br>New York, NY  10274 | 5,300,054 | 163,639 | 5,463,693 |
| Penn Virginia Equities Corp.<br>Suite 12, 4th Floor<br>410 W. 9th Street<br>Wilmington, Delaware  19801 | 400,000 | - | 400,000 |
| Map and Co.<br>P.O. Box 26986<br>Richmond, VA  23261 | 313,505 | 6,100 | 319,605 |
| Kray & Co.<br>c/o Midwest Stock Exchange<br>Clearing Corp.<br>120 South LaSalle Street<br>Chicago, IL  60603 | 277,708 | 4,955 | 282,663 |
| Pacific & Co.<br>P.O. Box 7877<br>San Francisco, CA  94120 | 229,790 | 1,126 | 230,916 |
| ICO<br>c/o Treasurer St. of Ohio<br>P.O. Box 1170<br>Columbus, Ohio  43216 | 200,000 | - | 200,000 |
| Batrus & Co.<br>c/o Bankers Trust Company<br>P.O. Box 706, Church St. Sta.<br>New York, NY  10008 | 144,452 | - | 144,452 |

|  | Common | Preferred | Total |
|---|---|---|---|
| Trust Company Bank TTEE<br>Southern Railway System<br>Tax Reduction Act<br>Employee Stock Ownership<br>Plan U/A Dtd. 9/8/77<br>c/o Trust Department<br>P.O. Box 4655<br>Atlanta, GA  30302 | 137,456 | - | 137,456 |
| Borla<br>c/o Union Bank<br>Securities Custody Dept.<br>P.O. Box 2278, Terminal<br>Annex<br>Los Angeles, CA  90054 | 120,000 |  | 120,000 |
| EX & Co.<br>c/o The Bank of N.Y.<br>P.O. Box 11203<br>New York, NY  10249 | 100,000 |  | 100,000 |
| Touchstone & Co.<br>c/o State Street Bank &<br>  Trust Co.<br>P.O. Box 5006<br>Boston, MA  02101 | 100,000 |  | 100,000 |

Delaware and Hudson Railway Company has outstanding 1000 shares of Common Stock, the only class outstanding, with a par value of $1000 per share.  All shares are owned by Dereco, Inc., a wholly owned subsidiary of NW, and are pledged to USRA to secure a loan granted pursuant to a Loan Agreement dated March 15, 1976 between DH and USRA.

## Response to Sections 1111.1(c)(7) through (11).

      Explanatory Note:  The following chart contains Applicants' responses to Sections 1111.1(c)(7) through (11) of the Commission's consolidation regulations.  The data set forth in the chart discloses the extent to which Applicants are controlled by any other corporation or corporations, the measure of control of ownership exercised by Applicants over other carriers subject to the Act, the degree to which Applicants and their affiliates share common officers or directors, and the existence of any other intercorporate relationships between Applicants, or their affiliates, and any other carrier.

-74-

| Name of Company | Number of Shares | Par Value | Interest or Ownership | Held By | Common Officers and Directors |
|---|---|---|---|---|---|
| The AC&Y Terminal | 1,000 | $ -- | 100% | AC&Y RR | |
| Airforce Pipeline, Inc. | 250 | 100 | 100% | Atlantic & East Carolina | |
| The Akron & Barberton Belt Railroad Company | 250 | 100 | 25% | AC&Y RR | |
| The Akron Canton & Youngstown Railroad Company | 126,971 | -- | 100% | NW | |
| The Alabama Great Southern Railway Company | 156,600 | 50 | 100% | SR | |
| Albany Port Railroad Corporation | 500 | 5 | 50% | DH | |
| Albany and Vermont Rail Road Company | 4,561 | 100 | 76.02% | DH | |
| Algers, Winslow and Western Railway Company | 2,500 | -- | 50% | SR | |
| Arrowood Corporate Center Associates | -- | -- | 47% | Arrowood Southern Executive Park | |
| Arrowood-Southern Company | 100 | 100 | 100% | The National Investment Company | |
| Arrowood-Southern Executive Park, Inc. | 1,000 | 1 | 100% | SR | |
| The Atlanta and Charlotte Air Line Railway Company | 16,999 | 100 | 100% | SR | |

