**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION, INC., et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, et al., )<br>)<br>Defendants. )<br>                                                              ) | Civil Action No. 2:18CV530-MSD-LRL |

## MOTION TO DISMISS DEFENDANTS JERRY HALL, THOMAS HURLBUT AND PHILLIP MERILLI UNDER FED. R. CIV. P. 12(b)(1) BASED ON MOOTNESS

Defendants Jerry Hall, Thomas Hurlbut, and Philip Merilli ("Individual Defendants"), by counsel, under Fed. R. Civ. P. 12(b)(1), move the Court to dismiss them from this case under Fed. R. Civ. P. 12(b)(1) because the claim against them is now moot and, accordingly, the Court has lost subject matter jurisdiction over the claim against them. The facts and legal contentions supporting this motion are set forth in a memorandum in support filed contemporaneously herewith.

Dated: February 6, 2020

Respectfully submitted,

JERRY HALL, THOMAS HURLBUT,
and PHILIP MERILLI

By: /s/ *John M. Erbach* _____
Hugh M. Fain, III (VSB #26494)
hfain@spottsfain.com
M. F. Connell Mullins, Jr. (VSB # 47213)
cmullins@spottsfain.com
John M. Erbach (VSB #76695)
jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219

(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)
*Counsel for Defendants Jerry Hall, Thomas Hurlbut, and Philip Merilli*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2020, I will electronically file the foregoing with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
John M. Erbach (VSB No. 76695)
jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)
*Counsel for Defendants Jerry Hall, Thomas Hurlbut, and Philip Merilli*