# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC., et al., )
)
    Plaintiff, )
)
v. )    Civil Action No. 2:18CV530-RAJ-LRL
)
NORFOLK SOUTHERN RAILWAY )
COMPANY, et al., )
)
    Defendants. )
)

## DECLARATION OF JERRY HALL

I, Jerry Hall, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. My name is Jerry Hall. I am over 21 years of age, of sound mind, capable of executing this Declaration, and have personal knowledge of the facts stated herein.

2. I have been named as a defendant in Count VI of the above captioned case, a derivative claim alleging breach of fiduciary duty arising from my service as a member of the board of directors (the "Board") of the Norfolk and Portsmouth Belt Line Railroad ("NPBL").

3. I began my service as a member of the Board of the NPBL in January of 2018, and I resigned as a member of the Board of the NPBL effective in December 2018.

Dated: January 31, 2020

                                                                       JERRY HALL