# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION, INC., et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 2:18CV530-RAJ-LRL |

## DECLARATION OF THOMAS HURLBUT

I, Thomas Hurlbut, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. My name is Thomas Hurlbut. I am over 21 years of age, of sound mind, capable of executing this Declaration, and have personal knowledge of the facts stated herein.

2. I have been named as a defendant in Count VI of the above captioned case, a derivative claim alleging breach of fiduciary duty arising from my service as a member of the board of directors (the "Board") of the Norfolk and Portsmouth Belt Line Railroad ("NPBL").

3. I began my service as a member of the Board of the NPBL on December 18, 2013, and I resigned as a member of the Board of the NPBL effective on August 6, 2019.

Dated: January 31, 2020

_____
THOMAS HURLBUT