# EXHIBIT E

# Civil Minutes

Time Set:     9:30 a.m.
Start Time:   9:30 a.m.
End Time:    9:36 a.m.

| | | |
|---|---|---|
| CSX Transportation, Inc. | Civil Case Number: | 2:18cv530 |
| ( ) Plaintiff ( ) Government | Date: | Jan 21, 2020 |
| vs. | Presiding Judge: | Lawrence R. Leonard |
| | Court Reporter | |
| Norfolk Southern Railway Company, et al | Courtroom Deputy: | L. Woodcock |
| Defendant(s) | | |

Proceedings:

The matter came before the Court in a telephone conference on the Consent Motion to Excuse Defendants Hall, Hurlbut and Merrilli's In-Person Attendance at Settlement Conference (ECF 97).

Benjamin Hatch, Robert McFarland and Jeanne Noonan appeared on behalf of Plaintiff. Alan Wingfield appeared on behalf of Defendant Norfolk Southern Railway. Ryan Snow appeared on behalf of Defendant Norfolk & Portsmouth Belt Line Railway Company. Hugh Fain and John Erbach appeared on behalf of Defendants Hall, Hurlbut and Merrilli. William Spivey appeared for Cannon Moss.

Questions by the Court regarding damages. Mr. Hatch notes that the Prayer seeks only injunctive relief from Defendants and does not object to the motion.

The Court will GRANT the motion and prepare an Order.

Court in recess.