IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.                                 Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*,

        Defendants.

**REQUEST FOR HEARING ON
MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES**

    Defendant Norfolk and Portsmouth Belt Line Railroad Company, by counsel, pursuant to Local Civil Rule 7(E), hereby requests oral argument on its Motion for Partial Summary Judgment on Damages: *See* D.E. 94, 95.  The motion has been fully briefed and is ripe for consideration by the Court.  *See* D.E. 101, 105.

Dated: February 7, 2020                  NORFOLK & PORTSMOUTH BELT
                                               LINE AND RAILROAD COMPANY

                                               By:      */s/ James L. Chapman, IV*
                                                     James L. Chapman, IV, VSB No. 21983
                                                     W. Ryan Snow, VSB No. 47423
                                                     Darius K. Davenport, VSB No. 74064
                                                     David C. Hartnett, VSB No. 80452
                                                     Crenshaw, Ware & Martin, P.L.C.
                                                     150 W. Main Street, Suite 1500
                                                     Norfolk, Virginia 23510
                                                     Telephone: (757) 623-3000
                                                     Facsimile: (757) 623-5735
                                                     jchapman@cwm-law.com
                                                     wrsnow@cwm-law.com
                                                     ddavenport@cwm-law.com
                                                     dhartnett@cwm-law.com

## **CERTIFICATE OF SERVICE**

  I certify that on this 7th day of February 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

                By:   */s/ James L. Chapman, IV*
                   James L. Chapman, IV, VSB No. 21983
                   CRENSHAW, WARE & MARTIN, P.L.C.
                   150 W. Main Street, Suite 1500
                   Norfolk, Virginia 23510
                   Telephone: (757) 623-3000
                   Facsimile: (757) 623-5735
                   jchapman@cwm-law.com
                   *Attorney for Norfolk and Portsmouth Belt Line Railroad Company*