# Civil Minutes

| | |
|---|---|
| Time Set: | 10:00 a.m. |
| Start Time: | 10:06 a.m. |
| End Time: | 10:33 a.m. |

| | | |
|---|---|---|
| CSX Transportation, Inc. | Civil Case Number: | 2:18cv530 |
| ( x ) Plaintiff  ( ) Government | Date: | 2/10/2020 |
| vs. | Presiding Judge: | Lawrence R. Leonard |
| | Court Reporter | Jody Stewart, OCR |
| Norfolk Southern Railway Company, et al. | Courtroom Deputy: | C. Dodge |
| Defendant(s) | | |

Proceedings:   Matter came on for hearing on pending motion to quash (#91). Present were Rob McFarland, on behalf of the plaintiffs, Kathleen Knudsen on behalf of Norfolk Southern, Ryan Snow on behalf of Norfolk & Portsmouth Belt Line Railway Company and Eddie Powers and Jennifer Eaton on behalf of Virginia International Terminals.

Mr. Powers argued the motion and Mr. McFarland responded.

The Court made rulings on the record.

For the reasons stated on the record the Court GRANTS the proprietary portion of the motion and defers ruling on the ESI aspect.

The Court will issue an order.

Court adjourned.