# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) <br> individually and on behalf of NORFOLK ) <br> & PORTSMOUTH BELT LINE ) <br> RAILROAD COMPANY ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> NORFOLK SOUTHERN RAILWAY ) <br> COMPANY, et al. ) <br> ) <br> **Defendants.** ) | Civil Action No.: 2:18cv530 |

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Massie P. Cooper, Esq. on behalf of Norfolk Southern Railway Company as co-counsel herein for all purposes in this matter.

                                                **NORFOLK SOUTHERN RAILWAY COMPANY**

                                                /s/ Massie P. Cooper
                                                Massie P. Cooper
                                                Virginia Bar No. 82510
                                                *Counsel for Norfolk Southern Railway Company*
                                                TROUTMAN SANDERS LLP
                                                Post Office Box 1122
                                                Richmond, Virginia  23218-1122
                                                Telephone: (804) 697-1392
                                                Fax: (804) 697-1339
                                                Email: massie.cooper@troutman.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 13, 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Robert W. McFarland, Esq.
Benjamin L. Hatch, Esq.
E. Rebecca Gantt, Esq.
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
rgantt@mcguirewoods.com

*Attorneys for CSX Transportation, Inc.*

James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Darius K. Davenport, Esq.
David C. Hartnett, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com

*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

Hugh M. Fain, III, Esq.
M. F. Connell Mullins, Jr., Esq.
John M. Erbach, Esq.
SPOTTS FAIN PC
411 E. Franklin St.
Richmond, VA 23219
Telephone: (804) 697-2000
hfain@spottsfain.com
cmullins@spottsfain.com
jerbach@spottsfain.com

*Attorneys for Jerry Hall, Thomas Hurlbut, and Philip Merilli*

W. Edgar Spivey, Esq.
Clark J. Belote, Esq.
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3196
Facsimile: (888) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com

*Attorney for Cannon Moss*

/s/ Massie P. Cooper
Massie P. Cooper
Virginia Bar No. 82510
*Counsel for Norfolk Southern Railway Company*
TROUTMAN SANDERS LLP
Post Office Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1392
Fax: (804) 697-1339
Email: massie.cooper@troutman.com

41427085v1