# EXHIBIT 1

## Certification Under Federal Rule of Evidence 902(11)

## CERTIFICATION UNDER FEDERAL RULE OF EVIDENCE 902(11)

I, Cannon Moss, make this certification pursuant to Federal Rule of Evidence 902(11) for the purpose of certifying the authenticity of certain business records of Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"). I am employed by the Belt Line as the President and General Manager. I am a custodian of the following records attached hereto, each of which is a true copy of the original record in the custody of the Belt Line:

Exhibit A: Minutes of the April 20, 1983 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders.

Exhibit B: Minutes of the April 12, 1984 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders.

Exhibit C: Minutes of the April 10, 1985 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders.

Exhibit D: Minutes of the April 9, 1986 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders.

Exhibit E: Minutes of the April 8, 1987 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders.

Exhibit F: Minutes of the May 2, 1988 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders.

Exhibit G: Minutes of the April 14, 1989 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders.

I further state that:

A.  All records attached to this certification were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B.  Such records were kept in the course of a regularly conducted business activity of Norfolk and Portsmouth Belt Line Railroad Company; and

C.  Such records were made by Norfolk and Portsmouth Belt Line Railroad Company as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14 day of February, 2020.

Cannon Moss

2

# EXHIBIT A

## To Rule 902(11) Certification

**Minutes of the April 20, 1983 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders**

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

Atlanta Airport Hilton Inn
Hapeville, Georgia
April 20, 1983

The Annual Meeting of the Stockholders was held this day at 10:15 A.M., with Mr. F. S. Morrison, President of the Company, presiding and Mr. L. W. Fisher as Secretary.

It was regularly moved that a committee be appointed to ascertain the number of shares of stock represented, whereupon the Chair appointed Mr. P. R. Rudder and Mr. T. H. Kerwin, who reported, after examination, that the entire 504 shares of outstanding common stock were represented by proxy.

The minutes of the last meeting of the Stockholders, held on April 15, 1982, were on motion duly made and seconded, approved as recorded.

The following resolution was thereupon presented, and on motion duly made and seconded, adopted:

RESOLVED, That the Annual Report for year
ended December 31, 1982, herewith submitted,
is hereby accepted and ordered filed.

The meeting then proceeded with the election of Directors, whereupon the following nominations were duly made:

Mr. R. F. Dunlap
Mr. L. W. Fisher (non-voting member)
Mr. T. H. Kerwin
Mr. F. S. Morrison
Mr. R. G. Rayburn
Mr. P. R. Rudder
Mr. R. D. Spence

On motion duly made and seconded, the nominations were closed, and the Secretary directed to cast the unanimous ballot for the nominees, whereupon the Chairman announced that the gentlemen nominated had been duly elected to serve during the ensuing year, or until election of their successors.

~ 2 ~

       There being no further business, the Stockholders' meeting, on motion, adjourned.

_____              _____
      L. W. FISHER                      F. S. MORRISON
       Secretary                        Chariman

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 20, 1983

FOR DIRECTORS:

R. F. DUNLAP
T. H. KERWIN
F. S. MORRISON
R. G. RAYBURN
P. R. RUDDER
R. D. SPENCE
L. W. FISHER (non-voting member)

STOCK:          72 SHARES

THE CHESAPEAKE AND OHIO RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 20, 1983

FOR DIRECTORS

R. F. DUNLAP
T. H. KERWIN
F. S. MORRISON
R. G. RAYBURN
P. R. RUDDER
R. D. SPENCE
L. W. FISHER (non-voting member)

STOCK:          72 SHARES

CAROLINA AND NORTHWESTERN RAILWAY COMPANY
Successor to
NORFOLK SOUTHERN RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 20, 1983

FOR DIRECTORS:

R. F. DUNLAP
T. H. KERWIN
F. S. MORRISON
R. G. RAYBURN
P. R. RUDDER
R. D. SPENCE
L. W. FISHER (non-voting member)

STOCK:          144 SHARES

SEABOARD SYSTEM RAILROAD, INCORPORATED

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 20, 1983

FOR DIRECTORS:

R. F. DUNLAP
T. H. KERWIN
F. S. MORRISON
R. G. RAYBURN
P. R. RUDDER
R. D. SPENCE
L. W. FISHER (non-voting member

STOCK:          144 SHARES

NORFOLK AND WESTERN RAILWAY COMPANY

BY

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 20, 1983

FOR DIRECTORS:

R. F. DUNLAP
T. H. KERWIN
F. S. MORRISON
R. G. RAYBURN
P. R. RUDDER
R. D. SPENCE
L. W. FISHER (non-voting member)

STOCK:              72 SHARES

SOUTHERN RAILWAY COMPANY

BY _____

*72 SHARES*

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That __Carolina and Northwestern Railway Company__ hereby

appoints and constitutes _____T. H. Kerwin_____ as its

substiture and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 20th day of April,

1983, or at any adjournment thereof.

      IN WITNESS WHEREOF, the seal of the said Company

with the signature of its  Vice -President, has been hereto

affixed, duly attested, this __8th__ , day of __April__ ,

Anno Domini, nineteen hundred and eighty-three.

By _____

Title __Vice President__

Attest:

_Judith T. Flaherey_
Assistant Secretary

*72 SHARES*

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That THE CHESAPEAKE AND OHIO RAILWAY COMPANY          hereby

appoints and constitutes     L. W. Fisher          as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 20th day of April,

1983, or at any adjournment thereof.

          IN WITNESS WHEREOF, the seal of the said Company

                          Executive Vice President
with the signature of its Operations          has been hereto

affixed, duly attested, this  30th , day of   MARCH      ,

Anno Domini, nineteen hundred and eighty-three.

