**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION, INC., et al., )<br>)<br>  Plaintiff,  )<br>)<br>v.  )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, et al.,  )<br>)<br>  Defendants.  )<br>_____) | Civil Action No. 2:18-cv-530-MSD-LRL |

**NOTICE OF APPEARANCE**

Please take notice that the following attorney enters his appearance on behalf of Defendants Jerry Hall, Thomas Hurlbut, and Philip Merrilli.

    Clay S. Hester (VSB No. 93051)
    Email: chester@spottsfain.com
    SPOTTS FAIN PC
    411 East Franklin Street, Suite 600
    Richmond, Virginia 23219
    Telephone: (804) 697-2027
    Facsimile: (804) 697-2127

    Respectfully submitted,

    JERRY HALL, THOMAS HURLBUT,
    And PHILIP MERRILLI

    By: _____/s/_____
    Clay S. Hester (VSB No. 93051)
    Email: chester@spottsfain.com
    Spotts Fain PC
    411 East Franklin Street, Suite 600
    Richmond, Virginia 23219
    (804) 697-2000 (Telephone)
    (804) 697-2100 (Facsimile)
    *Counsel for Defendants Jerry Hall, Thomas Hurlbut, and Philip Merrilli*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2020 I will electronically file the foregoing document with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
Clay S. Hester (VSB No. 93051)
Email: chester@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)
*Counsel for Defendants Jerry Hall, Thomas Hurlbut, and Philip Merrilli*