IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.                        Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

        Defendants.

## DEFENDANT NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S RESPONSE TO DEFENDANTS JERRY HALL, THOMAS HURLBUT AND PHILLIP MERILLI'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) BASED ON MOOTNESS

Norfolk and Portsmouth Belt Line Railroad Company ("NPBL") hereby responds to the Motion to Dismiss Defendants Jerry Hall, Thomas Hurlbut and Phillip Merilli under Fed. R. Civ. P. 12(b)(1) Based on Mootness. NPBL supports dismissal of CSXT's claims against all individual defendants, as there is no basis for the claims that CSXT asserts or the relief that CSXT seeks.

Date: February 20, 2020            Respectfully submitted,

                                            **NORFOLK PORTSMOUTH BELT LINE RAILROAD COMPANY**

                                            /s/ *James L. Chapman*
                                              James L. Chapman, IV, VSB No. 21983
                                              W. Ryan Snow, VSB No. 47423
                                              Darius K. Davenport, VSB No. 74064
                                              David C. Hartnett, VSB No. 80452
                                              CRENSHAW, WARE & MARTIN, P.L.C.

2

150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: wrsnow@cwm-law.com
Email: ddavenport@cwm-law.com
Email: dhartnett@cwm-law.com

*Counsel for Defendant Norfolk Portsmouth Belt Line Railroad Company*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 20, 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Robert W. McFarland, Esq.
Benjamin L. Hatch, Esq.
E. Rebecca Gantt, Esq.
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
Email: rmcfarland@mcguirewoods.com
Email: bhatch@mcguirewoods.com
Email: rgantt@mcguirewoods.com

*Attorneys for CSX Transportation, Inc.*

Hugh M. Fain, III, Esq.
M. F. Connell Mullins, Jr., Esq.
John M. Erbach, Esq.
SPOTTS FAIN PC
411 E. Franklin St.
Richmond, VA 23219
Telephone: (804) 697-2000
Email: hfain@spottsfain.com
Email: cmullins@spottsfain.com
Email: jerbach@spottsfain.com

*Attorneys for Jerry Hall, Thomas Hurlbut, and Philip Merilli*

John C. Lynch (VSB No.39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN SANDERS LLP
Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: Kathleen.knudsen@troutman.com

*Counsel for Defendant Norfolk Southern Railway Company*

W. Edgar Spivey, Esq.
Clark J. Belote, Esq.
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3196
Facsimile: (888) 360-9092
Email: wespivey@kaufcan.com
Email: cjbelote@kaufcan.com

*Attorney for Cannon Moss*

Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel. (804) 697-1200
Fax (804) 698-6061
alan.wingfield@troutmansanders.com
michael.lacy@troutmansanders.com
*Counsel for Defendant Norfolk Southern Railway Company*

/s/ *James L. Chapman*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Darius K. Davenport, VSB No. 74064
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: wrsnow@cwm-law.com
Email: ddavenport@cwm-law.com
Email: dhartnett@cwm-law.com

*Counsel for Defendant Norfolk Portsmouth Belt Line Railroad Company*

3