## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

       Plaintiff,

v.                                                                    Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

       Defendants.

_____/

### JOINT MOTION FOR DISMISSAL OF
### DEFENDANTS HALL, HURLBUT, AND MERILLI AND STIPULATION

Plaintiff CSX Transportation, Inc. ("CSXT"), and Defendants Norfolk Southern Railway

Company ("NS"), Norfolk & Portsmouth Belt Line Railroad Company ("NPBL"), Jerry Hall,

Thomas Hurlbut, Philip Merilli, and Cannon Moss (collectively, the "Parties"), by counsel,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agree to DISMISS Defendants Jerry Hall, Thomas

Hurlbut, and Philip Merilli from this action, without prejudice, and with each party bearing its own

attorneys' fees and costs.

CSXT, NS, and NPBL further stipulate that any final award of injunctive relief against

NPBL will be followed and undertaken by the present NPBL Board of Directors.  As a result, the

Parties attach as **Exhibit 1** an electronically endorsed copy of their Proposed Order which the

Parties request this Court enter.

WHEREFORE, the Parties, by counsel, request that this Court dismiss Defendants Jerry Hall, Thomas Hurlbut, and Philip Merilli and enter the Parties' Proposed Order, attached as Exhibit 1.

Respectfully submitted this 24th day of February, 2020.

| CSX TRANSPORTATION, INC. | NORFOLK SOUTHERN RAILWAY COMPANY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ | /s/ |
| Robert W. McFarland (VSB No. 24021) | Alan D. Wingfield (VSB No. 27489) |
| Benjamin L. Hatch (VSB No. 70116) | Michael E. Lacy (VSB No. 48477) |
| Jeanne E. Noonan (VSB No. 87963) | TROUTMAN SANDERS LLP |
| V. Kathleen Dougherty (VSB No. 77294) | 1001 Haxall Point |
| MCGUIREWOODS LLP | Richmond, Virginia 23219 |
| World Trade Center | Tel. (804) 697-1200 |
| 101 West Main Street, Suite 9000 | Fax (804) 698-6061 |
| Norfolk, Virginia 23510-1655 | alan.wingfield@troutman.com |
| Tel. (757) 640-3716 | michael.lacy@troutman.com |
| Fax (757) 640-3930 | |
| rmcfarland@mcguirewoods.com | John C. Lynch (VSB No. 39267) |
| bhatch@mcguirewoods.com | Elizabeth S. Flowers (VSB No. 78487) |
| jnoonan@mcguirewoods.com | Kathleen M. Knudsen (VSB No. 90845) |
| vkdougherty@mcguirewoods.com | TROUTMAN SANDERS LLP |
| | 222 Central Park Avenue, Suite 2000 |
| | Virginia Beach, Virginia 23462 |
| | Tel. (757) 687-7537 |
| | Fax (757) 687-1546 |
| | liz.flowers@troutman.com |
| | |
| | Monica McCarroll (VSB No. 45622) |
| | REDGRAVE LLP |
| | 14555 Avion Parkway, Suite 275 |
| | Chantilly, Virginia 20151 |
| | Tel. (703) 592-1154 |
| | Fax (703) 230-9859 |
| | MMcCarroll@redgravellp.com |

**NORFOLK & PORTSMOUTH BELT
LINE RAILROAD COMPANY**

By its attorneys,

/**s**/
_____
 James L. Chapman IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Darius K. Davenport (VSB No. 74064)
David C. Hartnett (VSB No. 80452)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Tel. (757) 623-3000
Fax (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com

**JERRY HALL, THOMAS
HURLBUT, and PHILIP MERILLI**

By its attorneys,

/**s**/
_____
Hugh M. Fain III (VSB No. 26494)
M.F. Connell Mullins Jr. (VSB No.
47213)
John M. Erbach (VSB No. 76695)
SPOTTS FAIN P.C.
411 East Main Street, Suite 600
Richmond, Virginia 23219
Tel. (804) 697-2000
Fax (804) 697-2100
hfain@spottsfain.com
cmullins@spottsfain.com
jerbach@spottsfain.com

**CANNON MOSS**

By his attorneys,

/**s**/
_____
W. Edgar Spivey (VSB No. 29125)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Tel. (757) 624-3000
Fax (757) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com

## CERTIFICATE OF SERVICE

I certify that on this 24th day of February 2020, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

By: ___/s/_____
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
Jeanne E. Noonan (VSB No. 87863)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Telephone:  (804) 775-1190
Facsimile:  (804) 698-2091
E-mail: apeterson@mcguirewoods.com

*Counsel for Plaintiff*

127231623_3