IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

Civil Action No. 2:18-cv-530-MSD-LRL

FILED
FEB 2 7 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## ORDER

Upon stipulation and agreement of the parties, through their undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that Defendants Jerry Hall, Thomas Hurlbut, and Philip Merilli are DISMISSED from this action, without prejudice, and with each party bearing its own attorneys' fees and costs;

IT IS FURTHER ORDERED that any final award of injunctive relief entered by this Court against Defendant NPBL will be followed and undertaken by NPBL, including through the present NPBL Board of Directors.

It is SO ORDERED this 26th day of February, 2020.

/s/ MSD
Mark S. Davis
Chief Judge
United States District Judge

1

WE ASK FOR THIS:

| **CSX TRANSPORTATION, INC.** | **NORFOLK SOUTHERN RAILWAY COMPANY** |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ | /s/ |
| Robert W. McFarland (VSB No. 24021) | Alan D. Wingfield (VSB No. 27489) |
| Benjamin L. Hatch (VSB No. 70116) | Michael E. Lacy (VSB No. 48477) |
| Jeanne E. Noonan (VSB No. 87963) | TROUTMAN SANDERS LLP |
| V. Kathleen Dougherty (VSB No. 77294) | 1001 Haxall Point |
| MCGUIREWOODS LLP | Richmond, Virginia 23219 |
| World Trade Center | Tel. (804) 697-1200 |
| 101 West Main Street, Suite 9000 | Fax (804) 698-6061 |
| Norfolk, Virginia 23510-1655 | alan.wingfield@troutman.com |
| Tel. (757) 640-3716 | michael.lacy@troutman.com |
| Fax (757) 640-3930 | |
| rmcfarland@mcguirewoods.com | John C. Lynch (VSB No. 39267) |
| bhatch@mcguirewoods.com | Elizabeth S. Flowers (VSB No. 78487) |
| jnoonan@mcguirewoods.com | Kathleen M. Knudsen (VSB No. 90845) |
| | TROUTMAN SANDERS LLP |
| | 222 Central Park Avenue, Suite 2000 |
| | Virginia Beach, Virginia 23462 |
| | Tel. (757) 687-7537 |
| | Fax (757) 687-1546 |
| | liz.flowers@troutman.com |
| | |
| | Monica McCarroll (VSB No. 45622) |
| | REDGRAVE LLP |
| | 14555 Avion Parkway, Suite 275 |
| | Chantilly, Virginia 20151 |
| | Tel. (703) 592-1154 |
| | Fax (703) 230-9859 |
| | MMcCarroll@redgravellp.com |

| **NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY** | **JERRY HALL, THOMAS HURLBUT, and PHILIP MERILLI** |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ | /s/ |
| James L. Chapman IV (VSB No. 21983)<br>W. Ryan Snow (VSB No. 47423)<br>Darius K. Davenport (VSB No. 74064)<br>David C. Hartnett (VSB No. 80452)<br>CRENSHAW, WARE & MARTIN, P.L.C.<br>150 West Main Street, Suite 1500<br>Norfolk, Virginia 23510<br>Tel. (757) 623-3000<br>Fax (757) 623-5735<br>jchapman@cwm-law.com<br>wrsnow@cwm-law.com<br>ddavenport@cwm-law.com<br>dhartnett@cwm-law.com | Hugh M. Fain III (VSB No. 26494)<br>M.F. Connell Mullins Jr. (VSB No. 47213)<br>John M. Erbach (VSB No. 76695)<br>SPOTTS FAIN P.C.<br>411 East Main Street, Suite 600<br>Richmond, Virginia 23219<br>Tel. (804) 697-2000<br>Fax (804) 697-2100<br>hfain@spottsfain.com<br>cmullins@spottsfain.com<br>jerbach@spottsfain.com |

**CANNON MOSS**

By his attorneys,

/s/
W. Edgar Spivey (VSB No. 29125)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Tel. (757) 624-3000
Fax (757) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com

127231742_3