# EXHIBIT A

Troutman Sanders LLP
Troutman Sanders Building, 1001 Haxall Point
Richmond, VA  23219

troutman.com

---

**Michael E. Lacy**
D 804.697.1326
F 804.698.6061
michael.lacy@troutman.com

February 25, 2020

**VIA EMAIL**

Robert W. McFarland, Esq.
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, Virginia 23510
rmcfarland@mcguirewoods.com

Re:   CSX Transportation, Inc. v. Norfolk Southern Railway Company, et al.
      Civil Action No. 2:18-cv-530

Dear Rob:

  Included in the email transmitting this letter is a password-encrypted link to Norfolk Southern Railway Company's ("NSR") supplemental production in response to CSX Transportation, Inc.'s ("CSXT") Request for Production of Documents ("Request") No. 26.  The password is being provided by separate email.  This is NSR's production volume 007 containing 2 documents bates numbered NSR_00103922 to NSR_00103923 and branded "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order (ECF No. 79).

  This production is being made in response to CSXT's request raised for the first time in your letter dated February 13, 2020.  NSR is supplementing its January 24, 2020 production of documents responsive to Request No. 26 with (1) a csv file containing waybill information for the years 2009-2014, and (2) a csv file containing waybill information for Q4 of 2019.  With this production, NSR has fully satisfied the demand made in CSXT's motion to compel filed on February 17, 2020 (ECF No. 133).  Accordingly, NSR requests that CSXT withdraw its motion as moot and confirm the same by Friday, February 28, 2020.

February 25, 2020
Page 2



                              Sincerely,

                              Michael E. Lacy

cc: Monica McCarroll, Esq.
     Alan Wingfield, Esq.
     Massie P. Cooper, Esq.
     Kathleen Knudsen, Esq.
     John C. Lynch, Esq.
     John R. Thornburgh II, Esq.
     Tara L. Reinhart, Esq.
     Benjamin L. Hatch, Esq.
     J. Brent Justus, Esq.
     Ashley Peterson, Esq.
     Jeanne Noonan, Esq.
     James L. Chapman IV, Esq.
     W. Ryan Snow, Esq.
     Darius K. Davenport, Esq.
     David C. Hartnett, Esq.
     M.F. Connell Mullins, Jr., Esq.
     John M. Erbach, Esq.
     Hugh M. Fain, III, Esq.
     W. Edgar Spivey, Esq.
     Clark J. Belote, Esq.

41551800v1