# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

STATE/COMMONWEALTH OF: VA

CSX TRANSPORTATION, INC.

In re / V.

NORFOLK SOUTHERN RAILWAY COMPANY, ET AL

CASE NO:

**2:18-cv-00530-MSD-LRL**

C/O SARAH JAYNE MCCOY, REGISTERED AGENT
VIRGINIA PORT AUTHORITY
600 WORLD TRADE CENTER, NORFOLK, VA 23510

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:  3/2/2020 @ 10:40 AM

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport  Service accepted by:

**RYANNE SHIELDS**

SERVER'S NOTES: 2/27 SERVER WAS TOLD AND GIVEN A BUSINESS CARD WITH INFORMATION IN REGARDS TO MS MCCOY STATING SHE IS ONLY AVAILABLE ON MONDAYS FROM 9A-11A. SERVER ARRIVED 3/2/2020 AND WAS TOLD SHE WAS NOT AVAILABLE. SERVER WAITED 1 HOUR AND WAS TOLD TO TRY TO COME BACK SHE MAY BE AVAILABLE BUT NO PROMISES OR LEAVE WITH HER ASSISTANT. RYANNE SHIELDS ALSO STATED SHE COULD ACCEPT FOR MS MCCOY AS SHE HAS DONE SO IN THE PAST.

Dated: 3/3/2020      Signature
Name: JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON
Subscribed and sworn to/affirmed before me this day by
JOHNNIE T. DAY
who is personally known to me.
Date: 3/3/2020
My commission expires: 1/31/2023

Signature of Notary Public: JEKECIA K. JEFFERSON, REG #7127290

JEKECIA K. JEFFERSON, REG #7127290
Notary Public
Commonwealth of Virginia
My Commission Expires: 1/31/2023

HESTER SERVICES, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

ARMOND JOYNER

463789 - 2