# VERIFIED RETURN OF SERVICE

Job # 2002110

### Client Info:

Micahel E, Lacy, Esq.
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122

### Case Info:

**PLAINTIFF:**
CSX TRANSPORTATION, INC.
 -versus-
**DEFENDANT:**
NORFOLK SOUTHERN RAILWAY COMPANY, et al.

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRIC OF VIRGINIA
Court Division: CIVIL

Court Case # **2:18cv530**

### Service Info:

**Date Received: 3/6/2020** at **06:30 PM**
**Service:** I Served **TONY INGRAM**
With: **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**
by leaving with **TONY INGRAM, INDIVIDUALLY**

At Residence **1049 SHIPWATCH DR. E. JACKSONVILLE, FL 32225**
On **3/7/2020** at **01:28 PM**
**Manner of Service: PERSONAL**
Individual Service was performed by delivering to the within named person a true copy of this process, with the date and hour of service endorsed by me. At the same time, I delivered the within named person a copy of the complaint, petition, or other initial pleading or paper.

### Served Description: (Approx)

Age: **73**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' "**, Weight: **180**, Hair: **Gray** Glasses: **Yes**

I **Randy Johnson** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____
**Randy Johnson**

**A.C.E., Inc.**
P.O. Box 4608
Boynton Beach, FL 33424

Job # 2002110




1 of 1