# VERIFIED RETURN OF SERVICE

Job # 2002149

**Client Info:**

Micahel E. Lacy, Esq.
Troutman Sanders, LLP
P.O. Box 1122 Richmond, VA 23218-1122

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>CSX TRANSPORTATION, INC.<br>-versus-<br>**DEFENDANT:**<br>NORFOLK SOUTHERN RAILWAY COMPANY, et al | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA<br>Court Division: CIVIL ACTION<br><br>Court Case # **2:18ca530** |

**Service Info:**

**Date Received: 3/11/2020** at **04:10 PM**
**Service:** I Served **JERMAINE SWAFFORD**
With: **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**
by leaving with **JERMAINE SWAFFORD, INDIVIDUALLY**

**At Residence 118 MONTURA DRIVE PONTE VEDRA BEACH, FL 32082**
On **3/11/2020** at **07:30 PM**
**Manner of Service: PERSONAL**
Individual Service was performed by delivering to the within named person a true copy of this process, with the date and hour of service endorsed by me. At the same time, I delivered the within named person a copy of the complaint, petition, or other initial pleading or paper.

**Served Description: (Approx)**

Age: **45**, Sex: **Male**, Race: **Black**, Height: **6' "**, Weight: **220**, Hair: **Bald** Glasses: **No**

I **Steven Cook** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:  _____
**Steven Cook**

**A.C.E., Inc.**
P.O. Box 4608
Boynton Beach, FL 33424

Job # 2002149


