# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) | |
| individually and on behalf of NORFOLK | ) | |
| & PORTSMOUTH BELT LINE | ) | |
| RAILROAD COMPANY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-530 |
| | ) | |
| NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, NORFOLK & PORTSMOUTH | ) | |
| BELT LINE RAILROAD COMPANY, | ) | |
| JERRY HALL, THOMAS HURLBUT, | ) | |
| PHILIP MERILLI, and CANNON MOSS, | ) | |
| | ) | |
| *Defendants*. | ) | |

## DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S MOTION TO COMPEL DEPOSITIONS OF PLAINTIFF CSX TRANSPORTATION, INC.'S DEPONENTS

NOW COMES Defendant Norfolk Southern Railway Company ("NSR"), by counsel, and pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37, hereby moves this Court for an Order compelling Plaintiff CSX Transportation, Inc. ("CSXT") to produce for depositions the fact declarants from CSXT's expert report on or before March 23, 2020. In support of this Motion, NSR refers this Court to its Memorandum in Support, filed contemporaneously with this Motion.

In accordance with Local Rule 37(E), NSR has made a good faith effort to resolve the issues raised in this Motion.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of this Motion to Compel, NSR respectfully requests the Court: (1) order CSXT to produce for depositions the fact declarants from CSXT's expert report on or before March 23, 2020.

Dated: March 13, 2020                    Respectfully submitted,

                                                     **NORFOLK SOUTHERN RAILWAY COMPANY**

                                                     /s/Michael E. Lacy
                                                     Alan D. Wingfield (VSB No. 27489)
                                                     Michael E. Lacy (VSB No. 48477)
                                                     Massie P. Cooper (VSB No. 82510)
                                                     TROUTMAN SANDERS, LLP
                                                     1001 Haxall Point
                                                     Richmond, Virginia 23219
                                                     Telephone: (804) 697-1200
                                                     Facsimile: (804) 698-6061
                                                     Email: alan.wingfield@troutman.com
                                                     Email: michael.lacy@troutman.com
                                                     Email: massie.cooper@troutman.com


                                                   John C. Lynch (VSB No. 39267)
                                                   Kathleen M. Knudsen (VSB No. 90845)
                                                   TROUTMAN SANDERS LLP
                                                   222 Central Park Avenue, Suite 2000
                                                   Virginia Beach, VA  23462
                                                   Telephone: (757) 687-7759
                                                   Facsimile: (757) 687-7510
                                                   Email: john.lynch@troutman.com
                                                   Email: kathleen.knudsen@troutman.com

                                                   *Counsel for Norfolk Southern Railway Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Robert W. McFarland, Esq.
Benjamin L. Hatch, Esq.
E. Rebecca Gantt, Esq.
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
rgantt@mcguirewoods.com

*Attorneys for CSX Transportation, Inc.*

James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Darius K. Davenport, Esq.
David C. Hartnett, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com

*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

Hugh M. Fain, III, Esq.
M. F. Connell Mullins, Jr., Esq.
John M. Erbach, Esq.
SPOTTS FAIN PC
411 E. Franklin St.
Richmond, VA 23219
Telephone: (804) 697-2000
hfain@spottsfain.com
cmullins@spottsfain.com
jerbach@spottsfain.com

*Attorneys for Jerry Hall, Thomas Hurlbut, and Philip Merilli*

W. Edgar Spivey, Esq.
Clark J. Belote, Esq.
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3196
Facsimile: (888) 360-9092
wespivey@kaufcan.com
cjbelote@kaufcan.com

*Attorney for Cannon Moss*

/s/Michael E. Lacy
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

41795100