UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX Transportation, Inc. | |
| *Plaintiff* | |
| | C.A. No. 2:18-cv-00530-MSD-LDL |
| v. | |
| Norfolk Southern Railway Company, *et al.* | |
| *Defendants* | |

---

### VIRGINIA INTERNATIONAL TERMINALS, LLC'S
### <u>MOTION TO QUASH</u>

Pursuant to Federal Rules of Civil Procedure 26 and 45, Virginia International Terminals, LLC ("VIT"), a non-party to the above-captioned litigation, moves to quash or otherwise modify the subpoena *duces tecum* issued to it is in this matter by Norfolk and Portsmouth Belt Line Railroad Company ("Defendant" or "NPBL"). Specifically, the subpoena should be quashed for the following reasons: (1) the subpoena did not provide a reasonable time for compliance; (2) the subpoena is overly broad and unduly burdensome in its timeframe and requests for electronically stored information from a non-party which could have been obtained from a party; (3) compliance would require the disclosure of privileged, confidential, and proprietary commercial information; and (4) the subpoena calls for documents of a custodian that is not a VIT custodian and/or for VIT to search its records and electronically stored information for reference to correspondences between non-VIT parties. In support of its Motion, VIT files the accompanying Memorandum in Support.

1

Dated:  March 16, 2020

VIRGINIA INTERNATIONAL TERMINALS, LLC


By:    /s/ Edward J. Powers
Of Counsel

Edward J. Powers (VSB No. 32146)
500 World Trade Center
Norfolk, VA 23510
757.446.8600-telephone
757.446.8670-fascimile
EPowers@vanblacklaw.com
*Counsel for Virginia International Terminals, LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on Monday, March 16, 2020, a true and accurate copy of the

foregoing was filed with the Clerk of Court using the CM/ECF system, which will send

notification of such filing to all counsel of record:

/s/ Edward J. Powers
