## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 2:18-cv-530 |
| NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, and CANNON MOSS, | ) ) ) ) ) | |
| *Defendants*. | ) | |

## ORDER

This matter comes before the Court on a motion made by Plaintiff CSX Transportation, Inc., Defendant Norfolk Southern Railway Company, and Defendant Norfolk & Portsmouth Belt Line Railroad Company, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure. The Parties jointly requested that the Court stay this case and vacate all existing deadlines, including trial, pending rescheduling all of them at a date certain in April 2020 due to the impact of COVID-19 on the United States.

For good cause shown, the motion is hereby **GRANTED**, and it is **ORDERED** that:

1. This case is stayed for **thirty (30) days** and all existing deadlines, including trial, are vacated pending rescheduling; and

2. On or before **April 16, 2020**, the Parties are directed to submit a status report to the Court with recommendations for proceeding and a request for a telephonic status conference with the Court to discuss scheduling.

**IT IS SO ORDERED.**

_____

The Honorable Chief Judge Mark S. Davis

41818680