IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
**individually and on behalf of**
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

      **Plaintiff,**

v.                                                Civil Action No. 2:18-cv-530

**NORFOLK SOUTHERN RAILWAY COMPANY,**
*et al.*,

      **Defendants.**

### JOINT MOTION FOR DISMISSAL OF
### DEFENDANT CANNON MOSS AND STIPULATION

Plaintiff CSX Transportation, Inc. ("CSXT"), and Defendants Norfolk Southern Railway Company ("NS"), Norfolk & Portsmouth Belt Line Railroad Company ("NPBL"), and Cannon Moss ("Moss") (collectively, the "Parties"), by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agree to DISMISS Defendant Cannon Moss from this action, without prejudice, and with each party bearing its own attorneys' fees and costs.

CSXT, NS and NPBL further stipulate that any final award of injunctive relief against NPBL will be followed and undertaken by the present NPBL Board of Directors and Management. As a result, the Parties attach as **Exhibit 1** an electronically endorsed copy of their Proposed Order which the Parties request this Court enter.

WHEREFORE, the Parties, by counsel, request this Court dismiss Defendant Cannon Moss and enter the Parties' Proposed Order, attached as **Exhibit 1**.

Respectfully submitted this 18th day of March, 2020.

| | |
|---|---|
| **CANNON MOSS** | **CSX TRANSPORTATION, INC.** |
| By his attorneys, | By its attorneys, |
| /s/ | /s/ |
| W. Edgar Spivey (VSB No. 29125) | Robert W. McFarland (VSB No. 24021) |
| Clark J. Belote (VSB No. 87310) | Benjamin L. Hatch (VSB No. 70116) |
| KAUFMAN &CANOLES, P.C. | Jeanne E. Noonan (VSB No. 87963) |
| 150 West Main Street, Suite 2100 | V. Kathleen Dougherty (VSB No. 77294) |
| Norfolk, Virginia 23510 | MCGUIREWOODS LLP |
| Tel. (757) 624-3000 | World Trade Center |
| Fax (757) 360-9092 | 101 West Main Street, Suite 9000 |
| wespivey@kaufcan.com | Norfolk, Virginia 23510-1655 |
| cjbelote@kaufcan.com | Tel. (757) 640-3716 |
| | Fax (757) 640-3930 |
| | rmcfarland@mcguirewoods.com |
| | bhatch@mcguirewoods.com |
| | jnoonan@mcguirewoods.com |
| | vkdougherty@mcguirewoods.com |

<table>
<tr><td>

**NORFOLK SOUTHERN RAILWAY COMPANY**

By its attorneys,

/s/
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel. (804) 697-1200
Fax (804) 698-6061
alan.wingfield@troutman.com
michael.lacy@troutman.com

John C. Lynch (VSB No. 39267)
Elizabeth S. Flowers (VSB No. 78487)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Tel. (757) 687-7537
Fax (757) 687-1546
liz.flowers@troutman.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
Tel. (703) 592-1154
Fax (703) 230-9859
MMcCarroll@redgravellp.com

</td><td>

**NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY**

By its attorneys,

/s/
James L. Chapman IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Darius K. Davenport (VSB No. 74064)
David C. Hartnett (VSB No. 80452)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Tel. (757) 623-3000
Fax (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com

</td></tr>
</table>

3

## CERTIFICATE OF SERVICE

I certify that on this 18th day of March, 2020, a true and correct copy of the foregoing was served via Notice of Electronic Filing by filing with the Court's CM/ECF System on all counsel of record.

/s/
W. Edgar Spivey (VSB No. 29125)
Clark J. Belote (VSB No. 87310)
KAUFMAN &CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Tel. (757) 624-3000
Fax (757) 360-9092
wespivey@kaufcan.com
**cjbelote@kaufcan.com**

18263656v1