## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**CSX TRANSPORTATION, INC.,**
**individually and on behalf of**
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

      **Plaintiff,**

**v.**                                                      Civil Action No. 2:18-cv-530-MSD-LRL

**NORFOLK SOUTHERN RAILWAY**
**COMPANY,** *et al.*,

      **Defendants.**

## **ORDER**

Upon stipulation and agreement of the parties, through their undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that Defendant Cannon Moss is DISMISSED from this action, without prejudice, and with each party bearing its own attorneys' fees and costs;

It is further ORDERED that any final award of injunctive relief entered by this Court against Defendant NPBL will be followed and undertaken by NPBL, including through the present NPBL Board of Directors and Management.

It is SO ORDERED this _____ day of _____, 2020.

Enter: ___/___/_____                             _____
                                                               United States District Judge

| **CSX TRANSPORTATION, INC.** | **NORFOLK SOUTHERN RAILWAY COMPANY** |
|---|---|
| By its attorneys, | By its attorneys, |

/s/
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
Jeanne E. Noonan (VSB No. 87863)
V. Kathleen Doughterty
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
jnoonan@mcguirewoods.com

/s/
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel: 804-697-1200
Fax: 804-698-6061
Alan.wingfield@troutman.com
Michael.lacy@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
john. lynch@troutman. com
kathleen.knudsen@troutman.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
Telephone: (703) 592-1154
Facsimile: (703) 230-9859
MMcCarroll@redgravellp.com

| | |
|---|---|
| **NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY** | **CANNON MOSS** |
| By its attorneys, | By his attorneys, |
| /s/ | /s/ |
| James L. Chapman, IV (VSB No. 21983) | W. Edgar Spivey (VSB No. 29125) |
| W. Ryan Snow (VSB No. 47423) | Clark J. Belote (VSB No. 87310) |
| Darius K. Davenport (VSB No. 74064) | KAUFMAN & CANOLES, P.C. |
| David C. Hartnett (VSB No. 80452) | 150 W. Main Street, Suite 2100 |
| CRENSHAW, WARE & MARTIN, P.L.C. | Norfolk, VA 23510 |
| 150 W. Main Street, Suite 1500 | Telephone: (757) 624-3196 |
| Norfolk, Virginia 23510 | Facsimile: (888) 360-9092 |
| Telephone: (757) 623-3000 | wespivey@kaufcan.com |
| Facsimile: (757) 623-5735 | cjbelote@kaufcan.com |
| jchapman@cwm-law.com | |
| wrsnow@cwm-law.com | |
| ddavenport@cwm-law.com | |
| dhartnett@cwm-law-com | |