IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK & PORTSMOUTH BELT LINE
RAILROAD COMPANY,

    Plaintiff,

v.                                 Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

    Defendants.

## ORDER

Upon stipulation and agreement of the parties, through their undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that Defendant Cannon Moss is DISMISSED from this action, without prejudice, and with each party bearing its own attorneys' fees and costs;

It is further ORDERED that any final award of injunctive relief entered by this Court against Defendant NPBL will be followed and undertaken by NPBL, including through the present NPBL Board of Directors and Management.

It is SO ORDERED this 19th day of March, 2020.

/s/ [signature]
Mark S. Davis
Chief Judge

United States District Judge

| CSX TRANSPORTATION, INC. | NORFOLK SOUTHERN RAILWAY COMPANY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/_____ | /s/_____ |
| Robert W. McFarland (VSB No. 24021) | Alan D. Wingfield (VSB No. 27489) |
| Benjamin L. Hatch (VSB No. 70116) | Michael E. Lacy (VSB No. 48477) |
| Jeanne E. Noonan (VSB No. 87863) | TROUTMAN SANDERS, LLP |
| V. Kathleen Doughterty | 1001 Haxall Point |
| McGuireWoods LLP | Richmond, Virginia 23219 |
| World Trade Center | Tel: 804-697-1200 |
| 101 West Main Street, Suite 9000 | Fax: 804-698-6061 |
| Norfolk, Virginia 23510-1655 | Alan.wingfield@troutman.com |
| Telephone: (757) 640-3716 | Michael.lacy@troutman.com |
| Facsimile: (757) 640-3930 | |
| rmcfarland@mcguirewoods.com | John C. Lynch (VSB No. 39267) |
| bhatch@mcguirewoods.com | Kathleen M. Knudsen (VSB No. 90845) |
| jnoonan@mcguirewoods.com | TROUTMAN SANDERS LLP |
| | 222 Central Park Avenue, Suite 2000 |
| | Virginia Beach, VA 23462 |
| | Telephone: (757) 687-7759 |
| | Facsimile: (757) 687-7510 |
| | john.lynch@troutman.com |
| | kathleen.knudsen@troutman.com |
| | |
| | Monica McCarroll (VSB No. 45622) |
| | REDGRAVE LLP |
| | 14555 Avion Parkway, Suite 275 |
| | Chantilly, Virginia 20151 |
| | Telephone: (703) 592-1154 |
| | Facsimile: (703) 230-9859 |
| | MMcCarroll@redgravellp.com |

| | |
|---|---|
| **NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY** | **CANNON MOSS** |
| By its attorneys, | By his attorneys, |
| /s/ | /s/ |
| James L. Chapman, IV (VSB No. 21983)<br>W. Ryan Snow (VSB No. 47423)<br>Darius K. Davenport (VSB No. 74064)<br>David C. Hartnett (VSB No. 80452)<br>CRENSHAW, WARE & MARTIN, P.L.C.<br>150 W. Main Street, Suite 1500<br>Norfolk, Virginia 23510<br>Telephone: (757) 623-3000<br>Facsimile: (757) 623-5735<br>jchapman@cwm-law.com<br>wrsnow@cwm-law.com<br>ddavenport@cwm-law.com<br>dhartnett@cwm-law-com | W. Edgar Spivey (VSB No. 29125)<br>Clark J. Belote (VSB No. 87310)<br>KAUFMAN & CANOLES, P.C.<br>150 W. Main Street, Suite 2100<br>Norfolk, VA 23510<br>Telephone: (757) 624-3196<br>Facsimile: (888) 360-9092<br>wespivey@kaufcan.com<br>cjbelote@kaufcan.com |

3