**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                                   Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

                                     /

**JOINT MOTION TO CONTINUE STAY DUE TO COVID-19**

Plaintiff CSX Transportation, Inc. ("CSXT"), and Defendants Norfolk Southern Railway Company ("NS"), and Norfolk & Portsmouth Belt Line Railroad Company ("NPBL") (collectively, the "Parties"), by counsel, and pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, hereby jointly move this Court to continue the stay in this case until May 19, 2020 pending the rescheduling of all deadlines at a date certain in May 2020, due to the impact of COVID-19 on the United States. In support of this Motion, the Parties respectfully state:

1. On March 17, 2020, the Parties moved the Court to stay the case and vacate the pending deadlines, including trial, established by the Court's Scheduling Order of October 25, 2019. *See* ECF Nos. 157, 78.

2. Although certain discovery was complete as of March 17, 2020, the Parties were coordinating and making arrangements to conduct depositions across the country, including in Georgia, Florida, Texas, and Virginia, between March 18, 2020 and March 31, 2020.

1

3. Due to the coronavirus and COVID-19 pandemic, certain of the Parties and their counsels' law firms imposed travel restrictions on their employees and visitation bans as to non-employees until further notice. As of the date of this Motion, these restrictions and bans are still in place.

4. In addition, the Court also entered several General Orders, postponing and continuing all civil in-person proceedings through June 10, 2020, and extending certain filing deadlines. *See* General Orders 2020-7, 2020-12.

5. By Order dated March 19, 2020, the Court stayed the case for thirty (30) days and vacated all existing deadlines, including trial, pending rescheduling. *See* ECF No. 160. The Parties were directed to submit a status report to the Court with recommendations and a request for a telephonic status conference with the Court on or before April 16, 2010. *See id.*

6. Since the Court issued the stay, the national and statewide COVID-19 situation has worsened. On March 19, 2020, there were 13,865 reported cases of COVID-19 in the United States with 206 reported deaths.[1] As of April 15, 2020 – a mere four weeks later – the United States has over 615,000 reported cases of COVID-19 with over 26,000 deaths.

7. Unsurprisingly, states across the country, including where counsel reside, have taken increasingly stringent measures to limit the spread of the pandemic. This includes Virginia Governor Ralph Northam issuing Executive Order No. 55 on March 30, 2020. This statewide Stay at Home Order "directs all Virginians to stay home except in extremely limited circumstances,"

---

[1] United States: Coronavirus Cases, WorldoMeter, https://www.worldometers.info/coronavirus/country/us/ (last visited Apr. 15, 2020).

such as seeking medical attention or obtaining goods or services like groceries or prescriptions.[2] This Stay at Home Order is effective through June 10, 2020, unless rescinded earlier.

8.  On April 13, 2020, the Parties held a teleconference to discuss the status of this case.

9.  In light of the ongoing COVID-19 pandemic, including the Governor of Virginia's Stay at Home Order, the Parties propose that until a clearer picture exists, the Court stay all litigation deadlines in this case by an additional thirty (30) days to May 19, 2020.  However, in the interest of expediently resolving this litigation, the Parties jointly request that during this second stay period the Parties may continue supplementations, conferrals, and motions practice regarding written fact discovery, document discovery, and third-party discovery not requiring in-person activity, and remain available for telephonic hearings with the Court regarding pending motions, if any such hearings are scheduled.

10. The Parties further agree that, on or before May 18, 2020, they will confer and submit an updated status report and request for a telephonic conference with the Court.

11. This is a joint request from the Parties and, therefore, extending the stay will not prejudice any Party.

12. This request is submitted in good faith and is not intended to cause unnecessary burden, delay or needless expense.

13. This request is in keeping with the Court's recent orders, including General Order 2020-12, dated April 10, 2020.

---

[2] *See* Governor Northam Issues Statewide Stay at Home Order, Office of the Governor (Mar. 30, 2020),  https://www.governor.virginia.gov/newsroom/all-releases/2020/march/headline-855702-en.html.

14. For the foregoing reasons, good cause exists to stay this case for an additional thirty (30) days, until May 19, 2020, pending rescheduling of all deadlines.

**WHEREFORE**, Plaintiff CSXT, Defendant NS, and Defendant NPBL, respectfully request that the Court grant this Joint Motion and enter the attached Proposed Order. The Parties attach as **Exhibit 1** an electronically endorsed copy of their Proposed Order.

Dated:  April 16, 2020    Respectfully submitted,

**CSX TRANSPORTATION, INC.**
*By Counsel*

         /s/ Robert W. McFarland         
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
Jeanne E. Noonan (VSB No. 87863)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that on this 16th day of April, 2020, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

                /s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
Jeanne E. Noonan (VSB No. 87863)
V. Kathleen Dougherty (VSB No. 77294)
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com