UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., )<br>individually and on behalf of NORFOLK )<br>& PORTSMOUTH BELT LINE )<br>RAILROAD COMPANY, )<br>                                                               )<br>            *Plaintiff*,          )<br>                                                               )<br>v.                                                         )<br>                                                               )<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, *et al.*,                       )<br>                                                               )<br>            *Defendants*.     ) | No. 2:18-cv-530-MSD-LRL |

**ORDER**

This matter comes before the Court pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rules 37(B) and 7(F) of the Local Rules of the U.S. District Court for the Eastern District of Virginia and Defendant Norfolk Southern Railway Company's ("NSR") Motion to Compel Plaintiff CSX Transportation, Inc. ("CSXT") to produce documents it withheld as wholly or partially privileged.  The Court has reviewed NSR's Memorandum in Support of its Motion to Compel, CSXT's Opposition to NSR's Motion to Compel, and NSR's Reply in Support of its Motion to Compel.

Based on the Court's review of the foregoing, the Court **GRANTS** NSR's Motion to Compel the Production of Documents from Plaintiff CSXT.

Accordingly, the Court **ORDERS** that CSXT produce the emails at issue without redaction within 14 days.

The Court **ORDERS** that CSXT produce Steven Armbrust for a deposition on all emails that have been produced and/or unredacted since his deposition on March 11, 2020, and emails

- 2 -

that are produced and/or unredacted pursuant to this Court's Order.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

Norfolk, Virginia

Date: _____

Lawrence R. Leonard
United States Magistrate Judge