# EXHIBIT 4

| | |
|---|---|
| **From:** | Peterson, Ashley P. <APeterson@mcguirewoods.com> |
| **Sent:** | Monday, March 23, 2020 2:25 PM |
| **To:** | Cooper, Massie P.; Justus, J. Brent; Noonan, Jeanne E.; Hatch, Benjamin L.; Dougherty, V. Kathleen; Gollogly, Krystal Lynne; Wingfield, Alan D.; Lacy, Michael E.; Lynch, John C.; Flowers, Elizabeth Spain; Knudsen, Kathleen M.; mmccarroll@redgravellp.com; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter; Armond Joyner; Stone, Jana K. |
| **Subject:** | [WARNING: UNSCANNABLE EXTRACTION FAILED]RE: CSXT, et al v. NS, et al - Discovery Deficiencies |
| **Attachments:** | CSX v. NS Privilege Log by CSXT 20200323.xlsx |

**EXTERNAL SENDER**

All,

The production described in CSXT's March 20 letter can be downloaded at the link below, and an updated privilege log is attached.  The password to access the production and log will be sent separately.

https://mcguirewoods.sharefile.com/d-s2a8ba1d5fc140159

Please let me know if you run into any issues with the files.  Once you've had a chance to review, let us know when you would like to meet and confer.

Best regards,
Ashley

**Ashley P. Peterson**
McGuireWoods LLP
T: +1 804 775 1190 | M: +1 804 201 6953

---

**From:** Cooper, Massie P. <Massie.Cooper@troutman.com>
**Sent:** Monday, March 23, 2020 9:13 AM
**To:** Justus, J. Brent <bjustus@mcguirewoods.com>; Peterson, Ashley P. <APeterson@mcguirewoods.com>; Noonan, Jeanne E. <jnoonan@mcguirewoods.com>; Hatch, Benjamin L. <BHatch@mcguirewoods.com>; Dougherty, V. Kathleen <vkdougherty@mcguirewoods.com>; Gollogly, Krystal Lynne <KGollogly@mcguirewoods.com>; Wingfield, Alan D. <Alan.Wingfield@troutman.com>; Lacy, Michael E. <Michael.Lacy@troutman.com>; Lynch, John C. <john.lynch@troutman.com>; Flowers, Elizabeth Spain <Liz.Flowers@troutman.com>; Knudsen, Kathleen M. <Kathleen.Knudsen@troutman.com>; mmccarroll@redgravellp.com; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>
**Subject:** RE: CSXT, et al v. NS, et al - Discovery Deficiencies

**EXTERNAL EMAIL; use caution with links and attachments**

Brent,

We are in agreement to postpone the meet and confer.  We look forward to hearing a specific time for production this afternoon or tomorrow morning.

Massie

**Massie P. Cooper**
**troutman** sanders
Direct: 804.697.1392
massie.cooper@troutman.com

---

**From:** Justus, J. Brent <bjustus@mcguirewoods.com>
**Sent:** Monday, March 23, 2020 9:06 AM
**To:** Peterson, Ashley P. <APeterson@mcguirewoods.com>; Cooper, Massie P. <Massie.Cooper@troutman.com>; Noonan, Jeanne E. <jnoonan@mcguirewoods.com>; Hatch, Benjamin L. <BHatch@mcguirewoods.com>; Dougherty, V. Kathleen <vkdougherty@mcguirewoods.com>; Gollogly, Krystal Lynne <KGollogly@mcguirewoods.com>; Wingfield, Alan D. <Alan.Wingfield@troutman.com>; Lacy, Michael E. <Michael.Lacy@troutman.com>; Lynch, John C. <john.lynch@troutman.com>; Flowers, Elizabeth Spain <Liz.Flowers@troutman.com>; Knudsen, Kathleen M. <Kathleen.Knudsen@troutman.com>; mmccarroll@redgravellp.com; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>
**Subject:** RE: CSXT, et al v. NS, et al - Discovery Deficiencies

**EXTERNAL SENDER**

All,

As noted in our Friday letter, we hope to produce by early this week some of the documents that were identified by NS either with more limited redactions or as not privileged, along with a privilege log for the redacted documents identified by NS.  We do not, however, anticipate producing those materials before our scheduled meet-and-confer today at noon.

In light of this, I propose postponing today's meet-and-confer until after we have produced these documents and the privilege log.  We hope to provide a more precise estimate of when you can expect these materials either by the end of the day today or early tomorrow, at which point we can reschedule the meet-and-confer.

Best regards,
Brent

---

**From:** Peterson, Ashley P. <APeterson@mcguirewoods.com>
**Sent:** Friday, March 20, 2020 4:01 PM
**To:** Cooper, Massie P. <Massie.Cooper@troutman.com>; Noonan, Jeanne E. <jnoonan@mcguirewoods.com>; Hatch, Benjamin L. <BHatch@mcguirewoods.com>; Dougherty, V. Kathleen <vkdougherty@mcguirewoods.com>; Justus, J. Brent <bjustus@mcguirewoods.com>; Gollogly, Krystal Lynne <KGollogly@mcguirewoods.com>; Wingfield, Alan D. <Alan.Wingfield@troutman.com>; Lacy, Michael E. <Michael.Lacy@troutman.com>; Lynch, John C. <john.lynch@troutman.com>; Flowers, Elizabeth Spain <Liz.Flowers@troutman.com>; Knudsen, Kathleen M. <Kathleen.Knudsen@troutman.com>; mmccarroll@redgravellp.com; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter <shunter@cwm-law.com>; Armond

Joyner <ajoyner@cwm-law.com>
**Subject:** RE: CSXT, et al v. NS, et al - Discovery Deficiencies

Counsel,

Please see attached.

Best regards,
Ashley

**Ashley P. Peterson**
McGuireWoods LLP
T: +1 804 775 1190 | M: +1 804 201 6953

**From:** Cooper, Massie P. <Massie.Cooper@troutman.com>
**Sent:** Tuesday, March 10, 2020 8:11 PM
**To:** Noonan, Jeanne E. <jnoonan@mcguirewoods.com>; Peterson, Ashley P. <APeterson@mcguirewoods.com>; Hatch, Benjamin L. <BHatch@mcguirewoods.com>; Dougherty, Vera Kathleen <vkdougherty@mcguirewoods.com>; Justus, J. Brent <bjustus@mcguirewoods.com>; Gollogly, Krystal Lynne <KGollogly@mcguirewoods.com>; Wingfield, Alan D. <Alan.Wingfield@troutman.com>; Lacy, Michael E. <Michael.Lacy@troutman.com>; Lynch, John C. <john.lynch@troutman.com>; Flowers, Elizabeth Spain <Liz.Flowers@troutman.com>; Knudsen, Kathleen M. <Kathleen.Knudsen@troutman.com>; mmccarroll@redgravellp.com; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; wespivey@kaufcan.com; cjbelote@kaufcan.com; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>
**Subject:** CSXT, et al v. NS, et al - Discovery Deficiencies

**EXTERNAL EMAIL; use caution with links and attachments**

Please see the attached correspondence.

**Massie P. Cooper**
Direct: 804.697.1392
massie.cooper@troutman.com

**troutman sanders**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com
CFS Law Monitor

**A HIGHER COMMITMENT TO CLIENT CARE**

Effective April 1, 2020, Troutman Sanders will combine with Pepper Hamilton to become Troutman Pepper Hamilton Sanders LLP (Troutman Pepper). My email address and phone number will remain unchanged following the combination. The new Troutman Pepper will offer expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a hallmark focus on client care.

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*