**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., **individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY,** | ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | No. 2:18-cv-530-MSD-LRL |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) | |

**NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL**

This serves as notice, pursuant to Local Rule 5(C), that Defendant Norfolk Southern Railway Company ("NSR") has moved the Court to seal portions of its unredacted Memorandum in Support of its Motion to Compel Plaintiff CSX Transportation, Inc. ("CSXT") to produce documents it has improperly withheld as wholly or partially privileged, together with the exhibits to such Memorandum, because they contain and/or reference information that CSXT has indicated is "Confidential" or "Confidential – Attorneys Eyes Only" under the Stipulated Protective Order entered in this matter. ECF No. 79. As documents withheld or redacted based on attorney-client privilege, these documents are presumptively "CONFIDENTIAL" or "CONFIDENTIAL— ATTORNEYS EYES ONLY" and contain highly confidential and sensitive information relating to CSXT's transportation and shipping practices, and other highly confidential, proprietary, and sensitive business information, release of which would harm CSXT.

Any party or non-party may submit memoranda in support of or in opposition to this Motion within seven (7) days, designating all or part of such memoranda as confidential. Any

information designated as confidential in a supporting or opposing memoranda will be treated as

sealed pending a determination by the Court on the Motion to Seal.  Any person objecting to this

Motion must file an objection with the Clerk within seven (7) days after the filing of this Motion.

If no objection is filed in a timely manner, the Court may treat the Motion as uncontested.


Date:  May 13, 2020                                        Respectfully submitted,

                                                           **NORFOLK SOUTHERN RAILWAY COMPANY**

                                                           /s/Michael E. Lacy
                                                           Alan D. Wingfield (VSB No. 27489)
                                                           Michael E. Lacy (VSB No. 48477)
                                                           Massie P. Cooper (VSB No. 82510)
                                                           TROUTMAN SANDERS, LLP
                                                           1001 Haxall Point
                                                           Richmond, Virginia 23219
                                                           Telephone: (804) 697-1200
                                                           Facsimile: (804) 698-6061
                                                           Email: alan.wingfield@troutman.com
                                                           Email: michael.lacy@troutman.com
                                                           Email: massie.cooper@troutman.com

                                                           John C. Lynch (VSB No. 39267)
                                                           Kathleen M. Knudsen (VSB No. 90845)
                                                           TROUTMAN SANDERS LLP
                                                           222 Central Park Avenue, Suite 2000
                                                           Virginia Beach, VA  23462
                                                           Telephone: (757) 687-7759
                                                           Facsimile: (757) 687-7510
                                                           Email: john.lynch@troutman.com
                                                           Email: Kathleen.knudsen@troutman.com

                                                           Monica McCarroll (VSB No. 45622)
                                                           REDGRAVE LLP
                                                           14555 Avion Parkway, Suite 275
                                                           Chantilly, VA 20151
                                                           Telephone: (703) 592-1155
                                                           Facsimile: (703) 230-9859
                                                           Email: mmccarroll@redgravellp.com

                                                           *Counsel for Norfolk Southern Railway Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2020, I electronically filed a copy of the foregoing with

the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the

registered participants as identified on the NEF to receive electronic service, including:

Robert W. McFarland, Esq.
Benjamin L. Hatch, Esq.
E. Rebecca Gantt, Esq.
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
rgantt@mcguirewoods.com

Attorneys for CSX Transportation, Inc.

James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Darius K. Davenport, Esq.
David C. Hartnett, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com

Attorneys for Norfolk and Portsmouth Belt
Line Railroad Company

/s/Michael E. Lacy
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com