# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE RAILROAD
COMPANY,

    Plaintiff,

v.              Civil Action No. 2:18cv530

NORFOLK SOUTHERN RAILWAY
COMPANY, NORFOLK & PORTSMOUTH
BELT LINE RAILROAD COMPANY,
JERRY HALL, THOMAS HURLBUT,
PHILIP MERILLI, and CANNON MOSS,

    Defendants.

## NOTICE OF DEPOSITION

   PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure,

Defendant Norfolk Southern Railway Company ("Norfolk Southern") will take the deposition

upon oral examination of Steven Armbrust.

   The deposition will commence at 9:30 a.m. on March 11, 2020 at the offices of

McGuireWoods, World Trade Center, 101 West Main Street, Suite 9000, Norfolk, VA 23510 or

at such other time and place as may be agreed upon by the parties or ordered by the Court. The

deposition shall be conducted before a Notary Public, or other officer authorized by law to

administer oaths, and shall be recorded by stenographic means and will be recorded by audio

and/or video.  The deposition will continue from day to day in the event the deposition is not

completed.  The deposition will be taken for the purposes of discovery, for use at trial, or for such

other purposes as permitted under the Federal Rules of Civil Procedure.

Dated: February 10, 2020                 Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ Michael E. Lacy
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel. (804) 697-1200
Fax (804) 698-6061
alan.wingfield@troutmansanders.com
michael.lacy@troutmansanders.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: Kathleen.knudsen@troutman.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
Telephone: (703) 592-1154
Facsimile: (703) 230-9859
Email: MMcCarroll@redgravellp.com

*Counsel for Defendant Norfolk
Southern Railway Company*

## **CERTIFICATE OF SERVICE**

I certify that on February 10, 2020, a true and correct copy of the foregoing was served via

electronic mail:

> Robert W. McFarland, Esq.
> Benjamin L. Hatch, Esq.
> Jeanne E. Noonan, Esq.
> MCGUIREWOODS LLP
> 101 W. Main St., Ste. 9000
> Norfolk, VA 23510-1655
> 757-640-3716
> 757-640-3930 Fax
> rmcfarland@mcguirewoods.com
> bhatch@mcguirewoods.com
> jnoonan@mcguirewoods.com
>
> *Counsel for CSX Transportation, Inc.*
>
> James L. Chapman, Esq.
> W. Ryan Snow, Esq.
> Darius K. Davenport, Esq.
> David C. Hartnett, Esq.
> CRENSHAW, WARE & MARTIN, P.L.C.
> 150 W. Main St., Ste. 1500
> Norfolk, VA 23510
> 757-623-3000
> 757-623-5735 Fax
> jchapman@cwm-law.com
> wrsnow@cwm-law.com
> ddavenport@cwm-law.com
> dhartnett@cwm-law.com
> *Counsel for Norfolk & Portsmouth Belt Line*
> *Railroad Company*

Hugh M. Fain III, Esq.
M.F. Connell Mullins Jr., Esq.
John M. Erbach, Esq.
SPOTTS FAIN P.C.
411 E. Franklin St., Ste. 600
Richmond, VA 23219
804-697-2000
804-697-2100 Fax
hfain@spottsfain.com
cmullins@spottsfain.com
jerbach@spottsfain.com
*Counsel for Jerry Hall, Thomas Hurlbut, and*
*Philip Merilli*

W. Edgar Spivey, Esq.
Clark J. Belote, Esq.
KAUFMAN & CANOLES, P.C.
150 W. Main St., Ste. 2100
Norfolk, VA 23510
757-624-3000
888-360-9092 Fax
wespivey@kaufcan.com
cjbelote@kaufcan.com
*Counsel for Cannon Moss*

/s/ Michael E. Lacy
Michael E. Lacy (VSB No. 48477)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel. (804) 697-1200
Fax (804) 698-6061
michael.lacy@troutmansanders.com