# EXHIBIT C

| | |
|---|---|
| **From:** | Cooper, Massie P. <Massie.Cooper@troutman.com> |
| **Sent:** | Tuesday, March 10, 2020 8:11 PM |
| **To:** | Noonan, Jeanne E.; Peterson, Ashley P.; Hatch, Benjamin L.; Dougherty, Vera Kathleen; Justus, J. Brent; Gollogly, Krystal Lynne; Wingfield, Alan D.; Lacy, Michael E.; Lynch, John C.; Flowers, Elizabeth Spain; Knudsen, Kathleen M.; mmccarroll@redgravellp.com; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; wespivey@kaufcan.com; cjbelote@kaufcan.com; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter; Armond Joyner |
| **Subject:** | CSXT, et al v. NS, et al - Discovery Deficiencies |
| **Attachments:** | 2020-03-10 Ltr to R. McFarland re Steven Armbrust privileged documents.pdf; Ambrust Redacted Emails 03092020.pdf; CSXT0082817_image.pdf; CSXT0083040_image.pdf; CSXT0083200_image.pdf; CSXT0083752_image.pdf; CSXT0084775_image.pdf; 4_CSXT0085647_image.pdf; CSXT0130827_image.pdf; CSXT0130919_image.pdf |

**EXTERNAL EMAIL; use caution with links and attachments**

Please see the attached correspondence.

**Massie P. Cooper**
Direct: 804.697.1392
massie.cooper@troutman.com

**troutman sanders**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com
CFS Law Monitor

**A HIGHER COMMITMENT TO CLIENT CARE**

Effective April 1, 2020, Troutman Sanders will combine with Pepper Hamilton to become Troutman Pepper Hamilton Sanders LLP (Troutman Pepper). My email address and phone number will remain unchanged following the combination. The new Troutman Pepper will offer expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a hallmark focus on client care.

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.