# **EXHIBIT E**

| | |
|---|---|
| **From:** | Freeman, Barclay P. <Barclay.Freeman@troutman.com> |
| **Sent:** | Friday, February 28, 2020 5:55 PM |
| **To:** | McFarland, Robert W.; Hatch, Benjamin L.; Noonan, Jeanne E.; Peterson, Ashley P.; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; Stephanie Hunter; John Erbach; hfain@spottsfain.com; Connell Mullins; wespivey@kaufcan.com; cjbelote@kaufcan.com; Thornburgh II, John R; Reinhart, Tara L; Monica McCarroll |
| **Cc:** | Wingfield, Alan D.; Lacy, Michael E.; Lynch, John C.; Knudsen, Kathleen M.; Cooper, Massie P. |
| **Subject:** | RE: CSXT v. Norfolk Southern Railway Company, et al. |

**EXTERNAL EMAIL; use caution with links and attachments**

Counsel,

Below please find a link to Norfolk Southern's supplemental document production.

Link: NSR_PROD008

The password will follow via separate email.

Thank you,

**Barclay P. Freeman**
**Paralegal**
Direct: 757.687.7566
barclay.freeman@troutman.com

———————————————

**troutman sanders**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
troutman.com

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

| | |
|---|---|
| **From:** | Freeman, Barclay P. <Barclay.Freeman@troutman.com> |
| **Sent:** | Tuesday, March 10, 2020 6:50 PM |
| **To:** | McFarland, Robert W.; Hatch, Benjamin L.; Noonan, Jeanne E.; Peterson, Ashley P.; Justus, J. Brent; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; Stephanie Hunter; John Erbach; Connell Mullins; hfain@spottsfain.com; wespivey@kaufcan.com; cjbelote@kaufcan.com |
| **Cc:** | Wingfield, Alan D.; Lacy, Michael E.; Lynch, John C.; Knudsen, Kathleen M.; Cooper, Massie P. |
| **Subject:** | CSXT v. Norfolk Southern Railway Company, et al. |

**EXTERNAL EMAIL; use caution with links and attachments**

Counsel,

Below please find a link to Norfolk Southern's supplemental production:

Link: NSR_PROD009

The password will be circulated via separate email.

Thank you,

**Barclay P. Freeman**
**Paralegal**
Direct: 757.687.7566
barclay.freeman@troutman.com
_____

**troutman sanders**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
troutman.com

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.