# EXHIBIT F

| | |
|---|---|
| **From:** | Peterson, Ashley P. |
| **Sent:** | Tuesday, May 19, 2020 12:30 PM |
| **To:** | Lacy, Michael E.; Cooper, Massie P.; McFarland, Robert W.; Justus, J. Brent; Noonan, Jeanne E.; Hatch, Benjamin L.; Dougherty, V. Kathleen; Gollogly, Krystal Lynne; Wingfield, Alan D.; Lynch, John C.; Knudsen, Kathleen M.; Monica McCarroll; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter; Armond Joyner; Stone, Jana K. |
| **Subject:** | RE: CSXT, et al v. NS, et al - Discovery Deficiencies |

Michael and all,

The link below contains a small supplemental production from CSX, which includes a couple documents inadvertently omitted from our May 12 production, as well as a small number of documents originally produced with privilege notations redacted. The password to access the production and log will be provided separately.

https://mcguirewoods.sharefile.com/d-s538ba296edb4fbda

Please let me know if you have any trouble accessing the files.

Best,
Ashley

**Ashley P. Peterson**
McGuireWoods LLP
T: +1 804 775 1190 | M: +1 804 201 6953