# EXHIBIT G

| Log ID | Prod Beg Bates | Prod End Bates | Date | Custodian | File Type | Email Subject | Document Subject | Author | Recipient | CC | BCC | Other Participants | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CSX_Priv_02017 | CSXT0096226 | CSXT0096226 | 10/11/2016 | | Outlook Message File | RE: NPBL/Virginia | | Armbrust, Steven* | Byrne, William* | | | | Attorney-Client | Email string among outside counsel and in-house counsel regarding Virginia Port Authority questionnaire provides information requested by in-house counsel for the purpose of rendering a legal opinion. |
| CSX_Priv_02018 | CSXT0096227 | CSXT0096234 | 9/20/2012 | | Office Word Open XML Format | | | Kendall, Quintin | | | | Armbrust, Steven* | Attorney-Client | Draft statement regarding Virginia port operations contains information provided to in-house counsel for the purpose of rendering a legal opinion. |