IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

   Plaintiff,

v.               Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

   Defendants.

              /

## CSX TRANSPORTATION, INC.'S RESPONSE TO SHOW CAUSE ORDER

NOW COMES Plaintiff CSX Transportation, Inc. ("CSXT"), by counsel, and responds to this Court's order directing the parties to show cause why three discovery motions filed by Defendant Norfolk Southern Railway Company ("NS") or Interested Party Virginia International Terminals, LLC ("VIT") were not responded to. ECF 184.

Of the three motions referenced in the Court's order, only one – NS's Motion to Compel Depositions of CSXT's Deponents, filed on March 13, 2020 – was directed at CSXT. ECF 152. The Court granted the parties' first joint motion to stay the case for thirty days on March 19, 2020. ECF 160. The parties thereafter agreed that the stay in the case, and concomitant suspension of all existing deadlines, mooted NS's Motion to Compel. CSXT respectfully submits that a further response to ECF 152 is unnecessary in light of this agreement, and NS's intention to file a notice withdrawing its Motion. ECF 187.

.

1

Dated:  June 15, 2020

Respectfully submitted,

**CSX TRANSPORTATION, INC.**
*By Counsel*

    */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 775-1061
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that on this 15th day of June, 2020, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

                                        /s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB 77294)
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 775-1061
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

*Counsel for CSX Transportation, Inc.*