**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION, INC., )<br>individually and on behalf of NORFOLK )<br>& PORTSMOUTH BELT LINE )<br>RAILROAD COMPANY, )<br>)<br>                  *Plaintiff*, )<br>v. )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, NORFOLK & PORTSMOUTH )<br>BELT LINE RAILROAD COMPANY, )<br>JERRY HALL, THOMAS HURLBUT, )<br>PHILIP MERILLI, and CANNON MOSS, )<br>)<br>                  *Defendants*. ) | Case No. 2:18-cv-530 |

**NON-PARTY VIRGINIA INTERNATIONAL TERMINALS, LLC**
**NOTICE OF WITHDRAWAL OF**
**MOTIONS TO QUASH SUBPOENAS**

_____

NOW COME Virginia International Terminals, LLC (VIT), a non-party to the above captioned litigation, by counsel, and hereby withdraw their Motions to Quash, regarding the Subpoenas, filed by Norfolk & Portsmouth Belt Line Railroad Company and Norfolk Southern Railway Company.

Dated: June 15, 2020

                                      VIRGINIA INTERNATIONAL TERMINALS, LLC

                                      By:  /s/ Edward J. Powers_____
                                            Of Counsel

Edward J. Powers (VSB No. 32146)
Vandeventer Black LLP
500 World Trade Center
Norfolk, VA 23510
757.446.8600-telephone
757.446.8670-fascimile
EPowers@vanblacklaw.com
 *Counsel for Virginia International Terminals, LLC*