## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                                    Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

## **PROPOSED ORDER**

This matter comes before the Court on the joint motion to continue stay of Plaintiff CSX Transportation, Inc., Defendant Norfolk Southern Railway Company, and Defendant Norfolk & Portsmouth Belt Line Railroad Company, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure. The Parties jointly requested that the Court continue the stay of this case for an additional thirty (30) days due to the impact of COVID-19 on the United States.

For good cause shown, the motion is hereby GRANTED, and it is ORDERED that:

1.     This case is stayed for an additional thirty (30) days, until July 20, 2020, and all existing deadlines will be rescheduled. However, during this period, the Parties may continue supplementations, conferrals, and motions practice regarding written fact discovery, document discovery, and third-party discovery not requiring in-person activity, and may participate in any telephonic hearings scheduled by the Court; and

2

2. On or before July 20, 2020, the Parties are directed to submit a status report to the Court with recommendations for future proceedings and a request for a telephonic status conference with the Court to discuss scheduling.

IT IS SO ORDERED.

Dated:_____

_____
The Honorable Mark S. Davis, Chief Judge

WE ASK FOR THIS:

**NORFOLK SOUTHERN RAILWAY COMPANY**

By its attorneys,

/s/      *Michael D. Lacy*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com


**CSX TRANSPORTATION, INC.**
*By Counsel*

         */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

**NORFOLK & PORTSMOUTH
BELT LINE RAILROAD COMPANY**

By its attorneys,

/s/ *James L. Chapman*
James L. Chapman IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Darius K. Davenport (VSB No. 74064)
David C. Hartnett (VSB No. 80452)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Tel. (757) 623-3000
Fax (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com

42510770