# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, ) ) ) ) ) | |
| *Plaintiff*, ) ) | |
| v. ) ) | No. 2:18-cv-530-MSD-LRL |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, ) ) ) | |
| *Defendants*. ) | |

## NOTICE OF CHANGE OF FIRM NAME

COME NOW Alan D. Winfield, Michael E. Lacy, Massie P. Cooper John C. Lynch and Kathleen M. Knudsen in the above-captioned matter and hereby give notice to the Clerk of this Court and all parties, counsel, and Judges assigned to this matter that the law firm of Troutman Sanders LLP has changed its name to Troutman Pepper Hamilton Sanders LLP (Troutman Pepper).  Our street address, telephone numbers, and fax numbers are not affected by this change.  Please take notice of these changes and update your records accordingly.

Respectfully submitted this 14th day of July, 2020.

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/     *Michael E. Lacy*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS, LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: Kathleen.knudsen@troutman.com

*Counsel for Norfolk Southern Railway Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Robert W. McFarland, Esq.
Benjamin L. Hatch, Esq.
E. Rebecca Gantt, Esq.
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
rgantt@mcguirewoods.com

Attorneys for CSX Transportation, Inc.

James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Darius K. Davenport, Esq.
David C. Hartnett, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com

Attorneys for Norfolk and Portsmouth Belt Line Railroad Company

/s/   *Michael E. Lacy*