IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.              Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

## MOTION TO COMPEL

  Norfolk and Portsmouth Belt Line Railroad Company, by counsel, pursuant to Federal Rules of Civil Procedure 33 and 37 and Local Civil Rule 37, moves this Court for entry of an Order compelling plaintiff CSX Transportation, Inc. to provide full and complete answers to interrogatories 3 and 4 propounded by the Belt Line.  The grounds for the motion are set forth in the accompanying memorandum in support.

Dated:  July 24, 2020    NORFOLK AND PORTSMOUTH BELT LINE
              RAILROAD COMPANY

              By:  */s/ W. Ryan Snow*

              James L. Chapman, IV, VSB No. 21983
              W. Ryan Snow, VSB No. 47423
              Darius K. Davenport, VSB No. 74064
              David C. Hartnett, VSB No. 80452
              CRENSHAW, WARE & MARTIN, P.L.C.
              150 W. Main Street, Suite 1500
              Norfolk, Virginia 23510
              Telephone:  (757) 623-3000
              Facsimile:  (757) 623-5735

jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com
*Attorneys for Norfolk and Portsmouth*
*Belt Line Railroad Company*

## CERTIFICATE OF GOOD FAITH

In accordance with Federal Rule of Civil Procedure 37 and Local Civil Rule 37(E), I hereby certify that a good faith effort has been made between counsel for the Belt Line and CSX to resolve the discovery matters at issue.

                          */s/ W. Ryan Snow*
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
wrsnow@cwm-law.com
*Attorney for Norfolk and Portsmouth*
*Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                          */s/ W. Ryan Snow*
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
wrsnow@cwm-law.com
*Attorney for Norfolk and Portsmouth*
*Belt Line Railroad Company*