# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

   Plaintiff,

v.             Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

   Defendants.

_____/

**[PROPOSED] ORDER GRANTING
<u>MOTION TO REOPEN AND COMPEL DEPOSITIONS</u>**

THIS MATTER having come before the Court on Plaintiff CSX Transportation, Inc. Motion to Reopen and Compel Depositions ("Motion"), and the Court having reviewed same and finding good cause for the relief requested, it is hereby

**ORDERED** that the Motion is **GRANTED**. The Court **ORDERS**: (1) that the depositions of Michael McClellan and Jeffrey Heller be reopened; (2) that CSXT be permitted to take the depositions of Rob Martinez and Cary Booth; and (3) that CSXT is awarded its costs and attorneys' fees incurred for filing and prosecuting its Motion.

**IT IS SO ORDERED.**

Date: _____

                     _____
                     Hon. Lawrence R. Leonard
                     United States Magistrate Judge