# EXHIBIT B

*CSXT v. NSR et al.*
No. 2:18-cv-00530-MSD
**NSR Search Terms**
**November 26, 2019**

1. (beltline OR NPBL OR "belt line") AND NOT Chicago

2. ("Virginia International Terminal*" OR "Virginia Port Authority" OR VIT OR VPA OR "*virginia.gov") AND (CSX* OR (switch w/5 (fee* or rate*)))

3. CSX* w/50 ((2010 OR 2018) w/10 rate*)

4. (beltline OR NPBL OR "belt line") AND (diamond OR ((milepost or "mile post") w/10 ("1.40" OR "2.30")))

5. (beltline OR NPBL OR "belt line") w/20 audit*

6. (beltline OR NPBL OR "belt line") AND ("*csx.com" OR CSX*)

7. (beltline OR NPBL OR "belt line") AND (STB OR "Surface Transportation Board" OR (surface w/5 board))

8. (beltline OR NPBL OR "belt line" OR CSX*) w/50 ("Norfolk International Terminal" OR "Portsmouth Marine Terminal" OR "Virginia International Gateway" OR "Virginia International Terminal*" OR "Virginia Port Authority" OR NIT OR PMT OR VIT OR VPA)

9. "*gwrr.com" AND (switch w/5 (fee* OR rate*))