# EXHIBIT 7

McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
Tel 757.640.3700
Fax 757.640.3701
www.mcguirewoods.com
**Robert W. McFarland**
Direct: 757.640.3716

**McGuireWoods**

rmcfarland@mcguirewoods.com
Fax: 757.640.3966

February 20, 2020

**BY EMAIL**

Alan D. Wingfield, Esq.
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
alan.wingfield@troutmansanders.com

Monica McCarroll
Redgrave LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
mmccarroll@redgravellp.com

    Re:    *CSX Transportation, Inc., et al v. Norfolk Southern Railway Company, et al*
              Civil Action No.: 2:18-cv-00530

Dear Monica and Alan:

    I write on behalf of CSX Transportation, Inc. ("CSXT"), in further response to your letter dated February 10, 2020. Specifically, with respect to the geographic search terms that NSR proposed on January 17, 2020, we have tested those terms and discussed them with our client. CSXT continues to believe that reviewing and producing custodial ESI for ports other than NIT, VIG, and PMT is not necessary or proportional to the needs of the case. However, in the spirit of cooperation, CSXT has incorporated into its review custodial ESI that hit on those terms in NSR's proposed search term strings that relate to East Coast Ports. CSXT has also incorporated into its review custodial ESI that hit on NSR's Proposed Search Terms 1 and 2, which contained no geographic limitation. A revised list of the search terms CSXT has applied to identify potentially responsive ESI in this matter is attached to this letter as **Exhibit 1**.

    With best wishes, I am

                  Sincerely yours,

                  Robert W. McFarland

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C. | Wilmington, NC

February 20, 2020
Page 2

RWM:kyw

Encl

CC:    Michael Lacy, Esq. (michael.lacy@troutmansanders.com)
        Elizabeth S. Flowers, Esq. (liz.flowers@troutmansanders.com)
        John C. Lynch, Esq. (john.lynch@troutmansanders.com)
        Kathleen M. Knudsen, Esq. (Kathleen.knudsen@troutman.com)

        James L. Chapman, IV, Esq. (jchapman@cwm-law.com)
        W. Ryan Snow, Esq. (wrsnow@cwm-law.com)
        Darius K. Davenport, Esq. (ddavenport@cwm-law.com)
        David C. Harnett, Esq. (dhartnett@cwm-law.com)
        W. Edgar Spivey, Esq. (wespivey@kaufcan.com)
        Clark J. Belote, Esq. (cjbelote@kaufcan.com)
        Hugh M. Fain, III, Esq. (hfain@spottsfain.com)
        M.F. Connell Mullins, Jr., Esq. (cmullins@spottsfain.com)
        John M. Erbach, Esq. (jerbach@spottsfain.com)
        Benjamin L. Hatch, Esq. (bhatch@mcguirewoods.com)
        Jeanne E. Noonan, Esq. (jnoonan@mcguirewoods.com)
        Ashley P. Peterson, Esq. (apeterson@mcguirewoods.com)
        Stephanie N. Hunter, Paralegal (shunter@cwm-law.com)
        Armond Joyner, Legal Assistant (ajoyner@cwm-law.com)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

    Plaintiff,

v.          Civil Action No. 2:18cv530

NORFOLK SOUTHERN RAILWAY
COMPANY, NORFOLK & PORTSMOUTH
BELT LINE RAILROAD COMPANY,
JERRY HALL, THOMAS HURLBUT,
PHILIP MERILLI, and CANNON MOSS,

    Defendants.

