# EXHIBIT C

Michael McClellan - February 20, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CSX TRANSPORTATION, INC.,      )
Individually and on behalf )
of NORFOLK & PORTSMOUTH        )
BELT LINE RAILROAD             )
COMPANY,                       )
                               )
        Plaintiff,             )
                               )
V.                             )  NO. 2:18cv530
                               )
NORFOLK SOUTHERN RAILWAY       )
COMPANY, NORFOLK &             )
PORTSMOUTH BELT LINE           )
RAILROAD COMPANY, JERRY        )
HALL, THOMAS HURLBUT,          )
PHILIP MERILLI and CANNON      )
MOSS,                          )
                               )
        Defendants.            )

DEPOSITION UPON ORAL EXAMINATION OF

MICHAEL McCLELLAN

TAKEN ON BEHALF OF THE PLAINTIFF

Virginia Beach, Virginia

February 20, 2020



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16               THE COURT REPORTER:   I'm sorry, I didn't

17    hear -- did you answer?   Because I didn't hear

18    anything.

19               MR. HATCH:   I'll move on to the next

20    question.

21    BY MR. HATCH:

22         Q     Are you aware of any actions that

23    Norfolk Southern has taken in the history of your

24    knowledge of the company to inhibit access by CSX to

25    NIT?



1          A      Not through NPBL.

2          Q      Okay.  How about in ways other than NPBL?

3          A      Well, not via drayage either.

4          Q      How about in ways other than drayage?

5          A      Those are the only two ways.

6          Q      So is your answer that you're not aware

7    of any way that Norfolk Southern has tried to inhibit

8    access of CSX to NIT?

9          A      That is correct.

10               MR. HATCH:  Could I get tab 11, Jeanne.

11               (Discussion off the record)

12   BY MR. HATCH:

13         Q      Mr. McClellan, do you recall any

14   follow-up that you had about these minutes that

15   occurred after the April 2018 time frame?

16         A      Do I recall any follow-up with whom?

17         Q      With anyone.

18         A      I believe eventually I met with CSX on

19   the items of shared interest.

20         Q      Okay.  And do you recall when that

21   meeting occurred?

22         A      I do not recall.

23         Q      Do you recall if it was in 2018?

24         A      I believe it was.

25         Q      Okay.  After the meeting that you had

