**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**CSX TRANSPORTATION, INC.,**
**individually and on behalf of**
**NORFOLK AND PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

        **Plaintiff,**

**v.**                                      **Civil Action No. 2:18-cv-530-MSD-LRL**

**NORFOLK SOUTHERN RAILWAY**
**COMPANY, *et al.*,**

        **Defendants.**

**AGREED MOTION FOR EXTENSION OF TIME FOR NPBL
TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL**

Norfolk and Portsmouth Belt Line Railroad Company, by counsel, moves for entry of an order extending by one week the time for it to file its reply brief in support of its motion to compel. *See* ECF No. 200.  In support thereof, the Belt Line states as follows:

1.      The Belt Line filed its motion to compel supplemental  answers to two of its interrogatories to plaintiff CSX Transportation, Inc. on July 24, 2020.

2.      CSXT filed its response brief on August 7, 2020.  *See* ECF No. 210.

3.      Under Local Civil Rule 7(F), the Belt Line's reply brief is currently due on August 13, 2020.[1]

4.      Counsel for the Belt Line recently conferred with counsel for CSXT about the need for additional time to respond to CSXT's response brief, with the Court's permission.  Counsel for CSXT consents to the one-week extension being requested in this motion.

---

[1]      Because the time to file has not yet expired, no brief accompanies this motion.  *See* Local Civil Rule 7(F)(2).

5.      Accordingly, the Belt Line requests that its reply brief deadline be extended until August 20, 2020.

WHEREFORE, the Belt Line requests that the Court enter an order substantially in the form as Exhibit A hereto, and grant the Belt Line all other just and necessary relief.

Dated:  August 12, 2020

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

By:_____ */s/ W. Ryan Snow*_____

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Darius K. Davenport, VSB No. 74064
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com
*Attorneys for Norfolk and Portsmouth*
*Belt Line Railroad Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of August 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ W. Ryan Snow*

W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
*Attorney for Norfolk and Portsmouth*
*Belt Line Railroad Company*
