IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.                               Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

        Defendants.

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR NPBL TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL

This matter comes before the Court on defendant Norfolk and Portsmouth Belt Line Railroad Company's motion for an extension of time to file its reply brief in support of its motion to compel. *See* ECF No. 200. Upon consideration thereof, and for good cause shown, including the consent of plaintiff CSX Transportation, Inc., the Court grants the motion. The Belt Line shall file any reply brief in support of its motion to compel on or before August 20, 2020.

Entered this 12th day of August 2020.

/s/
Lawrence R. Leonard
United States Magistrate Judge