# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                      Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

                                  /

## NOTICE OF REQUEST FOR HEARING

Plaintiff CSX Transportation, Inc. ("CSXT"), by and through undersigned counsel, and pursuant to Local Civil Rule 7(E), hereby gives notice to the Court and Defendants Norfolk Southern Railway Company ("NS") and Norfolk and Portsmouth Belt Line Railroad Company ("NPBL") that CSXT's Motion to Reopen and Compel Depositions (the "Motion") filed on July 24, 2020 (ECF No. 203) is ripe for disposition. CSXT respectfully requests a hearing, whether conducted in person or by audio-visual means, on the Motion. Prior to filing this Notice, CSXT counsel conferred with counsel for NS and NPBL, who indicated that they do not object to CSXT's request.

Dated: August 24, 2020                        Respectfully submitted,

                                                      **CSX TRANSPORTATION, INC.**
                                                        *By Counsel*

                                                        */s/ Robert W. McFarland*
                                                       Robert W. McFarland (VSB No. 24021)

1

        Benjamin L. Hatch (VSB No. 70116)
        V. Kathleen Dougherty (VSB No. 77294)
        McGuireWoods LLP
        World Trade Center
        101 West Main Street, Suite 9000
        Norfolk, Virginia  23510-1655
        Telephone: (757) 640-3716
        Facsimile:  (757) 640-3930
        E-mail: rmcfarland@mcguirewoods.com
        E-mail: bhatch@mcguirewoods.com
        E-mail: vkdougherty@mcguirewoods.com

        J. Brent Justus (VSB No. 45525)
        Ashley P. Peterson (VSB No. 87904)
        McGuireWoods LLP
        Gateway Plaza
        800 East Canal Street
        Richmond, Virginia  23219-3916
        Telephone:  (804) 775-1000
        Facsimile:  (804) 698-2026
        E-mail: bjustus@mcguirewoods.com
        E-mail: apeterson@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that on this 24th day of August, 2020, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

/s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com