IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.                                        Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

        Defendants.

**REQUEST FOR HEARING ON
NPBL's MOTION TO COMPEL**

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("NPBL"), by counsel, pursuant to Local Civil Rule 7(E), hereby gives notice that it requests oral argument on its Motion to Compel, filed July 24, 2020. *See* D.E. 200. The motion has been fully briefed and is ripe for consideration by the Court. *See* D.E. 201, 210, and 228. Prior to filing this Notice, counsel for NPBL conferred with counsel for CSXT, who indicated that it does not object to NPBL's request.

Dated: August 24, 2020

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

By: _____/s/ W. Ryan Snow_____

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
dhartnett@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of August 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                            */s/ W. Ryan Snow*
                                    W. Ryan Snow, VSB No. 47423
                                    Crenshaw, Ware & Martin, P.L.C.
                                    150 W. Main Street, Suite 1500
                                    Norfolk, Virginia 23510
                                    Telephone: (757) 623-3000
                                    Facsimile: (757) 623-5735
                                    wrsnow@cwm-law.com
                                    *Attorney for Norfolk and Portsmouth*
                                    *Belt Line Railroad Company*