# CSXT Exhibit 1

| | |
|---|---|
| **From:** | Wingfield, Alan D. |
| **To:** | James Chapman; Hatch, Benjamin L.; Peterson, Ashley P.; Lacy, Michael E.; Cooper, Massie P.; McFarland, Robert W.; Justus, J. Brent; Noonan, Jeanne E.; Dougherty, V. Kathleen; Gollogly, Krystal Lynne; Lynch, John C.; Knudsen, Kathleen M.; Monica McCarroll; W. Ryan Snow; Darius Davenport; David Hartnett; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter; Armond Joyner; Stone, Jana K. |
| **Subject:** | RE: CSXT, et al v. NS, et al - Meet and Confer re stay |
| **Date:** | Friday, May 15, 2020 5:39:30 PM |

**EXTERNAL EMAIL; use caution wi h links and attachments**

Counsel:

Below is our best effort to recap where we stood on the pending deposition requested with targeted locations that were in process as of the initial stay.  As discussed, we suggest that we work toward setting up a deposition schedule after July 1, contingent on circumstances then prevailing.  So the next step is to confirm this as an accurate reflection of the planned depositions and for CSXT counsel to provide feedback on available dates for the CSXT witnesses and CSXT counsel.

| | |
|---|---|
| Robert Giradot | Atlanta, GA |
| Carl Warren | Atlanta, GA |
| Jay Strongosky | Atlanta, GA |
| Maryclare Kenny | Atlanta, GA |
| Michael Burns | Norfolk, VA |
| Tony Dideo | Jacksonville, FL |
| 30(b)(6) of CSXT | Atlanta, GA |
| Jermaine Swafford | Jacksonville, FL |
| Tony Ingram | Jacksonville, FL |
| Tom Capozzi | Virginia Beach, VA |
| Tony McDonald | Texas |
| Ryan Houfek | Charlotte, NC |
| 30(b)(6) of VIT | Virginia Beach, VA |
| 30(b)(6) of VPA | Virginia Beach, VA |

Regards,

Alan

**Alan D. Wingfield**
**troutman** sanders
Direct: 804.697.1350
alan.wingfield@troutman.com

**From:** Wingfield, Alan D.
**Sent:** Thursday, May 14, 2020 9:21 AM
**To:** James Chapman <jchapman@cwm-law.com>; Hatch, Benjamin L. <BHatch@mcguirewoods.com>; Peterson, Ashley P. <APeterson@mcguirewoods.com>; Lacy, Michael E. <Michael.Lacy@troutman.com>; Cooper, Massie P. <Massie.Cooper@troutman.com>; McFarland, Robert W. <rmcfarland@mcguirewoods.com>; Justus, J. Brent <bjustus@mcguirewoods.com>; Noonan, Jeanne E. <jnoonan@mcguirewoods.com>; Dougherty, V. Kathleen <vkdougherty@mcguirewoods.com>; Gollogly, Krystal Lynne <KGollogly@mcguirewoods.com>; Lynch, John C. <john.lynch@troutman.com>; Knudsen, Kathleen M. <Kathleen.Knudsen@troutman.com>; Monica McCarroll <MMcCarroll@redgravellp.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Darius Davenport <ddavenport@cwm-law.com>; David Hartnett <dhartnett@cwm-law.com>; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>; Stone, Jana K. <Jana.Stone@troutman.com>
**Subject:** RE: CSXT, et al v. NS, et al - Meet and Confer re stay

