**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **CSX TRANSPORTATION, INC.,** | ) |
| **Individually and on behalf of NORFOLK** | ) |
| **& PORTSMOUTH BELT LINE** | ) |
| **RAILROAD COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 2:18-cv-530-MSD-LRL** |
| | ) |
| **NORFOLK SOUTHERN RAILWAY** | ) |
| **COMPANY,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO WITHDRAW AS COUNSEL

Elizabeth S. Flowers hereby moves this honorable Court, pursuant to Local Civil Rule 83.1(G), to grant leave to withdraw as counsel of record for Defendant Norfolk Southern Railway Company ("NSR"). Mrs. Flowers is leaving the law firm of TROUTMAN PEPPER HAMILTON SANDERS LLP effective August 31, 2020, and will be unable to continue her representation of Defendant Norfolk Southern Railway Company in this matter.

Defendant Norfolk Southern Railway Company will continue to be represented by Alan D. Wingfield, Michael E. Lacy, John C. Lynch, Kathleen M. Knudsen and Massie P. Cooper of TROUTMAN PEPPER HAMILTON SANDERS LLP and Monica McCarroll of REDGRAVE LLP.

Neither Plaintiffs nor Defendant will be prejudiced as a result of Mrs. Flowers' withdrawal as counsel.

WHEREFORE, Mrs. Flowers respectfully requests the Court enter the attached order allowing her to withdraw as counsel, and that the Clerk's office remove her name from the list of individuals in receipt of notices via the CM/ECF system.

Dated August 27, 2020          Respectfully Submitted,

NORFOLK SOUTHERN RAILWAY COMPANY

By: _____/s/ Elizabeth S. Flowers_____

Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
Elizabeth S. Flowers (VSB No. 78487)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com
Email: liz.flowers@troutman.com

Monica McCarroll (VSB 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
Telephone: (703) 592-1155
Facsimile: (703) 230-9859
Email: mmccarroll@redgravellp.com

*Counsel for Norfolk Southern Railway Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, I electronically filed a copy of the foregoing

with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF)

to the registered participants as identified on the NEF to receive electronic service, including:

Robert W. McFarland, Esq.
Benjamin L. Hatch, Esq.
E. Rebecca Gantt, Esq.
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
rgantt@mcguirewoods.com

*Attorneys for CSX Transportation, Inc.*

James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Darius K. Davenport, Esq.
David C. Hartnett, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com

*Attorneys for Norfolk and Portsmouth Belt
Line Railroad Company*

/s/ Elizabeth S. Flowers
John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
Elizabeth S. Flowers (VSB No. (78487)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com
Email: liz.flowers@troutman.com