**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **CSX TRANSPORTATION, INC.,** | ) |
| **Individually and on behalf of NORFOLK** | ) |
| **& PORTSMOUTH BELT LINE** | ) |
| **RAILROAD COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 2:18-cv-530-MSD-LRL** |
| | ) |
| **NORFOLK SOUTHERN RAILWAY** | ) |
| **COMPANY, _et al.,_** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

THIS MATTER is before the Court on the Motion of Elizabeth S. Flowers to Withdraw as Counsel for Defendant Norfolk Southern Railway Company.  Upon due consideration, it is hereby **ORDERED** that the Motion to Withdraw as Counsel is **GRANTED**, and Elizabeth S. Flowers is removed as counsel of record for Defendant Norfolk Southern Railway Company in this matter.

It is so **ORDERED.**

ENTER:

_____
United States District Court Judge