IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) <br> Individually and on behalf of NORFOLK ) <br> & PORTSMOUTH BELT LINE ) <br> RAILROAD COMPANY, ) <br>   ) <br>   Plaintiff, ) <br>   ) <br> v. ) Civil Action No. 2:18-cv-530-MSD-LRL <br>   ) <br> NORFOLK SOUTHERN RAILWAY ) <br> COMPANY, *et al.*, ) <br>   ) <br>   Defendants. ) | |

## ORDER

THIS MATTER is before the Court on the Motion of Elizabeth S. Flowers to Withdraw as Counsel for Defendant Norfolk Southern Railway Company. Upon due consideration, it is hereby **ORDERED** that the Motion to Withdraw as Counsel is **GRANTED**, and Elizabeth S. Flowers is removed as counsel of record for Defendant Norfolk Southern Railway Company in this matter.

It is so **ORDERED.**

ENTER:  August 28, 2020

_____/s/_____
United States District Court Judge