IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., )<br>Individually and on behalf of NORFOLK )<br>& PORTSMOUTH BELT LINE RAILROAD )<br>COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 2:18-cv-530 |

## ORDER

Before the Court is Defendant Norfolk & Portsmouth Belt Line Railway Company's ("NPBL") Motion to Compel and accompanying memorandum in support, filed on July 24, 2020. ECF No. 200–201. On August 7, 2020, Plaintiff CSX Transportation ("CSXT") filed its Response and Memorandum in Opposition to NPBL's Motion to Compel. ECF No. 210. Defendant filed a reply thereto on August 20, 2020. ECF No. 228. On September 4, 2020, the Court held a Motion Hearing on this matter. For the reasons stated on the record, NPBL's Motion to Compel, ECF No. 200, is **GRANTED**, and CSXT is **DIRECTED** to provide appropriate responses to NPBL's interrogatories 3 and 4 within 14 days of the date of this order. The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/ Lawrence R. Leonard
LAWRENCE R. LEONARD
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
September 4, 2020