IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., )<br>Individually and on behalf of NORFOLK )<br>& PORTSMOUTH BELT LINE RAILROAD )<br>COMPANY )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, et al., )<br> )<br>Defendants. )<br>_____) | CIVIL ACTION NO. 2:18-cv-530 |

## ORDER

Before the Court is Plaintiff CSX Transportation, Inc.'s ("CSXT") Motion to Reopen and Compel Depositions and accompanying memorandum in support, filed on July 24, 2020. ECF No. 203–204. On August 7, 2020, Defendant Norfolk Southern Railway Company ("NSR") filed its Response and Memorandum in Opposition to CSXT's Motion to Compel. ECF No. 215. CSXT filed a reply thereto on August 13, 2020. ECF No. 222. On September 4, 2020, the Court held a Motion Hearing on this matter. For the reasons stated on the record CSXT's Motion to Reopen and Compel Depositions, ECF No. 203, is **GRANTED**, and the parties are **DIRECTED** to conduct the depositions in question within 60 days of the date of this order. Furthermore, pursuant to Fed. R. Civ. P. 37(a)(5)(A), CSXT is **DIRECTED** to file any claim for reasonable expenses incurred in making their motion within 30 days of the date of this Order.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/ Lawrence R. Leonard
LAWRENCE R. LEONARD
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
September 4, 2020