# Civil Minutes

Time Set:        2:00 p.m.
Start Time:      2:03 p.m.
End Time:        3:21 p.m.

| | | |
|---|---|---|
| CSX Transportation, Inc. | Civil Case Number: | 2:18cv530 |
| ( x ) Plaintiff  (   ) Government | Date: | 9/4/2020 |
| vs. | Presiding Judge: | Lawrence R. Leonard |
| | Court Reporter | Paul McManus, OCR |
| Norfolk Southern Railway Company, et al. | Courtroom Deputy: | C. Dodge |
| Defendant(s) | | |

Proceedings:   Matter came on for hearing on pending motions to compel (#200, 203). Present by zoom were Robert McFarland, Katie Dougherty and Ben Hatch on behalf of the plaintiff, Alan Wingfield, Michael Lacy, John Lynch, and Monica McCarroll on behalf of Norfolk Southern, Ryan Snow and David Hartnett on behalf of Norfolk & Portsmouth Belt Line Railway Company.

Mr. Snow argued the motion to compel on behalf of the Belt Line and Mr. McFarland and Ms. Dougherty responded. Court made rulings on the record. The motion is Granted.

Mr. McFarland argued the motion to compel on behalf of the plaintiff and Mr. Lynch responded. Court made rulings on the record. The motion is GRANTED.

CSX is also directed to file any claim for reasonable expenses incurred in making their motion within 30 days of this order.

Court to enter a short order.

Court adjourned.