IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., Individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION NO. 2:18-cv-530 |

## ORDER

On August 24, 2020, the parties submitted a status report to the Court wherein Plaintiff CSX Transportation ("CSXT"), Defendant Norfolk Southern Railway Company ("NSR") and Defendant Norfolk & Portsmouth Belt Line Railway Company's ("NPBL") endorsed alternative proposals for resuming discovery and setting this case for trial. The Chief District Judge has referred resolution of this matter to the undersigned. Accordingly, it is hereby **ORDERED** as follows:

The parties are directed to appear via remote proceedings for a supplemental scheduling conference pursuant to Fed. R. Civ. P. 16(b) on October 20, 2020 at 10:00 a.m., at which time this case will be set for trial in July 2021, and all necessary pre-trial and discovery deadlines set. In the meantime, the parties are **ORDERED** to meet and confer for the purpose of coming to agreement, as much as possible, on a proposed pre-trial schedule. Further, it is **ORDERED** that discovery shall immediately resume, including the scheduling and taking of depositions, by remote means if necessary. As discussed at the September 4, 2020, hearing, the Court expects the parties

to engage in discovery regardless of whether proceedings can occur in person or remotely, and will look with disfavor on any requested extensions based on any one parties' unwillingness to participate in remote proceedings.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

LAWRENCE R. LEONARD
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
October 1, 2020

2