UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| **CSX TRANSPORTATION, INC.,** individually and on behalf of **NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY,** | ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | No. 2:18-cv-530-MSD-LRL |
| **NORFOLK SOUTHERN RAILWAY COMPANY**, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) | |

### NORFOLK SOUTHERN RAILWAY COMPANY'S MOTION TO STAY DISCOVERY ORDER PENDING RULING ON OBJECTION

Defendant Norfolk Southern Railway Company ("NSR"), by counsel, moves the Court to enter an Order staying the effectiveness of the Order entered by the Court on September 8, 2020 (ECF No. 237) until such time as this Court makes a ruling on NSR's Objection to the Order which was timely filed on September 11, 2020 (ECF No. 240). For the reasons set forth in the accompanying brief, NSR requests that further discovery, including depositions, be stayed in order to preserve the *status quo ante* pending resolution of NSR's Objection to the Order.

Date: October 1, 2020                Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ Alan D. Wingfield
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: Kathleen.knudsen@troutman.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
Telephone: (703) 592-1155
Facsimile: (703) 230-9859
Email: mmccarroll@redgravellp.com

Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

*Counsel for Defendant Norfolk Southern Railway Company*