IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

       Plaintiff,

v.                                         Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

       Defendants.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF
CSX TRANSPORTATION INC.'S MOTION FOR ATTORNEYS' FEES**

THIS MATTER comes before the Court pursuant to Plaintiff CSX Transportation, Inc.'s Motion for Attorneys' Fees ("Motion"). Upon consideration of Plaintiff's Motion, the accompanying memorandum in support and exhibits thereto, any opposition thereto, and any hearing on the Motion, the Court **ORDERS** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Date: _____

                                                                 _____
                                                                 Hon. Lawrence R. Leonard
                                                                 United States Magistrate Judge