# Exhibit 1
# to the Declaration of
# Robert W. McFarland

## SUMMARY OF FEES SOUGHT

| Timekeeper | Position | Hours Worked | Rate | Total Fees |
|---|---|---|---|---|
| Robert McFarland | Partner | 9.4 | $675.00 | $6,345.00 |
| Benjamin Hatch | Partner | 2.9 | $675.00 | $1,957.50 |
| V. Kathleen Dougherty | Counsel | 33.6 | $475.00 | $15,960.00 |
| Ashley Peterson | Senior Associate | 31.7 | $400.00 | $12,688.00 |
| Sean P. Walsh | Junior Associate | 17.8 | $350.00 | $6,230.00 |
| Krystal Gollogly | Litigation Paralegal | 3.1 | $240.00 | $744.00 |
| **TOTAL** | | **98.5** | | **$43,924.50** |

| Row-1 | Work Date | Timekeeper Name | Work Hours | Work Rate | Work Amount | Narrative |
|---|---|---|---|---|---|---|
| 2 | 6/1/2020 | Peterson, Ashley P. | 0.20 | 400.00 | 80.00 | Confer with K. Dougherty to develop strategy for upcoming meet-and-confer on depos |
| 3 | 6/1/2020 | Dougherty, V. Kathleen | 0.20 | 475.00 | 95.00 | Communications with R. McFarland and B. Hatch regarding meet-and-confer conference call with opposing counsel |
| 4 | 6/2/2020 | Peterson, Ashley P. | 0.80 | 400.00 | 328.00 | Confer with K. Dougherty regarding strategy for additional depositions |
| 5 | 6/2/2020 | Dougherty, V. Kathleen | 0.50 | 475.00 | 237.50 | Telephone conference with opposing counsel regarding re-opening discovery window and deposition schedule |
| 6 | 6/2/2020 | Dougherty, V. Kathleen | 1.20 | 475.00 | 570.00 | Telephone conference with R. McFarland and B. Hatch in preparation for meet-and-confer conference call with opposing counsel and prepare outline of points for the same |
| 7 | 6/3/2020 | Peterson, Ashley P. | 0.30 | 400.00 | 120.00 | Emails with K. Doughtery regarding deposition strategy |
| 8 | 6/3/2020 | Gollogly, Krystal Lynne | 0.80 | 240.00 | 192.00 | Review and respond to K. Dougherty's request regarding analysis of court documents and communication with opposing counsel to determine deposition requirements Norfolk Southern's substantially complete language in connection with document production |
| 9 | 6/3/2020 | Gollogly, Krystal Lynne | 0.20 | 240.00 | 48.00 | Communication with K. Dougherty regarding upcoming telephone conference with opposing counsel to discuss deposition availability |
| 10 | 6/4/2020 | McFarland, Robert W. | 0.20 | 675.00 | 135.00 | Communications with co-counsel on additional depositions |
| 11 | 6/4/2020 | Peterson, Ashley P. | 0.90 | 400.00 | 360.00 | Confer with K. Dougherty regarding strategy for additional depositions |
| 12 | 6/4/2020 | Dougherty, V. Kathleen | 2.90 | 475.00 | 1,377.50 | Analysis of discovery materials and late-produced documents to determine need for additional depositions |
| 13 | 6/5/2020 | McFarland, Robert W. | 0.40 | 675.00 | 270.00 | Revise letter to counsel on additional depositions (0.2); communications with co-counsel on additional depositions, document production (0.2) |
| 14 | 6/5/2020 | Hatch, Benjamin L. | 0.40 | 675.00 | 270.00 | Review documents produced after depositions of McLellan and Luebbers to assess grounds for re-opening depositions |
| 15 | 6/5/2020 | Dougherty, V. Kathleen | 0.20 | 475.00 | 95.00 | Review letter to opposing counsel regarding additional depositions |
| 16 | 6/5/2020 | Dougherty, V. Kathleen | 1.90 | 475.00 | 902.50 | Analyze discovery materials and late-produced documents to develop strategy for additional depositions and prepare memorandum regarding the same |
| 17 | 6/5/2020 | Dougherty, V. Kathleen | 0.40 | 475.00 | 190.00 | Meet and confer telephone conference with opposing counsel regarding additional depositions and prepare correspondence to client regarding the same |
