# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

       Plaintiff,

v.                                        Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

       Defendants.

                                          /

## PROPOSED ORDER

This matter comes before the Court on the joint motion of Plaintiff CSX Transportation, Inc., Defendant Norfolk Southern Railway Company, and Defendant Norfolk & Portsmouth Belt Line Railroad Company, to amend the Rule 16(b) Scheduling Order entered on October 25, 2019, and amended on February 5, 2020. *See* ECF Nos. 78, 111. For good cause shown, the joint motion is hereby GRANTED, and it is ORDERED that the Rule 16(b) Scheduling Order shall be amended in the following respects:

- Plaintiff shall complete all remaining fact depositions on or before **November 6, 2020**.

- Defendants shall complete all fact depositions on or before **January 20, 2021**. The parties agree that no witness shall be deposed November 23 through 27, 2020, or December 16, 2020 through January 3, 2021.

- Defendants' Expert Witness Response Deadline shall be **February 3, 2021**.

- Plaintiff's Expert Witness Rebuttal Deadline shall be **March 5, 2021**.

1

2

- All expert discovery, including depositions, shall be completed by **March 24, 2021**.

- A settlement conference before a United States Magistrate Judge shall occur between **March 24** and **April 9, 2021**.

- All dispositive motions, including summary judgment motions, must be filed not later than **April 12, 2021**.

- All responses to any dispositive motion shall be filed within **twenty-one (21) calendar days** after the filing of the dispositive motion.

- All replies in support of any dispositive motion shall be filed not later than **ten (10) calendar days** after the filing of the response.

IT IS SO ORDERED.

_____
The Honorable Lawrence R. Leonard
United States Magistrate Judge

WE ASK FOR THIS:

**CSX TRANSPORTATION, INC.**

By its attorneys,

*/s/* _____
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
Email: rmcfarland@mcguirewoods.com
Email: bhatch@mcguirewoods.com
Email: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
Email: bjustus@mcguirewoods.com
Email: apeterson@mcguirewoods.com


**NORFOLK SOUTHERN RAILWAY COMPANY**

By its attorneys,

*/s/* _____
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com

3

Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara R. Reinhart
John R. Thornburgh, II
Thomas R. Gentry
Skadden, Arps, Slate, Meagher, & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
E-mail: tara.reinhart@skadden.com
E-mail: john.thornburgh@skadden.com
E-mail: thomas.gentry@skadden.com

**NORFOLK & PORTSMOUTH
BELT LINE RAILROAD COMPANY**

By its attorneys,

*/s/*_____
James L. Chapman IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Darius K. Davenport (VSB No. 74064)
David C. Hartnett (VSB No. 80452)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: wrsnow@cwm-law.com
Email: ddavenport@cwm-law.com
Email: dhartnett@cwm-law.com