# EXHIBIT A

Michael McClellan - February 20, 2020

```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                       NORFOLK DIVISION



CSX TRANSPORTATION, INC.,    )
Individually and on behalf   )
of NORFOLK & PORTSMOUTH      )
BELT LINE RAILROAD           )
COMPANY,                     )
                             )
        Plaintiff,           )
                             )
V.                           )  NO. 2:18cv530
                             )
NORFOLK SOUTHERN RAILWAY     )
COMPANY, NORFOLK &           )
PORTSMOUTH BELT LINE         )
RAILROAD COMPANY, JERRY      )
HALL, THOMAS HURLBUT,        )
PHILIP MERILLI and CANNON    )
MOSS,                        )
                             )
        Defendants.          )
```

DEPOSITION UPON ORAL EXAMINATION OF

MICHAEL McCLELLAN

TAKEN ON BEHALF OF THE PLAINTIFF

Virginia Beach, Virginia

February 20, 2020


www.zahncourtreporting.com

```
 1                MR. CHAPMAN:  Okay.  Thank you,
 2   Mr. McClellan.  That's all the questions I have.
 3                MS. REINHART:  No questions here.
 4                MR. HATCH:  I think there were none on
 5   the phone.
 6                MS. REINHART:  That's right.
 7                MR. HATCH:  Okay.
 8                Then we are done.  Thank you.
 9                Off the record.
10                (Whereupon, the deposition was concluded
11                at 3:55 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

