# EXHIBIT B

# In The Matter Of:

*CSX Transportation, Inc. v.*
*Norfolk Southern Railway Company, et als.*

---

Jeffrey Scott Heller
March 10, 2020
*Confidential*

---

Zahn Reporting

Original File 03102020shjh.txt
Min-U-Script® with Word Index

Confidential

244

1  trackage rights?
2      A    I don't.
3  Trackage rights are very complicated
4  documents and agreements. Some go on into eternity.
5  Some don't. It's really more for the legal mind and
6  the legal view to take a look at.
7  Again, my goal on behalf of the company
8  and as an officer of the company was to ensure we
9  didn't allow anything to expire without making sure
10 that the right eyes were on it.
11      Q    Did the trackage rights expire in July of
12 2016?
13      A    My understanding is the trackage rights
14 have been extended over time. So they haven't been
15 concluded yet, but we've extended them.
16      Q    Have they been renegotiated?
17      A    Not to my knowledge.
18 MS. DOUGHERTY: I'm closing my binder
19 because I have no further questions for Mr. Heller.
20 MS. REINHART: Could we just take a brief
21 break?
22 MS. DOUGHERTY: Of course.
23 (Recess taken.)
24 MS. REINHART: Mr. Heller, I have just a
25 few follow-up questions for you based on your earlier