**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION, INC., <br> individually and on behalf of NORFOLK <br> & PORTSMOUTH BELT LINE <br> RAILROAD COMPANY <br><br> Plaintiff, <br><br> v. <br><br> NORFOLK SOUTHERN RAILWAY <br> COMPANY, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )     **Civil Action No.:  2:18cv530** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## WAIVER OF HEARING AND REQUEST FOR EXPEDITED RULING

Defendant Norfolk Southern Railway Company ("NSR"), by counsel, pursuant to Local Civil Rule 7(E), hereby gives notice that it waives oral argument on its Objection to Magistrate Judge's Non-Dispositive Order (*see* ECF No. 240) and its Motion to Stay Discovery Order Pending Ruling on Objection ("Motion to Stay") (*see* ECF No. 244).  The Objection and Motion to Stay are fully briefed and are ripe for consideration by the Court.

NSR also respectfully requests an expedited ruling on the Motion to Stay.  Notwithstanding NSR's Objection and its Motion to Stay, the parties, subject to NSR's pending Objection and Motion to Stay, have agreed to the scheduling of the four depositions granted by the Order dated September 4, 2020 (*see* ECF No. 237), the first of which is scheduled for this Friday October 23, 2020.  The Objection will be mooted if the depositions are not stayed pending a ruling on the Objection.

Date:  October 20, 2020

110835263v1

Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ Alan D. Wingfield
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: Kathleen.knudsen@troutman.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
Telephone: (703) 592-1155
Facsimile: (703) 230-9859
Email: mmccarroll@redgravellp.com

Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

*Counsel for Defendant Norfolk Southern Railway Company*

2