# Exhibit 1

# O'HAGAN | MEYER

411 E. Franklin Street, Suite 500
Richmond, VA 23219
Gen: 804-403-7100
Fax: 804-403-7110
Tax ID: 81-3060133

To: Robert W. McFarland
CSX Transportation, Inc.
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA  23510

## INVOICE

October 26, 2020
No:  14854

Expert Witness as to Attorneys' Fees and Costs
Court No. 2:18-cv-00530-MSD-LRL

File No.:    2525-14602
Claim No.:   N/A

Billed through:  October 26, 2020

Billed via:  McFarland@McGuirewoods.com

### Fees

| Date | Tkpr | Description | Phase | Task | Hrs | Rate | Total |
|------|------|-------------|-------|------|-----|------|-------|
| 10/03 | AALB | Analyze billing records by task and timekeeper to assess reasonableness of total hours expended and cost efficiency of assignments of tasks to specific timekeepers, and compute effective blended rate as check on efficiency of pushing work down to most cost-effective timekeepers | | | 2.80 | 695.00 | $1,946.00 |
| 10/03 | AALB | Analyze docket, pleadings, hearing transcript relating to contested discovery issues and entry of order reopening discovery, requiring second deposition of previously-deposed witness, and deposition of additional witness | | | 3.40 | 695.00 | $2,363.00 |
| 10/04 | AALB | Draft declaration setting forth expert opinion with respect to reasonableness of attorneys' fees sought, applying Johnson-Barber factors to assess reasonableness of total hours expended, rates charged for purposes of motion, allocation of tasks among timekeepers of differing levels of experience and substantive expertise, billing practices, results achieved | | | 4.90 | 695.00 | $3,405.50 |
| 10/04 | AALB | Detailed review of reported cases awarding fees in Norfolk and Newport News Divisions of Court in cases of comparable complexity, and prepare estimate of present value of rates awarded in cases more than five years ago based on average growth in rates among large law firms | | | 3.80 | 695.00 | $2,641.00 |
| 10/05 | AALB | Revise and finalize declaration setting out expert opinion as to reasonableness of fee request | | | 0.90 | 695.00 | $625.50 |

Total Fees   $10,981.00

### Expenses

AALB

| Date | Description | Total |
|------|-------------|-------|
| | | Total Expenses $0.00 |

### Summary

| Tmkpr | Name | Title | Hrs | Rate | Total |
|-------|------|-------|-----|------|-------|
| AALB | Albert, Alan | Of Counsel | 15.80 | 695.00 | $10,981.00 |
| | | Total | 15.80 | | $10,981.00 |

**Total Due this invoice**     **$10,981.00**

**Past Due Balance**     **$0.00**

**Total Outstanding**     **$10,981.00**

**Please reference Invoice Number(s)  and our File No. on remittance.**
**PAYMENT IS DUE UPON RECEIPT**
**Make check payable to O'Hagan Meyer PLLC**
**Remit to Accounts Receivable**
**O'Hagan Meyer PLLC**
**1 East Wacker Drive, Suite 3400**
**Chicago, IL 60601**