## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | No. 2:18-cv-530-MSD-LRL |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

### NORFOLK SOUTHERN RAILWAY COMPANY'S
### MOTION FOR LEAVE TO FILE SURREPLY
### IN OPPOSITION TO CSXT'S MOTION FOR ATTORNEYS' FEES

Pursuant to E.D. Va. Loc. Civ. R. 7(F)(1), of the Local Rules of the U.S. District Court for the Eastern District of Virginia, Defendant Norfolk Southern Railway Company ("NSR"), by counsel, hereby submits its Motion for Leave to File Surreply in opposition to Plaintiff CSX Transportation, Inc.'s ("CSXT") Motion for Attorneys' Fees.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of this Motion for Leave to File Surreply ("Memorandum"), NSR respectfully requests the Court enter an order granting it leave to file the Proposed Surreply attached as Exhibit A to the Memorandum.

Date: October 28, 2020

Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ Alan D. Wingfield
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: Kathleen.knudsen@troutman.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
Telephone: (703) 592-1155
Facsimile: (703) 230-9859
Email: mmccarroll@redgravellp.com

Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com
*Counsel for Defendant Norfolk Southern Railway Company*