**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **CSX TRANSPORTATION, INC.,**<br>**Individually and on behalf of NORFOLK**<br>**& PORTSMOUTH BELT LINE RAILROAD**<br>**COMPANY**<br><br>          **Plaintiff,**<br><br>**v.**<br><br>**NORFOLK SOUTHERN RAILWAY**<br>**COMPANY, et al.,**<br><br>          **Defendants.** | ) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )   **CIVIL ACTION NO. 2:18-cv-530**<br>) )<br>) )<br>) )<br>) )<br>) )<br>) ) |

## ORDER

Before the Court is a Joint Motion for Entry of Deposition Protocol. ECF No. 259. The parties have submitted competing stipulations to the Court for the "Agreed Protocol for Remote Videoconference Depositions". *Id.* attach 1–3. The parties disagree with respect to paragraph 1, "Remote Depositions", and paragraph 6, "Attendees" at remote depositions. In the interest of fairness and equity, the Court adopts Plaintiff's position regarding paragraph 1 and Defendants' position regarding paragraph 6.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

LAWRENCE R. LEONARD
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
November 17, 2020