IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., Individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION NO. 2:18-cv-530 |

## ORDER

Before the Court is Defendant Norfolk Southern Railway Company's ("NSR") Motion for Leave to File a Sur-Reply in Opposition to CSXT's Motion for Attorneys' Fees ("Motion for Leave to File Sur-Reply"), ECF No. 257, and accompanying memorandum with the proposed sur-reply, ECF No. 258. Plaintiff filed a response to Defendant's Motion, ECF No. 260, and NSR filed a Reply thereto, ECF No. 262. CSXT does not oppose NSR's motion. Therefore, for good cause shown, NSR's Motion for Leave to File a Sur-Reply is **GRANTED**. The Clerk is **DIRECTED** to file the Proposed Sur-Reply, attachment 1 to ECF No. 258, and forward a copy all counsel of record.

IT IS SO ORDERED.

/s/ Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
November 24, 2020