IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
**individually and on behalf of**
**NORFOLK & PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

**Plaintiff,**

v.                                         Civil Action No. 2:18-cv-530-RAJ-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY,**
**et al.,**

**Defendants.**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander R. McDaniel, an attorney with the firm of Crenshaw, Ware and Martin, P.L.C., and a member in good standing of the United States District Court for the Eastern District of Virginia and the bar of the Supreme Court of Virginia, will appear as counsel for defendant Norfolk and Portsmouth Belt Line Railroad Company in this matter.

Dated: December 29, 2020          /s/ Alexander R. McDaniel
                                  Alexander R. McDaniel, VSB No. 92398
                                  CRENSHAW, WARE & MARTIN, P.L.C.
                                  150 W. Main Street, Suite 1500
                                  Norfolk, Virginia 23510
                                  Telephone: (757) 623-3000
                                  Facsimile: (757) 623-5735
                                  amcdaniel@cwm-law.com
                                  *Attorney for Norfolk and Portsmouth Belt*
                                  *Line Railroad Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, and that the foregoing was sent to the following counsel of record by Electronic Mail.

Robert W. McFarland, VSB No. 24021
Benjamin L. Hatch, VSB No. 70116
V. Kathleen Dougherty, VSB No. 77294
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
vkdougherty@mcguirewoods.com
*Attorneys for Plaintiff CSX Transportation, Inc.*

John C. Lynch, VSB No. 39267
Kathleen M. Knudsen, VSB No. 90845
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
john.lynch@troutmansanders.com
kathleen.knudsen@troutmansanders.com
*Attorneys for Norfolk Southern Railway Company*

J. Brent Justus, VSB No. 45525
Ashley P. Peterson, VSB No. 87904
MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219-3916
bjustus@mcguirewoods.com
apeterson@mcguirewoods.com
*Attorneys for Plaintiff CSX Transportation, Inc.*

Monica McCarroll, VSB No. 45622
RedGrave LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
Telephone: (703) 592-1154
MMcCarroll@redgravellp.com
*Attorney for Norfolk Southern Railway Company*

Alan D. Wingfield, VSB No. 27489
Michael E. Lacy, VSB No. 48477
Massie P. Cooper, VSB No. 82510
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Alan.wingfield@troutmansanders.com
Michael.lacy@troutmansanders.com
Massie.cooper@troutmansanders.com
*Attorneys for Norfolk Southern Railway Company*

Tara L. Reinhart, Esquire
John R. Thornburgh II, Esquire
Thomas R. Gentry, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com
*Attorneys for Norfolk Southern Railway Company*

                    */s/ Alexander R. McDaniel*