# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 2:18-cv-530 |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) ) ) | |

## **DEFENDANTS' JOINT MOTION TO COMPEL DEPOSITIONS OF CSXT WITNESSES**

NOW COME Defendants Norfolk & Portsmouth Belt Line Railroad Company ("NPBL") and Norfolk Southern Railway Company ("NSR") (collectively, "Defendants"), by counsel, and pursuant to Federal Rules of Civil Procedure 16 and 37(a) and Local Civil Rules 16 and 37, hereby move this Court for an Order compelling Plaintiff CSX Transportation, Inc. ("CSXT") to produce for limited depositions 1) Steven Armbrust, in-house counsel for CSXT and director of NPBL from March 2010 to June 2015, and 2) Michael Burns, Vice President and General Counsel for CSXT and director of NPBL from April 2018 to December 2019.  Defendants seek leave to extend the discovery period to accommodate these depositions.  In support of this Motion, Defendants refer this Court to their Memorandum in Support, filed contemporaneously with this Motion.

In accordance with Local Rule 37(E), Defendants have made a good faith effort to resolve the issues raised in this Motion.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of this Joint Motion to Compel, Defendants respectfully request the Court order CSXT to produce Steven Armbrust and Michael Burns for depositions.

Dated: January 21, 2021  Respectfully submitted,

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY and NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ *W. Ryan Snow*
James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Darius K. Davenport, Esq.
David C. Hartnett, Esq.
Alexander R. McDaniel, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: wrsnow@cwm-law.com
Email: ddavenport@cwm-law.com
Email: dhartnett@cwm-law.com
Email: amcdaniel@cwm-law.com

*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

/s/ *Alan D. Wingfield*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com

2

Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
Telephone: (703) 592-1154
Facsimile: (703) 230-9859
Email: MMcCarroll@redgravellp.com

Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

*Attorneys for Norfolk Southern Railway Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

>Robert W. McFarland, Esq.
>Benjamin L. Hatch, Esq.
>V. Kathleen Dougherty, Esq.
>McGuireWoods LLP
>World Trade Center
>101 West Main Street, Suite 9000
>Norfolk, Virginia 23510-1655
>Telephone: (757) 640-3716
>Facsimile: (757) 640-3930
>Email: rmcfarland@mcguirewoods.com
>Email: bhatch@mcguirewoods.com
>Email: vkdougherty@mcguirewoods.com
>
>J. Brent Justus, Esq.
>Ashley P. Peterson, Esq.
>McGuire Woods LLP
>800 East Canal Street
>Richmond, Virginia 23219-3916
>Email: bjustus@mcguirewoods.com
>apeterson@mcguirewoods.com
>
>*Attorneys for CSX Transportation, Inc.*

>/s/    *Alan D. Wingfield*
>Alan D. Wingfield (VSB No. 27489)
>Michael E. Lacy (VSB No. 48477)
>Massie P. Cooper (VSB No. 82510)
>TROUTMAN PEPPER HAMILTON SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone: (804) 697-1200
>Facsimile: (804) 698-6061
>Email: alan.wingfield@troutman.com
>Email: michael.lacy@troutman.com
>Email: massie.cooper@troutman.com
>
>*Attorneys for Norfolk Southern Railway Company*

4