# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 2:18-cv-530 |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) ) ) | |

## ORDER

This matter comes before the Court pursuant to Federal Rules of Civil Procedure 16 and 37(a), Local Civil Rules 16 and 37, and Defendants Norfolk & Portsmouth Belt Line Railroad Company ("NPBL") and Norfolk Southern Railway Company's ("NSR's") (collectively, "Defendants") Joint Motion to Compel Depositions of CSXT Witnesses. Following CSXT's production of documents, which were unavailable to Defendants during the depositions of CSXT witnesses Michael Burns and Steven Armbrust, Defendants seek to extend the discovery cutoff of January 20, 2021, and take limited depositions of these witnesses regarding the lately produced documents. The Court has reviewed Defendants' Memorandum in Support of their Joint Motion to Compel, CSXT's response, and Defendants' Reply in Support of their Joint Motion to Compel.

Based on the Court's review of the foregoing, the Court **GRANTS** Defendants' Joint Motion to Compel Depositions of CSXT Witnesses.

Accordingly, the Court **ORDERS** that CSXT promptly produce Michael Burns and Steven

- 2 -

Armbrust within 14 days for depositions limited to questioning on the lately produced documents referenced in Defendants' Memorandum in Support of their Joint Motion to Compel.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

Norfolk, Virginia

Date: _____

Lawrence R. Leonard
United States Magistrate Judge