# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**CSX TRANSPORTATION, INC.,**
individually and on behalf of
**NORFOLK AND PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

           **Plaintiff,**

v.    Civil Action No. 2:18-cv-530-MSD-LRL

**NORFOLK SOUTHERN RAILWAY COMPANY** *et al.*,

           **Defendants.**

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S**
**FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line"), by counsel, pursuant to Rule 34 of the Federal Rules of Civil Procedure, requests that plaintiff CSX Transportation, Inc. ("CSXT"), produce the following documents in the offices of Crenshaw, Ware & Martin, P.L.C., 150 W. Main Street, Suite 1500, Norfolk, Virginia 23510 within thirty (30) days of service.

**DEFINITIONS AND INSTRUCTIONS**

1. "Document" or "documents" shall include and mean, without limitation, any written record or graphic matter whatsoever, including all drafts and electronic versions.

2. "Communication" or "communications" shall include and mean, without limitation, documents evidencing conversations, meetings, or any oral or written exchanges.

3. "Person" or "persons" shall include and mean, without limitation, all individuals, business entities, subsidiaries, predecessors-in-interest, trusts, departments, divisions, affiliates, agencies, and boards.

4. "Representative" or "representatives" shall include and mean, without limitation, all officers, directors, agents, servants, employees, partners, attorneys, experts and consultants.

19. All documents in effect after January 1, 2007, relating to instructions by CSXT to any members of the Belt Line's Board of Directors on how to vote at meetings.

**RESPONSE:**

20. All documents related to financial studies and/or analyses for CSXT to acquire rail access to NIT by any means, including but not limited to the acquisition of trackage rights or the acquisition of rights of way.

**RESPONSE:**

21. All documents related to operational studies and/or analyses for CSXT to acquire rail access to NIT by any means, including but not limited to the acquisition of trackage rights or the acquisition of rights of way.

**RESPONSE:**

22. All documents related to financial studies and/or analyses for alternative methods for CSXT to move intermodal freight to NIT besides rail.

**RESPONSE:**

23. All documents related to operational studies and/or analyses for alternative methods for CSXT to move intermodal freight to NIT besides rail.

**RESPONSE:**