# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*,<br><br>*Defendants*. | Case No. 2:18-cv-530 |

## NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL

This serves as notice, pursuant to Local Rule 5(C), that Defendants Norfolk & Portsmouth Belt Line Railroad Company ("NPBL") and Norfolk Southern Railway Company ("NSR") (collectively, "Defendants") have moved the Court to seal from public disclosure the following documents: Defendants' unredacted Memorandum in Support of Joint Motion to Compel Depositions of CSXT Witnesses ("Joint Motion to Compel") and Exhibits A, B, C, F, G, H, I, J, and M to Defendants' Memorandum in Support of Joint Motion to Compel.

These documents have been designated "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Plaintiff CSX Transportation, Inc. ("CSXT") and contain highly confidential and sensitive information relating to CSXT's transportation and shipping practices, business strategy, internal communications, and other highly confidential, proprietary, and sensitive business information, release of which would harm CSXT.

Any party or non-party may submit memoranda in support of or in opposition to this Motion within seven (7) days, designating all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memoranda will be treated as sealed pending a determination by the Court on the Motion to Seal. Any person objecting to this Motion must file an objection with the Clerk within seven (7) days after the filing of this Motion. If no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

Dated: January 21, 2021

Respectfully submitted,

**NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY and NORFOLK SOUTHERN RAILWAY COMPANY**

/s/   W. Ryan Snow
James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Darius K. Davenport, Esq.
David C. Hartnett, Esq.
Alexander R. McDaniel, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: wrsnow@cwm-law.com
Email: ddavenport@cwm-law.com
Email: dhartnett@cwm-law.com
Email: amcdaniel@cwm-law.com

*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

/s/   Alan D. Wingfield
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)

2

>TROUTMAN PEPPER HAMILTON SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone: (804) 697-1200
>Facsimile: (804) 698-6061
>Email: alan.wingfield@troutman.com
>Email: michael.lacy@troutman.com
>Email: massie.cooper@troutman.com
>
>John C. Lynch (VSB No. 39267)
>Kathleen M. Knudsen (VSB No. 90845)
>TROUTMAN PEPPER HAMILTON SANDERS LLP
>222 Central Park Avenue, Suite 2000
>Virginia Beach, VA 23462
>Telephone: (757) 687-7759
>Facsimile: (757) 687-7510
>Email: john.lynch@troutman.com
>Email: kathleen.knudsen@troutman.com
>
>Monica McCarroll (VSB No. 45622)
>REDGRAVE LLP
>14555 Avion Parkway, Suite 275
>Chantilly, Virginia 20151
>Telephone: (703) 592-1154
>Facsimile: (703) 230-9859
>Email: MMcCarroll@redgravellp.com
>
>Tara L. Reinhart
>John R. Thornburgh II
>Thomas R. Gentry
>SKADDEN, ARPS, SLATE,
>MEAGHER & FLOM LLP
>1440 New York Avenue, N.W.
>Washington, DC 20005
>Telephone: (202) 371-7000
>tara.reinhart@skadden.com
>john.thornburgh@skadden.com
>thomas.gentry@skadden.com
>
>*Attorneys for Norfolk Southern Railway Company*

3

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 21, 2021, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

> Robert W. McFarland, Esq.
> Benjamin L. Hatch, Esq.
> V. Kathleen Dougherty, Esq.
> McGuireWoods LLP
> World Trade Center
> 101 West Main Street, Suite 9000
> Norfolk, Virginia 23510-1655
> Telephone: (757) 640-3716
> Facsimile: (757) 640-3930
> Email: rmcfarland@mcguirewoods.com
> Email: bhatch@mcguirewoods.com
> Email: vkdougherty@mcguirewoods.com
>
> J. Brent Justus, Esq.
> Ashley P. Peterson, Esq.
> McGuire Woods LLP
> 800 East Canal Street
> Richmond, Virginia 23219-3916
> Email: bjustus@mcguirewoods.com
> apeterson@mcguirewoods.com
>
> *Attorneys for CSX Transportation, Inc.*
>
>
> /s/ *Alan D. Wingfield*
> Alan D. Wingfield (VSB No. 27489)
> Michael E. Lacy (VSB No. 48477)
> Massie P. Cooper (VSB No. 82510)
> TROUTMAN PEPPER HAMILTON SANDERS LLP
> 1001 Haxall Point
> Richmond, Virginia 23219
> Telephone: (804) 697-1200
> Facsimile: (804) 698-6061
> Email: alan.wingfield@troutman.com
> Email: michael.lacy@troutman.com
> Email: massie.cooper@troutman.com
>
> *Attorneys for Norfolk Southern Railway Company*