# Exhibit A

| | |
|---|---|
| **From:** | Peterson, Ashley P. |
| **To:** | Thornburgh II, John R; Wingfield, Alan D.; Lynch, John C.; W. Ryan Snow; Cooper, Massie P.; mmccarroll@redgravellp.com; Gentry, Thomas R; Reinhart, Tara L; James Chapman; David Hartnett; Stephanie Hunter; Knudsen, Kathleen M. |
| **Cc:** | Hatch, Benjamin L.; McFarland, Robert W.; Justus, J. Brent; Dougherty, V. Kathleen; Gollogly, Krystal Lynne |
| **Subject:** | RE: CSXT v. NS and NPBL: Board Training Manual |
| **Date:** | Monday, December 7, 2020 7:39:00 PM |

Ryan,

The document referenced in your email below may be downloaded at the following link:

https://mcguirewoods.sharefile.com/d-s965d1f4465154c2d96174eb7f4415492

A password to access the encrypted file will be sent separately.

Best regards,
Ashley

**Ashley P. Peterson**
Associate
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:   +1 804 775 1190
M: +1 804 201 6953
apeterson@mcguirewoods.com

Bio | VCard | www.mcguirewoods.com



**From:** Hatch, Benjamin L. <BHatch@mcguirewoods.com>
**Sent:** Friday, December 4, 2020 3:13 PM
**To:** W. Ryan Snow <wrsnow@cwm-law.com>
**Cc:** Lynch, John C. <john.lynch@troutman.com>; James Chapman <jchapman@cwm-law.com>; Stephanie Hunter <shunter@cwm-law.com>; Peterson, Ashley P. <APeterson@mcguirewoods.com>
**Subject:** RE: CSXT v. NS and NPBL: Board Training Manual

Ryan,

I believe we've identified the document that Mr. Burns referenced and you requested below.  We should be on track to produce it to you this coming Monday.  I trust that timing works for you, but please let me know if you have any questions.  Otherwise I hope you have a great weekend.

Ben

**From:** W. Ryan Snow <wrsnow@cwm-law.com>
**Sent:** Thursday, December 3, 2020 3:12 PM
**To:** Hatch, Benjamin L. <BHatch@mcguirewoods.com>
**Cc:** Lynch, John C. <john.lynch@troutman.com>; James Chapman <jchapman@cwm-law.com>; Stephanie Hunter <shunter@cwm-law.com>
**Subject:** CSXT v. NS and NPBL: Board Training Manual

**EXTERNAL EMAIL; use caution with links and attachments**

Ben,

To confirm our discussion during the deposition today, this is to request a copy of the Board Training Manual that Mr. Burns reviewed before joining the Belt Line board. I would appreciate if it can be sent electronically as soon as possible. As I said, I believe this is fairly covered by our previous requests, but if you require something more formal, please let me know today. Thanks.

Ryan

### W. Ryan Snow, Esquire

**CRENSHAW, WARE & MARTIN, P.L.C.**
150 W. Main Street, Suite 1500
Norfolk, VA  23510
T (757) 623-3000 | F (757) 623-5735
E-mail:  wrsnow@cwm-law.com

Bio | Firm Website | Best Lawyers | Martindale-Hubbell | Super Lawyers | Virginia Business Legal Elite

This communication is intended only for the recipient(s) named above and may be privileged or confidential.  If you are not the intended recipient, any disclosure, distribution or other use is prohibited.  If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return e-mail to wrsnow@cwm-law.com.

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*