# Exhibit F

| | |
|---|---|
| **From:** | Wingfield, Alan D. |
| **To:** | McFarland, Robert W. |
| **Cc:** | Lacy, Michael E.; Lynch, John C.; Knudsen, Kathleen M.; Cooper, Massie P.; mmccarroll@redgravellp.com; john.thornburgh@skadden.com; tara.reinhart@skadden.com; thomas.gentry@skadden.com; christopher.herlihy@skadden.com; James Chapman; W. Ryan Snow; ddavenport@cwm-law.com; Hatch, Benjamin L.; Justus, J. Brent; Stephanie Hunter; Armond Joyner; Stone, Jana K.; Peterson, Ashley P.; Dougherty, V. Kathleen |
| **Subject:** | CSX Transportation, Inc. v. Norfolk Southern Railway Company, et al. - Discovery Matters |
| **Date:** | Monday, January 11, 2021 7:24:50 PM |

**\*\*EXTERNAL EMAIL; use caution wi h links and attachments\*\***

Counsel –

NSR offers depositions of Mr. Luebbers and Mr. McClellan limited to the supplemental production made on November 30, 2020. NSR does not agree to pay fees. Please propose dates. CSXT can pursue fees/costs if it so chooses.

NSR agrees that the meet and confer as to its request to re-open depositions of Mr. Armbrust and Mr. Burns limited to CSXT's recent supplemental production of the Reference Guide for Affiliate Board Service and to documents from the Board "portal" (including the two documents reference in your January 7, 2021 letter) is at an impasse.

NSR will pursue its discovery on the topics covered by the recently issued written discovery through the Rule 30(b)(6) deposition, and will withdraw its written discovery.

Regards,

Alan

## Alan D. Wingfield
**Partner**

**troutman pepper**
Direct: 804.697.1350 | Internal: 15-1350
alan.wingfield@troutman.com

---

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.