# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, <br><br> *Plaintiff*, <br><br> v. <br><br> NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, <br><br> *Defendants*. | Case No. 2:18-cv-530 |

## DEFENDANTS' JOINT MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Civil Rule 5(C), Defendants Norfolk & Portsmouth Belt Line Railroad Company ("NPBL") and Norfolk Southern Railway Company ("NSR") (collectively, "Defendants"), by counsel, move the Court for an order sealing Defendants' unredacted Reply in Support of Joint Motion to Compel Depositions of CSXT Witnesses ("Reply in Support of Joint Motion to Compel"), together with Exhibits A and C to Defendants' Reply in Support of Joint Motion to Compel. In support of this Motion, Defendants submit contemporaneously a nonconfidential Reply in Support of Motion to File Documents Under Seal. Defendants have also filed herewith a Notice of Filing Sealing Motion as required by Local Rule 5(C). Defendants waive oral argument on this motion. A proposed order granting the requested relief is attached as **Exhibit A**.

Dated: February 10, 2021

Respectfully submitted,

**NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY and NORFOLK SOUTHERN RAILWAY COMPANY**

/s/    *W. Ryan Snow*
James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Darius K. Davenport, Esq.
David C. Hartnett, Esq.
Alexander R. McDaniel, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: wrsnow@cwm-law.com
Email: ddavenport@cwm-law.com
Email: dhartnett@cwm-law.com
Email: amcdaniel@cwm-law.com

*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*


/s/    *Alan D. Wingfield*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462

Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
Telephone: (703) 592-1154
Facsimile: (703) 230-9859
Email: MMcCarroll@redgravellp.com

Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

*Attorneys for Norfolk Southern Railway Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2021, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

>Robert W. McFarland, Esq.
>Benjamin L. Hatch, Esq.
>V. Kathleen Dougherty, Esq.
>McGuireWoods LLP
>World Trade Center
>101 West Main Street, Suite 9000
>Norfolk, Virginia 23510-1655
>Telephone: (757) 640-3716
>Facsimile: (757) 640-3930
>Email: rmcfarland@mcguirewoods.com
>Email: bhatch@mcguirewoods.com
>Email: vkdougherty@mcguirewoods.com
>
>J. Brent Justus, Esq.
>Ashley P. Peterson, Esq.
>McGuire Woods LLP
>800 East Canal Street
>Richmond, Virginia 23219-3916
>Email: bjustus@mcguirewoods.com
>apeterson@mcguirewoods.com
>
>*Attorneys for CSX Transportation, Inc.*
>
>/s/   *Alan D. Wingfield*
>Alan D. Wingfield (VSB No. 27489)
>Michael E. Lacy (VSB No. 48477)
>Massie P. Cooper (VSB No. 82510)
>TROUTMAN PEPPER HAMILTON SANDERS, LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone: (804) 697-1200
>Facsimile: (804) 698-6061
>Email: alan.wingfield@troutman.com
>Email: michael.lacy@troutman.com
>Email: massie.cooper@troutman.com
>
>*Attorneys for Norfolk Southern Railway Company*

4