# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY<br><br>        Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No.:  2:18cv530<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WAIVER OF HEARING AND REQUEST FOR EXPEDITED RULING

Defendants Norfolk and Portsmouth Belt Line Railroad Company ("NPBL") and Norfolk Southern Railway Company ("NSR"), by counsel, pursuant to Local Civil Rule 7(E), hereby gives notice that it waives oral argument on its Joint Motion to Exceed Page Limitations Contained in Local Civil Rule 7 (the "Joint Motion") (*see* ECF No. 289).

NSR also respectfully requests an expedited ruling on the Joint Motion. Defendants' deadline to file their Motions for Summary Judgment is April 12, 2021. The Joint Motion will be mooted if the Defendants are forced to file their Motions for Summary Judgment without a ruling from the Court.

Dated: March 26, 2021                    Respectfully submitted,
                                                          NORFOLK AND PORTSMOUTH BELT LINE
                                                          RAILROAD COMPANY and NORFOLK
                                                          SOUTHERN RAILWAY COMPANY

                                                          /s/ *W. Ryan Snow*
                                                          James L. Chapman, IV, Esq.
                                                          W. Ryan Snow, Esq.
                                                          Darius K. Davenport, Esq.
                                                          David C. Hartnett, Esq.

Alexander R. McDaniel, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: wrsnow@cwm-law.com
Email: ddavenport@cwm-law.com
Email: dhartnett@cwm-law.com
Email: amcdaniel@cwm-law.com

*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*


/s/ *Alan D. Wingfield*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
Telephone: (703) 592-1154
Facsimile: (703) 230-9859
Email: MMcCarroll@redgravellp.com

2

                                                Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

*Attorneys for Norfolk Southern Railway Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

/s/   *Alan D. Wingfield*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

*Attorneys for Norfolk Southern Railway Company*

110835263