<u>Action Item 4</u>

NPB 8100-J
Cancels
NPB 8100-I

**NORFOLK AND PORTSMOUTH BELT LINE**

**RAILROAD COMPANY**

TARIFF NPB 8100-J

CANCELS

TARIFF NPB 8100-I

SWITCHING CHARGES
ALSO
CHARGES FOR MOVEMENT INVOLVING
WEIGHING AND RE-WEIGHING LIGHT OR LOADED CARS
AND
CHARGES FOR SPECIAL SERVICE OF ENGINE AND TRAIN CREW
AT
CHESAPEAKE, NORFOLK AND PORTSMOUTH, VA
AND VICINITY

ISSUED **December 10, 2014**                                    EFFECTIVE **February 1, 2015**

ISSUED BY

NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY
1340 Truxton St
Chesapeake, VA 23324



EXHIBIT 2

1

**TARIFF NPB 8100-J**

**RULES AND OTHER GOVERNING PROVISIONS**
**GENERAL RULES AND REGULATIONS**

RULE 1 -- Following is list of Railroads connecting with Norfolk and Portsmouth Belt Line Railroad Company:

CSX Transportation, Inc.
Norfolk Southern Railway Company
Bay Coast Railroad

RULE 2 -- Switching charges named herein will include the placement of an empty car to be loaded, and return of the same car loaded, or the placement of a loaded car and the return of the same car empty.

RULE 3 -- Except as otherwise provided in this Tariff, the rates per loaded car published in this Tariff will also apply on empty cars, new or old, moving on revenue billing.

RULE 4 -- Settlement for detoured trains will be made in accordance with rules of Detour Agreement adopted by the Association of American Railroads for Detouring Trains.

RULE 5 -- If an empty car is ordered for loading and if the service of switching or placing it has been performed and the car is not loaded for movement over this railroad, the switching charge for a loaded car as shown in Item 60, will be collected from the person, firm or corporation ordering such car. Not applicable in connection with empty cars refused or rejected by shipper account defective or unfit for loading.

RULE 6 -- Charges published herein apply to or from sidings and industries served directly by the rails of the Norfolk and Portsmouth Belt Line Railroad Company, also to or from sidings and industries reached by the Norfolk and Portsmouth Belt Line Railroad Company under operating agreements with other railroads.

RULE 7 -- DEMURRAGE RATES AND REGULATIONS -- All cars handled under this Tariff will be subject to the established car demurrage rules and charges as published in Tariff NPB 6004 Series or successive issues thereof.

RULE 8 -- APPLICATION OF SHIPMENTS LOADED IN ARTICULATED CARS -- When shipments are loaded in so-called articulated cars (two or more car units permanently or temporarily joined together), the switching charges published in this Tariff will apply separately to each unit of the articulated equipment.

ITEM 10                             REFERENCE TO TARIFFS, ITEMS, NOTES, RULES, ETC.

(A) Where reference is made in this tariff to tariffs, items, notes, rules, etc., such references are continuous and include supplements to and successive issues of such tariffs and reissues of such items, notes, rules, etc.

ITEM 20                                          CONSECUTIVE NUMBERS

Where consecutive numbers are represented in this tariff by the first and last numbers connected by the word "to" or a hyphen they will be understood to include both of the numbers shown. If the first number only bears a reference mark, such reference mark also applies to the last number shown and to all numbers between the first and last numbers.

ITEM 30                                    METHOD OF CANCELLING ITEMS

As this tariff is supplemented, numbered items with letter suffixes will be used in alphabetical sequence starting with A. Example: Item 445-A cancels Item 445, and Item 365-B cancels Item 365-A in a prior supplement, which in turn cancelled Item 365.

NPBL000221

**TARIFF NPB 8100-J**

**RULES AND OTHER GOVERNING PROVISIONS**
**GENERAL RULES AND REGULATIONS**

ITEM 40               PENALTY CHARGE FOR UNAUTHORIZED APPROPRIATION OF
                      RAILROAD-OWNED CARS FOR NON-REVENUE MOVEMENTS

When a railroad-owned car is appropriated for the non-revenue movement of freight without a specific prior authorization from NPB, a penalty charge of $430.00 per car per movement will be assessed against the party appropriating such car. Such charge will be in addition to all other charges applicable to such car (See Note 1).

The payment of demurrage, detention, car storage or switching charges does not permit the unauthorized use or additional loading of empty or loaded cars which have been placed by this railroad for loading or unloading (See Note 2).

