Optional Services Catalog
# Customer Switching and Accessorial Services

## Charge Schedule

| | | |
|---|---|---|
| Item 6000 | Intra-Plant Switch | $268 |
| Item 6010 | Intra-Terminal Switch | $331 |
| Item 6210 | Diversion/Re-consignment | $365 |
| Item 6040 | Error Moves | $607 |
| Item 6050 | Car Released Without Bill of Lading | $548 |
| Item 6070 | Special Train Charges | $2,000 Minimum ($500/hr >4 Hours) |
| Item 6090 | Overload Charges | $607 |
| Item 6140 | Empty Cars Ordered But Not Loaded | $607 |
| Item 6150 | Cars Ordered and Cancelled While En route | $305 |
| Item 6160 | Cars Received and Refused Due to Improper Condition | $607 |
| Item 6170 | Empty/Loaded Cars Released But Not Available to Pull | $637 |
| Item 6180 | Empty/Loaded Cars Ordered In But Unable to Place | $637 |



a Genesee & Wyoming Company

## CWRY 7006-13

(Cancels all previous versions)

- **Customer Switching**
- **Billing Guarantee**
- **Timely Invoicing**

Our top priority is to provide safe, reliable transportation for our customers.  Part of that commitment is to maintain a fluid and adequate supply of rail cars and to ensure that all railcar assets, both railroad and privately-owned, are utilized as optimally as possible.

**www.gwrr.com**


EXHIBIT 10



## Billing Guarantees

As part of our efforts to streamline the billing process, we are committing to an expedited and simple billing process.

## Billing – On-Time

**We commit to bill you on time**
We will issue Customer Switching and Accessorial Services invoices monthly.

## Billing Disputes

**We commit to addressing disputed bills quickly**
If you believe that there has been a billing error, we want to make it right as quickly as possible.

To be eligible for a review, a claim must be submitted, in writing, within 30 days of the invoice date to:
SouthernDisputes@gwrr.com

Along with a brief description, your claim must include the car initial and number and the related invoice number.

*Any claim not filed within thirty (30) days from the date of the invoice will be declined.*

*Any non-disputed charges should be paid within 15 days of the date of the invoice.*

## Hours of Operation

The normal operating hours of the Commonwealth Railway, Inc. are Monday through Friday, 8:00 AM to 5:00 PM.

Please contact your local marketing representative if you have any questions concerning your business on the CWRY.

This document is subject to the terms, conditions and guidelines provided in the Southern Region General Tariff 1000.

The Southern Region General Tariff 1000 Section VI provides guidelines and provisions for switching and other accessorial charges. Please review these provisions as it applies to your business on the CWRY.

Any charges not covered on this CWRY 7006 are subject to rules and provisions found in the Southern Region General Tariff 1000 Series.

## Line Haul Switching Rates

CWRY will perform switching between warehouses, industries and wharves located on its line and points of interchange.

| Commodity | STCC | Per Car Rate |
|---|---|---|
| Stone/Aggregates (Private cars) | 14-219-XX | $290 |
| Stone/Aggregates (Railroad owned cars) | 14-219-XX | $348 |
| All Chemicals | 28-XXX-XX | $1,213 |
|  | 49-XXX-XX | $1,513 |
| All Other | XX-XXX-XX | $894 |

**These rates exclude TIH/PIH commodities and oversized dimensional movements.**

A charge of $210 per railcar well in each direction will be assessed to connecting rail carriers for all intermodal equipment loaded or empty handled by CWRY, delivered to or received by the CWRY as specified by the below.

- Marshalling Yard Interchange Sportsman BLVD Suffolk, VA to Virginia International Gateway Port of Virginia marine container terminal Portsmouth, VA = $210 per well.
- Virginia International Gateway Port of Virginia marine container terminal Portsmouth, VA to Marshalling Yard Interchange Sportsman Blvd Suffolk, VA = $210 per well.

# Optional Services Catalog
# Customer Switching and Accessorial Services

### Handling of Empty Freight Cars

*This provision will not apply when the empty movement is immediately preceded by a loaded revenue movement on CWRY and empty is returned to original interchange or if the empty movement is immediately followed by a loaded revenue movement on CWRY.*

This provision applies on all types of rail cars, including, but not limited to, cars provided by railroads, leased cars and cars bearing other than railroad reporting marks, but not including passenger train cars.

The charge for movement of empty cars is $365 per car.  CWRY will not be responsible for the payment of any per diem or mileage charges, nor will CWRY absorb any switch charges.  This rate will apply only to movement of cars in regularly scheduled train service.

If special train service is required for movements other than those listed above, charges contained in the Charge Schedule on page 1 of this Catalog will apply.

CWRY's maximum liability for loss and damage is $100.00 per railcar.

### Method for Submission of Forwarding Instructions

CWRY will accept forwarding instructions through one of three methods at no charge; ShipperConnect (e-BOL), a Class I web site, or by making arrangements directly with third party logistics services providers to submit forwarding instructions on their behalf via a Class I web site or via EDI.  CWRY will accept forwarding instructions to its Transportation Logistics Center (TLC) via fax (1-904-256-1475) or via email (**CWRY-cs@gwrr.com**), subject to a $75.00 charge per faxed or emailed bill of lading.  This charge will be assessed to the online Customer of record with the railroad.

The CWRY reserves the right to reject as an unreasonable request for service, any "fax" or "email" forwarding instructions that are illegible, whether due to poor transmission quality, poor or illegible handwriting, or otherwise. CWRY will not accept delivery of forwarding instructions by US Mail, express service, personal delivery, or otherwise.

### Over-Dimensional and/or Heavy Loads
Rates for any one or move of the following conditions must be on an individual shipment basis arranged with the CWRY prior to shipment from or arrival to the CWRY.
- Car having capacity exceeding 286,000 lbs gross weight
- Clearance/Dimensional shipments with heights exceeding 15', width exceeding 11'6", or weight restrictions or any single piece exceeding 75,000 lbs.
- All cars of AAR Car Types FA,FC,FCA,FD,FMS,FW,LF,LG and LS.

See Section VII of the Southern Region General Tariff 1000 for information for moving high/wide or heavy shipments on the CWRY.   All Clearance Requirements must be met before shipment arrives on the CWRY.

**Rate:** Shipments with accepted release value of $50,000 or less:
- $2.25 per cwt with 100,000 pounds minimum
- Rate does not include special train

### Charges for Stand-By Switching Services
When the CWRY locomotive and operating crew are held at the request of an industry or shippers agent, or when the locomotive and crew are delayed by an industry or shippers agent within the confines of the industry or immediately adjacent thereto, or is requested by the industry or shippers agent to perform extra switching service before or after regular switching service, the charge for such a stand-by, delay, or extra switch service shall be at the rate of $500.00 per hour with a minimum of 4 hours.

### Re-Spotting Charge
When cars placed by CWRY at industry or team tracks for loading or unloading are released by consignee as loaded or empty prior to being completely loaded or unloaded, and such cars are moved by CWRY from industry or team tracks, they will be subject to a charge of $365.
The cars will remain on continuous demurrage transaction beginning with the date and time of initial placement and notification by CWRY.