IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.     Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.***,**

      **Defendants.**

## NOTICE

Please be advised that due to the file size of the exhibits to Norfolk and Portsmouth Belt Line Railroad Company, LLC's Memorandum in Support of Motion for Summary Judgment, exhibits 11-13 are filed with this Notice.

Dated:  April 12, 2021

        **NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

        By: _____/s/ W. Ryan Snow_____

        James L. Chapman, IV, VSB No. 21983
        W. Ryan Snow, VSB No. 47423
        David C. Hartnett, VSB No. 80452
        Alexander R. McDaniel, VSB No. 92398
        CRENSHAW, WARE & MARTIN, P.L.C.
        150 W. Main Street, Suite 1500
        Norfolk, Virginia 23510
        Telephone:  (757) 623-3000
        Facsimile:  (757) 623-5735
        jchapman@cwm-law.com
        wrsnow@cwm-law.com
        dhartnett@cwm-law.com
        amcdaniel@cwm-law.com
        *Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of April 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                               /s/ W. Ryan Snow
                                    W. Ryan Snow, VSB No. 47423
                                    CRENSHAW, WARE & MARTIN, P.L.C.
                                    150 W. Main Street, Suite 1500
                                    Norfolk, Virginia 23510
                                    Telephone: (757) 623-3000
                                    Facsimile: (757) 623-5735
                                    wrsnow@cwm-law.com
                                    *Counsel for Norfolk and Portsmouth*
                                    *Belt Line Railroad Company*