```
                                                           Page 1

 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF VIRGINIA
 2                       NORFOLK DIVISION
 3                        No. 2:18cv530
 4    CSX TRANSPORTATION, INC.,
      individually and on behalf
 5    of NORFOLK & PORTSMOUTH BELT
      LINE RAILROAD COMPANY,
 6                 Plaintiff,
 7    v.
 8    NORFOLK SOUTHERN RAILWAY COMPANY,
 9    et al.,
10                 Defendants.
11    _____/
12                              Remote Proceedings
                                January 13, 2021
13                              9:38 a.m. - 6:40 p.m.
14
15          VIDEO DEPOSITION OF ROBERT GIRARDOT
16                   (via Teleconference)
17        Taken before SUZANNE VITALE, R.P.R., F.P.R.
18    and Notary Public for the State of Florida at Large,
19    pursuant to Notice of Taking Deposition filed in the
20    above cause.
21
22                                         EXHIBIT
23                                           15
24
25    Job No. CS4395739
```

EXHIBIT 15

Page 138

1       monitor is 3:02 p.m.  We are back on the video
2       record.  This is the start of Media Unit No. 4.
3  BY MR. WINGFIELD:
4       Q.  Mr. Girardot, we're on Exhibit 14, which
5  is tab 16, Cannon Moss' e-mail, still.
6  
7  
8  
9  
10          Do you see that?
11      A.  Yes.
12      Q.  Did CSXT understand it was being offered a
13 rate committee to consider the proposed rate if it
14 wanted?
15      A.  No, I don't understand that bullet as
16 that, no.
17      Q.  Okay.  Did CSXT at any point say yes,
18 thank you, we would like the rate committee?
19      A.  Not that I know of.
20      Q.  So let's go back to the 2018 rate
21 proposal, Exhibit 12, tab 7.
22      A.  Yes.
23      Q.  I'm on page 2, the language we looked at
24 before, where CSXT, in this letter, stated
25 "Similarly, we believe the commercial sensitivity

Page 217

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15     Q.   How much revenue traffic did Norfolk &
16   Portsmouth Belt Line carry for CSXT to or from NIT
17   prior to the removal of the diamond in 2008?
18     A.   Are you talking about international
19   containers?
20     Q.   Yes, just focus on international
21   intermodal.
22     A.   For CSXT?  I would say that they didn't
23   move any.  But it's really not about what we moved.
24   It was what -- I mean, there's a lot of public
25   information about how big NIT was going to be and