**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

**v.**                                     **Civil Action No. 2:18-cv-530-MSD-RJK**

**NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,**

      **Defendants.**

**NOTICE**

Please be advised that due to the file size of the exhibits to Norfolk and Portsmouth Belt

Line Railroad Company, LLC's Memorandum in Support of Motion for Summary Judgment,

exhibits 21-35 are filed with this Notice.

Dated:  April 12, 2021              **NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY**

                                         By:_____*/s/ W. Ryan Snow*_____

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
David C. Hartnett, VSB No. 80452
Alexander R. McDaniel, VSB No. 92398
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
dhartnett@cwm-law.com
amcdaniel@cwm-law.com
*Counsel for Norfolk and Portsmouth
Belt Line Railroad Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

_/s/ W. Ryan Snow_
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
_Counsel for Norfolk and Portsmouth_
_Belt Line Railroad Company_

2