Page 1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
 2                    NORFOLK DIVISION
 3
 4   CSX TRANSPORTATION, INC.,
     individually and on behalf of
 5   NORFOLK & PORTSMOUTH BELT LINE
     RAILROAD COMPANY,
 6
            Plaintiff,
 7                                  CIVIL ACTION FILE
            vs.
 8                                  NO. 2:18cv530
     NORFOLK SOUTHERN RAILWAY
 9   COMPANY, NORFOLK & PORTSMOUTH
     BELT LINE RAILROAD COMPANY,
10   JERRY HALL, THOMAS HURLBUT,
     PHILIP MERILLI, and CANNON
11   MOSS,
12          Defendants.
13
14             VIDEO DEPOSITION OF
15             STEVEN ARMBRUST, ESQ.
16               March 11, 2020
17                  9:56 a.m.
18             McGuireWoods LLP
19           1230 Peachtree Street
20                 Suite 2100
21              Atlanta, Georgia
22      Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
```

EXHIBIT
24

Page 214

1    proposal never even went to a rate committee,

2    correct?

3            MR. JUSTUS:  Objection, foundation.

4    BY MR. LYNCH:

5        Q    And never went to a vote?

6            MR. JUSTUS:  Same objection.

7        A    In 2018, the concerns had risen and were

8    articulated in letters preceding the board meeting

9    that the governance of the Belt Line was in a state

10   that required independent board members.  And as I

11   recall from the -- there was not a desire to proceed

12   with a rate proposal without approval of an

13   independent board as well.

14   BY MR. LYNCH:

15       Q    To your recollection, CSX didn't want to

16   go forward with a rate vote because of the

17   composition of the board.

18           MR. JUSTUS:  Objection to form.

19   BY MR. LYNCH:

20       Q    Is that a fair statement?

21       A    That's my recollection, yes.

22           MR. LYNCH:  Exhibit 17.

Page 244

1  don't want you to testify what CSX was doing

2  internally in terms of business litigation strategy,

3  but you can testify as to the content of the

4  privilege log.

5      A    So I agree with the question about the

6  timing on February 1st, and I agree that the letter

7  came out on or about March 23rd, 2018.

8  BY MR. LYNCH:

9      Q    And you'd agree with me it's about seven

10 weeks later?

11     A    Yes.

Page 245



Page 246

