```
                                                          Page 1

 1            UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF VIRGINIA
 3               CASE NO.:  2:18cv530
 4
     CSX TRANSPORTATION, INC.,
 5   individually and on behalf of
     NORFOLK & PORTSMOUTH BELT LINE
 6   RAILROAD COMPANY,
 7                 Plaintiff,
 8   vs.
 9   NORFOLK SOUTHERN RAILWAY
     COMPANY, et al.,
10
                   Defendants.
11   _____/
12
13     TRANSCRIPT DESIGNATED UNDER PROTECTIVE ORDER
14              VIDEOTAPED DEPOSITION OF
15                   ANTHONY DIDEO
16            Monday, December 14, 2020
                9:32 a.m. - 4:40 p.m.
17               Remote Proceedings
18
19
20
21
22   Job No. CS4338572
23
24            Stenographically Reported By:
              Gina Rodriguez, RPR, CRR, CCP
25
```

EXHIBIT 25

Page 132

1  BY MR. LACY:
2      Q.  I know you testified earlier that someone
3  else wrote this for your signature, but I am going to
4  ask you several questions about the letter, and if
5  you don't know the answer, just let me know.  But
6  given that it went out under your signature, I do
7  want to ask you these questions.
8      A.  Sure.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

