

Cannon Moss
President & GM

**NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD COMPANY**
1340 TRUXTON STREET
CHESAPEAKE, VIRGINIA
(757) 271-1800

September 11, 2018



EXHIBIT
Coleman #38
3/4/2020 SH

<u>VIA ELECTRONIC MAIL AND OVERNIGHT MAIL</u>

Steven C. Armbrust, Esquire
Assistant General Counsel
CSX Transportation, Inc.
500 Water Street, J150
Jacksonville, Florida 32202

Greg Summy, Esquire
General Solicitor
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, Virginia 23510

   Re: CSX Transportation Inc. Letter dated June 22, 2018 and Norfolk Southern
      Railway Company Response Letter dated July 27, 2018

Dear Gentlemen:

  We are in receipt of the above-referenced letters from CSXT to the company and from NSR to CSXT in response. As president of Norfolk and Portsmouth Beltline Railroad Company, please accept this response on behalf of the company's officers.

  Foremost, we deny that any of the company's officers has engaged in any illegal conduct and reject the utterly false allegations that there is any conspiracy with Norfolk Southern or any violation of Virginia Code §§18.2-499 — 500 or federal or state antitrust laws. For as long as I have been president, I and my fellow officers have consistently sought to act in the best interests of the company and in accordance with the decisions made by the company directors and the company's governing documents. Simply put, there is nothing for the company's officers to "cease and desist" from.

  Second, the officers of NPBL disagree with the factual and legal assertions CSXT makes in its letter, many of which surround a special rate proposal advanced by CSXT earlier this year to have the company handle approximately 9,000 inbound and outbound carloads of intermodal traffic annually at Norfolk International Terminal (NIT) at below-tariff rates. NPBL stands ready to carry the traffic of all roads with which it interchanges at the uniform switch rate set by the company's directors, including traffic originating or terminating at NIT. Should CSXT elect to have NPBL carry such traffic volumes to NIT — which is solely the decision of CSXT — it would result in incremental annual revenue to NPBL well in excess of the $1,440,000 proffered by CSXT in its special rate request.



EXHIBIT
27

NPBL005840



**NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD COMPANY**
1340 TRUXTON STREET
CHESAPEAKE, VIRGINIA
(757) 271-1800

As officers of NPBL, we have a fiduciary duty to the corporation not to grant CSXT's request for special treatment to the detriment of NPBL in violation of our instructions from the company's board of directors and the governing documents of the company.

Third, the diamond crossing the track of Norfolk Southern in Chesapeake, Virginia was removed to reduce operating costs several years before I became president. The board of directors authorized it in 2007 and the discontinuance was filed with the Surface Transportation Board (STB) in 2008. No objections were filed and it was lawfully exempted by the STB, effective June 14, 2008.

Finally, while CSXT has requested certain governance changes, only the shareholders have the power to make changes pertaining to composition of the board of directors. Neither the company itself nor its officers possess the power to effectuate any of the changes proposed by CSXT.

The company was established more than a century ago to provide local switching services to its original railroad owners. As a result of mergers and acquisitions over the years, the original railroads have been consolidated into the two remaining owners, owning their respective shares and voting power. It is apparent that the owners of the company have differing views regarding the obligations under the agreements that they and their predecessors entered into. Until these differing views are resolved, the company officers will continue to faithfully perform their duties in the best interests of the company and in accordance the decisions made by the company directors.

Sincerely yours,

Cannon Moss
President and General Manager

cc via email:   James L. Chapman, IV, Esquire - (jchapman@cwm-law.com)
Donna Coleman - (Donna.Coleman@nscorp.com)
Jerry Hall - (Jerry.Hall@nscorp.com)
Thomas Hurlbut - (Thomas.Hurlbut@nscorp.com)
Philip Merilli - (Philip.Merilli@nscorp.com)
Jermaine Swafford - (Jermaine_Swafford@csx.com)
Michael Burns – (Michael_Burns@csx.com)

NPBL005841