Page 1

```
 1              UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
 2                     NORFOLK DIVISION
 3              Civil Action No. 2:18cv530
 4
 5    CSX TRANSPORTATION, INC.,
      individually and on behalf
 6    of NORFOLK & PORTSMOUTH BELT
      LINE RAILROAD COMPANY,
 7
              Plaintiff,
 8
      vs.
 9
      NORFOLK SOUTHERN RAILWAY
10    COMPANY, et al.,
11            Defendants.
      _____/
12
13
14
15                  Monday, March 22, 2021
                    9:35 a.m. - 5:55 p.m.
16
17
18      VIDEOTAPED DEPOSITION OF DR. HOWARD P. MARVEL
19
20
21       Taken via Zoom videoconference on behalf of the
22    Defendant before Elizabeth Cordoba, RMR, CRR, FPR,
23    Notary Public in and for the State of Florida at
24    Large, pursuant to Defendant's Notice of Taking
25    Deposition in the above cause.
```

EXHIBIT 33

Page 87

1     Q.   Can you think of any category of cargo that can
2 only go through NIT and not VIG?  Putting aside what you
3 have said about capacity constraints.
4     A.   I -- I don't know of any factor that would
5 prevent one or the other being used.  I have not studied
6 whether if there is any refurbed facilities or anything
7 like that.  I don't know.
8     Q.   Did you talk to any ocean carriers?
9     A.   I did not.
10     Q.   Why not?
11     A.   Well, I am a great believer in more is
12 preferred to less when it comes to information.  And it
13 would have -- I would have -- I would have enjoyed that, I
14 think.
15     Q.   You said that you concluded that ocean carriers
16 were harmed by the conduct alleged in this case.  Wouldn't
17 it be a good idea to hear directly the views of the ocean
18 carriers?
19     A.   I would find that valuable.
20     Q.   Let me take you to your original report, which
21 is Exhibit 1, tab 4, and ask you to go to paragraph 54.
22     A.   I am going to read that.  It will take me a
23 second.
24        Okay.
25     Q.   Okay.  So you conclude in paragraph 54 that

Page 88

1  ▮
2  ▮
3      A.    That's correct.
4      Q.    Did you study the costs that underlie the NPBL
5   switch rate?
6      A.    Only in passing.
7      Q.    What did you consider?
8      A.    I was looking at a -- as is indicated in the
9   paragraph, I was looking at a comparison between rates
10  that were available at other carriers that were similarly
11  situated.
12     Q.    Do you agree that you would need to know more
13  about how those switch rates are set before you can draw
14  any comparison?
15           MR. JUSTUS:  Objection to form.
16           THE WITNESS:  No.  I wouldn't agree to that.
17  BY MS. REINHART:
18     Q.    Well, do you agree that you would need to
19  understand the costs underlying the switch rates
20  between -- before you could make a comparison between
21  them?
22           MR. JUSTUS:  Objection.  Asked and answered.
23           THE WITNESS:  I -- I agree that I can make the
24    comparisons by comparing the rates actually charged,
25     as long as these are for similarly situated services.

Page 89

1   BY MS. REINHART:
2       Q.   What does that mean, "similarly situated
3   services"?
4       A.   Well, if you had a switch rate for a very
5   different sort of purpose than connecting a railroad to a
6   terminal, that could lead to a misleading comparison.  Or
7   if there was very little traffic at that rate, that could
8   lead to a misleading comparison.
9            But the comparisons that I have I think are
10  sufficient to show that the NPBL rate is, as I say,
11  extraordinarily high.
12      Q.   For your comparison, what do you have besides
13  the nominal dollars that each of these short lines
14  charges?
15      A.   I have -- that is what I have.  I have the
16  dollars that each of these charges -- each of the lines
17  charge.
18           I would want to make sure that there were not
19  additional services included in one or the other, but I
20  don't believe that there are.  I believe they are pretty
21  comparable.
22      Q.   So what if the costs of operating the short
23  line are higher for the NPBL than they are for, let's say,
24  the Commonwealth railroad?  Isn't that something you would
25  want to know before making your comparison?

