ATTORNEYS EYES ONLY

Page 1

1  UNITED STATES DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF VIRGINIA
3  CASE NO.: 2:18cv530
4
5  CSX TRANSPORTATION, INC.,
   individually and on behalf of
   NORFOLK & PORTSMOUTH BELT LINE
6  RAILROAD COMPANY,
7      Plaintiff,
8  vs.
9  NORFOLK SOUTHERN RAILWAY
   COMPANY, et al.,
10
    Defendants.
11 _____/
12
13    ATTORNEYS EYES ONLY
14    VIDEOTAPED DEPOSITION OF
15     MARYCLARE KENNEY
16    Friday, December 11, 2020
    9:49 a.m. - 3:42 p.m.
17     Remote Proceedings
18
19
20
21
22
23
24    Stenographically Reported By:
   Gina Rodriguez, RPR, CRR, CCP
25

EXHIBIT 34

ATTORNEYS EYES ONLY

Page 41

1    A.   It means converting business from one means
2    to another.
3         Q.   And have -- have you attempted to convert
4    business from the West Coast to the East Coast?
5         A.   What I would tell you is, once again, have
6    we had conversations with customers about ports,
7    sure.  We try, as we talk to all of our customers, to
8    make sure they understand we recognize they need to
9    make a decision around what ports they're calling and
10   that we want to provide a comprehensive service
11   product that we can serve them whether they choose to
12   come into a West Coast port or they choose to come
13   into an East Coast port; and on the East Coast,
14   whichever port they decide to come into.
15        Q.   And you -- you do sell -- strike that.
16   Strike that.
17             What does double-stacking mean to you?
18        A.   It's two -- a container on top of a
19   container, on a train.
20        Q.   Does the ability to double-stack give a
21   railroad a competitive advantage over a railroad that
22   doesn't double-stack?
23        A.   It's -- you can move more product on the
24   same train line.
25        Q.   So is that a "yes"?

ATTORNEYS EYES ONLY

Page 42

```
 1         A.    Sure.
 2         Q.    Okay.  What -- what terminal options do
 3   shippers have when moving containers into or out of
 4   the Hampton Roads area?
 5         A.    What -- what terminal options?
 6         Q.    Yes.
 7         A.    Port -- I'm sorry, port terminal options or
 8   rail terminal options or . . .
 9         Q.    Port terminal options.
10         A.    So the two ports in -- in Virginia are NIT
11   and VIG.
12         Q.    Okay.  Was there a period of time when PMT
13   was operating as well?
14         A.    Yes, there was.
15
16
17
18
19
20
21
22
23
24
25
```