HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

No. 2:18cv530

CSX TRANSPORTATION, INC.,
individually and on behalf
of NORFOLK & PORTSMOUTH BELT
LINE RAILROAD COMPANY,

    Plaintiff,

v.

NORFOLK SOUTHERN RAILWAY COMPANY,
et al.,

    Defendants.
_____/

Remote Proceedings
December 8, 2020
9:47 a.m. - 6:38 p.m.

VIDEO DEPOSITION OF JAY STRONGOSKY
(via Teleconference)
(Highly Confidential)

Taken before SUZANNE VITALE, R.P.R., F.P.R. and Notary Public for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.

Job No. CS4358779

EXHIBIT 35

Veritext Legal Solutions
800-567-8658        973-410-4098

HIGHLY CONFIDENTIAL

Page 45

```
 1      a preferred port solutions.  We are often --
 2           Q.   At some -- go ahead.  I'm sorry.
 3           A.   Oh, we are very consistent in our
 4      messaging to customers and ports that we are port
 5      neutral.
 6           Q.   Fair enough.
 7                With that said, some offer better margins
 8      for CSX than others; is that fair to say?
 9           A.   Across the system, yes.
10           Q.   When you say "across the system," what do
11      you mean by that?
12           A.   Well, including all ports that we
13      represent as ports that we serve.
14           Q.   Mr. Strongosky, I'd like to ask you about
15      the term -- the terms "single stack" and "double
16      stack."
17                Do you know what those terms mean?
18           A.   Yes.
19           Q.   Can you explain their relevance and what
20      they mean in your industry?
21           A.   Sure.  Creating double-stack efficiencies,
22      meaning the ability to load two containers, one on
23      top of the other, while moving rail transport, while
24      moving via rail, is more efficient and uses less
25      railcar capacity than a lane that would be single
```

HIGHLY CONFIDENTIAL

Page 46

1  stacked; whereas, you can roughly handle -- you can
2  handle twice as many containers on a double-stack
3  service versus a single-stack service.
4       Q.   Is it fair to say for ports or terminals
5  where CSX has double-stack capabilities, it's able
6  to offer a lower cost to the steamship line
7  customer, all else being equal?
8            MR. HATCH:  Objection, hypothetical.
9            THE WITNESS:  I would say that as part of
10       our pricing to our customers, we price
11       according to what the market will yield with an
12       understanding of what our underlying costs are.
13       And if we cannot do it profitably, we unlikely
14       will do that.  We will unlikely offer the
15       service.
16  BY MR. THORNBURGH:
17       Q.   So routes where CSX has double-stack
18  abilities, capabilities, it can offer a better rate
19  to the steamship line customers; is that fair to
20  say?
21            MR. HATCH:  Objection, misstates the
22       testimony and hypothetical.
23            THE WITNESS:  Where our -- where we have
24       double-stack capabilities, our costs to handle
25       a unit is less than instances where we cannot