**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**CSX TRANSPORTATION, INC.,**

       **Plaintiff,**

**v.**                                   **Civil Action No. 2:18-cv-530-MSD-RJK**

**NORFOLK SOUTHERN RAILWAY**
**COMPANY,** *et al.***,**

       **Defendants.**

**NOTICE**

    Please be advised that due to the file size of the exhibits to Norfolk and Portsmouth Belt

Line Railroad Company, LLC's Memorandum in Support of Motion for Summary Judgment,

exhibits 46-52 are filed with this Notice.

    Dated:  April 12, 2021           **NORFOLK AND PORTSMOUTH BELT LINE**
                                          **RAILROAD COMPANY**

                                     By:_____*/s/ W. Ryan Snow*_____

                                     James L. Chapman, IV, VSB No. 21983
                                     W. Ryan Snow, VSB No. 47423
                                     David C. Hartnett, VSB No. 80452
                                     Alexander R. McDaniel, VSB No. 92398
                                     CRENSHAW, WARE & MARTIN, P.L.C.
                                     150 W. Main Street, Suite 1500
                                     Norfolk, Virginia 23510
                                     Telephone:  (757) 623-3000
                                     Facsimile:  (757) 623-5735
                                     jchapman@cwm-law.com
                                     wrsnow@cwm-law.com
                                     dhartnett@cwm-law.com
                                     amcdaniel@cwm-law.com
                                     *Counsel for Norfolk and Portsmouth*
                                     *Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

_____/s/ W. Ryan Snow_____
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
wrsnow@cwm-law.com
*Counsel for Norfolk and Portsmouth*
*Belt Line Railroad Company*