

Cannon Moss
President & GM

**NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD COMPANY**
1340 TRUXTON STREET
CHESAPEAKE, VIRGINIA
757-271-1800

April 17, 2015

Jeff G. Yates
Superintendent Terminals
Norfolk Southern
2200 Redgate Ave.
Norfolk, VA 23507



EXHIBIT
NPBL
14
V2 2/14/20

Dear Mr. Yates

As we have discussed in our recent meeting, NPBL would like to request a window to run CSX intermodal trains from our Berkley Yard up the Sewell's point branch into the Port's Marshaling Yard just outside the back gate at NIT. CSX has requested that we run these trains to accommodate a shift of business from VIG to NIT. Also, this move does not deviate from our current trackage rights agreement.

I've had a meeting with the Travis Hill with VIT and Tony MacDonald with CSX to discuss their service requirements for this move. Presently the Port is looking for a delivery window of Tuesday with NPBL pulling a loaded train on Thursday. While initially starting this as a once a week run, VIT has requested we try to move toward a two train a week schedule.

CSX's request is not based on a set schedule but more on an as needed basis. They are attempting to move a ship's worth of containers at one time. As we all know vessel calls sometimes slip and so this time becomes a moving target. This type of request does not work well with our present operating plan and becomes very challenging for everyone involved to accommodate on a long term basis.

NPBL would like to request a window of time to run to and from NIT with a maximum of 7,300ft. of traffic to be placed or pulled from the Marshaling Yard. The 4am-8am window works well with our operation but a noon-4p window could work as well. We would like to make this run on Tuesday and Thursday. The way we envision this working is that on Tuesday NPBL would deliver our train to the Marshaling yard, running back engine light. Then on Thursday NPBL would run engine light to the Marshaling yard and pull our train. If, as VIT suggests, business grows enough for NPBL to handle two trains a week, then perhaps we can have two additional days within that allotted service window time. As of right now, NPBL and VIT aren't certain on what days that additional service could operate.

NPBL appreciates you considering this request and we look forward to hearing back from you.

EXHIBIT
49

Regards,

*[signature]*

Cannon Moss

CC: Charles M. Irvin – Division Superintendent, NS

NPBL005667