**In The Matter Of:**

*CSX Transportation, Inc. v.*
*Norfolk Southern Railway Company, et als.*

*Michael Joseph Wheeler*
*February 24, 2020*
*Confidential*

*Zahn Reporting*

EXHIBIT

51

Original File 02242020shmjw.txt
Min-U-Script® with Word Index

**Confidential**

17

1   Belt Line and similar, as we talked about before, if

2   you are ever -- some questions I'll ask you just from

3   your general knowledge at any point in time.

4           So I'm going to try to make specific to

5   particular periods in time, and if you are ever

6   uncertain about when my question relates to, just let

7   me know.  Okay?

8           A       Okay.

9           Q       So going to the 2010 to 2015 timeframe in

10  which you served on the Belt Line board, do you know

11  whether NPBL was controlled by Norfolk Southern?

12           MR. LACY:  Object to form.

13           Answer, if you can.

14           THE WITNESS:  No, it was not controlled

15  by Norfolk Southern.  It was controlled by the NPBL

16  board.

17  BY MR. HATCH:

**Confidential**



18

20  Q  When you were on the board of the NPBL,

21  did you ever have occasion to review any of the

22  governing documents of the Belt Line, such as the

23  operating agreement?

24  A  I did not specifically look at the --

25  review the whole operating agreement.