# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., )<br>individually and on behalf of NORFOLK )<br>& PORTSMOUTH BELT LINE )<br>RAILROAD COMPANY )<br> )<br>         **Plaintiff,** )<br> )<br>v. )<br> )<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, et al. )<br> )<br>         **Defendants.** ) | Civil Action No.: 2:18cv530 |

## NORFOLK SOUTHERN RAILWAY COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Norfolk Southern Railway Company ("NS"), by counsel, pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56, moves for summary judgment on all claims of Plaintiff CSX Transportation, Inc. ("CSX"). As set forth in the accompanying memorandum, NS respectfully requests that the Court grant NS's Motion for Summary Judgment against CSX and grant any other relief the Court deems appropriate.

Date: April 12, 2021

Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ Alan D. Wingfield
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com

Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: Kathleen.knudsen@troutman.com

Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

*Counsel for Defendant Norfolk Southern Railway Company*

115165953v1