# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CSX TRANSPORTATION, INC.,           )
Individually and on behalf          )
of NORFOLK & PORTSMOUTH             )
BELT LINE RAILROAD                  )
COMPANY,                            )
                                    )
        Plaintiff,                  )
                                    )
V.                                  )   NO. 2:18cv530
                                    )
NORFOLK SOUTHERN RAILWAY            )
COMPANY, NORFOLK &                  )
PORTSMOUTH BELT LINE                )
RAILROAD COMPANY, JERRY             )
HALL, THOMAS HURLBUT,               )
PHILIP MERILLI and CANNON           )
MOSS,                               )
                                    )
        Defendants.                 )

30(b)(6) DEPOSITION UPON ORAL EXAMINATION OF

NORFOLK SOUTHERN RAILWAY COMPANY by its designee

KENNETH JOYNER

TAKEN ON BEHALF OF THE PLAINTIFF

Virginia Beach, Virginia

February 19, 2020



ZAHN
COURT REPORTING
www.zahncourtreporting.com

```
 1      A     No.  Unfortunately for Norfolk Southern
 2   there's not a range on the amount that a truck can move
 3   a container.
 4              I guess the key goal as a railroad is
 5   that we need to be competitive with that mode of
 6   transportation, whatever the length of distance is.
 7      Q     I understand there may not be a limit on
 8   how far a truck can go, but is it fair to say that most
 9   trucking would occur within a certain geographic range
10   of the port facility?
11      A     I would say that rail is more competitive
12   with truck and can more easily compete with truck when
13   it's a longer haul.
14      Q     And can I ask you to unpack that term
15   "longer" and, you know, what kinds of distance in your
16   assessment does rail become a more competitive option
17   than trucking working out from a port?
18      A     Sure.
19              Well, just the assets involved to move a
20   train into an inland point.  Initially those first few
21   miles are quite expensive because you have an engine
22   and several railcars, amount of diesel fuel, et cetera,
23   that you have to have on.  Once you get over, say,
24   500 miles in distance, rail is much more -- has a
25   better chance of competing with truck.
```



```
 1         Q    And is another way to say that that after
 2   500 miles, rail can be a more efficient option than
 3   using trucking?
 4         A    It's fair to say it can be a more
 5   efficient option, but it really depends on the market
 6   conditions at any given time, fuel prices, a variety of
 7   factors.  If you're in a soft trucking market, truck
 8   can be -- truck can still be competitive beyond that
 9   distance.
10              MS. REINHART:  Counsel, just to be clear,
11   are you asking these questions now of him in his
12   capacity as corporate representative or in his personal
13   capacity?
14              MR. HATCH:  I'm including both of those
15   capacities.  So if we need to distinguish again for the
16   answer, please, either the witness or you are welcome
17   to weigh in.  I'm not trying to confuse the record, but
18   I do ask the questions in both capacities.
19              MS. REINHART:  Okay.
20              THE WITNESS:  The answer I gave is from
21   my experience in working at Norfolk Southern in this
22   capacity and that's what I have seen in my time there.
23   BY MR. HATCH:
24         Q    Okay.  Some of the prominent East Coast
25   ports would include the New York, New Jersey port; is
```



1    Q    And does Norfolk Southern consider the
2    NPBL to be a rail competitor?
3         A    No.
4         Q    And what's the function of NPBL?
5         A    I can tell you to the -- to the best of
6    my knowledge, the function of the NPBL is essentially
7    they are providing a service to the class ones as a
8    switch operator locally.
9         Q    And the two local class ones would be
10   Norfolk Southern and CSX; is that correct?
11        A    That's correct, yes.
12        Q    And to your knowledge, do both
13   Norfolk Southern and CSX use the Belt Line for its
14   switching services?
15        A    I believe that is the case, but I
16   actually -- I haven't worked in a business unit where
17   Norfolk Southern used the Belt Line.  But I know from
18   talking to others that we do, but I don't actually
19   recall the specific businesses that we use it for.
20        Q    Okay.  So the business line that you work
21   in is the intermodal business line.
22             So I take it then that Norfolk Southern
23   does not use NPBL for switching services for intermodal
24   freight?
25        A    Not to my knowledge, no.



1    Q   Okay.  Do you know what the difference in
2 market share is?  And if it's changed over time, you
3 can --
4    A   It varies.  It changes over time.
5    Q   Okay.  On the first page of this
6 document, you are writing Mr. Heller.  And at the
7 second sentence, you say, "It's difficult to tell
8 whether NS is losing market share to CSX in either
9 Hampton Roads or New York, New Jersey.  However, we can
10 deduce that since the raising of the Bayonne Bridge
11 some NS customers have shifted volume from
12 Hampton Roads to New York, New Jersey."
13           Do you see that?
14    A   Yes.
15    Q   And where is the Bayonne Bridge?
16    A   The Bayonne Bridge is in Bayonne,
17 New Jersey, and it connects Bayonne to Staten Island.
18    Q   And was that an infrastructure change
19 that was made to accommodate increased port volume in
20 that New York, New Jersey port area?
21    A   The raising of the Bayonne Bridge was
22 made to accommodate larger ships.
23    Q   Are those the Supermax ships?
24    A   I don't know that you would call them
25 Supermax, but the kind of larger vessels that are



1    coming in to the ports now.
2         Q    Okay. And is that in connection with the
3    expansion of the Panama Canal that enables those
4    vessels as well?
5         A    It is in connection with the expansion in
6    the Panama Canal and -- yes, that's correct.
7         Q    You say here, "We can deduce that since
8    the raising of the Bayonne Bridge, some NS customers
9    have shifted volume from Hampton Roads to New York,
10   New Jersey."
11             In saying that, are you saying that they
12   are shifting volume to Norfolk Southern at that
13   location or that they are -- well, I'll stop there.
14             Are you saying that they are shifting
15   volume to Norfolk Southern at New York, New Jersey?
16        A    We're saying that Norfolk Southern
17   customers have shifted volume from Hampton Roads to
18   New York, New Jersey since the raising of the Bayonne
19   Bridge.
20        Q    Okay. And -- but do you know whether
21   that was a shift that would then go to Norfolk Southern
22   or could that be a shift that could go to
23   Norfolk Southern or CSX at New York, New Jersey?
24             MS. REINHART:  Objection to the form.
25             THE WITNESS:  It could go to either

