# EXHIBIT 16

Confidential
Christopher Luebbers - February 25, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CSX TRANSPORTATION, INC., )
Individually and on behalf )
of NORFOLK & PORTSMOUTH )
BELT LINE RAILROAD )
COMPANY, )
            )
    Plaintiff, )
            )
V.          ) NO. 2:18cv530
            )
NORFOLK SOUTHERN RAILWAY )
COMPANY, NORFOLK & )
PORTSMOUTH BELT LINE )
RAILROAD COMPANY, JERRY )
HALL, THOMAS HURLBUT, )
PHILIP MERILLI and CANNON )
MOSS, )
            )
    Defendants. )

C O N F I D E N T I A L

DEPOSITION UPON ORAL EXAMINATION OF

CHRISTOPHER DAVID LUEBBERS

TAKEN ON BEHALF OF THE PLAINTIFF

Virginia Beach, Virginia

February 25, 2020



Confidential
Christopher Luebbers - February 25, 2020
60

```
1      A     No.
2      Q     And why is that?
3      A     We have access through the Commonwealth
4    railroad.
5      Q     So in the -- so you consider for VIG that
6    Norfolk Southern has on-dock access via the
7    Commonwealth railroad; is that right?
8      A     Yes.
9      Q     Okay.  But in CSX's case, you don't
10   consider CSX to offer on-dock service via the NPBL; is
11   that right?
12     A     As I noted in the first part of that
13   paragraph, they have the physical access, yes.
14     Q     My question was, you don't consider that
15   CSX offers on-dock service at NIT via the NPBL?
16     A     They could.  They choose not to.
17     Q     Is that what you say in this document?
18     A     That's what I'm saying, yes.
19     Q     You say, "As they must use NPBL to do
20   so"; is that right?
21     A     Would you restate the question?
22     Q     Yes, sir.
23           All I'm saying is in this document, you
24   give the reason for CSX not offering on-dock service at
25   NIT as the fact that they must use the NPBL to access
```

