# EXHIBIT 22

```
                                              Page 1

 1                   IN THE UNITED STATE DISTRICT COURT
                        EASTERN DISTRICT OF VIRGINIA
 2                         NORFOLK DIVISION
 3                             No. 2:18cv530
 4      CSX TRANSPORTATION, INC.,
        individually and on behalf of NORFOLK
 5      & PORTSMOUTH BELT LINE RAILROAD
        COMPANY,
 6                      Plaintiff,
 7      v.
 8      NORFOLK SOUTHERN RAILWAY COMPANY,
        et al.,
 9                      Defendants.
10      _____/
11                            Remote Proceedings
                              January 8, 2021
12                            9:31 a.m. - 3:50 p.m.
13
14             VIDEO DEPOSITION OF FREDRIK ELIASSON
15                  (via Teleconference)
16         Taken before SUZANNE VITALE, R.P.R., F.P.R.
17      and Notary Public for the State of Florida at Large,
18      pursuant to Notice of Taking Deposition filed in the
19      above cause.
20
21
22
23
24
25      Job No. CS4380445
```

Page 49

1        the subsidy was.

2                Q.   Understood.  In this 2009-2010 time

3        frame -- let me back up.

4                     There is a phrase in this case,

5        "double-stack clearance."  What does that mean to

6        you?

7                A.   It means to me that you have the ability

8        to take a train with two containers high so that you

9        have the clearance to take the train from

10       Hampton Roads, for example, to these discretionary

11       points.

12               Q.   Double -- you can double-stack the

13       containers, right?

14               A.   Two containers high, that allows,

15       obviously, you to essentially handle twice as much

16       cargo on one train versus single stack.

17               Q.   And railroads want to have double-stacking

18       capabilities, right?

19               A.   That is correct.

20               Q.   And can you give me the reasons why that's

21       beneficial to a railroad?

22               A.   It's -- economically, it allows us to

23       compete at a different rate point.  And if one

24       railroad has it over another, that gives that

25       railroad a competitive advantage.  It's not all of

Page 50

1       it, but it certainly gives them a competitive

2       advantage.

3               Q.   And it's in a railroad's interest to put

4       as many containers on a railcar as possible when

5       moving that or making that movement, right?

6               A.   That's correct.

7               Q.   In 2009 or 2010, was any part of CSX's

8       network or -- allow -- did it allow for double-stack

9       movement?

10              A.   There were many parts of CSX's network

11      that allowed for double-stack movement.  And there

12      were some ports, specifically coming out of Norfolk,

13      that at that point did not allow for it, which is

14      why we started this very significant undertaking,

15      public-private partnership to do double-stack

16      clearance on that line, I think very similar to what

17      Norfolk Southern did as well.

18              Q.   So in 2009, if I understand you correctly,

19      CSX did not have double-stack clearance coming out

20      of the Hampton Roads ports; is that right?

21              A.   I think that was correct.  And I don't

22      think at that point -- I'm not sure that

23      Norfolk Southern had that either.  I think their

24      Crescent Corridor or Heartland Corridor, whatever it

25      was called, also was -- was being worked on at that

Page 81

1        the lack of access, I should say.

2              Q.    And just so we're clear -- I think this is

3        consistent with your prior testimony -- the access

4        related to the cost of access, right?

5              A.    One more time.

6              Q.    Sure.  You would agree with me that CSX

7        had the ability to access NIT using the Belt Line,

8        right?

9              A.    That was my understanding.  There was some

10       operational challenges that had to be ironed out in

11       terms of the track issue right over NS and some of

12       the curvature.  But the big challenge that we were

13       facing at this point was really around economic

14       access.

15             Q.    Okay.  If you could open up folder number

16       2.

17             A.    I have it open.

18             Q.    And this is going to be Exhibit 5 to your

19       deposition.

20                   (Thereupon, the referred-to document was

21       marked for identification as Plaintiff's Exhibit 5.)

22       BY MR. LACY:

23             Q.    It looks to be an e-mail exchange amongst

24       you and Ms. Coleman and other board members.

25                   The first e-mail in time looks to be an

Page 87

1           and ultimately, pay some dividend back.

2      BY MR. LACY:

3           Q.   And a 6 percent dividend, right?

4           A.   Correct.

5           Q.   So in other words, the Belt Line is

6      supposed to set its rates to the point where it

7      covers cost and allows for a 6 percent dividend,

8      correct?

9           A.   Correct.

10               MR. MCFARLAND:  Object to the -- object to

11          the form.

12               Without waiving, the witness may answer.

13               THE WITNESS:  And -- and for the mutual

14          benefit to facilitate traffic in and out of the

15          facilities that it serves.

16     BY MR. LACY:

17          Q.   I get that.  I'm just trying to get a

18     sense from a financial perspective what the

19     operating agreement for the Belt Line states.

20               All right.  If you could, Mr. Armbrust

21     {sic}, open up the folder marked 3.

22          A.   Mr. Armbrust or Mr. Eliasson?

23          Q.   I'm sorry.  Mr. Eliasson.  I was just

24     looking at Mr. Armbrust's name.

25          A.   I have opened it.

Page 130

1        A.    I mean, in this instance, I did not think
2     that this was in any way, shape, or form a conflict
3     because what CSX was trying to do was to gain access
4     to the facility.  What NPBL was there to do was to
5     serve the members' interests in terms of access to
6     facilities.

7              We were trying to put a proposal forth
8     that gave economic profit that was sufficient for
9     them to do the service.  So I never saw a conflict
10    between the two hats that I was wearing.

11       Q.    Understood.  All right.  In terms of
12    Exhibit 13 and specifically this memo from
13    Mr. Stinson to the members of the Belt Line Board,
14    dated August 5, 2010, do you remember receiving this
15    memo from Mr. Stinson at the time?

16       A.    Vaguely, yes.

17       Q.    All right.  Is this one of the documents
18    you reviewed in preparation for your deposition
19    today?

20       A.    I'm not sure that I reviewed this one,
21    per se, versus the original proposal that we sent
22    over.  It's possible that was one of the documents.
23    But I don't recall that.

24       Q.    Okay.  The first page of Mr. Stinson's
25    memo to the board, about midway down, it has an

1    article that says -- I mean, I'm sorry -- a

2    paragraph that says "First, Article Ninth of the

3    operating agreement of July 7, 1897, between NPBL's

4    owners requires that freight rates be uniform.  As

5    proposed by CSXT, the handling of interchange

6    traffic on the basis of a per-container rate would

7    violate the terms of the operating agreement.

8    Either the shareholders would need to amend the

9    agreement or approve an exception to its terms."

10              As a member of the Belt Line Board, did

11   you agree with the statement in Mr. Stinson's memo?

12        A.    I fully agreed.  We were more than willing

13   to offer the same agreement with Norfolk -- to

14   Norfolk Southern.

15        Q.    What do you mean?

16        A.    Meaning that if they -- we fully respected

17   the uniform rate principle.  When the original

18   charter was set up, intermodal was not in existence.

19   It was another 50, 60 years until intermodal came

20   up.

21              And the idea of uniform for intermodal

22   trains versus containers or versus individual

23   carloads was always something not well contemplated

24   on that point.

25              But we were not trying to have a rate that