# EXHIBIT 57

Meeting with Virginia Port Authority and CSX
May 19th, 2010

On Wednesday, May 19th 2010, a meeting was held at the request of CSX with representatives from the Virginia Port Authority to discuss CSX's interest in an intermodal yard at their Kilby Faculty.

Participants in the meeting were as follows:
Jeff Keever, Jeff Florin and Russ Held of the Virginia Port Authority
Vance Bennett, Carl Warren, Theresa Rasheed of CSX
Kevin Keller and William Burgel of HDR

CSX requested that the Virginia Port Authority consider submitting a TIGER II Grant request to fund an intermodal yard in Suffolk adjacent to the CenterPoint Property. Much of the discussion focused on the criteria that will be considered for proposals under the TIGER II program such as: livable communities, multimodalism, partnerships and multistate projects.

During the course of the conversation, Carl Warren spoke about the Virginia Avenue Project and allowing double stack rail service and indicated that it would be, "a great corridor from the north to the south". When questioned about this particular comment, Mr. Warren offered very little explanation other then, "There is a lot of domestic freight from the Atlanta area that will use this corridor to serve the northeast." Following a further exchange about the National Gateway project, it became apparent that CSX interest in Virginia is strictly focused on Virginia assisting CSX in obtaining funding for the Virginia Portion of the National Gateway Project, and further, based on this discussion it appears CSX has no real interest in freight mobility from the Port of Virginia. CSX's focus continues to be on the Port of New York and others, but not Virginia.

The discussion continued and the Virginia Port Authority offered to determine its own priorities for TIGER Grants taking into consideration the request from CSX at this meeting.

CSX appears to have very little interest in Virginia, but rather New York and Savannah. VPA should continue to ensure that the Port's mega terminals preserve dual rail access (particularly at APM and the future Craney Island Terminal), because long term port growth will depend on competitive rates that dual rail access provides.