# EXHIBIT 73

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION


CSX TRANSPORTATION, INC.,      )
Individually and on behalf     )
of NORFOLK & PORTSMOUTH        )
BELT LINE RAILROAD             )
COMPANY,                       )
                               )
        Plaintiff,             )
                               )
V.                             )  NO. 2:18cv530
                               )
NORFOLK SOUTHERN RAILWAY       )
COMPANY, NORFOLK &             )
PORTSMOUTH BELT LINE           )
RAILROAD COMPANY, JERRY        )
HALL, THOMAS HURLBUT,          )
PHILIP MERILLI and CANNON      )
MOSS,                          )
                               )
        Defendants.            )



DEPOSITION UPON ORAL EXAMINATION OF

MICHAEL McCLELLAN

TAKEN ON BEHALF OF THE PLAINTIFF

Virginia Beach, Virginia

February 20, 2020



1           A       Yes.

2           Q       And do you recall approximately how much

3    capital Norfolk Southern contributed to funding for the

4    Heartland Corridor?

5           A       I don't.  The Heartland Corridor also

6    included four other things as we talked about.  It

7    included the expansion of our Columbus facility,

8    potentially new facilities at Roanoke and Prichard and

9    the expansion of a rail yard at Crewe, Virginia.  Those

10   were the four other components of what we call the

11   Heartland Corridor.

12          Q       Okay.

13          A       The Heartland Corridor was the clearance

14   project.

15          Q       If you look at the second to last

16   sub-bullet point under that one, it says, "In 2005

17   intermodal --" is that a reference to your unit there,

18   intermodal?

19          A       I believe so.

20          Q       Okay.

21                  "-- completed the final value proposition

22   and got approval to proceed with an additional

23   investment of up to 83 million for the two projects."

24          A       That's what it says.

25          Q       In your understanding, is that referring



1    to 83 million of capital that Norfolk Southern would be

2    adding to the projects?

3         A     I cannot recall that specific number, but

4    it seems right.

5         Q     Okay.  Would it be fair to say that

6    Norfolk Southern contributed a substantial investment

7    and capital of its own money to the Heartland Corridor

8    project?

9         A     It depends on how you define

10   "substantial," but, yes.

11        Q     Okay.  How would you define "substantial"

12   in your review at the time as the vice president of

13   intermodal?

14        A     It was over $10 million.

15        Q     Okay.

16        A     Yeah.

17        Q     I think on -- if you return to the first

18   page of this document, Mr. McClellan.

19        A     Sure.

20        Q     Under the heading Intermodal there, you

21   reflect a time period of 2000 to 2013 and you're

22   following various metrics in that time frame; is that

23   correct?

24        A     Sure.

25        Q     And was part of what you were saying in



Michael McClellan - February 20, 2020                           119

```
 1          Q      I was asking you if you knew what
 2   Norfolk Southern's share of intermodal container volume
 3   was at the NIT facility.
 4          A      Of rail intermodal business at NIT during
 5   my term?  That is a number we probably would have
 6   known, yes.
 7          Q      Okay.
 8          A      We would not have known our share of
 9   total business, generally.
10          Q      And just so I can follow you, when you
11   say "total business," what are you referring to in
12   terms of total business?
13          A      The -- if the ports made the data
14   available, and I believe the Virginia ports did, they
15   would talk about how much rail business moved out, as
16   they did here, and obviously we could take our number,
17   subtract it from the number, and figure out what the
18   other guy was doing.
19                 That may not have anything to do with
20   share.  There might be another 200,000 shipments that
21   could have moved rail.
22                 And when we were looking at share, we
23   would have considered all of the business that could
24   move rail, not all of the business that did move rail.
25                 So when I focused on share, I focused
```



```
 1   more on opportunity rather than what was in front of
 2   me.
 3            Q     And the other services that could be
 4   taking that share, other than CSX, would be -- would
 5   that be trucking and then --
 6            A     Barge.
 7            Q     -- the barge that you indicated before?
 8            A     Yes, that is correct.
 9            Q     Okay.  So I understand your answer --
10            A     Right.
11            Q     -- thank you, and what you were focused
12   on.
13                 But you would have calculated and would
14   have known what Norfolk Southern's share was as
15   compared to CSX of the intermodal freight business from
16   NIT; is that correct?
17            A     Correct, for ports, not for NIT
18   necessarily.
19                 Ports would report -- if ports reported
20   their rail volumes, we would know what our share was.
21            Q     So if I understand you, you're saying you
22   might know what your share is from the collection of
23   the Virginia ports?
24            A     That is correct.
25            Q     Okay.  And do you recall approximately
```



```
 1            Q      Okay.

 2            A      And the way -- we took our trains from

 3     Norfolk north up to Harrisburg, Pennsylvania, and then

 4     west.

 5            Q      So the Heartland Corridor gave you

 6     double-stack capacity on a shorter route --

 7            A      That's exactly right.

 8            Q      -- is that right?

 9            A      So the competitive advantage we had in

10     Norfolk was we had -- all our markets were

11     double-stacked and they were all single-stacked.

12            Q      And then if you look further down,

13     there's the market summary section under G.

14                   Do you see that, Mr. McClellan?

15            A      I do.

16            Q      There's a reference sub-bullet there that

17     says, "Norfolk has various advantages that will allow

18     it to grow faster than Savannah and New York."

19                   Do you see that?

20            A      Yes.

21            Q      Do you know what advantages were being

22     referred to there?

23            A      I will go from recollection.

24                   New York had a couple of disadvantages at

25     the time.   They had a air draft problem, meaning big
```

