# EXHIBIT 83

**Confidential**

1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                      NORFOLK DIVISION

 3

 4   CSX TRANSPORTATION, INC.,  )
     Individually and on behalf )
 5   of NORFOLK & PORTSMOUTH    )
     BELT LINE RAILROAD         )
 6   COMPANY,                   )
                                )
 7             Plaintiff,       )
                                )
 8   V.                         )   NO. 2:18cv530
                                )
 9   NORFOLK SOUTHERN RAILWAY   )
     COMPANY, NORFOLK &         )
10   PORTSMOUTH BELT LINE       )
     RAILROAD COMPANY, JERRY    )
11   HALL, THOMAS HURLBUT,      )
     PHILIP MERILLI and CANNON  )
12   MOSS,                      )
                                )
13             Defendants.      )

14

15

16

17                        CONFIDENTIAL

18          DEPOSITION UPON ORAL EXAMINATION OF

19                      DONNA COLEMAN

20          TAKEN ON BEHALF OF THE PLAINTIFF

21                    Norfolk, Virginia

22               Wednesday, March 4, 2020

23

24

25
```

**Confidential**

1          A       I helped Mr. Moss with the drafting of it

2    and it was presented to our board.

3          Q       When you say "the drafting," was the

4    present conflict of interest policy for the Belt Line,

5    to your knowledge, entirely composed by Mr. Moss and

6    you and anyone else at the Belt Line or was it adopted

7    or borrowed from Norfolk Southern?

8          A       I think -- he did most of it, so I don't

9    know what his source was.

10         Q       Do you have any information as to what

11   the source of it was?

12         A       I don't believe so.

13         Q       Was your role more of reviewing what was

14   drafted and editing it or adding to it or were you the

15   draftsman of any past conflict of interest policy?

16         A       I think I was just mostly editing.

17         Q       Do you know if the Belt Line presently

18   has a code of ethics?

19         A       We do.

20         Q       Was that in existence when you came on

21   the board in 2006?

22         A       No.   It came about about the same time as

23   the conflict of interest.

24         Q       Do you know why the code of ethics and

25   the conflict of interest were -- came into being for

**Confidential**

40

1    the Belt Line?

2              A    CSX did an audit.  My understanding was

3    they were looking at many shortlines that they had an

4    interest in, and that was one of the things they were

5    looking at was looking for conflicts of interest,

6    ethics, that sort of thing.

7              Q    You mentioned an audit you say was

8    conducted by CSX.

9              A    I believe CSX did most of the work on

10   that one.

11             Q    Do you know, was there ever a joint audit

12   that was conducted by both NS and CSX?

13             A    The audits I'm aware of, usually one

14   railroad would take the lead and the other one was

15   informed.

16             Q    Are you aware of more than one audit then

17   during your tenure with the Belt Line?

18             A    There was a financial audit I believe in

19   '07 at my request.

20             Q    Why did you request a financial audit in

21   '07?

22             A    We had converted our financials over to

23   Norfolk Southern's systems at that point, which involve

24   some change in accounting practices, and I was the new

25   comptroller and I thought it was a good idea to have

47

1  based on the type of contract.

2          Q     Is there then a subject matter limitation

3  in terms of what types of contracts the Belt Line can

4  enter into without board approval?

5          A     Not as in a single policy where it's

6  clearly written out.

7          Q     I take it there are some contracts that

8  affect the Belt Line which the shareholders approve?

9          A     Yes.

10         Q     From your knowledge, who votes on or who

11 decides items involving rates and tariffs?  Is it the

12 board of directors or the shareholders who ultimately

13 vote on those, if you know?

14         A     I believe and historically it has been

15 the board.

16               (Coleman Exhibit Number 2 marked.)

17 BY MR. McFARLAND:

18         Q     Looking at the email chain, ma'am, that

19 we've marked as Coleman Deposition Exhibit 2, you do

20 not appear to be a direct cc of these emails, but are

21 you familiar with the subject matter that's discussed

22 in them?

23         A     Yeah.  Vaguely, yeah.

24         Q     Who is Miss Mary Bess Smith?

25         A     She is high up in the audit group.  I

**Confidential**

87

 1        Q      Do you know if CSX had an interest in
 2   purchasing this same property?
 3        A      Well, there's a letter here that says
 4   they did.
 5        Q      Do you recall if CSX's interest in
 6   purchasing the property was discussed at the board
 7   meeting?
 8        A      I don't recall.
 9        Q      Do you know if the sale of this property,
10   the Port Norfolk yard property, was discussed at the
11   April 2008 board meeting?
12        A      I don't recall.
13        Q      Do you know if there ultimately was a
14   sale by the Belt Line of the property known as the
15   Port Norfolk yard?
16        A      No, there was not.
17        Q      Do you know if in addition to the letter
18   we see here from CSX about its interest in purchasing
19   the Port Norfolk yard property -- and that's dated
20   April 1st, 2008 -- were there any further offers or
21   communications from CSX about purchasing that property?
22        A      I don't recall.
23               (Coleman Exhibit Number 8 marked.)
24   BY MR. McFARLAND:
25        Q      In your capacity as comptroller and

91

```
1   commitment, though?
2        A     I don't remember that it did.
3              It wasn't for us to bring traffic to
4   them.
5        Q     Do you know, was a purchase and sale
6   agreement ever entered into for this property with any
7   other party?
8        A     We entered into some type of an agreement
9   with a company called Ice Express, and they were going
10  to build a rail-served warehouse on a part of the
11  property.  It wasn't for the whole property, I don't
12  believe, and that eventually fell through.
13       Q     You note when you are communicating with
14  Mr. James that you thought the CSX offer was way low,
15  right?
16       A     I thought so, yes.
17       Q     What did you base that on?
18       A     The earlier evaluations that had been
19  done, the earlier appraisals that had been done of the
20  property.
21       Q     After 2009, do you recall if there was
22  any further interest by the Port Authority in
23  purchasing this property?
24       A     I don't remember anything.
25             (Coleman Exhibit Number 10 marked.)
```

**Confidential**

104

1    how do they phrase this?  Is there something more up to

2    date that we should be using?  Were we missing anything

3    that should be built into our tariff?

4            Q     How about in terms of the tariff charged

5    itself, do you know, did you look at comparisons of --

6            A     We may have looked at them, but at the

7    end of the day, it is -- our tariff is based on what it

8    costs us to move the car.

9            Q     Could the cost to move the car go down if

10   the number of cars moved went up?

11           A     It depends on how the number of cars are

12   presented.

13                 A unit train costs less, usually, than

14   cars that come in in smaller numbers on a local train,

15   but you also have to have a facility that can

16   accommodate the unit train or your costs go up because

17   now you are storing cars and having to do extra

18   switching.

19           Q     As of 2018, did the Belt Line have the

20   capacity to store cars for longer trains?

21           A     Define "longer."

22           Q     I'm using the term that you used.

23                 So how would you define it?

24           A     In 2018 we were getting 90-car unit

25   trains and, yes, we could handle those, and we did.