# EXHIBIT 110

```
                                              Page 1
 1           UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
 2                  NORFOLK DIVISION
 3
 4   CSX TRANSPORTATION, INC.,
     individually and on behalf of
 5   NORFOLK & PORTSMOUTH BELT LINE
     RAILROAD COMPANY,
 6
             Plaintiff,
 7                                      CIVIL ACTION FILE
             vs.
 8                                      NO. 2:18cv530
     NORFOLK SOUTHERN RAILWAY
 9   COMPANY, NORFOLK & PORTSMOUTH
     BELT LINE RAILROAD COMPANY,
10   JERRY HALL, THOMAS HURLBUT,
     PHILIP MERILLI, and CANNON
11   MOSS,
12           Defendants.
13
14              VIDEO DEPOSITION OF
15             STEVEN ARMBRUST, ESQ.
16                March 11, 2020
17                   9:56 a.m.
18               McGuireWoods LLP
19             1230 Peachtree Street
20                  Suite 2100
21               Atlanta, Georgia
22      Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
```

Page 214

1  proposal never even went to a rate committee,
2  correct?
3          MR. JUSTUS:  Objection, foundation.
4  BY MR. LYNCH:
5      Q   And never went to a vote?
6          MR. JUSTUS:  Same objection.
7      A   In 2018, the concerns had risen and were
8  articulated in letters preceding the board meeting
9  that the governance of the Belt Line was in a state
10 that required independent board members.  And as I
11 recall from the -- there was not a desire to proceed
12 with a rate proposal without approval of an
13 independent board as well.
14 BY MR. LYNCH:
15     Q   To your recollection, CSX didn't want to
16 go forward with a rate vote because of the
17 composition of the board.
18         MR. JUSTUS:  Objection to form.
19 BY MR. LYNCH:
20     Q   Is that a fair statement?
21     A   That's my recollection, yes.
22         MR. LYNCH:  Exhibit 17.