# EXHIBIT 121



| ProdBeg | Companies | Date | Author | TO | CC | Email_Subject / Filename / Document Description | FileExt |
|---|---|---|---|---|---|---|---|
| NSR_00199524 | NPBL | 8/26/1999 | Donnelly, J. M. | Board of Directors NPBL | | Board of Directors Consent Form | |
| NSR_00199515 | NPBL | 9/17/1999 | | | | Board of Directors Consent Form (executed) | |
| CSXT0024925 | CSXT | 6/20/2009 | O'Malley, Michael | Armbrust, Steven | Kendall, Quintin | Fw: The Port of Virginia - New On-Dock Rail at NIT - CORRECTION | MSG |
| NPBL014367 | Commercial First Appraisers, LLC; NPBL | 7/6/2009 | James, H. Glenn | Coleman, Donna | | Re: Port Norfolk Yard | eml |
| NPBL014366 | NPBL; Virginia Port Authority | 2/2/2011 | Florin, Jeffrey | Coleman, Donna | | VPA_Letter_of_Endorsement_2792_001.pdf | pdf |
| NPBL011659 | NPBL | 9/29/2011 | Stinson, David | Moss, Cannon | | FW: Ford | eml |
| NPBL015164 | NPBL | 9/25/2012 | User, Unknown | | | Minutes_9-19-2011_Board.pdf | pdf |
| NPBL015165 | NPBL | 9/25/2012 | User, Unknown | | | Minutes_9-23-2011_Board.pdf | pdf |
| NPBL005672 | NPBL; CSXT | 4/9/2015 | Moss, Cannon | MacDonald, Tony | | RE: Request for Operating Window | eml |
| NSR_00104455 | Norfolk Southern | 11/14/1998 | Martinez, R. E. | Prillaman, L. I.; Finkbiner, R. L. | | CSX and VPA, Part II | |
| NSR_00199538 | NPBL; CSXT; Norfolk Southern | 3/24/1999 | Donnelly, J. M. | NPBL Rate Structure Committee; Potter, Steven; Tilley, John; Weatherholtz; Wilby, Whit; Walker, Dennis; Romig, William; Belvin, Robert; Johnson, Richard; Herskovitz, Robert; Lucas, Robert | Walker, Dennis; Sturtevant, P. Diane; Hobbs, Tony | Rate Structure Committee Letter | |
| NSR_00199532 | Norfolk Southern | 3/29/1999 | Johnson, Richard | Romig, W. J.; Lucas, Robert; Herskovitz, Robert; McClellan, Michael; Baughan, Edmond; Belvin, Bob | | Fax: NPBL Rates | |
| NSR_00199536 | Norfolk Southern | 4/1/1999 | | | | Fax: Rate Structure Committee, Report to NPB Board of Directors | |

| Bates | Custodian | Date | From | To | CC | Subject | Type |
|---|---|---|---|---|---|---|---|
| NSR_00199530 | NPBL; CSXT; Norfolk Southern | 7/19/1999 | Donnelly, Joseph | NPBL Rate Structure Committee; Potter, Steven; Tilley, John; Weatherholtz; Wilby, Whit; Walker, Dennis; Romig, William; Belvin, Robert; Johnson, Richard; Herskovitz, Robert; Lucas, Robert | | Rate Structure Committee Letter | |
| NSR_00199542 | NPBL; CSXT; Norfolk Southern | 7/19/1999 | Donnelly, J. M. | NPBL Rate Structure Committee; Potter, Steven; Tilley, John; Weatherholtz; Wilby, Whit; Walker, Dennis; Romig, William; Belvin, Robert; Johnson, Richard; Herskovitz, Robert; Lucas, Robert | | Rate Structure Committee Letter | |
| NSR_00084773 | Norfolk Southern | 4/2/2008 | Heller, Jeffrey | Friedmann, John | Luebbers, Chris | RE: NPBL Port Norfolk Yard | MSG |
| NSR_00027114 | Norfolk Southern | 4/17/2009 | Luebbers, Chris | Eckhardt, Augie | | FW: NPBL | MSG |
| NSR_00011118 | Norfolk Southern | 4/24/2009 | Luebbers, Chris | Cronk, Gregg | | RE: NPBL - Rate Committee CONFIDENTIAL | MSG |
