IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

       Plaintiff,

v.                                                    Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

       Defendants.

                                             /

## JOINT MOTION TO EXCEED PAGE LIMITATIONS

NOW COME Plaintiff CSX Transportation, Inc. ("CSXT"), and Defendants Norfolk Southern Railway Company ("NS"), and Norfolk & Portsmouth Belt Line Railroad Company ("NPBL") (collectively, the "Parties"), by counsel, and hereby move to exceed the page limitations contained in Local Rule 7(F)(3) for their responsive and rebuttal briefs relating to Defendants' Motions for Summary Judgment. In support of this Motion, the Parties state:

1. Local Rule 7(F)(3) states that "[e]xcept for good cause shown in advance of filing," opening and responsive briefs shall not exceed thirty (30) pages in length, and rebuttal briefs shall not exceed twenty (20) pages.

2. On March 26, 2021, Defendants sought leave to exceed the 30-page limitation for their opening memoranda in support of their Motions for Summary Judgment. *See* ECF Nos. 289, 290. On April 2, 2021, for good cause shown, the Court authorized Defendants to file opening briefs not exceeding forty (40) pages. ECF No. 293.

1

3. The Parties now jointly move the Court for commensurate enlargements for the remainder of the briefing on Defendants' dispositive motions. The Parties ask that Plaintiff CSXT be permitted responsive briefs of forty (40) pages each if CSXT files two separate oppositions to Defendants' motions or, if CSXT instead elects to file a consolidated response to Defendants' motions, it will be afforded seventy (70) pages for such consolidated response. The Parties ask that Defendants each be permitted to file a rebuttal brief not to exceed twenty-five (25) pages. These enlargements will allow the Parties to address comprehensively the facts and legal arguments at issue in Defendants' dispositive motions and are premised on the same good cause shown by Defendants in their March 26 motion for enlargement of opening briefing. *See* ECF Nos. 289, 290.

WHEREFORE, the Parties, by counsel, request that this Court grant this Joint Motion to Exceed Page Limitations and enter the Parties' Proposed Order, attached as Exhibit 1.

Respectfully submitted this 16th day of April, 2021.

| **CSX TRANSPORTATION, INC.** | **NORFOLK SOUTHERN RAILWAY COMPANY** |
|---|---|
| By its attorneys, | By its attorneys, |
| */s/ Robert W. McFarland* | /s/ |
| Robert W. McFarland (VSB No. 24021) | Alan D. Wingfield (VSB No. 27489) |
| Benjamin L. Hatch (VSB No. 70116) | Michael E. Lacy (VSB No. 48477) |
| V. Kathleen Dougherty (VSB No. 77294) | Massie P. Cooper (VSB No. 82510) |
| MCGUIREWOODS LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| World Trade Center | 1001 Haxall Point |
| 101 West Main Street, Suite 9000 | Richmond, Virginia 23219 |
| Norfolk, Virginia 23510-1655 | Tel. (804) 697-1200 |
| Tel. (757) 640-3716 | Fax (804) 698-6061 |
| Fax (757) 640-3930 | alan.wingfield@troutman.com |
| rmcfarland@mcguirewoods.com | michael.lacy@troutman.com |
| bhatch@mcguirewoods.com | massie.cooper@troutman.com |
| vkdougherty@mcguirewoods.com | |

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Tel. (804) 775-1000
Fax (804) 698-2026
bjustus@mcguirewoods.com
apeterson@mcguirewoods.com

**NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY**
By its attorneys,
/s/
James L. Chapman IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Darius K. Davenport (VSB No. 74064)
David C. Hartnett (VSB No. 80452)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Tel. (757) 623-3000
Fax (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com.

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Tel. (757) 687-7537
Fax (757) 687-1546

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
Tel. (703) 592-1154
Fax (703) 230-9859
MMcCarroll@redgravellp.com

Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave, N.W.
Washington, D.C. 20005
Tel (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

## CERTIFICATE OF SERVICE

I certify that on this 16th day of April, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1190
Facsimile: (804) 698-2091
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

*Counsel for Plaintiff*

143950057_2.docx