# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                              Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.
_____/

## **ORDER**

Upon the joint motion of Plaintiff CSX Transportation, Inc. ("CSXT"), and Defendants Norfolk Southern Railway Company ("NS"), and Norfolk & Portsmouth Belt Line Railroad Company ("NPBL") (collectively, the "Parties"), and for good cause shown, IT IS HEREBY ORDERED that the Parties are permitted to file responsive and rebuttal briefs relating to Defendants' Motions for Summary Judgment in excess of the page limitations contained in Local Rule 7(F)(3) for their responsive and rebuttal briefs.

CSXT is authorized to file a responsive brief of forty (40) pages to each of Defendants' motions or, if CSXT instead elects to file a consolidated response, such consolidated brief shall not exceed seventy (70) pages. Defendants will each be entitled to file a rebuttal brief not to exceed twenty-five (25) pages.

It is SO ORDERED this ____ day of _____, 2021.

                                                              _____
                                                               The Honorable Robert J. Krask
                                                               United States Magistrate Judge

**CSX TRANSPORTATION, INC.**

By its attorneys,

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Tel. (757) 640-3716
Fax (757) 640-3930
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Tel. (804) 775-1000
Fax (804) 698-2026
bjustus@mcguirewoods.com
apeterson@mcguirewoods.com

**NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY**

By its attorneys,

/s/
James L. Chapman IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Darius K. Davenport (VSB No. 74064)
David C. Hartnett (VSB No. 80452)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Tel. (757) 623-3000
Fax (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
ddavenport@cwm-law.com
dhartnett@cwm-law.com.

**NORFOLK SOUTHERN RAILWAY COMPANY**

By its attorneys,

/s/
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel. (804) 697-1200
Fax (804) 698-6061
alan.wingfield@troutman.com
michael.lacy@troutman.com
massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Tel. (757) 687-7537
Fax (757) 687-1546

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
Tel. (703) 592-1154
Fax (703) 230-9859
MMcCarroll@redgravellp.com

Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave, N.W.
Washington, D.C. 20005
Tel (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com