IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

        **Plaintiff,**

v.                                                     Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY
COMPANY,** *et al.***,**

        **Defendants.**

## AGREED NOTICE OF WITHDRAWAL OF MOTION
## FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES

PLEASE TAKE NOTICE that defendant Norfolk and Portsmouth Belt Line Railroad Company, with the agreement of plaintiff CSX Transportation, Inc., hereby withdraws for consideration its Motion for Partial Summary Judgment on Damages (D.E. 94).

Dated:  April 29, 2021                      NORFOLK AND PORTSMOUTH
                                                                   BELT LINE RAILROAD COMPANY

                                                     By:      */s/ W. Ryan Snow*
                                                               James L. Chapman, IV, VSB No. 21983
                                                               W. Ryan Snow, VSB No. 47423
                                                               David C. Hartnett, VSB No. 80452
                                                               Alexander R. McDaniel, VSB No. 92398
                                                               CRENSHAW, WARE & MARTIN, P.L.C.
                                                               150 W. Main Street, Suite 1500
                                                               Norfolk, Virginia 23510
                                                               Telephone: (757) 623-3000
                                                               Facsimile: (757) 623-5735
                                                               jchapman@cwm-law.com
                                                               wrsnow@cwm-law.com
                                                               dhartnett@cwm-law.com
                                                               amcdaniel@cwm-law.com
                                                               *Attorneys for Norfolk and Portsmouth Belt
                                                               Line Railroad Company*

## CERTIFICATE OF SERVICE

      I certify that on this 29th day of April 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

      By: _____*/s/ W. Ryan Snow*_____
      W. Ryan Snow, VSB No. 47423
      CRENSHAW, WARE & MARTIN, P.L.C.
      150 W. Main Street, Suite 1500
      Norfolk, Virginia 23510
      Telephone: (757) 623-3000
      Facsimile: (757) 623-5735
      wrsnow@cwm-law.com
      *Attorney for Norfolk and Portsmouth Belt Line Railroad Company*