**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

CSX TRANSPORTATION, INC.,

        Plaintiff,

v.                                            Action No.  2:18cv530

NORFOLK SOUTHERN
RAILWAY COMPANY, et al.,

        Defendants.

## O R D E R

The final pretrial conference in this matter has been rescheduled to **10:00 a.m. on June 7, 2021.** In keeping with the guidance delineated in General Order No. 2020-16, Case No. 2:20mc7, because of the public health emergency posed by COVID-19, the Court has determined that this proceeding should be conducted remotely, using the zoomgov.com platform.[1] To permit the Court the ability to make rulings on any objections during the conference, the parties are **DIRECTED** to submit to the chambers of the undersigned, no later than June 1, 2021, the following:

    1.      A proposed Final Pretrial Order signed by both parties.

    2.      A copy of all exhibits to which the parties have objections that were not able to be resolved.  The exhibits should be submitted in binders and marked in accordance with their designation in the proposed Final Pretrial Order.

    3.      Copies of any *de bene esse* depositions to which the parties have made objections. The deposition designations, counter-designations, and any objections and the bases therefor

---

[1] Counsel will be provided with the necessary information to permit remote access to the conference.

should be specifically delineated in the Final Pretrial Order. To facilitate the Court's review of deposition objections, the plaintiff's objections to designated testimony shall be highlighted in one color, defendant Norfolk Southern Railway Company's in another color, and defendant Norfolk & Portsmouth Belt Line Railway Company in a third color.

The Clerk shall forward a copy of this Order to all counsel of record.

/s/
Robert J. Krask
United States Magistrate Judge

Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
April 29, 2021