# Exhibits 1-33
# Filed Under Seal