# Exhibits 35-53 Filed Under Seal