# Exhibits 55-56
# Filed Under Seal