# Exhibits 59-64 Filed Under Seal