# Exhibit 65

**From:** "Moss, Cannon" </O=NSCORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TKEY7>
**To:** "'Tony MacDonald (tony_macdonald@csx.com)'" <tony_macdonald@csx.com>
**Subject:** RE: Request for Operating Window
**Date:** Thu, 09 Apr 2015 19:03:53 -0000
**Importance:** Normal

Tony:

You are correct that NS has prevented our movement over to NIT because of operational issues. I have not been advised that they are proprietary. They have not told me that they would not handle our traffic, just that they could not accommodate our traffic at this time because it was outside our normal service window. Last night I was informed by Travis Hill at VIT that there would not be a CSX train running to NIT. At this point, it's the Port who is telling me the train is not going to run. Per your request for a window, NS appears to continue to be having issues so I cannot give you a definitive window because I am reliant on them. I can continue to ask each day as I have over the last few days. I gladly welcome the opportunity to handle your business but I have to run over NS to reach NIT. Thanks,

Cannon Moss

**From:** MacDonald, Tony [mailto:Tony_MacDonald@csx.com]
**Sent:** Thursday, April 09, 2015 2:05 PM
**To:** Moss, Cannon
**Subject:** [EXTERNAL] Request for Operating Window

Cannon,

This will confirm our calls over the last few days ending with your advice last evening that NPBL is unable to provide an operating window for CSX Train X10008 for movement to NIT over NPBL because NSRR claimed "proprietary operational issues". In order to accommodate the customers on that train, CSX is working on a much less efficient alternative plan for these containers, but our customers will need several more operating windows in the future to reach NIT. You also said that you were concerned that NPBL could not provide future windows, despite having provided a window last week. Please confirm this is correct or if not please provide me with the next available operating window so we can plan accordingly.

Thanks

Tony

This email transmission and any accompanying attachments may contain CSX privileged and confidential information intended only for the use of the intended addressee. Any dissemination, distribution, copying or action taken in reliance on the contents of this email by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please immediately delete it and notify sender at the above CSX email address. Sender and CSX accept no liability for any damage caused directly or indirectly by receipt of this email.

NPBL005673