# Exhibits 66-70 Filed Under Seal