Case 2:18-cv-00530-MSD-RJK   Document 328-11   Filed 05/03/21   Page 1 of 3 PageID# 8538

# Exhibit 71

**From:** "Moss, Cannon" </O=NSCORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TKEY7>
**To:** "'MacDonald, Tony'" <Tony_MacDonald@csx.com>
**Subject:** RE: CSX move
**Date:** Tue, 23 Jun 2015 15:31:42 -0000
**Importance:** Normal

I'm going to furlough some folks and need to know if this intermodal move is actually going to continue.

**From:** MacDonald, Tony [mailto:Tony_MacDonald@csx.com]
**Sent:** Tuesday, June 23, 2015 11:31 AM
**To:** Moss, Cannon
**Subject:** [EXTERNAL] RE: CSX move

???

TOUGH DECISIONS?

**From:** Moss, Cannon [mailto:Cannon.Moss@nscorp.com]
**Sent:** Tuesday, June 23, 2015 11:04 AM
**To:** MacDonald, Tony
**Subject:** CSX move

Tony:

I need to really understand your future requirements for us to run to NIT. I'm going to have to make some tough decisions here and need to truly understand if this move is actually going to continue on or if it doesn't make any sense anymore. Thanks,

Cannon

This email transmission and any accompanying attachments may contain CSX privileged and confidential information intended only for the use of the intended addressee. Any dissemination, distribution, copying or action taken in reliance on the contents of this email by anyone other than the intended recipient is strictly

NPBL005643

prohibited. If you have received this email in error please immediately delete it and notify sender at the above CSX email address. Sender and CSX accept no liability for any damage caused directly or indirectly by receipt of this email.

NPBL005644