# Exhibits 72-79
# Filed Under Seal