# Exhibits 81-83 Filed Under Seal