# Exhibit 84

## Moss, Cannon

**From:** Moss, Cannon
**Sent:** Thursday, April 5, 2018 3:00 PM
**To:** 'DiDeo, Tony'
**Subject:** RE: Rate Proposal for Long Term Rail Service to NIT

Tony:

Thank you for taking the time to talk with me about the CSX rate proposal. I had an opportunity to meet with VIT this morning and wanted to pass along the following thoughts regarding the proposal you sent.

- The operating plan outlined in the 2010 letter gives us a good starting point for the operation. The major factor in play are the windows NS would provide for NPBL to make our run to NIT. Once we have those windows we can build our plan around them.
- The 2010 plan would require two crews. I wasn't part of NPBL when this was discussed but looking at the times discussed, you would need two crews. If we formulated a similar plan, two crews would be required.
- Interchange location would be Berkley yard. The starting maximum length of the train would be 4,000ft. based on space available at Berkley Yard. NPBL does not have any location to hold a 4,000 ft. train so the inbound/outbound trains will need to yarded before departure.
- Because of the time sensitive nature of intermodal traffic we would require two locomotives for this move. This is to prevent any delay due to engine failure. Under our current bylaws NPBL power is required.
- In order to facilitate this move, NPBL will need to hire 9 additional employees to perform this service. Once hired the training time is approximately 5 months which will need to be a factor when considering a start date.
- NPBL management has reviewed the proposed rate and would recommend to the board for a rate committee to do a complete review of the tariff.

Please let me know if you have any questions,

Regards,
Cannon Moss

**From:** DiDeo, Tony [mailto:Tony_DiDeo@csx.com]
**Sent:** Friday, March 23, 2018 11:45 AM
**To:** Moss, Cannon <Cannon.Moss@nscorp.com>; Coleman, Donna <Donna.Coleman@nscorp.com>
**Subject:** [EXTERNAL] Rate Proposal for Long Term Rail Service to NIT

Please see the attached rail service proposal from CSXT.

Thanks,

Tony DiDeo

## Anthony DiDeo | CSX Transportation

Director Intercarrier Management || Office (904) 359-7637 ||E-mail Tony_DiDeo@csx.com

1

NPBL006228

This email transmission and any accompanying attachments may contain CSX privileged and confidential information intended only for the use of the intended addressee. Any dissemination, distribution, copying or action taken in reliance on the contents of this email by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please immediately delete it and notify sender at the above CSX email address. Sender and CSX accept no liability for any damage caused directly or indirectly by receipt of this email.

2

NPBL006229