# Exhibits 85-86 Filed Under Seal