# Exhibit 87

```
                                                          Page 1

 1        IN THE UNITED STATES DISTRICT COURT FOR THE
                 EASTERN DISTRICT OF VIRGINIA
 2                    NORFOLK DIVISION
 3
                          - - - -
 4
     CSX TRANSPORTATION, INC., )  Civil Action No.
 5   individually and on behalf)  2:18-cv-530-MSD-LRL
     of NORFOLK & PORTSMOUTH   )
 6   BELT LINE RAILROAD        )
     COMPANY,                  )
 7                             )
                               )
 8           Plaintiff,        )
                               )
 9           - vs -            )
                               )
10   NORFOLK SOUTHERN RAILWAY  )
     COMPANY, et al.,          )
11                             )
                               )
12           Defendants.       )
13
14                        - - - -
15           DEPOSITION OF:  PHILIP MERILLI
16                        - - - -
17                   DATE:  March 2, 2020
                            Monday, 10:04 a.m.
18
                 TAKEN BY:  Plaintiff CSX
19                          Transportation, Inc.
20               LOCATION:  McGuire Woods, LLP
                            Tower Two-Sixty
21                          260 Forbes Avenue
                            Suite 1800
22                          Pittsburgh, PA  15222
23            REPORTED BY:  Tammie Elias, RPR
                            Notary Public
24                          No. TE71367
25   Job No. CS3984173
```

Page 57

1  Q.   Was the discussions that you had with
2       Mr. Summy about the April 6, 2018 letter part
3       of the same discussions with respect to the
4       earlier rate proposal from CSX?
5            MR. MULLINS:  I'd just caution the
6       witness that's a yes or no question.  Content
7       of communication.
8  A.   Yes.
9  BY MR. McFARLAND:
10 Q.   Did you at any point seek the counsel of any
11      attorney other than one who was employed by
12      Norfolk Southern with respect to your
13      involvement as a board member of NPBL and
14      Mr. Armbrust's letter of April 6, 2018?
15 A.   No.
16 Q.   As a board member of the Belt Line, did the
17      board sometimes review and approve contracts
18      that the NPBL entered into?
19 A.   None that I recall besides -- no, none that I
20      recall.
21 Q.   Were there any of Mr. Armbrust's proposed
22      actions found on pages 6387 and 6388 that you
23      agreed with as a board member of the NPBL?
24 A.   Yes.
25 Q.   And which ones?

Page 58

```
1    A.    C and D, if they were not already in place.
2    Q.    And do you know if during your remaining
3          tenure on the board, there was any
4          implementation of the actions outlined in C
5          and D?
6    A.    As a board member, it never came up in a board
7          meeting.
8    Q.    So I think if this letter is dated April 6,
9          2018, my recollection is there was a board
10         meeting on April 18th of 2018, and you're
11         indicating that nothing came as to
12         implementation of the items in C and D at that
13         April 18th, 2018 board meeting; correct?
14   A.    Correct.
15   Q.    And then I believe there was another board
16         meeting in December of 2018, the exact date of
17         which I think we'll come across in a little
18         bit, but am I correct that to the best of your
19         recollection, there was no implementation of
20         the items in C and D at the December 2018
21         board meeting?
22   A.    Correct.
23   Q.    And would that have been your last board
24         meeting?
25   A.    No.  I made -- I was at the April 2019
```

Page 75

1       Belt Line used were, in fact, leased from
2       Norfolk Southern?
3    A.    Actually I did not.
4           MR. CHAPMAN:  Object to the form of
5       that question.
6    BY MR. McFARLAND:
7    Q.    Do you recall any discussion of the items in
8       the bullet points on Merilli 15 at any of the
9       board meetings you attended?
10   A.    Not that I remember, no.
11   Q.    The last bullet point references that "NPBL
12      management has reviewed the proposed rate and
13      would recommend to the board for a rate
14      committee to do a complete review of the
15      tariff."
16              Do you know if there was ever -- if
17      the recommendation here from NPBL management
18      was ever followed by the board?
19   A.    Without looking at the minutes, I don't
20      remember it coming up at a board meeting.  I
21      don't remember that.
22          MR. McFARLAND:  My next exhibit is
23      the document found at tab 23, bates number
24      NPBL 006232 through 636.
25              - - - -