# Exhibit 88

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE EASTERN DISTRICT OF VIRGINIA

3                    NORFOLK DIVISION

4

5

6     CSX TRANSPORTATION, INC.,

      individually and on behalf

7     of NORFOLK & PORTSMOUTH        CIVIL ACTION

      BELT LINE RAILROAD             FILE NO.

8     COMPANY,                       2:18-cv-530-MSD-LRL

9                   Plaintiffs,

10            vs.

11    NORFOLK SOUTHERN RAILWAY

      COMPANY, et al.,

12

                      Defendants.

13    ~~~~~~~~~~~~~~~~~~~~~~~~~

14                      DEPOSITION OF

15                      JERRY HALL

16

17                     9:03 a.m.

18

19               February 21, 2020

20

21              600 Peachtree Street

                   Suite 3000

22              Atlanta, Georgia

23

24        Susan M. Pitts, CCR-B-1806, RPR

25    Job No. CS3990713

Page 49

1          A.    I can't say for sure because I didn't

2     really get into rates as -- in my position.

3          Q.    During your service on the board, did CSX

4     propose any -- CSX representatives propose any

5     changes in the structure of the board?

6          A.    Only by correspondence, letter.  It wasn't

7     in a board meeting.  But I do recall the

8     correspondence requesting that.

9               MR. McFARLAND:  Okay.  In that respect, if

10          you will give the witness tab -- the documents

11          at Tab 9.  And this is Bates Numbered

12          CSXT0006383 through 6390.

13               MR. ERBACH:  This will be Exhibit 7?

14               THE REPORTER:  Yes.

15               (Exhibit 7 was marked for identification.)

16               THE WITNESS:  I have reviewed and I am

17          familiar with this.

18          Q.    (By Mr. McFarland)  Do you remember

19     receiving a copy of this back in April of 2018?

20          A.    Yes, I do.

21          Q.    And had you had any dealings with

22     Mr. Armbrust at CSX before receipt of this letter?

23          A.    No.  I do not know him.

24          Q.    Okay.  What did you, as a member of the

25     NPBL board, understand this letter to be addressing

Page 50

1    or discussing?

2         A.    Requesting a change of the makeup of the

3    board of NPBL.

4         Q.    Did you, as a board member, take any

5    actions with respect to this letter?

6         A.    No, I did not.

7         Q.    Were there any special board meetings

8    called to address or discuss this letter?

9         A.    No.

10        Q.    At the time you concluded your service on

11   the NPBL board, what was the status of the request

12   made in this letter?

13             MR. ERBACH:   Object to form.

14             THE WITNESS:   I'm not sure if it was an

15        official response back from Cannon Moss.   There

16        probably was, but I can't say for sure without

17        reviewing all the documents.   There was no

18        change in the makeup of the board, though.

19        Q.    (By Mr. McFarland)   Do you know if any

20   committees were formed or called to investigate the

21   issues raised in Mr. Armbrust's letter?

22        A.    No, not to my knowledge.

23        Q.    As a member of the NPBL board, what were

24   your feelings on the appointment of independent

25   directors to the NPBL board?