# Exhibit 89

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CSX TRANSPORTATION, INC.,
individually and on behalf
of NORFOLK & PORTSMOUTH            CIVIL ACTION
BELT LINE RAILROAD                 FILE NO.
COMPANY,                           2:18-cv-530-MSD-LRL
            Plaintiffs,
       vs.
NORFOLK SOUTHERN RAILWAY
COMPANY, et al.,

            Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF
THOMAS HURLBUT
1:00 p.m.
February 21, 2020

600 Peachtree Street
Suite 3000
Atlanta, Georgia


Susan M. Pitts, CCR-B-1806, RPR



Job No. CS3990713

Page 67

1   document before today?
2        A.   The -- I'm not sure if I have.  It's
3   the -- some of the -- reading it today, some of it
4   sounds familiar, but I cannot tell you if that's
5   because I saw the document or because Cannon spoke
6   about it at a board meeting.
7        Q.   Do you recall if you had any discussions
8   with Mr. Moss before April 5th, 2018 about the
9   contents of his e-mail to Mr. DiDeo?
10       A.   I did not.
11       Q.   Other than receiving the e-mail and
12  whatever was discussed at a board meeting, did you
13  have any discussions with Mr. Moss about this -- his
14  response?
15       A.   Other than receiving e-mails from Cannon
16  Moss, yeah, I don't know that I received this e-mail.
17  So apart from e-mails from Cannon and items on a
18  board docket, I did not have any discussion outside a
19  board meeting about this.
20       Q.   Did you ever discuss the CSX rate proposal
21  with anyone at Norfolk Southern?
22       A.   No.
23       Q.   The very last bullet point, Mr. Moss
24  writes:  NPBL management has reviewed the proposed
25  rate and would recommend to the board for a rate

Page 68

1  committee to do a complete review of the tariff.
2          From your -- well, the next board meeting,
3  I think, was April 28th, maybe?  Well, I'm sorry, let
4  me be specific.  April 18th of 2018.  Do you know if
5  that was discussed at the April 18th, 2018 board
6  meeting, conducting a tariff review or having a
7  committee do it?
8      A.   I do not recall anything being presented
9  to the board for their -- as an action item.  I am
10 not sure if anyone mentioned a rate committee at the
11 meeting.
12     Q.   Then is it fair to say to the best of your
13 recollection, the board did not vote to form a rate
14 review committee?
15     A.   To my recollection, the board did not vote
16 to form a rate committee.
17     Q.   At the conclusion of the April 18th, 2018
18 board meeting, if there was a rate committee, is it
19 fair to say you were not on it?
20     A.   I can tell you I've never served on a rate
21 committee.
22         MR. McFARLAND:  Next one, folks on the
23     line, is NSR00076482.
24     (Exhibit 15 was marked for identification.)
25     Q.   (By Mr. McFarland)  Do you recognize the