# Exhibits 92-95 Filed Under Seal