# Exhibit 98

UNDER PROTECTIVE ORDER

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF VIRGINIA
 3                 CASE NO.:  2:18cv530
 4
     CSX TRANSPORTATION, INC.,
 5   individually and on behalf of
     NORFOLK & PORTSMOUTH BELT LINE
 6   RAILROAD COMPANY,
 7                Plaintiff,
 8   vs.
 9   NORFOLK SOUTHERN RAILWAY
     COMPANY, et al.,
10
                  Defendants.
11   _____/
12
13      TRANSCRIPT DESIGNATED UNDER PROTECTIVE ORDER
14              VIDEOTAPED DEPOSITION OF
15                  DEAN PIACENTE
16             Friday, January 15, 2021
                10:33 a.m. - 4:51 p.m.
17                Remote Proceedings
18
19
20
21
22
23
24           Stenographically Reported By:
             Gina Rodriguez, RPR, CRR, CCP
25           Job No. CS4376064
```

Veritext Legal Solutions

800-567-8658                                                973-410-4098

1    those others, but ONE and OOCL were probably the two
2    that stick out in my mind as ones where we had a
3    substantial upside in volume.  And that upside would
4    have come through NIT, which would have been a
5    significant discussion with the Port of Virginia in
6    how to accomplish that.
7         Q.   Are you aware of why they were more aligned
8    with the Port of Virginia?
9         A.   I -- I would not have been aware as to why
10   they chose the Port of Virginia.  CSX was always
11   looking for ways to get traffic off of any of the
12   ports that landed at the ports, but we didn't believe
13   we had high influence over why they chose a port or a
14   terminal.
15        Q.   During your contract negotiations with ONE
16   or OOCL, did you ever discuss the potential to move
17   some of their volumes out of the Port of Virginia to
18   a different port?
19        A.   We may have had discussions, I don't recall
20   specific ones, but I do recall specifically that any
21   attempts by us to influence change were -- were
22   fruitless; that we -- we came to realize that the
23   railroad pricing and operations were not the most
24   significant driver of what a steamship line looks at,
25   and choosing a port.

UNDER PROTECTIVE ORDER

Page 46

1    There are many other factors that, you
2    know, we're not privy to, such as the port and
3    chassis availability and driver's frequency of
4    sailings, things -- things that we're not
5    necessarily privy -- privy to.
6         Q.   Besides the ones that you just mentioned,
7    are you aware of any other factors that the ocean
8    carriers consider when they're deciding on a port to
9    call?
10        A.   Availability of storage on-dock, port fees,
11   driver availability.
12             There are some carriers that are aligned
13   with other carriers, and if the other partner had
14   their reasons for landing at a port, the ability for
15   us to influence their aligned partner was even
16   slimmer because of their inability to, you know,
17   ship -- ship to different locations.
18        Q.   Can you explain to me what you mean when
19   you say "their aligned partner."
20        A.   From what I recall, the steamship lines
21   partnered with one another in alliances to maximize
22   the capacity on ships.  And so they -- they came up
23   with some type of an agreement where one partner
24   could utilize the capacity of a ship owned by another
25   partner in certain trade lanes.

Page 64

1    BY MR. GENTRY:
2        Q.   Is there a particular reason why trucks in
3    domestic intermodal are competitive up to 500 miles,
4    but, as you say, in international intermodal, trucks
5    are competitive up to 150 to 200 miles?
6        A.   So the international intermodal supply
7    chain is much longer in terms of total distance from
8    the actual origin to the actual destination.  So the
9    actual origin being a foreign country to the
10   destination.
11            And so the transportation equation would
12   be much larger than a domestic shipment from an
13   origin to a destination.  And so speed on domestic
14   becomes a much more important factor than it does on
15   intermodal international where you have a longer
16   supply chain and a longer transit time.
17       Q.   And at the Port of Virginia, is barging
18   also an option for ocean carriers?
19            MR. JUSTUS:  Objection, vague.
20       A.   Yeah, I think you would have to get more
21   specific when you ask about barging.
22   BY MR. GENTRY:
23       Q.   So for ocean carriers that call on the Port
24   of Virginia for intermodal transportation services,
25   are there any barges that transport their containers

UNDER PROTECTIVE ORDER

Page 86

1        MR. JUSTUS: Objection, misstates prior
2    testimony.
3        A.   Coming out of the Port of Virginia
4    terminals, the primary competitor in consideration
5    was Norfolk Southern.
6    BY MR. GENTRY:
7        Q.   Does CSX ever consider the truck rates out
8    of the Port of Virginia?
9        A.   We certainly would look at the truck rates
10   to inland points, but we felt confident that when
11   we're beyond the 200-mile inland movements, that the
12   primary competitor would be the Norfolk Southern from
13   the Port of Virginia. We believed that we could
14   confidently offer a more competitive rate than
15   truckers could offer to places like the Ohio Valley
16   and Illinois.
17       Q.   But CSX --
18       A.   Sure.
19       Q.   But CSX is looking at those truck rates
20   because they consider trucks to compete for that
21   business, right?
22       A.   Not -- not to that distance.
23            If -- typically truckers just don't go
24   that far. So it is not a -- it's a very minor
25   consideration.

1  Certainly, you always want to know your
2  competition and if anything changes, but when I was
3  in the role, truckers for inland movements were not
4  a primary consideration and were not part of the
5  discussion with the steamship lines.  They were
6  always sort of a back -- a back-shop analysis just
7  to make sure there wasn't anything peculiar that was
8  changing.
9       Q.   And I understand that CSX has a lane from
10  the port of New York/New Jersey, to Indianapolis; is
11  that right?
12       A.   I believe so.
13       Q.   And I also understand that Norfolk Southern
14  does not have a service to Indianapolis; is that
15  right?
16       A.   I couldn't say that.
17       Q.   What is the constraint on CSX's ability to
18  price in its New York/New Jersey to Indianapolis
19  lane?
20            MR. JUSTUS:  Objection, lack of foundation.
21       A.   We always consider railroad competition,
22  but there are other factors that play into pricing to
23  a distant market:  How close is the BCO, and perhaps
24  are there West Coast origins into Indianapolis as
25  well that perhaps the NS could -- or other railroad