# Exhibits 99-102 Filed Under Seal