# Exhibits 104-107 Filed Under Seal