# Exhibit 108

\*\*\* FOR ATTORNEYS' EYES ONLY \*\*\*

Page 1

1  UNITED STATES DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF VIRGINIA
3  Norfolk Division
4
5  CSX TRANSPORTATION, INC,
6  individually and on behalf of
7  NORFOLK & PORTSMOUTH BELT LINE
8  RAILROAD COMPANY,
9              Plaintiff,
10       vs.                    Case No. 2:18-CV-530
11
12 NORFOLK SOUTHERN RAILWAY COMPANY,
13 NORFOLK & PORTSMOUTH BELT LINE
14 RAILROAD COMPANY, JERRY HALL,
15 THOMAS HURLBUT, PHILIP MERILLI
16 and CANNON MOSS,
17             Defendants.
18 _____
19
20
21
22
23
24
25 Job No. CS4358762

* * * FOR ATTORNEYS' EYES ONLY * * *

Page 2

```
 1        The Recorded Deposition of CHRIS WAGEL,
 2        Taken via Hanson remote,
 3        Commencing at 9:36 a.m.,
 4        Monday, December 7, 2020,
 5        Before Dora L. Benson, CSR-6110.
 6
 7   Court reporter, attorney(s) and witness appearing remotely.
 8
 9   APPEARANCES:
10
11   ASHLEY PETERSON
12   McGuireWoods, LLP
13   Gateway Plaza
14   800 East Canal Street
15   Richmond, Virginia  23219
16   (804) 775-1190
17   apeterson@mcguirewoods.com
18        Co-Counsel appearing on behalf of the Plaintiff CSX
19        Transportation and Chris Wagel.
20
21
22
23
24
25
```

Page 42

```
 1    A.   No.
 2    Q.   Were you asked to look for any other kinds of business
 3         records to --
 4    A.   No.
 5    Q.   -- support that 200 container number?
 6    A.   I was just asked to -- here, it is.  Here's the
 7         information.
 8    Q.   Okay.  When you say in that drayage can reliably
 9         handle, what do you -- what do you mean by reliably
10         handle?
11    A.   Actually get it done.  You could have an accident in
12         the tunnel.  You could have an accident on the main
13         road that comes in and out of NIT, which could happen.
14         Something in the tunnel happens, you have to go to the
15         other.  So there was a little -- a few stumbling
16         blocks.  Because typically they would take the midtown
17         versus the downtown because it was closest.
18    Q.   Were there other factors that affected whether
19         containers would reliably be drayed?
20    A.   Gate hours, the availability of drivers, chassis,
21         backups at NIT on the gate.
22    Q.   Can you recall how many times you had a problem with
23         availability of drivers?
24    A.   Not off the top of my head, but if they're not
25         available -- I mean, sometimes they would get stuck in
```

```
                                               Page 46
 1          Saturday, but never on Sunday.
 2     BY MS. REINHART:
 3     Q.   If I heard you correctly, I heard you say that
 4          sometimes they would change for business needs.  Are
 5          you aware of whether there were times when the gates
 6          were open longer than 5 a.m. to 6 p.m.?
 7     A.   There were probably a few instances while I was there.
 8          The exact number I don't know, but I remember seeing
 9          e-mails from the port that they did do that
10          occasionally.
11     Q.   Do you know how it was determined when the gates would
12          be open beyond 5 a.m. to 6 p.m.?
13     A.   If there was, like, a weather event, something with a
14          stacking operation, something with maybe a breakdown
15          on the main road moving in and out of NIT, they would
16          make changes.  And it was always communicated via
17          e-mail.
18     Q.   Do you know whether there were weekend hours?
19     A.   Sometimes they would run Saturday hours, but it was
20          rare.
21     Q.   Do you know how they determined to run Saturday hours?
22     A.   I do not know, no.
23     Q.   Did you ever ask the port to extend the gate hours?
24     A.   No.
25     Q.   Do you know if anybody at CSX asked the port to extend
```