# Exhibits 109-118 Filed Under Seal