# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 2:18-cv-530 |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) ) ) | |

## DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT ON CSX'S LOSS OF CUSTOMER CONTRACTS

Defendant Norfolk Southern Railway Company ("NS"), by counsel, submits this Motion in Limine under Federal Rule of Evidence 703 and 802 seeking to prohibit Plaintiff CSX Transportation, Inc. ("CSX") from offering at trial any evidence or argument that CSX lost, or was not awarded, contracts with ocean shippers as a result of any conduct of Defendants. CSX and its expert rely solely on inadmissible hearsay to make this claim. As set forth in the accompanying memorandum, NS respectfully requests that the Court grant this Motion and any other relief the Court deems appropriate.

Dated: May 4, 2021         Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ *Alan D. Wingfield*
Alan D. Wingfield (VSB No. 27489)

       Michael E. Lacy (VSB No. 48477)
       Massie P. Cooper (VSB No. 82510)
       TROUTMAN PEPPER HAMILTON SANDERS LLP
       1001 Haxall Point
       Richmond, Virginia 23219
       Telephone: (804) 697-1200
       Facsimile: (804) 698-6061
       Email: alan.wingfield@troutman.com
       Email: michael.lacy@troutman.com
       Email: massie.cooper@troutman.com

       John C. Lynch (VSB No. 39267)
       Kathleen M. Knudsen (VSB No. 90845)
       TROUTMAN PEPPER HAMILTON SANDERS LLP
       222 Central Park Avenue, Suite 2000
       Virginia Beach, VA 23462
       Telephone: (757) 687-7759
       Facsimile: (757) 687-7510
       Email: john.lynch@troutman.com
       Email: kathleen.knudsen@troutman.com

       Monica McCarroll (VSB No. 45622)
       REDGRAVE LLP
       14555 Avion Parkway, Suite 275
       Chantilly, Virginia 20151
       Telephone: (703) 592-1154
       Facsimile: (703) 230-9859
       Email: MMcCarroll@redgravellp.com

       Tara L. Reinhart
       John R. Thornburgh II
       Thomas R. Gentry
       SKADDEN, ARPS, SLATE,
       MEAGHER & FLOM LLP
       1440 New York Avenue, N.W.
       Washington, DC 20005
       Telephone: (202) 371-7000
       tara.reinhart@skadden.com
       john.thornburgh@skadden.com
       thomas.gentry@skadden.com

       *Attorneys for Norfolk Southern Railway Company*