## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 2:18-cv-530 |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) ) ) | |

## DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S MOTION IN LIMINE REGARDING USE OF INTERNAL EMAILS

Defendant Norfolk Southern Railway Company ("NS"), by counsel, submits this Motion in Limine under Federal Rules of Evidence 401, 402, and 403 seeking to prohibit Plaintiff CSX Transportation, Inc. ("CSX") from arguing or eliciting testimony that emails involving only NS employees are communications between NS and co-Defendant Norfolk and Portsmouth Belt Line Railroad Company ("NPBL"). As set forth in the accompanying memorandum, NS respectfully requests that the Court grant this Motion and any other relief the Court deems appropriate.

Dated: May 5, 2021                    Respectfully submitted,

                                                          **NORFOLK SOUTHERN RAILWAY COMPANY**

                                                         /s/ *Alan D. Wingfield*
                                                         Alan D. Wingfield (VSB No. 27489)
                                                         Michael E. Lacy (VSB No. 48477)

Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
Telephone: (703) 592-1154
Facsimile: (703) 230-9859
Email: MMcCarroll@redgravellp.com

Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

*Attorneys for Norfolk Southern Railway Company*