**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 2:18-cv-530 |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) ) ) | |

**NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL**

This serves as notice, pursuant to Local Rule 5(C), that Defendant Norfolk Southern Railway Company ("NSR") have moved the Court to seal from public disclosure the following documents: Exhibits A, B, C, D, E, and F to Defendant's Memorandum in Support of Motion in Limine Regarding Use of Internal Emails.

These documents have been designated "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Plaintiff CSX Transportation, Inc. ("CSXT") and contain highly confidential and sensitive information relating to CSXT's transportation and shipping practices, business strategy, internal communications, and other highly confidential, proprietary, and sensitive business information, release of which would harm CSXT.

Any party or non-party may submit memoranda in support of or in opposition to this Motion within seven (7) days, designating all or part of such memoranda as confidential. Any

information designated as confidential in a supporting or opposing memoranda will be treated as sealed pending a determination by the Court on the Motion to Seal.  Any person objecting to this Motion must file an objection with the Clerk within seven (7) days after the filing of this Motion. If no objection is filed in a timely manner, the Court may treat the Motion as uncontested.


Dated:  May 5, 2021                                     Respectfully submitted,

                                                        /s/    *Alan D. Wingfield*
                                                        Alan D. Wingfield (VSB No. 27489)
                                                        Michael E. Lacy (VSB No. 48477)
                                                        Massie P. Cooper (VSB No. 82510)
                                                        TROUTMAN PEPPER HAMILTON SANDERS LLP
                                                        1001 Haxall Point
                                                        Richmond, Virginia 23219
                                                        Telephone: (804) 697-1200
                                                        Facsimile: (804) 698-6061
                                                        Email: alan.wingfield@troutman.com
                                                        Email: michael.lacy@troutman.com
                                                        Email: massie.cooper@troutman.com

                                                        John C. Lynch (VSB No. 39267)
                                                        Kathleen M. Knudsen (VSB No. 90845)
                                                        TROUTMAN PEPPER HAMILTON SANDERS LLP
                                                        222 Central Park Avenue, Suite 2000
                                                        Virginia Beach, VA  23462
                                                        Telephone: (757) 687-7759
                                                        Facsimile: (757) 687-7510
                                                        Email: john.lynch@troutman.com
                                                        Email: kathleen.knudsen@troutman.com

                                                        Monica McCarroll (VSB No. 45622)
                                                        REDGRAVE LLP
                                                        14555 Avion Parkway, Suite 275
                                                        Chantilly, Virginia 20151
                                                        Telephone: (703) 592-1154
                                                        Facsimile: (703) 230-9859
                                                        Email: MMcCarroll@redgravellp.com

                                                        Tara L. Reinhart
                                                        John R. Thornburgh II
                                                        Thomas R. Gentry

2

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

*Attorneys for Norfolk Southern Railway Company*