UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, *et al.*, )<br>)<br>*Defendants*. ) | Case No. 2:18-cv-530 |

**MEMORANDUM IN SUPPORT OF DEFENDANT NORFOLK SOUTHERN
RAILWAY COMPANY'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendant Norfolk Southern Railway Company ("NS"), by counsel, states as follows in support of its Motion to File Documents Under Seal. NS seeks to file the following documents under seal: NS's unredacted Memorandum in Support of Motion in Limine Regarding Discontinuance of the Diamond Track, and the following Exhibits: A, B, and C.

1. On October 29, 2019, the Court entered a Stipulated Protective Order, which governs the parties' use of confidential information produced in this case. ECF No. 79.

2. Paragraph 2 of the Stipulated Protective Order defines "Protected Material" as material containing information that "must or may be protected from disclosure," including material designated "CONFIDENTIAL" and "CONFIDENTIAL – ATTORNEYS' EYES ONLY." ECF No. 79, ¶ 2.

3. NS's unredacted Memorandum in Support of Motion in Limine Regarding Discontinuance of the Diamond Track and Exhibits A, B, and C refer or cite to documents, or contain testimony, that have or has been designated "CONFIDENTIAL," "HIGHLY

CONFIDENTIAL," or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Plaintiff CSX Transportation, Inc. ("CSX") under the Stipulated Protective Order.

4. These documents and the testimony designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" contain highly confidential and sensitive information relating to CSXT's transportation and shipping practices, business strategy, internal communications, and other highly confidential, proprietary, and sensitive business information, release of which would harm CSX.

5. These documents and the designated deposition testimony are "Protected Material" under the Stipulated Protective Order. ECF No. 79, ¶ 2.

6. The Stipulated Protective Order requires NS to file these documents and the designated deposition testimony under seal. ECF No. 79, ¶ 16.

For the foregoing reasons, NS requests that the Court enter the proposed order attached to the Motion to Seal as **Exhibit A** authorizing and directing NS to file its unredacted Memorandum in Support of Motion in Limine Regarding Discontinuance of the Diamond Track and Exhibits A, B, and C under seal, and directing the Clerk of Court to maintain such exhibits under seal pending further order of the Court.

NS also files herewith a Notice of Sealing Motion as required by Local Rule 5(C). NS waives oral argument on this Motion.

Dated: May 6, 2021

                                              /s/   *Alan D. Wingfield*
                                              Alan D. Wingfield (VSB No. 27489)
                                              Michael E. Lacy (VSB No. 48477)
                                              Massie P. Cooper (VSB No. 82510)
                                              TROUTMAN PEPPER HAMILTON SANDERS LLP
                                              1001 Haxall Point

Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

*Attorneys for Norfolk Southern Railway Company*