# EXHIBIT C

1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
2                    Norfolk Division
                 CASE NO. 2:18CV530
3


4
      CSX TRANSPORTATION, INC.,
5     INDIVIDUALLY AND ON BEHALF OF NORFOLK
      & PORTSMOUTH BELT LINE
6     RAILROAD COMPANY,

7               Plaintiffs,

8     -vs-

9
      NORFOLK SOUTHERN RAILWAY
10    COMPANY, NORFOLK & PORTSMOUTH
      BELT LINE RAILROAD COMPANY,
11    JERRY HALL, THOMAS HURLBUT,
      PHILIP MERILLI, and CANNON MOSS,
12
                Defendants.
13    _____/

14

15

16
                     Zoom Remote Proceedings
17                   Wednesday, March 17, 2021
                     1:19 p.m. - 6:37 p.m.
18

19      VIDEOTAPED TELECONFERENCE DEPOSITION OF ROB GIRADOT

20

21

22

23
                  Taken before Robyn Maxwell, RPR, FPR,
24    RSA, and Notary Public in and for the State of Florida at
      Large, pursuant to Notice of Taking Deposition filed in
25    the above-mentioned cause.
      Job No. CS4501152

138

1

2

3

4

5

6

7

8

9

10

11          Q.    Yep.  Let me turn to paragraph 7 of your

12     declaration.

13               This paragraph is directed specifically to

14     fees charged by switching railroads in the ports of

15     Wilmington, Savannah and Jacksonville, correct?

16          A.    That's correct.

17     ████████████████████████████████████████████████████

18     ████████████████████████████████████████████████████

19     ████████████████████████████████████████████████████

20          A.    That's correct.

21          Q.    And that's with reference to a declaration

22     that you gave a little over a year ago, right?

23          A.    I mean, that's in reference to the

24     declaration that I'm making here.  I mean --

25          Q.    Well, what you're saying here is Mr.

139

1 Crowley's table is misleading, right?  Isn't that really



9   A. Yeah.

10   Q. Did I read that correctly?

11   A. Yeah, you read that correctly.  So I did

12 mention that in that also, yes.

13   Q. Yeah.  So have you actually reviewed the --

14 the tariffs with respect to the switching railroads that

15 serve those ports?

16   A. Yeah, I have.

17   Q. And have you read the Port Authority

18 tariffs for each of those ports?

19   A. No, I haven't.

20   Q. You have not.  Okay.

21   So when you say it -- that in each of those

22 ports the -- the switch costs includes the rail lift, by

23 rail lift can we agree that that is either picking the

24 container up off or out of a well or the reverse, putting

25 a container into a well, that's the lift that you're

[3/17/2021 9:30 AM] 20210317 Girardot, Robert

140

1       talking about?

2               A.    That's right.

3               Q.    Okay.  So let me -- let me just start with

4       Jacksonville.  Can you pull out Envelope 29.

5                       MR. CHAPMAN:  Madam Court Reporter, I'm not

6               sure what the next exhibit is, but this will be

7               it.

8                       (Exhibit 8 was marked.)

9                       THE WITNESS:  Okay; this is NPBL028278.

10                      MR. CHAPMAN:  Yes, that's the correct

11              number for the first page of the exhibit.

12                      We know what the number is?

13                      THE COURT REPORTER:  Eight.

14                      MR. CHAPMAN:  Eight, okay.

15      BY MR. CHAPMAN:

16              Q.    And we'll call this Exhibit 8 to your

17      deposition.  On the very first page is the summary of the

18      switching charges in Exhibit 8.  Do you see that,

19      Mr. Girardot?

20              A.    Yes.

21              Q.    And about three or four lines down, you see

22      it says $88 per container and then the reference to note

23      4?

24              A.    Yes.

25              Q.    All right.  And the -- if you turn to the

141

1     second page of this, the Jacksonville Port Terminal

2     Railroad appears to be a company that's owned by Watco;

3     is that right?

4          A.    That's what it appears to be from this

5     list.

6          Q.    And if you could turn to page -- I believe

7     it's page 30 of the actual tariff, which is numbered

8     NPBL028308.

9          A.    '308?

10          Q.    Yeah.

11          A.    Okay.  I've got it.  "Item 700 for

12     reciprocal switching"?

13          Q.    Yes.  Thank you.  And it describes the --

14     the charge is going to be published in a supplement found

15     at that online location or at the end of this publication

16     for convenience, we've put it on the first page just so

17     it's easy to see.

