IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                               Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY
COMPANY,** *et al.***,**

      **Defendants.**

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S MOTION TO FILE DOCUMENTS UNDER SEAL

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("the Belt Line"), by counsel, pursuant to Local Civil Rule 5, moves this Court for entry of an Order substantially in the form as **Exhibit A** hereto permitting the Belt Line to file under seal (1) certain portions of the memorandum in support of its motion in limine to limit evidence and argument regarding non-parties VPA and VIT and (2) Exhibits B and D to the memorandum in support.  The Belt Line is filing contemporaneously with this motion a nonconfidential memorandum in support and a Notice of Filing Sealing Motion, as required by Local Civil Rule 5(C).  The Belt Line waives oral argument on this motion.

Dated:  May 7, 2021                          **NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

                                                               By:_____*/s/ W. Ryan Snow*_____

>James L. Chapman, IV, VSB No. 21983
>W. Ryan Snow, VSB No. 47423
>David C. Hartnett, VSB No. 80452
>Alexander R. McDaniel, VSB No. 92398
>CRENSHAW, WARE & MARTIN, P.L.C.
>150 W. Main Street, Suite 1500
>Norfolk, Virginia 23510
>Telephone: (757) 623-3000
>Facsimile: (757) 623-5735
>jchapman@cwm-law.com
>wrsnow@cwm-law.com
>dhartnett@cwm-law.com
>amcdaniel@cwm-law.com
>*Counsel for Norfolk and Portsmouth*
>*Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>           /s/ W. Ryan Snow
>W. Ryan Snow, VSB No. 47423
>CRENSHAW, WARE & MARTIN, P.L.C.
>150 W. Main Street, Suite 1500
>Norfolk, Virginia 23510
>Telephone: (757) 623-3000
>Facsimile: (757) 623-5735
>wrsnow@cwm-law.com
>*Counsel for Norfolk and Portsmouth*
>*Belt Line Railroad Company*