# **EXHIBIT A**

VPA000074

## Maye, Stephanie B.

**From:** Piacente, Dean <Dean_Piacente@csx.com>
**Sent:** Monday, April 09, 2018 9:11 AM
**To:** John Reinhart
**Subject:** CSX Securing NIT Access

John

Good morning. I hope this note finds you well. I understand from your assistant this morning you are on the road traveling. When you get a chance please give me a call back on my cell at 904-607-8147 (I'm traveling most of this week). I'd like to discuss securing VPA's written support to secure CSX access to NIT via NPBL as we discussed when Jim Foote and I visited more than a month ago. We continue to believe that securing access gives NIT competitive advantages that other ports on the east coast enjoy and will serve you well for growth well into the future. I'd like to discuss when you get a chance.

Thank you,



**Dean M. Piacente**
Vice President Intermodal
904.359.3235 Office
www.intermodal.com
*Follow CSX Transportation Intermodal on LinkedIn*

This email transmission and any accompanying attachments may contain CSX privileged and confidential information intended only for the use of the intended addressee. Any dissemination, distribution, copying or action taken in reliance on the contents of this email by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please immediately delete it and notify sender at the above CSX email address. Sender and CSX accept no liability for any damage caused directly or indirectly by receipt of this email.