# **EXHIBIT C**

```
                                                                    1
 1              IN THE UNITED STATE DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
 2                       NORFOLK DIVISION

 3                        No. 2:18cv530

 4      CSX TRANSPORTATION, INC.,
        individually and on behalf
 5      of NORFOLK & PORTSMOUTH BELT
        LINE RAILROAD COMPANY,
 6                 Plaintiff,

 7      v.

 8      NORFOLK SOUTHERN RAILWAY COMPANY,
        et al.,
 9                 Defendants.

10      _____/

11                              Remote Proceedings
                                January 20, 2021
12                              10:17 a.m. - 5:32 p.m.

13

14            VIDEO DEPOSITION OF ANTHONY MACDONALD

15                    (via Teleconference)

16        Taken before SUZANNE VITALE, R.P.R., F.P.R.

17     and Notary Public for the State of Florida at Large,

18     pursuant to Notice of Taking Deposition filed in the

19     above cause.

20

21

22

23

24

25     Job No. CS4380453
```

90

17      Q.   Okay.

18      A.   So I answered a couple back with, it's a
19 challenging thing with the ILA and the process.  The
20 NS's structure into the Norfolk International
21 Terminal ran in a clockwise kind of loop.  The cars
22 rolled into the bottom of their operation to several
23 storage tracks that the port would switch from to go
24 into what they called the CRY, the central rail
25 yard, inside the Norfolk International Terminal,

1    eight or ten tracks that they worked in the middle
2    of that yard.  And they would work them in a time
3    fashion for -- the required departures for the NS's
4    trains coming and going from that facility.
5           And when they were finished with those
6    trains, they would pull them out of those tracks
7    because those tracks were only about 1,200 feet
8    long.  So they have to assemble multiples of those
9    tracks to run them up a straightaway track up the
10   backside of the Norfolk International Terminal.  And
11   they had like 5,000 feet along that stretch to pull
12   up and out what would be the northern end of Norfolk
13   International Terminal close to the Navy base to
14   pull out and come around what would be a big rail
15   loop to come back out and catch the Norfolk Southern
16   main.
17           Does that make sense?
18      Q.   Yep.
19      A.   All right.  So on the top of this loop is
20   where we, through the Belt Line, had access to reach
21   into the place, not through the normal flow of
22   operations for a clockwise structure.
23           We were seeking to do it through the
24   backside of that.  And there was, at that time, one
25   additional storage track next to their main track in

92

1     that loop that we would stage cars in this plan to
2     hold there, if at all possible, not impeding the
3     traffic that the NS was running in and out of the
4     Norfolk International Terminal to make this plan
5     essentially work.
6         Q.   So because your traffic would be coming in
7     the back gate, if you will, of NIT, you needed VIT
8     to allow you to leave some cars there to allow this
9     operation to work; is that right?
10        A.   You understand when I said those tracks
11     were 1,200 feet long, if you're delivering -- let's
12     call it five spine cars, 25 containers, would
13     essentially be a couple of tracks.  It's unlikely
14     two tracks, 5,000 feet at most, inside the central
15     rail yard at NIT -- you needed to wait for a time
16     limit between midnight and 5 a.m. or whenever the
17     time presented itself for the NS's cars to be out of
18     those tracks and it was convenient and rational for
19     the Virginia International Terminal guys to grab
20     those cars and feed tracks and fill them up.
21        Q.   Does the rail layout inside the gate at
22     NIT make it difficult for two railroads to operate
23     within the terminal?
24        A.   The entire loop makes it difficult for two
25     railroads to operate there and operationally,

93

1    rationally so.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[1/20/2021 10:00 AM] 20210120 MacDonald, Anthony