IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,

      Plaintiff,

v.                                                    Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S MOTION IN LIMINE #1 TO EXCLUDE EVIDENCE AND ARGUMENT FROM CSXT WITNESSES WHO LACK PERSONAL KNOWLEDGE

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), by counsel, pursuant to Fed. R. Evid. 602, 703, and 802, moves to exclude evidence and argument from witnesses for plaintiff CSX Transportation, Inc.("CSXT") who lack personal knowledge and to prohibit CSXT's expert testimony from relaying inadmissible testimony at trial. In support thereof, the Belt Line submits the accompanying memorandum.

Dated: May 7, 2021

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By:       /s/ W. Ryan Snow

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
David C. Hartnett, VSB No. 80452
Alexander R. McDaniel, VSB No. 92398
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735

jchapman@cwm-law.com
wrsnow@cwm-law.com
dhartnett@cwm-law.com
amcdaniel@cwm-law.com
*Counsel for Norfolk and Portsmouth
Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ W. Ryan Snow
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
*Counsel for Norfolk and Portsmouth
Belt Line Railroad Company*