# **EXHIBIT B**

1

```
 1                 UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF VIRGINIA

 3                 CASE NO.:  2:18cv530

 4
        CSX TRANSPORTATION, INC.,
 5      individually and on behalf of
        NORFOLK & PORTSMOUTH BELT LINE
 6      RAILROAD COMPANY,

 7                      Plaintiff,

 8      vs.

 9      NORFOLK SOUTHERN RAILWAY
        COMPANY, et al.,
10
                        Defendants.
11      _____/

12

13         TRANSCRIPT DESIGNATED UNDER PROTECTIVE ORDER

14                 VIDEOTAPED DEPOSITION OF

15                     ROBERT GIRARDOT

16                 Tuesday, January 12, 2021
                    9:36 a.m. - 6:37 p.m.
17                  Remote Proceedings

18

19

20

21

22

23

24                 Stenographically Reported By:
                   Gina Rodriguez, RPR, CRR, CCP
25                     Job No. CS4385284
```

166

1

2        Q.   Mr. Girardot, how often do you communicate

3    with steamship line customers?

4        A.   Directly, you know -- you know, I mean, you

5    know -- I'd say -- you know, I'd say I talk to a

6    steamship line -- actually directly to a steamship

7    line customer, you know, on average, you know, maybe

8    once a week.

9            You know, but -- but indirectly, you know,

10   in -- or together with, you know, our -- our sales

11   team, all the time, you know, frequently.

12       Q.   Okay.

13       A.   You know, I'm not the direct contact.

14

15

16

17

18

19

20

21

22

23

24

25

222



223



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

234

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



235



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

262

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16              Did you participate in a conversation with

17     NPBL representatives to reach that understanding?

18          A.   I remember being on a conference call

19     with -- with the NPBL representatives, and in our --

20          Q.   And who do you remember -- I'm sorry, I

21     didn't mean to cut you off.  But who do you remember

22     from the NPBL that was on that call, sir?

23          A.   You know, I was a supporting player on the

24     call.  I didn't really -- you know, I don't remember

25     who was on the other side.

263

```
1          Q.   Did you introduce yourself as an attendee
2     of that call, sir?
3          A.   I was on the call invite list.  I know
4     that.
5          Q.   Yeah.  My question was:  Did you introduce
6     yourself as an attendee of that call?
7          A.   I'm sure I did, yes.
8          Q.   Do you remember the date of the call?
9          A.   No.
10         Q.   Was there a calendar invitation sent for
11    that call?
12         A.   I'm -- I'm sure there was, yeah.
13         Q.   You mentioned in your earlier testimony
14    that there were various notes from that call.
15              Did you personally take notes?
16         A.   No, I did not.
17         Q.   So you don't have anything that you
18    recorded that would allow you to refresh your
19    recollection of that call?
20         A.   No.
21
22
23
24
25
```