# **EXHIBIT E**

```
                                                                        1

 1                  IN THE UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF VIRGINIA
 2                         NORFOLK DIVISION

 3                           No. 2:18cv530

 4    CSX TRANSPORTATION, INC.,
      individually and on behalf
 5    of NORFOLK & PORTSMOUTH BELT
      LINE RAILROAD COMPANY,
 6                 Plaintiff,

 7    v.

 8    NORFOLK SOUTHERN RAILWAY COMPANY,

 9    et al.,

10                 Defendants.

11    _____/

12                              Remote Proceedings
                                January 6, 2021
13                              9:42 a.m. - 6:15 p.m.

14

15            VIDEO DEPOSITION OF CARL WARREN

16                   (via Teleconference)

17       Taken before SUZANNE VITALE, R.P.R., F.P.R.

18    and Notary Public for the State of Florida at Large,

19    pursuant to Notice of Taking Deposition filed in the

20    above cause.

21

22

23

24

25    Job No. CS4385262
```

127

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25          Q.    What is your experience in dealing with a

[1/5/2021 9:30 AM] 20210106 Warren, Carl

1    shipping alliance?
2        A.   My experience really is based more on what
3    I've learned from colleagues at the company and
4    colleagues in the industry than any direct work of
5    my own.  I was involved in roles that were more
6    heavily focused on cargo traffic at the time that a
7    lot of the alliance work started to happen.
8        Q.   Which colleagues do you have in mind that
9    you learned from?
10       A.   I would say Jay Strongosky.
11       Q.   So do I understand you correctly that the
12   contents of paragraph 7 are based on what you've
13   learned from colleagues and from others in the
14   industry?
15       A.   Yeah, I would say -- I would say so
16   because I haven't had to deal with any of the
17   alliances.
18
19
20
21
22
23
24
25

134

 1
 2
 3
 4
 5      Q.   Mr. Warren, let's look at paragraph 9 of
 6   your declaration, which has been marked as
 7   Exhibit 1.
 8      A.   Okay.
 9      Q.   So you start by saying, "CSXT uses drayage
10   to access NIT.  Drayage is a significantly less
11   effective solution than loading railcars on-dock."
12           Are you talking about drayage versus
13   on-dock generally?
14      A.   I think that the principal applies at NIT.
15      Q.   What's your basis for saying the principal
16   applies at NIT?
17      A.   Two things.  One, you know, as I mentioned
18   earlier, I interviewed local personnel to find out
19   about those gate hours.  And in discussing this with
20   internal and industry colleagues, what's reflected
21   in this paragraph is really the reason that
22   steamship lines don't want to buy a drayage product
23   from CSX at that location, because it's not
24   resilient and scalable.
25      Q.   So when you say you interviewed local

1   personnel about gate hours, you testified about that
2   this morning.
3       A.   Yes.
4       Q.   Did you talk to more than the local
5   terminal manager?
6       A.   Well, I think as the correspondence
7   illustrated, I have relationships with other people
8   that work at the port.  We were familiar with the
9   operations there and with internal CSX contacts.
10      Q.   Who did you talk to besides the terminal
11  manager who gave you the gate hours?
12      A.   I don't remember exactly all the names,
13  but I had regular conversations with people at VIT
14  that would have informed that perspective.
15      Q.   You don't recall who you talked to at VIT?
16      A.   The paragraph reflects an understanding
17  from several conversations.  It would be difficult
18  to attribute each part of it.
19      Q.   So when did you have these several
20  conversations with VIT personnel?
21      A.   I honestly don't remember the timing.
22
23
24
25

149

22      Q.   Let's move on to paragraph 10 of your
23   declaration.  The second sentence of paragraph 10
24   says, "I routinely hear concerns from ocean
25   carriers."

150

1        Let's unpack that.  What does "routinely"
2    mean?
3        A.   Well, as you're aware, the roles I've had
4    at CSX over the last few years involve interacting
5    with CSX staff, port staff, folks around the
6    industry.  And so it's just -- hearing that would
7    be, you know, from an account representative at CSX
8    or a port partner.  There's lot of different ways
9    that you could find that information.
10       Q.   You don't have specific examples that come
11   to mind that you put in your declaration, right?
12       A.   Specific examples of what, please?
13       Q.   Of the routine -- your routinely hearing
14   concerns.
15       A.   What would qualify as an example?
16       Q.   Well, you say you routinely hear concerns
17   from ocean carriers.
18            Which ocean carriers have expressed their
19   concerns to you?
20       A.   Some of that is not direct, so it would
21   come from people on the CSX account team.  But I
22   don't have any steamship company names that I can
23   offer you to support that statement.
24
25

[1/5/2021 9:30 AM] 20210106 Warren, Carl

156



157



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7          In paragraph 11, Ms. Reinhart asked you
8   some questions about the last sentence of paragraph
9   11 and I believe that you testified that you
10  actually spoke to Mr. Capozzi --
11       A.   That is correct.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[1/5/2021 9:30 AM] 20210106 Warren, Carl

217



21     Q.    So what other information did you have
22  that forms the basis for the final clause of that
23  sentence?
24     A.    I'd say it's the knowledge that I
25  accumulated from multiple sources about what the

218

1    issues operating a drayage program at NIT are.
2         Q.   And do you recall who those individuals
3    were?
4         A.   I think I've given everybody all the names
5    that I can think of.  I don't have any new ones to
6    add.

[1/5/2021 9:30 AM] 20210106 Warren, Carl