# **EXHIBIT G**

```
                                                                          1

 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF VIRGINIA
 2                          Norfolk Division
                         CASE NO. 2:18CV530
 3


 4

       CSX TRANSPORTATION, INC.,
 5     INDIVIDUALLY AND ON BEHALF OF NORFOLK
       & PORTSMOUTH BELT LINE
 6     RAILROAD COMPANY,

 7                   Plaintiffs,


 8     -vs-


 9
       NORFOLK SOUTHERN RAILWAY
10     COMPANY, NORFOLK & PORTSMOUTH
       BELT LINE RAILROAD COMPANY,
11     JERRY HALL, THOMAS HURLBUT,
       PHILIP MERILLI, and CANNON MOSS,
12
                     Defendants.
13     _____/

14

15


16
                        Zoom Remote Proceedings
17                     Wednesday, March 17, 2021
                         1:19 p.m. - 6:37 p.m.
18


19       VIDEOTAPED TELECONFERENCE DEPOSITION OF ROB GIRADOT

20

21

22

23
                 Taken before Robyn Maxwell, RPR, FPR,
24     RSA, and Notary Public in and for the State of Florida at
       Large, pursuant to Notice of Taking Deposition filed in
25     the above-mentioned cause.
       Job No. CS4501152
```

101

5   Q.    In your declaration -- back to paragraph 3

6   [REDACTED]
7
8
9

10            Did I read that accurately?
11   A.    Yes, you did.
12   Q.    So where did the assumption of 1.67
13   containers per well come from?
14   A.    That's our general experience of the level
15   of utilization that we were able to achieve in and out of
16   ports at the -- at the time of that -- that analysis was
17   done.  That was our benchmark.

[3/17/2021 9:30 AM] 20210317 Girardot, Robert



[3/17/2021 9:30 AM] 20210317 Girardot, Robert

