# **EXHIBIT J**

```
                                                                    1
 1                 UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF VIRGINIA

 3                        Norfolk Division

 4

 5      CSX TRANSPORTATION, INC,

 6      individually and on behalf of

 7      NORFOLK & PORTSMOUTH BELT LINE

 8      RAILROAD COMPANY,

 9                      Plaintiff,

10            vs.                       Case No. 2:18-CV-530

11

12      NORFOLK SOUTHERN RAILWAY COMPANY,

13      NORFOLK & PORTSMOUTH BELT LINE

14      RAILROAD COMPANY, JERRY HALL,

15      THOMAS HURLBUT, PHILIP MERILLI

16      and CANNON MOSS,

17                      Defendants.

18      _____

19

20

21

22

23

24

25      Job No. CS4358762
```

[12/7/2020 9:30 AM] 20201207 Wagel, Chris

39

23   Q.   Paragraph 3 of your declaration you say:  Drayage can
24        reliably handle only 200 containers per day to and
25        from NIT and no more than about 300 containers could

[12/7/2020 9:30 AM] 20201207 Wagel, Chris

```
                                                                    40
 1              be drayed in and out of NIT in a day to handle a
 2              surge.
 3                       Did I read that correctly?
 4         A.   Yes.
 5         Q.   What is the basis for the statements in paragraph 3?
 6         A.   From my knowledge while I was there, you had --
 7              basically your trip was an hour roundtrip based on the
 8              ports gate availability, having to turn power back and
 9              forth, availability of drivers.  That's where that
10              came from.
11         Q.   When you say power back and forth, what do you mean?
12         A.   Trucks and drivers.
13         Q.   Okay.
14         A.   Because the ports only keep certain hours.  They're
15              not open 24/7.  You can take railcars in and out 24/7.
16         Q.   You said --
17                       (Reporter interrupted the record at
18                       10:46 a.m.)
19         BY MS. REINHART:
20         Q.   You said earlier you'd made only one visit to the NIT
21              terminal?
22         A.   Yes.  It was at night.
23         Q.   It was at night?
24         A.   Uh-huh.  It was, like, late evening, night.
25         Q.   What was the purpose for your visit?
```

[12/7/2020 9:30 AM]  20201207 Wagel, Chris

41

| | | |
|---|---|---|
| 1 | A. | Went over there just to kind of -- they were doing |
| 2 | | some renovations to the terminal. We went over there, |
| 3 | | I think -- I don't know if Giardot was in town that |
| 4 | | night or not, but went over -- went up in the tower. |
| 5 | Q. | So that number 200 containers, that is based solely on |
| 6 | | your experience when you were terminal manager in |
| 7 | | Virginia? |
| 8 | A. | Yes. |
| 9 | Q. | How did you come up with that number? |
| 10 | A. | Off the top of my head, basically just looking at |
| 11 | | operation, what I've done before, what we -- what we |
| 12 | | can usually handle to get in and out, so -- |
| 13 | Q. | Are there -- are there data that support that 200 |
| 14 | | container number -- |
| 15 | A. | There's probably -- |
| 16 | Q. | -- to your knowledge? |
| 17 | A. | Probably no data. Just my gut. |
| 18 | Q. | Is there a way that you tracked the number of |
| 19 | | containers that were moved per day? |
| 20 | A. | I mean, it could show up on a consist, the trains in |
| 21 | | and out. I'm just -- what I -- what I thought from my |
| 22 | | knowledge and my experience. No data to back it up |
| 23 | | per se, but just my experience. |
| 24 | Q. | Were you asked to look for data to support that 200 |
| 25 | | container number? |

[12/7/2020 9:30 AM] 20201207 Wagel, Chris

42

1   A.   No.

2   Q.   Were you asked to look for any other kinds of business

3        records to --

4   A.   No.

5   Q.   -- support that 200 container number?

6   A.   I was just asked to -- here, it is.  Here's the

7        information.

8   Q.   Okay.  When you say in that drayage can reliably

9        handle, what do you -- what do you mean by reliably

10       handle?

11  A.   Actually get it done.  You could have an accident in

12       the tunnel.  You could have an accident on the main

13       road that comes in and out of NIT, which could happen.

14       Something in the tunnel happens, you have to go to the

15       other.  So there was a little -- a few stumbling

16       blocks.  Because typically they would take the midtown

17       versus the downtown because it was closest.

18  Q.   Were there other factors that affected whether

19       containers would reliably be drayed?

20  A.   Gate hours, the availability of drivers, chassis,

21       backups at NIT on the gate.

22  Q.   Can you recall how many times you had a problem with

23       availability of drivers?

24  A.   Not off the top of my head, but if they're not

25       available -- I mean, sometimes they would get stuck in

[12/7/2020 9:30 AM] 20201207 Wagel, Chris

```
 1                tunnels or there would be traffic, so -- sometimes
 2                there's a slow turn.  But no.  To answer your
 3                question, no.
 4      Q.        Was it a handful of times?
 5      A.        Don't recall.
 6      Q.        And then you said -- you said the drayage could handle
 7                no more than about 300 containers in and out of NIT in
 8                a day to handle a surge.  What did you mean by a
 9                surge?
10      A.        A surge would be, like, an extra ship shows up, extra
11                volume of what's normally there.  After the pandemic
12                hit, it was slow and then you got a big surge of
13                traffic in and out of the ports.
14      Q.        How frequently was there a surge?
15      A.        There was no frequency to it.  It could just happen.
16                Stuff could get delayed.  There could be ships holding
17                out.  There could be weather delays.  There was no
18                rhyme or reason.  It would happen occasionally.
19      Q.        So you were a terminal manager for a little over a
20                year.  Ballpark, how many times would you say there
21                was a surge?
22      A.        Probably had three to four ballpark.
23      Q.        How would you learn about a surge?
24      A.        The port would let us -- at some point the port would
25                start piling up boxes and let us know that we have a
```

44

```
 1              thousand on dock that need to go, imports that need to
 2              go due to ships getting delayed.
 3         Q.   In your experience has CSX drayed more than 200
 4              containers in one day?
 5         A.   While I was there, there were probably a few times
 6              where we drayed about 250, but I don't have the exact
 7              numbers.
 8         Q.   Can you recall CSX draying more than 300 --
 9         A.   No.
10         Q.   -- in one day?
11                   And you testified that you ballpark or
12              recalled three or four surges over the year when you
13              were terminal manager; is that correct?
14         A.   Yes, it is.
15         Q.   Can you recall how many times CSX had a need to dray
16              more than 200 containers in a day but was unable to do
17              it?
18         A.   CSXT did not dray them.  That would have been the
19              ports, but no.
20         Q.   Do you know whether before you became terminal manager
21              of containers that what could reliably be drayed was
22              different from your estimate?
23                        MS. PETERSON:  Objection.
24                        THE WITNESS:  No knowledge.
25         BY MS. REINHART:
```

45

1    Q.   Did you investigate that question at all?

2    A.   No.

3    Q.   Where CSX drays at other ports, do you know how many

4         containers per day can reliably be drayed?

5              MS. PETERSON:  Objection.  Lack of

6         foundation.

7              THE WITNESS:  Again, I have no knowledge.

[12/7/2020 9:30 AM] 20201207 Wagel, Chris

100

3  Q. Do you know how many interchange lanes NIT has for
4     truck traffic coming in and out?
5  A. At the port I do -- I don't know how many lanes they
6     have at the port in and out. I don't know what their
7     out gates look like or their in gates.
8  Q. You only went there once, if I recall your testimony;
9     is that correct?
10 A. Like, once at night. So I don't know what their
11    operations look like as far as their dray operations.