IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

   Plaintiff,

v.               Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

   Defendants.

            /

## CSX TRANSPORATION, INC.'S
## MOTION TO FILE DOCUMENTS UNDER SEAL

COMES NOW Plaintiff CSX Transportation, Inc.'s ("CSXT"), by counsel, and respectfully submits this Motion to Seal portions of its unredacted Memorandum in Support of its Motion to Exclude Thomas D. Crowley, together with Exhibits A, B, D, and E thereto.

CSXT seeks to seal these materials because they contain and/or reference information that have been designated as "Confidential" or "Confidential–Attorneys Eyes Only" ("AEO") by Defendant Norfolk and Portsmouth Belt Line Railroad Company (NPBL) or CSXT under the Stipulated Protective Order entered in this matter. ECF No. 79 ¶ 16.

In support of this Motion, CSXT submits contemporaneously a non-confidential Memorandum in Support of Motion to File Documents Under Seal. CSXT has also filed herewith a Notice of Filing a Motion to Seal, as required by Local Civil Rule 5(C). CSXT waives oral argument on this motion. A proposed order granting the requested relief is attached as **Exhibit 1**.

For the foregoing reasons, CSXT respectfully requests that the Court grant its Motion to

1

Seal and enter the attached proposed order providing for the sealing of these materials.

Dated:  May 12, 2021                              Respectfully submitted,

                                        **CSX TRANSPORTATION, INC.**
                                        *By Counsel*

                                        */s/ Benjamin L. Hatch*
                                        Robert W. McFarland (VSB No. 24021)
                                        Benjamin L. Hatch (VSB No. 70116)
                                        V. Kathleen Dougherty (VSB No. 77294)
                                        MCGUIREWOODS LLP
                                        World Trade Center
                                        101 West Main Street, Suite 9000
                                        Norfolk, Virginia  23510-1655
                                        Telephone: (757) 640-3716
                                        Facsimile:  (757) 640-3930
                                        E-mail: rmcfarland@mcguirewoods.com
                                        E-mail: bhatch@mcguirewoods.com
                                        E-mail: vkdougherty@mcguirewoods.com

                                        J. Brent Justus (VSB No. 45525)
                                        Ashley P. Peterson (VSB No. 87904)
                                        MCGUIREWOODS LLP
                                        Gateway Plaza
                                        800 East Canal Street
                                        Richmond, Virginia  23219-3916
                                        Telephone:  (804) 775-1000
                                        Facsimile:  (804) 698-2026
                                        E-mail: bjustus@mcguirewoods.com
                                        E-mail: apeterson@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that on this 12th day of May, 2021, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

/s/ Benjamin L. Hatch
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com