# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                  Civil Action No. 2:18-cv-530-MSD

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

## PLAINTIFF CSX TRANSPORTATION INC.'S
## MOTION TO EXCLUDE THOMAS D. CROWLEY

Plaintiff CSX Transportation, Inc. ("CSXT"), by counsel, and pursuant to Rule 702 of the Federal Rules of Evidence, moves this Court to exclude Thomas D. Crowley, the expert witness proffered by Defendant Norfolk and Portsmouth Beltline Railway. The factual and legal grounds supporting this Motion are set forth in the Memorandum in Support filed simultaneously herewith, and a proposed order granting the requested relief is attached as **Exhibit 1**.

WHEREFORE, for the reasons stated in the accompanying Memorandum, CSXT respectfully requests the Court exclude all opinions and testimony by Mr. Crowley.

Dated: May 12, 2021                      Respectfully submitted,

                                               **CSX TRANSPORTATION, INC.**
                                               *By Counsel*

                                               */s/ Benjamin L. Hatch*
                                               Robert W. McFarland (VSB No. 24021)

        Benjamin L. Hatch (VSB No. 70116)
        V. Kathleen Dougherty (VSB No. 77294)
        MCGUIREWOODS LLP
        World Trade Center
        101 West Main Street, Suite 9000
        Norfolk, Virginia  23510-1655
        Telephone: (757) 640-3716
        Facsimile:  (757) 640-3930
        E-mail: rmcfarland@mcguirewoods.com
        E-mail: bhatch@mcguirewoods.com
        E-mail: vkdougherty@mcguirewoods.com

        J. Brent Justus (VSB No. 45525)
        Ashley P. Peterson (VSB No. 87904)
        MCGUIREWOODS LLP
        Gateway Plaza
        800 East Canal Street
        Richmond, Virginia  23219-3916
        Telephone:  (804) 775-1000
        Facsimile:  (804) 698-2026
        E-mail: bjustus@mcguirewoods.com
        E-mail: apeterson@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that on this 12th day of May, 2021, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

/s/ Benjamin L. Hatch
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com