# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

       Plaintiff,

v.

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

       Defendants.

_____/

Civil Action No. 2:18-cv-530-MSD

**<u>ORDER</u>**

Upon consideration of Plaintiff CSX Transportation Inc.'s Motion to Exclude Thomas D.

Crowley, and any opposition thereto, and for good cause shown, it is hereby

ORDERED, that Plaintiff's Motion is GRANTED; and it is further

ORDERED that, pursuant to Rule 702 of the Federal Rules of Evidence, all opinions and

testimony by Thomas D. Crowley, as an expert on behalf of Defendant Norfolk and Portsmouth

Beltline Railway, is hereby excluded from trial in this matter.

Dated: _____

_____
The Honorable Mark S. Davis
Chief U.S. District Judge
U.S. District Court for the Eastern District of Virginia

1