# Exhibit F

Confidential
30(B)(6) NPBL by designee CANNON MOSS - February 14, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., Individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| V. | ) NO. 2:18cv530 ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, JERRY HALL, THOMAS HURLBUT, PHILIP MERILLI and CANNON MOSS, | ) ) ) ) ) ) ) |
| Defendants. | ) |

C O N F I D E N T I A L

30(b(6) DEPOSITION UPON ORAL EXAMINATION OF

NPBL by its designee CANNON MOSS

TAKEN ON BEHALF OF THE PLAINTIFF

Norfolk, Virginia

February 14, 2020



Confidential
30(B)(6) NPBL by designee CANNON MOSS - February 14, 2020                    41

```
 1          A     The rate for when we switch a customer?
 2          Q     (Nodding)
 3          A     Is charged to the railroad bringing in
 4   the freight.
 5          Q     Is there -- so there's no charge from the
 6   Belt Line to, say, a PMT or a VIT for coming onto
 7   the --
 8          A     Not for coming on the property.
 9          Q     Okay.  Are you aware of any charges that
10   the Belt Line pays to VIT, NIT, PMT, VIG?
11          A     Any charges the Belt Line pays to them?
12          Q     To them, yeah.
13          A     No.
14          Q     Okay.  Are you aware of any revenue that
15   is received from the entities I just mentioned to the
16   Belt Line for services provided?
17          A     Yes, we have gotten revenue from the port
18   before for various moves.  We handle the windmill
19   blades and we had a special switch charge, so every
20   time we spotted them, the port had to pay for that.
21          Q     So there are specific instances when the
22   port will actually be a customer of the Belt Line and
23   pay for its services?
24          A     Yes.
25          Q     Okay.  Do you know how much of the
```



Confidential
30(B)(6) NPBL by designee CANNON MOSS - February 14, 2020                    42

```
 1   Belt Line's revenue is derived from providing services
 2   for its customers?
 3           A     All of it.
 4           Q     Do you know --
 5           A     All of it, except for we have some
 6   leases, signs at Port Norfolk, and they have a building
 7   we lease out.  The majority of it is from switching
 8   services for our customers.
 9           Q     When you say "majority," you correct me,
10   is it probably over 90 percent?
11           A     Yes.
12           Q     Okay.  Under the present management of
13   the Belt Line, you are the president and general
14   manager.
15                 You have one vice president?
16           A     Two.
17           Q     Okay.  And who are they and what are
18   their titles?
19           A     There's Donna Coleman, she's the
20   vice president, corporate secretary and comptroller and
21   Bill O'Brien who is the vice president of operations.
22           Q     How long has Miss Coleman been an
23   employee of the Belt Line?
24           A     About 11, 12 years.
25           Q     And do you know where she was employed
```



1       A       Correct.
2       Q       And what is the adjustment that's being
3  factored in from the projected results for the
4  projected results adjusted?
5       A       I believe it was for the injury accrual.
6       Q       Operating expense per car was -- the goal
7  was $208 and the projected results adjusted was 214.
8  So that's -- that goal was also not met; correct?
9       A       Correct.
10      Q       Would the operating expense per car go
11 down with a volume increase?
12      A       In theory, yes.
13      Q       From your experience, is that true?
14      A       Yes.
15      Q       Okay.  If we look at the second page of
16 what we collectively marked as this exhibit, what is
17 this chart or these figures representing?
18      A       The goals for the 2017 bonus program.
19      Q       So by -- am I following this correctly by
20 2017, we've got an operating expense or goal of 218?
21      A       I would assume so.
22      Q       Do you know who prepared this document?
23      A       I did.  But given -- I don't know what
24 context.  It's got exhibit numbers.  I don't know -- I
25 put together something like this for the board, but

