# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

       Plaintiff,

v.                                                              Civil Action No. 2:18-cv-530-MSD

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

       Defendants.

_____/

## ORDER

Upon consideration of Plaintiff CSX Transportation Inc.'s Motion in Limine to Preclude Mischaracterization of CSXT's Rate Proposals, and any opposition thereto, and for good cause shown, it is hereby

ORDERED, that Plaintiff's Motion is GRANTED..

Dated: _____          _____
                                                    The Honorable Mark S. Davis
                                                    Chief U.S. District Judge
                                                    U.S. District Court for the Eastern District of Virginia

1