# Exhibit 1

Page 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK & PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

                              CIVIL ACTION FILE
vs.
                              NO. 2:18cv530

NORFOLK SOUTHERN RAILWAY
COMPANY, NORFOLK & PORTSMOUTH
BELT LINE RAILROAD COMPANY,
JERRY HALL, THOMAS HURLBUT,
PHILIP MERILLI, and CANNON
MOSS,

        Defendants.

VIDEO DEPOSITION OF
STEVEN ARMBRUST, ESQ.
March 11, 2020
9:56 a.m.
McGuireWoods LLP
1230 Peachtree Street
Suite 2100
Atlanta, Georgia
Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138

Page 139

1  A   Yes.
2  Q   And were you asking for that to be done --
3  was that a contract proposal for CSX, or were you
4  asking that to be the new tariff, the rate that you
5  were proposing?
6  A   We talking getting back --
7  Q   2010.
8  A   I don't recall if it was contract or
9  tariff or some combination.  I don't think -- I
10 don't believe there was a desire one way or the
11 other, and if the parties could make it work, they
12 could make it work.
13 Q   Was the proposal that you and Fredrik --
14 you and Fredrik made a proposal, correct?
15 A   As I recall it came from John Booth on
16 behalf of CSXT.
17     MR. LYNCH:  This is a good stopping point.
18 Take whatever time y'all want.
19     THE VIDEOGRAPHER:  The time is 12:54 p.m.
20 We're off the record.
21     (Recess 12:54-1:39 p.m.)
22     THE VIDEOGRAPHER:  The time is 1:39 p.m.