# Exhibit 2

```
                                                         Page 1

 1                 IN THE UNITED STATE DISTRICT COURT
                      EASTERN DISTRICT OF VIRGINIA
 2                         NORFOLK DIVISION
 3                          No. 2:18cv530
 4      CSX TRANSPORTATION, INC.,
        individually and on behalf of NORFOLK
 5      & PORTSMOUTH BELT LINE RAILROAD
        COMPANY,
 6                     Plaintiff,
 7      v.
 8      NORFOLK SOUTHERN RAILWAY COMPANY,
        et al.,
 9                     Defendants.
10      _____/
11                              Remote Proceedings
                                January 8, 2021
12                              9:31 a.m. - 3:50 p.m.
13
14             VIDEO DEPOSITION OF FREDRIK ELIASSON
15                      (via Teleconference)
16         Taken before SUZANNE VITALE, R.P.R., F.P.R.
17      and Notary Public for the State of Florida at Large,
18      pursuant to Notice of Taking Deposition filed in the
19      above cause.
20
21
22
23
24
25      Job No. CS4380445
```

Page 131

1  article that says -- I mean, I'm sorry -- a
2  paragraph that says "First, Article Ninth of the
3  operating agreement of July 7, 1897, between NPBL's
4  owners requires that freight rates be uniform.  As
5  proposed by CSXT, the handling of interchange
6  traffic on the basis of a per-container rate would
7  violate the terms of the operating agreement.
8  Either the shareholders would need to amend the
9  agreement or approve an exception to its terms."
10             As a member of the Belt Line Board, did
11  you agree with the statement in Mr. Stinson's memo?
12       A.    I fully agreed.  We were more than willing
13  to offer the same agreement with Norfolk -- to
14  Norfolk Southern.
15       Q.    What do you mean?
16       A.    Meaning that if they -- we fully respected
17  the uniform rate principle.  When the original
18  charter was set up, intermodal was not in existence.
19  It was another 50, 60 years until intermodal came
20  up.
21             And the idea of uniform for intermodal
22  trains versus containers or versus individual
23  carloads was always something not well contemplated
24  on that point.
25             But we were not trying to have a rate that

Page 132

1   was just available to us.  If Norfolk Southern,
2   through rerouting or if they were doing maintenance
3   of way on their tracks, they could certainly use the
4   same rates, from our perspective.  It was never
5   intended to be a non-linear or non-uniform rate if
6   they had an interest in having the same rate.
7        Q.   So if you and CSX wanted to respect the
8   uniform rate provision in the operating agreement,
9   in order to accept the Belt Line -- I mean, sorry,
10  CSX's proposal, the Belt Line would have to charge
11  this $37.50 per-container rate for all freight it
12  moved on its system, right?
13       A.   They could amend the bylaws to reflect the
14  fact that the evolution of rail transportation had
15  created something that wasn't contemplated even in
16  the '50 or '60s, which was unit trains intermodal,
17  and have created uniform rate for intermodal traffic
18  going in and out of the Belt Line.
19       Q.   Well, you say that intermodal was created
20  after the creation of the Belt Line, and I'm not
21  necessarily disagreeing with you there.
22            But when the Belt Line was created, it
23  spoke to a uniform rate for the movement of all
24  freight, correct?
25       A.   Of all freight that was contemplated at