IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                       Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.***,**

      **Defendants.**

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S MOTION TO FILE DOCUMENTS UNDER SEAL

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("the Belt Line"), by counsel, pursuant to Local Civil Rule 5, moves this Court for entry of an Order substantially in the form as **Exhibit A** hereto permitting the Belt Line to file under seal under seal unredacted potions of its reply in support of its Motion for Summary Judgment against CSX Transportation, Inc. The Belt Line is filing contemporaneously with this motion a nonconfidential memorandum in support and a Notice of Filing Sealing Motion, as required by Local Civil Rule 5(C). The Belt Line waives oral argument on this motion.

Dated: May 13, 2021                         **NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

                                                              By:       */s/ James L. Chapman, IV*

          James L. Chapman, IV, VSB No. 21983
          W. Ryan Snow, VSB No. 47423
          David C. Hartnett, VSB No. 80452
          Alexander R. McDaniel, VSB No. 92398
          CRENSHAW, WARE & MARTIN, P.L.C.
          150 W. Main Street, Suite 1500
          Norfolk, Virginia 23510
          Telephone: (757) 623-3000
          Facsimile: (757) 623-5735
          jchapman@cwm-law.com
          wrsnow@cwm-law.com
          dhartnett@cwm-law.com
          amcdaniel@cwm-law.com
          *Counsel for Norfolk and Portsmouth*
          *Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of May 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

          */s/ James L. Chapman, IV*
          James L. Chapman, IV, VSB No. 21983
          CRENSHAW, WARE & MARTIN, P.L.C.
          150 W. Main Street, Suite 1500
          Norfolk, Virginia 23510
          Telephone: (757) 623-3000
          Facsimile: (757) 623-5735
          jchapman@cwm-law.com
          *Counsel for Norfolk and Portsmouth*
          *Belt Line Railroad Company*