# EXHIBIT 122

```
                                                  Page 1

 1                   IN THE UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF VIRGINIA
 2                           NORFOLK DIVISION
 3                           No. 2:18cv530
 4      CSX TRANSPORTATION, INC.,
        individually and on behalf
 5      of NORFOLK & PORTSMOUTH BELT
        LINE RAILROAD COMPANY,
 6                   Plaintiff,
 7      v.
 8      NORFOLK SOUTHERN RAILWAY COMPANY,
 9      et al.,
10                   Defendants.
11      _____/
12                              Remote Proceedings
                                January 13, 2021
13                              9:38 a.m. - 6:40 p.m.
14
15              VIDEO DEPOSITION OF ROBERT GIRARDOT
16                      (via Teleconference)
17         Taken before SUZANNE VITALE, R.P.R., F.P.R.
18      and Notary Public for the State of Florida at Large,
19      pursuant to Notice of Taking Deposition filed in the
20      above cause.
21
22
23
24
25      Job No. CS4395739
```

```
                                         Page 31
 1          everybody has to have the same rate.
 2     BY MR. WINGFIELD:
 3          Q.   And so would CSX agree that the first
 4     sentence of paragraph ninth of the operating
 5     agreement would prohibit NPBL to giving one of its
 6     member railroads a special deal?
 7               MR. HATCH:  Same objections, calls for a
 8          legal conclusion, hypothetical, vague.
 9               THE WITNESS:  I wouldn't agree with that.
10          They would be prohibited from providing a
11          special deal that wasn't available to all of
12          the other owners.
13               THE COURT REPORTER:  I'm sorry.  What was
14          the last sentence?
15               THE WITNESS:  I'm saying, what this says
16          to me, being someone in the railroad business,
17          that says that the NPBL would be prohibited to
18          offer a special deal to one railroad that was
19          not available to any of the other owning
20          railroads, so ...
21     BY MR. WINGFIELD:
22          Q.   Is it your position that -- strike that.
23               Is it CSXT's position that the other
24     railroads could charge themselves one rate and other
25     customers of NPBL could be charged a higher rate?
```