# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY, )))))) | |
| *Plaintiff*, )) | |
| v. ) | Case No. 2:18-cv-530 |
| ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, ))) | |
| *Defendants*. )))) | |

## DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Civil Rule 5(C), Defendant Norfolk Southern Railway Company ("NS"), by counsel, moves the Court for an order sealing Defendant's unredacted Reply Memorandum in Support of its Motion for Summary Judgment, together with the following Exhibits to Defendant's Reply Memorandum in Support of Motion for Summary Judgment: Exhibits 123, 124, and 125.  In support of this Motion, Defendant submits contemporaneously a nonconfidential Memorandum in Support of Motion to File Documents Under Seal.  Defendant has also filed herewith a Notice of Filing Sealing Motion as required by Local Rule 5(C).  Defendant waives oral argument on this motion.  A proposed order granting the requested relief is attached as **Exhibit A**.

Dated:  May 13, 2021	Respectfully submitted,

/s/     *Michael E. Lacy*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
Telephone: (703) 592-1154
Facsimile: (703) 230-9859
Email: MMcCarroll@redgravellp.com

Tara L. Reinhart
John R. Thornburgh II
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

*Attorneys for Norfolk Southern Railway Company*

2