IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                            Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.***,**

      **Defendants.**

## NOTICE OF REQUEST FOR HEARING

Defendant Norfolk and Portsmouth Belt Line Railroad Company, by counsel, pursuant to Local Rule 7(E), hereby gives notice that its Motion for Summary Judgment (D.E. #296) has been fully briefed and requests oral argument on the motion.

| | |
|---|---|
| Dated: May 18, 2021 | NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY |
| | |
| | By:  /s/ W. Ryan Snow |
| | James L. Chapman, IV, VSB No. 21983 |
| | W. Ryan Snow, VSB No. 47423 |
| | David C. Hartnett, VSB No. 80452 |
| | Alexander R. McDaniel, VSB No. 92398 |
| | CRENSHAW, WARE & MARTIN, P.L.C. |
| | 150 W. Main Street, Suite 1500 |
| | Norfolk, Virginia 23510 |
| | Telephone: (757) 623-3000 |
| | Facsimile: (757) 623-5735 |
| | jchapman@cwm-law.com |
| | wrsnow@cwm-law.com |
| | dhartnett@cwm-law.com |
| | amcdaniel@cwm-law.com |
| | *Attorneys for Norfolk and Portsmouth Belt Line Railroad Company* |

2

## CERTIFICATE OF SERVICE

I certify that on May 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

By: _____/s/ W. Ryan Snow_____
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
*Attorney for Norfolk and Portsmouth Belt Line Railroad Company*