## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY<br><br>   Plaintiff,<br><br> v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*,<br><br>   Defendants | Civil Action No. 2:18-cv-530-MSD |

### MOTION OF JOHN R. THORNBURGH II TO WITHDRAW AS COUNSEL OF DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY

  Pursuant to Local Rule 83.1(G), John R. Thornburgh II respectfully moves this Court for leave to withdraw as Attorney of Record for Defendant Norfolk Southern Railway Company as Mr. Thornburgh will no longer be affiliated with Skadden, Arps, Slate, Meagher & Flom LLP. Defendant Norfolk Southern Railway Company will be represented by counsel of record for Defendant Norfolk Southern Railway Company.  Movant certifies that reasonable notice has been given to Defendant Norfolk Southern Railway Company of his withdrawal of appearance in this case.

  WHEREFORE, Movant respectfully requests that the Court enter an Order permitting him to withdraw as counsel of record for Defendant Norfolk Southern Railway Company.  A proposed order is attached as Exhibit A.

Dated: August 20, 2021                          Respectfully submitted,

                                                  */s/ John R. Thornburgh II*
                                                  John R. Thornburgh II (*Pro Hac Vice*)
                                                  SKADDEN, ARPS, SLATE,
                                                    MEAGHER & FLOM LLP
                                                  1440 New York Avenue, N.W.
                                                  Washington, D.C. 20005
                                                  Phone: (202) 371-7317
                                                  john.thornburgh@skadden.com

                                                  *Counsel for Defendant Norfolk Southern Railway Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I filed the foregoing Motion with the Clerk's office using the CM/ECF system, which will send a notification of such filing to counsel of record in this matter.

>                                            */s/ John R. Thornburgh II*
>                                            John R. Thornburgh II (*Pro Hac Vice*)
>                                            SKADDEN, ARPS, SLATE,
>                                              MEAGHER & FLOM LLP
>                                            1440 New York Avenue, N.W.
>                                            Washington, D.C. 20005
>                                            Phone: (202) 371-7317
>                                            john.thornburgh@skadden.com
>
>                                            *Counsel for Defendant Norfolk Southern*
>                                            *Railway Company*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY<br><br>   Plaintiff,<br><br> v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*,<br><br>   Defendants | Civil Action No. 2:18-cv-530-MSD |

## **ORDER**

 Upon the Motion of John R. Thornburgh II to Withdraw as Counsel for Defendant Norfolk Southern Railway Company, and for good cause shown,

 IT IS HEREBY ORDERED that the Motion is GRANTED and John R. Thornburgh II is granted leave to withdraw as counsel in the above-referenced proceeding pending before this Court.

Dated:

                _____
                The Honorable Mark S. Davis, Chief Judge