**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*,<br><br>　　　　Defendants | Civil Action No. 2:18-cv-530-MSD |

## **ORDER**

Upon the Motion of John R. Thornburgh II to Withdraw as Counsel for Defendant Norfolk Southern Railway Company, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED and John R. Thornburgh II is granted leave to withdraw as counsel in the above-referenced proceeding pending before this Court.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Mark S. Davis, Chief Judge