IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.                                    Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

        Defendants.

                                    /

### CSX TRANSPORTATION INC.'S NOTICE OF ISSUANCE OF SURFACE TRANSPORTATION BOARD DECISION

Plaintiff CSX Transportation, Inc. ("CSX"), hereby notifies the Court that, on June 17, 2022, the Surface Transportation Board ("STB") issued its Decision on the issue referred to the STB by this Court's Opinion and Order of May 18, 2021 (ECF No. 395). A copy of that decision is attached hereto as **Exhibit 1**.

The undersigned will confer with all counsel of record and contact the Court's calendar clerk to schedule a new trial date, as instructed in this Court's May 18, 2021 Opinion and Order.

Dated: June 20, 2022                    Respectfully submitted,

                                                  **CSX TRANSPORTATION, INC.**
                                                  *By Counsel*

                                                  */s/ Robert W. McFarland*
                                                  Robert W. McFarland (VSB No. 24021)
                                                  Benjamin L. Hatch (VSB No. 70116)
                                                  V. Kathleen Dougherty (VSB No. 77294)
                                                  McGuireWoods LLP

World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Telephone: (757) 640-3716
Facsimile:  (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of June, 2022, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

/s/ *Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com