IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                                            Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.*,

      **Defendants.**

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Defendant Norfolk and Portsmouth Belt Line Railroad, by counsel, respectfully moves the Court for leave for David C. Hartnett to withdraw as counsel of record for the Defendant. Mr. Hartnett has left the law firm of Crenshaw, Ware & Martin, P.L.C. Counsel of record for Plaintiff CSX Transportation, Inc. and Norfolk Southern Railway Company consent to the Motion. James L. Chapman, IV, W. Ryan Snow and Alexander R. McDaniel will remain counsel of record and continue to represent the Defendant. No party will be prejudiced as a result of Mr. Hartnett's withdrawal. A proposed Order is attached hereto.

Dated: August 8, 2022                 NORFOLK AND PORTSMOUTH BELT LINE
                                                        RAILROAD COMPANY

                                                              /s/ James L. Chapman, IV

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Alex R. McDaniel, VSB No. 92398
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
amcdaniel@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                   /s/ James L. Chapman, IV