IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                                Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.*,

      **Defendants.**

**[PROPOSED]**

**ORDER GRANTING MOTION
<u>FOR LEAVE TO WITHDRAW AS COUNSEL</u>**

THIS MATTER is before the Court on a motion for David C. Hartnett, Esquire to be withdrawn as counsel for defendant Norfolk and Portsmouth Belt Line Railroad. Upon due consideration, the motion is GRANTED and it is hereby ORDERED that Mr. Hartnett's appearance as counsel for Defendant is withdrawn. He need not be served with any further pleadings, motions, or other papers in this action. The Clerk is directed to remove David C. Hartnett as counsel of record for Norfolk and Portsmouth Belt Line Railroad and from the Court's Electronic Notification System for this case.

      It is so **ORDERED**.

ENTERED: _____      _____
                                                                   United States District Court Judge