IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,

      Plaintiff,

v.                                                          Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

### ORDER GRANTING MOTION
### FOR LEAVE TO WITHDRAW AS COUNSEL

THIS MATTER is before the Court on a motion for David C. Hartnett, Esquire to be withdrawn as counsel for defendant Norfolk and Portsmouth Belt Line Railroad.  Upon due consideration, the motion is GRANTED and it is hereby ORDERED that Mr. Hartnett's appearance as counsel for Defendant is withdrawn.  He need not be served with any further pleadings, motions, or other papers in this action.  The Clerk is directed to remove David C. Hartnett as counsel of record for  Norfolk and Portsmouth Belt Line Railroad and from the Court's Electronic Notification System for this case.

      It is so **ORDERED**.

ENTERED:  August 8, 2022                      /s/
                                                                United States District Court Judge