# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                        Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

## NOTICE OF APPEARANCE

Plaintiff CSX Transportation, Inc. ("CSXT") hereby gives notice to the Court that **Jeanne E. Noonan**, a member of the bar of this Court and an attorney with the firm of McGuireWoods LLP, enters an appearance as counsel for the CSXT in the above-captioned matter.

Dated: August 17, 2022

                                                Respectfully submitted,

                                                **CSX TRANSPORTATION, INC.**
                                                *By Counsel*

                                                 */s/ Jeanne E. Noonan*
                                                Robert W. McFarland (VSB No. 24021)
                                                Benjamin L. Hatch (VSB No. 70116)
                                                V. Kathleen Dougherty (VSB No. 77294)
                                                Jeanne E. Noonan (VSB No. 87863)
                                                McGuireWoods LLP
                                                World Trade Center
                                                101 West Main Street, Suite 9000
                                                Norfolk, Virginia 23510-1655
                                                Telephone: (757) 640-3716
                                                Facsimile: (757) 640-3930
                                                E-mail: rmcfarland@mcguirewoods.com
                                                E-mail: bhatch@mcguirewoods.com
                                                E-mail: vkdougherty@mcguirewoods.com

E-mail: jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on this 17th day of August, 2022, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

                                                    */s/ Jeanne E. Noonan*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

*Counsel for Plaintiff*

163249617_1.DOC