# Exhibit B

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-1209**　　　　　　　　　　　　　　　　　　**September Term, 2021**

**STB-FD36522**

**Filed On: August 16, 2022** [1959589]

Norfolk Southern Railway Company,

　　　　　Petitioner

　　v.

Surface Transportation Board and United
States of America,

　　　　　Respondents

## O R D E R

　　The petition for review in this case was filed and docketed on August 15, 2022, and assigned the above number. It is, on the court's own motion,

　　**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 15, 2022 |
| Docketing Statement Form | September 15, 2022 |
| Procedural Motions, if any | September 15, 2022 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 15, 2022 |
| Statement of Issues to be Raised | September 15, 2022 |
| Underlying Decision from Which Appeal or Petition Arises | September 15, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | September 30, 2022 |

　　It is

　　**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-1209**　　　　　　　　　　　　　　　　**September Term, 2021**

| | |
|---|---|
| Entry of Appearance Form | September 15, 2022 |
| Procedural Motions, if any | September 15, 2022 |
| Certified Index to the Record | September 30, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | September 30, 2022 |

It is

　　**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

　　The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　Laura M. Chipley
　　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　　Agency Docketing Statement Form
　　　Entry of Appearance Form
　　　Request to Enter Appellate Mediation Program
　　　Notice Concerning Expedition of Appeals and Petitions for Review
　　　Stipulation to be Placed in Stand-By Pool of Cases