**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*,<br><br>Defendants. | Civil Action No. 2:18-cv-530-MSD-RJK |

**MOTION OF CHRISTOPHER S. HERLIHY TO WITHDRAW AS COUNSEL FOR DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY**

Pursuant to Local Rule 83.1(G), Christopher S. Herlihy respectfully moves this Court for leave to withdraw as Attorney of Record for Defendant Norfolk Southern Railway Company. Defendant Norfolk Southern Railway Company will continue to be represented by Tara L. Reinhart and Thomas R. Gentry from Skadden, Arps, Slate, Meagher & Flom LLP, as well as other counsel of record, in this case. No party will be prejudiced as a result of Mr. Herlihy's withdrawal. Movant certifies that reasonable notice has been given to Defendant Norfolk Southern Railway Company of his withdrawal of appearance in this case.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting him to withdraw as counsel of record for Defendant Norfolk Southern Railway Company. A proposed order is attached hereto.

| | |
|---|---|
| Dated: August 25, 2022 | Respectfully submitted,<br><br>/s/ *Christopher S. Herlihy*<br>Christopher S. Herlihy (VSB # 93558)<br>SKADDEN, ARPS, SLATE, MEAGHER<br>   & FLOM LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>T: (202) 371-7293<br>F: (202) 661-8293<br>christopher.herlihy@skadden.com<br><br>*Counsel for Defendant Norfolk Southern Railway Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, I filed the foregoing Motion with the Clerk's office using the CM/ECF system, which will send a notification of such filing to counsel of record in this matter.

/s/ *Christopher S. Herlihy*
Christopher S. Herlihy (VSB # 93558)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
T: (202) 371-7293
F: (202) 661-8293
christopher.herlihy@skadden.com

*Counsel for Defendant Norfolk Southern Railway Company*