**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION INC., individually and on behalf of NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY<br><br>  Plaintiff,<br><br>    v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*,<br><br>  Defendants. | Civil Action No. 2:18-cv-530-MSD-RJK |

### **[PROPOSED] ORDER**

Upon consideration of the Motion of Christopher S. Herlihy to Withdraw as Counsel for Defendant Norfolk Southern Railway Company, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED and Christopher S. Herlihy is granted leave to withdraw as counsel in the above-referenced proceeding pending before this Court.

Signed this ____ day of _____, 2022.

                                                                                                             _____
                                                                                                             The Hon. Mark S. Davis
                                                                                                             United States District Judge