# EXHIBIT 1

Page 1

IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

No. 2:18cv530

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE RAILROAD
COMPANY,

                Plaintiff,

v.

NORFOLK SOUTHERN RAILWAY COMPANY,
et al.,

                Defendants.
_____/

Remote Proceedings
January 8, 2021
9:31 a.m. - 3:50 p.m.

VIDEO DEPOSITION OF FREDRIK ELIASSON
(via Teleconference)
Taken before SUZANNE VITALE, R.P.R., F.P.R.
and Notary Public for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above cause.

Job No. CS4380445

Page 12

1    international portion of Sealand.  It was ultimately
2    split up into three different pieces.  And the
3    international portion, we divested -- the
4    international portion of Sealand, which is an
5    international shipping company, we split that up
6    into three different pieces.  And the international
7    portion was what we divested in 1999.
8        Q.   And what was your position at CSX after
9    financial analyst?
10       A.   So as I said, I became -- I believe I was
11   promoted to manager and then director.  But in 2000,
12   thereabouts, I became head of investor relations.  I
13   believe I became a managing director of investor
14   relations, also retained some of our M&A activity at
15   the corporate level.  And over those three years
16   that I was head of investor relations, I also sold
17   one of the remaining pieces of Sealand, which was
18   what's called CSX domestic lines, during the next
19   three, three and a half years.
20       Q.   Okay.  And can you briefly describe your
21   primary job duties as head of investor relations for
22   CSX?
23       A.   In relation to equity analyst, equity
24   community, generally, preparing for earnings
25   releases, messaging, strategic positioning, and

Page 13

1    facilitating communication, not just with me but
2    also with senior management within CSX, in general.
3        Q.   All right.  What was your position after
4    head of investor relations?
5        A.   I became, I believe, vice president of
6    commercial finance supporting sales and marketing
7    starting in 2004, I believe, for about --
8    approximately three to four years.  And my role
9    there was to support the sales and marketing
10   organization, costing systems, and overall economic
11   analysis to support pricing, new investments for the
12   moving of freight for CSX.
13       Q.   Okay.  So the types of financial analysis
14   you prepare for the sales and marketing team, would
15   that help them price services to CSX customers?
16       A.   Right.
17       Q.   And would that include the intermodal part
18   of CSX's business?
19       A.   Right.
20       Q.   And when we say "intermodal," can you
21   define that as you understand it?
22       A.   Intermodal are containers that move either
23   by truck, rail, or vessel versus traditional rail
24   movement that is in a railcar.  It's an intermodal
25   move that requires several modes of transportation.

Page 14

1    Q.   Understood.  Any other primary
2    responsibilities when you served as vice president
3    of commercial finance?
4    A.   No.
5    Q.   All right.  What was your next position
6    with CSX?
7    A.   Next position was head of FP&A.  So I
8    moved from there, and I retained a significant
9    portion of their commercial finance support, but I
10   also added FP&A, so financial planning and analysis,
11   for CSX, which I was -- that combined role I had
12   until about 2009.
13   Q.   Okay.  And what were your primary
14   responsibilities in the FP&A group?
15   A.   I just added the ability to -- or the
16   responsibility of the annual planning, closing, you
17   know, the analysis of the actual performance and
18   broader financial support, budgeting support within
19   the organization, the G&A functions, et cetera.
20   Q.   Okay.  What was your position after
21   financial planning and analysis?
22   A.   I moved into sales and marketing, I
23   believe, in late 2009 or early 2010 and first had
24   the emerging market unit that is -- report up to the
25   executive vice president of sales and marketing.

