IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

   Plaintiff,

v.              Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

   Defendants.

## NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL

  Plaintiff CSX Transportation, Inc. ("CSX"), by counsel, hereby provides notice, pursuant to Local Rule 5(C), that it has moved the Court to seal portions of its unredacted Consolidated Opposition to Defendant Norfolk & Portsmouth Belt Line Railroad Company's ("NPBL") Motions in Limine (the "Opposition"), together with Exhibits 1, 2, and 3 thereto.

  CSX specifically asks the Court to seal its unredacted Opposition along with Exhibits 1, 2, and 3 thereto, as these materials consist of, or relate to, documents or information CSX or non-parties the Virginia Port Authority ("VPA") and Virginia International Terminals, LLC ("VIT") have designated as "Confidential" or "Confidential – Attorneys Eyes Only" ("AEO") under the Stipulated Protective Order. ECF No. 79 ¶ 16.

  As set forth in CSX's Motion to Seal and accompanying Memorandum, the Opposition and Exhibits 1, 2, and 3 contain, discuss, and characterize highly confidential and sensitive information relating to the business strategy, cost structure, internal communications, and other

1

proprietary information, release of which could harm CSX, VPA, and VIT.

Any party or non-party may submit memoranda in support of or in opposition to this Motion within seven (7) days designating all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memoranda will be treated as sealed pending a determination by the Court on the Motion to Seal. Any person objecting to this Motion must file an objection with the Clerk within seven (7) days after the filing of this Motion. If no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

Dated: September 2, 2022 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**CSX TRANSPORTATION, INC.**
　　　　　　　　　　　　　　　　　　　　　　*By Counsel*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin L. Hatch*
　　　　　　　　　　　　　　　　　　　　　　Robert W. McFarland (VSB No. 24021)
　　　　　　　　　　　　　　　　　　　　　　Benjamin L. Hatch (VSB No. 70116)
　　　　　　　　　　　　　　　　　　　　　　V. Kathleen Dougherty (VSB No. 77294)
　　　　　　　　　　　　　　　　　　　　　　Jeanne E. Noonan (VSB No. 87863)
　　　　　　　　　　　　　　　　　　　　　　MCGUIREWOODS LLP
　　　　　　　　　　　　　　　　　　　　　　World Trade Center
　　　　　　　　　　　　　　　　　　　　　　101 West Main Street, Suite 9000
　　　　　　　　　　　　　　　　　　　　　　Norfolk, Virginia 23510-1655
　　　　　　　　　　　　　　　　　　　　　　Telephone: (757) 640-3716
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (757) 640-3930
　　　　　　　　　　　　　　　　　　　　　　E-mail: rmcfarland@mcguirewoods.com
　　　　　　　　　　　　　　　　　　　　　　E-mail: bhatch@mcguirewoods.com
　　　　　　　　　　　　　　　　　　　　　　E-mail: vkdougherty@mcguirewoods.com
　　　　　　　　　　　　　　　　　　　　　　E-mail: jnoonan@mcguirewoods.com

　　　　　　　　　　　　　　　　　　　　　　J. Brent Justus (VSB No. 45525)
　　　　　　　　　　　　　　　　　　　　　　Ashley P. Peterson (VSB No. 87904)
　　　　　　　　　　　　　　　　　　　　　　MCGUIREWOODS LLP
　　　　　　　　　　　　　　　　　　　　　　Gateway Plaza
　　　　　　　　　　　　　　　　　　　　　　800 East Canal Street
　　　　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219-3916
　　　　　　　　　　　　　　　　　　　　　　Telephone: (804) 775-1000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (804) 698-2026
　　　　　　　　　　　　　　　　　　　　　　E-mail: bjustus@mcguirewoods.com
　　　　　　　　　　　　　　　　　　　　　　E-mail: apeterson@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of September, 2022, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

/s/ Benjamin L. Hatch
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com