# EXHIBIT 3
# Filed Under Seal

```
                                                              Page 1

 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                      Norfolk Division
                    CASE NO. 2:18CV530
 3
 4
      CSX TRANSPORTATION, INC.,
 5    INDIVIDUALLY AND ON BEHALF OF NORFOLK
      & PORTSMOUTH BELT LINE
 6    RAILROAD COMPANY,
 7              Plaintiffs,
 8    -vs-
 9
      NORFOLK SOUTHERN RAILWAY
10    COMPANY, NORFOLK & PORTSMOUTH
      BELT LINE RAILROAD COMPANY,
11    JERRY HALL, THOMAS HURLBUT,
      PHILIP MERILLI, and CANNON MOSS,
12
                Defendants.
13    _____/
14
15
16
                       Zoom Remote Proceedings
17                  Wednesday, March 17, 2021
                     1:19 p.m. - 6:37 p.m.
18
19       VIDEOTAPED TELECONFERENCE DEPOSITION OF ROB GIRADOT
20
21
22
23
                Taken before Robyn Maxwell, RPR, FPR,
24    RSA, and Notary Public in and for the State of Florida at
      Large, pursuant to Notice of Taking Deposition filed in
25    the above-mentioned cause.
      Job No. CS4501152
```

Page 102

1                we're up against the hour and a half?
2                     MR. CHAPMAN:  I'm fine with that.
3                     THE VIDEOGRAPHER:  All right we're off the
4           record at 4:35 p.m., and this is the end of media
5           number two, the time is 4:35 p.m.)
6                     (Recess taken, 4:35 p.m. to 4:46 p.m.)
7                     THE VIDEOGRAPHER:  We are back on the
8           record.  This is the beginning of media unit
9           number three.  The time it 4:46 p.m.
10    BY MR. CHAPMAN:
11          Q.    Mr. Girardot, before we went off the
12    record, I had asked you about CSX's efforts to maximize
13    the utilization of its rail equipment, and I think you
14    said, yes, of course it would do that?
15                And I just wanted to follow that up by
16    making sure that -- that I understand that -- would that
17    also include maximizing the utilization of intermodal
18    rail equipment such that you would load as many
19    containers as you reasonably can into wells?
20          A.    Yes, we -- that's -- we do that okay.
21          Q.    So getting back to the question about the
22    1.76 containers per well assumption, I wasn't sure where
23    that came from.  And there was an objection about the
24    fact that the exhibit was not in front of you, and I
25    think we were able to put that on the screen now.

Page 103

1  If we can put what was marked as Exhibit 18
2  at the CSXT 30(b)(6) deposition from January. All right.
3  Can you see that, Mr. Girardot?
4  A. I can't see the whole -- I mean, maybe you
5  can scroll down a little bit. I can see the top part of
6  it. Stop. Good. Okay; now I can see it.
7  Q. Okay. First of all, can you show us where
8  the 1.67 containers per well assumption appears on this
9  spreadsheet?
10 A. It -- you know, it's not -- it's not on
11 there.
12 Q. Okay. Is it somehow in the data itself?
13 A. Well, I think that if you take the number
14 of wells, right, divided by the number of containers,
15 right, that it -- it would -- it would come out to that
16 1.67.
17 Q. So can you point us to the line or columns
18 where that information appears?
19 A. Well, we're -- somehow we're using 40,000
20 containers and then if you take that for -- you know,
21 the -- the revenue divided by 210, right, that's the
22 number of wells, right. And then you take the number --
23 the well -- the number of wells and you move 40,000
24 containers with that, that that would come out to the
25 1.67. I believe that's how the math works. I have to

Page 104

1    get my -- I have to get a calculator out.
2           Q.   So 40,000 containers are moving in how many
3    wells?
4           A.   Well, let's do the --
5                MS. PETERSON:  Mr. Chapman --
6                MR. CHAPMAN:  Yes.
7                MS. PETERSON:  Do you all happen to have
8           the native version of this Excel as it was
9           produced because I think that might be helpful,
10          you know, just to kind of shortcut this a little
11          bit where this is not the document as it was
12          produced by CSX.
13               MR. CHAPMAN:  Yeah, I'm sure we do have it,
14          but it's not in this portal, this exhibit portal.
15               MS. PETERSON:  I think we can pull it up if
16          we need to.  I mean, we do have that available so
17          you can look at it in the Excel form.
18               MR. CHAPMAN:  Okay.  Let me -- let me just
19          see how far I can get with this.
20               MS. PETERSON:  Okay.  We can -- we can
21          always do it later.
22   BY MR. CHAPMAN:
23          Q.   I get the base amount volume at the top,
24   2017 actuals, 40,000 containers.  How many -- how many
25   wells would that involve then?

