IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.    Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.*,

      **Defendants.**

### NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S MOTION TO FILE DOCUMENTS UNDER SEAL

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("the Belt Line"), by counsel, pursuant to Local Civil Rule 5, moves this Court for entry of an Order substantially in the form as **Exhibit A** hereto permitting the Belt Line to file under seal (1) certain portions of the memorandum in opposition to CSXT's Motion to Exclude Thomas D. Crowley and (2) Exhibits 1-3 to the memorandum in opposition. The Belt Line is filing contemporaneously with this motion a nonconfidential memorandum in support and a Notice of Filing Sealing Motion, as required by Local Civil Rule 5(C). The Belt Line waives oral argument on this motion.

Dated: September 2, 2022

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

By:     */s/ W. Ryan Snow*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Alexander R. McDaniel, VSB No. 92398
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com

                                    wrsnow@cwm-law.com
                                    amcdaniel@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

      I certify that on this 2nd day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

                                    */s/ W. Ryan Snow*
                              W. Ryan Snow, VSB No. 47423
                              CRENSHAW, WARE & MARTIN, P.L.C.
                              150 W. Main Street, Suite 1923
                              Norfolk, Virginia 23510
                              Telephone: (757) 623-3000
                              Facsimile: (757) 623-5735
                              wrsnow@cwm-law.com
                              *Counsel for Norfolk and Portsmouth Belt Line Railroad Company*