**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-530 |
| | ) | |
| NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

### DEFENDANTS' JOINT MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Civil Rule 5(C), Defendants Norfolk Southern Railway Company ("NS") and Norfolk and Portsmouth Belt Line Railroad Company ("NPBL") (collectively, "Defendants"), by counsel, and hereby move the Court for an order sealing Defendants' Opposition to CSX Transportation, Inc.'s Motion in Limine Regarding the Uniform Rate Provision including Exhibits 3, 5, 6, 7, 10, 12, and 13.  In support of this Motion, Defendants submit contemporaneously a nonconfidential Memorandum in Support of Motion to File Documents Under Seal.  Defendants have also filed herewith a Notice of Filing Sealing Motion as required by Local Rule 5(C).  Defendants waive oral argument on this motion.

A proposed order granting the requested relief is attached as **Exhibit A**.

Dated:  September 2, 2022                    Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/    *Michael E. Lacy*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
Troutman Pepper Hamilton Sanders, LLP

1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara L. Reinhart
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com

*Attorneys for Norfolk Southern Railway Company*

**NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY**

/s/ *W. Ryan Snow*
James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Alexander R. McDaniel, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: wrsnow@cwm-law.com

2

Email: amcdaniel@cwm-law.com

*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of September 2022, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

/s/ Michael E. Lacy
Michael E. Lacy (VSB No. 48477)