# EXHIBIT 16

```
                                                      Page 1
 1                      IN THE UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF VIRGINIA
 2                              NORFOLK DIVISION
 3                              No. 2:18cv530
 4      CSX TRANSPORTATION, INC.,
        individually and on behalf
 5      of NORFOLK & PORTSMOUTH BELT
        LINE RAILROAD COMPANY,
 6                  Plaintiff,
 7      v.
 8      NORFOLK SOUTHERN RAILWAY COMPANY,
 9      et al.,
10                  Defendants.
11      _____/
12                              Remote Proceedings
                                January 13, 2021
13                              9:38 a.m. - 6:40 p.m.
14
15              VIDEO DEPOSITION OF ROBERT GIRARDOT
16                      (via Teleconference)
17          Taken before SUZANNE VITALE, R.P.R., F.P.R.
18      and Notary Public for the State of Florida at Large,
19      pursuant to Notice of Taking Deposition filed in the
20      above cause.
21
22
23
24
25      Job No. CS4395739
```

Page 28

1    that provision, would you agree that
2    Norfolk Southern would be in its rights to seek to
3    have the NPBL uphold that portion of the operating
4    agreement?
5             MR. HATCH:  I'm going to object with the
6        same set, and I'll add that it's been asked and
7        answered.
8             MR. WINGFIELD:  The witness did not answer
9        the question, so I'm asking it again.  So I'll
10       have to ask it a third time and see if I can
11       get an answer.
12   BY MR. WINGFIELD:
13       Q.   Does CSX agree that NSR would be within
14   its rights to seek to uphold the agreement embodied
15   in the first sentence of the tenth paragraph of the
16   operating agreement?
17            MR. HATCH:  I'm going to object.  That is
18       a hypothetical question.  It calls for a legal
19       conclusion.  The witness is here to provide
20       factual testimony.
21            So with those objections, if you can
22       answer, Rob, please proceed.
23            THE WITNESS:  Yes.
24   BY MR. WINGFIELD:
25       Q.   Would CSX agree that the first sentence of

Page 138

1     monitor is 3:02 p.m.  We are back on the video
2     record.  This is the start of Media Unit No. 4.
3  BY MR. WINGFIELD:
4     Q.   Mr. Girardot, we're on Exhibit 14, which
5  is tab 16, Cannon Moss' e-mail, still.
6          In Mr. Moss' e-mail, the last bullet point
7  reads "NPBL management has reviewed the proposed
8  rate and would recommend to the board for a rate
9  committee to do a complete review of the tariff."
10         Do you see that?
11     A.   Yes.
12     Q.   Did CSXT understand it was being offered a
13  rate committee to consider the proposed rate if it
14  wanted?
15     A.   No, I don't understand that bullet as
16  that, no.
17     Q.   Okay.  Did CSXT at any point say yes,
18  thank you, we would like the rate committee?
19     A.   Not that I know of.
20     Q.   So let's go back to the 2018 rate
21  proposal, Exhibit 12, tab 7.
22     A.   Yes.
23     Q.   I'm on page 2, the language we looked at
24  before, where CSXT, in this letter, stated
25  "Similarly, we believe the commercial sensitivity