# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-530 |
| | ) | |
| NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S OPPOSITION TO CSX TRANSPORTATION, INC.'S <u>MOTION TO EXCLUDE THOMAS D. CROWLEY</u>

Defendant Norfolk Southern Railway Company ("NS") hereby joins in the Opposition filed by Norfolk Portsmouth Belt Line ("NPBL") (ECF No. 428) in response to CSX Transportation, Inc.'s ("CSX") Motion to Exclude Thomas D. Crowley (the "Motion") (ECF No. 374). For the reasons stated in NPBL's Opposition, CSX's Motion should be denied.

NS respectfully requests that the Court deny CSX's Motion and grant any other relief the Court deems appropriate.

Date: September 2, 2022         Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

*/s/ Michael E. Lacy*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com

Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara L. Reinhart
Thomas R. Gentry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com

*Counsel for Defendant Norfolk Southern Railway Company*

129475237

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of September, 2022, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

*/s/ Michael E. Lacy*
Michael E. Lacy (VSB No. 48477)
