IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                            Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY
COMPANY,** *et al.***,**

      **Defendants.**

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S MOTION TO FILE DOCUMENTS UNDER SEAL

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("the Belt Line"), by counsel, pursuant to Local Civil Rule 5, moves this Court for entry of an Order substantially in the form as **Exhibit A** hereto permitting the Belt Line to file under seal (1) certain portions of the Consolidated Reply in Support of its Motions in Limine (D.E. 349, 353, 359, 365) and (2) Exhibit A to the reply brief. The Belt Line is filing contemporaneously with this motion a nonconfidential memorandum in support and a Notice of Filing Sealing Motion, as required by Local Civil Rule 5(C). The Belt Line waives oral argument on this motion.

Dated: September 23, 2022                           NORFOLK AND PORTSMOUTH
                                                                           BELT LINE RAILROAD COMPANY

                                                                            By:      */s/ W. Ryan Snow*
                                                                         James L. Chapman, IV, VSB No. 21983
                                                                         W. Ryan Snow, VSB No. 47423
                                                                         Alexander R. McDaniel, VSB No. 92398
                                                                         CRENSHAW, WARE & MARTIN, P.L.C.
                                                                         150 W. Main Street, Suite 1923
                                                                         Norfolk, Virginia 23510
                                                                         Telephone: (757) 623-3000
                                                                         Facsimile: (757) 623-5735
                                                                         jchapman@cwm-law.com

wrsnow@cwm-law.com
amcdaniel@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

2

## CERTIFICATE OF SERVICE

      I certify that on this 23rd day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

                                                        */s/ W. Ryan Snow*
                                    W. Ryan Snow, VSB No. 47423
                                    CRENSHAW, WARE & MARTIN, P.L.C.
                                    150 W. Main Street, Suite 1923
                                    Norfolk, Virginia 23510
                                    Telephone: (757) 623-3000
                                    Facsimile: (757) 623-5735
                                    wrsnow@cwm-law.com
                                    *Counsel for Norfolk and Portsmouth Belt Line Railroad Company*