# **EXHIBIT B**

```
                                                                  1
 1              UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF VIRGINIA

 3                CASE NO.:  2:18cv530

 4
     CSX TRANSPORTATION, INC.,
 5   individually and on behalf of
     NORFOLK & PORTSMOUTH BELT LINE
 6   RAILROAD COMPANY,

 7                  Plaintiff,

 8   vs.

 9   NORFOLK SOUTHERN RAILWAY
     COMPANY, et al.,
10
                    Defendants.
11   _____/

12

13      TRANSCRIPT DESIGNATED UNDER PROTECTIVE ORDER

14             VIDEOTAPED DEPOSITION OF

15                  ROBERT GIRARDOT

16            Tuesday, January 12, 2021
               9:36 a.m. - 6:37 p.m.
17               Remote Proceedings

18

19

20

21

22

23

24         Stenographically Reported By:
           Gina Rodriguez, RPR, CRR, CCP
25              Job No. CS4385284
```

168

1    Q.   Okay.  As a result of that distinction,
2    quote:  "CSX would have to pay NPBL twice for moving
3    a container from or to NIT.  Once for moving a
4    railcar to NIT and once for moving the railcar back
5    from NIT."
6         Right?
7    A.   In some cases, yes.
8    Q.   So, in other words, you're trying to make
9    the -- you're trying to say that if the charge
10   were -- were based on a per-container charge, if the
11   container were, let's say, dropped at NIT, you would
12   only be charged for the trip there and not the return
13   trip because there would be no container, right?
14   A.   That's correct.
15   Q.   Okay.  The next sentence, you write -- and
16   we're still in paragraph -- "It is my understanding,
17   based on conversations with NPBL representatives in
18   connection with CXT's development of its service
19   proposals, that this charge would apply regardless of
20   whether a railcar were loaded or empty."
21        Do you see that?
22   A.   Yes.
23   Q.   I asked you earlier in this deposition if
24   you had ever spoken to a -- an -- a lead of NPBL, and
25   you mentioned one conversation you had with them in

169

```
 1      2018 with regards to CSXT's rate proposal.
 2              Do you recall that?
 3         A.   Yes.
 4         Q.   Is the sentence I just read to you based on
 5      just that conversation, or are there others?
 6         A.   It's -- you know, it's based on -- you
 7      know, that's the one specific one that I know, you
 8      know, absolutely, you know, in part of developing the
 9      2018 proposal, we needed to get a clear understanding
10      of what NPBL meant and on the conference call, the
11      various notes, we had a clear understanding that
12      that's what they meant.
13         Q.   Is that your still -- is that still your
14      understanding today?
15         A.   Yes, it is.
16         Q.   Are you aware that Cannon Moss from the
17      NPBL was deposed in this matter?
18         A.   You know, I -- I would -- you know, I would
19      imagine that.  I'm not -- I don't factually know
20      that, but, you know, I'm . . .
21         Q.   Would you be surprised to learn that he
22      testified that the $210 switching fee only applies if
23      a railcar is -- is loaded?
24         A.   Yeah, I would --
25              MR. HATCH:  Object to form.
```

[1/12/2021 9:30 AM] 20210112 Giraldot, Robert