**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.                                                             Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

        Defendants.

_____/

**CSX TRANSPORTATION, INC.'S**
**MOTION TO FILE DOCUMENTS UNDER SEAL**

COMES NOW Plaintiff CSX Transportation, Inc. ("CSX"), by counsel, and respectfully

submits this Motion to Seal portions of its unredacted Reply in Support of its Motion *in Limine* to

Preclude Mischaracterization of CSXT's Rate Proposals, together with Exhibits 2 and 3 thereto.

CSX seeks to seal these materials because they contain and/or reference information that

has been designated as "Confidential" or "Confidential–Attorneys Eyes Only" ("AEO") by

Defendants Norfolk Southern Railway Company ("NS") or Norfolk & Portsmouth Belt Line

Railroad Company ("NPBL") under the Stipulated Protective Order entered in this matter.  ECF

No. 79 ¶ 16.

In support of this Motion, CSX submits contemporaneously a non-confidential

Memorandum in Support of Motion to File Documents Under Seal.  CSX has also filed herewith

a Notice of Filing a Motion to Seal, as required by Local Civil Rule 5(C).  CSX waives oral

argument on this motion.  A proposed order granting the requested relief is attached hereto.

1

For the foregoing reasons, CSX respectfully requests that the Court grant its Motion to Seal and enter the attached proposed order providing for the sealing of these materials.

Dated:  September 23, 2022.                    Respectfully submitted,


                                               **CSX TRANSPORTATION, INC.**
                                               *By Counsel*

                                               */s/ Benjamin L. Hatch*
                                               Robert W. McFarland (VSB No. 24021)
                                               Benjamin L. Hatch (VSB No. 70116)
                                               V. Kathleen Dougherty (VSB No. 77294)
                                               Jeanne E. Noonan (VSB No. 87863)
                                               MCGUIREWOODS LLP
                                               World Trade Center
                                               101 West Main Street, Suite 9000
                                               Norfolk, Virginia 23510-1655
                                               Telephone: (757) 640-3716
                                               Facsimile: (757) 640-3930
                                               E-mail: rmcfarland@mcguirewoods.com
                                               E-mail: bhatch@mcguirewoods.com
                                               E-mail: vkdougherty@mcguirewoods.com
                                               E-mail: jnoonan@mcguirewoods.com

                                               J. Brent Justus (VSB No. 45525)
                                               Ashley P. Peterson (VSB No. 87904)
                                               MCGUIREWOODS LLP
                                               Gateway Plaza
                                               800 East Canal Street
                                               Richmond, Virginia 23219-3916
                                               Telephone: (804) 775-1000
                                               Facsimile: (804) 698-2026
                                               E-mail: bjustus@mcguirewoods.com
                                               E-mail: apeterson@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of September, 2022, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

/s/ Benjamin L. Hatch
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com