# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.                                                              Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

        Defendants.

/

## **NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff CSX Transportation, Inc. ("CSX"), by counsel, hereby provides notice, pursuant to Local Rule 5(C), that it has moved the Court to seal portions of its unredacted Reply in Support of its Motion *in Limine* to Preclude Mischaracterization of CSXT's Rate Proposals ("Reply"), together with Exhibits 2 and 3 thereto.

CSX specifically asks the Court to seal its unredacted Reply along with Exhibits 2 and 3 thereto, as these materials consist of, or relate to, documents or information the parties have designated as "Confidential" or "Confidential – Attorneys Eyes Only" ("AEO") under the Stipulated Protective Order.  ECF No. 79 ¶ 16.

As set forth in CSX's Motion to Seal and accompanying Memorandum, the Reply and Exhibits 2 and 3 contain, discuss, and characterize highly confidential and sensitive information relating to Defendants' business strategy, cost structure, internal communications, and other proprietary information, the release of which could harm Defendants.

1

Any party or non-party may submit memoranda in support of or in opposition to this Motion within seven (7) days designating all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memoranda will be treated as sealed pending a determination by the Court on the Motion to Seal. Any person objecting to this Motion must file an objection with the Clerk within seven (7) days after the filing of this Motion. If no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

Dated:  September 23, 2022.                    Respectfully submitted,

**CSX TRANSPORTATION, INC.**
*By Counsel*

*/s/ Benjamin L. Hatch*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of September, 2022, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

> */s/ Benjamin L. Hatch*
> Robert W. McFarland (VSB No. 24021)
> Benjamin L. Hatch (VSB No. 70116)
> V. Kathleen Dougherty (VSB No. 77294)
> Jeanne E. Noonan (VSB No. 87863)
> MCGUIREWOODS LLP
> World Trade Center
> 101 West Main Street, Suite 9000
> Norfolk, Virginia 23510-1655
> Telephone: (757) 640-3716
> Facsimile: (757) 640-3930
> E-mail: rmcfarland@mcguirewoods.com
> E-mail: bhatch@mcguirewoods.com
> E-mail: vkdougherty@mcguirewoods.com
> E-mail: jnoonan@mcguirewoods.com
>
> J. Brent Justus (VSB No. 45525)
> Ashley P. Peterson (VSB No. 87904)
> MCGUIREWOODS LLP
> Gateway Plaza
> 800 East Canal Street
> Richmond, Virginia 23219-3916
> Telephone: (804) 775-1000
> Facsimile: (804) 698-2026
> E-mail: bjustus@mcguirewoods.com
> E-mail: apeterson@mcguirewoods.com