# Exhibit 1

NPB 8100-H
Cancels
NPB 8100-G

NORFOLK AND PORTSMOUTH BELT LINE

RAILROAD COMPANY

TARIFF NPB 8100-H

CANCELS

TARIFF NPB 8100-G

SWITCHING CHARGES
ALSO
CHARGES FOR MOVEMENT INVOLVING
WEIGHING AND RE-WEIGHING LIGHT OR LOADED CARS
AND
CHARGES FOR SPECIAL SERVICE OF ENGINE AND TRAIN CREW
AT
CHESAPEAKE, NORFOLK AND PORTSMOUTH, VA
AND VICINITY

ISSUED **March 31, 2008**                                         EFFECTIVE **May 1, 2008**

ISSUED BY

NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY
P. O. Box 7547
1050 Virginia Avenue
Portsmouth, VA 23707

TARIFF NPB 8100-H

## RULES AND OTHER GOVERNING PROVISIONS
## GENERAL RULES AND REGULATIONS

RULE 1 -- Following is list of Railroads connecting with Norfolk and Portsmouth Belt Line Railroad Company:

CSX Transportation, Inc.
Norfolk Southern Railway Company
Bay Coast Railroad

RULE 2 -- Switching charges named herein will include the placement of an empty car to be loaded, and return of the same car loaded, or the placement of a loaded car and the return of the same car empty.

RULE 3 -- Except as otherwise provided in this Tariff, the rates per loaded car published in this Tariff will also apply on empty cars, new or old, moving on revenue billing.

RULE 4 -- Settlement for detoured trains will be made in accordance with rules of Detour Agreement adopted by the Association of American Railroads for Detouring Trains.

RULE 5 -- If an empty car is ordered for loading and if the service of switching or placing it has been performed and the car is not loaded for movement over this railroad, the switching charge for a loaded car as shown in Item 120, will be collected from the person, firm or corporation ordering such car. Not applicable in connection with empty cars refused or rejected by shipper account defective or unfit for loading.

RULE 6 -- Charges published herein apply to or from sidings and industries served directly by the rails of the Norfolk and Portsmouth Belt Line Railroad Company, also to or from sidings and industries reached by the Norfolk and Portsmouth Belt Line Railroad Company under operating agreements with other railroads.

RULE 7 -- DEMURRAGE RATES AND REGULATIONS -- All cars handled under this Tariff will be subject to the established car demurrage rules and charges as published in Tariff NPB 6004 Series or successive issues thereof. (See Exception).

EXCEPTION -- Where switching service is performed on traffic moving under line-haul rates which are subject to special detention charges and rules, such traffic, loaded in rail cars will be subject to the same detention charges and rules as applicable in connection with line-haul rates.

RULE 8 -- APPLICATION OF SHIPMENTS LOADED IN ARTICULATED CARS -- When shipments are loaded in so-called articulated cars (two or more car units permanently or temporarily joined together), the switching charges published in this Tariff will apply separately to each unit of the articulated equipment.

For explanation of reference marks, see concluding page of this Tariff.

NSR_00035908

TARIFF NPB 8100-H

## RULES AND OTHER GOVERNING PROVISIONS
## GENERAL RULES AND REGULATIONS

**ITEM 10**               **STATION LISTS AND CONDITIONS**

This tariff is governed by the Official List of Open and Prepay Stations, ICC OPSL 6000-Series to the extent shown below:

PREPAY REQUIREMENTS AND STATION CONDITIONS
(A) For additions and abandonments of stations, and except as otherwise shown herein, for prepay requirements, changes in names of stations, restrictions as to acceptance or delivery of freight and changes in station facilities. When a station is abandoned as of a date specified in the above named tariff, the rates from and to such station as published in this tariff are inapplicable on and after that date.

GEOGRAPHICAL LIST OF STATIONS
(B) For geographical list of stations referred to in this tariff by station numbers.

STATION NUMBERS:
(C) For the identification of stations when stations are shown or referred to by numbers in this tariff.

**ITEM 20**               **REFERENCE TO TARIFFS, ITEMS, NOTES, RULES, ETC.**

(A) Where reference is made in this tariff to tariffs, items, notes, rules, etc., such references are continuous and include supplements to and successive issues of such tariffs and reissues of such items, notes, rules, etc.

(B) Where reference is made in this tariff to another tariff by STB Number, such reference applies also to such tariff to the extent it may be applicable on intrastate traffic.

**ITEM 40**               **CONSECUTIVE NUMBERS**

Where consecutive numbers are represented in this tariff by the first and last numbers connected by the word "to" or a hyphen they will be understood to include both of the numbers shown. If the first number only bears a reference mark, such reference mark also applies to the last number shown and to all numbers between the first and last numbers.

