# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                                          Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

## CSX TRANSPORTATION INC.'S NOTICE OF FILINGS

Plaintiff CSX Transportation, Inc. ("CSX"), hereby notifies the Court of filings, as described below, in the following related proceedings:

<u>Norfolk S. Ry. Co. v. Surface Transp. Bd., et al.</u>, No. 22-1209 (D.C. Cir.)

On September 30, 2022, CSX, as an intervenor, filed a Motion to Dismiss for Lack of Jurisdiction and for Expedited Consideration in this appeal. A copy of CSX's Motion is attached here as **Exhibit 1**. On the same day, the Surface Transportation Board ("STB") filed a Motion to Dismiss for Lack of Jurisdiction. A copy of that Motion is attached here as **Exhibit 2**.

<u>Norfolk S. Ry. Co. v. Surface Transp. Bd., et al.</u>, Civil Action No. 2:22-cv-385 (E.D. Va.)

Also on September 30, 2022, CSX filed a Motion to Intervene in this matter, in which Defendant Norfolk Southern Railway Company ("NS") filed a complaint seeking review of a portion of the Surface Transportation Board's ("STB") Decision on the issue referred to the STB

1

by this Court's Opinion and Order of May 18, 2021 (ECF No. 395). A copy of CSX's Motion, Memorandum in Support, and Proposed Answer is attached here as **Exhibit 3**.

Dated: October 3, 2022          Respectfully submitted,

**CSX TRANSPORTATION, INC.**
*By Counsel*

/s/ Benjamin L. Hatch
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of October, 2022, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

/s/ Benjamin L. Hatch
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com