IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                     Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY
COMPANY,** *et al.***,**

      **Defendants.**

## NOTICE RESPONDING TO ORDER (D.E. 462)

Please take notice that in response to the Court's Order (D.E. 462), Norfolk and Portsmouth Belt Line Railroad Company, having consulted with counsel for Norfolk Southern Railway Company and CSX Transportation, Inc., hereby files the attached redacted version of **Exhibit A** to its Consolidated Reply in Support of its Motions in Limine (D.E. 449).

Dated:  October 11, 2022                       **NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD COMPANY**

                                                                 By:       */s/ W. Ryan Snow*
                                                                  James L. Chapman, IV, VSB No. 21983
                                                                  W. Ryan Snow, VSB No. 47423
                                                                  Alexander R. McDaniel, VSB No. 92398
                                                                  CRENSHAW, WARE & MARTIN, P.L.C.
                                                                 150 W. Main Street, Suite 1923
                                                                 Norfolk, Virginia 23510
                                                                 Telephone: (757) 623-3000
                                                                 Facsimile: (757) 623-5735
                                                                jchapman@cwm-law.com
                                                                wrsnow@cwm-law.com
                                                                amcdaniel@cwm-law.com
                                                                *Counsel for Norfolk and Portsmouth Belt
Line Railroad Company*

## **CERTIFICATE OF SERVICE**

      I certify that on October 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

                                            */s/ W. Ryan Snow*
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*