UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-530 |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S
### MOTION TO EXCLUDE OPINIONS OF PROFESSOR HOWARD P. MARVEL

Defendant Norfolk Southern Railway Company ("NS"), by counsel, moves this Court to exclude the expert witness proffered by Plaintiff CSX Transportation, Inc. ("CSX"), Professor Howard P. Marvel, under the Federal Rules of Evidence 702. A Memorandum of Support filed contemporaneously details the factual and legal grounds supporting this Motion, and a proposed order granting the requested relief is attached as Exhibit 1.

WHEREFORE, for the reasons stated in the accompanying Memorandum, NS respectfully requests the Court exclude all opinions and testimony by Professor Marvel.

Dated: October 13, 2022

Respectfully submitted,

*/s/ Alan Wingfield*

Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061

Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara L. Reinhart *(admitted pro hac vice)*
Thomas R. Gentry *(admitted pro hac vice)*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Email: tara.reinhart@skadden.com
Email: thomas.gentry@skadden.com

*Attorneys for Norfolk Southern Railway Company*