# EXHIBIT 9

UNDER PROTECTIVE ORDER

Page 1

```
           UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                CASE NO.:  2:18cv530


   CSX TRANSPORTATION, INC.,
   individually and on behalf of
   NORFOLK & PORTSMOUTH BELT LINE
   RAILROAD COMPANY,
                  Plaintiff,
   vs.
   NORFOLK SOUTHERN RAILWAY
   COMPANY, et al.,

                  Defendants.
   _____/


     TRANSCRIPT DESIGNATED UNDER PROTECTIVE ORDER
              VIDEOTAPED DEPOSITION OF
                   DEAN PIACENTE
              Friday, January 15, 2021
                10:33 a.m. - 4:51 p.m.
                 Remote Proceedings




              Stenographically Reported By:
              Gina Rodriguez, RPR, CRR, CCP
              Job No. CS4376064
```

1    "run," out of the Port of Virginia specifically we
2    were able to run westbound, north and then west.
3        Q.   And I think you said that there was --
4    there was a second portion of the project to create
5    another set of tracks; is that right?
6        A.   Right.
7        Q.   And when was that portion completed?
8        A.   I don't recall the date that may have come
9    after my time, but I believe it was sometime in 2018.
10       Q.   So once the second set of tracks was
11   completed, CSX was able to run more trains to and
12   from the Port of Virginia; is that right?
13       A.   We had the capability to if the volume was
14   there.
15       Q.   And --
16       A.   I don't think it was -- it was required at
17   that point for the volume that we had because it is
18   always highly dependent on demand, and I don't recall
19   that it was -- it was necessarily an obstacle for us,
20   having the second train.
21       Q.   And would this apply to cargo moving from
22   the Port of Virginia to the Midwest?
23       A.   Yes.
24       Q.   So in late 2016, after the Virginia Avenue
25   Tunnel was completed, CSX had doubled its capacity

1    out of the Port of Virginia; is that right?
2        A.   We had the ability to run double --
3    double-stack clearance, which gave us an economic
4    improvement and a capacity improvement.  Whether it
5    was double -- you could say it's double the
6    containers on a train, yes.
7        Q.   So when you say "capacity improvement," are
8    you referring to double the amount of containers?
9        A.   On a train, yes.
10        Double -- double-stack on the train versus
11   lengthening a train of single containers,
12   single-stack.
13        Q.   What are the benefits of running a
14   double-stack train as compared to a single-stack
15   train?
16        A.   Well, the benefits are as more volume comes
17   on, you have the capability to handle it coming off
18   of a port, and that's important for the ports so you
19   don't have congestion.
20        And, certainly, there is an economic
21   benefit of having two containers on a -- you know,
22   stacked on top of one another versus one and you
23   pulling it with the same locomotives and crews.
24        Q.   So when you said that, you know, one of the
25   benefits is as more volume comes on, you have the

UNDER PROTECTIVE ORDER

Page 89

1  Q. Could you tell me what "discretionary
2  cargo" means.
3  A. Well, as I understand "discretionary
4  cargo," I would define it as the cargo that lands at
5  a port that is not destined to the near-end-to-port
6  consumers.
7  So in the case of the Port of Virginia,
8  the near-end markets -- like Washington, D.C.;
9  Richmond, Virginia; perhaps North Carolina -- would
10 be primary base loads destinations, and
11 discretionary traffic would be the traffic that
12 would travel further inland to, like, the Ohio
13 Valley and Illinois. It would be the minority of
14 the traffic on a ship.
15 Q. So is it -- would it be accurate to say
16 that those inland markets don't have a port in the
17 immediate vicinity?
18 A. The inland markets don't have -- the inland
19 markets of Ohio and Illinois, they have river ports,
20 but those river ports don't have large steamship
21 lines calling on those ports. They're typically
22 bulk-product-type ports that float up a river.
23 Q. And for -- for discretionary cargo destined
24 for, you know, these inland ports -- or, sorry, these
25 inland markets, can ocean carriers call on more than

