# EXHIBIT 19

30(b)(6)
Norfolk Railway - February 19, 2020

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    NORFOLK DIVISION


CSX TRANSPORTATION, INC.,   )
Individually and on behalf  )
of NORFOLK & PORTSMOUTH     )
BELT LINE RAILROAD          )
COMPANY,                    )
                            )
        Plaintiff,          )
                            )
V.                          ) NO. 2:18cv530
                            )
NORFOLK SOUTHERN RAILWAY    )
COMPANY, NORFOLK &          )
PORTSMOUTH BELT LINE        )
RAILROAD COMPANY, JERRY     )
HALL, THOMAS HURLBUT,       )
PHILIP MERILLI and CANNON   )
MOSS,                       )
                            )
        Defendants.         )
```

30(b)(6) DEPOSITION UPON ORAL EXAMINATION OF

NORFOLK SOUTHERN RAILWAY COMPANY by its designee

KENNETH JOYNER

TAKEN ON BEHALF OF THE PLAINTIFF

Virginia Beach, Virginia

February 19, 2020



www.zahncourtreporting.com

```
 1          A      No.  Unfortunately for Norfolk Southern
 2   there's not a range on the amount that a truck can move
 3   a container.
 4                 I guess the key goal as a railroad is
 5   that we need to be competitive with that mode of
 6   transportation, whatever the length of distance is.
 7          Q      I understand there may not be a limit on
 8   how far a truck can go, but is it fair to say that most
 9   trucking would occur within a certain geographic range
10   of the port facility?
11          A      I would say that rail is more competitive
12   with truck and can more easily compete with truck when
13   it's a longer haul.
14          Q      And can I ask you to unpack that term
15   "longer" and, you know, what kinds of distance in your
16   assessment does rail become a more competitive option
17   than trucking working out from a port?
18          A      Sure.
19                 Well, just the assets involved to move a
20   train into an inland point.  Initially those first few
21   miles are quite expensive because you have an engine
22   and several railcars, amount of diesel fuel, et cetera,
23   that you have to have on.  Once you get over, say,
24   500 miles in distance, rail is much more -- has a
25   better chance of competing with truck.
```



1    Q    And is another way to say that that after
2    500 miles, rail can be a more efficient option than
3    using trucking?
4    A    It's fair to say it can be a more
5    efficient option, but it really depends on the market
6    conditions at any given time, fuel prices, a variety of
7    factors.  If you're in a soft trucking market, truck
8    can be -- truck can still be competitive beyond that
9    distance.
10         MS. REINHART:  Counsel, just to be clear,
11   are you asking these questions now of him in his
12   capacity as corporate representative or in his personal
13   capacity?
14         MR. HATCH:  I'm including both of those
15   capacities.  So if we need to distinguish again for the
16   answer, please, either the witness or you are welcome
17   to weigh in.  I'm not trying to confuse the record, but
18   I do ask the questions in both capacities.
19         MS. REINHART:  Okay.
20         THE WITNESS:  The answer I gave is from
21   my experience in working at Norfolk Southern in this
22   capacity and that's what I have seen in my time there.
23   BY MR. HATCH:
24   Q    Okay.  Some of the prominent East Coast
25   ports would include the New York, New Jersey port; is



1  responsibilities after he moved to domestic intermodal?
2        A     Amanda Nelson.
3        Q     In the time in which you've been in
4  international intermodal, have occasions come up when
5  you've worked on rates that you would quote to
6  customers for business coming out of NIT?
7        A     There -- there are occasions where we've
8  quoted from the Norfolk ports during my tenure, yes,
9  that my team has.
10       Q     Okay.  And when you do those quotes, do
11 you break them out by the different terminals in
12 Norfolk or is it one quote for any Norfolk related
13 terminal?
14             MS. REINHART:  Objection to the form.
15             THE WITNESS:  Any time in our contracts,
16 it's for Norfolk ports as a whole.
17 BY MR. HATCH:
18       Q     So Norfolk Southern would quote one rate
19 for all of the Norfolk ports; is that correct?
20       A     That is correct.
21       Q     And that includes NIT, VIG, and the
22 Portsmouth Marine Terminal or APM?
23       A     It would include NIT, VIG, and Portlock,
24 which is our intermodal terminal.
25       Q     Okay.  So your rates would not vary that



```
 1   you quote customers among those three facilities you
 2   just described?
 3                MS. REINHART:  Objection to the form.
 4                THE WITNESS:  Not that I recall, no.
 5   BY MR. HATCH:
 6        Q    And in the process of calculating the
 7   rate that you would propose to a customer for the
 8   Norfolk ports that we've just described, do you take
 9   into account what CSX you think would charge for that
10   same service?
11        A    We take into account what the market
12   would bear for that lane, whether it's truck -- it has
13   to be truck competitive and competitive with our rail
14   carrier.
15        Q    Okay.  So can you just describe for me in
16   some more detail how you factor in what the market will
17   bear considering those two different competing lines?
18        A    The first kind of calculation is prior
19   experience.  In many cases these contracts go on for
20   years and years.  And so the pricing could be based on
21   what the prior contract was.  And if we have been
22   successfully moving business in the prior contract,
23   then just continue with maybe some sort of escalator
24   going forward.
25        Q    What if it's new business, how would you
```

