# EXHIBIT 28

CSX Operation Plan
May 20, 2010

1. Spot /Pull

   a) Normal hours midnight to 0500.  Other hours if agreeable to VIT and it does not conflict with current business.

   b) NPBL to coordinate with Norfolk Southern

   c) Tracks available for normal spot and pull
      1. Back gate
      2. Pier 1
      3. Main gate
      4. Pier 2
      5. CRY
      6. Between warehouses

   d) VIT will allow CSX to spot rail cars on the back gate track (old NPBL yard when completed) provided it does not interfere with any other spot/pull or yard shift.

   e) VIT will stage railcars for pulling on back gate track (old NPBL yard when completed) if practical within the work guarantee of the NIT train crew.

   f) TTX at CSX option and expense can perform rail car test necessary for CSX to pull.

   g) TTX to inspect, repair or home shop.

   h) VIT will provide NPBL with written spot/pull orders.

2. Separation of containers on rail car by destination hub.

   a) At start up CSX will not require any separation by destination hub.

   b) VIT will stow railcars for maximum utilization.

   c) Rail car stowage per FRA rules.

   d) CSX will provide VIT with 90 days notice prior to changing rail car stowage or destination blocking order.

Page **1** of **4**

NPBL013648

3. Utilization of rail cars

   a) All deramp rail cars will be returned to TTX when empty.

   b) VIT will use the most convenient empty railcar when ramping.

   c) CSX, NS and TTX will keep all records required for per diem or other charges.

   d) VIT will not keep any records of which rail cars belong to which railroad.

   e) CSX must ensure sufficient empty rail cars are at NIT when necessary for ramping.

   f) VIT will use empty rail cars as necessary to satisfy customer demand. If during a rail car shortage CSX and NS agree on the quantity of rail cars each can utilize; VIT will do it's best to honor that agreement. However VIT has the option to ramp containers based on VIT customer requirement.

   g) VIT ramp guidelines

      1. Loads before empty containers
      2. Oldest first based on date ready to ramp
      3. Ready to ramp date is after:
         a) Shipline release
         b) CBP release
         c) Delivery order received
         d) Waybill received
         e) No government or shipline holds

4. CSX will enter NIT property at the North; perform work and exit at the North.

5. CSX will EDI to VIT on deramp containers:

   a) Waybill containing sufficient information to identify the:

      1. Rail car number
      2. Container
      3. Shipline
      4. Booking number
      5. Hazardous documentation
      6. Other data items as identified by computer programmers

   b) Container without proper documentation will remain on rail car for pulling off NIT by CSX.

6. CSX will EDI to VIT on ramp container:
    1. Container number
    2. Shipline
    3. Destination hub
    4. Hazardous documentation
    5. Other data items as identified by computer programmers

7. VIT will provide the NPBL train crew on ramp container:

    a) Pull instructions
    b) Rail car number
    c) Container number
    d) Copies of hazardous documentation provided by CSX

8. NPBL cannot store or service engines at NIT.

NPBL013650

Definition or Terms

The below terms refer to both trains and containers coming into or leaving NIT.  They are commonly used interchangeable; however, they may also have specific definition.

1. Coming into NIT

    a) Deramp = Removed box from rail car.  This is VIT's normal reference name.

    b) Inbound = Into NIT

    c) Export = going to vessel after removal from rail car.

    d) Domestic = coming into NIT by rail; then going out of NIT by gate or rail.

    e) Dual Move = coming into NIT by rail; then going out of NIT by gate or rail.

    f) Arrival

2. Leaving NIT

    a) Ramp = placed box on rail car.  This is VIT's normal reference name.

    b) Outbound = Out of NIT

    c) Import = going to rail car (inland destination) from ship.

    d) Domestic = going out of NIT by rail after arrival by gate or rail.

    e) Dual Move = going out of NIT by rail after arrival by gate or rail.

    f) Departure

NPBL013651