# EXHIBIT 32

```
                                                          Page 1

 1              IN THE UNITED STATE DISTRICT COURT
                   EASTERN DISTRICT OF VIRGINIA
 2                     NORFOLK DIVISION
 3                      No. 2:18cv530
 4     CSX TRANSPORTATION, INC.,
       individually and on behalf of NORFOLK
 5     & PORTSMOUTH BELT LINE RAILROAD
       COMPANY,
 6                   Plaintiff,
 7     v.
 8     NORFOLK SOUTHERN RAILWAY COMPANY,
       et al.,
 9                   Defendants.
10     _____/
11                              Remote Proceedings
                                January 8, 2021
12                              9:31 a.m. - 3:50 p.m.
13
14           VIDEO DEPOSITION OF FREDRIK ELIASSON
15                    (via Teleconference)
16        Taken before SUZANNE VITALE, R.P.R., F.P.R.
17     and Notary Public for the State of Florida at Large,
18     pursuant to Notice of Taking Deposition filed in the
19     above cause.
20
21
22
23
24
25     Job No. CS4380445
```

Page 49

1       the subsidy was.
2              Q.   Understood.  In this 2009-2010 time
3       frame -- let me back up.
4                   There is a phrase in this case,
5       "double-stack clearance."  What does that mean to
6       you?
7              A.   It means to me that you have the ability
8       to take a train with two containers high so that you
9       have the clearance to take the train from
10      Hampton Roads, for example, to these discretionary
11      points.
12             Q.   Double -- you can double-stack the
13      containers, right?
14             A.   Two containers high, that allows,
15      obviously, you to essentially handle twice as much
16      cargo on one train versus single stack.
17             Q.   And railroads want to have double-stacking
18      capabilities, right?
19             A.   That is correct.
20             Q.   And can you give me the reasons why that's
21      beneficial to a railroad?
22             A.   It's -- economically, it allows us to
23      compete at a different rate point.  And if one
24      railroad has it over another, that gives that
25      railroad a competitive advantage.  It's not all of

Page 50

```
 1    it, but it certainly gives them a competitive
 2    advantage.
 3         Q.   And it's in a railroad's interest to put
 4    as many containers on a railcar as possible when
 5    moving that or making that movement, right?
 6         A.   That's correct.
 7         Q.   In 2009 or 2010, was any part of CSX's
 8    network or -- allow -- did it allow for double-stack
 9    movement?
10         A.   There were many parts of CSX's network
11    that allowed for double-stack movement.  And there
12    were some ports, specifically coming out of Norfolk,
13    that at that point did not allow for it, which is
14    why we started this very significant undertaking,
15    public-private partnership to do double-stack
16    clearance on that line, I think very similar to what
17    Norfolk Southern did as well.
18         Q.   So in 2009, if I understand you correctly,
19    CSX did not have double-stack clearance coming out
20    of the Hampton Roads ports; is that right?
21         A.   I think that was correct.  And I don't
22    think at that point -- I'm not sure that
23    Norfolk Southern had that either.  I think their
24    Crescent Corridor or Heartland Corridor, whatever it
25    was called, also was -- was being worked on at that
```

Page 51

1  point.
2  Q. Do you recall when -- when
3  Norfolk Southern achieved double-stack clearance out
4  of the Hampton Roads ports?
5  A. I do not. I think they -- they achieved
6  that earlier than CSX, maybe a year or two, three.
7  I can't remember exactly the timing. But it was --
8  they were ahead of us on that point.
9  Q. When did CSX achieve double-stack
10 clearance out of the Hampton Roads port?
11 A. I don't recall when the National Gateway
12 was done. I don't recall that exactly.
13 Q. You worked on the National Gateway
14 project, right?
15 A. Yeah. I supported some of that -- I mean,
16 my team supported the economical analysis. And I
17 was -- I think I helped with some of the meetings
18 and so forth when required, but I wasn't directly
19 involved. It was headed up by a different group.
20 But all of the economic analysis behind it was
21 probably done by my group, I would think.
22 Q. And you participated with Mr. Ward, the
23 president and CEO of CSX, in terms of going out and
24 trying to get funding from the states and other --
25 other sources, right?

Page 81

1     the lack of access, I should say.
2          Q.   And just so we're clear -- I think this is
3     consistent with your prior testimony -- the access
4     related to the cost of access, right?
5          A.   One more time.
6          Q.   Sure.  You would agree with me that CSX
7     had the ability to access NIT using the Belt Line,
8     right?
9          A.   That was my understanding.  There was some
10    operational challenges that had to be ironed out in
11    terms of the track issue right over NS and some of
12    the curvature.  But the big challenge that we were
13    facing at this point was really around economic
14    access.
15         Q.   Okay.  If you could open up folder number
16    2.
17         A.   I have it open.
18         Q.   And this is going to be Exhibit 5 to your
19    deposition.
20              (Thereupon, the referred-to document was
21    marked for identification as Plaintiff's Exhibit 5.)
22    BY MR. LACY:
23         Q.   It looks to be an e-mail exchange amongst
24    you and Ms. Coleman and other board members.
25              The first e-mail in time looks to be an