# EXHIBIT 34

UNDER PROTECTIVE ORDER

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF VIRGINIA
 3                 CASE NO.:  2:18cv530
 4

    CSX TRANSPORTATION, INC.,
 5  individually and on behalf of
    NORFOLK & PORTSMOUTH BELT LINE
 6  RAILROAD COMPANY,
 7              Plaintiff,
 8  vs.
 9  NORFOLK SOUTHERN RAILWAY
    COMPANY, et al.,
10
                Defendants.
11  _____/
12
13    TRANSCRIPT DESIGNATED UNDER PROTECTIVE ORDER
14            VIDEOTAPED DEPOSITION OF
15                 QUINTIN KENDALL
16           Thursday, January 14, 2021
              10:02 a.m. - 4:17 p.m.
17               Remote Proceedings
18
19
20
21
22
23
24          Stenographically Reported By:
            Gina Rodriguez, RPR, CRR, CCP
25          Job No. CS4385298
```

| | |
|---|---|
| 1 | gave in the work putting it back in.  But yes, we |
| 2 | were able to run double-stacked by the time that I |
| 3 | left. |
| 4 | Q.  You consider the National Gateway project a |
| 5 | success? |
| 6 | A.  I think the fact that you undertake that |
| 7 | many clearance projects with, and then terminal |
| 8 | development and the coordination with federal, state |
| 9 | and local government over a ten-year time dealing |
| 10 | with a very challenging regulatory atmosphere, the |
| 11 | fact that it was done, I think is a tremendous |
| 12 | success. |
| 13 | Q.  You said that the purpose was to try to |
| 14 | facilitate intermodal growth.  Did it -- did the |
| 15 | National Gateway accomplish that? |
| 16 | A.  It allowed our -- it allowed us to provide |
| 17 | double-stack clearance to the ports in the |
| 18 | Mid-Atlantic, specifically the Port of Virginia.  CSX |
| 19 | had double-stack clearance coming from New York, out |
| 20 | to the Midwest and from Savannah.  This allowed for |
| 21 | the Mid-Atlantic for CSX to create -- to create the |
| 22 | double-stack clearance would provide operational |
| 23 | efficiency and reduce logistics cost and provide |
| 24 | greater choice for CSX shipping companies -- company |
| 25 | partners on which ports that they would choose to |

1     call.
2         Q.   In your time at CSX, did you ever play a
3     role in -- in intermodal sales for CSX?
4         A.   No.  I was -- I was on the state government
5     and community affairs team.  I wasn't on the sales
6     and marketing team.
7         Q.   Did you ever get involved in negotiating
8     contracts with ocean carriers?
9         A.   No.
10        Q.   Were you involved in the budget and finance
11    process for the intermodal group?
12        A.   No.
13        Q.   Who -- who did you report to when you were
14    the vice president for government community affairs?
15        A.   Ellen Fitzsimmons, executive vice
16    president, law and public affairs.
17        Q.   When you were resident vice president, did
18    you have interactions with the Port of Virginia?
19        A.   Yes.
20        Q.   Can you recall who your contacts were?
21        A.   Jerry Bridges, Jeff Keyber, Jeff Florin,
22    Joe Dordo, Joe Ruddy, Russ Held, another Russ.  There
23    were interactions with port officials on a very
24    regular basis at multiple levels.  Heather Wood was
25    there as well.  I mean, there were -- there was --