**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Case No. 2:18-cv-530 |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) ) ) ) |
| *Defendants*. | ) ) |

### NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL

Defendant Norfolk Southern Railway Company ("NS"), by counsel, hereby provides notice, pursuant to Local Rule 5(C), that it has moved the Court to seal its unredacted Memorandum in Support of Motion to Exclude the Opinions of Professor Howard P. Marvel, together with the following Exhibits To Defendant's Motion to Exclude the Opinions of Professor Howard P. Marvel: 1-8; 10-18; 20-27; 29-31; 33; 36-63.

These documents contain and/or reference information that Plaintiff CSX Transportation, Inc. ("CSX"), Defendant Norfolk Southern Railway Company ("NS") or Defendant Norfolk & Portsmouth Beltline Railroad Company ("NPBL") has indicated is "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," or "CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order entered in this matter. ECF No. 79. These documents contain highly confidential or sensitive information relating to CSX's, NS's, or NPBL's transportation and shipping practices, business strategy, internal communications, and other highly confidential, proprietary and sensitive business information, release of which would harm CSX, NS, or NPBL.

Any party or non-party may submit memoranda in support of or in opposition to this Motion within seven (7) days, designating all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memoranda will be treated as sealed pending a determination by the Court on the Motion to Seal. Any person objecting to this Motion must file an objection with the Clerk within seven (7) days after the filing of this Motion. If no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

*[Signatures on following page]*

Dated: October 13, 2022

Respectfully submitted,

*/s/ Alan Wingfield*_____

Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara L. Reinhart *(admitted pro hac vice)*
Thomas R. Gentry *(admitted pro hac vice)*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Email: tara.reinhart@skadden.com
Email: thomas.gentry@skadden.com

*Attorneys for Norfolk Southern Railway Company*