IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                                 Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.***,**

      **Defendants.**

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S MOTION TO FILE DOCUMENTS UNDER SEAL

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("the Belt Line"), by counsel, pursuant to Local Civil Rule 5, moves this Court for entry of an Order substantially in the form as **Exhibit A** hereto permitting the Belt Line to file under seal (1) unredacted portions of the Memorandum in Support of Motion *in Limine* #5 to Exclude Testimony From Plaintiff's Expert Howard Marvel and (2) Exhibits 1-4 to the memorandum in support. The Belt Line is filing contemporaneously with this motion a nonconfidential memorandum in support and a Notice of Filing Sealing Motion, as required by Local Civil Rule 5(C). The Belt Line waives oral argument on this motion.

Dated: October 14, 2022                  NORFOLK AND PORTSMOUTH
                                                      BELT LINE RAILROAD COMPANY

                                                   By:       */s/ W. Ryan Snow*
                                                              James L. Chapman, IV, VSB No. 21983
                                                              W. Ryan Snow, VSB No. 47423
                                                              Alexander R. McDaniel, VSB No. 92398
                                                              CRENSHAW, WARE & MARTIN, P.L.C.
                                                              150 W. Main Street, Suite 1923
                                                              Norfolk, Virginia 23510
                                                              Telephone: (757) 623-3000

Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
amcdaniel@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

### CERTIFICATE OF SERVICE

I certify that on this 14th day of October 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

        */s/ W. Ryan Snow*
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*