IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                                                    Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY COMPANY**, *et al.*,

      **Defendants.**

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S MOTION IN LIMINE #5 TO EXCLUDE TESTIMONY FROM PLAINTIFF'S EXPERT HOWARD MARVEL

Defendant Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line"), by counsel, pursuant to Fed. R. Evid. 702, moves to exclude from trial expert testimony from plaintiff CSX Transportation, Inc. ("CSXT")'s expert, Howard Marvel, Ph.D. In support thereof, the Belt Line submits the accompanying memorandum.

Dated: October 14, 2022

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

By:     */s/ W. Ryan Snow*

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Alexander R. McDaniel, VSB No. 92398
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
amcdaniel@cwm-law.com

*Counsel for Norfolk and Portsmouth*
*Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of October 2022, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                    */s/ W. Ryan Snow*
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
*Counsel for Norfolk and Portsmouth*
*Belt Line Railroad Company*