# **EXHIBIT 5**

```
                                                                    1

              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       NORFOLK DIVISION


    CSX TRANSPORTATION, INC.,   )
    Individually and on behalf  )
    of NORFOLK & PORTSMOUTH     )
    BELT LINE RAILROAD          )
    COMPANY,                    )
                                )
           Plaintiff,           )
                                )
    V.                          ) NO. 2:18cv530
                                )
    NORFOLK SOUTHERN RAILWAY    )
    COMPANY, NORFOLK &          )
    PORTSMOUTH BELT LINE        )
    RAILROAD COMPANY, JERRY     )
    HALL, THOMAS HURLBUT,       )
    PHILIP MERILLI and CANNON   )
    MOSS,                       )
                                )
           Defendants.          )



         30(b(6) DEPOSITION UPON ORAL EXAMINATION OF

             NPBL by its designee CANNON MOSS

             TAKEN ON BEHALF OF THE PLAINTIFF

                     Norfolk, Virginia

                     February 14, 2020
```

       [2/14/2020] 20200214 Moss, Cannon (NPBL 30(b)(6))

173

1  A   Again, I'm not sure.  We were paying to
2  use that -- those diamonds, we were paying, you know, a
3  lot of money.
4      We don't have to pay that anymore.  We
5  pay just a little bit of money.  So those costs are
6  less.
7  Q   Okay.  So is that cost being passed on to
8  the customer?
9  A   What, the savings?
10 Q   Yes.
11     The decrease in cost.  I'm sorry, I will
12 be a little more specific.
13 A   Well, this was signed in 2008 and I know
14 we took a -- last time we changed the rate was in 2010
15 and that was a decrease, so maybe it had something to
16 do with this.
17 Q   When you say "a decrease in rate," you
18 mean for which now?
19 A   Our tariff rate.
20 Q   That you charged everyone?
21 A   Correct.
22 Q   Okay.  So if you are using Portlock as a
23 run-around, does that mean the train is over 73 feet?
24 A   That means a car could be over 73 --
25 Q   A car.

[2/14/2020] 20200214 Moss, Cannon (NPBL 30(b)(6))