IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of
NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                                Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

## REQUEST FOR ORAL ARGUMENT

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("NPBL"), by counsel, pursuant to Local Civil Rule 7(E), hereby gives notice that it requests oral argument on the following motions, which are fully briefed and ripe for consideration by the Court:

1. NPBL's Motion for Summary Judgment (D.E. 296);

2. NPBL's Motion in Limine #1 to Exclude Evidence and Argument Regarding the Use of Internal NS Emails (D.E. 349);

3. NPBL's Motion in Limine #2 to Exclude Evidence and Argument about CSXT's Private Switching Rates (D.E. 353);

4. NPBL's Motion in Limine #3 to Limit Evidence from Non-Parties VPA and VIT (D.E. 359); and

5. NPBL's Motion in Limine #4 to Exclude CSXT Witnesses Who Lack Personal Knowledge (D.E. 365).

Dated: October 19, 2022        **NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

By:      */s/ W. Ryan Snow*

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Alexander R. McDaniel, VSB No. 92398
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
amcdaniel@cwm-law.com
Counsel for Norfolk and Portsmouth Belt
Line Railroad Company

## CERTIFICATE OF SERVICE

I certify that on this 19th day of October 2022, I electronically filed the foregoing with the Clerk of the Court using the electronic case filing system. The electronic case filing system will send a "Notice of Electronic Filing" to attorneys of record who have consented in writing to accept this Notice as service by electronic means.

                         */s/ W. Ryan Snow*
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
*Counsel for Norfolk and Portsmouth*
*Belt Line Railroad Company*