## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**CSX TRANSPORTATION, INC.,**

    **Plaintiff,**

v.                                                Civil Action No. 2:18cv530

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.*,

    **Defendants.**

### NOTICE OF REQUEST FOR HEARING

Defendant Norfolk Southern Railway Company ("NSR"), by counsel, pursuant to Local Civil Rule 7(E), hereby requests oral argument on its Motion in Limine to Exclude Evidence and Argument that NPBL's Switch Rate is Unreasonable (ECF No. 329); Motion in Limine to Exclude Evidence and Argument on CSX's Loss of Customer Contracts (ECF No. 331); Motion in Limine Regarding Use of Internal Emails (ECF No. 337); Motion in Limine Regarding Discontinuance of the Diamond Track (ECF No. 343); and Motion for Summary Judgment (ECF No. 307) now that all motions have been fully briefed.

Date: October 19, 2022                           Respectfully submitted,

                                                        **NORFOLK SOUTHERN RAILWAY COMPANY**

                                                        /s/ Michael E. Lacy
                                                        Michael E. Lacy (VSB No. 48477)
                                                        Alan D. Wingfield (VSB No. 27489)
                                                        Massie P. Cooper (VSB No. 82510)
                                                        TROUTMAN PEPPER HAMILTON SANDERS, LLP
                                                        1001 Haxall Point
                                                        Richmond, Virginia 23219
                                                        Telephone: (804) 697-1200
                                                        Facsimile: (804) 698-6061
                                                        Email: alan.wingfield@troutman.com
                                                        Email: michael.lacy@troutman.com

Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: Kathleen.knudsen@troutman.com

Tara L. Reinhart
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com

*Counsel for Defendant Norfolk Southern Railway Company*

131228524