**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.                                    Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

        Defendants.

_____/

**AGREED MOTION FOR EXTENSION OF TIME**
**AND TO EXCEED PAGE LIMITATIONS**

       Plaintiff CSX Transportation, Inc. ("CSX"), by counsel, hereby moves for an extension of

time to submit a consolidated opposition brief and to establish a briefing schedule pursuant to

Federal Rule of Civil Procedure 16(b)(4).  Specifically, CSX moves for an extension of time to

file a consolidated opposition brief exceeding the page limitations contained in Local Rule 7(F)(3),

responding to Defendants' *Daubert* Motions seeking to exclude the opinions and testimony of Dr.

Howard P. Marvel.  *See* ECF Nos. 465, 473.  Defendants Norfolk Southern Railway Company

("NS") and Norfolk & Portsmouth Belt Line Railroad Company ("NPBL") consent to this motion

if they are granted an extension for their reply briefs.  In support of this Motion, CSX states:

       1.     Local Rule 7(F)(1) states that "[u]nless otherwise directed by the Court, the

opposing party shall file a response brief . . . within fourteen (14) calendar days after service and

the moving party may file a reply brief within six (6) days after service of the opposing party's

response brief."

1

2.      Local Rule 7(F)(3) states that "[e]xcept for good cause shown in advance of filing," opening and responsive briefs shall not exceed thirty (30) pages in length, and rebuttal briefs shall not exceed twenty (20) pages.

3.      On October 13, 2022, NS filed a Motion to Exclude Opinions of Professor Howard P. Marvel.  *See* ECF No. 465.  On October 14, 2022, NPBL filed a Motion in Limine to Exclude Testimony from Plaintiff's Expert, Howard Marvel.  *See* ECF No. 473.

4.      The Parties now jointly request the Court grant short extensions to the briefing schedule regarding Defendants' *Daubert* Motions.  The Parties ask that CSX be permitted to file its opposition on November 4, 2022, and that Defendants be permitted to file their reply briefs on November 14, 2022.  These short enlargements of time will allow the Parties to comprehensively address the facts and legal arguments in Defendants' *Daubert* Motions.  In addition, certain CSX attorneys working on the opposition will be traveling out of state on business for a substantial period of the response time.  CSX also asks that rather than file two separate responses that could total sixty (60) pages, it instead be permitted to file a consolidated response to Defendants' Motions, not to exceed fifty (50) pages.  CSX believes that a consolidated response will be most efficient for the Court and the parties.  Defendants agree to this request.

5.      These requests will not materially delay resolution of the *Daubert* Motions, this case or otherwise prejudice any party.  Counsel for CSX has conferred with counsel for NS and NPBL, who agree and consent to this Motion and the relief requested.  Also, the brief extensions of time will not affect the trial date, as these Motions will be fully briefed by November 14, 2022, over two months before trial begins.

WHEREFORE, CSX, by counsel, requests that this Court grant this Agreed Motion for an Extension of Time and to Exceed Page Limitations and enter the Parties' Proposed Agreed Order,

attached as Exhibit 1.

Respectfully submitted this 19th day of October, 2022.

**CSX TRANSPORTATION, INC.**

By its attorneys,

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

**NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY**

By its attorneys,

/s/
James L. Chapman IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Alexander R. McDaniel (VSB No. 92398)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Tel. (757) 623-3000
Fax (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
amcdaniel@cwm-law.com

**NORFOLK SOUTHERN RAILWAY COMPANY**

By its attorneys,

/s/
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel. (804) 697-1200
Fax (804) 698-6061
alan.wingfield@troutman.com
michael.lacy@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Tel. (757) 687-7537
Fax (757) 687-1546
john.lynch@troutman.com
kathleen.knudsen@troutman.com

Tara L. Reinhart (*admitted pro hac vice*)
Thomas R. Gentry (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave, N.W.
Washington, D.C. 20005
Tel (202) 371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com

4

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this 19th day of October, 2022, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1190
Facsimile: (804) 698-2091
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com

*Counsel for Plaintiff*