# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                                                        Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

_____/

## **AGREED ORDER**

THIS MATTER is before the Court on the Consent Motion for Extension of Time and to Exceed Page Limitations filed by Plaintiff CSX Transportation, Inc. ("CSX"), to which Defendants Norfolk Southern Railway Company ("NS"), and Norfolk & Portsmouth Belt Line Railroad Company ("NPBL") have agreed. Upon considerations thereof, and for good cause shown, the Court GRANTS the motion and IT IS HEREBY ORDERED that CSX is permitted to file a consolidated responsive brief relating to Defendants' *Daubert* Motions (ECF Nos. 465 and 473), not to exceed fifty (50) pages. IT IS FURTHER ORDERED that the following briefing schedule shall apply:

1. CSX shall file its response to Defendants' *Daubert* Motions (ECF Nos. 465 and 473) on or before November 4, 2022.

2. NS and NPBL shall file their replies on or before November 14, 2022.

It is SO ORDERED this ____ day of _____, 2022.

                                                                                                 _____
                                                                                                  The Honorable Robert J. Krask
                                                                                                  United States Magistrate Judge

WE ASK FOR THIS:

| | |
|---|---|
| **CSX TRANSPORTATION, INC.**<br><br>By its attorneys,<br><br>*/s/ Robert W. McFarland*<br>Robert W. McFarland (VSB No. 24021)<br>Benjamin L. Hatch (VSB No. 70116)<br>V. Kathleen Dougherty (VSB No. 77294)<br>Jeanne E. Noonan (VSB No. 87863)<br>MCGUIREWOODS LLP<br>World Trade Center<br>101 West Main Street, Suite 9000<br>Norfolk, Virginia 23510-1655<br>Telephone: (757) 640-3716<br>Facsimile: (757) 640-3930<br>E-mail: rmcfarland@mcguirewoods.com<br>E-mail: bhatch@mcguirewoods.com<br>E-mail: vkdougherty@mcguirewoods.com<br>E-mail: jnoonan@mcguirewoods.com<br><br>J. Brent Justus (VSB No. 45525)<br>Ashley P. Peterson (VSB No. 87904)<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219-3916<br>Telephone: (804) 775-1000<br>Facsimile: (804) 698-2026<br>E-mail: bjustus@mcguirewoods.com<br>E-mail: apeterson@mcguirewoods.com<br><br>**NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY**<br>By its attorneys,<br>*/s/*<br>James L. Chapman IV (VSB No. 21983)<br>W. Ryan Snow (VSB No. 47423)<br>Alexander R. McDaniel (VSB No. 92398)<br>CRENSHAW, WARE & MARTIN, P.L.C.<br>150 West Main Street, Suite 1923<br>Norfolk, Virginia 23510<br>Tel. (757) 623-3000<br>Fax (757) 623-5735<br>jchapman@cwm-law.com<br>wrsnow@cwm-law.com<br>amcdaniel@cwm-law.com | **NORFOLK SOUTHERN RAILWAY COMPANY**<br><br>By its attorneys,<br><br>*/s/*<br>Alan D. Wingfield (VSB No. 27489)<br>Michael E. Lacy (VSB No. 48477)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>1001 Haxall Point<br>Richmond, Virginia 23219<br>Tel. (804) 697-1200<br>Fax (804) 698-6061<br>alan.wingfield@troutman.com<br>michael.lacy@troutman.com<br><br>John C. Lynch (VSB No. 39267)<br>Kathleen M. Knudsen (VSB No. 90845)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, Virginia 23462<br>Tel. (757) 687-7537<br>Fax (757) 687-1546<br>john.lynch@troutman.com<br>kathleen.knudsen@troutman.com<br><br>Tara L. Reinhart (*admitted pro hac vice*)<br>Thomas R. Gentry (*admitted pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Ave, N.W.<br>Washington, D.C. 20005<br>Tel (202) 371-7000<br>tara.reinhart@skadden.com<br>thomas.gentry@skadden.com |