UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

CSX TRANSPORTATION, INC.,

      Plaintiff,

v.                                                                                 Action No. 2:18cv530

NORFOLK SOUTHERN
RAILWAY COMPANY, et al.,

      Defendants.

**O R D E R**

The final pretrial conference in this matter is scheduled for 10:00 a.m. on December 6, 2022. To permit the Court the ability to make rulings on any objections during the conference, the parties are **DIRECTED** to submit to the chambers of the undersigned, no later than **4:00 p.m. on December 2, 2022**, the following:

    1.    A proposed Final Pretrial Order signed by all parties.

    2.    A copy of all exhibits to which the parties have objections that were not able to be resolved. The exhibits should be submitted in binders and marked in accordance with their designation in the proposed Final Pretrial Order.

    3.    Copies of any *de bene esse* depositions to which the parties have made objections. The deposition designations, counter-designations, and any objections and the bases therefor should be specifically delineated in the Final Pretrial Order. To facilitate the Court's review of deposition objections, the plaintiff's objections to designated testimony shall be highlighted in one color, and the defendants' objections in another color.

The Clerk shall forward a copy of this Order to all counsel of record.

/s/
Robert J. Krask
United States Magistrate Judge
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
November 29, 2022