# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk DIVISION

Thursday, December 1, 2022

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT:** THE HONORABLE Mark S. Davis, U.S. District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk: Matthew Carr
Reporter: Paul McManus, OCR

| Set: 10:00 a.m. | Started: 10:00 a.m. / 1:45 p.m. | Ended: 1:00 p.m. / 3:40 p.m. |
|---|---|---|

Case No. 2:18cv530

CSX Transportation, Inc.

v.

Norfolk Southern Railway Co. and

Norfolk & Portsmouth Belt Line Railway Co.

Benjamin Hatch, Robert McFarland, Ashley Peterson, Jeanne Noonan, present on behalf of CSX Transportation, Inc.

Aaron O'Brien, present as corporate representative for CSX Transportation, Inc.

Michael Lacy, Tara Reinhart, John Lynch, Alan Wingfield, Kathleen Knudsen, Thomas Gentry, and Megan McConnell, present on behalf of Norfolk Southern.

Michael McClellan and Joe Carpenter, present as corporate representatives for Norfolk Southern.

Ryan Snow, John Chapman and Alexander McDaniel, present on behalf of Norfolk & Portsmouth Belt Line Railway Co.

Matter came on for a hearing on [296] and [307] Motions for Summary Judgment.

Introductory comments of the Court.

Argument of counsel heard.

Further comments of the Court. Court will issue an order.

Court adjourned.