# EXHIBIT A

*Joint Exhibit List*
*To be provided to the Court at the Final Pretrial Conference*