# Civil Minutes

| | | | |
|---|---|---|---|
| Time Set: | 11:00 a.m. | | |
| Start Time: | 11:10 a.m. | 1:32 p.m. | 3:12 p.m. |
| End Time: | 12:42 p.m. | 2:49 p.m. | 4:04 p.m. |

CSX Transportation, Inc.

( X ) Plaintiff   ( ) Government

vs.

Norfolk Southern Railway Company et al

Defendant(s)

Civil Case Number: 2:18cv530

Date: 12/2/2022

Presiding Judge: Robert J. Krask

Court Reporter: Carol Naughton, OCR

Courtroom Deputy: B. Titus

Proceedings:

Matter came on for a hearing to address the pending Daubert motions (ECF Nos. 374, 465, and 473).

Benjamin Hatch, Robert McFarland, Ashley Peterson, and Krystal Gollolgy appeared on behalf of CSX Transportation, Inc. Michael Lacy and Tara Reinhart appeared on behalf of Norfolk Southern Railway Company. Alexander McDaniel and Ryan Snow appeared on behalf of Norfolk & Portsmouth Belt Line Railway Company.

The Court addressed the motion to exclude opinions of Professor Howard R. Marvel (ECF No. 465). Argument of counsel heard.

The Court addressed the motion in limine to exclude testimony from Plaintiff's Expert Howard Marvel (ECF No. 473). Argument of counsel heard.

The Court addressed the motion to exclude Thomas D. Crowley (ECF No. 374). Argument of counsel heard.

Further comments of the Court.

Court to issue an order.

Court adjourned.