UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,

        Plaintiff,

v.                                                                                                        Action No. 2:18cv530

NORFOLK SOUTHERN
RAILWAY COMPANY, et al.,

        Defendants.

## ORDER

On December 6, 2022, the Court held a final pretrial conference. Benjamin Hatch, Esq., Robert McFarland, Esq., Jeanne Noonan, Esq., and Kathleen Dougherty, Esq., represented CSX Transportation, Inc. Tara Reinhart, Esq., Alan Wingfield, Esq., and Michael Lacy, Esq., represented Norfolk Southern Railway Company. Ryan Snow, Esq., and Alexander McDaniel, Esq., represented Norfolk & Portsmouth Belt Line Railway Company.

The final pretrial conference will resume on December 20, 2022, at 10:00 a.m. Counsel are **ORDERED** to submit revised exhibit lists to the chambers of the undersigned by 4:00 p.m. on December 15, 2022.

The Clerk is **DIRECTED** to forward copies of this order to all counsel of record.

                                                                     /s/
                                                              Robert J. Krask
                                                  United States Magistrate Judge

Norfolk, Virginia
December 6, 2022