IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:18-cv-530__, Case Name __CSX Transportation Inc. vs. Norfolk Southern Railway Company__
Party Represented by Applicant: __Norfolk Southern Railway Company__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Meghan McConnell__
Bar Identification Number __1719980__ State __DC__
Firm Name __Skadden, Arps, Slate, Meagher & Flom LLP__
Firm Phone # __202-371-7000__ Direct Dial # __202-371-7309__ FAX # __202-661-8309__
E-Mail Address __meghan.mcconnell@skadden.com__
Office Mailing Address __1440 New York Avenue, NW, Washington DC 20005__

Name(s) of federal district court(s) in which I have been admitted __NONE__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Tara L. Reinhart
(Typed or Printed Name)

12/5/2022
(Date)
37795
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☒ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☒

MOTION denied, Local Civ.R. 83.1(D)(1)
Entered this __7th__ day of __Dec.__ 2022

/s/ MSD
Mark S. Davis
United States District Judge

(Judge's Signature)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Meghan McConnell

was duly qualified and admitted on December 24, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 06, 2022.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.