# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                     Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

## [PROPOSED] ORDER GRANTING MOTION TO TAKE THE DE BENE ESSE DEPOSITION OF CHRIS LUEBBERS

THIS MATTER having come before the Court on Plaintiff CSX Transportation, Inc.'s ("CSX") Motion to Take the *De Bene Esse* Deposition of Chris Luebbers ("Motion"), and the Court having reviewed same and finding good cause for the relief requested, it is hereby

**ORDERED** that the Motion is **GRANTED**. The Court ORDERS that discovery is reopened for the sole purpose of allowing CSX to take a *de bene esse* deposition of Christopher Luebbers.

**IT IS SO ORDERED.**

Dated:_____
At Norfolk, Virginia

                                              The Honorable Robert J. Krask
                                              United States Magistrate Judge