# Exhibit 17

Highly Confidential - Attorneys' Eyes Only

Page 1

1  Confidential - C. Luebbers

2  IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF VIRGINIA
3  Norfolk Division

4  - - - - - - - - - - - - - - -+

5  CSX TRANSPORTATION, INC.,
   individually and on behalf
6  of NORFOLK & PORTSMOUTH
   BELT LINE RAILROAD COMPANY,
7
           Plaintiff,          Civil Action No.
8
   vs.                         2:18-cv-530-MSD-LRL
9
   NORFOLK SOUTHERN RAILWAY
10 COMPANY, et al,

11         Defendants.

12 - - - - - - - - - - - - - - -+

13

14    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15         Remote Videotaped Deposition of

16              CHRISTOPHER LUEBBERS

17           Thursday, January 28, 2021

18                  1:02 p.m.

19

20

21

22

23 Job No. 189070

24 Reported by:  Laurie Donovan, RPR, CRR, CLR

25

*TSG Reporting - Worldwide    877-702-9580*

Highly Confidential - Attorneys' Eyes Only

Page 12

```
 1              Confidential - C. Luebbers
 2       A    Yes, I do.
 3       Q    Okay, and the envelopes will have
 4  numbers on them, and this can sometimes get a
 5  little confusing.  I'll reference those numbers so
 6  you know what to open, but we'll then -- I may not
 7  go in the same order in terms of whether they're
 8  called exhibit numbers.  We'll just mark those one
 9  to three, and so if you ever get confused, if I'm
10  referring to the exhibit number or the envelope
11  number, just let me know, and I can make sure
12  we're on the same document; and we should also be
13  able to put them up on the screen so you can make
14  sure that you're looking at the same thing that
15  we're looking at.  Okay?
16       A    Yes.
17       Q    Okay.  Just before we go to the
18  documents, Mr. Luebbers, since your prior
19  deposition, have you had any change in role at
20  Norfolk Southern?
21       A    Yes.  In -- I don't remember exactly
22  when, to be honest with you, but I was promoted to
23  assistant vice president of planning and yield for
24  our intermodal marketing team.
25       Q    And that's a position that you hold
```