# Exhibit 18

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Issues | Objection |
|---|---|---|---|---|---|---|
| Luebbers, Christopher David 1 | 7 | 16 | 7 | 18 | CSX Designation | |
| Luebbers, Christopher David 1 | 12 | 12 | 17 | 15 | CSX Designation | |
| Luebbers, Christopher David 1 | 17 | 16 | 18 | 1 | CSX Designation | |
| Luebbers, Christopher David 1 | 21 | 6 | 25 | 25 | CSX Designation | |
| Luebbers, Christopher David 1 | 26 | 8 | 26 | 10 | CSX Designation | |
| Luebbers, Christopher David 1 | 26 | 20 | 27 | 14 | CSX Designation | |
| Luebbers, Christopher David 1 | 28 | 22 | 33 | 1 | CSX Designation | 32:8-32:15 (Form) |
| Luebbers, Christopher David 1 | 33 | 11 | 33 | 13 | CSX Designation | |
| Luebbers, Christopher David 1 | 36 | 4 | 37 | 20 | CSX Designation | 36:11-36:15 (602) |
| Luebbers, Christopher David 1 | 37 | 24 | 39 | 12 | CSX Designation | 36:25-37:17 (Form; 602) |
| Luebbers, Christopher David 1 | 39 | 15 | 47 | 3 | CSX Designation | 38:25-39:4 (Form) |
| Luebbers, Christopher David 1 | 47 | 4 | 48 | 12 | CSX Designation | 39:22-40:3 (Form) |
| Luebbers, Christopher David 1 | 51 | 6 | 51 | 11 | CSX Designation | 40:15-40:20 (Form) |
| Luebbers, Christopher David 1 | 52 | 23 | 54 | 5 | CSX Designation | 44:22-45:4 (Form) |
| Luebbers, Christopher David 1 | 55 | 17 | 55 | 21 | CSX Designation | 51:6-51:11 (602) |
| Luebbers, Christopher David 1 | 56 | 16 | 56 | 22 | CSX Designation | 53:12-54:21 (602) |
| Luebbers, Christopher David 1 | 57 | 19 | 59 | 21 | CSX Designation | |
| Luebbers, Christopher David 1 | 59 | 22 | 61 | 16 | CSX Designation | 60:19-61:6 (602) |
| Luebbers, Christopher David 1 | 62 | 13 | 62 | 15 | CSX Designation | |
| Luebbers, Christopher David 1 | 62 | 20 | 62 | 22 | CSX Designation | |
| Luebbers, Christopher David 1 | 63 | 4 | 64 | 3 | CSX Designation | |
| Luebbers, Christopher David 1 | 64 | 8 | 66 | 4 | CSX Designation | |
| Luebbers, Christopher David 1 | 66 | 5 | 68 | 17 | CSX Designation | 67:14-67:20 (Form) |
| Luebbers, Christopher David 1 | 74 | 25 | 76 | 5 | CSX Designation | 74:25-75:15 (Form; 602) |
| Luebbers, Christopher David 1 | 76 | 8 | 76 | 12 | CSX Designation | |
| Luebbers, Christopher David 1 | 76 | 14 | 76 | 24 | CSX Designation | |
| Luebbers, Christopher David 1 | 80 | 19 | 83 | 10 | CSX Designation | 83:6-83:10 (Form) |
| Luebbers, Christopher David 1 | 83 | 19 | 87 | 23 | CSX Designation | 86:24-87:4 (Form) |
| Luebbers, Christopher David 1 | 88 | 6 | 89 | 21 | CSX Designation | |
| Luebbers, Christopher David 1 | 90 | 1 | 94 | 7 | CSX Designation | |
| Luebbers, Christopher David 1 | 95 | 13 | 96 | 16 | CSX Designation | |
| Luebbers, Christopher David 1 | 97 | 11 | 102 | 11 | CSX Designation | 97:22-98:6 (Form) |
| Luebbers, Christopher David 1 | 103 | 18 | 107 | 19 | CSX Designation | 106:25-107:5 (Form) |
| Luebbers, Christopher David 1 | 109 | 11 | 114 | 3 | CSX Designation | 110:24-111:4 (Form) |
| Luebbers, Christopher David 1 | 114 | 15 | 114 | 18 | CSX Designation | 112:10-112:15 (Form) |
| Luebbers, Christopher David 1 | 114 | 20 | 115 | 8 | CSX Designation | 113:23-114:3 (Form) |
| Luebbers, Christopher David 1 | 115 | 9 | 115 | 20 | CSX Designation | 115:21-116:1 (Form) |
| Luebbers, Christopher David 1 | 115 | 21 | 119 | 5 | CSX Designation | |
| Luebbers, Christopher David 1 | 119 | 17 | 120 | 12 | CSX Designation | |
| Luebbers, Christopher David 1 | 128 | 4 | 128 | 18 | CSX Designation | |
| Luebbers, Christopher David 1 | 130 | 5 | 130 | 18 | CSX Designation | |
| Luebbers, Christopher David 1 | 131 | 9 | 131 | 18 | CSX Designation | |
