# Exhibit 20



Linked**in**

Discover    People    Learning    Jobs    Join now    Sign in



## People also viewed

**Dennis Meadows**
Asst Manager International Marketing and Pricing at Norfolk Southern Corp. (Retired)
Norfolk, VA

**Kevin Saunders**
Market Mgr at Norfolk Southern
Chesapeake, VA

**Brad Garbert**
Market Manager International at Norfolk Southern Corporation
Norfolk, VA

**Jim Bolander**
Retired Group Vice President at Norfolk Southern Corporation
Virginia Beach, VA

**Adam Lemarr**
Assistant Vice President - Terminal Operations at Norfolk Southern Corporation
Harrisburg, PA

**Craig Hudson**
Group Vice President - Industrial Development at Norfolk Southern Corporation
Atlanta, GA

**Jeff Burton**
Retired railroad attorney, current farmer at Norfolk Southern Corporation
Virginia Beach, VA

**Jay Traywick**
Assistant Vice President at Norfolk Southern Corporation
Hampton Roads, Virginia Metropolitan Area

**Joe Dryburgh**
Retired General Manager at Norfolk Southern/ TDIS
Greater Philadelphia

**Jason Trompeter**
Director at Norfolk Southern Corporation
Norfolk City County, VA

Show more profiles ⌄

### Christopher Luebbers

AVP Planning & Yield - Norfolk Southern Corp.
Chesapeake, Virginia, United States
478 followers · 479 connections

Join to view profile

🏢 Norfolk Southerrn Corp.
 University of Denver

## Activity

 **Red for rail safety. Stay safe and stay away from the tracks!** #RailSafety #SeeTracksThinkTrain #RailSafetyWeek #StopTrackTragedies
Liked by Christopher Luebbers

 **Congratulations, Ted Prince, Tiger Cool Express' Chief Strategy Office and Co-founder, who received IANA's prestigious Silver Kingpin award at the...**
Liked by Christopher Luebbers

**We're thrilled to announce the promotion of Cliff Creech to VP of Customer Engineering!  With 20+ years of intermodal experience with a focus on...**
Liked by Christopher Luebbers

Join now to see all activity

## Experience

 **AVP Planning & Yield**
Norfolk Southerrn Corp.
Jun 2020 - Present · 2 years 7 months
Norfolk, VA

 **Norfolk Southern Corporation**
21 years

**Group Manager Domestic Yield**
Jun 2016 - Jun 2020 · 4 years 1 month
Norfolk, VA

**Group Manager International Marketing**
1999 - May 2016 · 17 years
Norfolk, VA

 **GM National Logistics**
K Line America, Inc.
Aug 1994 - May 1999 · 4 years 10 months

## Education

 **University of Denver**
Master of Science (MS) · Transportation
2010 - 2012
Graduated!

 **Northwestern University**
MS Transportation · Transportation
1993 - 1994

**The Ohio State University - The Max M. Fisher College of Business**
Transportation and Logistics
1988 - 1992

**The Ohio State University Fisher College of Business**
Bachelor of Science - BS · Transportation & Logistics

## Licenses & Certifications

 **Unconscious Bias**
LinkedIn
Issued Aug 2018
See credential ↗

## More activity by Christopher

 **Come and join our team! This role is responsible for the marketing and pricing efforts of our international portfolio, including Lazaro...**
Liked by Christopher Luebbers

**July 1, 2021: Demand for drayage trucking at ports/rails has skyrocketed again. See how it looks below. Savannah is still the most difficult metro in...**
Liked by Christopher Luebbers

## View Christopher's full profile

See who you know in common
Get introduced
Contact Christopher directly

Join to view full profile

### Looking for career advice?
Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

## Others named **Christopher Luebbers**

**Chris Luebbers**
Senior Mortgage Advisor at Delmar Mortgage
O'Fallon, IL

**Christopher Luebbers**
Team Manager, Appliance Delivery, Assembler, Apartment Manager, Sound Technician
Denver Metropolitan Area

**Chris Luebbers**
Electrical Instrumentation & Controls Designer at ZAP
Littleton, CO

**Christopher Luebbers**
Shift Supervisor - Urea/UAN/Nitric Acid Units at OCI Iowa Fertilizer Co.
Quad Cities Metropolitan Area

5 others named Christopher Luebbers are on LinkedIn

See others named **Christopher Luebbers**

## Add new skills with these courses

Understanding Logistics
Managing Logistics
Learning Shopify

See all courses

## Christopher's public profile badge

Include this LinkedIn profile on other websites

**Christopher Luebbers**
AVP Planning & Yield - Norfolk Southern Corp.

AVP Planning & Yield at Norfolk Southerrn Corp.

University of Denver

View profile

View profile badges

© 2022    About    Accessibility    User Agreement    Privacy Policy    Your California Privacy Choices    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls    Community Guidelines

Language