# EXHIBIT D

12/15/22, 8:47 AM
Norfolk Southern opens new Atlanta headquarters - International Railway Journal
Case 2:18-cv-00530-MSD-RJK Document 537-4 Filed 12/15/22 Page 2 of 3 PageID# 13586

# Norfolk Southern opens new Atlanta headquarters

**The Class 1 has relocated its headquarters from Norfolk, Virginia.**



*Photo Credit: Midtown Atlanta*

NORFOLK Southern (NS) formally opened its new headquarters building in Atlanta, Georgia, the operational home of predecessor Southern Railway, on November 10.

When Norfolk & Western merged with Southern Railway in 1982 to form NS, the headquarters was located in Norfolk, Virginia, while the company's operations and technology leadership was in Atlanta.

NS employs 19,000 employees, of which 3000 will call the new headquarters home.

"There are many reasons we are proud to call Atlanta home," says NS chairman, president and CEO, Mr Jim Squires. "The city is diverse and culturally rich, with amenities that will ensure our employees and their families thrive. We are committed that Norfolk Southern and its people will be more than just residents of Atlanta - we plan to be engaged community partners, committed to the future of our new home.

"Norfolk Southern's presence will help accelerate the city's competitive advantage in technology. Today, our data scientists, engineers and IT professionals are using artificial intelligence, machine vision and advanced analytics to make the railroad industry safer, and improve service for our customers. At the same time, we will continue to lead our industry in sustainability. Today's locomotives are the most environmentally responsible way to move freight over land."



*NS' new headquarters in Atlanta. Photo: Georgia Chamber*

**Categories**: Freight, News, North America
**Tags**: Norfolk Southern, USA