# EXHIBIT E

INDUSTRIAL DEVELOPMENT  REAL ESTATE  SUPPLIERS  MEDIA  CONTACT US  NS STORE  Search  LOGIN  SHIPPING HELP

Newsroom

SHARE

# Norfolk Southern opens new headquarters building in Atlanta

Focus on operational success, sustainability, and employee wellness at center of two-year project

Atlanta, Ga. - Nov 10, 2021

Norfolk Southern Corporation (NYSE: NSC) today formally opened its state-of-the-art headquarters in Midtown Atlanta following a ribbon-cutting ceremony that featured Governor Brian P. Kemp, Senator Raphael Warnock, Mayor Keisha Lance Bottoms, Norfolk Southern employees, and civic and business leaders from across Atlanta.

"There are many reasons we are proud to call Atlanta home. The city is diverse and culturally rich, with amenities that will ensure our employees and their families thrive. We are committed that Norfolk Southern and its people will be more than just residents of Atlanta – we plan to be engaged community partners, committed to the future of our new home," said Jim Squires, chairman, president and CEO of Norfolk Southern.

When Norfolk & Western merged with Southern Railway in 1982 to form Norfolk Southern, the headquarters was located in Norfolk, Virginia, while the company's operations and technology leadership was located in Atlanta.

"To be a leader in today's rapidly evolving transportation and logistics market, the company needed to be more agile and work more collaboratively across organizational boundaries," said Executive Vice President and Chief Transformation Officer Annie Adams. "Our new building brings us together in a central location, which was designed to boost collaboration and innovation."

Norfolk Southern plays a critical role driving the U.S. economy, providing freight transportation for industrial, agriculture, energy, consumer products, e-commerce, and more. The company employs 19,000 employees across its footprint, of which 3,000 will call the new headquarters home. The building enhances the company's presence in Georgia, which dates to the mid-1840's.

"Norfolk Southern's presence will help accelerate the city's competitive advantage in technology. Today our data scientists, engineers, and IT professionals are using artificial intelligence, machine vision, and advanced analytics to make the railroad industry safer, and improve service for our customers," added Squires. "At the same time, we will continue to lead our industry in sustainability. Today's locomotives are the most environmentally responsible way to move freight over land."

The 750,000-square-foot building rests on a 3.4-acre campus in Tech Square – a nexus of talent and innovation. For Norfolk Southern, sustainability and employee health and wellness were front and center in designing this new space. The company's new headquarters is built to LEED version 4 specifications and aims to one of the first LEED Gold certified office buildings in Georgia. The building features:

- Two modern architecture glass towers with a connecting campus-style hub
- Touchless technology from top to bottom
- Open workspaces, street-level plazas, and rooftop terraces
- Employee amenities, including a restaurant-like food hall, 24/7 fitness center, on-site daycare, a coffee shop, art installations, and an artist in residence studio

Partners integral to the construction and design of the new headquarters include: Cousins Properties, HITT Contracting, HKS, Inc., HOK, Holder Construction, JLL, and Pickard Chilton.

**About Norfolk Southern**

Norfolk Southern Corporation (NYSE: NSC) is one of the nation's premier transportation companies, moving the goods and materials that drive the U.S. economy. Norfolk Southern connects customers to markets and communities to economic opportunity, with safe, reliable, and cost-effective shipping solutions. The company's service area includes 22 states and the District of Columbia, every major container port in the eastern United States, and a majority of the U.S. population and manufacturing base.

Norfolk Southern Media Inquiries:
Media Relations, 404-420-4444

## CONNECT

twitter

facebook

flickr

youtube

linkedin

Case 2:18-cv-00530-MSD-RJK Document 537-5 Filed 12/15/22 Page 3 of 3 PageID# 13590

Investor Inquiries:
[Meghan Achimasi](), 470-867-4807

###

Copyright ©2022 Norfolk Southern Corp. 650 W. Peachtree Street NW, Atlanta, Georgia 30308     Sitemap   Terms Of Use   Privacy



All photographs taken prior to onset of the COVID-19 pandemic.