# EXHIBIT A

*Revised Joint Exhibit List*

**Exhibit A - Amended Joint Exhibit List**

| Joint Exhibit Number | Description | Bates Begin | Bates End | Alternate Description |
|---|---|---|---|---|
| J001 | Tariff NPB 8100-J | NPBL000220 | NPBL000226 | CSXT 30(b)(6) Depo. DiDeo Depo. Hall Depo. MacDonald Depo. NPBL 30(b)(6)/Moss Depo. |
| J002 | January 1, 1961 Map - NPBL and Connections | ECF No. 1-2 | | Booth Depo |
| J003 | July 7, 1897 Operating Agreement | ECF No. 1-1 | | CSXT0000767-774 NPBL000028-31 NPBL008772-8820 CSXT0086338-86345 Hall Depo. |
| J004 | July 26, 1917 Agreement | CSXT0000669 | CSXT0000685 | NSR 30(b)(6) Hunt |
| J005 | July 27, 1917 Agreement | NPBL000032 | NPBL000047 | NSR 30(b)(6) Hunt |
| J006 | February 1, 1984 NPBL Agreement with VPA | CSXT0025696 | CSXT0025701 | |
| J007 | December 31, 1985 Interchange Agreement | CSXT0094704 | CSXT0094737 | Kendall Depo. |
| J008 | March 1, 1989 Supplemental Agreement | ECF No. 1-3 | | CSXT0000757-760 NPBL010366-10367 CSXT0086318-86319 CSXT 30(b)(6) Depo. Armbrust Depo. 1 |
| J009 | January 23, 1991 Service Agreement | NPBL013893 | NPBL013904 | Booth Depo |
| J010 | April 10, 1996 NPBL By-Laws | ECF No. 1-4 | | CSXT0000761-766 CSXT086332-337 Hall Depo. Armbrust Depo. 1 NPBL 30(b)(6)/Moss Depo. |
| J011 | December 1, 1999 Rail Car Storage Agreement | NPBL04028 | NPBL004034 | |
| J012 | September 3, 2003 Amendment No. 1 to Service Agreement | NPBL013888 | NPBL013891 | |
| J013 | April 12, 2006 Amendment No. 2 to Service Agreeement | NPBL013876 | NPBL013880 | |
| J014 | June 1, 2007 Amendment No. 3 to Service Agreement | NPBL013872 | NPBL013873 | |
| J015 | NPBL 2010 Annual Report | NPBL007646 | NPBL007672 | |
| J016 | NPBL 2011 Annual Report | NPBL015196 | NPBL015222 | |
| J017 | NPBL 2012 Annual Report | NPBL009144 | NPBL009169 | |
| J018 | NPBL 2013 Annual Report | NPBL009171 | NPBL009192 | |
| J019 | NPBL 2014 Annual Report | NPBL015563 | NPBL015584 | |
| J020 | NPBL 2015 Annual Report | NPBL015601 | NPBL015622 | |
| J021 | NPBL 2016 Annual Report | NPBL013498 | NPBL013519 | |
| J022 | NPBL 2017 Annual Report | NPBL006180 CSXT0149080 | NPBL006200 CSXT0149100 | Armbrust Depo Burns Depo |
| J023 | NPBL 2018 Annual Report | NPBL026348 CSXT0123240 | NPBL026369 CSXT0123261 | Burns Depo |
| J024 | NPBL 2019 Annual Report | NPBL027926 | NPBL027946 | |
| J025 | NPBL 2020 Annual Report | NPBL028850 | NPBL028871 | |
| J026 | NPBL 2021 Annual Report | NPBL028872 | NPBL028893 | |
| J027 | April 4, 2007 NPBL Board of Directors meeting minutes and materials | NPBL017669 | NPBL017772 | |
| J028 | April 4, 2007 NPBL Stockholder meeting minutes and materials | NPBL017734 | | |
| J029 | December 19, 2007 NPBL Board of Directors meeting minutes and materials | NPBL017773 | NPBL017778 | CSXT 30(b)(6) Depo Armbrust Depo |
| J030 | April 9, 2008 NPBL Board of Directors meeting minutes and materials | NPBL017785 NPBL017792 | NPBL017790 NPBL017793 | Coleman Depo |
| J031 | April 9, 2008 NPBL Stockholders meeting minutes and materials | NPBL017791 | | |
| J032 | June 20, 2008 NPBL Board of Directors special meeting minutes and materials | NPBL017811 | NPBL017812 | |
| J033 | December 3, 2008 NPBL Board of Directors meeting minutes and materials | NPBL017828 | NPBL017864 | |
| J034 | April 8, 2009 NPBL Board of Directors meeting minutes and materials | NPBL017865 NPBL017867 NPBL017865 | NPBL017870 | |
| J035 | April 8, 2009 NPBL Stockholder meeting minutes and materials | NPBL017866 | | |

