## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

CSX TRANSPORTATION, INC.,

      Plaintiff,

v.                                                                                  Action No. 2:18cv530

NORFOLK SOUTHERN
RAILWAY COMPANY, et al.,

      Defendants.

## O R D E R

It is hereby **ORDERED** that the final pretrial conference, scheduled to resume on December 20, 2022, is cancelled pending the Court's ruling on the motions for summary judgment, ECF Nos. 296, 307.

The Clerk is **DIRECTED** to forward copies of this order to all counsel of record.

                              /s/
                        Robert J.  Krask
              United States Magistrate Judge

Norfolk, Virginia
December 16, 2022