# Exhibit A

















