# EXHIBIT A

Page 1

1                    IN THE UNITED STATES DISTRICT COURT

                        EASTERN DISTRICT OF VIRGINIA

2                         NORFOLK DIVISION

3                            No. 2:18cv530

4        CSX TRANSPORTATION, INC.,

         individually and on behalf

5        of NORFOLK & PORTSMOUTH BELT

         LINE RAILROAD COMPANY,

6                      Plaintiff,

7        v.

8        NORFOLK SOUTHERN RAILWAY COMPANY,

9        et al.,

10                     Defendants.

11       _____/

12                          Remote Proceedings

                            January 13, 2021

13                          9:38 a.m. - 6:40 p.m.

14

15            VIDEO DEPOSITION OF ROBERT GIRARDOT

16                   (via Teleconference)

17         Taken before SUZANNE VITALE, R.P.R., F.P.R.

18       and Notary Public for the State of Florida at Large,

19       pursuant to Notice of Taking Deposition filed in the

20       above cause.

21

22

23

24

25       Job No. CS4395739

Page 186

1              THE VIDEOGRAPHER:  We can't see your face,

2         Madam Court Reporter.  If you can tilt it down

3         a little bit.

4              THE WITNESS:  It just says that it was

5         resolved, and that's our complaint, is that the

6         NS-appointed board members were not acting in

7         the interest of NPBL because if they were, they

8         would not have voted to discontinue these

9         trackage rights.

10   BY MR. WINGFIELD:

11        Q.   Are you aware that there was a STB

12   proceeding filed to discontinue service with respect

13   to removal of diamond?

14        A.   Yes, I am.

15        Q.   Did CSX ask to participate in that STB

16   proceeding to oppose removal of the diamond?

17        A.   I'm aware that CSX -- I'm not aware that

18   CSX did.  I don't think they did.

19              I think that the STB application was

20   misrepresented.  It was false.  It said that this

21   could be removed and still maintain access --

22   effective access to the industry.  So I think this

23   was misrepresented, even to the STB.

24        Q.   Well, be that as it may, CSXT could have

25   made its position known, including any accusations