UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., )<br>)<br>                   *Plaintiff*, )<br>)<br>v.                                       )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, *et al.*,           )<br>)<br>                 *Defendants*. ) | Case No. 2:18-cv-530 |

**NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL**

This serves as notice, pursuant to Local Rule 5(C), that Defendant Norfolk Southern Railway Company ("NS") has moved the Court to seal from public disclosure the following document: Defendants' Joint Brief on the Issue of Injunctive Relief and Laches, including Exhibit C.

These documents contain and/or reference information that NS, Norfolk and Portsmouth Belt Line Railroad Company (collectively with NS, "Defendants"), and/or Plaintiff CSX Transportation, Inc. ("CSX") have indicated is "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order entered in this matter. ECF No. 79.

Any party or non-party may submit memoranda in support of or in opposition to this Motion within seven (7) days, designating all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memoranda will be treated as sealed pending a determination by the Court on the Motion to Seal. Any person objecting to this

Motion must file an objection with the Clerk within seven (7) days after the filing of this Motion.

If no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

Dated: December 27, 2022                    Respectfully submitted,

                                                **NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ Michael E. Lacy
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara L. Reinhart
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com

2