UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
*individually and on behalf
of NORFOLK & PORTSMOUTH BELT
LINE RAILROAD COMPANY*,

        Plaintiff,

v.

                             Civil No. 2:18cv530

NORFOLK SOUTHERN RAILWAY COMPANY,
and NORFOLK & PORTSMOUTH BELT LINE
RAILWAY COMPANY,

        Defendants.

## ORDER

The instant case is scheduled for a bench trial beginning on January 18, 2023, on the issue of injunctive relief. Consistent with the undersigned judge's general practice in civil cases, the parties are **INSTRUCTED** to submit preliminary proposed findings of fact and conclusions of law on or before **January 12, 2023.** At the conclusion of trial, the Court will establish a schedule for the parties' submission of amended proposed findings of fact and conclusions of law, which may include citations to testimony and admitted exhibits.

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record. **IT IS SO ORDERED.**

                                              /s/
                                        Mark S. Davis
                       CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
January 5, 2023