# Civil Minutes

Time Set:      10:30 a.m.
Start Time:    10:33 a.m.
End Time:      11:07 a.m.

CSX Transportation, Inc.

( X ) Plaintiff  (  ) Government

vs.

Norfolk Southern Railway Company et al

Defendant(s)

Civil Case Number:   2:18cv530

Date:                1/6/2023

Presiding Judge:     Robert J. Krask

Court Reporter:      Jody Stewart, OCR

Courtroom Deputy:    B. Titus

Proceedings:

The matter came on for a hearing to address procedures moving forward.

Benjamin Hatch, Robert McFarland, and Jeanne Noonan appeared on behalf of Plaintiff. Alan Wingfield, Michael Lacy, Kathleen Knudsen, Tara Reinhart, Thomas Gentry, Alexander McDaniel, and Ryan Snow appeared on behalf of Defendants.

Comments and questions by the Court. Responses of counsel heard.

Court to prepare an order.

Court adjourned.