UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,

        Plaintiff,

v.                                                              Action No. 2:18cv530

NORFOLK SOUTHERN
RAILWAY COMPANY, et al.,

        Defendants.

## ORDER

The Court held a telephone conference on January 6, 2023, to discuss outstanding matters needing to be addressed prior to trial. Benjamin L. Hatch, Esq., Robert W. McFarland, Esq., and Jeanne E. Noonan, Esq., represented CSX Transportation, Inc. Alan D. Wingfield, Esq., Michael E. Lacy, Esq., Kathleen M. Knudsen, Esq., Tara L Reinhart, Esq., and Thomas R. Gentry, Esq., represented Norfolk Southern Railway Company ("NSR"). Alexander R. McDaniel, Esq., and W. Ryan Snow, Esq., represented Norfolk & Portsmouth Belt Line Railway Company ("NPBL"). The court reporter was Jody Stewart.

The Court established the following deadlines:

(1)    counsel will submit revised exhibits B through D of the final pretrial conference by noon on January 10, 2023, and will provide electronic copies to the chambers of the undersigned;

(2)    counsel will submit a revised exhibit E of the final pretrial conference with respect to deposition designations by noon on January 10, 2023, and will provide an electronic copy to chambers of the undersigned; and

(3)    the final pretrial conference will resume at 9:00 a.m. on January 11, 2023.

Further, there remain pending four motions *in limine* filed by defendants NSR and NPBL. ECF Nos. 337, 349, 465, 473. On January 3, 2023, the Court granted in part and denied in part summary judgment in favor of defendants. ECF No. 559.

The Court finds that supplemental briefing from the parties addressing the effect the summary judgment ruling has on the pending motions *in limine* would be instructive. Counsel shall file simultaneous briefs no later than **9:00 a.m. on January 9, 2023**.

It is so **ORDERED**.

The Clerk is **DIRECTED** to forward copies of this order to all counsel of record.

/s/ Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
January 6, 2023

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,

    Plaintiff,

v.                                      Action No. 2:18cv530

NORFOLK SOUTHERN
RAILWAY COMPANY, et al.,

    Defendants.

## ORDER

The Court held a telephone conference on January 6, 2023, to discuss outstanding matters needing to be addressed prior to trial. Benjamin L. Hatch, Esq., Robert W. McFarland, Esq., and Jeanne E. Noonan, Esq., represented CSX Transportation, Inc. Alan D. Wingfield, Esq., Michael E. Lacy, Esq., Kathleen M. Knudsen, Esq., Tara L Reinhart, Esq., and Thomas R. Gentry, Esq., represented Norfolk Southern Railway Company ("NSR"). Alexander R. McDaniel, Esq., and W. Ryan Snow, Esq., represented Norfolk & Portsmouth Belt Line Railway Company ("NPBL"). The court reporter was Jody Stewart.

The Court established the following deadlines:

(1)    counsel will submit revised exhibits B through D of the final pretrial conference by noon on January 10, 2023, and will provide electronic copies to the chambers of the undersigned;

(2)    counsel will submit a revised exhibit E of the final pretrial conference with respect to deposition designations by noon on January 10, 2023, and will provide an electronic copy to chambers of the undersigned; and

(3)    the final pretrial conference will resume at 9:00 a.m. on January 11, 2023.

Further, there remain pending four motions *in limine* filed by defendants NSR and NPBL. ECF Nos. 337, 349, 465, 473. On January 3, 2023, the Court granted in part and denied in part summary judgment in favor of defendants. ECF No. 559.

The Court finds that supplemental briefing from the parties addressing the effect the summary judgment ruling has on the pending motions *in limine* would be instructive. Counsel shall file simultaneous briefs no later than **9:00 a.m. on January 9, 2023**.

It is so **ORDERED**.

The Clerk is **DIRECTED** to forward copies of this order to all counsel of record.

/s/ Robert J. Krask
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
January 6, 2023