IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

      v.                                      Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

_____/

**NOTICE OF FILING AMENDED**
**TRIAL EXHIBIT LISTS AND DEPOSITION DESIGNATIONS**

      Plaintiff CSX Transportation, Inc. ("CSX") and Defendants Norfolk Southern Railway Company ("NS") and Norfolk and Portsmouth Beltline Railway Company ("NPBL"), by counsel, hereby submit amended trial exhibit lists, attached here as **Exhibits B, C, and D**, and amended deposition designations, attached here as **Exhibit E**, pursuant to this Court's Order, ECF No. 564.  CSX is providing a table of exhibits to be addressed with each deposition designation, included in Exhibit E, and Defendants will provide their table of exhibits at the final pretrial conference.  The parties are also providing the Court with a proposed stipulated order concerning certain deposition designations, also attached here.  In the event the proposed stipulated order is not approved, the parties will timely supplement **Exhibit E** at the final pretrial conference.

1

**CSX TRANSPORTATION, INC.**
*By Counsel*

/s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com
E-mail: jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
W. Cole Geddy (VSB No. 93511)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: apeterson@mcguirewoods.com
E-mail: cgeddy@mcguirewoods.com


**NORFOLK SOUTHERN RAILWAY COMPANY**
*By Counsel*

/s/

| | |
|---|---|
| Alan D. Wingfield (VSB No. 27489) | Tara L. Reinhart (*admitted pro hac vice*) |
| Michael E. Lacy (VSB No. 48477) | Thomas R. Gentry (*admitted pro hac vice*) |
| Massie P. Cooper (VSB No. 82510) | Julia K. York (*admitted pro hac vice*) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 1001 Haxall Point | 1440 New York Ave, N.W. |
| Richmond, Virginia 23219 | Washington, D.C. 20005 |
| Tel. (804) 697-1200 | Tel (202) 371-7000 |
| Fax (804) 698-6061 | tara.reinhart@skadden.com |

alan.wingfield@troutman.com
michael.lacy@troutman.com
massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Tel. (757) 687-7537
Fax (757) 687-1546
john.lynch@troutman.com
kathleen.knudsen@troutman.com

thomas.gentry@skadden.com
julia.york@skadden.com

Monica McCarroll (VSB No. 45622)
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
Tel. (703) 592-1155
Fax (703) 230-9859
mmccarroll@redgravellp.com

*Counsel for Defendant*
*Norfolk Southern Railway Company*

**NORFOLK AND PORTSMOUTH BELTLINE RAILWAY COMPANY**
*By Counsel*

 /s/
James L. Chapman IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Alexander R. McDaniel (VSB No. 92398)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Tel. (757) 623-3000
Fax (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
amcdaniel@cwm-law.com

*Counsel for Defendant Norfolk & Portsmouth Beltline Railroad Company*

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of January, 2023, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

        **CSX TRANSPORTATION, INC.**
        *By Counsel*

        */s/ Robert W. McFarland*
        Robert W. McFarland (VSB No. 24021)
        Benjamin L. Hatch (VSB No. 70116)
        V. Kathleen Dougherty (VSB No. 77294)
        Jeanne E. Noonan (VSB No. 87863)
        McGuireWoods LLP
        World Trade Center
        101 West Main Street, Suite 9000
        Norfolk, Virginia 23510-1655
        Telephone: (757) 640-3716
        Facsimile: (757) 640-3930
        E-mail: rmcfarland@mcguirewoods.com
        E-mail: bhatch@mcguirewoods.com
        E-mail: vkdougherty@mcguirewoods.com
        E-mail: jnoonan@mcguirewoods.com

        J. Brent Justus (VSB No. 45525)
        Ashley P. Peterson (VSB No. 87904)
        W. Cole Geddy (VSB No. 93511)
        McGuireWoods LLP
        Gateway Plaza
        800 East Canal Street
        Richmond, Virginia 23219-3916
        Telephone: (804) 775-1000
        Facsimile: (804) 698-2026
        E-mail: bjustus@mcguirewoods.com
        E-mail: apeterson@mcguirewoods.com
        E-mail: cgeddy@mcguirewoods.com