UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,

    Plaintiff,

v.                                                               Action No. 2:18cv530

NORFOLK SOUTHERN
RAILWAY COMPANY, et al.,

    Defendants.

## ORDER

The Court resumed the final pretrial conference on January 11, 2023. Robert W. McFarland, Esq., and Jeanne E. Noonan, Esq., represented CSX Transportation, Inc. Alan D. Wingfield, Esq., Michael E. Lacy, Esq., and Massie P. Cooper, Esq., represented Norfolk Southern Railway Company. Alexander R. McDaniel, Esq., and W. Ryan Snow, Esq., represented Norfolk & Portsmouth Belt Line Railway Company.

The final pretrial conference will resume at 10:00 a.m. on January 12, 2023.

The Clerk is **DIRECTED** to forward copies of this order to all counsel of record.

                                                               /s/
                                                  Robert J. Krask
                                           United States Magistrate Judge

Norfolk, Virginia
January 11, 2023