# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 2:18-cv-530 |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) |
| *Defendants*. | ) |

## NOTICE OF FILING SUPPLEMENTAL OBJECTIONS TO DEPOSITION

Defendants Norfolk Southern Railway Company ("NS" or "NSR") and Norfolk & Portsmouth Belt Line Railroad Company ("Belt Line" or "NPBL"), by counsel, hereby submits a supplemental objection, attached hereto as **Exhibit A**, to the *de bene esse* deposition of Christopher Luebbers held on January 10, 2023. Defendants reserve, and do not waive, their objections to the exhibits used during the deposition, a list of which are hereto as **Exhibit B**, but do not seek a pretrial resolution of these reserved objections to exhibits, with the understanding that resolution of these previously-asserted objections to exhibits, and ultimate admissibility of related testimony, will be reserved for trial and/or are subject to pending Objection(s) to prior rulings.

*[Signatures on following page]*

Dated: January 12, 2023                    Respectfully submitted,

| | |
|---|---|
| **NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY** | **NORFOLK SOUTHERN RAILWAY COMPANY** |

/s/ W. Ryan Snow

James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Alexander R. McDaniel, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: wrsnow@cwm-law.com
Email: amcdaniel@cwm-law.com

*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

/s/ Alan D. Wingfield
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara L. Reinhart
Thomas R. Gentry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com

## CERTIFICATE OF SERVICE

I certify that on this 12th day of January, 2023, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with this Court's CM/ECF system.

Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ Alan D. Wingfield
Alan D. Wingfield (VSB No. 27489)