# EXHIBIT A

# *Luebbers, Christopher David*

## *January 10, 2023*

**Defendants' objections will be noted in blue highlights in the transcript provided to the Court.**

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| Luebbers, Christopher David | 34 | 22 | 35 | 25 | Calls for legal conclusions | NS Objection |