# EXHIBIT B

| Ex. No. | Description | Bates Begin | Bates End | Dep. Exhibit or Alt. Reference | NSR Objections | NPBL Additional Objections |
|---|---|---|---|---|---|---|
| P018 | 2002.09.26 Email Chain Re: NPBL - Rate Structure Committee Recommendations (NS Portion) | NSR_00306424 | NSR_00306425 | Luebbers Depo. 2<br>McClellan Depo. 3<br>Luebbers Depo. 3 | 401 or 402 - Relevance; 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | |
| P021 | 2006.10.24 Email Re: NPBL Rate Meeting | NSR_00306426 | NSR_00306427 | Luebbers Depo. 2<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations | |
| P027 | 2009.04.17 Email Chain FW: NPBL | NSR_00027114 | NSR_00027115 | Heller Depo. 1<br>Luebbers Depo. 1<br>Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337); NPBL MIL #5 |
| P028 | 2009.04.24 Email Chain Re: NPBL - Rate Committee CONFIDENTIAL | NSR_00011118 | NSR_00011120 | Heller Depo. 1<br>Luebbers Depo. 1<br>NSR 30(b)(6) Hunt<br>Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337) |
| P029 | 2009.04.27 Email Chain Re: NPBL - Rate Committee CONFIDENTIAL | NSR_00011108 | NSR_00011111 | Luebbers Depo. 3 | 401, 402, & 403 – MIL Diamond Track; 401, 402, & 403 – MIL Reasonable Rate; 401, 402, & 403 – SJ Statute of Limitations; 602 - Foundation; 802 - Hearsay | |
| P032 | 2009.06.01 Email Chain Re: CSX vs. NS 2008 Port Volumes | NSR_00027503 | NSR_00027506 | Luebbers Depo. 1<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations | |
| P035 | 2009.06.19 Email Re: CSX and NIT | NSR_00027097 | | Luebbers Depo. 1<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations | |

| | | | | | | |
|---|---|---|---|---|---|---|
| P037 | 2009.06.23 Email Re: NPBL Information | NSR_00084730 | | Luebbers Depo. 1<br>Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337) |
| P040 | 2009.07.27 Email Re: MRM Letter to Manion NPBL 24Jul09.doc with attachment | NSR_00305952 | NSR_00305954 | Luebbers Depo. 2<br>McClellan Depo. 3<br>Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations; 602 - Foundation | |
| P041 | 2009.07.29 NS Internal Meeting Notes - NPBL Rate Committee Meeting with handwritten notes | NSR_00306373 | NSR_00306376 | McClellan Depo. 3<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations -- 602-Foundation | |
| P042 | 2009.07.31 Email from Chris Luebbers to Liesl McLemore, Gregg Cronk, & Thomas Hibben Re: Rate Committee Follow Up with Attachment 'NPBL Rate Committee Mtg 7-29-09 v4.doc' [NS Internal Meeting Notes Dated 7/29/2009] | NSR_00027070 | NSR_00027075 | Heller Depo. 1<br>Luebbers Depo. 1<br>NSR 30(b)(6) Hunt<br>Luebbers Depo. 3 | 106 - Completeness; 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337) |
| P043 | 2009.08.03 Email Re: Easy Questions | NSR_00027069 | | Luebbers Depo. 1<br>Luebbers Depo. 3 | 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | |
| P046 | 2009.09.24 NPBL Rate Committee Meeting Recap for NS Participants only | NSR_00035903 | NSR_00035906 | Coleman Depo.<br>Luebbers Depo. 1<br>NPBL 30(b)(6)/Moss Depo.<br>Stinson Depo.<br>Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337) |
| P053 | 2010.05.27 Email Re: Please Evaluate attaching 5/10/20 Operation Plan | NSR_00015155 | NSR_00015159 | C. Booth Depo.<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations | |

