# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-530 |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Civil Rule 5(C), Defendant Norfolk Southern Railway Company ("NS"), by counsel, moves the Court for an order sealing Defendant Norfolk Southern Railway Company and Defendant Norfolk Portsmouth Belt Line Railroad's Preliminary Proposed Findings of Fact and Conclusions of Law.

In support of this Motion, NS submits contemporaneously a nonconfidential Preliminary Proposed Findings of Fact and Conclusions of Law Under Seal. NS has also filed herewith a Notice of Filing Sealing Motion as required by Local Rule 5(C). NS waives oral argument on this motion. A proposed order granting the requested relief is attached as **Exhibit A**.

Dated: January 12, 2023         Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ Michael E. Lacy
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)

TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara L. Reinhart
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com