UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC.,    ) | |
| )
| *Plaintiff*,    ) | |
| ) | |
| v.    ) | Case No. 2:18-cv-530 |
| ) | |
| NORFOLK SOUTHERN RAILWAY    ) | |
| COMPANY, *et al.*,    ) | |
| ) | |
| *Defendants*.    ) | |

### ORDER

This matter comes before the Court pursuant to Local Civil Rule 5(C) on Defendant Norfolk Southern Railway Company's ("NS") Motion to Seal. NS seeks to seal Defendant Norfolk Southern Railway Company and Defendant Norfolk Portsmouth Belt Line Railroad's Preliminary Proposed Findings of Fact and Conclusions of Law. These documents contain and/or reference information that NS, Norfolk and Portsmouth Belt Line Railroad Company (collectively with NS, "Defendants"), and/or Plaintiff CSX Transportation, Inc. ("CSX") have indicated is "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order entered in this matter. ECF No. 79.

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (citations omitted).

In compliance with Local Rule 5 and *Ashcraft*, NS provided public notice of this motion

140183792v1

by filing an appropriate Notice with the Court.

Accordingly, the Court **GRANTS** NS's Motion to Seal and **ORDERS** that Defendant Norfolk Southern Railway Company and Defendant Norfolk Portsmouth Belt Line Railroad's Preliminary Proposed Findings of Fact and Conclusions of Law, shall be maintained under seal by the Clerk pending further order of the Court.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

Norfolk, Virginia

Date: _____

Robert J. Krask
United States Magistrate Judge

140183792v1