UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC.,  ) | |
| ) | |
| *Plaintiff*,  ) | |
| ) | |
| v.  ) | |
| ) | |
| NORFOLK SOUTHERN RAILWAY  ) | |
| COMPANY, *et al.*,  ) | Case No. 2:18-cv-530 |
| ) | |
| *Defendants*.  ) | |

**MEMORANDUM IN SUPPORT OF
DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S
MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendant Norfolk Southern Railway Company ("NS"), by counsel, states as follows in support of its Motion to File Documents Under Seal. NS seeks to file the following documents under seal: Defendant Norfolk Southern Railway Company and Defendant Norfolk Portsmouth Belt Line Railroad's Preliminary Proposed Findings of Fact and Conclusions of Law.

1. On October 29, 2019, the Court entered a Stipulated Protective Order, which governs the parties' use of confidential information produced in this case. ECF No. 79.

2. Paragraph 2 of the Stipulated Protective Order defines "Protected Material" as material containing information that "must or may be protected from disclosure," including material designated "CONFIDENTIAL" and "CONFIDENTIAL – ATTORNEYS' EYES ONLY." ECF No. 79, ¶ 2; *see also* 49 U.S.C. § 11904 (requiring confidentiality of certain railroad information including "information about the nature, kind, quantity, destination, consignee, or routing of property tendered or delivered to that rail carrier for transportation" or "information about the contents of a contract. . . that may be used to the detriment of the shipper

or consignee or may disclose improperly, to a competitor, the business transactions of the shipper or consignee.").

3. Defendant Norfolk Southern Railway Company and Defendant Norfolk Portsmouth Belt Line Railroad's Preliminary Proposed Findings of Fact and Conclusions of Law, contain and/or reference information that NS, Norfolk and Portsmouth Belt Line Railroad Company (collectively with NS, "Defendants"), and/or Plaintiff CSX Transportation, Inc. ("CSX") have indicated is "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order entered in this matter.  ECF No. 79.

4. The Stipulated Protective Order requires NS to file these documents under seal. ECF No. 79, ¶ 16.

For the foregoing reasons, NS requests that the Court enter the proposed order attached to the Motion to Seal as **Exhibit A** authorizing and directing NS to file Defendant Norfolk Southern Railway Company and Defendant Norfolk Portsmouth Belt Line Railroad's Preliminary Proposed Findings of Fact and Conclusions of Law, under seal, and directing the Clerk of Court to maintain such documents under seal pending further order of the Court.

NS also files herewith a Notice of Sealing Motion as required by Local Rule 5(C).  NS waives oral argument on this Motion.

Dated: January 12, 2023                                            Respectfully submitted,

                                                   **NORFOLK SOUTHERN RAILWAY COMPANY**

                                                   /s/ Michael E. Lacy
                                                   Alan D. Wingfield (VSB No. 27489)
                                                   Michael E. Lacy (VSB No. 48477)

Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara L. Reinhart
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com