# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk DIVISION

## Wednesday, January 18, 2023

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT**: THE HONORABLE Mark S. Davis, U.S. District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk: Matthew Carr
Reporter: Paul McManus, OCR

| | | |
|---|---|---|
| Set: 11:00 a.m. | Started: 11:05 a.m. | Ended: 4:10 p.m. |

Case No. 2:18cv530

CSX Transportation, Inc.

v.

Norfolk Southern Railway Co. and

Norfolk & Portsmouth Belt Line Railway Co.

Benjamin Hatch, Robert McFarland, Ashley Peterson, present on behalf of CSX Transportation, Inc.

Erin O'Brien, present as corporate representative for CSX Transportation, Inc.

Michael Lacy, John Lynch, Alan Wingfield, present on behalf of Norfolk Southern.

Joe Carpenter, present as corporate representatives for Norfolk Southern.

Ryan Snow, John Chapman and Alexander McDaniel, present on behalf of Norfolk & Portsmouth Belt Line Railway Co.

Matter came on for a hearing on [572] and [574] Motion to Dismiss.

Comments of the Court.

Argument of counsel heard.

Court made certain findings on the record. Court **GRANTED** defendants' [572] and [574] Motion to Dismiss with respect to the federal claims seeking injunctive relief. Court will issue a written opinion.

The trial of this matter has been continued. A Status Conference will be held on February 14, 2023, at 11:00 a.m.

Court adjourned.   (Lunch: 1:00 p.m. - 2:00 p.m.)