IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                                   Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY
COMPANY,** *et al.***,**

      **Defendants.**

### NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S
### MOTION TO FILE DOCUMENTS UNDER SEAL

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), by counsel, pursuant to Local Civil Rule 5, moves this Court for entry of an Order substantially in the form as **Exhibit A** hereto permitting the Belt Line to file under seal unredacted portions of its Objection to Denial in Part of its Motion in Limine #5 to Exclude Testimony From Plaintiff's Expert Howard Marvel.  The Belt Line is filing contemporaneously with this motion a nonconfidential memorandum in support and a Notice of Filing Sealing Motion, as required by Local Civil Rule 5(C).  The Belt Line waives oral argument on this motion.

Dated:  January 24, 2023                       **NORFOLK AND PORTSMOUTH
                                                      BELT LINE RAILROAD COMPANY**

                                                      By:      */s/ W. Ryan Snow*
                                                           James L. Chapman, IV, VSB No. 21983
                                                           W. Ryan Snow, VSB No. 47423
                                                           Alexander R. McDaniel, VSB No. 92398
                                                           CRENSHAW, WARE & MARTIN, P.L.C.
                                                           150 W. Main Street, Suite 1923
                                                           Norfolk, Virginia 23510
                                                           Telephone: (757) 623-3000
                                                           Facsimile: (757) 623-5735
                                                           jchapman@cwm-law.com

wrsnow@cwm-law.com<br>
amcdaniel@cwm-law.com<br>
*Counsel for Norfolk and Portsmouth Belt*<br>
*Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 24th day of January 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

*/s/ W. Ryan Snow*<br>
W. Ryan Snow, VSB No. 47423<br>
CRENSHAW, WARE & MARTIN, P.L.C.<br>
150 W. Main Street, Suite 1923<br>
Norfolk, Virginia 23510<br>
Telephone: (757) 623-3000<br>
Facsimile: (757) 623-5735<br>
wrsnow@cwm-law.com<br>
*Counsel for Norfolk and Portsmouth Belt*<br>
*Line Railroad Company*