# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 2:18-cv-530 |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) |
| *Defendants*. | ) |

## NORFOLK SOUTHERN RAILWAY COMPANY'S
## MOTION TO DISMISS ANY REMAINING CLAIM AND REQUESTED RELIEF

For the reasons set forth in the accompanying memorandum of law, Defendant Norfolk Southern Railway Company ("NS"), by counsel moves this Court to dismiss any remaining claim of Plaintiff CSX Transportation, Inc. ("CSX") in this case, including any request for injunctive relief under state law, pursuant to Fed. R. Civ. P. 12(c).

WHEREFORE, Defendant Norfolk Southern Railway Company requests that this Court dismiss any remaining claim and requested relief of Plaintiff CSX Transportation, Inc. ("CSX") in this case, including any request for injunctive relief under state law, enter final judgment in favor of NS on all claims, and grant all other appropriate relief.

Dated: February 7, 2023          Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ *Michael E. Lacy*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point

Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara L. Reinhart
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com

*Attorneys for Norfolk Southern Railway Company*