IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                                        Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.***,**

      **Defendants.**

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S SUPPLEMENTAL MOTION TO DISMISS ALL CLAIMS FOR STATE LAW <u>INJUNCTIVE RELIEF</u>

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), by counsel, pursuant to Rules 12(h)(2), 12(c), and alternatively 54(b), following this Court's grant of summary judgment, ECF 559, and dismissal of federal law injunctive relief, ECF 612, supplements its previous Motion to Dismiss All Remaining Claims, ECF 572, with this Supplemental Motion to Dismiss All Claims for State Law Injunctive Relief.  For the reasons stated in the accompanying brief, to the extent any state law claims remain, they are time-barred, preempted, or both, and should be dismissed with prejudice.  Accordingly, the Belt Line respectfully requests that this Court dismiss all remaining state law claims, enter final judgment in favor of the Belt Line, and grant the Belt Line all other just relief.

Dated:  February 7, 2023                  NORFOLK AND PORTSMOUTH
                                                      BELT LINE RAILROAD COMPANY

                                                      By:   */s/ W. Ryan Snow*
                                                     James L. Chapman, IV, VSB No. 21983
                                                     W. Ryan Snow, VSB No. 47423
                                                     Alexander R. McDaniel, VSB No. 92398

        CRENSHAW, WARE & MARTIN, P.L.C.
        150 W. Main Street, Suite 1923
        Norfolk, Virginia 23510
        Telephone: (757) 623-3000
        Facsimile: (757) 623-5735
        jchapman@cwm-law.com
        wrsnow@cwm-law.com
        amcdaniel@cwm-law.com
        *Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

      I certify that on this 7th day of February 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

        /s/ W. Ryan Snow
        W. Ryan Snow, VSB No. 47423
        CRENSHAW, WARE & MARTIN, P.L.C.
        150 W. Main Street, Suite 1500
        Norfolk, Virginia 23510
        Telephone: (757) 623-3000
        Facsimile: (757) 623-5735
        wrsnow@cwm-law.com