UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

| | |
|---|---|
| CSX TRANSPORTATION, INC.,           )<br>                                                             )<br>                          *Plaintiff*,        )<br>                                                             )<br>v.                                                        )<br>                                                             )<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, *et al.*,                          )<br>                                                             )<br>                          *Defendants*.    ) | Case No. 2:18-cv-530 |

**MEMORANDUM IN SUPPORT OF
DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S
<u>MOTION TO FILE DOCUMENTS UNDER SEAL</u>**

Defendant Norfolk Southern Railway Company ("NS"), by counsel, states as follows in support of its Motion to File Documents Under Seal. NS seeks to file the following documents under seal: Defendants' Consolidated Reply in Support of Their Objections to the Denial of Their Motions to Exclude the Opinions of Prof. Howard P. Marvel.

1. On October 29, 2019, the Court entered a Stipulated Protective Order, which governs the parties' use of confidential information produced in this case.  ECF No. 79.

2. Paragraph 2 of the Stipulated Protective Order defines "Protected Material" as material containing information that "must or may be protected from disclosure," including material designated "CONFIDENTIAL" and "CONFIDENTIAL – ATTORNEYS' EYES ONLY." ECF No. 79, ¶ 2; *see also* 49 U.S.C. § 11904 (requiring confidentiality of certain railroad information).

3. Defendants' Consolidated Reply in Support of Their Objections to the Denial of Their Motions to Exclude the Opinions of Prof. Howard P. Marvel, contains and/or references

information that NS, Norfolk and Portsmouth Belt Line Railroad Company (collectively with NS, "Defendants"), Plaintiff CSX Transportation, Inc. ("CSX"), and/or third parties have indicated is "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order entered in this matter.  ECF No. 79.

4. The Stipulated Protective Order requires NS to file this document under seal.  ECF No. 79, ¶ 16.

For the foregoing reasons, NS requests that the Court enter the proposed order attached to the Motion to Seal as **Exhibit A** authorizing and directing NS to file Defendants' Consolidated Reply in Support of Their Objections to the Denial of Their Motions to Exclude the Opinions of Prof. Howard P. Marvel, under seal, and directing the Clerk of Court to maintain such document under seal pending further order of the Court.

NS also files herewith a Notice of Sealing Motion as required by Local Rule 5(C).  NS waives oral argument on this Motion.


Dated: February 13, 2023                        Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**

/s/ Michael E. Lacy
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
Email: alan.wingfield@troutman.com
Email: michael.lacy@troutman.com
Email: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: john.lynch@troutman.com
Email: kathleen.knudsen@troutman.com

Tara L. Reinhart
Thomas R. Gentry
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com

145719390