# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk DIVISION

### Tuesday, February 14, 2023

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT**: THE HONORABLE Mark S. Davis, U.S. District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk: Matthew Carr
Reporter: Paul McManus, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended: 11:40 a.m. |
|---|---|---|

Case No. 2:18cv530

CSX Transportation, Inc.

v.

Norfolk Southern Railway Company and

Norfolk & Portsmouth Belt Line Railway Company

Robert McFarland, Benjamin Hatch and Jeanne Noonan, present on behalf of CSX Transportation, Inc.

Michael Lacy and Alan Wingfield, present on behalf of Norfolk Southern.

Ryan Snow, John Chapman and Alexander McDaniel, present on behalf of Norfolk & Portsmouth Belt Line Railway Company.

Matter came on for a status hearing.

Comments of the Court.

Comments of counsel heard re: status of the case.

Further comments from the Court re: participating in a settlement conference.

Counsel will report back to the Court by Friday, February 17, 2023, if they believe a settlement conference would be helpful.

Court adjourned.