**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**CSX TRANSPORTATION, INC.,**
*individually and on behalf
of Norfolk & Portsmouth Belt
Line Railroad Company,*

     **Plaintiff,**

v.               Civil No. 2:18cv530

**NORFOLK SOUTHERN RAILWAY COMPANY,
NORFOLK & PORTSMOUTH BELT LINE RAILWAY
COMPANY,**

     **Defendants.**

### ORDER

The parties appeared before this Court for a Status Conference on February 14, 2023. During the Status Conference, the Court inquired as to whether the parties felt it would be beneficial to engage in another Settlement Conference before the Magistrate Judge. After consultation, the parties notified the Court by letter of Friday, February 17, 2023, that they do wish to engage in another Settlement Conference. Therefore, the parties are **ORDERED** to contact Judge Lawrence R. Leonard's Career Law Clerk at 757-222-7020 to schedule a Settlement Conference. The parties should plan to have in attendance Mr. Joseph Carpenter of Norfolk Southern Railway Company, Mr. Michael Burns of CSX Transportation, Inc., and James L. Chapman, IV, Esquire of Norfolk & Portsmouth Beltline Railway Company, at the very least.

**IT IS SO ORDERED.**

/s/ Mark S. Davis
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
February 21, 2023