# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                                      Civil Action No. 2:18-cv-530-MSD-LRL

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

## CONSENT MOTION FOR LEAVE
## TO WITHDRAW AND MEMORANDUM IN SUPPORT

Ashley P. Peterson hereby moves this honorable Court, pursuant to Local Civil Rule 83.1(H), to grant leave to withdraw as counsel of record for Plaintiff CSX Transportation, Inc. ("CSXT"). Ms. Peterson's last day at McGuireWoods LLP will be Wednesday, April 5, 2023. CSXT will continue to be represented by Benjamin Hatch, Robert McFarland, Jeanne Noonan, J. Brent Justus, V. Kathleen Dougherty, and W. Cole Geddy of McGuireWoods, and this withdrawal will cause no prejudice to the parties, which consent to this motion.

WHEREFORE, Ms. Peterson respectfully requests the Court enter the attached order allowing her to withdraw as counsel, and that the Clerk's office remove her name from the list of individuals in receipt of notices via the CM/ECF system.

Dated: March 27, 2023                                  Respectfully submitted,

**CSX TRANSPORTATION, INC.**
*By Counsel*

*/s/ Ashley P. Peterson*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3700
Facsimile: (757) 640-3701
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
vkdougherty@mcguirewoods.com
jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
W. Cole Geddy (VSB No. 93511)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
bjustus@mcguirewoods.com
apeterson@mcguirewoods.com
cgeddy@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on is 27th day of March 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify all counsel of record of this filing.

/s/ *Ashley P. Peterson*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3700
Facsimile: (757) 640-3701
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
vkdougherty@mcguirewoods.com
jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
W. Cole Geddy (VSB No. 93511)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
bjustus@mcguirewoods.com
apeterson@mcguirewoods.com
cgeddy@mcguirewoods.com