IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

    Plaintiff,

v.                              Civil Action No. 2:18-cv-530

NORFOLK SOUTHERN RAILWAY
COMPANY, et al.,

    Defendants.

## ORDER

On the Consent Motion for Leave to Withdraw and Memorandum in Support of Ashley P. Peterson ("Motion") as counsel of record for Plaintiff CSXT Transportation, Inc. ("CSXT"), upon joint representation of counsel and for good cause shown, it is

ORDERED THAT the Motion is granted and Ashley P. Peterson is granted leave to withdraw as counsel for CSXT. The Clerk is directed to remove Ashley P. Peterson as counsel of record for CSXT and from the Court's Electronic Notification System for this case.

ENTERED 3/27/23

/s/ [signature]
Mark S. Davis
Chief Judge

JUDGE

I ASK FOR THIS:

/s/ *Ashley P. Peterson*
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3700
Facsimile: (757) 640-3701
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
vkdougherty@mcguirewoods.com
jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
Ashley P. Peterson (VSB No. 87904)
W. Cole Geddy (VSB No. 93511)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
bjustus@mcguirewoods.com
apeterson@mcguirewoods.com
cgeddy@mcguirewoods.com

*Counsel for CSX Transportation, Inc.*


SEEN AND AGREED:

/s/ *Michael E. Lacy*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
alan.wingfield@troutman.com

michael.lacy@troutman.com
massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
john.lynch@troutman.com
kathleen.knudsen@troutman.com

Tara L. Reinhart (VSB No. 37795)
Julia Kupfer York (*admitted pro hac vice*)
Meghan McConnell (*admitted pro hac vice*)
Thomas R. Gentry (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
tara.reinhart@skadden.com
julia.york@skadden.com
meghan.mcconnell@skadden.com
thomas.gentry@skadden.com

*Counsel for Norfolk Southern Railway Company*


/s/ W. Ryan Snow
James L. Chapman IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Alexander R. McDaniel (VSB No. 92398)
CRENSHAW WARE & MARTIN P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
amcdaniel@cwm-law.com

*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*