IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CSX TRANSPORTATION, INC.,**
*Individually and on behalf of*
*Norfolk & Portsmouth Belt*
*Line Railroad Company,*
     Plaintiff,

v.                                      Civil Action No.: 2:18cv530

**NORFOLK SOUTHERN RAILWAY COMPANY**
**NORFOLK & PORTSMOUTH BELT LINE RAILWAY**
**COMPANY,**

     Defendants.

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motions seeking the resolution of the remaining state law injunctive relief claims are GRANTED. ECF Nos. 614, 616. In light of such ruling disposing of all remaining state law claims, CSX's motion seeking a ruling authorizing an immediate interlocutory appeal is DISMISSED as moot. ECF 623.

FERNANDO GALINDO, Clerk

By: ___/s/_____
V. Pearson, Deputy Clerk

Entered *nunc pro tunc* 4/19/2023