| Name of Company | Number of Shares | Par Value | Interest or Ownership | Held By | Common Officers and Directors |
|---|---|---|---|---|---|
| Atlanta Terminal Company | 1,000 500 | $100 | 66.67% 33.33% 100.00% | SR Central of Georgia | |
| Atlantic and East Coast Railway Company | 1,000 | -- | 100% | SR | |
| Atlantic and North Carolina Railroad Company | 2,605 | 100 | 15.09% | Norfolk Southern | |
| Augusta and Summerville Railroad Company | 500 500 | 100 | 25.% 25.% 50.% | SR Central of Georgia | |
| Beaver Street Tower Company | 100 | 1 | 25% | Georgia Southern and Florida | |
| The Belt Railway Company of Chicago | 2,400 | 100 | 7.69% | NW | |
| Birmingham Terminal Company | 1,000 250 250 | 100 | 66.66% 16.67% 16.67% 100.00% | SR Alabama Great Southern Central of Georgia | |
| Blue Ridge Railway Company | 1,000 | 100 | 100% | SR | |
| Camp Lejeune Railroad Company | 1,000 | 25 | 100% | SR | |
| Central of Georgia Railroad Company | 1,000 | 100 | 100% | SR | |

| Name of Company | Number of Shares | Par Value | % of Ownership | Held By | Officers and Directors |
|---|---|---|---|---|---|
| Central Transfer Railway and Storage Company | 250 | $100 | 50% | SR | |
| Charlotte-Southern Corporation | 1,000 | 100 | 100% | SR | |
| Chatham Terminal Company | 250 | 100 | 50% | Central of Georgia | |
| Chattanooga Station Company | 333<br>333<br>334 | 100 | 33.3%<br>33.3%<br>33.4%<br>100.0% | SR<br>Alabama Great Southern<br>CNO&TP | |
| Chattanooga Terminal Railway Company | 600 | 100 | 100% | SR | |
| Chesapeake Western Railway | 6,000 | 100 | 100% | . NW | |
| Chicago and Western Indiana Railroad Company | 10,000 | 100 | 20% | NW | |
| The Cincinnati, New Orleans & Texas Pacific | 448,500 | 20 | 100% | SR | |
| The Cincinnati Union Terminal Company | 5,000<br><br>5,000<br>10,000 | 100 | 14.29%<br><br>14.28%<br>28.57% | CNO&TP<br><br>NW | H.H. Hall, Washington, D.C.<br>J.R. Turbyfill, Pres. Roanoke, Va. |
| Citico Realty Company | 99<br>35<br>29<br>23<br>14<br>200 | 50 | 49.5%<br>17.5%<br>14.5%<br>11.5%<br>7.0%<br>100.0% | SR<br>Alabama Great Southern<br>Central of Georgia<br>CNO&TP<br>Georgia Southern & Florida | |

| Name of Company | Number of Shares | Par Value | Interest or Ownership | Held By | Common Officers and Directors |
|---|---|---|---|---|---|
| The Cleveland Union Terminal Company | 7 | $100 | 7% | NW | |
| Danville and Western Railway Company | 3,686 | 100 | 100% | SR | |
| Delaware and Hudson Railway Company | 1,000 | 1,000 | 100% | Dereco, Inc. | |
| Dereco, Inc. | 5,808,204 | 5 | 99.9% | NW | |
| Des Moines Union Railway Company | 2,000 | 100 | 50% | NW | |
| The Detroit and Toledo Shore Line Railroad Company | 15,000 | 100 | 50% | NW | |
| Durham and Southern Railroad Company | 2,500 | 100 | 100% | Norfolk Southern | |
| Elberton Southern Railway Company | 980 1,020 2,000 | 100 | 49% 51% 100% | SR A&CAL Railway | |
| Erie Lackawanna Railway Company | 1,000 | 1,000 | 0%* | Dereco, Inc. | |
| Erie Land and Improvement Company | 50 | 100 | 0%* | Erie Lackawanna | |