By _____
          R. G. Rayburn

          EXECUTIVE VICE PRESIDENT
Title OPERATIONS

Attest:

_____
Corporate Secretary

*144 SHARES*

# K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That    NORFOLK AND WESTERN RAILWAY COMPANY          hereby

appoints and constitutes    R. F. DUNLAP            as its

substiture and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 20th day of April,

1983, or at any adjournment thereof.

        IN WITNESS WHEREOF, the seal of the said Company

with the signature of its        -President, has been hereto

affixed, duly attested, this  28th  , day of   March         ,

Anno Domini, nineteen hundred and eighty-three.

                              By _____

                    Title   President

Attest:

_____
        Secretary

*144 SHARES*

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That ___SEABOARD SYSTEM RAILROAD, INC.___ hereby

appoints and constitutes ___F. S. MORRISON___ as its

substiture and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 20th day of April,

1983, or at any adjournment thereof.

       IN WITNESS WHEREOF, the seal of the said Company

with the signature of its   Vice-President, has been hereto

affixed, duly attested, this ___8th___, day of ___April___,

Anno Domini, nineteen hundred and eighty-three.

By _____
        JAMES T. RICE

Title _____
          Vice President

Attest:

_____
Assistant Secretary

*72 SHARES*

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____SOUTHERN RAILWAY COMPANY_____ hereby

appoints and constitutes _Paul R. Rudder_____ as its

substiture and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 20th day of April,

1983, or at any adjournment thereof.

      IN WITNESS WHEREOF, the seal of the said Company

with the signature of its   Vice-President, has been hereto

affixed, duly attested, this _30th_, day of _March_____,

Anno Domini, nineteen hundred and eighty-three.


By _W.W. Simpson_____

Title _Vice President_____


Attest:

_Judith T. Flakowicz_
Assistant Corporate Secretary

# EXHIBIT B

## To Rule 902(11) Certification

**Minutes of the April 12, 1984 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders**

<u>NORFOLK</u> <u>AND</u> <u>PORTSMOUTH</u> <u>BELT</u> <u>LINE</u> <u>RAILROAD</u> <u>COMPANY</u>

Holiday Inn/Airport South
College Park, Georgia
April 12, 1984

The Annual Meeting of the Stockholders was held this day at 10:40 A.M., with Mr. F. S. Morrison, President of the Company, presiding and Mr. L. W. Fisher as Secretary.

It was regularly moved that a committee be appointed to ascertain the number of shares of stock represented, whereupon the Chair appointed Mr. R. G. Rayburn and Mr. T. H. Kerwin, who reported, after examination, that the entire 504 shares of outstanding common stock were represented by proxy.

The minutes of the last meeting of the Stockholders, held on April 20, 1983, were on motion duly made and seconded, approved as recorded.

The following resolution was thereupon presented, and on motion duly made and seconded, adopted:

RESOLVED, That the Annual Report for year
ended December 31, 1983, herewith submitted,
is hereby accepted and ordered filed.

The meeting then proceeded with the election of Directors, whereupon the following nominations were duly made:

Mr. R. F. Dunlap
Mr. L. W. Fisher (non-voting member)
Mr. T. H. Kerwin
Mr. F. S. Morrison
Mr. R. G. Rayburn
Mr. P. R. Rudder
Mr. R. D. Spence

On motion duly made and seconded, the nominations were closed, and the Secretary directed to cast the unanimous ballot for the nominees, whereupon the Chairman announced that the gentlemen nominated had been duly elected to serve during the ensuing year, or until election of their successors.

- 2 -

There being no further business, the Stockholders' meeting, on motion, adjourned.

L. W. FISHER
Secretary

F. S. MORRISON
Chairman

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 12, 1984

FOR DIRECTORS

R. F. DUNLAP
T. H. KERWIN
F. S. MORRISON
R. G. RAYBURN
P. R. RUDDER
R. D. SPENCE
L. W. FISHER (non-voting member)

STOCK:          72 SHARES

THE CHESAPEAKE AND OHIO RAILWAY COMPANY

BY _R. G. Rayburn_____


NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 12, 1984

FOR DIRECTORS

R. F. DUNLAP
T. H. KERWIN
F. S. MORRISON
R. G. RAYBURN
P. R. RUDDER
R. D. SPENCE
L. W. FISHER (non-voting member)

STOCK:          72 SHARES

CAROLINA AND NORTHWESTERN RAILWAY COMPANY

BY _T. H. Kerwin_____


NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
APRIL 12, 1984

FOR DIRECTORS:

R. F. DUNLAP
T. H. KERWIN
F. S. MORRISON
R. G. RAYBURN
P. R. RUDDER
R. D. SPENCE
L. W. FISHER (non-voting member)

STOCK:          144 SHARES

SEABOARD SYSTEM RAILROAD, INCORPORATED

BY _____


NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
APRIL 12, 1984

FOR DIRECTORS

R. F. DUNLAP
T. H. KERWIN
F. S. MORRISON
R. G. RAYBURN
P. R. RUDDER
R. D. SPENCE
L. W. FISHER (non-voting member)

STOCK:          144 SHARES

NORFOLK AND WESTERN RAILWAY COMPANY

BY _R. F. Dunlap_____

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
APRIL 19, 1984

FOR DIRECTORS:

R. F. DUNLAP
T. H. KERWIN
F. S. MORRISON
R. G. RAYBURN
P. R. RUDDER
R. D. SPENCE
L. W. FISHER (non-voting member)

STOCK:          72 SHARES

SOUTHERN RAILWAY COMPANY

BY _____

*144*

<u>K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S</u>

That _____ SEABOARD SYSTEM RAILROAD, INC. _____ hereby

appoints and constitutes ____ R. D. SPENCE _____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the ~~11th~~ 12th day of April,

1984, or at any adjournment thereof.

IN WITNESS WHEREOF, the seal of the said Company

with the signature of its    Vice-President, has been hereto

affixed, duly attested, this _13th_ , day of ___ March _____,

Anno Domini, nineteen hundred and eighty-four.