## PLAINTIFF CSX TRANSPORTATION, INC.'S
## UPDATED SEARCH TERM LIST

| |
|---|
| *NPBL* |
| "1897 Operating Agreement" |
| "2010 Proposal" |
| "2018 Proposal" |
| Belt line* |
| Beltline* |
| Cannon AND Moss |
| Capacit* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Carolina Junct* |
| Carolina Juncture |
| China Shipping AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| CMA CGM AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Commonwealth Rail |

| |
|---|
| Commonwealth Railway |
| Compet* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Cosco AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| CWRY |
| Diamond* |
| double* w/2 stack* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Dray* AND (analy* OR project* OR estimat* OR rat* OR stud*) |
| Dray* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Evergreen AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Freight* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hangin AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hangyn AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hanjin AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hanjyn AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hapag Lloyd AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hapag Loyd AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hapog Lloyd AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hapog Loyd AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Heartland |
| Hongin AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hongyn AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |

| |
|---|
| Honjin AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hopag Lloyd AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hopag Loyd AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hundai AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hunday AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hurlbut |
| Hyundai AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hyunday AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Hyundia AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Inter modal AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| interline w/2 switch |
| Intermodal AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Jerry AND Hall |
| Maersk AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Market AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Markets AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Marsk AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Mearsk AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Med Shipping AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Mediterranean Shipping Co AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |

| |
|---|
| Mediterranean Shipping Company AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Merilli |
| Mersk AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| MSC AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| N&W AND Southern Railway |
| near w/2 dock* w/2 rail* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| near-dock w/2 rail* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Norfolk Southern AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| NS Junct* |
| NS Juncture |
| NS* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Ocean Express AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| on w/2 dock* w/2 rail* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| on-dock w/2 rail* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Perdue |
| Pinner's Point |
| Port AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Portlock Yard |
| Ports AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Purdue |

| |
|---|
| rate* w/2 propos* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| service w/2 propos* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| short w/2 line* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| spot w/2 market* |
| switch* w/2 rat* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| switch* w/2 servic* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Tariff* |
| Terminal* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Track AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Trackage AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| truck* w/2 servic* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| vertical w/2 clearanc* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Volume* AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Yang Ming AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| Zim AND (Virginia OR Hampton Roads OR VA OR NIT OR VIG OR PMT OR Norfolk International Terminal OR Virginia International Gateway OR Portsmouth Marine Terminal) |
| (compet* OR stud* OR evaluat* OR analysis) w/20 (((Virginia or VA or "Hampton Roads") w/3 (Port or Terminal)) or "Norfolk International Terminal" OR NIT or "Virginia International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT) |
| ((lose OR lost OR forfeit*) W/5 (business OR ship* OR account* OR traffic)) w/20 (Virginia or "Hampton Roads" or VA or "Norfolk International Terminal" OR NIT or "Virginia International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT) |
| (Pric* OR Rate* OR cost* OR margin* OR fee* OR fare*) w/20 (((Virginia OR "Hampton Roads" OR VA) w/3 (port* or terminal*)) OR "Norfolk International Terminal" OR NIT OR "Virginia |