I just sent an invite for today at 3:30.  Alan

**Alan D. Wingfield**
**troutman** sanders
Direct: 804.697.1350
alan.wingfield@troutman.com

---

**From:** James Chapman <jchapman@cwm-law.com>
**Sent:** Tuesday, May 12, 2020 9:41 AM
**To:** Hatch, Benjamin L. <BHatch@mcguirewoods.com>; Wingfield, Alan D. <Alan.Wingfield@troutman.com>; Peterson, Ashley P. <APeterson@mcguirewoods.com>; Lacy, Michael E. <Michael.Lacy@troutman.com>; Cooper, Massie P. <Massie.Cooper@troutman.com>; McFarland, Robert W. <rmcfarland@mcguirewoods.com>; Justus, J. Brent <bjustus@mcguirewoods.com>; Noonan, Jeanne E. <jnoonan@mcguirewoods.com>; Dougherty, V. Kathleen <vkdougherty@mcguirewoods.com>; Gollogly, Krystal Lynne <KGollogly@mcguirewoods.com>; Lynch, John C. <john.lynch@troutman.com>; Knudsen, Kathleen M. <Kathleen.Knudsen@troutman.com>; Monica McCarroll <MMcCarroll@redgravellp.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Darius Davenport <ddavenport@cwm-law.com>; David Hartnett <dhartnett@cwm-law.com>; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>; Stone, Jana K. <Jana.Stone@troutman.com>
**Subject:** RE: CSXT, et al v. NS, et al - Meet and Confer re stay

**EXTERNAL SENDER**

Alan/Ben,

Thursday after 3pm works for NPBL.

Thanks,
Jim

---

**From:** Hatch, Benjamin L. <BHatch@mcguirewoods.com>
**Sent:** Tuesday, May 12, 2020 8:42 AM
**To:** Wingfield, Alan D. <Alan.Wingfield@troutman.com>; Peterson, Ashley P. <APeterson@mcguirewoods.com>; Lacy, Michael E. <Michael.Lacy@troutman.com>; Cooper, Massie P. <Massie.Cooper@troutman.com>; McFarland, Robert W. <rmcfarland@mcguirewoods.com>; Justus, J. Brent <bjustus@mcguirewoods.com>; Noonan, Jeanne E. <jnoonan@mcguirewoods.com>; Dougherty, V. Kathleen <vkdougherty@mcguirewoods.com>; Gollogly, Krystal Lynne <KGollogly@mcguirewoods.com>; Lynch, John C. <john.lynch@troutman.com>; Knudsen, Kathleen M. <Kathleen.Knudsen@troutman.com>; Monica McCarroll <MMcCarroll@redgravellp.com>; James Chapman <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Darius Davenport <ddavenport@cwm-law.com>; David Hartnett <dhartnett@cwm-law.com>; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>; Stone, Jana K. <Jana.Stone@troutman.com>
**Subject:** RE: CSXT, et al v. NS, et al - Meet and Confer re stay

CAUTION External Email: This email originated from outside of the CWM network. Do not click any links or open any attachments unless you trust the sender and know the content is safe..

Alan,

Thursday afternoon works for CSX, thanks.

Ben

---

**From:** Wingfield, Alan D. <Alan.Wingfield@troutman.com>
**Sent:** Tuesday, May 12, 2020 8:25 AM
**To:** Peterson, Ashley P. <APeterson@mcguirewoods.com>; Lacy, Michael E. <Michael.Lacy@troutman.com>; Cooper, Massie P. <Massie.Cooper@troutman.com>; McFarland, Robert W. <rmcfarland@mcguirewoods.com>; Justus, J. Brent <bjustus@mcguirewoods.com>; Noonan, Jeanne E. <jnoonan@mcguirewoods.com>; Hatch, Benjamin L. <BHatch@mcguirewoods.com>; Dougherty, V. Kathleen <vkdougherty@mcguirewoods.com>; Gollogly, Krystal Lynne <KGollogly@mcguirewoods.com>; Lynch, John C. <john.lynch@troutman.com>; Knudsen, Kathleen M. <Kathleen.Knudsen@troutman.com>; Monica McCarroll <MMcCarroll@redgravellp.com>; jchapman@cwm-law.com; wrsnow@cwm-law.com; ddavenport@cwm-law.com; dhartnett@cwm-law.com; tara.reinhart@skadden.com; john.thornburgh@skadden.com; thomas.gentry@skadden.com; Stephanie Hunter <shunter@cwm-law.com>; Armond Joyner <ajoyner@cwm-law.com>; Stone, Jana K. <Jana.Stone@troutman.com>
**Subject:** CSXT, et al v. NS, et al - Meet and Confer re stay

**EXTERNAL EMAIL; use caution with links and attachments**

All –

We should have a meet and confer call regarding the stay order.  To get the ball rolling, how about tomorrow at 9 or 2, or Thursday in the afternoon?

Regards,

Alan

### Alan D. Wingfield

**troutman sanders**

Direct: 804.697.1350
alan.wingfield@troutman.com

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*