| 18 | 6/5/2020 | Dougherty, V. Kathleen | 0.30 | 475.00 | 142.50 | Communications with B. Hatch and R. McFarland regarding strategy for meet and confer conference |
| 19 | 6/8/2020 | McFarland, Robert W. | 0.40 | 675.00 | 270.00 | Conference call with Defendants' counsel on further depositions |
| 20 | 6/8/2020 | Hatch, Benjamin L. | 0.40 | 675.00 | 270.00 | Conduct meet and confer with defense counsel regarding discovery and deposition proposal |
| 21 | 6/8/2020 | Dougherty, V. Kathleen | 0.30 | 475.00 | 142.50 | Communications with B. Hatch and R. McFarland regarding strategy for meet and confer conference |

| Row-1 | Work Date | Timekeeper Name | Work Hours | Work Rate | Work Amount | Narrative |
|---|---|---|---|---|---|---|
| 22 | 6/11/2020 | Peterson, Ashley P. | 0.40 | 400.00 | 160.00 | Review correspondence from opposing counsel regarding discovery schedule and confer with K. Dougherty regarding same |
| 23 | 6/11/2020 | Dougherty, V. Kathleen | 0.30 | 475.00 | 142.50 | Review correspondence from NS counsel opposing additional and re-opened depositions and communications regarding the same |
| 24 | 6/12/2020 | McFarland, Robert W. | 0.40 | 675.00 | 270.00 | Review letter from NS counsel on additional depositions and new correspondence on same |
| 25 | 6/12/2020 | Hatch, Benjamin L. | 0.40 | 675.00 | 270.00 | Address response to NS letter regarding further discovery and depositions |
| 26 | 6/12/2020 | Dougherty, V. Kathleen | 0.90 | 475.00 | 427.50 | Communications with R. McFarland, B. Hatch, and A. Peterson regarding discovery strategy and additional depositions |
| 27 | 6/13/2020 | Dougherty, V. Kathleen | 0.80 | 475.00 | 380.00 | Plan and prepare response to NS letter opposing additional and re-opened depositions |
| 28 | 6/14/2020 | Peterson, Ashley P. | 2.90 | 400.00 | 1,160.00 | Revise correspondence to opposing counsel regarding reopening depositions and scheduling issues (1.7); identify documents from NS productions to support argument in deposition correspondence (1.2) |
| 29 | 6/15/2020 | Dougherty, V. Kathleen | 0.30 | 475.00 | 142.50 | Draft and internally circulate letter regarding additional depositions |
| 30 | 6/16/2020 | McFarland, Robert W. | 0.30 | 675.00 | 202.50 | Review, revise letter to NS counsel on additional depositions |
| 31 | 6/19/2020 | McFarland, Robert W. | 0.20 | 675.00 | 135.00 | Communications with defendants' counsel on meet and confer, discovery |
| 32 | 6/19/2020 | Peterson, Ashley P. | 0.40 | 400.00 | 160.00 | Multiple emails with R. McFarland and K. Dougherty regarding meet-and-confer correspondence and related discovery issues |
| 33 | 6/22/2020 | McFarland, Robert W. | 0.10 | 675.00 | 67.50 | Communications with NS attorney M. Lacy on depositions |
| 34 | 6/23/2020 | Peterson, Ashley P. | 0.60 | 400.00 | 240.00 | Confer with K. Dougherty regarding strategy following meet-and-confer with opposing counsel (0.4); multiple emails with opposing counsel regarding meet-and-confer on deposition scheduling (0.2) |
| 35 | 6/25/2020 | McFarland, Robert W. | 1.00 | 675.00 | 675.00 | Prepare for, attend meet and confer on additional depositions |
| 36 | 6/25/2020 | Peterson, Ashley P. | 0.60 | 400.00 | 240.00 | Confer with K. Dougherty regarding deposition strategy |
| 37 | 6/25/2020 | Dougherty, V. Kathleen | 1.30 | 475.00 | 617.50 | Prepare and hold meet and confer conference regarding additional depositions |
| 38 | 6/26/2020 | Dougherty, V. Kathleen | 0.30 | 475.00 | 142.50 | Draft report to client regarding recent and upcoming meet and confer conferences |
| 39 | 7/1/2020 | Dougherty, V. Kathleen | 0.40 | 475.00 | 190.00 | Plan and prepare for next steps regarding motion to compel depositions |