NOTE 1. This penalty charge does not apply to intraplant movements by other than railroad-owned power which are necessary to facilitate the loading or unloading of railroad-owned cars in connection with immediately prior or subsequent revenue movements, either switching or line-haul.

NOTE 2. Unauthorized use of a railroad-owned car refers to the unauthorized movement of a car by other than railroad-owned power beyond the confines of the industry where car was originally placed by this railroad for loading or unloading.

ITEM 50               CARS MOVED FROM LOADING TRACKS WITHOUT BILLING AND HELD
                      ON CARRIER'S HOLD TRACKS AWAITING BILLING INSTRUCTIONS

Except as otherwise provided for in this tariff, when on shipper's order, cars are moved by carrier from industry or team tracks without billing and held on carrier's tracks awaiting forwarding instructions as defined in Item 200, Part 11. Tariff NPB 6004-Series, a charge of $52.00 per car will be assessed against the party responsible for furnishing such forwarding directions and the cars will remain on continuous demurrage or detention (See Note) in the demurrage account of the party in whose name the car was ordered until such forwarding directions are received by carrier's agent. (See  Exception).

On car or cars removed from industry or team tracks on shipper's order and held awaiting billing instructions on carrier tracks and such car or cars are ordered back to the original industry or team tracks, the hold for disposition charge of $52.00 per car will be assessed for switch movement to the hold point on NPBL and a switching charge of $220.00 per car will be assessed for movement from hold point on NPBL back to original industry or team tracks. Provided that such move is inter-terminal, the applicable inter-terminal switching charge will apply in each direction in addition to the holding charge of $52.00. In all cases of hold for disposition, cars will remain on continuous demurrage.

EXCEPTION  -- The charge of $52.00 per car will not apply when carrier's agent receives forwarding directions by noon of the day following performance of the service excluding Saturdays, Sundays and Holidays as defined in Item 200, Part 11, Tariff NPB 6004-Series.

3

**TARRIFF NPB 8100-J**

**SWITCHING CHARGES OF THE
NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

**ITEM 60**                                     **INTRA-TERMINAL SWITCHING**

<u>CHARGE PER CAR</u>

A. Except as provided in Paragraph B, between industries, sidings or tracks located on or served by Norfolk and Portsmouth Belt Line Railroad Company ..................... $331.00

B. Cars switched between private sidings and leased storage tracks served by Norfolk and Portsmouth Belt Line Railroad ......................................................... $295.00

**ITEM 70**                                     **LINE HAUL SWITCHING**

<u>CHARGE PER CAR</u>

Between industries or sidings located on or served by Norfolk and Portsmouth Belt Line Railroad Company and interchange tracks with connecting lines on Shipments originating at or destined to points located beyond yard or switching Limits of connecting lines:

A. <u>Applicable on all commodities</u> ................................................................................ $210.00

_____

**ITEM 80**                                     **INTER-TERMINAL SWITCHING**

<u>CHARGE PER CAR</u>

Between industries or sidings located on or served by Norfolk and Portsmouth Belt Line Railroad Company and interchange tracks with connecting lines within yard or Switching limits of connecting lines: ....................................................................... $262.00

**ITEM 90**                                     **INTERMEDIATE SWITCHING**

<u>CHARGE PER CAR</u>

Between interchange tracks with connecting lines:

(a) <u>Applicable on all commodities</u>............................................................................ $155.00

**TARIFF NPB 8100-J**

**SWITCHING CHARGES OF THE
NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

**SWITCHING CHARGES, ALSO
CHARGES FOR WEIGHING AND RE-WEIGHING LIGHT AND LOADED CARS
CHARGES FOR SPECIAL SERVICE OF ENGINE AND TRAIN CREW
NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

**ITEM 100**     **MOVEMENT INVOLVING WEIGHING**
(See Note A below)

<u>CHARGE PER CAR</u>

(A) <u>Weighing cars on private scales located at the industry:</u>

When weighed before or after placement, or outbound cars before removal fron Industry track ............................................................................................................... $50.00

(B) <u>Weighing cars on other private scales (See Note B below):</u>

For weighing inbound or outbound loaded cars, when so requested before Actual placement or interchange ………………………………………….……………… $100.00

NOTE A -- Charges shown in this item are for handling of car incidental to weighing and are in addition to switching charges herein for the required handling.
Norfolk and Portsmouth Belt Line Railroad Company does not own or operate track scales.

NOTE B -- Those desiring the weighing on private scales must make their own arrangements with the owners of the scales for their use.