1          MR. JUSTUS:  Objection.  Assumes facts not in
2     evidence.
3          THE WITNESS:  Well, if you just showed me
4     evidence that NPBL had far higher costs, for example,
5     I would certainly want to understand why those costs
6     were so high before I would even be even remotely
7     interested in figuring out whether they would have to
8     lead into the rate per rail car.  So I would not be
9     terribly concerned about that issue.
10 BY MS. REINHART:
11     Q.    So -- well, let's put aside the other -- other
12 short lines and focus on NPBL.
13          Do you have an understanding of what the NPBL's
14 costs of operation are in comparison to the switch rate
15 that it charges?
16     A.    Well, again, you have to define what you're
17 talking about in terms of costs.  What I am interested in
18 is whether or not NPBL could handle the additional traffic
19 it would get from CSX at a price that would cover the
20 additional -- those additional costs.
21     Q.    Okay. So you -- you would -- you would agree
22 that the NPBL switch rate should cover its costs?
23     A.    Appropriately defined, yes.
24     Q.    And how would you define costs so that they
25 would be appropriate?

1    A.    Well, as I have suggested, you wouldn't want to
2    include in costs anything that was subject to being
3    artificially inflated or otherwise manipulated.  They have
4    to be costs of handling that additional traffic.  And you
5    would compare those to the amount that was being offered
6    to handle that -- to handle the rail car additional
7    traffic.
8    Q.    Do you have any reason to believe there are
9    costs that are involved in this case that are artificially
10   inflated or otherwise manipulated?
11   A.    Well, I am just saying that that 210 per rail
12   car is, as I put it, extraordinarily high compared to
13   other terminal railroads on the east coast.
14         So I would be interested in seeing factors that
15   look as if they might lead to a higher switching rate --
16   switching costs for NPBL than those other firms.
17   Q.    Did you ask counsel to provide you with
18   information from the NPBL that would give you the answer
19   to your question about what's -- what's contained in that
20   cost?
21   A.    I took the NPBL submissions as given and worked
22   from those.
23   Q.    What does that mean?
24   A.    It means what I said.
25   Q.    Did you have access to NPBL cost information so

Page 92

1   that you could assess the -- the reasonableness of the
2   switch rate that they set?
3       A.   I -- I don't recall exactly what we had.
4       Q.   You did not do the analysis of whether NPBL's
5   switch rate is reasonable in light of its costs, right?
6       A.   I thought that the appropriate comparison was
7   whether NPBL's switch rate was extraordinarily high when
8   compared to other terminal railroads on the east coast.
9   That was my conclusion, that it was, and that is what I
10  looked at.
11      Q.   And you did that without having information
12  about any of those terminal railroads as to how their
13  switch rates were set and what the costs are that underlie
14  those switch rates, right?
15      A.   I did not have that information.
16      Q.   I don't think we have introduced yet the
17  Matthew Wright report.  If I could ask you to go to your
18  envelope No. 2, Professor Marvel.
19           MS. REINHART:  And we will mark this as
20      Exhibit 4.
21           (Exhibit 4, Expert Report of Matthew B. Wright,
22      Ph.D., was marked for identification.)
23           THE WITNESS:  I have that document in front of
24      me now.
25  BY MS. REINHART:

Page 165

1   Q.   Okay.  Great.
2        There is a lot of talk about railroad switching
3   rates.  Outside of this case, have you ever been hired as
4   an expert on railroad switching rates before?
5   A.   No, sir.
6   Q.   Okay.  Outside of this case, have you ever
7   compared railroad switching rates before?
8   A.   No, sir.
9   Q.   Okay.  And if I understand your -- your
10  occupation correctly, you're -- you're both a professor
11  and a consultant; is that right?
12  A.   I am a retired professor, and since retiring, I
13  have done somewhat more expert witness work than I did
14  before my retirement.
15  Q.   Okay.  And in that role, do you regularly deal
16  with railroad switching rates at all?
17  A.   I do not.
18  Q.   And when you were a professor, did you
19  regularly deal with railroad switching rates at all?
20  A.   I did not.
21  Q.   Have you ever held yourself out as an expert on
22  railroad switching rates?
23  A.   I am an economist, not an expert on a
24  particular industry.
25  Q.   Okay.  So is that a no?