| NSR_00084753 | Norfolk Southern | 5/14/2009 | Heller, Jeffrey | Allison, Jake | Luebbers, Chris | FW: NPBL - Rate Committee CONFIDENTIAL | MSG |
| NSR_00001503 | Norfolk Southern | 5/27/2009 | Heller, Jeffrey | Eckhardt, Augie ; Fabits, Larry; Luebbers, Chris | Dean, Paul; Simpkins, J. R.; Huffman, Bob; Booth, Cary | RE: CSX - NIT & APMT | MSG |
| NSR_00027096 | Norfolk Southern | 6/19/2009 | Luebbers, Chris | Heller, Jeffrey; Eckhardt, Augie | | NPBL - CSX | MSG |
| NSR_00084730 | Norfolk Southern | 6/23/2009 | Luebbers, Chris | McLemore, Liesl; Hibben, | | NPBL Information | MSG |
| CSXT0025030 | CSXT; NPBL; CSX Intermodal, Inc.; Norfolk Southern | 7/23/2009 | Ingram, Tony L. | Stinson, David | Allison, C. H. "Jake"; Clement, W. C.; Drake, T. J.; Manion, M. D.; Coleman, D. N.; Bennett, V. E.; Booth III, J. N.; Helton, C. L. | DOC001.pdf | PDF |
| NSR_00177916 | Norfolk Southern | 7/27/2009 | Heller, Jeffrey | McClellan, Michael | | CSX and NPBL - Letter to Manion | MSG |
| NSR_00027070 | Norfolk Southern | 7/31/2009 | Luebbers, Chris | McLemore, Liesl; Cronk, Gregg; Hibben, Thomas | | Rate Commitee Follow Up | MSG |
| NSR_00183825 | Norfolk Southern | 9/21/2009 | Luebbers, Chris | Summy, Greg | | FW: NPBL Rate Committee | MSG |
| NSR_00035903 | Norfolk Southern | 9/25/2009 | Luebbers, Chris D. | | | NPBL Rate Committee Meeting 9-24-09.doc | DOC |
| NSR_00030864 | Norfolk Southern | 9/26/2009 | Evans, Steve | Heller, Jeffrey | Martinez, Rob; McClellan, Michael | RE: PMT | MSG |
| NSR_00183720 | Norfolk Southern | 12/1/2009 | Paschall, James | Summy, Greg | | FW: NPBL proposed sale to Virginia Port Authority; NSR Operating Agreement Indemnity Language | MSG |
| NSR_00027017 | Norfolk Southern | 1/7/2010 | Luebbers, Chris | Eckhardt, Augie ; Heller, Jeffrey | | Re: NPBL | MSG |
| NSR_00000781 | Norfolk Southern | 4/14/2010 | | | | NPBL September 2010 Board Materials.pdf | pdf |
| NSR_00062929 | Norfolk Southern | 7/7/2010 | Luebbers, Chris | Heller, Jeffrey | | Fw: CSX forecast model | MSG |
| NSR_00026968 | Norfolk Southern | 7/21/2010 | Luebbers, Chris | Heller, Jeffrey | | Re: They hate Palin here.................... | MSG |
| NSR_00073997 | Norfolk Southern | 8/5/2010 | Summy, Greg | Wheeler, Mike | Allison, Jake; Drake, Tim | FW: CSX NIT Operation Proposal | MSG |
| NSR_00062857 | Norfolk Southern | 8/30/2010 | Luebbers, Chris | Conway, Troy; Cronk, Gregg; Woods, Mark | | RE: CSX NIT Operation Proposal | MSG |
| NSR_00062844 | Norfolk Southern | 9/3/2010 | Luebbers, Chris | Conway, Troy; Cronk, Gregg; Woods, Mark | | RE: CSX NIT Operation Proposal | MSG |
| NSR_00105816 | Norfolk Southern | 1/1/2011 | | | | NPBL - Potential Questions | |
| NSR_00073008 | Norfolk Southern | 2/1/2011 | Summy, Greg | Drake, Tim | O'Neil, Tammy | RE: Port Norfolk Property offer | MSG |
| NSR_00000872 | Norfolk Southern | 2/17/2011 | Luebbers, Chris D. | | | Stinson 021711 clean plus cary.docx | DOCX |
| NSR_00072644 | Norfolk Southern | 9/14/2011 | Wolfe, Joe III | Summy, Greg; Wheeler, Mike | Drake, Tim; Allison, Jake | RE: Called Meeting | MSG |