18          A.    Uh-huh.

19          Q.    Okay.  So is there anything in the

20     reciprocal switching portion of this tariff that says

21     that it includes the rail lift?

22          A.    No.  But we're not -- but I know, you know,

23     when -- when we move containers in and out of there,

24     we're not charged a rail lift.

25          Q.    You're not charged a rail lift by the -- by

1      the Jacksonville Port Terminal Railroad?

2             A.    No, this includes everything.

3                   (Exhibit 9 was marked.)

4      BY MR. CHAPMAN:

5             Q.    So if I could get you to open up Envelope

6      Number 28.

7             A.    NPBL08240?

8             Q.    Yes, that's correct.  That's the first

9      numbered page of this exhibit, which is the terminal

10     tariff published by the Jacksonville Port Authority.

11            A.    Uh-huh.

12            Q.    Right.  And if I could ask you to turn to

13     page 17 of this document.

14            A.    Okay.

15            Q.    Do you see about the middle of the page it

16     references the numbers 31-210 --

17            A.    Yes.

18            Q.    -- for the intermodal container transfer

19     facility run by the --

20            A.    I see that.

21            Q.    -- run by the Port Authority.  And then

22     it -- it runs on for a couple of pages.

23                  And so if you could go two more pages back,

24     which is page 19 of this document --

25            A.    Okay.

143

1           Q.     -- numbered NPBL028258; do you see that?

2           A.     Yes, I do.

3           Q.     Right.  And you see at the top under the

4    heading, "Lift Charge"?

5           A.     Yeah, I can see that.

6           Q.     It says, "The first lift of a container to

7    or from the railcar $61.80"?

8           A.     I see that.

9           Q.     Okay.  It -- is it your testimony that CSXT

10   does not pay that charge?

11          A.     Well, you know, we don't -- we don't pay

12   that charge and what you're referring to is a

13   different -- it's a different facility than the one you

14   just -- we were just talking about.  I just wanted to

15   clarify that.

16          Q.     Okay.  That's my question; that CSXT does

17   not pay a charge at the terminal that -- that the

18   Jacksonville Port Terminal Railroad services.

19          A.     This is not the Jacksonville terminal

20   railroad, Mr. Chapman.  This is JAXPORT's tariff.  This

21   is the Port Authority's tariff.  You're talking about an

22   entirely different facility that's not served by Watco.

23   Watco doesn't go there.

24          Q.     What -- what railroad serves the ICTF then?

25          A.     So -- CSX Transportation --

144

```
1                    (Unreportable, indecipherable crosstalk.)

2                    THE COURT REPORTER:  One at a time.

3                    THE WITNESS:  CSX Transportation serves the

4             JAXPORT ICTF directly.

5      BY MR. CHAPMAN:

6             Q.    And it pays -- and it pays no lift fee at

7      the ICTF or it does?

8             A.    We collect -- we -- the -- the -- we

9      collect the lift fee as a separate line item and -- which

10     is paid to us by the steamship line and we -- we --

11     basically it's a mechanism that the steamship line pays

12     the port.  It's a separate line item on the bill and it's

13     not -- it's not paid to any short line.  It's a different

14     facility.  They're not -- you're asking about two

15     different things.

16            Q.    Okay.  So let me --

17            A.    No, what I'm -- you know, what Mr.

18     Crowley's talking about and what I'm talking about in

19     this declaration is this Watco short line switch fee.

20            Q.    All right.  Let's -- let's talk about

21     Wilmington then.

22            A.    Okay.

23                   MS. PETERSON:  Hey, Mr. Chapman, about how

24             much time do you think we have left on this?  Can

25             we take a break at some point soon?  We've been
```

[3/17/2021 9:30 AM]  20210317 Girardot, Robert

145

1           going for a bit now.

2                  MR. CHAPMAN:  Yeah.  I think -- I think

3           probably another 15 minutes.

4                  MS. PETERSON:  Thank you so much.

5                  MR. CHAPMAN:  But if you want to take a

6           break now, that's fine.

7                  MS. PETERSON:  Yeah, can we just take five

8           minutes real quick?

9                  MR. CHAPMAN:  Sure.  Sure.  That works.

10                 MS. PETERSON:  All right.  We'll be right

11          back.

12                 THE VIDEOGRAPHER:  We're going -- we're

13          going off the record, and this is the end of Media

14          Unit Number 3.  The time is 5:56 p.m.

15                 (Recess taken, 5:56 p.m. to 6:06 p.m.)