Page 15

1   And so that emerging market unit included about
2   5- to $600 million of revenue and also various other
3   functions within sales and marketing as port
4   strategy, as new business development predominantly.
5       Q.   So can you give me an example of what an
6   emerging market would be?
7       A.   So emerging markets was generally markets
8   that wasn't necessarily rail served that we were
9   trying to penetrate, such as movement of waste.  So
10  we grew that waste business significantly.
11           It also included rock and cement business.
12  It included military cargo.  I would say those
13  categories was the vast majority of the business
14  within that business unit.
15      Q.   So in other words, these emerging markets
16  are markets where traditionally rail did not service
17  them, but you were trying to bring rail as an option
18  to the customer?
19      A.   That's correct.
20      Q.   Okay.  You also mentioned port strategy in
21  your role as head of sales and marketing.
22           What is that?  What do you mean by that?
23      A.   Well, CSX, I think, served 40, 50, 60
24  ports, large and small, between the Atlantic Coast,
25  the Gulf Coast, and also the river system.  And

Page 16

1   there was a group that I inherited there that was
2   focused on ensuring that we had the right
3   connectivity, the right infrastructure, and the
4   right sales approach to take advantage of that
5   connectivity and enhance our volume onto the rail
6   network.
7        Q.   Your work on the port strategy, that would
8   have included the ports in Hampton Roads, Virginia,
9   right?
10       A.   That is correct.
11       Q.   And how many -- there are three ports in
12   Hampton Roads, correct?
13       A.   Yes, that is correct, between then and
14   now.  My recollection is between VIT, NIT, and PMT,
15   I think that's correct.  I'm a little stale, but I
16   think that's correct.
17       Q.   I understand.
18       A.   Sorry.  There's also other port
19   facilities.  We had large coal, export coal
20  facilities in this area as well.  And I'm sure there
21  are smaller port facilities that take on cargo that
22  is more traditionally rail-based bulk materials.
23  And the three ports that I mentioned first are --
24  were predominantly at that point intermodal
25  facilities, bringing in containers or exporting

1    containers.
2        Q.   Understood.  And did you have a team that
3    worked under you to develop the port strategy
4    initiatives?
5        A.   Yes.  I believe it was a group of three
6    people, if I recall correctly.
7        Q.   And how often would the port strategy team
8    meet?
9        A.   I don't recall.  It wasn't -- I don't
10   recall how quick -- I mean, obviously they were
11   dedicated towards port strategy.  I got meetings as
12   any other part of my responsibility at that point,
13   so I don't really recall how much of the time I
14   spent on it, but it was -- it was part of my
15   responsibility area.
16       Q.   Understood.  And how long were you head of
17   the port strategy team?
18       A.   I believe I was head of that for about a
19   year or so.  I moved into a different role, the head
20   of chemicals and fertilizer business unit, I
21   believe, in 2011, thereabouts, after a year, maybe a
22   little bit more than a year, where I took on that
23   role.
24       Q.   So from a timing perspective, it sounds
25   like between 2009 and 2011, your job duties included

Page 18

1   heading up this port strategy team; is that right?
2        A.   That's correct.  Late 2009, early 2010 is
3   when I took that role.
4        Q.   Got it.
5             Now, as part of that role as head of the
6   port strategy team, did you deal with the Norfolk &
7   Portsmouth Belt Line?
8        A.   I was appointed to the Belt Line in that
9   same time frame.
10            My predecessor in that emerging market
11  unit, Derrick Smith, he was not on the board.  But I
12  was assigned by the executive team to go on the
13  board.
14            And so because -- I'm speculating, but I
15  believe it made sense to them to have me on that
16  because of my port strategy role and I came in fresh
17  on that role.  But I really don't know the full
18  motivation of why I was appointed into that role.
19       Q.   Understood.  Prior to being appointed to
20  the -- I'm going to call the Norfolk & Portsmouth
21  Belt Line either NPBL or the Belt Line, okay?
22       A.   Okay.
23       Q.   Prior to being appointed to the Belt Line
24  Board, did you have any interaction or involvement
25  with the Belt Line?