Page 105

1   A.   I mean, 5 million divided by 210 would be
2   the number of wells.
3   Q.   I'm sorry, you said 5 million divided by
4   $210?
5   A.   Right, because we're -- this is figured out
6   at $210 per well.  And so -- so -- so the number of wells
7   would be 5 million divided by 210.
8   Q.   Right.  So if you don't have a calculator
9   in front of you, it's close to 24,000 wells?
10  A.   All right.
11  Q.   Okay.
12  A.   So if you divide 40 by 24,000, I think that
13  gets you 1.67.
14  Q.   So that's how you -- how you've backed into
15  it in term of this calculation, it just didn't jump out
16  as a line item on this spreadsheet, correct?
17  A.   That's correct.
18  Q.   Okay.  So I understand that's an assumption
19  because that's what it says in your declaration.  What is
20  that assumption then based on?
21  A.   That's basically our -- our experience for
22  international traffic going in and out of ports.
23  That's -- you know, that time period probably would have
24  been based on, you know, the prior year's results.  You
25  know, that's kind of the ballpark -- ballpark good

Page 106

1    walking around number, you know.
2         Q.   So my question is: What data did you pull
3    to arrive at that determination of 1.67?
4              MS. PETERSON: Objection; lack of
5         foundation.
6         A.   That's just a good walking around number.
7    I mean, that's just, like a, you know -- it's just a
8    general metric, you know.
9    BY MR. CHAPMAN:
10        Q.   That lives where in the CSX system?
11        A.   That's just based on experience. I mean --
12        Q.   Your personal experience?
13        A.   That's my personal experience and kind of
14   eyeballing train consists and looking at how many, you
15   know, cars and containers -- I mean, just -- that's just
16   a good number.
17        Q.   And I'm not suggesting that you're not a
18   human calculator, Mr. Girardot, but I'm jut trying to
19   find out if there's any data -- real data that -- that
20   you pulled or turned to -- to arrive at that number?
21        A.   No I -- I didn't, no.
22        Q.   But it formed the basis of this document
23   that is Exhibit 18 from the earlier depositions that
24   we're now looking at, correct?
25        A.   That's right. Yeah, I think, you know,

Page 107

1  that -- you know, when you do feasibility studies like
2  this, you -- you come up with numbers that are realistic.
3  They're not ideal numbers. They're -- they're what you
4  generally experience. You know, like we sort of have a
5  walking around number that -- that, you know, it's -- for
6  international traffic, it's 30 feet per container, you
7  know.
8         Q.   So the exhibit also references, near the
9  ████████████████████████████████████████████  ████
10 ████████████████████████████████
11         Do you see that?
12        A.   Yeah.
13        Q.   And if we express that in percentages,
14 would it be 60 percent export and 40 percent import?
15        A.   That's correct, yeah.
16        Q.   Does your analysis assume that the import
17 containers are spread evenly across railcar wells that
18 are used to bring the export traffic into NIT?
19             MS. PETERSON: I'm just going to object for
20        lack of foundation here. This is a 30(b)(6)
21        exhibit so I don't think that we've established
22        whether Mr. Girardot himself prepared it without
23        any other input.
24             MR. CHAPMAN: Well, I'm only asking because
25        he specifically referenced it in this declaration

Page 108

1   that I think I'm entitled to ask some questions
2   about.  So I'm just trying to understand it.
3       A.   Well, these are averages of averages,
4   Mr. Chapman and, you know, sometimes you pull -- put
5   empty cars in, sometimes you pull empty cars out in the
6   same week.  Certain months are heavier on exports than
7   they are on imports in certain months.  Certain times of
8   the week imports are heavier.  So average of averages of
9   averages.  These are good scenario level numbers that I
10  think are very realistic when I saw them.  They are very
11  realistic.  They fit very well with my experience
12  watching trains roll in and out of ports.
13  BY MR. CHAPMAN:
14      Q.   Did you have any or provide any assistance
15  in the preparation of this document?
16      A.   Yeah, I'm sure I did.  And, again, you do a
17  document like this, it's -- you don't know what the
18  future is going to be and you look at what are some sort
19  of reasonable averages in a realistic world.  And these
20  are reasonable averages in a realistic world moving in
21  and out of a -- of a port that's -- that's not balanced;
22  import versus export it's not balanced sequentially
23  through the course of the week.  If anything, the numbers
24  are very, you know, favorable as far as to try and -- far
25  as trying to -- trying to convince -- you know, I think