**ITEM 75**               **METHOD OF CANCELLING ITEMS**

As this tariff is supplemented, numbered items with letter suffixes will be used in alphabetical sequence starting with A. Example: Item 445-A cancels Item 445, and Item 365-B cancels Item 365-A in a prior supplement, which in turn cancelled Item 365.

**ITEM 100**   **METHOD OF DENOTING REISSUED MATTER IN SUPPLEMENTS**

Matter brought forward without change from one supplement to another will be designated as "Reissued" by a reference mark in the form of a square enclosing a number (or letter, or number and letter) being that of the supplement in which the reissued matter first appeared in its currently effective form. To determine its original effective date, consult the supplement in which the reissued matter first became effective.

For explanation of reference marks, see concluding page of this Tariff.

NSR_00035909

**TARIFF NPB 8100-H**

## RULES AND OTHER GOVERNING PROVISIONS
## GENERAL RULES AND REGULATIONS

**ITEM 105**     **PENALTY CHARGE FOR UNAUTHORIZED APPROPRIATION OF RAILROAD-OWNED CARS FOR NON-REVENUE MOVEMENTS**

When a railroad-owned car is appropriated for the non-revenue movement of freight without a specific prior authorization from NPB, a penalty charge of $430.00 per car per movement will be assessed against the party appropriating such car. Such charge will be in addition to all other charges applicable to such car (See Note 1).

The payment of demurrage, detention, car storage or switching charges does not permit the unauthorized use or additional loading of empty or loaded cars which have been placed by this railroad for loading or unloading (See Note 2).

NOTE 1. This penalty charge does not apply to intraplant movements by other than railroad-owned power which are necessary to facilitate the loading or unloading of railroad-owned cars in connection with immediately prior or subsequent revenue movements, either switching or line-haul.

NOTE 2. Unauthorized use of a railroad-owned car refers to the unauthorized movement of a car by other than railroad-owned power beyond the confines of the industry where car was originally placed by this railroad for loading or unloading.

**ITEM 110**     **CARS MOVED FROM LOADING TRACKS WITHOUT BILLING AND HELD ON CARRIER'S HOLD TRACKS AWAITING BILLING INSTRUCTIONS**

Except as otherwise provided for in this Tariff, when on shipper's order, cars are moved by carrier from industry or team tracks without billing and held on carrier's tracks awaiting forwarding instructions as defined in Item 200, Part 10. Tariff NPB 6004-Series, a charge of $52.00 per car will be assessed against the party responsible for furnishing such forwarding directions and the cars will remain on continuous demurrage or detention (See Note) in the demurrage account of the party in whose name the car was ordered until such forwarding directions are received by carrier's agent. (See Exception).

On car or cars removed from industry or team tracks on shipper's order and held awaiting billing instructions on carrier tracks and such car or cars are ordered back to the original industry or team tracks, the hold for disposition charge of $52.00 per car will be assessed for switch movement to the hold point on NPBL and a switching charge of $220.00 per car will be assessed for movement from hold point on NPBL back to original industry or team tracks. Provided that in case move is inter-terminal, the applicable inter-terminal switching charge will apply in each direction in addition to the holding charge of $52.00. In all cases of hold for disposition, cars will remain on continuous demurrage.

EXCEPTION -- The charge of $52.00 per car will not apply when carrier's agent receives forwarding directions by noon of the day following performance of the service excluding Saturdays, Sundays and Holidays as defined in Item 200, Part 11, Tariff NPB 6004-Series.

NOTE -- On cars under special detention rules and charges, the same detention rules and charges will be applied as govern in connection with the line-haul rates.

For explanation of reference marks, see concluding page of this Tariff.

NSR_00035910

TARIFF NPB 8100-H

## SWITCHING CHARGES OF THE
## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

**ITEM 115**     **Item deleted**

**ITEM 120**                          **INTRA-TERMINAL SWITCHING**

**CHARGE PER CAR**

A. Except as provided in Paragraph B, between industries, sidings or tracks located on or served by Norfolk and Portsmouth Belt Line Railroad Company.................... (1) $331.00

B. Cars switched between private sidings and leased storage tracks served by Norfolk and Portsmouth Belt Line Railroad ......................................................... (1) $295.00

C. Multiple car – 15 or more cars............................................................................ (1) $258.00

**ITEM 125**                          **LINE HAUL SWITCHING**

**CHARGE PER CAR**

Between industries or sidings located on or served by Norfolk and Portsmouth Belt Line Railroad Company and interchange tracks with connecting lines on Shipments originating at or destined to points located beyond yard or switching Limits of connecting lines:
*Note 1:  Charge may be absorbed in whole or in part by line haul carriers*