1     one port to transport that cargo?
2     A. Ocean carriers that land on the East Coast
3     for -- there are reasons for landing on the
4     East Coast -- might have traffic that comes to
5     different ports for their own modeling reasons,
6     economically and operationally. I couldn't say what
7     those are. But yes, there could be traffic that is
8     handled over different ports to the same markets.
9     Said another way, Chicago traffic can come
10     in from the West Coast, it can also -- it can also
11     come in through the East Coast.
12     Q. Do you ever see ports compete for
13     discretionary cargo?
14     A. I can't say how the -- how the ports
15     compete, but I can say that the ports are spending an
16     enormous amount of money expanding and deepening
17     their waterways to be a more effective competitor to
18     other ports. So you -- when you read public
19     releases, you can see the ports promoting their
20     capabilities to attract traffic.
21     Q. Mr. Piacente, I want to ask you a little
22     bit about CSX services in Virginia, if that's all
23     right.
24     A. Sure.
25     Q. So it's my understanding that CSX provides

1          MR. GENTRY:  I'm on Tab Number 11.
2          MR. SNOW:  Okay, thank you.
3          MR. GENTRY:  Sure.
4     A.   Okay.
5  BY MR. GENTRY:
6     Q.   Mr. Piacente, this article appears to be
7  discussing some service issues with CSX at this time
8  in August 15th, 2017; is that right?
9     A.   Yes.
10    Q.   And it's my understanding that these were
11 the result of a change in CSX's network operations;
12 is that accurate?
13    A.   Yes.  And -- and downsizing efforts.
14    Q.   Can you describe to me what the changes in
15 the network operations were?
16    A.   I would tell you generally.  I can't tell
17 you -- net- -- network operations refers to a very
18 specific area of railroad operations, and I'm not a
19 railroad operating person.
20         But I would tell you that generally
21 speaking, the goal was to reduce the amount of train
22 handling and handling at railroad yards and to
23 reduce the number of railroad yards that processed
24 cars as well.
25         There were many, many changes, but broadly

1  that was the goal is to reduce touches of cars,
2  touches of containers, and the number of yards
3  associated with that along with the number of
4  people.
5    Q.  And so was this change referred to as the
6  precision railroading?
7    A.  Yes.
8    Q.  And previously CSX had been on a -- what I
9  believe is called a hub-and-spoke model?
10    A.  So I'm going to reflect back on my prior
11  comments.  I was talking about network operations as
12  a whole in CSX, which included services beyond
13  intermodal.
14    And the hub-and-spoke operation is an
15  operating philosophy with CSX's intermodal traffic
16  that was changed as well.
17    So broadly, most of the traffic at that
18  time had a hub-and-spoke model beyond intermodal,
19  and intermodal as well, but there were mixed
20  services.  They were point-to-point services that
21  were changed as well, non hub and spoke.
22    Q.  So -- but for intermodal specifically,
23  it -- it was a transition from hub and spoke to
24  precision railroading; is that accurate?
25    A.  It -- it's hard to just call it that

1  because there are still hub-and-spoke-type operations
2  going on.  And precision railroading is a much
3  broader term that talks about a lot of other
4  different types of things.
5          But in general this period of time in 2017
6  is when we began the philosophy of precision
7  railroading across CSX, and it involved a great many
8  changes in many, many things, beyond just
9  intermodal.
10     Q.  Understood.  Thank you for that
11  clarification.
12          And -- and so it seems that during this
13  transitional period, there were a number of service
14  issues across CSX's network; is that accurate?
15     A.  Yes.
16     Q.  And did that include CSX's intermodal
17  operation?
18     A.  It did.
19     Q.  Thank you.  You can put that document
20  aside.
21          And could you please open up Tab
22  Number 15, or Envelope 15.
23          MR. GENTRY:  And for the court reporter,
24      this is going to be Piacente Exhibit Number 7.
25      It is Bates stamped CSXT00063227 [sic].