| Luebbers, Christopher David 1 | 137 | 23 | 149 | 6 | CSX Designation | 143:2-143:6 (Form); 144:10-144:16 (Form); 146:23-147:5 (Form); 147:7-147:14 (Form); 147:16-148:2 (Form) |
| Luebbers, Christopher David 1 | 149 | 7 | 156 | 18 | CSX Designation | 150:19-150:23 (Form); 151:25-152:21 (602) |
| Luebbers, Christopher David 1 | 156 | 19 | 158 | 13 | CSX Designation | 157:3-158:13 (401; 402; 403) |
| Luebbers, Christopher David 1 | 163 | 16 | 164 | 1 | CSX Designation | |
| Luebbers, Christopher David 1 | 166 | 18 | 171 | 25 | CSX Designation | |
| Luebbers, Christopher David 1 | 172 | 3 | 177 | 5 | CSX Designation | |
| Luebbers, Christopher David 1 | 177 | 7 | 184 | 11 | CSX Designation | 183:1-183:21 (Form) |
| Luebbers, Christopher David 1 | 186 | 9 | 191 | 11 | CSX Designation | 187:7-187:15 (Form); 187:15-187:21 (Form); 188:11-189:10 (Form); 189:14-189:21 (Form; 189:23-190:20 (Form)) |
| Luebbers, Christopher David 1 | 191 | 12 | 202 | 11 | CSX Designation | 201:2-201:12 (Form) |
| Luebbers, Christopher David 1 | 202 | 20 | 204 | 10 | CSX Designation | 203:6-203:8 (Form); 203:18-203:23 (Form; 602) |
| Luebbers, Christopher David 1 | 204 | 11 | 207 | 14 | CSX Designation | 204:1-204:10 (Form); 205:25-206:13 (Form) |
| Luebbers, Christopher David 1 | 207 | 16 | 212 | 7 | CSX Designation | |
| Luebbers, Christopher David 1 | 212 | 8 | 216 | 6 | CSX Designation | 212:21-213:2 (Form) |
| Luebbers, Christopher David 1 | 216 | 12 | 229 | 14 | CSX Designation | |
| Luebbers, Christopher David 1 | 232 | 3 | 235 | 6 | CSX Designation | |
| Luebbers, Christopher David 1 | 235 | 7 | 237 | 2 | CSX Designation | |
| Luebbers, Christopher David 1 | 238 | 2 | 239 | 6 | CSX Designation | 238:18-238:21 (Form) |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Issues | Objection |
|---|---|---|---|---|---|---|
| Luebbers, Christopher David 1 | 239 | 7 | 240 | 2 | CSX Designation | |
| Luebbers, Christopher David 1 | 240 | 3 | 250 | 10 | CSX Designation | |
| Luebbers, Christopher David 1 | 250 | 19 | 250 | 21 | CSX Designation | |
| Luebbers, Christopher David 1 | 251 | 2 | 252 | 14 | CSX Designation | |
| Luebbers, Christopher David 1 | 252 | 16 | 254 | 1 | CSX Designation | |
| Luebbers, Christopher David 1 | 254 | 5 | 255 | 10 | CSX Designation | |
| Luebbers, Christopher David 1 | 255 | 12 | 258 | 5 | CSX Designation | |
| Luebbers, Christopher David 1 | 263 | 3 | 264 | 8 | CSX Designation | |
| Luebbers, Christopher David 1 | 264 | 15 | 265 | 10 | CSX Designation | |
| Luebbers, Christopher David 1 | 265 | 13 | 266 | 14 | CSX Designation | |
| Luebbers, Christopher David 1 | 266 | 17 | 267 | 7 | CSX Designation | |
| Luebbers, Christopher David 1 | 268 | 6 | 270 | 19 | CSX Designation | |
| Luebbers, Christopher David 1 | 270 | 22 | 273 | 3 | CSX Designation | |
| Luebbers, Christopher David 1 | 273 | 6 | 275 | 21 | CSX Designation | 274:19-275:4 (Form) |
| Luebbers, Christopher David 1 | 275 | 24 | 277 | 18 | CSX Designation | |
| Luebbers, Christopher David 1 | 277 | 20 | 279 | 22 | CSX Designation | |
| Luebbers, Christopher David 1 | 280 | 13 | 280 | 15 | CSX Designation | |
| Luebbers, Christopher David 1 | 280 | 18 | 282 | 14 | CSX Designation | |
| Luebbers, Christopher David 1 | 284 | 15 | 285 | 3 | CSX Designation | |
| Luebbers, Christopher David 1 | 288 | 19 | 289 | 6 | CSX Designation | |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Issues | Objection |
|---|---|---|---|---|---|---|
| Luebbers, Christopher David 2 | 9 | 18 | 10 | 6 | CSX Designation | |
| Luebbers, Christopher David 2 | 12 | 17 | 13 | 3 | CSX Designation | |
| Luebbers, Christopher David 2 | 13 | 16 | 13 | 19 | CSX Designation | |
| Luebbers, Christopher David 2 | 13 | 23 | 14 | 13 | CSX Designation | |