**Exhibit A - Amended Joint Exhibit List**

| Joint Exhibit Number | Description | Bates Begin | Bates End | Alternate Description |
|---|---|---|---|---|
| J036 | September 4, 2009 NPBL Board of Directors special meeting minutes and materials | NPBL017871 | NPBL017878 | |
| J037 | October 5, 2009 NPBL Board of Directors special meeting minutes and materials | NPBL017879 | NPBL017880 | |
| J038 | October 26, 2009 NPBL Board of Directors special meeting minutes and materials | NPBL017881 | | |
| J039 | December 2, 2009 NPBL Board of Directors meeting minutes and materials | NPBL017882 | NPBL017884 | |
| J040 | April 14, 2010 NPBL Board of Directors meeting minutes and materials | NPBL017896 NPBL017899 | NPBL017897 NPBL017901 | |
| J041 | April 14, 2010 NPBL Stockholders meeting minutes and materials | NPBL017898 | | |
| J042 | September 8, 2010 NPBL Board of Directors meeting minutes and materials | NPBL017902 | | |
| J043 | December 29, 2010 NPBL Board of Directors meeting minutes and materials | NPBL017928 | NPBL017932 | Armbrust Depo |
| J044 | April 13, 2011 NPBL Board of Directors meeting minutes and materials | NPBL017933 NPBL017936 | NPBL017938 | Armbrust Depo Eliasson Depo |
| J045 | April 13, 2011 NPBL Stockholder meeting minutes and materials | NPBL017934 | NPBL017935 | Armbrust Depo |
| J046 | September 19, 2011 NPBL Board of Directors meeting minutes and materials | NPBL017945 | | |
| J047 | September 23, 2011 NPBL Board of Directors meeting minutes and materials | NPBL017946 | NPBL017947 | |
| J048 | December 7, 2011 NPBL Board of Directors meeting minutes and materials | NPBL017948 | NPBL017952 | |
| J049 | April 11, 2012 NPBL Board of Directors meeting minutes and materials | NPBL017953 NPBL017955 NPBL000319 | NPBL017958 NPBL000321 | |
| J050 | April 11, 2012 NPBL Stockholder meeting minutes and materials | NPBL017954 | | |
| J051 | December 18, 2012 NPBL Board of Directors meeting minutes and materials | NPBL017983 | NPBL017988 | |
| J052 | April 10, 2012 NPBL Board of Directors meeting minutes and materials | NPBL017953 NPBL017955 | NPBL 017953 NPBL017958 | |
| J053 | April 10, 2012 NPBL Stockholder meeting minutes and materials | NPBL017954 | NPBL017954 | |
| J054 | December 18, 2013 NPBL Board of Directors meeting minutes and materials | NPBL017995 NPBL000301 | NPBL018000 NPBL000312 | |
| J055 | April 10, 2014 NPBL Board of Directors meeting minutes and materials | NPBL018001 NPBL018003 NPBL000339 NPBL000341 | NPBL018004 NPBL000351 | |
| J056 | April 10, 2014 NPBL Stockholders meeting minutes and materials | NPBL018002 NPBL000340 | | |
| J057 | December 10, 2014 NPBL Board of Directors meeting minutes and materials | NPBL018011 | NPBL018022 | |
| J058 | April 6, 2015 NPBL Board of Directors meeting minutes and materials | NPBL018023 NPBL018025 | NPBL018026 | |
| J059 | April 6, 2015 NPBL Stockholder meeting minutes and materials | NPBL018024 | | |
| J060 | December 9, 2015 NPBL Board of Directors meeting minutes and materials | NPBL018106 | NPBL018109 | |
| J061 | April 28, 2016 NPBL Board of Directors meeting minutes and materials | NPBL018118 | NPBL018120 | |
| J062 | April 28, 2016 NPBL Stockholder meeting minutes and materials | NPBL000570 | NPBL000570 | |
| J063 | December 7, 2016 NPBL Board of Directors meeting minutes and materials | NPBL018134 | NPBL018139 | |
| J064 | April 5, 2017 NPBL Board of Directors meeting minutes and materials | NPBL018166 NPBL018168 | NPBL018169 | |
| J065 | April 5, 2017 NPBL Stockholder meeting minutes and materials | NPBL018167 | | |