| | | | | | | |
|---|---|---|---|---|---|---|
| P054 | 2010.07.07 Email Chain Re: CSX forecast model | NSR_00062929 | | Heller Depo. 1<br>Stinson Depo.<br>Summy Depo.<br>Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations; 802 - Hearsay | NPBL MIL #1; NS MIL (D.E. 337) |
| P060 | 2010.08.30 Email Chain Re: QM Junction trackage improvements | NSR_00011094 | NSR_00011095 | Luebbers Depo. 1<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations | |
| P064 | 2010.09.21 Email Chain FW: Norfolk, VA - Proposed track changes at QM Junction - Sewells Point Branch // Request for Dept Cost Involvement (NIT) | NSR_00001786 | NSR_00001792 | C. Booth Depo.<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations | |
| P081 | 2011.11.07 Email Chain Re: NPBL | NSR_00026701 | NSR_00026701 | Luebbers Depo. 3 | 401 or 402 - Relevance; 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations; 602 - Foundation | NPBL MIL #1; NS MIL (D.E. 337) |
| P098 | 2015.04.09 Email Chain FW: [External] Request for Operating Window | NPBL024288 | | Luebbers Depo. 1<br>Luebbers Depo. 3 | 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | |
| P106 | 2015.07.09 Email Chain Re: NPBL Agreements attaching Norfolk Rail Operations | NSR_00047112 | NSR_00047114 | Heller Depo. 1<br>Luebbers Depo. 1<br>Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations; 602 - Foundation; 802 - Hearsay | NPBL MIL #1; NS MIL (D.E. 337) |
| P161 | Tariff NPB 8100-H, Issued 3/31/08, Effective 5/1/08 | NSR_00035907 | NSR_00035915 | Coleman Depo.<br>NPBL 30(b)(6)/Moss Depo.<br>Stinson Depo. Ex. 7<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations; 403 - Cumulative | |
| P173 | 2002.12.27 T. Hobbs letter to Appropriate NPBL Personnel Connecting Railroads Industries enclosing Tariff NPB8100-F, Issued 1/1/03, effective 2/1/03 | NSR_00306614 | NSR_00306623 | Luebbers Depo. 2<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations; 403 - Cumulative | |
| P176 | 2007.09.17 Email Chain Re: NPBL rate committee 2007 | NSR_00027549 | | Coleman Depo.<br>Luebbers Depo. 1<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations | |
| P198 | 2009.06.29 Email Re: Rate Committee History | NSR_00063116 | | Luebbers Depo. 1<br>Stinson Depo.<br>Luebbers Depo. 3 | 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | |
| P203 | 2009.07.23 T. Ingram letter to D. Stinson Re: Request for Information Regarding NPBL Properties with handwritten notes | NSR_00306440 | NSR_00306442 | Luebbers Depo. 2<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations; 802 - Hearsay; 602 - Foundation | |
| P210 | 2009.08.24 Email Re: Norfolk Volumes | NSR_00027049 | | Luebbers Depo. 1<br>Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations | |
| P211 | 2009.08.24 Email Re: Track Chart Questions | NSR_00027052 | | Luebbers Depo. 1<br>Luebbers Depo. 3 | 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | |
| P216 | 2009.09.21 Email Chain FW: NPBL Rate Committee | NSR_00183825 | | Coleman Depo.<br>Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337) |

| | | | | | | |
|---|---|---|---|---|---|---|
| P231 | 2009.10.23 Email Re: NS Recommendations, with Attachment: 'NPBL Recommendations 10-23-09.doc' | NSR_00035548 | NSR_00035550 | NPBL006573-75 CSXT0082190-91 Luebbers Depo. 1 Coleman Depo. Luebbers Depo. 3 | 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | |
| P258 | 2010.07.28 Email Chain Fw: BIT Operating Plan afforded the NPBL/CSXT = FW: Please Evaluate | NSR_00306436 | NSR_00306437 | Luebbers Depo. 2 Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations | |
| P270 | 2010.09.03 Email Chain Re: CSX NIT Operation Proposal | NSR_00062844 | NSR_00062846 | Luebbers Depo. 1 Stinson Depo. Wheeler Depo. Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337) |
| P337 | 2015.03.30 Email Chain Re: CSX- NIT | NSR_00001419 | NSR_00001420 | Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations; 802 - Hearsay | NPBL MIL #1; NS MIL (D.E. 337) |
| P350 | 2015.04.02 Email Chain Re: NPBL Recap | NSR_00001402 | NSR_00001403 | C. Booth Depo. Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337) |
| P360 | 2015.05.15 Email Re: Thanks again | NPBL010882 | NPBL010882 | Luebbers Depo. 3 | 401 or 402 - Relevance; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations; 802 - Hearsay | |
| P363 | 2015.05.30 Email Re: NPBL Trackage Rights | NSR_00004475 | | Heller Depo. 1 Luebbers Depo. 3 | 401 or 402 - Relevance; 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337) |
| P369 | 2015.06.26 Email Chain Re: NPBL Trackage Rights | NSR_00004472 | NSR_00004473 | Heller Depo. 1 Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337) |
| P382 | 2016.02.26 Email Re: Squires Port Briefing attaching East Coast Ports Review | NSR_00064063 | NSR_00064095 | Luebbers Depo. 1 Luebbers Depo. 3 | 401, 402, & 403 – SJ Statute of Limitations | |
| P383 | 2016.03.15 Email Chain Fw: NIT Expansion - Pilot Article 3/15 | NSR_00054868 | NSR_00054869 | Luebbers Depo. 1 Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337) |
| P384 | 2016.03.15 Meeting Invitation from Carol Sensing to Carol Sensing, Ed Elkins, Chris Luebbers, & Kenneth Joyner Re: Review Strategy Regarding NIT Access | NSR_00005173 | NSR_00005173 | Heller Depo. 1 Luebbers Depo. 1 NSR 30(b)(6) Joyner Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 401, 402, & 403 – SJ Statute of Limitations | NPBL MIL #1; NS MIL (D.E. 337) |
| P393 | 2016.11.30 Confidential, Hampton Roads Port / Rail Review | NSR_00104571 | NSR_00104580 | Luebbers Depo. 2 Luebbers Depo. 3 | 401 or 402 - Relevance; 401, 402, & 403 – MIL Reasonable Rate; 401, 402, & 403 – SJ Statute of Limitations; 602 - Foundation; 802 - Hearsay | |
| P397 | 2016.12.20 Email Re: NPBL Discussion | NSR_00024527 | NSR_00024527 | Luebbers Depo. 3 | 401, 402, & 403 – MIL Internal Emails; 401, 402, & 403 – not relevant to show conspiracy & unfairly prejudicial; 602 - Foundation; 802 - Hearsay | NPBL MIL #1; NS MIL (D.E. 337) |