| Name of Company | No. of Shares | $ 50 | %* | System | |
|---|---|---|---|---|---|
| Erie Land and Improvement Company of Pennsylvania | 100 | 100 | 0%* | Erie Lackawanna | |
| Fairport Painesville and Eastern Railway Company | 250 | 2,000 | 50% | NW | |
| 1515 Eye Street Associates | -- | -- | 62% | Southern Region Industrial Realty, Inc. | |
| Fort Wayne Union Railway Company | 400 | 100 | 50% | NW | |
| Fruit Grower's Express Company | 7,488 | 100 | 6.62% | SR | |
| | 65 | | .05% | Alabama Great Sou. | |
| | 2,567 | | 2.27% | Central of Georgia | |
| | 1,288 | | 1.14% | CNO&TP | |
| | 463 | | .41% | Georgia, Sou. & Fla. | W.D. McLean Washington, D.C. |
| | 700 | | .62% | Norfolk Southern | |
| | 12,571 | | 11.11% | | |
| | 1,336 | | 1.18% | NW | L. Atkinson, Jr. Roanoke, Va. |
| | 13,907 | | 12.29% | | |
| The Georgia Midland Railway Company | 10,000 | 100 | 100% | SR | |
| The Georgia Northern Railway Company | 6,000 | 100 | 100% | SR | |
| The Georgia Southern and Florida Railway Company | 18,825 | 100 | 100% | SR | |

| Name of Company | Number of Shares | Par Value | Interest or Ownership | Held By | Common Officers and Directors |
|---|---|---|---|---|---|
| Green Real Estate Company | 66,288 | $ -- | 33.33% | NW | |
| Greenwich & Johnsonville Railway Company | 2,250 | 100 | 100% | DH | |
| High Point, Randlemen, Asheboro and Southern Railroad Company | 4,254 | 50 | 85.73% | SR | |
| High Point, Thomasville & Danton Railroad Company | 2,187-3/4 | 100 | 100% | Winston-Salem Southbound | |
| The Hoboken Ferry Company | 1,000 | 100 | 0% | .Erie Lackawanna | |
| Hudson Realty Company | 10 | 100 | 0%* | Erie Lackawanna | |
| Hudson River Estates Inc. | 2,030 | 100 | 100% | DH | |
| Illlinois Terminal Railroad Company | 363.636% | 10 | 18.18% | NW | |
| Interstate Railroad Company | 80,000 | 100 | 100% | SR | |
| Iowa Transfer Railway Company | 161 | 100 | 12.5% | Des Moines Union | |
| Kansas City Terminal Railway Company | 1,833-1/3 | 100 | 8.33% | NW | |

| Name of Company | Number of Shares | Par Value | Interest of Ownership | Held By |
|---|---|---|---|---|
| Kentenia Corporation** | 10,000 | $ -- | 100% | Pocahontas Development Corp. |
| Kentucky & Indiana Terminal Railroad Company | 250 | 100 | 33.34 | SR |
| Keokirk Union Depot Company | 200 | 100 | 20% | NW |
| Knoxville & Ohio Railroad | 11,222 | 100 | 100% | SR |
| Lackawanna and Wyoming Valley Railway | 16,190 | 1 | 0%* | Erie Lackawanna |
| Lafayette Union Railway Company | -- | -- | -- | (leased by NW until August 31, 1989, and thereafter on a year-to-year basis) |
| Lake Erie Dock Company | 100 | -- | 100% | NW |
| The Lake Erie and Fort Wayne Railroad Company | 4,000 | 25 | 100% | NW |
| Lambert's Point Docks, Incorporated | 1,800 | 610¢ | 100% | Virginia Holding Corporation |
| Lawroy Land Company | 100 | 100 | 0%* | Erie Lackawanna |
| The Lehigh and Hudson River Railway | 15,370 | 100 | 0%* | Erie Lackawanna |