By _____

.  JAMES T. RICE

Title _____

VICE PRESIDENT-EXECUTIVE DEPARTMENT

Attest:

_____

CORPORATE SECRETARY

72

KNOW ALL MEN BY THESE PRESENTS

That _____ SOUTHERN RAILWAY COMPANY _____ hereby

appoints and constitutes *P.R. Rudder* as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 14th day of April,

1984, or at any adjournment thereof.

IN WITNESS WHEREOF, the seal of the said Company

with the signature of its        -President, has been hereto

affixed, duly attested, this *22nd*, day of *March* ,

Anno Domini, nineteen hundred and eighty-four.

λ By *E.B.Burwell*
_____

Title *President*
_____

Attest:

*Ralph D. Edwards*

72

<u>K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S</u>

That   <u>CAROLINA AND NORTHWESTERN RAILWAY COMPANY</u>   hereby

appoints and constitutes   <u>T. H. KERWIN</u>   as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Thursday, the 12th day of April,

1984, or at any adjournment thereof.

         IN WITNESS WHEREOF, the seal of the said Company

with the signature of its *Vice* -President, has been hereto

affixed, duly attested, this *15th* , day of *March* ,

Anno Domini, nineteen hundred and eighty-four.

By _____

Title <u>VICE PRESIDENT—INDUSTRIAL DEVELOPMENT</u>

Attest:

_____
Assistant Secretary

*72*

<u>K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S</u>

That ____THE CHESAPEAKE AND OHIO RAILWAY COMPANY____ hereby

appoints and constitutes ____Richard G. Rayburn____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the ~~11th~~ 12th day of April,

1984, or at any adjournment thereof.

IN WITNESS WHEREOF, the seal of the said Company

with the signature of its    Executive Vice -President, has been hereto

affixed, duly attested, this ____13th____, day of ____March____,

Anno Domini, nineteen hundred and eighty-four.

By _____

Title ~~Executive Vice-President~~

Attest:

_____
Corporate Secretary

*144*

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____ NORFOLK AND WESTERN RAILWAY COMPANY _____ hereby

appoints and constitutes _____ R. F. DUNLAP _____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the ~~11th~~ 12th day of April,

1984, or at any adjournment thereof.

        IN WITNESS WHEREOF, the seal of the said Company

with the signature of its        -President, has been hereto

affixed, duly attested, this _____ 16th _____, day of _____ March _____,

Anno Domini, nineteen hundred and eighty-four.


                    By _____

                    Title _____ President _____



Attest:

_____
     Assistant Secretary

# EXHIBIT C

# To Rule 902(11) Certification

**Minutes of the April 10, 1985 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders**

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

Atlanta Airport Hilton Inn
Hapeville, Georgia
April 10, 1985

The Annual Meeting of the Stockholders was held this day at 10:40 A.M., with Mr. F. S. Morrison, President of the Company, presiding and Mr. L. W. Fisher as Secretary.

It was regularly moved that a committee be appointed to ascertain the number of shares of stock represented, whereupon the Chair appointed Mr. A. C. Jones, Jr., and Mr. T. H. Kerwin, who reported, after examination, that the entire 504 shares of outstanding common stock were represented by proxy.

The minutes of the last meeting of the Stockholders, held on April 12, 1984, were on motion duly made and seconded, approved as recorded.

The following resolution was thereupon presented, and on motion duly made and seconded, adopted:

> RESOLVED, That the Annual Report for year
> ended December 31, 1984, herewith submitted,
> is hereby accepted and ordered filed.

The meeting then proceeded with the election of Directors, whereupon the following nominations were duly made:

Mr. R. F. Dunlap
Mr. L. W. Fisher (non-voting member)
Mr. A. C. Jones, Jr.
Mr. T. H. Kerwin
Mr. F. S. Morrison
Mr. P. R. Rudder

On motion duly made and seconded, the nominations were closed, and the Secretary directed to cast the unanimous ballot for the nominees, whereupon the Chairman announced that the gentlemen nominated had been duly elected to serve during the ensuing year, or until election of their successors.

- 2 -

There being no further business, the Stockholders' meeting, on motion, adjourned.

_____
L. W. FISHER
Secretary

_____
F. S. MORRISON
Chairman

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 10, 1985

FOR DIRECTORS

R. F. DUNLAP
A. CRANE JONES, JR
T. H. KERWIN
F. S. MORRISON
P. R. RUDDER
L. W. FISHER (non-voting member)

STOCK:          72 SHARES

THE CHESAPEAKE AND OHIO RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 10, 1985

FOR DIRECTORS

R. F. DUNLAP
A. CRANE JONES, JR.
T. H. KERWIN
F. S. MORRISON
P. R. RUDDER
L. W. FISHER (non-voting member)

STOCK:          72 SHARES

CAROLINA AND NORTHWESTERN RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 10, 1985

FOR DIRECTORS

R. F. DUNLAP
A. CRANE JONES, JR.
T. H. KERWIN
F. S. MORRISON
P. R. RUDDER
L. W. FISHER (non-voting member)

STOCK:          72 SHARES

SOUTHERN RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 10, 1985

FOR DIRECTORS

R. F. DUNLAP
A. CRANE JONES, JR.
T. H. KERWIN
F. S. MORRISON
P. R. RUDDER
L. W. FISHER (non-voting member)

STOCK:          144 SHARES

NORFOLK AND WESTERN RAILWAY COMPANY

BY

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

---

B A L L O T

ANNUAL ELECTION
April 10, 1985

---

FOR DIRECTORS

R. F. DUNLAP
A. CRANE JONES, JR.
T. H. KERWIN
F. S. MORRISON
P. R. RUDDER
L. W. FISHER (non-voting member)

---

STOCK:            144 SHARES

SEABOARD SYSTEM RAILROAD, INCORPORATED

BY

*72  SHARES*

<u>K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S</u>

That  <u>Carolina and Northwestern Railway Company</u>  hereby

appoints and constitutes  <u>T. H. KERWIN</u>  as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 10th day of April,

1985, or at any adjournment thereof.