| |
|---|
| International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT) OR (("New Orleans" OR Houston OR Gulfport OR Mobile) w/3 (port* or terminal*)) |
| (Pric* OR Rate* OR cost* OR margin* OR fee* OR fare*) w/20 (((Virginia OR "Hampton Roads" OR VA) w/3 (port* or terminal*)) OR "Norfolk International Terminal" OR NIT OR "Virginia International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT) OR (("Little Ferry" OR "North Bergen" OR Kearny OR "New York" OR Newark) w/3 (port* or terminal*)) |
| (Pric* OR Rate* OR cost* OR margin* OR fee* OR fare*) w/20 (((Virginia OR "Hampton Roads" OR VA) w/3 (port* or terminal*)) OR "Norfolk International Terminal" OR NIT OR "Virginia International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT) OR ((Philadelphia OR Baltimore OR Wilmington OR Charleston OR Savannah OR Jacksonville OR Lauderdale OR Miami OR Everglades OR Tampa) w/3 (port* or terminal*)) |
| (Pric* OR Rate* OR cost* OR margin* OR fee* OR fare*) w/20 (((Virginia OR "Hampton Roads" OR VA) w/3 (port* or terminal*)) OR "Norfolk International Terminal" OR NIT OR "Virginia International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT) OR ("Seagirt Marine Terminal" OR POMTOC OR "Elizabeth Marine Terminal" OR EZMT OR NYCT OR PNCT) |
| (capacit* OR volum*) w/10 (((Virginia or "Hampton Roads" or VA OR "Little Ferry" OR "North Bergen" OR Kearny or "New York" OR "Newark") w/3 (port* or terminal*)) OR "Elizabeth Marine Terminal" OR EZMT OR NYCT OR PNCT or "Norfolk International Terminal" OR NIT or "Virginia International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT ) |
| (capacit* OR volum*) w/10 (((Virginia or "Hampton Roads" or VA OR "New Orleans" OR Houston OR Gulfport OR Mobile) w/3 (port* or terminal*)) OR "Norfolk International Terminal" OR NIT or "Virginia International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT) |
| (capacit* OR volum*) w/10 (((Virginia or "Hampton Roads" or VA OR Philadelphia OR Baltimore OR Wilmington OR Charleston OR Savannah OR Jacksonville OR Lauderdale OR Miami OR Everglades OR Tampa) w/3 (port* or terminal*)) OR "Seagirt Marine Terminal" OR POMTOC or "Norfolk International Terminal" OR NIT or "Virginia International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT) |
| (dray* OR truck* OR barge*) w/20 (((Virginia or "Hampton Roads" or VA OR "Little Ferry" OR "North Bergen" OR Kearny OR "New York" or Newark) w/3 (port* or terminal*)) OR "Elizabeth Marine Terminal" OR EZMT OR NYCT OR PNCT or "Norfolk International Terminal" OR NIT or "Virginia International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT) |
| (dray* OR truck* OR barge*) w/20 (((Virginia or "Hampton Roads" or VA OR "New Orleans" OR Houston OR Gulfport OR Mobile) w/3 (port* or terminal*)) OR "Norfolk International Terminal" OR NIT or "Virginia International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT) |
| (compar* OR advan* OR disadvan* OR (positiv* w/3 benefit*) OR (negativ* w/3 benefit*)) and (((Virginia or "Hampton Roads" or VA) w/3 (port* or terminal*)) or "Norfolk International Terminal" OR NIT or "Virginia International Gateway" OR VIG OR "Portsmouth Marine Terminal" OR PMT) and (("New Orleans" OR Houston OR Gulfport OR Mobile) w/3 (port* or terminal*)) |
| (compar* OR advan* OR disadvan* OR (positiv* w/3 benefit*) OR (negativ* w/3 benefit*)) and (((Virginia or Hampton Roads or VA) w/3 (port* or terminal*)) or Norfolk International Terminal OR NIT or Virginia International Gateway OR VIG OR Portsmouth Marine Terminal OR PMT) and (("Little Ferry" OR "North Bergen" OR Kearny OR "New York" OR "Newark") w/3 (port* or terminal*)) |
| (compar* OR advan* OR disadvan* OR (positiv* w/3 benefit*) OR (negativ* w/3 benefit*)) and (((Virginia or Hampton Roads or VA) w/3 (port* or terminal*)) or Norfolk International Terminal OR NIT or Virginia International Gateway OR VIG OR Portsmouth Marine Terminal OR PMT) and ((Philadelphia OR Baltimore OR Wilmington OR Charleston OR Savannah OR Jacksonville OR Lauderdale OR Miami OR Everglades OR Tampa) w/3 (port* or terminal*)) |

(compar* OR advan* OR disadvan* OR (positiv* w/3 benefit*) OR (negativ* w/3 benefit*)) and (((Virginia or Hampton Roads or VA) w/3 (port* or terminal*)) or Norfolk International Terminal OR NIT or Virginia International Gateway OR VIG OR Portsmouth Marine Terminal OR PMT) and (("Seagirt Marine Terminal" OR POMTOC OR "Elizabeth Marine Terminal" OR EZMT OR NYCT OR PNCT) w/3 (port* or terminal*))