| 40 | 7/2/2020 | Dougherty, V. Kathleen | 0.70 | 475.00 | 332.50 | Coordinate research and drafting of motion to compel additional depositions and re-opened depositions |
| 41 | 7/6/2020 | Walsh, Sean P. | 6.20 | 350.00 | 2,170.00 | Draft motion to compel reopened and additional depositions based on late, staggered production, posture of case, past conferral |
| 42 | 7/8/2020 | Walsh, Sean P. | 6.80 | 350.00 | 2,380.00 | Continue drafting motion to compel reopened and additional depositions based on late, staggered production, posture of case, past conferral, case law related to reopening and new discovery after close |

| Row-1 | Work Date | Timekeeper Name | Work Hours | Work Rate | Work Amount | Narrative |
|---|---|---|---|---|---|---|
| 43 | 7/9/2020 | Walsh, Sean P. | 3.50 | 350.00 | 1,225.00 | Continue drafting motion to compel reopened and additional depositions based on late, staggered production, posture of case, past conferral, case law related to reopening and new discovery after close |
| 44 | 7/10/2020 | Dougherty, V. Kathleen | 2.20 | 475.00 | 1,045.00 | Review and revise motion to compel additional depositions |
| 45 | 7/12/2020 | Peterson, Ashley P. | 0.20 | 400.00 | 80.00 | Emails with K. Dougherty regarding motion to compel |
| 46 | 7/13/2020 | Peterson, Ashley P. | 0.30 | 400.00 | 120.00 | Multiple emails with K. Dougherty regarding motion to compel |
| 47 | 7/17/2020 | Dougherty, V. Kathleen | 2.10 | 475.00 | 997.50 | Review and revise motion to compel additional depositions and re-open depositions |
| 48 | 7/21/2020 | Peterson, Ashley P. | 2.10 | 400.00 | 840.00 | Revise draft motion to compel |
| 49 | 7/21/2020 | Dougherty, V. Kathleen | 0.90 | 475.00 | 427.50 | Incorporate edits and feedback from internal team regarding motion to compel additional depositions |
| 50 | 7/22/2020 | Dougherty, V. Kathleen | 0.80 | 475.00 | 380.00 | Circulate motion to compel additional depositions to client and analyze documents to append as exhibits thereto |
| 51 | 7/23/2020 | Peterson, Ashley P. | 0.80 | 400.00 | 320.00 | Multiple emails with S. Walsh regarding motion to compel and related filings |
| 52 | 7/23/2020 | Gollogly, Krystal Lynne | 0.70 | 240.00 | 168.00 | Prepare exhibits to motion to reopen and compel depositions and forward to team |
| 53 | 7/23/2020 | Walsh, Sean P. | 0.80 | 350.00 | 280.00 | Draft standalone motion to compel and proposed order regarding further depositions |
| 54 | 7/24/2020 | Peterson, Ashley P. | 3.70 | 400.00 | 1,480.00 | Revise and finalize motion to compel depositions and related filings |
| 55 | 7/24/2020 | Gollogly, Krystal Lynne | 0.10 | 240.00 | 24.00 | Prepare combined sealed and public memorandum in support of motion to compel for A. Peterson and K. Dougherty's review |
| 56 | 7/24/2020 | Dougherty, V. Kathleen | 3.10 | 475.00 | 1,472.50 | Prepare motion, notice, and memorandum in support of sealing exhibits; finalize motion to compel and associated paperwork for filing |
| 57 | 8/7/2020 | Peterson, Ashley P. | 1.90 | 400.00 | 760.00 | Review NS opposition to motion to compel depositions (0.7); multiple communications with litigation team and client regarding reply strategy and timing (0.4); develop reply strategy (0.8) |
| 58 | 8/7/2020 | Dougherty, V. Kathleen | 0.50 | 475.00 | 237.50 | Analyze NSR's opposition to motion to compel depositions and coordinate plan to draft reply thereto |
| 59 | 8/10/2020 | McFarland, Robert W. | 0.50 | 675.00 | 337.50 | Review NS opposition to motion to compel depositions |
| 60 | 8/10/2020 | Peterson, Ashley P. | 0.80 | 400.00 | 320.00 | Draft reply brief |
| 61 | 8/10/2020 | Dougherty, V. Kathleen | 3.80 | 475.00 | 1,805.00 | Analyze deposition testimony and relevant case law to incorporate into reply in support of CSXT's motion to compel and reopen depositions |