**ITEM 110**     **<u>SWITCHING CHARGE ON CARS RECEIVED IN ERROR
OR NO FORWARDING DIRECTIONS</u>**

<u>CHARGE PER CAR</u>

Cars received by Norfolk and Portsmouth Belt Line Railroad Company, in error or without necessary forwarding directions, will be handled in accordance with AAR Car Service Rule 7.

If cars are returned to the tendering carrier, forwarded to the proper carrier, or require holding, Norfolk and Portsmouth Belt Line Railroad Company may assess the tendering carrier ........................................................... $262.00

**ITEM 120**     **<u>LOCOMOTIVES, STEAM SHOVELS, BONDING CARS, DERRICKS
ON CRANES, DEAD ON OWN WHEELS
LOCOMOTIVES, ON OWN WHEELS, UNDER STEAM IN CHARGE
OF PILOT. (See Note)</u>**

<u>CHARGE PER CAR</u>

When handled between interchange tracks and/or industries or sidings located on or served by the Norfolk & Portsmouth Belt Line Company............................................................. $264.00

NOTE -- Cost of Pilot when furnished by Norfolk and Portsmouth Belt Line Railroad Company will be in addition to the switching charge.

5

**TARIFF NPB 8100-J**

**SWITCHING CHARGES OF THE
NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

**SWITCHING CHARGES, ALSO
CHARGES FOR WEIGHING AND RE-WEIGHING LIGHT AND LOADED CARS
CHARGES FOR SPECIAL SERVICE OF ENGINE AND TRAIN CREW
NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

**ITEM 130**                              **INTRA-PLANT SWITCHING**

<u>CHARGE PER CAR</u>

(A). Except as provided in Paragraph B, for switching car between two points on same track or from one track to another track entirely within the confines of the same (single) plant or industry ..................................................... $133.00

(B). For switching car between two points on same track or from one track to another track entirely within the confines of the same (single) plant or industry when use of carrier rails is involved ....................................................................................... $223.00

**ITEM 140**              **SPECIAL SWITCHING SERVICE/SPECIAL TRAIN SERVICE**

A. For special switching service of engine and train crew, on request of industry, when regularly assigned on duty switch crew is requested(*See Notes*)................................... $350.00 (per hr)

*Note 1*. Special Switching service is defined as switching other than required by ordinary operating convenience.
*Note 2*. Special switching service will be provided subject to the availability of engine and crews and will be provided at the sole discretion of the NPBL.
*Note 3*. The charge for special service is per hour with a minimum of 2 hours and will be in addition to published tariff charges for cars switched.

B. For Special Train Service of engine and train crew, outside regular assigned duty, furnished an industry for its use. ....................................................................................... $3,500.00

*Note 1*. Charge will apply for a minimum of 8 hours or fraction thereof.
*Note 2*. An additional charge of $440.00 per hour or fraction thereof will apply for assignment of engine and crew beyond eight (8) hours, with a maximum of twelve (12) hours for each assignment.
*Note 3*. Charge will be computed from the time the crew starts duty at its home terminal until the crew ends duty at its home terminal.
*Note 4*. Special Train service will be provided subject to the availability of engine and crews and will be provided at the sole discretion and option of the NPBL.
*Note 5*. This charge will be in addition to published tariff charges for cars switched.

**TARIFF NPB 8100-J**

**SWITCHING CHARGES OF THE
NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

**ITEM 150**     **SWITCHING - TURNING OF CARS TO PERMIT LOADING AT STOP-OFF
POINTS OR UNLOADING AT STOP-OFF POINTS OR DESTINATIONS:**

1.   In instances where it is desired that freight in carloads be placed on delivery tracks for loading at stop-off points or unloading at stop-off points or destinations from one particular side or end of car, cars must be properly placarded on both sides and notation made on bill of lading and waybill substantially as follows:

**NOTICE TO CARRIER**

Deliver Car for loading or unloading from door or end specified by placard.

2.   On freight in carloads, not properly placarded on both sides of car to load or unload from one particular side or end of car, which shipper or consignee, after initial placement of car directs carrier to turn and return to the same track for loading or unloading from opposite side or end of car, the following shall apply:

**CHARGES**

(A)   If the car is turned at a "Y" or a turntable within the confines of an industry apply the intra-plant switching charge published in Item 130.

(B)    If the car is turned at a "Y" or a turntable outside the confines of the industry, apply intra-terminal switching charge published in Item 60.

NOTE I -- If Bill of Lading carries notation that car has been placarded, and placard has disappeared before placement, the charge named herein will not apply.

-THE END-

NPBL000226