1     A.     That is a no.
2     Q.     Thank you, sir.
3            Are you a member of any railroad industry
4     groups?
5     A.     No, I am not.
6     Q.     Okay.  Do you subscribe to any railroad
7     industry publications?
8     A.     Not for a number of years.
9     Q.     How long has it been?
10    A.     Maybe 40.
11    Q.     Okay.  What was the publication 40 years ago?
12    A.     Trains and model railroading, both.
13    Q.     Have you ever costed out a railroad move?
14    A.     No, I haven't.
15    Q.     You don't consider yourself an expert on
16    railroad operational costs either, do you?
17    A.     No, I do not.
18    Q.     And if I understand this correctly, you live in
19    Indiana; is that right?
20    A.     That is correct.
21    Q.     Okay.  And you -- you were a professor at Ohio
22    State, right?
23    A.     Yes, indeed.
24    Q.     Have you ever been to Norfolk?
25    A.     Yes, I have.

```
                                                   Page 177
 1        A.    That is.
 2        Q.    Okay.  I'm going to jump around exhibits
 3   because I think it will help us.
 4             If you can go to your first report, which I
 5   think is Exhibit 1.  And turn to paragraph 60 on page 30,
 6   please.  Just let me know when you have finished reading
 7   it.
 8        A.    I have finished reading it.
 9        Q.    Okay.  The first sentence of paragraph 60 on
10   ████████████████████████████████████████████████████████
11   ████████████████████████████████████████████████████████
12   ████████████████████████████████████████████████████████
13             Did I read that correctly?
14        A.    You did.
15        Q.    You agree with me that that sentence does not
16   say anything about the Belt Line impeding CSX on-dock
17   access, correct?
18        A.    That sentence does not say anything about the
19   Belt Line.
20        Q.    Okay.  And am I right that the Belt Line has to
21   coordinate the scheduling of the moves to NIT with NS
22   because it travels over NS track?
23        A.    Yes.  You are correct.
24        Q.    Okay.  And based on this paragraph, you looked
25   at the correspondence back and forth between the Belt Line
```

Page 178

1  and CSX where the Belt Line was asking for an operating
2  window over that track, correct?
3       A.   That is correct.
4       Q.   Okay.  And in the middle of the paragraph, it
5  
6  
7  
8            Do you see that?
9       A.   I do.
10      Q.   Did I read that correctly?
11      A.   You did.
12      Q.   Again, that refers only to NS action, right,
13  and not the Belt Line?
14      A.   Yes, that is correct.
15      Q.   Okay.  And the -- and the Belt Line, at least
16  based on your recitation, here is doing what it is
17  supposed to do, isn't it, in asking for a window when CSX
18  wants to run a train.  Is that correct?
19      A.   The Belt Line was set up to provide equal
20  access to the rail carriers serving the port, so --
21      Q.   And the way they do that is by asking NS for
22  access when CSX makes a request; is that right?
23      A.   They did indeed ask -- ask NS for access,
24  that's correct.
25      Q.   Okay.  And that is what it did in 2015 in the

Page 187

```
 1      Q.   Okay.  And you go on in your footnote to
 2   identify a lower utilization rate that you say was used in
 3   one of the documents that Mr. Crowley relied on, and that
 4   lower rate is 1.67.  Do you see where I am reading?
 5      A.   Yes, I do.
 6      Q.   Okay.  As far as I can tell, that is about the
 7   lowest utilization rate that shows up in your footnote as
 8   a possible utilization rate for CSX containers.  Is that
 9   right?
10      A.   That is right.
11      Q.   Okay.  So let's do the same exercise with that
12   lowest utilization rate.  If that, in fact, were the
13   utilization rate, what, then, is the average cost per
14   container on the Belt Line?
15      A.   I will rely on your calculator yet again,
16   Mr. Snow.
17      Q.   Okay.  Well, the math would again be $210
18   divided by 1.67; is that right?
19      A.   That is correct.
20      Q.   And on my calculator, that shows $125.75 per
21   container on the Belt Line.  Does that seem correct to
22   you?
23      A.   I'm willing to take your computer -- your
24   calculator's word for that one.
25           But I would emphasize that this is --
```

Page 188

1 comparison to the drayage rate is not a quality constant
2 comparison because the drayage involves a separate
3 operation to get the container either onto or off of the
4 chassis at the port terminal, and then to convey it to the
5 yard for CSX, and then to get it onto a train to send it
6 on beyond there, as opposed to making up the train at --
7 having the NIT personnel make it up at NIT.
8             So you have delay and you have various and
9 sundry other problems that are associated with drayage
10 that are not present if you are -- if you have a more
11 effective on-dock service, which is preferred throughout
12 the industry to drayage.
13      Q.    And we will unpack that in just a moment.  But
14 if you will indulge me.
15             So say we use the 1.67 containers, the lowest
16 utilization rate that shows up on your CSX footnote, and
17 we get to a rate per container on the Belt Line of
18 $125.75, that is still lower than the unsubsidized drayage
19 rate of 130; is that correct?
20      A.    It is lower than 130, that is correct.
21      Q.    Okay.  And so if the Belt Line, based on either
22 of these utilization rates, is lower than the unsubsidized
23 drayage rate, and if drayage is, in fact, inferior, like
24 you were saying, why wouldn't CSX use the Belt Line
25 instead of drayage?