| NSR_00026701 | Norfolk Southern | 11/7/2011 | Luebbers, Chris | Elkins, Ed; Heller, Jeffrey; Eckhardt, Augie | | RE: NPBL | MSG |
| NSR_00081982 | Norfolk Southern | 4/2/2013 | Heller, Jeffrey | Elkins, Ed; Eckhardt, Augie ; Luebbers, Chris | | FW: Statement of Governor McDonnell on Port PPTA Decision and Restructuring | MSG |
| NSR_00000865 | Norfolk Southern | 3/19/2015 | Martinez, Rob | | | Charleston ICTF update March 2015 cgb.docx | DOCX |

| Bates | Custodian | Date | From | To | CC | Subject | Type |
|---|---|---|---|---|---|---|---|
| NSR_00001419 | Norfolk Southern | 3/30/2015 | Heller, Jeffrey | Woods, Mark | Elkins, Ed; Shaw, Alan; Booth, Cary; Osborne, David; Luebbers, Chris; Yates, Jeff; Shaw, Alan | Re: CSX- NIT | MSG |
| NSR_00001406 | Norfolk Southern | 3/31/2015 | Booth, Cary | Luebbers, Chris | | CSX Train to NIT | MSG |
| NSR_00047281 | Norfolk Southern | 3/31/2015 | Evans, Terry | Heller, Jeffrey | | Re: CSX Traffic to NIT via NPBL | MSG |
| NSR_00000870 | Norfolk Southern; VIT; NPBL | 3/31/2015 | Booth, Cary | Tibbets, Shawn; Moss, Cannon | | NIT one time access clean.docx | DOCX |
| NSR_00001412 | Norfolk Southern; VIT; NPBL | 3/31/2015 | Booth, Cary | Tibbets, Shawn; Moss, Cannon | | NIT one time access clean.docx | DOCX |
| NSR_00000868 | Norfolk Southern | 3/31/2015 | Elkins, Ed | | | NIT one time access.docx | DOCX |
| NSR_00001409 | Norfolk Southern | 3/31/2015 | Elkins, Ed | | | NIT one time access clean.docx | DOCX |
| NSR_00001414 | Norfolk Southern | 3/31/2015 | Elkins, Ed | | | NIT one time access.docx | DOCX |
| NSR_00001417 | Norfolk Southern | 3/31/2015 | Elkins, Ed | | | NIT one time access.docx | DOCX |
| NSR_00001451 | Norfolk Southern | 4/1/2015 | Luebbers, Chris | Parker, Alonzo; Fabits, Larry | Elkins, Ed; Booth, Cary; Woods, Mark | RE: NIT Cars | MSG |
| NSR_00001402 | Norfolk Southern | 4/2/2015 | Bush, Jeremy | Luebbers, Chris | Woods, Mark; Elkins, Ed; Booth, Cary; Yates, Jeff | Re: NPBL Recap | MSG |
| NSR_00001401 | Norfolk Southern; VIT | 4/3/2015 | Tibbetts, Shawn | Booth, Cary; Elkins, Ed. | Hill, Travis; Capozzi, Tom | [EXTERNAL] CSX | MSG |
| NSR_00001447 | Norfolk Southern | 4/14/2015 | Woods, Mark | Booth, Cary; Heller, Jeffrey; Shaw, Alan | Osborne, David | RE: NIT Summary Today | MSG |
| NSR_00001391 | Norfolk Southern | 4/17/2015 | Heller, Jeffrey | Booth, Cary | | FW: NPBL request for a window to run to NIT | MSG |
| NSR_00001395 | Norfolk Southern | 4/17/2015 | Shaw, Alan | Booth, Cary; Lemarr, Adam; Osborne, David; Woods, Mark | | FW: NPBL request for a window to run to NIT | MSG |
| NSR_00001399 | Norfolk Southern | 4/17/2015 | Yates, Jeff | Heller, Jeffrey; Booth, Cary; Woods, Mark | | FW: another NPBL request and possible call to TNE | MSG |
| NSR_00001390 | Norfolk Southern | 4/21/2015 | Yates, Jeff | Booth, Cary; Woods, Mark; | Heller, Jeffrey; Irvin Jr., Charles | voice mail from VIT | MSG |