16                 THE VIDEOGRAPHER:  We're back on the

17          record.  This is the beginning of Medica Unit

18          Number 4.  The time is 6:06 p.m.

19   BY MR. CHAPMAN:

20          Q.   Mr. Girardot, -- Mr. Girardot, could --

21                 UNIDENTIFIED SPEAKER:  Ms. Peterson is not

22          able to get off of mute right now.

23                 THE VIDEOGRAPHER:  All right.  One second.

24          One moment.  We are going off the record at 6:07

25          p.m.

146

1          (Recess taken, 6:07 p.m. to 6:08 p.m.)

2               THE VIDEOGRAPHER:  We are back on the

3          record at 6:08 p.m.

4     BY MR. CHAPMAN:

5          Q.   Mr. Girardot, could you open Envelope 27

6     please.

7               (Exhibit 10 was marked.)

8     BY MR. CHAPMAN:

9          Q.   All right.  You should have the Wilmington

10    terminal tariff there.

11         A.   Yes, I have it.

12         Q.   The first page of which is marked as

13    NPBL028362.

14         A.   That's -- okay.

15         Q.   And this will be, I think --

16              THE COURT REPORTER:  Exhibit 9.

17    BY MR. CHAPMAN:

18         Q.   -- Exhibit 9.  You know, this is my

19    apology.  Let's make it 10.  The JAXPORT, the

20    Jacksonville Port Authority terminal tariff that

21    Mr. Girardot previously testified did not apply for

22    reference should be marked as Exhibit 9, and I apologize

23    for not mentioning it sooner.

24              So it will be -- the Wilmington Terminal

25    Railroad tariff will be Exhibit 10.  And if you'll turn

147

1    to the third page, Mr. Girardot.

2         A.   Yes, sir.

3         Q.   You see that the Wilmington terminal tariff

4    is $80 per container whether empty or loaded?

5         A.   Yes.

6         Q.   Is there any part of this tariff that says

7    it includes the lift fee?

8         A.   Well, it doesn't, but it -- it doesn't say

9    that, but that's not what I said; is the $80 we pay there

10   includes the lift fee.

11        Q.   Okay.

12        A.   So you know, I'm sorry that your expert

13   wasn't able to, you know, find out what -- what these

14   private relationships are, but that's, you know -- that

15   includes all the switching and all the lifts.

16        Q.   The Wilmington Terminal Railroad operates

17   at Port of Wilmington, correct?

18        A.   That's correct.

19        Q.   All right.  And the Port of Wilmington has

20   a terminal tariff, doesn't it?

21        A.   I'm sure that they do.

22        Q.   Could you open Envelope 32?

23        A.   All right.

24        Q.   Do you have the Port of Wilmington Terminal

25   Tariff?

148

1            A.    I do.  This is the Port of Wilmington,

2     Delaware.

3            Q.    Well, that's not the right one, is it?

4            A.    It sure isn't.

5            Q.    Okay.  My apologies for that.

6                  We'll deal with that at another time then.

7     So for reference let's mark that as 11 please.

8                  (Exhibit 11 was marked.)

9                  THE WITNESS:  I guess we won't be going

10                back to that one.

11    BY MR. CHAPMAN:

12           Q.    No.  It's clearly not the right port.  If

13    you could open Envelope 31.

14           A.    NPBL0282324.

15           Q.    Yes.  This is the Savannah Port Terminal

16    Railroad Tariff, correct?

17           A.    Yes.

18                 MR. CHAPMAN:  Let's mark this as

19                Exhibit 12.

20                 (Exhibit 12 was marked.)

21                 THE WITNESS:  Savannah, Georgia.

22    BY MR. CHAPMAN:

23           Q.    Yes.  And if you could turn to the third

24    page where it lists the switching rates.

25           A.    Yes.

149

1           Q.    Do you see the first one listed there is

2     the container, right?

3           A.    I see that.

4           Q.    $81.69, correct?

5           A.    That's correct.

6           Q.    And no indication in this document that

7     that includes the lift fee, correct?

8           A.    That's right, but that's why I'm telling

9     you as -- as our, you know, witness, I guess, you know,

10    your expert doesn't have the facts in that that $80

11    includes all switching and all lift services.  That's all

12    we pay.

13          Q.    And just so I can understand that, when you

14    say "that's all we pay," is that because you have some

15    side agreement or other agreement either with the

16    railroad or the Port Authority in that port that you're

17    not charged the lift fee?