Page 19

1  A.  I did not.
2  Q.  And we'll get back into your time as a
3  Belt Line Board member in just a few minutes.  Let's
4  continue on with your positions at CSX.
5      So I believe you said in 2011, you became
6  head of chemicals and fertilizer for CSX, right?
7  A.  That is correct, and until the end of
8  2012, I believe, where I became -- or sometime in
9  2012 when I became the CFO.
10 Q.  Chief financial officer?
11 A.  For CSX, correct.
12 Q.  Okay.  How long did you serve as CFO?
13 A.  I was a CFO between 2012 and 2015.
14 Q.  Okay.  And can you briefly describe your
15 responsibility -- primary responsibilities as CFO?
16 A.  I oversaw all of the financial
17 responsibilities within CSX, including strategy and
18 all of the support functions and accounting, all of
19 the back office accounts payable, accounts
20 receivable, kind of operational finance arm of the
21 company, so all kind of traditional duties for a CFO
22 of that size.
23 Q.  And who did you report to as CFO?
24 A.  I reported up to Michael Ward, our CEO,
25 president, and chairman.

Page 20

1   Q.   And was Mr. Ward the president of CSX for
2   the entire time you were CFO?
3   A.   Yes.
4   Q.   Okay.  And while you were CFO, do you
5   recall the revenues of CSX during that time period,
6   roughly?
7   A.   Roughly, 7, 8, 9 billion, I believe.
8   Q.   Okay.  And do you recall the net income
9   that CSX achieved those years you were CFO?
10  A.   I don't -- I don't recall exactly what the
11  net income was at that point, no.
12  Q.   How about roughly?
13  A.   Well, net -- I usually look at operating
14  income, but I'm guessing half a billion to a
15  billion.
16  Q.   Well, how about operating income?
17  A.   More in the 2 billion range, I would
18  guess, something like that.
19  Q.   All right.  All right.  What was your
20  position within CSX after you were CFO of the
21  company?
22  A.   I took over as the head of sales and
23  marketing, executive vice president for sales and
24  marketing, between -- sometime in 2015 and beginning
25  of 2017.

```
                                                      Page 21

 1          Q.    All right.  And what were your primary
 2    responsibilities as head of sales and marketing?
 3          A.    I oversaw all of the sales and marketing
 4    responsibilities.  I also had some operational
 5    responsibilities for our intermodal facilities and
 6    also some -- some of our bulk terminals that we had.
 7    So it included some responsibility for nonunion and
 8    union labor at some of these facilities.
 9          Q.    Okay.  As head of sales and marketing for
10    CSX, did you have any interaction with the Belt Line
11    at that point?
12          A.    I do not recall any interaction at that
13    point with Belt Line.
14          Q.    How about with the Virginia Port
15    Authority?
16          A.    I had some interaction with various port
17    authorities generally as part of, you know, customer
18    events.
19                I do not recall as of right now any
20    specific meetings with the Virginia Port Authority
21    during this period of time.
22          Q.    Okay.  But the -- when you were head of
23    sales and marketing, CSX's intermodal group, if you
24    will, reported up through you; is that right?
25          A.    That's right.
```

Page 22

1  Q. All right. And who did you -- who did you
2  report to as head of sales and marketing?
3  A. Michael Ward.
4  Q. Okay. What did you do within CSX after
5  you were head of sales and marketing?
6  A. Well, for a short period of time, I
7  also -- I became the president basically in 2017.  I
8  retained that title and also the sales to marketing
9  role between, I would say, March of 2017 through
10 about September/October '17 when I -- maybe it was a
11 little bit -- maybe it was until November when I
12 exited CSX at that point.
13 Q. Okay. So you left CSX sometime between
14 September or October of 2017; is that right?
15 A. Yeah. It's a little rusty in that I
16 left -- we were working through my exit. And I
17 should clarify that I believe in March or April of
18 2017, Michael Ward retired. Hunter Harrison took
19 over, and I worked for him for a period of time
20 until, as I said, in that September, October,
21 November time frame.
22 Q. So Mr. Harrison came in as CEO of CSX; is
23 that right?
24 A. That's correct.
25 Q. And you served as president for that