(a) **Applicable on all domestic commodities**...................................................... $243.00

(b) **Applicable on all import/export commodities**............................................. $148.50

**ITEM 130**                          **INTER-TERMINAL SWITCHING**

**CHARGE PER CAR**

Between industries or sidings located on or served by Norfolk and Portsmouth Belt Line Railroad Company and interchange tracks with connecting lines: ........................  $262.00

A. Multiple car - 15 or more cars ................................................................. (1)  $205.00

**ITEM 135**                          **INTERMEDIATE SWITCHING**

**CHARGE PER CAR**

Between interchange tracks with connecting lines:

(a) **Applicable on all commodities**................................................................  $155.00

For explanation of reference marks, see concluding page of this Tariff.

5

TARIFF NPB 8100-H

## SWITCHING CHARGES OF THE
## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

### SWITCHING CHARGES, ALSO
### CHARGES FOR WEIGHING AND RE-WEIGHING LIGHT AND LOADED CARS
### CHARGES FOR SPECIAL SERVICE OF ENGINE AND TRAIN CREW
### NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

**ITEM 140**  **MOVEMENT INVOLVING WEIGHING**
(See Note A below)

CHARGE PER CAR

(a) <u>Weighing cars on private scales located at the industry:</u>

| | |
|---|---|
| When weighed before placement | $50.00 |
| When weighed after placement and | $50.00 |
| For weighing outbound cars loaded or empty before removal from track of industry | $50.00 |

(b) <u>Weighing cars on other private scales (See Note B below):</u>

| | |
|---|---|
| For weighing inbound loaded cars, when so requested before actual or constructive placement, or loaded outbound cars when so requested before removal from loaded track and | $100.00 |
| For weighing empty cars, when so requested before placing on loading track or removal from unloading track | $100.00 |

NOTE A -- Charges shown in this item are for handling of car incidental to weighing and are in addition to switching charges herein for the required handling. Norfolk and Portsmouth Belt Line Railroad Company does not own or operate track scales.

NOTE B -- Those desiring the weighing on private scales must make their own arrangements with the owners of the scales for their use.

**ITEM 150**  <u>**SWITCHING CHARGE ON CARS RECEIVED IN ERROR OR NO FORWARDING DIRECTIONS**</u>

CHARGE PER CAR

Cars received by Norfolk and Portsmouth Belt Line Railroad Company, in error or without necessary forwarding directions, will be handled in accordance with AAR Car Service Rule 7.

If cars are returned to the tendering carrier, forwarded to the proper carrier, or require holding, Norfolk and Portsmouth Belt Line Railroad Company may assess the tendering carrier ......... $262.00

For explanation of reference marks, see concluding page of this Tariff

NSR_00035912

TARIFF NPB 8100-H

## SWITCHING CHARGES OF THE
## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

**ITEM 155**   **LOCOMOTIVES, STEAM SHOVELS, BONDING CARS, DERRICKS ON CRANES, DEAD ON OWN WHEELS LOCOMOTIVES, ON OWN WHEELS, UNDER STEAM IN CHARGE OF PILOT. (See Note)**

CHARGE PER CAR

(a)  When handled between interchange tracks with connecting lines.......................................... $264.00

(b)  When handled between interchange tracks with connecting lines and
industries or sidings located on or served by Norfolk and Portsmouth
Belt Line Railroad Company.................................................................................................. $264.00

(c)  When handled between industries or sidings located on or served
by Norfolk and Portsmouth Belt Line Railroad Company ............................................................ $264.00

NOTE -- Cost of Pilot when furnished by Norfolk and Portsmouth Belt Line Railroad
Company will be in addition to the switching charge.

## SWITCHING CHARGES, ALSO
## CHARGES FOR WEIGHING AND RE-WEIGHING LIGHT AND LOADED CARS
## CHARGES FOR SPECIAL SERVICE OF ENGINE AND TRAIN CREW
## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

**ITEM 160**    **INTRA-PLANT SWITCHING**

CHARGE PER CAR

A.  Except as provided in Paragraph B, for switching car between
two points on same track or from one track to another track entirely
within the confines of the same (single) plant or industry ..................................... (1)    $133.00

B.  For switching car between two points on same track or from one track to
another track entirely within the confines of the same (single) plant or industry
when use of carrier rails is involved .................................................................... (1)    $223.00

**ITEM 165**    **SPECIAL SERVICE**

For special service of engine and train crew furnished on request (See Note) ......................    $272.00

NOTE -- The charge for special service is per hour and will be in addition
to published tariff charges for cars switched.

For explanation of reference marks, see concluding page of this Tariff.