| Luebbers, Christopher David 2 | 15 | 12 | 15 | 21 | CSX Designation | |
| Luebbers, Christopher David 2 | 15 | 22 | 16 | 12 | CSX Designation | 16:6-16:12 (Form) |
| Luebbers, Christopher David 2 | 18 | 24 | 19 | 23 | CSX Designation | |
| Luebbers, Christopher David 2 | 23 | 6 | 26 | 11 | CSX Designation | 24:10-24:24 (Form) |
| Luebbers, Christopher David 2 | 33 | 19 | 33 | 20 | CSX Designation | |
| Luebbers, Christopher David 2 | 33 | 24 | 34 | 6 | CSX Designation | |
| Luebbers, Christopher David 2 | 34 | 7 | 37 | 6 | CSX Designation | |
| Luebbers, Christopher David 2 | 45 | 22 | 49 | 17 | CSX Designation | 46:25-47:7 (Form) |
| Luebbers, Christopher David 2 | 49 | 18 | 50 | 7 | CSX Designation | 47:15-49:9 (Form) |
| Luebbers, Christopher David 2 | 51 | 9 | 52 | 4 | CSX Designation | |
| Luebbers, Christopher David 2 | 52 | 5 | 55 | 11 | CSX Designation | 54:5-54:21 (Form; 602); 55:5-55:11 (Form) |
| Luebbers, Christopher David 2 | 59 | 25 | 60 | 4 | CSX Designation | |
| Luebbers, Christopher David 2 | 61 | 8 | 61 | 12 | CSX Designation | |
| Luebbers, Christopher David 2 | 61 | 22 | 62 | 13 | CSX Designation | |
| Luebbers, Christopher David 2 | 69 | 13 | 71 | 3 | CSX Designation | 70:13-70:18 (Form: 602) |
| Luebbers, Christopher David 2 | 72 | 25 | 73 | 23 | CSX Designation | |
| Luebbers, Christopher David 2 | 80 | 7 | 83 | 8 | CSX Designation | 82:4-82:19 (Form) |
| Luebbers, Christopher David 2 | 84 | 10 | 84 | 19 | CSX Designation | |
| Luebbers, Christopher David 2 | 84 | 25 | 85 | 16 | CSX Designation | |
| Luebbers, Christopher David 2 | 85 | 17 | 86 | 10 | CSX Designation | 85:17-89:4 (Form) |
| Luebbers, Christopher David 2 | 88 | 6 | 89 | 7 | CSX Designation | |
| Luebbers, Christopher David 2 | 89 | 8 | 96 | 14 | CSX Designation | 91:16-91:22 (Form) |
| Luebbers, Christopher David 2 | 96 | 15 | 98 | 10 | CSX Designation | |
| Luebbers, Christopher David 2 | 99 | 12 | 99 | 13 | CSX Designation | |
| Luebbers, Christopher David 2 | 99 | 23 | 111 | 7 | CSX Designation | 101:2-102:8 (602); 103:9-103:19 (Form); 103:21-104:6 (602); 105:23-106:6 (Form); 106:15-106:21 (602); 108:22-109:24 (Form); 110:3-110:10 (Form; 602); 110:15-110:24 (Form; 602) |
| Luebbers, Christopher David 2 | 111 | 8 | 118 | 17 | CSX Designation | 114:12-114:18 (Form); 115:17-116:3 (Form); 116:5-116:11 (Form); 116:13-116:23 (Form; 602); 117:6-117:13 (Form); 117:15-117:22 (Form) |
| Luebbers, Christopher David 2 | 120 | 3 | 128 | 3 | CSX Designation | 120:11-120:17 (Form); 120:19-121:20 (Form); 123:2-123:10 (Form) |
| Luebbers, Christopher David 2 | 128 | 23 | 130 | 3 | CSX Designation | |
| Luebbers, Christopher David 2 | 130 | 8 | 130 | 9 | CSX Designation | |
| Luebbers, Christopher David 2 | 130 | 15 | 134 | 11 | CSX Designation | |
| Luebbers, Christopher David 2 | 135 | 7 | 135 | 8 | CSX Designation | |
| Luebbers, Christopher David 2 | 135 | 12 | 139 | 15 | CSX Designation | |
| Luebbers, Christopher David 2 | 139 | 16 | 140 | 8 | CSX Designation | |
| Luebbers, Christopher David 2 | 142 | 6 | 142 | 7 | CSX Designation | |
| Luebbers, Christopher David 2 | 142 | 11 | 143 | 22 | CSX Designation | |
| Luebbers, Christopher David 2 | 144 | 4 | 145 | 23 | CSX Designation | |
| Luebbers, Christopher David 2 | 146 | 14 | 147 | 12 | CSX Designation | |
| Luebbers, Christopher David 2 | 147 | 13 | 151 | 16 | CSX Designation | 149:21-150:9 (Form; 602) |
| Luebbers, Christopher David 2 | 151 | 20 | 152 | 23 | CSX Designation | |
| Luebbers, Christopher David 2 | 153 | 9 | 156 | 11 | CSX Designation | |
| Luebbers, Christopher David 2 | 156 | 12 | 156 | 20 | CSX Designation | 156:9-156:20 (Form) |