**Exhibit A - Amended Joint Exhibit List**

| Joint Exhibit Number | Description | Bates Begin | Bates End | Alternate Description |
|---|---|---|---|---|
| J066 | December 5, 2017 NPBL Board of Directors meeting minutes and materials | NPBL018176 | NPBL018182 | |
| J067 | April 18, 2018 NPBL Board of Directors meeting minutes and materials | NPBL018187 NPBL018197 | NPBL018194 NPBL018199 | NPBL 30(b)(6) Depo |
| J068 | April 18, 2018 NPBL Stockholder meeting minutes and materials | NPBL018198 | NPBL018196 | |
| J069 | December 17, 2018 NPBL Board of Directors meeting minutes and materials | NPBL018211 | NPBL018216 | |
| J070 | April 24, 2019 NPBL Board of Directors meeting minutes and materials | NPBL018217 NPBL018220 | NPBL018230 | |
| J071 | April 24, 2019 NPBL Stockholder meeting minutes and materials | NPBL018220 | NPBL018221 | |
| J072 | December 4, 2019 NPBL Board of Director meeting minutes and materials | NPBL018218 | NPBL018230 | |
| J073 | April 8, 2020 NPBL Board of Director meeting minutes and materials | NPBL027925 NPBL027950 NPBL028966 | NPBL027974 NPBL027967 NPBL028971 | |
| J074 | April 8, 2020 NPBL Stockholder meeting minutes and materials | NPBL027947 NPBL02950 NPBL028673 NPBL028776 | NPBL027949 NPBL027967 NPBL028779 | |
| J075 | July 22, 2020 NPBL Board of Director meeting minutes and materials | NPBL028529 NPBL028558 | NPBL028557 NPBL028610 | |
| J076 | December 2, 2020 NPBL Board of Director meeting minutes and materials | NPBL028510 | NPBL028528 | |
| J077 | April 7, 2021 NPBL Board of Director meeting minutes and materials | NPBL028614 | NPBL028655 | |
| J078 | December 8, 2021 NPBL Board of Director meeting minutes and materials | NPBL028656 | NPBL028671 | |
| J079 | April 6, 2022 NPBL Board of Director meeting minutes and materials | NPBL028894 | NPBL028965 | |
| J080 | Unanimous Written Consents of the Board of Directors, signature pages and supporting materials | NPBL017885 NPBL017903 NPBL018112 NPBL018121 NPBL018142 | NPBL017895 NPBL017927 NPBL018117 NPBL018133 NPBL018147 | |