-81-

| Name of Company | Number of Shares | Par Value | Interest or Ownership | Held By | Common Officers and Directors |
|---|---|---|---|---|---|
| Lenoir Car Works | 15,000 | $100 | 100% | SR | |
| Live Oak, Perry and South Georgia Railway Company | 4,870 | 100 | 100% | Georgia Southern & Fla. | |
| The Lorain & West Virginia Railway Company | 20,000 | 100 | 100% | NW | |
| Louisana Southern Railway Company | 10,000 | 10 | 100% | Alabama Great Southern | |
| Macon Terminal Company | 333 333 333 999 | 100 | 33.34% 33.33% 33.33% 100.00% | SR Georgia Sou. & Fla. Central of Georgia | |
| Mahoning State Line Railroad Company | 87 | 50 | 0%* | Erie Lackawanna | |
| Memphis & Charleston Railroad Company | 106,261 | 25 | 100% | SR | |
| Memphis & Charleston Railway Company | 1,000 | 100 | 100% | SR | |
| Mobile & Birmingham Railroad Company | 8,961 | 100 | 99.83% | SR | |
| NW Equipment Corporation | 100 | -- | 100% | Dereco, Inc. | |
| Napierville Junction Railway Company | 24,000 | 50 | 100% | DH | |

Railway Company

| Name of Company | Shares | $100 | 100% | SR | |
|---|---|---|---|---|---|
| The National Investment Company | 5,000 | | 100% | SR | |
| New Jersey, Indiana & Illinois Railroad Company | 8,250 | 100 | 100% | NW | |
| New Orleans Terminal Company | 20,000 | 100 | 100% | Alabama Great Southern | |
| The Niagara Junction Railway Company | 2,500 | -- | 0%* | Erie Lackawanna | |
| The Nickel Plate Improvement Company Inc. | 100 | 100 | 100% | NW | |
| Norfolk, Franklin and Danville Railway Company | 15,000 | 100 | 100% | NW | |
| Norfolk and Portsmouth Beltline Railroad Company | 72 72 144 288 | 100 100 | 14.29% 14.28% 28.57% 57.14% | SR Norfolk Sou. NW | Paul Rudder Washington, D.C. Richard F. Dunlap Roanoke, Va. |
| Norfolk Southern Industrial Development Corp. | 100 | 1 | 100% | Norfolk Southern | |
| Norfolk Southern Railway Company | 50,000 | 1 | 100% | Southern | |

| Name of Company | Number of Shares | Par Value | Interest or Ownership | Held By | Common Officers and Directors |
|---|---|---|---|---|---|
| The North Carolina Midland Railroad Company | 8,995 | $100 | 97.35% | Southern | |
| The North Carolina Railroad Company | 710 | 100 | 1.78% | The National Investment Co. | |
| North Charleston Terminal Company | 350 | 100 | 33.33% | SR | |
| Northern Coal and Iron Company | 15,000 | 100 | 100% | DH | |
| The Northern New York Development Company | 100 | 100 | 100% | DH | |
| Northern Ohio Food Terminal, Inc. | 10,800 | 5 | 71.1% | Virginia Holding Corporation | |
| Northwestern Mining & Exchange Company of Erie, Pennsylvania | 30,000 | 100 | 0%* | Erie Lackawanna | |
| NWS Enterprises, Inc. | 500<br>500<br>1,000 | 1 | 50%<br>50%<br>100% | NW<br>SR | |
| Ocean Steamship Company of Savannah | 20,000 | 100 | 100% | Central of Georgia | |
| Ore Belt Railroad Company | 400 | 100 | 100% | SR | |
| Pennsylvania Coal Company | 500,000 | 50 | 0%* | Erie Lackawanna | |