IN WITNESS WHEREOF, the seal of the said Company

with the signature of its    Vice-President, has been hereto

affixed, duly attested, this  *13th* , day of  <u>March</u>  ,

Anno Domini, nineteen hundred and eighty-five.

CAROLINA AND NORTHWESTERN
RAILWAY COMPANY

By *(signature)*

Title <u>Vice President</u>

Attest:

*(signature)*
<u>Secretary</u>

*72 SHARES*

<u>K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S</u>

That  <u>THE CHESAPEAKE AND OHIO RAILWAY COMPANY</u>  hereby

appoints and constitutes  _____L. W. Fisher_____  as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 10th day of April,

1985, or at any adjournment thereof.

   IN WITNESS WHEREOF, the seal of the said Company

with the signature of its   Vice-President, has been hereto

affixed, duly attested, this  __4th__, day of  ___April___,

Anno Domini, nineteen hundred and eighty-five.


      By  The Chesapeake and Ohio Railway Company
        _____


      Title *Robert L. Stender*
        Vice-President



Attest:

*Patricia J. Mooday*
Corporate Secretary

*144 SHARES*

<u>K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S</u>

That ___NORFOLK AND WESTERN RAILWAY COMPANY___ hereby

appoints and constitutes ___R. F. DUNLAP___ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 10th day of April,

1985, or at any adjournment thereof.

      IN WITNESS WHEREOF, the seal of the said Company

with the signature of its     -President, has been hereto

affixed, duly attested, this __8th__ , day of __March__ ,

Anno Domini, nineteen hundred and eighty-five.

                NORFOLK AND WESTERN RAILWAY COMPANY

             By _____

             Title __President__

Attest:

___Deyora M. Martin___
Assistant Secretary

*144 SHARES*

<u>K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S</u>

That _____ SEABOARD SYSTEM RAILROAD, INC. _____ hereby

appoints and constitutes ___ A. CRANE JONES, JR. ___ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 10th day of April,

1985, or at any adjournment thereof.

        IN WITNESS WHEREOF, the seal of the said Company

with the signature of its        -President, has been hereto

affixed, duly attested, this __18th__ , day of __March__ ,

Anno Domini, nineteen hundred and eighty-five.

              By _____
                   J. T. Rice

              Title Vice President-Executive Department

Attest:

_____
Corporate Secretary

*72 SHARES*

<u>K N O W    A L L    M E N    B Y    T H E S E    P R E S E N T S</u>

That _____SOUTHERN RAILWAY COMPANY_____ hereby

appoints and constitutes _____P. R. Rudder_____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 10th day of April,

1985, or at any adjournment thereof.

IN WITNESS WHEREOF, the seal of the said Company

with the signature of its        -President, has been hereto

affixed, duly attested, this _8th_ , day of __March_____ ,

Anno Domini, nineteen hundred and eighty-five.


By _____*E B Burwell*_____


Title __President_____


Attest:

_____*[signature]*_____
Assistant Secretary

**EXHIBIT D**

**To Rule 902(11) Certification**

**Minutes of the April 9, 1986 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders**

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

Sovran Bank Building
Norfolk, Virginia
April 9, 1986

        The Annual Meeting of the Stockholders was held this day at 10:10 A.M.,
with Mr. F. S. Morrison, President of the Company, presiding and Mr. L. W. Fisher
as Secretary.

        It was regularly moved that a committee be appointed to ascertain the
number of shares of stock represented, whereupon the Chair appointed Mr. A. C.
Jones, Jr., and Mr. T. H. Kerwin, who reported, after examination, that the entire
504 shares of outstanding common stock were represented by proxy.

        The minutes of the last meeting of the Stockholders, held on April 10,
1985, were on motion duly made and seconded, approved as recorded.

        The following resolution was thereupon presented, and on motion duly
made and seconded, adopted:

                RESOLVED, That the Annual Report for year
                ended December 31, 1985, herewith submitted,
                is hereby accepted and ordered filed.

        The meeting then proceeded with the election of Directors, whereupon
the following nominations were duly made:

                Mr. R. F. Dunlap
                Mr. L. W. Fisher (non-voting member)
                Mr. A. C. Jones, Jr.
                Mr. T. H. Kerwin
                Mr. F. S. Morrison
                Mr. K. C. Morriss
                Mr. P. R. Rudder

        On motion duly made and seconded, the nominations were closed, and the
Secretary directed to cast the unanimous ballot for the nominees, whereupon the
Chairman announced that the gentlemen nominated had been duly elected to serve
during the ensuing year, or until election of their successors.

- 2 -

There being no further business, the Stockholders' meeting, on motion, adjourned.

L. W. FISHER
Secretary

F. S. MORRISON
Chairman

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 9, 1986

FOR DIRECTORS

R. F. DUNLAP
A. CRANE JONES, JR.
T. H. KERWIN
F. S. MORRISON
K. C. MORRISS
P. R. RUDDER
L. W. FISHER (non-voting member)

STOCK:              72 SHARES

THE CHESAPEAKE AND OHIO RAILWAY COMPANY

BY _____


NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 9, 1986

FOR DIRECTORS

R. F. DUNLAP
A. CRANE JONES, JR.
T. H. KERWIN
F. S. MORRISON
K. C. MORRISS
P. R. RUDDER
L. W. FISHER (non-voting member)

STOCK:              72 SHARES

CAROLINA AND NORTHWESTERN RAILWAY COMPANY

BY _____


NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 9, 1986

FOR DIRECTORS

R. F. DUNLAP
A. CRANE JONES, JR.
T. H. KERWIN
F. S. MORRISON
K. C. MORRISS
P. R. RUDDER
L. W. FISHER (non-voting member)

STOCK:              144 SHARES

SEABOARD SYSTEM RAILROAD, INCORPORATED

BY _____


NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 9, 1986

FOR DIRECTORS

R. F. DUNLAP
A. CRANE JONES, JR.
T. H. KERWIN
F. S. MORRISON
K. C. MORRISS
P. R. RUDDER
L. W. FISHER (non-voting member)

STOCK:              144 SHARES

NORFOLK AND WESTERN RAILWAY COMPANY

BY _____

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 9, 1986

FOR DIRECTORS

R. F. DUNLAP
A. CRANE JONES, JR.
T. H. KERWIN
F. S. MORRISON
K. C. MORRISS
P. R. RUDDER
L. W. FISHER (non-voting member)

STOCK:        72 SHARES

SOUTHERN RAILWAY COMPANY

BY

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That ____CAROLINA AND NORTHWESTERN RAILWAY COMPANY____ hereby