| 62 | 8/11/2020 | Peterson, Ashley P. | 6.60 | 400.00 | 2,640.00 | Draft reply brief |
| 63 | 8/11/2020 | Dougherty, V. Kathleen | 1.30 | 475.00 | 617.50 | Analyze relevant case law regarding sufficiency of 30(b)6 witness in lieu of fact witness and deposition testimony for reply in support of CSXT's motion to compel |
| 64 | 8/12/2020 | Peterson, Ashley P. | 2.30 | 400.00 | 920.00 | Draft reply brief |
| 65 | 8/12/2020 | Gollogly, Krystal Lynne | 0.30 | 240.00 | 72.00 | Prepare exhibit to reply in support of motion to compel depositions |
| 66 | 8/12/2020 | Dougherty, V. Kathleen | 1.20 | 475.00 | 570.00 | Review and edit reply in support of CSXT's motion to compel |

| Row-1 | Work Date | Timekeeper Name | Work Hours | Work Rate | Work Amount | Narrative |
|---|---|---|---|---|---|---|
| 67 | 8/13/2020 | Peterson, Ashley P. | 0.90 | 400.00 | 360.00 | Revise reply brief (0.7); confer with K. Gollogly to facilitate filing reply (0.2) |
| 68 | 8/13/2020 | Gollogly, Krystal Lynne | 0.30 | 240.00 | 72.00 | Revise and execute reply in support of motion to compel depositions |
| 69 | 8/13/2020 | Walsh, Sean P. | 0.50 | 350.00 | 175.00 | Revise citations for reply regarding motion to compel |
| 70 | 8/14/2020 | Dougherty, V. Kathleen | 0.30 | 475.00 | 142.50 | Analyze relevant case law regarding sufficiency of 30(b)(6) witness in lieu of fact witness and deposition testimony for reply in support of CSXT's motion to compel |
| 71 | 8/20/2020 | Dougherty, V. Kathleen | 0.30 | 475.00 | 142.50 | Draft notice of intent to request hearing on motion to compel additional depositions |
| 72 | 8/26/2020 | Dougherty, V. Kathleen | 0.50 | 475.00 | 237.50 | Plan and prepare for next steps regarding hearing on motions to compel and upcoming client call |
| 73 | 9/3/2020 | McFarland, Robert W. | 1.10 | 675.00 | 742.50 | Prepare for hearing on 9/4 |
| 74 | 9/3/2020 | Peterson, Ashley P. | 1.20 | 400.00 | 480.00 | Assist with hearing preparations |
| 75 | 9/4/2020 | McFarland, Robert W. | 4.20 | 675.00 | 2,835.00 | Prepare for, argue at hearing on CSX motion to compel (3.9); post-hearing conference with B. Hatch, K. Dougherty on next steps, actions (0.3) |
| 76 | 9/4/2020 | Peterson, Ashley P. | 3.80 | 400.00 | 1,520.00 | Conduct research for motion to compel hearing (1.2); confer with K. Dougherty regarding hearing strategy (0.6); participate in hearing on motions to compel (1.5); call with K. Dougherty to develop strategy for attorneys fee motion and response to NPBL interrogatories (0.5) |
| 77 | 9/4/2020 | Hatch, Benjamin L. | 1.70 | 675.00 | 1,147.50 | Participate in hearing on motions to compel and confer with R. McFarland and K. Dougherty regarding follow up to same hearing |
| 78 | 9/4/2020 | Dougherty, V. Kathleen | 1.40 | 475.00 | 665.00 | Hearing on motions to compel before Magistrate Judge Leonard |
| 79 | 9/4/2020 | Dougherty, V. Kathleen | 2.30 | 475.00 | 1,092.50 | Prepare for motion to compel hearing |
| 80 | 9/8/2020 | Gollogly, Krystal Lynne | 0.20 | 240.00 | 48.00 | Communication with H. Libbey regarding billing for use in motion for fees |
| 81 | 9/8/2020 | Gollogly, Krystal Lynne | 0.40 | 240.00 | 96.00 | Review and respond to B. Hatch's request regarding motion for attorney's fees |
| 82 | 9/11/2020 | McFarland, Robert W. | 0.60 | 675.00 | 405.00 | Review NS objections to Judge Leonard ruling on depositions (0.4); review and reply to new communications on discovery, depositions (0.2) |
| 83 | 9/17/2020 | Gollogly, Krystal Lynne | 0.10 | 240.00 | 24.00 | Communication with H. Libby regarding billing records for motion for fees |