| NSR_00004475 | Norfolk Southern | 5/30/2015 | Heller, Jeffrey | Luebbers, Chris | Elkins, Ed | NPBL Trackage Rights | MSG |
| NSR_00071467 | Norfolk Southern | 6/12/2015 | McClellan, Michael | Robinson, Rob; Simonic, Patrick; Kraemer, John; McGregor, Scott; Schaaf, Jim | | RE: Personnel - Confidential | MSG |
| NSR_00004472 | Norfolk Southern | 6/25/2015 | Heller, Jeffrey | Luebbers, Chris | Elkins, Ed | RE: NPBL Trackage Rights | MSG |
| NSR_00047112 | Norfolk Southern | 7/9/2015 | Luebbers, Chris | Heller, Jeffrey | Elkins, Ed | RE: NPBL Agreements | MSG |
| NSR_00077404 | Norfolk Southern | 12/9/2015 | Hurlbut, Thomas | McClellan, Michael | | Re: NPBL rate increase | MSG |
| NSR_00005173 | Norfolk Southern | 3/15/2016 | Sensenig, Carol | Sensenig, Carol; Elkins, Ed; Luebbers, Chris; Joyner, Kenneth | | Review Strategy Regarding NIT Access | MSG |
| NSR_00054868 | Norfolk Southern | 3/15/2016 | Luebbers, Chris | Elkins, Ed | Joyner, Kenneth | FW: NIT Expansion - Pilot Article 3/15 | MSG |
| NSR_00001460 | Norfolk Southern | 7/1/2016 | Booth, Cary | Luebbers, Chris | Joyner, Kenneth; Bayles, Randy | RE: NBPL and NIT Switching | MSG |
| NSR_00024527 | Norfolk Southern | 12/20/2016 | Luebbers, Chris | Joyner, Kenneth | | Re: NPBL Discussion | MSG |
| NSR_00071344 | Norfolk Southern | 1/1/2017 | McClellan, Michael | Heller, Jeffrey | | FW: CSX intermodal doings | MSG |
| NSR_00076482 | Norfolk Southern | 3/27/2018 | Hurlbut, Thomas | Merilli, Philip | Hall, Jerry | RE: Rate Proposal for Long Term Intermodal service to NIT | MSG |
| NSR_00218072 | Norfolk Southern | 3/28/2018 | Hunt, Randall W. | Friedmann, John; Heller, Jeffrey; Hurlbut, Thomas; Booth, Cary; Traubel, Christine; Summy, Greg; Urban, Garrett | | FW: Trackage/Interchange Agreement Drafts | MSG |
| NSR_00006321 | Norfolk Southern | 4/3/2018 | Heller, Jeffrey | Osborne, David | | RE: NPBL - CSX | MSG |
| NSR_00034020 | Norfolk Southern | 4/10/2018 | Corletto, Jackie Decker | McClellan, Michael | | FW: NS/CSX Meeting Minutes 1/30/18 - Preparation for meeting with Ed Harris on 2/21 | MSG |
| NSR_00066329 | Norfolk Southern | 4/16/2018 | Legge, Robert | Martinez, Rob | | FW: NPBL/CSX Access to NIT | MSG |
| NSR_00035194 | Norfolk Southern; CSXT; NPBL; Crenshaw, Ware & Martin, P.L.C. | 4/17/2018 | Summy, Greg | Armbrust, Steven | Chapman, James; Moss, Cannon; Coleman, Donna; Hall, Jerry; Hurlbut, Thomas; Merilli, Philip; Swafford, Jermaine; Glassman, Drew | Armbrust letter - 041718.pdf | PDF |
| NSR_00051329 | Norfolk Southern | 4/18/2018 | Corletto, Jackie Decker | Hunt, Randall | | RE: Rate Proposal for Long Term Rail Service to NIT.pdf | MSG |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NSR_00079915 | Norfolk Southern | | 4/18/2018 | Corletto, Jackie Decker | Nelson, Amanda | | RE: Rate Proposal for Long Term Rail Service to NIT.pdf | MSG |
| NSR_00049537 | Norfolk Southern | | 8/1/2018 | Heller, Jeffrey | Joyner, Kenneth | | RE: CSX access into NIT | MSG |
| NSR_00067467 | Norfolk Southern | | 8/1/2018 | Martinez, Rob | McClellan, Michael | | Re: CSX access into NIT | MSG |