18          A.    We -- we don't have one.  I suspect that

19    SAPT has a side agreement with the Port Authority.

20          Q.    So if I could ask you to open Envelope 30.

21                All right, and it says NPBL028316.

22                (Exhibit 13 was marked.)

23    BY MR. CHAPMAN:

24          Q.    And that's the Georgia Ports Authority

25    terminal tariff?

150

1          A.    That's the Georgia Port Authority terminal

2    tariff for the James D. Mason Intermodal Container

3    Transfer Facility.

4          Q.    And is that the facility that is served by

5    the Savannah Port Terminal Railroad?

6          A.    I can't really tell you anything about this

7    because our stuff doesn't go through the James D. Mason

8    Intermodal Container Transfer Facility.

9          Q.    All right.  Where does it go?

10          A.    We go to -- we -- ours goes to the Georgia

11    Port Authority.  It's called the Chatham ICTF.

12          Q.    As opposed to the one in Garden City?

13          A.    They're both in Garden City.

14          Q.    All right.  But there's a separate ICTF in

15    Chatham?

16          A.    Yeah.  Your expert doesn't know that?

17          Q.    Well, I'm asking you, Mr. Girardot.

18          A.    Yeah, there's a separate facility that we

19    go in and out of, and the fees for that are outlined in

20    this document that we just talked about, NPBL028324.

21          Q.    That's the one that's been marked as

22    Exhibit 12, so that's the Savannah Port Terminal Railroad

23    Tariff?

24          A.    That's right.  That's -- that's the tariff

25    that applies to our movements in and out.

151

1          Q.     And just so I understand your testimony,

2     you believe that the Savannah Port Terminal Railroad has

3     some arrangement with the terminal operator that allows

4     the CSXT intermodal traffic to be placed on or lifted --

5     lifted -- okay.  Let me finish my question.  Let me

6     finish my question.

7          A.     Okay.  Yeah, go ahead.  I was trying to

8     save you some time, but go ahead.

9          Q.     Let's not have -- let's not have the court

10    reporter fussing at us again, okay?

11         A.     All right.

12         Q.     Yeah.

13         A.     All right.

14         Q.     So I'll just try to understand this.

15              You believe that the Savannah Port Terminal

16    Railroad has some arrangement with the terminal operator

17    where CSXT's container traffic is handled such that CSXT

18    does not have to pay a lift charge at the facility in

19    Savannah; is that right?

20         A.     Based on my, you know, long-standing

21    conversations over the years, my understanding is SAPT is

22    actually owned by the Georgia Port Authority and that

23    it's just -- they -- SAPT just does the switching for

24    them, right.  So they actually pay SAPT and -- and so out

25    of, you know, what SAPT collects, right, they -- they

152

```
1    split it up.  So that that total amount it cover -- it
2    includes all of the lift services and whatever the
3    switching costs are.
4              Q.    And that --
5              A.    That's just a vehicle for them to collect
6    the -- the -- all the costs for switching and lifts.
7              Q.    And is CSXT billed by what you call SAPT or
8    is it billed by the Georgia Ports Authority?
9              A.    We're billed by SAPT.
10             Q.    Okay.  So let me just kind of reset then
11   back to Wilmington.
12                   There's the Wilmington Terminal Railroad.
13   You've testified that their charge includes the lift
14   there.  Is there a similar arrangement to your
15   understanding that that -- the entirety of the lift fee
16   is somehow built into whatever you're charged by the
17   Wilmington Terminal Railroad?
18             A.    Yes, that's -- that's my understanding.
19   The entirety of it is -- again, my understanding of it is
20   a very similar situation.  The port actually owns
21   railroad and they -- you know, they -- they -- the lift
22   costs and the costs of switching is all included in that
23   one number.
24                   And I might add because this is a tariff,
25   right, is we actually move a lot of business in and out
```

153

1      of the Port of Wilmington where there's no switch charge

2      and no lift charge.  This is just the tariff.  So it's

3      zero.

4            Q.    You mean there's a separate agreement that

5      allows you to --

6            A.    For certain traffic there's a separate

7      agreement where there's no switch charge, no lift charge.

8            Q.    In container traffic?

9            A.    That's correct.

10           Q.    And it -- what is the nature of that

11     container traffic, if it's some special type or --

12           A.    No, it's regular.  It's off ship and moves

13     inland.

14           Q.    Is it based on some sort of volume

15     commitments or what?