7

NSR_00035913

TARIFF NPB 8100-H

## SWITCHING CHARGES OF THE
## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

**ITEM 170**  **SWITCHING - TURNING OF CARS TO PERMIT LOADING AT STOP-OFF POINTS OR UNLOADING AT STOP-OFF POINTS OR DESTINATIONS:**

1. In instances where it is desired that freight in carloads be placed on delivery tracks for loading at stop-off points or unloading at stop-off points or destinations from one particular side or end of car, cars must be properly placarded on both sides and notation made on bill of lading and waybill substantially as follows:

### NOTICE TO CARRIER

Deliver Car for loading or unloading from door or end specified by placard.

2. On freight in carloads, not properly placarded on both sides of car to load or unload from one particular side or end of car, which shipper or consignee, after initial placement of car directs carrier to turn and return to the same track for loading or unloading from opposite side or end of car, the following shall apply:

### CHARGES (See Note 1)

(a)  If the car is turned at a "Y" or a turntable within the confines of an industry apply the intra-plant switching charge published in Item 160.

(b)  If the car is turned at a "Y" or a turntable within the same switching district, but outside the confines of the industry, apply intra-terminal switching charge published in Item 120.

NOTE I -- If Bill of Lading carries notation that car has been placarded, and placard has disappeared before placement, the charge named herein will not apply.

### EXPLANATION OF ABBREVIATIONS

| ABBREVIATION | EXPLANATION |
|---|---|
| STB | Surface Transportation Board. |
| Noibn | The abbreviation "noibn" means that the description of which it is a part applies on articles included in the same "noibn" description in Tariff ICC UFC 6000-Series. |
| OPSL | Official List of Open and Prepay Stations. |
| RER | Railway Equipment Register. |
| RPS | Railroad Publication Service. |
| STCC | Standard Transportation Commodity Code. |
| Viz | Namely. |

### EXPLANATION OF REFERENCE MARKS

| REFERENCE MARKS | EXPLANATION |
|---|---|
| A | Increase. |
| (1) | Where this reference mark is referred to, the rates or charges published for application on intra-plant, intra-terminal, or inter-terminal switching service apply only when loaded in or on ordinary equipment. Ordinary Equipment Means:<br>1. Box cars not exceeding 52 feet in length, inside measurement, but not including box cars of any length which are cushioned underframe, insulated or equipped with any type of loading devices or XF cars.<br>2. Flat cars not exceeding 54 feet in length and having marked capacity not greater than 180,000 pounds; but not including flat cars of any length equipped with racks, frames, bulkheads, tie down devices, hoods, or other appurtenances extending above the deck of the car, nor on special type flat cars with mechanical designations "FD", "FG", "FW", "FM" as listed under the heading of Heavy Capacity and Special Type Flat Cars in Tariff ICC RER 6410-Series. |

(Continued on following page)

For explanation of reference marks, see concluding page of this Tariff.

NSR_00035914

**TARIFF NPB 8100-H**

(Concluded)
<u>EXPLANATION OF REFERENCE MARKS</u>

3. Gondola cars having marked capacity not greater than 190,000 pounds, but not including gondola cars of any length equipped with covers, hoods, containers or cradle floors. (See Exception 2).
4. Open top hopper cars not exceeding 60 feet in length, inside measurement and having marked capacity not exceeding 180,000 pounds.
5. Cars other than described as ordinary equipment in Paragraphs I to 4, owned or leased by shipper or consignee.

When shipments that are both loaded and unloaded within the same switching district are loaded in or on cars that are other than ordinary equipment, the charge to apply will be the charge published herein for application to shipments loaded in or on ordinary equipment as described in Paragraphs I to 5 above, plus $150.00 per car for use of other than ordinary equipment (See Exception 1). On joint line movements, the fore going charge will be assessed only once regardless of the number of carriers used and will be divided $75.00 per carrier when two carriers are involved, and $50.00, $50.00 and $50.00 per carrier when three carriers perform the switching service. (See Exceptions 2 and 3).

EXCEPTION I -- These provisions will not apply on shipments of Coal, Coke (the direct product of Coal), or Iron-Ore.

EXCEPTION 2 -- These provisions will not apply on shipments of ferrous scrap when in gondola cars having a marked capacity greater than 190,000 pounds when such cars are furnished at carrier's convenience in lieu of ordinary gondola cars ordered by shipper provided that the following certification is made on the shipping document by shipper:
    (a) Ordinary gondola cars of 190,000 pounds capacity or less ordered by shipper and car over 190,000 pounds capacity furnished by carrier.
    (b) Shipment could have been loaded in size of car ordered.

EXCEPTION 3 -- These provisions will not apply on shipments of grain, soybeans, soybean meal, cement fertilizer or fertilizer material in covered hopper cars.

-THE END-

NSR_00035915