-84-

| Name of Company | Shares | Value | Ownership | |
|---|---|---|---|---|
| Peoria and Pekin Union Railway Company | 1,500 | $100 | 15% | NW |
| Pittsburgh & Cross Creek Railroad Company | 240 | 50 | 17.1% | NW |
| The Pittsburgh & West Virginia Railway Company | -- | -- | -- | (leased by NW for 99 yrs. from October 16, 1964.) |
| Pocahontas Development Corporation | 100 | -- | 100% | Pocahontas Land Corporation |
| Pocahontas Kentucky Corporation | 100 | -- | 100% | Pocahontas Land Corporation |
| Pocahontas Land Corporation | 10,000 | 100 | 100% | NW |
| Powhatan Oil and Gas Corporation | 500 | 10 | 100% | , NW |
| The Pullman Company | 7,047 | .02 | 0%* | Erie Lackawanna |
| | 3,063 | .02 | 0.42% | DH |
| | 15,106 | .02 | 2.08% | NW |
| | 25,216 | | 2.50% | |
| The Pullman Company | 22,383 | .02 | 3.06% | SR |
| | 2,034 | | .28% | Alabama Great Southern |
| | 3,189 | | .44% | Central of Georgia |
| | 3,198 | | .44% | CNO&TP |
| | 1,453 | | .19% | Georgia Southern & Fla. |
| | 32,257 | | 4.41% | |
| | 57,471 | | 6.91% | |

John R. Turbyfill
Roanoke, Va.
(vacancy)

| Name of Company | Number of Shares | Par Value | Interest or Ownership | Held By | Common Officers and Directors |
|---|---|---|---|---|---|
| Railbox Company | -- | $ -- | (Restricted to guaranteeing payment of debt incurred by Railbox in connection with lease financing of 1,000 50-foot box cars up to $28,000,000) | NW | John R. Turbyfill Roanoke, Va.<br><br>Karl A. Stoecker Washington, D.C. |
| | | | | SR | |
| Ress Realty Company | 1,985 | 10 | 0%* | Erie Lackawanna | |
| Richmond, Fredericksburg and Potomac Railroad Company | 39,863 | 25 | 76.35% | Richmond-Washington Co. | |
| Richmond-Washington Company | 4,450 | 100 | 20% | SR | |
| Rochester & Genessee Valley Railroad | 3,881 | 100 | 0%* | Erie Lackawanna | |
| Rutland and Whitehall Rail Road Company | 553 | 100 | 21.63% | DH | |
| St. Johns River Terminal | 1,000 | 100 | 100% | SR | |
| The Saratoga and Schenectady Rail Road Company | 3,448 | 100 | 76.62% | DH | |

| Name of Company | Shares | | | |
|---|---|---|---|---|
| | 50 | $100 | 100% | |
| The Sciota Valley and New England Rail Road Company | 50 | -- | 100% | NW |
| 700 N. Fairfax Street | -- | -- | 45% | Southern Region Industrial Realty Inc. |
| Shenandoah-Virginia Corporation | 100 | 10 | 100% | NW |
| South Buffalo Development Co., Inc. | 100 | -- | 100% | NW |
| The South Western Rail Road Company | 51,830 | 100 | 100% | Central of Georgia |
| Southern Rail Terminals, Inc. | 100 | 50 | 100% | National Investment Company |
| Southern Rail Terminals of North Carolina, Inc. | 1,000 | -- | 100% | SR |
| Southern Railway Company | 162,570 | 10 | .99% | CNO&TP |
| | 21,436 | | .13% | Danville & Western Railway Co. |
| | 4,186 | | .03% | HPRA&S |
| | 4,476 | | .03% | LOP&SG |
| | 45,212 | | .27% | National Investment Co. |
| | 905,724 | | 5.49% | Southern Region Investment Co. |
| | 854 | | -- | Transylvania Railroad Co. |
| | 9,286 | | .06% | Yadkin Railroad Co. |
| | 1,153,744 | | 7.00% | |