appoints and constitutes ___Thomas H. Kerwin_____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 9th day of April,

1986, or at any adjournment thereof.

        IN WITNESS WHEREOF, the seal of the said Company

with the signature of its  Vice-President, has been hereto

affixed, duly attested, this ___5th, day of ___March___ ,

Anno Domini, nineteen hundred and eighty-six.

                    CAROLINA AND NORTHWESTERN
                       RAILWAY COMPANY

                    By _W. T. Simpson_

                    Title_Vice President_

Attest:

_Mallard W. Edwards_
        Secretary

K N O W    A L L    M E N    B Y    T H E S E    P R E S E N T S

That _____THE CHESAPEAKE AND OHIO RAILWAY COMPANY_____ hereby

appoints and constitutes _____K. C. MORRISS_____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 9th day of April,

1986, or at any adjournment thereof.

        IN WITNESS WHEREOF, the seal of the said Company

with the signature of itsSr. Vice-President, has been hereto

affixed, duly attested, this ___3rd___ , day of ___March___ ,

Anno Domini, nineteen hundred and eighty-six.

                                    By _____
                                       Kenneth C. Morriss

                            Title ___Senior Vice President___ Operations

Attest:

_____
Corporate Secretary

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____NORFOLK AND WESTERN RAILWAY COMPANY_____ hereby

appoints and constitutes ___R. F. DUNLAP_____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 9th day of April,

1986, or at any adjournment thereof.

       IN WITNESS WHEREOF, the seal of the said Company

with the signature of its         -President, has been hereto

affixed, duly attested, this ___5th___ , day of ___March_____ ,

Anno Domini, nineteen hundred and eighty-six.

                Norfolk and Western Railway Company

                By _____

                   R. F. Dunlap

               Title___President_____

Attest:

_Alyona M. Martin_
Assistant Secretary

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____ SOUTHERN RAILWAY COMPANY _____ hereby

appoints and constitutes ___P. R. Rudder_____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 9th day of April,

1986, or at any adjournment thereof.

          IN WITNESS WHEREOF, the seal of the said Company

with the signature of its          -President, has been hereto

affixed, duly attested, this _7th_ , day of __March_____,

Anno Domini, nineteen hundred and eighty-six.


                                By ___E. S. Burdell___


                                Title _President_____


Attest:

_____

Assistant Secretary

## K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____SEABOARD SYSTEM RAILROAD, INCORPORATED_____ hereby

appoints and constitutes __A. CRANE JONES, JR._____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 9th day of April,

1986, or at any adjournment thereof.

        IN WITNESS WHEREOF, the seal of the said Company

with the signature of its   Vice -President, has been hereto

affixed, duly attested, this __2nd__ , day of __April_____ ,

Anno Domini, nineteen hundred and eighty-six.

By _____

                    Vice President-Engineering
Title_____ & Maint.

Attest:

# EXHIBIT E

## To Rule 902(11) Certification

**Minutes of the April 8, 1987 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders**

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

Atlanta Marriott Airport
College Park, Georgia
April 8, 1987

The Annual Meeting of the Stockholders was held this day at 10:40 A.M., with Mr. L. W. Fisher, President of the Company, presiding and Mr. J. M. Donnelly as Secretary.

It was regularly moved that a committee be appointed to ascertain the number of shares of stock represented, whereupon the Chair appointed Mr. P. R. Rudder and Mr. T. H. Willcox, Jr., who reported, after examination, that the entire 504 shares of outstanding common stock were represented by proxy.

The minutes of the last meeting of the Stockholders, held on April 9, 1986, were, on motion duly made and seconded, approved as recorded.

The following resolution was thereupon presented, and, on motion duly made and seconded, adopted:

> RESOLVED, That the Annual Report for year
> ended December 31, 1986, herewith submitted,
> is hereby accepted and ordered filed.

By memorandum, the President advised that action taken by the Board at the October 9, 1984 and October 14, 1986 meetings necessitates amendment of those Articles of the By-Laws which deal with the location of the principal office of the Company and number of Directors named as members of the Board. After discussion the following resolution was, on motion duly made and seconded, adopted:

> RESOLVED, That ARTICLE FIRST and THIRD
> of the By-Laws be amended and re-enacted
> to read as follows:
>
> ARTICLE FIRST:  The principal office of
> the Company shall be in the City of
> Portsmouth, Virginia.
>
> ARTICLE THIRD:  The Board of Directors
> shall consist of six members who shall be
> elected by the Stockholders at this meeting
> and at all annual meetings thereafter.

- 2 -

Any vacancy occurring in the Board of Directors between elections of the Stockholders shall be filled by the remaining members of the Board at their first meeting after the vacancy shall have occurred.

Meetings of the Board of Directors shall be called by the Secretary, on order of the President, or at the request, in writing, of two or more voting members of the Board

Four members of the Board of Directors shall constitute a quorum for the transaction of business.

The Directors shall continue in office until their successors have been elected and duly qualify.

The President of the Company shall preside at meetings of the Board of Directors and in his absence the Directors shall elect a President pro tem.