16           A.    No, there's no volume commitment.

17           Q.    So just help me understand this.  Your

18     testimony is that, in fact, CSXT pays no switching fee

19     for the containers that are handled at the Port of

20     Wilmington, North Carolina?

21           A.    That's correct.  For the -- for the vast

22     majority of the traffic that's it -- we don't.

23           Q.    And who is that agreement with?

24           A.    It's with the Port of Wilmington.

25           Q.    All right.  How long has that been in

154

```
 1     place?
 2             A.    Pardon?
 3             Q.    How long has that agreement been in place?
 4             A.    It's been in place since probably before
 5     2017.
 6             Q.    That's a private agreement between CSX,
 7     though, and the Port Authority?
 8             A.    Yes.
 9             Q.    Okay.  Can you turn now to paragraph 8 of
10     your declaration.
11             A.    Okay.
12     ███████████████████████████████████████████████████
13     ███████████████████████████████████████████████████
14     ███████████████████████████████████████████████████
15             Did I read that correctly?
16             A.    That's correct.
17             Q.    You first talk about the Port of Mobile
18     stating that CSXT does not pay the tariff rate at the
19     Port of Mobile.  Correct?
20             A.    That's correct.
21             Q.    Okay.  So this is another private issue
22     contractor arrangement with Mobile?
23             A.    Yes.
24             Q.    And that's not published anywhere in a
25     tariff, correct?
```

155

```
 1              A.    That's correct.

 2              Q.    Would other railroads still have to pay the

 3      tariff rate?

 4              A.    It's actually my understanding that they

 5      pay the same rate.

 6              Q.    And do you know what other railroads serve

 7      the Port of Mobile?

 8              A.    I know that the Canadian National Railroad

 9      serves the Port of Mobile.

10              Q.    But the published tariff is higher than the

11      negotiated rate that CSX has, correct?

12              A.    That's correct.

13              Q.    You next mention the Port of New Orleans

14      ████████████████████████████████████████████████████

15      ████████████████████████████████████████████████████

16              A.    That's correct.

17              Q.    What do you mean by "little to no

18      intermodal traffic"?  Is it like a hundred boxes a year

19      or 500 boxes a year?

20              A.    I'd say it's -- I'd say in the last -- at

21      the Port of Mobile in the last five years we've handled

22      less than, you know, a thousand containers.

23              Q.    And --

24              A.    Savannah, again, you know, I mean, we had

25      like a one-off exception, but that's the only one that
```

156

 1          I'm aware.

 2               Q.    So when intermodal traffic is handled there

 3     at the Port of New Orleans, CSXT pays the Port of New

 4     Orleans tariff, correct?

 5               A.    We don't handle intermodal traffic there.

 6               Q.    I'm sorry; I thought you just said over the

 7     last five years you handled a thousand boxes.

 8               A.    Yeah.  My memory of that is that we didn't

 9     pay the tariff.

10               Q.    That is, CSXT was able to negotiate some

11     alternative rate with the Port of New Orleans?

12               A.    That's correct, yes.

13               Q.    And you don't know what that tariff rate is

14     or, excuse me, you don't know what that contract rate is?

15               A.    No, I just know it was -- it was similar to

16     this Port of Mobile rate.  I remember that.  And it's

17     because they have to compete, you know, and Mobile's

18     right next door and -- and they know that nobody could --

19     can -- can move intermodal traffic on a -- on a tariff.

20               Q.    But you just -- okay.

21               A.    Just like NPBL knows that.

22               Q.    But your declaration is that CSXT serves

23     little to no intermodal traffic at the Port of New

24     Orleans, but your testimony is that in the last five

25     years there's been perhaps a thousand containers moved

157

```
 1      through the Port of New Orleans, right?

 2              A.    Less than a thousand.  I don't know the

 3      exact number so I'm giving you a high one, so I -- so I

 4      you know, to be sure.

 5              Q.    And now you're telling us that, in fact,

 6      there is a special rate that's been negotiated with the

 7      Port of New Orleans.  You think it's somewhere in the

 8      same ballpark as the rate that is included in your

 9      declaration regarding --

10              A.    That's what -- that's my -- that's my

11      memory, yes.

12                   MR. CHAPMAN:  Madam Court Reporter, did you

13              get the end of my question?

14                   Port of Mobile.

15                   THE WITNESS:  That's my recollection,

16              Mr. Chapman.  Again, they knew they had to be

17              competitive and they were happy to handle any

18              incremental traffic that they could possibly

19              handle and so they gave us a competitive rate.

20

21

22

23

24

25
```