-87-

| Name of Company | Number of Shares | Par Value | Interest or Ownership | Held By | Common Officers and Directors |
|---|---|---|---|---|---|
| Southern Railway-Carolina Division | 41,762 | $100 | 100% | SR | |
| Southern Region Coal Transport, Inc. | 100 | 10 | 100% | SR | |
| Southern Region Distribution Services, Inc. | 5,000 | 10 | 100% | SR | |
| Southern Region Industrial Realty, Inc. | 500 | 100 | 100% | SR | |
| Southern Region Investment Company | 100 | -- | 100% | SR | |
| Southern Region Materials Supply, Inc. | 50 | 10 | 100% | SR | |
| Southern Region Motor Transport | 2,660 | 100 | 100% | Central of Georgia | |
| State University Railroad Company | 168 | 100 | 54.02% | SR | |
| Sumter and Wateree River Railroad Company | 6,000 | 1 | 100% | Southern Railway-Carolina Division | |
| Tennessee, Alabama & Georgia Railway Company | 301,063 | 2.50 | 100% | SR | |
| Tennessee Northern Railway Company | 2,500 | 100 | 100% | SR | |

| Name of Company | Number of Shares | Value | Ownership | Held By | and Directors |
|---|---|---|---|---|---|
| Tennessee Railway Company | 100 | $ -- | 100% | SR | |
| Terminal Properties, Inc. | 50 | 10 | 50% | SR | |
| | 25 | | 25% | Alabama Great Southern | |
| | 25 | | 25% | Central of Georgia | |
| | 100 | | 100% | | |
| Terminal Railroad Association of St. Louis | 2,058 | 100 | 6.25% | SR | E.B. Burwell Washington, D.C. |
| | 2,058 | | 6.25% | NW | Richard F. Dunlap Roanoke, Va. |
| | 4,116 | | 12.50% | | |
| The Toledo Belt Railway Company | 3,000 | 100 | 100% | NW | |
| The Toledo Terminal Railroad | 3,872 | 100 | 10.72% | NW | |
| Trailer Train Company | 1,500 | 1 | 7.32% | NW | Hobart L. Scott, Jr. |
| | 500 | 1 | 0%* | EL | John S. Shannon |
| | 2,000 | 1 | 7.32% | | John R. Turbyfill |
| | 500 | 1 | 2.44% | SR | Walter W. Simpson Karl A. Stoecker |
| | 500 | | 2.44% | Central of Georgia | W. W. Simpson Washington |
| | 1,000 | | 4.88% | | |
| | 3,000 | | 12.20% | | |

| Name of Company | Number of Shares | Par Value | Interest or Ownership | Held By | Common Officers and Directors |
|---|---|---|---|---|---|
| Transylvania Railroad Company | 3,595 | $100 | 97.16% | SR | |
| Union Belt of Detroit | -- | -- | (operated pursuant to an operating agreement dated January 22, 1958, with C&O and ConRail) | NW | |
| Virginia & Southwestern Railway Company | 20,000 | 100 | 100% | SR | |
| Virginia Holding Corporation | 1,000 | 100 | 100% | NW | |
| Virginia Midland Railway Company | 51,563.45 | 100 | 100% | SR | |
| Wabash Railroad Company | 596,719 (common) 6,500 (preferred) | -- 100 | 80% | NW | |
| The Wheeling and Lake Erie Railway Company | 298,315 (common) 115,867 (prior Lien) | 100 100 | 91% | NW | |
| Wilkes-Barre Connecting Railroad Company | 3,652 | 50 | 100% | DH | |

| Name of Company | Number of Shares | Par Value | Ownership | Held By | and Directors |
|---|---|---|---|---|---|
| Winston Land Corporation | 2,017 (owned entirely by Winston-Salem South-bound Railway Company, which is 50% owned by NW) | $100 | 50% | NW | |
| Winston-Salem Southbound Railway Company | 6,225 | 100 | 50% | NW | |
| Woodstock & Blockton Railway Company | 1,200 | 100 | 50% | Alabama Great Southern | |
| Wyoming Valley Improvement Company | 374,965 | 50 | 100% | DH | |
| Yadkin Railroad Company | 9,300 | 50 | 74.40% | SR | |