The meeting then proceeded with the election of Directors, whereupon the following nominations were duly made;

Mr. K. C. Dufford
Mr. C. M. Irvin
Mr. A. Crane Jones, Jr.
Mr. T. H. Kerwin
Mr. P. R. Rudder
Mr. L. W. Fisher

On motion duly made and seconded, the nominations were closed, and the Secretary directed to cast the unanimous ballot for the nominees, whereupon the Chairman announced that the gentlemen nominated had been duly elected to serve during the ensuing year, or until election of their successors.

There being no further business, the Stockholders' meeting, on motion, adjourned.

_____
J. M. DONNELLY
Corporate Secretary

_____
L. W. FISHER
Chairman

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

**B A L L O T**

ANNUAL ELECTION
April 8, 1987

FOR DIRECTORS

K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
A. CRANE JONES, JR.
T. H. KERWIN
P. R. RUDDER

STOCK:                72 SHARES

SOUTHERN RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

**B A L L O T**

ANNUAL ELECTION
April 8, 1987

FOR DIRECTORS

K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
A. CRANE JONES, JR.
T. H. KERWIN
P. R. RUDDER

STOCK:                72 SHARES

THE CHESAPEAKE AND OHIO RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

**B A L L O T**

ANNUAL ELECTION
April 8, 1987

FOR DIRECTORS

K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
A. CRANE JONES, JR.
T. H. KERWIN
P. R. RUDDER

STOCK:                144 SHARES

NORFOLK AND WESTERN RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

**B A L L O T**

ANNUAL ELECTION
April 8, 1987

FOR DIRECTORS

K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
A. CRANE JONES, JR.
T. H. KERWIN
P. R. RUDDER

STOCK:                72 SHARES

CAROLINA AND NORTHWESTERN RAILWAY COMPANY

BY

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 8, 1987

FOR DIRECTORS

K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
A. CRANE JONES, JR.
T. H. KERWIN
P. R. RUDDER

STOCK:            144 SHARES

SEABOARD SYSTEM RAILROAD, INCORPORATED

BY

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____SOUTHERN RAILWAY COMPANY_____ hereby

appoints and constitutes _____P. R. Rudder_____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 8th day of April,

1987, or at any adjournment thereof.

        IN WITNESS WHEREOF, the seal of the said Company

                      Vice President - Operations

with the signature of its     ~P̶r̶e̶s̶i̶d̶e̶n̶t̶~ has been hereto

affixed, duly attested, this __17th__ day of __March__ ,

Anno Domini, nineteen hundred and eighty-seven.

 

_- - ,~ - ̶L̶.̶W̶.̶F̶i̶s̶h̶e̶r̶_
        3-24-87

                           By _____E. B. Burwell_____

                                  _____Vice Pres.-Opers._____

                                       Title

Attest: ____R. A. Allen____
               Assistant Secretary

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____SEABOARD SYSTEM RAILROAD, INCORPORATED_____ hereby

appoints and constitutes _____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 8th day of April,

1987, or at any adjournment thereof.

          IN WITNESS WHEREOF, the seal of the said Company
                                   CSX Distribution Services,
with the signature of its Vice  -President,/has been hereto

affixed, duly attested, this _31st_ , day of _March_____ ,

Anno Domini, nineteen hundred and eighty-seven.

                              CSX TRANSPORTATION, INC.
                              (formerly Seaboard System Railroad, Inc.)


                         By _R B allen_


                         Title _Vice-President - CSX
                                Distribution Services_



Attest:

_Patricia J Hunaly_
Corporate Secretary

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____ NORFOLK AND WESTERN RAILWAY COMPANY _____ hereby

appoints and constitutes _____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 8th day of April,

1987, or at any adjournment thereof.

       IN WITNESS WHEREOF, the seal of the said Company

with the signature of its        -President, has been hereto

affixed, duly attested, this *16th* , day of _*March*_ ,

Anno Domini, nineteen hundred and eighty-seven.

           Norfolk and Western Railway Company

By *A. B. McKinnon* (signature)
      A. B. McKinnon

      Title **President**

Attest:

*(signature)*
Secretary

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____ THE CHESAPEAKE AND OHIO RAILWAY COMPANY _____ hereby

appoints and constitutes _____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Wednesday, the 8th day of April,

1987, or at any adjournment thereof.

        IN WITNESS WHEREOF, the seal of the said Company

                                        CSX Rail Transport

with the signature of its      -President/ has been hereto

affixed, duly attested, this  31st  , day of  March  ,

Anno Domini, nineteen hundred and eighty-seven.

                             THE CHESAPEAKE AND OHIO
                             RAILWAY COMPANY

                         By _____  .

                         Title President - CSX Rail Transport

Attest:

Corporate Secretary

<u>K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S</u>

That _____CAROLINA AND NORTHWESTERN RAILWAY COMPANY_____ hereby
appoints and constitues _____ as its
substitute and proxy, for it, and in its name and behalf, to
vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY, at a meeting of the Stockholders of the
said Company, to be held on Wednesday, the 8th day of April,
1987, or at any adjournment thereof.

      IN WITNESS WHEREOF, the seal of the said Company
with the signature of its   Vice -President, has been hereto
affixed, duly attested, this _6th_ , day of _March_____ ,
Anno Domini, nineteen hundred and eighty-seven.

                                  **CAROLINA AND NORTHWESTERN**
                                        **RAILWAY COMPANY**

                                  By _W.J. Simpson_

                               Title **Vice President**

Attest:

_Mallen W. Edwards_
     **Secretary**

# EXHIBIT F

## To Rule 902(11) Certification

**Minutes of the May 2, 1988 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders**

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

Sovran Bank Building
Norfolk, Virginia
May 2, 1988

The Annual Meeting of the Stockholders was held this day at 10:40 A.M., with Mr. L. W. Fisher, President of the Company, presiding and Mr. J. M. Donnelly as Secretary.