\*   Norfolk and Western Railway Company (NW) owns approximately 99.9% of the voting stock of Dereco, Inc., which in turn owns 100% of the voting stock of Erie Lackawanna Railway Company (EL). However, EL entered reorganization on June 26, 1972, pursuant to the provisions of Section 77 of the Bankruptcy Act, as supplemented by the Regional Rail Reorganization Act of 1973, and commenced to be operated independently of Dereco, Inc., or NW under the supervision of court-appointed trustees. Consolidated Rail Corporation, in which neither Dereco, Inc., nor NW has any ownership interest, on April 1, 1976, took over all rail properties of EL except those eligible for discontinuance or abandonment under the Regional Rail Reorganization Act of 1976, as amended. Accordingly, the extent of control percentages indicated for EL and its affiliated companies do not reflect any control by NW over EL, or through EL over its affiliates.

\*\*   Kentenia Corporation was dissolved as of July 25, 1980.

-91-

Response to Section 1111.1(c)(12) - The amount of Applicants' outstanding capital stock, by classes, and in connection therewith the par value or stated value of each share, its voting rights, if any, the total number of stockholders of record, and the voting rights of all security holders:

## NWS ENTERPRISES, INC.

Outstanding Capital Stock as of September 18, 1980

| Class | Votes Per Share | Par Value Per Share | Outstanding Shares | Stockholders of Record |
|---|---|---|---|---|
| Common Stock | 1 | $1.00 | 1000 | 2 |

## NORFOLK AND WESTERN RAILWAY COMPANY

Outstanding Capital Stock as of September 18, 1980

| Class | Votes Per Share | Par Value Per Share | Outstanding Shares | Stockholders of Record |
|---|---|---|---|---|
| Common Stock | 1 | $8.33-1/3 | 31,600,666 | 72,831 |

## SOUTHERN RAILWAY COMPANY

Outstanding Capital Stock as of September 18, 1980

Shares

|  | Preferred | Common | Series A Preference | Total |
|---|---|---|---|---|
| Issued | 1,198,611 | 16,560,003 |  | 17,758,614 |
| Deduct shares not entitled to vote: |  |  |  |  |
| Unexchanged: $100 par |  | 190 |  | 190 |
| 50 par |  |  |  |  |
| 10 par | 13,755 |  |  | 13,755 |
| Held by susidiaries controlled 50% or more | 101,600 | 1,153,744 |  | 1,255,344 |
| Treasury shares |  | 722 |  | 722 |
| Held by National Investment Company for predecessor company stockholders | 858 | 800 |  | 1,658 |
| Held by National Investment Company for AGS stockholders |  | 376 |  | 376 |
| Held by Successor Voting Trustees | 74 | 1,350 |  | 1,424 |
| Held by First & Merchants for: |  |  |  |  |
| Tennessee Railroad bondholders | 16 |  |  | 16 |
| Norfolk Southern stockholders |  |  |  |  |
| Shares entitled to vote | 1,082,324 | 15,402,805 |  | 16,485,124 |
| Stockholders of record (one vote per share) |  |  |  | 30,661 |

DELAWARE AND HUDSON RAILWAY COMPANY

Outstanding Capital Stock as of September 18, 1980

| Class | Votes Per Share | Par Value Per Share | Outstanding Shares | Stockholders of Record |
|-------|-----------------|---------------------|--------------------|------------------------|
| Common | 1 | $ 1000 | 1000 | 1 |