It was regularly moved that a committee be appointed to ascertain the number of shares of stock represented, whereupon the Chair appointed Mr. T. H. Kerwin and Mr. T. H. Willcox, Jr., who reported, after examination, that the entire 504 outstanding shares of common stock were represented by proxy.

The minutes of the last meeting of the Stockholders, held on April 8, 1987, were, on motion duly made and seconded, approved as recorded.

The following resolution was thereupon presented, and on motion duly made and seconded, adopted:

RESOLVED, That the Annual Report for the year ended December 31, 1987, herewith submitted, is hereby accepted and ordered filed.

The meeting then proceeded with the election of Directors, whereupon the following nominations were duly made:

Mr. K. C. Dufford
Mr. C. M. Ivrin
Mr. A. Crane Jones, Jr.
Mr. T. H. Kerwin
Mr. P. R. Rudder
Mr. L. W. Fisher

On motion duly made and seconded, the nominations were closed and the Secretary directed to cast the unanimous ballot for the nominees, whereupon the Chairman announced that the gentlemen nominated had been duly elected to serve during the ensuing year, or until election of their successors.

-2-

There being no further business, the Stockholders' meeting, on motion, adjourned.


_____
J. M. DONNELLY
Corporate Secretary

_____
L. W. FISHER
Chairman

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 21, 1988

FOR DIRECTORS

K. C. DUFFORD
L. W. FISHER
C. M. IVRIN
A. CRANE JONES, JR.
T. H. KERWIN
P. R. RUDDER

STOCK:                144 SHARES

NORFOLK AND WESTERN RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 21, 1988

FOR DIRECTORS

K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
A. CRANE JONES, JR.
T. H. KERWIN
P. R. RUDDER

STOCK:                144 SHARES

SEABOARD SYSTEM RAILROAD, INCORPORATED

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 21, 1988

FOR DIRECTORS

K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
A. CRANE JONES, JR.
T. H. KERWIN
P. R. RUDDER

STOCK:                72 SHARES

THE CHESAPEAKE AND OHIO RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 21, 1988

FOR DIRECTORS

K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
A. CRANE JONES, JR.
T. H. KERWIN
P. R. RUDDER

STOCK:                72 SHARES

CAROLINA AND NORTHWESTERN RAILWAY COMPANY

BY

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 21, 1988

FOR DIRECTORS

K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
A. CRANE JONES, JR.
T. H. KERWIN
P. R. RUDDER

STOCK:                    72 SHARES

SOUTHERN RAILWAY COMPANY

BY

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That the    NORFOLK AND WESTERN RAILWAY COMPANY    hereby

appoints and constitutes _____ C. M. Irvin _____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Thursday, the 21st day of April,

1988, or at any adjournment thereof.

    IN WITNESS WHEREOF, the seal of the said Company with

the signature of its _____-President, has been hereto

affixed, duly attested, this 22nd, day of March_____,

Anno Domini, nineteen hundred and eighty-eight.

                        Norfolk and Western Railway Company

                        By _____
                          / A. B. McKinnon

                        Title_ President _____


Attest:

_____
        Secretary

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That the           SOUTHERN RAILWAY COMPANY          hereby

appoints and constitutes ____ P. R. Rudder _____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Thursday, the 21st day of April,

1988, or at any adjournment thereof.

       IN WITNESS WHEREOF, the seal of the said Company with

the signature of its _____ Vice __-President, has been hereto

affixed, duly attested, this 28th , day of March _____,

Anno Domini, nineteen hundred and eighty-eight.

                              SOUTHERN RAILWAY COMPANY

                              By _____

                                     Vice President
                              Title_____


Attest:

_Dezora M. Martin_
Assistant Secretary

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That the  CAROLINA AND NORTHWESTERN RAILWAY COMPANY  hereby

appoints and constitutes _____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Thursday, the 21st day of April,

1988, or at any adjournment thereof.

    IN WITNESS WHEREOF, the seal of the said Company with

the signature of its ____Vice____-President, has been hereto

affixed, duly attested, this 22nd, day of ___March___,

Anno Domini, nineteen hundred and eighty-eight.

CAROLINA AND NORTHWESTERN RAILWAY
COMPANY

By _____

Title_Vice President_____

Attest:

_____
      Secretary

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That   THE CHESAPEAKE AND OHIO RAILWAY COMPANY   hereby

appoints and constitutes _____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Thursday, the 21st day of April,

1988, or at any adjournment thereof.

   IN WITNESS WHEREOF, the seal of the said Company with

the signature of its   Vice-____   -President, has been hereto

affixed, duly attested, this 15rh , day of   April_____ ,

Anno Domini, nineteen hundred and eighty-eight.

CSX TRANSPORTATION, INC.
(successor by merger to
The Chesapeake and Ohio Railway Company)

By _____

Title Vice-President_____
    CSX Distribution Services

Attest:

_____
Corporate Secretary

OFFICE OF

MAR 2 1 1988

CORPORATE SECRETARY

## K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That the   SEABOARD SYSTEM RAILROAD, INCORPORATED   hereby

appoints and constitutes _____ as its

substitute and proxy, for it, and in its name and behalf, to

vote at an election of the NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY, at a meeting of the Stockholders of the

said Company, to be held on Thursday, the 21st day of April,

1988, or at any adjournment thereof.

IN WITNESS WHEREOF, the seal of the said Company with

the signature of its _____Vice_____-President, has been hereto

affixed, duly attested, this 15th, day of April_____,

Anno Domini, nineteen hundred and eighty-eight.

                              CSX TRANSPORTATION, INC.
                              (formerly Seaboard System Rail-
                              road, Incorporated)

                              By _____

                              Title  Vice-President
                                     CSX Distribution Services


Attest:

Corporate Secretary

# EXHIBIT G

## To Rule 902(11) Certification

**Minutes of the April 14, 1989 Annual Meeting of Stockholders of Norfolk and Portsmouth Belt Line Railroad Company, Ballots of Annual Election of Directors and Proxies of Stockholders**

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

Norfolk International Airport
Conference Center
Norfolk, Virginia
April 14, 1989

The Annual Meeting of the Stockholders was held this date at 11:15 A.M., with Mr. L. W. Fisher, President of the Company, presiding and Mr. J. M. Donnelly as Secretary.

It was regularly moved that a committee be appointed to ascertain the number of shares of stock represented, whereupon the Chair appointed Mr. J. A. Drake and Mr. T. H. Willcox, Jr., who reported, after examination, that the entire 504 outstanding shares of common stock were represented by proxy.

The minutes of the last meeting of the Stockholders, held on May 2, 1988, were, on motion duly made and seconded, approved as recorded.

The following resolution was thereupon presented, and on motion duly made and seconded, adopted:

RESOLVED, That the Annual Report for the year ended December 31, 1988, herewith submitted, is hereby accepted and ordered filed.

The meeting then proceeded with the election of Directors, whereupon the following nominations were duly made:

Mr. J. A. Drake
Mr. K. C. Dufford
Mr. L. W. Fisher
Mr. C. M. Irvin
Mr. T. H. Kerwin
Mr. P. R. Rudder

On motion duly made and seconded, the nominations were closed and the Corporate Secretary directed to cast the unanimous ballot for the nominees, whereupon the Chairman announced that the gentlemen nominated had been duly elected to serve during the ensuing year, or until election of their successors.

193

There being no further business, the Stockholders' meeting, on motion, adjourned.

J. M. DONNELLY
Corporate Secretary

_____
L. W. FISHER
Chairman

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 14, 1989

FOR DIRECTORS

J. A. DRAKE
K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
T. H. KERWIN
P. R. RUDDER

STOCK:            144 SHARES

SOUTHERN RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 14, 1989

FOR DIRECTORS

J. A. DRAKE
K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
T. H. KERWIN
P. R. RUDDER

STOCK:            216 SHARES

CSX TRANSPORTATION, INC.

BY
Kenneth C. Dufford

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 14, 1989

FOR DIRECTORS

J. A. DRAKE
K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
T. H. KERWIN
P. R. RUDDER

STOCK:            144 SHARES

NORFOLK AND WESTERN RAILWAY COMPANY

BY

---

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY

B A L L O T

ANNUAL ELECTION
April 14, 1989

FOR DIRECTORS

J. A. DRAKE
K. C. DUFFORD
L. W. FISHER
C. M. IRVIN
T. H. KERWIN
P. R. RUDDER

STOCK:            216 SHARES

CSX TRANSPORTATION, INC.

BY

K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____ SOUTHERN RAILWAY COMPANY _____ hereby

appoints and constitutes MR. C. M. IRVIN, MR. T. H. KERWIN,

MR. P. R. RUDDER, or any of them, or a substitute for any of

them, as its proxy with full power of substitution, for and in

its name and behalf, to vote at an election of the NORFOLK AND

PORTSMOUTH BELT LINE RAILROAD COMPANY, at a meeting of the

Stockholders of the said Company, to be held on Friday, the 14th day

of April, 1989, or at any adjournment thereof.

IN WITNESS WHEREOF, the seal of the said Company with

the signature of its ___ Vice ___ - President, has been hereto

affixed, duly attested, this 31st day of ___ March ___,

Anno Domini, nineteen hundred and eighty-nine.

Southern Railway Company

By _____

Title ___ Vice President ___

Attest:

_____
ASSISTANT Corporate Secretary

## K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____NORFOLK AND WESTERN RAILWAY COMPANY_____ hereby

appoints and constitutes MR. C. M. IRVIN, MR. T. H. KERWIN,

MR. P. R. RUDDER, or any of them, or a substitute for any of

them, as its proxy with full power of substitution, for and in

its name and behalf, to vote at an election of the NORFOLK AND

PORTSMOUTH BELT LINE RAILROAD COMPANY, at a meeting of the

Stockholders of the said Company, to be held on Friday, the 14th day

of April, 1989, or at any adjournment thereof.

      IN WITNESS WHEREOF, the seal of the said Company with

the signature of its ____Vice____ - President, has been hereto

affixed, duly attested, this 1st , day of ____March____,

Anno Domini, nineteen hundred and eighty-nine.

                              Norfolk and Western Railway Company

                              By _____

                              Title ____Vice President____

Attest:


_____
ASSISTANT Corporate Secretary

## K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S

That _____ CSX TRANSPORTATION, INC. _____ hereby

appoints and constitutes _M̲R̲.̲ ̲K̲.̲ ̲C̲.̲ ̲D̲u̲r̲h̲a̲m̲ ̲a̲n̲d̲ ̲M̲r̲.̲ ̲J̲.̲ ̲R̲.̲ ̲D̲r̲a̲k̲e̲_,

or either of them, or a substitute for either of them, as its

proxy with full power of substitution, for and in its name and

behalf, to vote at an election of the NORFOLK AND PORTSMOUTH

BELT LINE RAILROAD COMPANY, at a meeting of the Stockholders of

the said Company, to be held on F̲r̲i̲d̲a̲y̲,̲ ̲t̲h̲e̲ ̲1̲4̲t̲h̲ ̲d̲a̲y̲ ̲o̲f̲ ̲A̲p̲r̲i̲l̲,̲ ̲1̲9̲8̲9̲,

or at any adjournment thereof.

        IN WITNESS WHEREOF, the seal of the said Company with

the signature of its ____Vice____ - President, CSX Distribution Services business uni has been hereto

affixed, duly attested, this _3rd_, day of ____April_____,

Anno Domini, nineteen hundred and eighty-nine.

                        By _James C Schultz_
                           J. C. Schultz

                        Title _Vice-President - CSX Distribution_
                              _Services business unit_

Attest:

_Patricia J. Aftoora_
Corporate Secretary