**Fees for Printed or Electronically Recorded Transcripts (28 U.S.C. § 1920(2))**

| Company | Deponent | Invoice No. | Date of Invoice | Amount | Date of Payment |
|---|---|---|---|---|---|
| TSG | Robert Martinez (10/23/2020) | 2032768 | 11/17/2020 | $1,114.70 | 12/16/2020 |
| TSG | Jeffrey Heller (10/30/2020) | 2032772 | 11/17/2020 | $865.75 | 12/16/2020 |
| TSG | Michael McClellan (10/29/2020) | 2032776 | 11/17/2020 | $867.30 | 12/16/2020 |
| TSG | Cary Booth (11/5/2020) | 2032950 | 11/18/2020 | $1,077.00 | 12/16/2020 |
| TSG | Michael McClellan; Christopher Luebbers (10/29/2020) | 2039703 | 2/17/2021 | $951.00 | 3/11/2021 |
| TSG | Thomas Crowley (3/31/2021) | 2044426 | 4/12/2021 | $1,868.80 | 5/12/2021 |
| TSG | Matthew Wright, Ph.D (3/30/2021 | 2044455 | 4/12/2021 | $1,212.05 | 5/12/2021 |
| Veritext | Jerry Hall; Thomas Hurlbut (2/21/2020) | CS4225683 | 3/3/2020 | $1,041.25 | 4/8/2020 |
| Veritext | Philip Merilli (3/2/2020) | CS4256998 | 3/17/2020 | $567.20 | 4/8/2020 |
| Veritext | John Booth (3/12/2020) | CS4259421 | 3/19/2020 | $2,397.40 | 4/8/2020 |
| Veritext | Steven Armbrust (3/11/2020) | CS4259532 | 3/19/2020 | $1,588.00 | 4/8/2020 |
| Veritext | Steven Armbrust Video (3/11/2020) | CS4410176 | 7/10/2020 | $1,115.00 | 8/12/2020 |
| Veritext | James Allan (3/13/2020) | CS4259898 | 3/19/2020 | $1,176.90 | 4/8/2020 |
| Veritext | Michael Burns (12/3/2020) | 4706562 | 12/10/2020 | $976.20 | 1/12/2021 |
| Veritext | Tony Ingram (11/18/2020) | 4693921 | 12/11/2020 | $1,101.40 | 1/12/2021 |
| Veritext | Chris Wagel (12/7/2020) | 4712484 | 12/14/2020 | $718.60 | 1/12/2021 |
| Veritext | Jay Strongosky (12/8/2020) | 4718936 | 12/17/2020 | $1,253.50 | 1/12/2021 |
| Veritext | Ryan Houfek (12/9/2020) | 4719232 | 12/21/2020 | $852.75 | 1/12/2021 |
| Veritext | Ryan Houfek Video (12/9/2020) | 4915113 | 3/30/2021 | $525.00 | 5/12/2021 |
| Veritext | Jermaine Swafford (12/15/2020) | 4738100 | 12/30/2020 | $993.80 | 1/12/2021 |
| Veritext | Anthony DiDeo (12/14/2020) | 4760293 | 1/11/2021 | $1,026.10 | 2/10/2021 |
| Veritext | Maryclare Kenney (12/11/2020) | 4763779 | 1/11/2021 | $934.80 | 2/10/2021 |
| Veritext | Carl Warren (1/5/2021) | 4759799 | 1/12/2021 | $1,025.65 | 2/10/2021 |
| Veritext | Frederik Eliasson (1/8/2021) | 4778899 | 1/20/2021 | $1,308.20 | 2/12/2021 |
| Veritext | Anthony MacDonald (1/20/2021) | 4786882 | 1/25/2021 | $2,198.20 | 2/10/2021 |
| Veritext | Anthony MacDonald Video (1/20/2021) | 4915012 | 3/29/2021 | $745.00 | 5/12/2021 |
| Veritext | Robert Girardot (1/13/2021) | 4787888 | 1/26/2021 | $1,827.85 | 2/10/2021 |
| Veritext | Robert Girardot Video (1/13/2021) | 4915112 | 3/30/2021 | $965.00 | 5/12/2021 |
| Veritext | Robert Girardot (1/12/2021) | 4788874 | 1/26/2021 | $1,428.60 | 2/10/2021 |
| Veritext | Robert Girardot Video (1/12/2021) | 4915010 | 3/29/2021 | $965.00 | 5/12/2021 |
| Veritext | Catherine Vick (1/19/2021) | 4790558 | 1/26/2021 | $2,202.86 | 2/10/2021 |
| Veritext | Dean Piacente (1/15/2021) | 4791780 | 1/27/2021 | $830.15 | 2/10/2021 |
| Veritext | Thomas Capozzi (1/22/2021) | 4795465 | 1/29/2021 | $3,002.70 | 2/10/2021 |



EXHIBIT
A

| | | | | | |
|---|---|---|---|---|---|
| Veritext | Quintin Kendall (1/14/2021) | 4806863 | 2/3/2021 | $1,003.60 | 2/10/2021 |
| Veritext | Catherine Vick (2/5/2021) | 4833940 | 2/17/2021 | $324.20 | 3/11/2021 |
| Veritext | Jay Strongosky; Robert Girardot (3/17/2021) | 4896967 | 3/23/2021 | $2,668.26 | 4/12/2021 |
| Veritext | Howard Marvel (3/22/2021) | 4915818 | 3/30/2021 | $2,959.54 | 5/12/2021 |
| Veritext | Michael Burns; Steven Armbrust (3/25/2021) | 4944623 | 4/12/2021 | $1,399.60 | 5/12/2021 |
| Veritext | Maryclare Kenney (3/26/2021) | 4946238 | 4/13/2021 | $968.55 | 5/12/2021 |
| Zahn | Cannon Moss (2/14/2020) | 200264 | 2/20/2020 | $853.00 | 3/12/2020 |
| Zahn | NPBL 30(b)(6) (2/14/2020) | 200263 | 2/20/2020 | $1,004.50 | 3/12/2020 |
| Zahn | Kenneth Joyner; Randy Hunt (2/18/2020) | 200269 | 2/20/2020 | $488.50 | 3/12/2020 |
| Zahn | Kenneth Joyner (2/19/2020) | 200272 | 2/20/2020 | $547.00 | 3/12/2020 |
| Zahn | Michael McClellan (2/20/2020) | 200303 | 2/27/2020 | $746.00 | 3/12/2020 |
| Zahn | Christopher Luebbers (2/25/2020) | 200353 | 2/29/2020 | $857.50 | 3/12/2020 |
| Zahn | Michael Wheeler (2/24/2020) | 200348 | 2/29/2020 | $451.50 | 4/8/2020 |
| Zahn | David Stinson (2/26/2020) | 200362 | 3/6/2020 | $566.50 | 3/12/2020 |
| Zahn | Greg Summy (2/28/2020) | 200366 | 3/6/2020 | $622.00 | 3/12/2020 |
| Zahn | Donna Coleman (3/4/2020) | 200386 | 3/11/2020 | $661.00 | 4/8/2020 |
| Zahn | Scott Heller (3/10/2020) | 200469 | 3/27/2020 | $764.50 | 4/8/2020 |
| | | | TOTAL | $ 57,609.46 | |

# TSG
## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 11/17/2020
**INVOICE #:** 2032768
**JOB #:** 185396

**BILL TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o David Hartnett
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**SHIP TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o Ryan Snow
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**CASE:** CSX Transportation, Inc. v. Norfolk Southern Railway Company
**WITNESS:** Dr. Robert Martinez
**JOB DATE:** 10/23/2020
**LOCATION:** Telephonic, Richmond, VA, 23173, US

**NOTES:**

| SHIP VIA | TERMS |
|---|---|
| - | Net 30 |

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 266 | $3.45 | $917.70 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 110 | $0.20 | $22.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 1 | | $175.00 | $175.00 |
| | | | SUBTOTAL | $1,114.70 |
| | | | TOTAL | $1,114.70 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.**     **Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG
## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 11/17/2020
**INVOICE #:** 2032772
**JOB #:** 185397

**BILL TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o David Hartnett
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**SHIP TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o Ryan Snow
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**CASE:** CSX Transportation, Inc. v. Norfolk Southern Railway Company
**WITNESS:** Jeffrey Heller
**JOB DATE:** 10/30/2020
**LOCATION:** Telephonic, Richmond, VA, 23173, US

**NOTES:**

| SHIP VIA | TERMS |
|---|---|
| - | Net 30 |

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 191 | $3.45 | $658.95 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $0.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 134 | $0.20 | $26.80 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 5 | $1.00 | $5.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 1 | | $175.00 | $175.00 |

| | |
|---|---|
| SUBTOTAL | $865.75 |
| TOTAL | $865.75 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.       Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 11/17/2020
**INVOICE #:** 2032776
**JOB #:** 185398

**BILL TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o David Hartnett
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**SHIP TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o Ryan Snow
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**CASE:** CSX Transportation, Inc. v. Norfolk Southern Railway Company
**WITNESS:** Michael McClellan
**JOB DATE:** 10/29/2020
**LOCATION:** Telephonic, Richmond, VA, 23173, US

**NOTES:**

| SHIP VIA | TERMS |
|---|---|
| - | Net 30 |

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 190 | $3.45 | $655.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 184 | $0.20 | $36.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 1 | | $175.00 | $175.00 |
| | | | SUBTOTAL | $867.30 |
| | | | **TOTAL** | **$867.30** |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.**   **Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**   **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG

## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 11/18/2020
**INVOICE #:** 2032950
**JOB #:** 185399

| | |
|---|---|
| **BILL TO:** | Crenshaw, Ware & Martin, P.L.C.<br>c/o David Hartnett<br>150 West Main Street, Suite 1500<br>Norfolk, VA 23510 US |
| **SHIP TO:** | Crenshaw, Ware & Martin, P.L.C.<br>c/o Ryan Snow<br>150 West Main Street, Suite 1500<br>Norfolk, VA 23510 US |
| **CASE:** | CSX Transportation, Inc. v. Norfolk Southern Railway Company |
| **WITNESS:** | Cary G. Booth |
| **JOB DATE:** | 11/5/2020 |
| **LOCATION:** | Telephonic, Richmond, VA, 23173, US |

**NOTES:**

| SHIP VIA | TERMS |
|---|---|
| - | Net 30 |

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 252 | $3.45 | $869.40 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $0.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 163 | $0.20 | $32.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 1 | | $175.00 | $175.00 |
| | | | SUBTOTAL | $1,077.00 |
| | | | **TOTAL** | **$1,077.00** |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.**    **Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



# TSG
## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 2/17/2021
**INVOICE #:** 2039703
**JOB #:** 189070

**BILL TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o David Hartnett
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**SHIP TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o Ryan Snow
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**CASE:** CSX Transportation, Inc. v. Norfolk Southern Railway Company
**WITNESS:** Michael McClellan, Christopher Luebbers
**JOB DATE:** 1/28/2021
**LOCATION:** Telephonic, Richmond, VA, 23173, US

**NOTES:**

| SHIP VIA | TERMS |
|---|---|
| - | Net 30 |

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Michael McClellan** | | | | |
| Certified Transcript | 1 | 103 | $3.45 | $355.35 |
| Certified Transcript - Early AM Pages | 1 | 20 | $1.25 | $25.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 14 | $0.20 | $2.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Christopher Luebbers** | | | | |
| Certified Transcript | 1 | 161 | $3.45 | $555.45 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 62 | $0.20 | $12.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| | | | SUBTOTAL | $951.00 |
| | | | TOTAL | $951.00 |

**THANK YOU FOR YOUR BUSINESS!**
Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 4/12/2021
**INVOICE #:** 2044426
**JOB #:** 191392

**BILL TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o David Hartnett
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**SHIP TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o Jim Chapman
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**CASE:** CSX Transportation, Inc. v. Norfolk Southern Railway Company
**WITNESS:** Thomas Crowley
**JOB DATE:** 3/31/2021
**LOCATION:** Telephonic, Alexandria, VA, 22304, US

**NOTES:**

| SHIP VIA | TERMS |
|---|---|
| - | Net 30 |

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 240 | $3.45 | $828.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Certified Transcript - 2 Day Delivery | 1 | 240 | $4.30 | $1,032.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 44 | $0.20 | $8.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| | | | SUBTOTAL | $1,868.80 |
| | | | TOTAL | $1,868.80 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG
## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 4/12/2021
**INVOICE #:** 2044455
**JOB #:** 191390

**BILL TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o David Hartnett
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**SHIP TO:**
Crenshaw, Ware & Martin, P.L.C.
c/o Jim Chapman
150 West Main Street, Suite 1500
Norfolk, VA 23510 US

**CASE:** CSX Transportation, Inc. v. Norfolk Southern Railway Company
**WITNESS:** Matthew B. Wright, PH.D.
**JOB DATE:** 3/30/2021
**LOCATION:** TELEPHONIC, Washington, DC, 20001, US

**NOTES:**

| SHIP VIA | TERMS |
|---|---|
| - | Net 30 |

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 273 | $3.45 | $941.85 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 556 | $0.20 | $111.20 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 159 | $1.00 | $159.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| | | | SUBTOTAL | $1,212.05 |
| | | | TOTAL | $1,212.05 |

THANK YOU FOR YOUR BUSINESS!
**Please make all checks payable to: TSG Reporting Inc.**       **Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



# VERITEXT
LEGAL SOLUTIONS

## Veritext Corporate Services LLC

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| | |
|---|---|
| **Invoice #:** | CS4225683 |
| **Invoice Date:** | 3/3/2020 |
| **Balance Due:** | $1,041.25 |

**Bill To:**
James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main Street
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| **Case:** | Csx Transporation Inc v. Norfolk Southern Railway |
| **Job #:** | 3990713 | Job Date: 2/21/2020 | Delivery: Normal |
| **Case #:** | 218CV530MSDLRL |
| **Billing Atty:** | James L. Chapman |
| **Location:** | Troutman Sanders LLP |
| | 600 Peachtree Street, NE | Ste 3000 |
| | Atlanta, GA 30308 |
| **Sched Atty:** | Robert W. McFarland Esq. | McGuire Woods LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $478.50 |
| Jerry Hall | Exhibit Management | $20.55 |
| | Delivery and Handling | $28.00 |
| Thomas Hurlbut | Transcript Services | $478.50 |
| | Exhibit Management | $35.70 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,041.25 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,041.25 |

RECEIVED MAR 1 6 2020

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS4225683 |
| **Job #:** | 3990713 |
| **Invoice Date:** | 3/3/2020 |
| **Balance:** | $1,041.25 |

62855



**Veritext Corporate Services LLC**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel: (844) 291-5612

Bill To:   James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main Street
Suite 1500
Norfolk VA 23510

Remit To:   Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

Statement Date: 3/4/2020

Total Balance Due:   $1,041.25

For questions regarding this statement please contact Hope Davis at 973-410-4025 or hdavis@veritext.com

| Invoice # | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged | Balance Due |
|---|---|---|---|---|---|---|---|---|
| CS4225683 | 3/3/2020 | 3990713 | 2/21/2020 | Csx Transporation Inc v Norfolk Southern Railway | James L. Chapman | C | 1 | $1,041.25 |
| | | | | | | | Total: | $1,041.25 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $1,041.25 | $0.00 | $0.00 | $0.00 | $1,041.25 |

Please Remit Payment To:

Veritext
P.O. Box 71303
Chicago IL 60694-1303

Page 1 of 1

*RECEIVED MAR 1 3 2020*

Fed. Tax ID: 20-3457913

Visa, Mastercard & American Express Accepted

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

62855



**Veritext Corporate Services LLC**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| Bill To: | James L. Chapman | Invoice #: | CS4256998 |
|---|---|---|---|
| | Crenshaw Ware & Martin PLC | Invoice Date: | 3/17/2020 |
| | 150 West Main Street | Balance Due: | $567.20 |
| | Suite 1500 | | |
| | Norfolk, VA, 23510 | | |

**Case:** Csx Transporation Inc v. Norfolk Southern Railway
**Job #:** 3984173 | Job Date: 3/2/2020 | Delivery: Normal
**Case #:** 218CV530MSDLRL
**Billing Atty:** James L. Chapman
**Location:** McGuire Woods LLP
260 Forbes Ave | Tower Two-Sixty Ste 1800
Pittsburgh, PA 15222
**Sched Atty:** Robert W. McFarland Esq.| McGuire Woods LLP

| Witness | Description | | Amount |
|---|---|---|---|
| Philip Merilli | Transcript Services | | $422.65 |
| | Exhibit Management | | $116.55 |
| | Delivery and Handling | | $28.00 |

**Notes:**

| | Invoice Total: | $567.20 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $567.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS4256998 |
|---|---|
| Job #: | 3984173 |
| Invoice Date: | 3/17/2020 |
| Balance: | $567.20 |

62855



# Veritext Corporate Services LLC

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

**Bill To:** W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main Street
Suite 1500
Norfolk, VA, 23510

| | | |
|---|---|---|
| **Invoice #:** | CS4259421 |
| **Invoice Date:** | 3/19/2020 |
| **Balance Due:** | $2,397.40 |

**Case:** CSX Transportation, Inc. v. Norfolk Southern Railway
Company, Et Al.

**Job #:** 4013060 | Job Date: 3/12/2020 | Delivery: Expedited

**Case #:** 2:18cv530

**Billing Atty:** W Ryan Snow

**Location:** McGuire Woods LLP
1230 Peachtree St NE | Ste 2100
Atlanta, GA 30309

**Sched Atty:** Michael E. Lacy | Troutman Sanders LLP

| Witness | Description | Amount |
|---|---|---|
| John Booth | Transcript Services | $2,045.10 |
| | Exhibit Management | $324.30 |
| | Delivery and Handling | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $2,397.40 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,397.40 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS4259421 |
| **Job #:** | 4013060 |
| **Invoice Date:** | 3/19/2020 |
| **Balance:** | $2,397.40 |

VERITEXT
LEGAL SOLUTIONS

# VERITEXT
LEGAL SOLUTIONS

**Veritext Corporate Services LLC**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| | |
|---|---|
| Invoice #: | CS4259532 |
| Invoice Date: | 3/19/2020 |
| Balance Due: | $1,588.00 |

**Bill To:** W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main Street
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| **Case:** | CSX transportation, Inc. v. Norfolk Southern Railway Company, et al. |
| **Job #:** | 4013061 | Job Date: 3/11/2020 | Delivery: Normal |
| **Case #:** | 2:18cv530 |
| **Billing Atty:** | W Ryan Snow |
| **Location:** | McGuire Woods LLP |
| | 1230 Peachtree St NE | Ste 2100 |
| | Atlanta, GA 30309 |
| **Sched Atty:** | Michael E. Lacy | Troutman Sanders LLP |

| Witness | Description | | Amount |
|---|---|---|---|
| Steven Armburst | Transcript Services | | $1,353.50 |
| | Exhibit Management | | $206.50 |
| | Delivery and Handling | | $28.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,588.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| **Balance Due:** | **$1,588.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | CS4259532 |
| Job #: | 4013061 |
| Invoice Date: | 3/19/2020 |
| Balance: | $1,588.00 |

62885



**Veritext Corporate Services LLC**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| | | Invoice #: | CS4259898 |
|---|---|---|---|
| | | Invoice Date: | 3/19/2020 |
| | | Balance Due: | $1,176.90 |

**Bill To:** W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main Street
Suite 1500
Norfolk, VA, 23510

**Case:** CSX Transportation, Inc. v. Norfolk Southern Railway
Company, Et Al.

**Job #:** 4013055 | Job Date: 3/13/2020 | Delivery: Normal

**Case #:** 2:18cv530

**Billing Atty:** W Ryan Snow

**Location:** McGuire Woods LLP
1230 Peachtree St NE | Ste 2100
Atlanta, GA 30309

**Sched Atty:** Michael E. Lacy | Troutman Sanders LLP

| Witness | Description | | Amount |
|---|---|---|---|
| James Allan | Transcript Services | | $1,063.00 |
| | Exhibit Management | | $85.90 |
| | Delivery and Handling | | $28.00 |
| **Notes:** | | **Invoice Total:** | $1,176.90 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,176.90 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | CS4259898 |
| Job #: | 4013055 |
| Invoice Date: | 3/19/2020 |
| Balance: | $1,176.90 |

62855



**Veritext Corporate Services LLC**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

VERITEXT LEGAL SOLUTIONS

**Bill To:** Stephanie Hunter
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

**Invoice #:** CS4410176
**Invoice Date:** 7/10/2020
**Balance Due:** $1,115.00

**Case:** CSX transportation, Inc. v. Norfolk Southern Railway Company, et al.
**Job #:** 4013061 | Job Date: 3/11/2020 | Delivery: Normal
**Case #:** 2:18cv530
**Billing Atty:** Stephanie Hunter
**Location:** McGuire Woods LLP
1230 Peachtree St NE | Ste 2100
Atlanta, GA 30309
**Sched Atty:** Michael E. Lacy | Troutman Sanders LLP

| Witness | Description | Amount |
|---|---|---|
| Steven Armburst | Video Services | $1,030.00 |
| | Delivery and Handling | $85.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,115.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,115.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** **CS4410176**
**Job #:** **4013061**
**Invoice Date:** **7/10/2020**
**Balance:** **$1,115.00**

62855

# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | 4706562 |
| Invoice Date: | 12/10/2020 |
| Balance Due: | $976.20 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, et al. (218CV530)** | Proceeding Type: Depositions

Job #: 4338561 | Job Date: 12/3/2020 | Delivery: Normal
Location: Richmond, VA
Billing Atty: W Ryan Snow
Scheduling Atty: John Lynch Esq | Troutman Pepper, LLP

**Witness: Michael Burns**

| | Amount |
|---|---|
| Transcript Services | $655.70 |
| Exhibit Management | $49.00 |
| Veritext Virtual Services | $195.00 |
| Veritext Exhibit Package (ACE) | $48.50 |
| Delivery and Handling | $28.00 |
| **Invoice Total:** | **$976.20** |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| **Balance Due:** | **$976.20** |

Notes:

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4706562 |
| Invoice Date: | 12/10/2020 |
| Balance Due: | $976.20 |

62855



# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| **Invoice #:** | **4693921** |
| **Invoice Date:** | **12/11/2020** |
| **Balance Due:** | **$1,101.40** |

| | |
|---|---|
| **Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, et al. (218CV530)** | **Proceeding Type: Depositions** |

Job #: 4338549  |  Job Date: 11/18/2020  |  Delivery: Normal

Location:        Richmond, VA

Billing Atty:    W Ryan Snow

Scheduling Atty: Michael E. Lacy | Troutman Pepper, LLP

| **Witness: Tony Ingram** | **Amount** |
|---|---|
| Transcript Services | $750.10 |
| Exhibit Management | $79.80 |
| Veritext Virtual Services | $195.00 |
| Veritext Exhibit Package (ACE) | $48.50 |
| Delivery and Handling | $28.00 |
| **Invoice Total:** | **$1,101.40** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,101.40** |

Notes:

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4693921** |
| **Invoice Date:** | **12/11/2020** |
| **Balance Due:** | **$1,101.40** |



**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | 4712484 |
| Invoice Date: | 12/14/2020 |
| Balance Due: | $718.60 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al.**
**(218CV530)**

Proceeding Type: Depositions

Job #: 4358762   |   Job Date: 12/7/2020   |   Delivery: Normal

Location: Detroit, MI

Billing Atty: W Ryan Snow

Scheduling Atty: Tara Reinhart Esq | Skadden Arps Slate Meagher & Flom LLP

| Witness: Chris Wagel | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 129.00 | $2.95 | $380.55 |
| Exhibits - Color | 7.00 | $1.00 | $7.00 |
| Exhibits | 33.00 | $0.35 | $11.55 |
| Rough Draft | 129.00 | $1.55 | $199.95 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package (all Electronic Files) | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| Invoice Total: | $918.55 |
| Payment: | $0.00 |
| Credit: | ($199.95) |
| Interest: | $0.00 |
| **Balance Due:** | **$718.60** |

Notes:

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.   No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4712484 |
| Invoice Date: | 12/14/2020 |
| Balance Due: | $718.60 |

62855

# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



Bill To: W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | 4712484 |
| Invoice Date: | 12/14/2020 |
| Balance Due: | $918.55 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al. (218CV530)**

| | | | | |
|---|---|---|---|---|
| Job #: 4358762 | Job Date: 12/7/2020 | Delivery: Normal | | |

Proceeding Type: Depositions

Location: Detroit, MI
Billing Atty: W Ryan Snow
Scheduling Atty: Tara Reinhart Esq | Skadden Arps Slate Meagher & Flom LLP

| Witness: Chris Wagel | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 129.00 | $2.95 | $380.55 |
| Exhibits - Color | 7.00 | $1.00 | $7.00 |
| Exhibits | 33.00 | $0.35 | $11.55 |
| Rough Draft | 129.00 | $1.55 | $199.95 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package (all Electronic Files) | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| Invoice Total: | $918.55 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| **Balance Due:** | **$918.55** |

Notes:

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4712484 |
| Invoice Date: | 12/14/2020 |
| Balance Due: | $918.55 |

62855



**Veritext Corporate Services LLC**

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To:  James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | 4718936 |
| Invoice Date: | 12/17/2020 |
| Balance Due: | $1,253.50 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al.
(218CV530)**

| | |
|---|---|
| Job #: 4358779 | Job Date: 12/8/2020 | Delivery: Normal |

Proceeding Type: Depositions

| | |
|---|---|
| Location: | Miami, FL |
| Billing Atty: | James L. Chapman |
| Scheduling Atty: | John R. Thornburgh, II Esq | Skadden Arps Slate Meagher & Flom LLP |

| Witness: Jay Strongosky | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 279.00 | $2.95 | $823.05 |
| Exhibits - Color | 99.00 | $1.00 | $99.00 |
| Exhibits | 93.00 | $0.65 | $60.45 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package (all Electronic Files) | 1.00 | $48.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| Invoice Total: | $1,253.50 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| **Balance Due:** | **$1,253.50** |

Notes:

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4718936 |
| Invoice Date: | 12/17/2020 |
| Balance Due: | $1,253.50 |



# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To:  W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| **Invoice #:** | **4719232** |
| **Invoice Date:** | **12/21/2020** |
| **Balance Due:** | **$852.75** |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al.
(218CV530)**                                    Proceeding Type: Depositions

Job #: 4365258  |  Job Date: 12/9/2020  |  Delivery: Expedited

Location:         Durham, NC

Billing Atty:      W Ryan Snow

Scheduling Atty:  John Lynch Esq | Troutman Pepper, LLP

| Witness: Ryan Houfek | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 184.00 | $2.95 | $542.80 |
| Certified Transcript - Expedited | 184.00 | $0.00 | $0.00 |
| Exhibits - Color | 11.00 | $1.00 | $11.00 |
| Exhibits | 43.00 | $0.65 | $27.95 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package (all Electronic Files) | 1.00 | $48.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |
| | **Invoice Total:** | | **$852.75** |
| | **Payment:** | | **$0.00** |
| | **Credit:** | | **$0.00** |
| | **Interest:** | | **$0.00** |
| | **Balance Due:** | | **$852.75** |

Notes:

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**To pay online, go to www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4719232** |
| **Invoice Date:** | **12/21/2020** |
| **Balance Due:** | **$852.75** |

62855



# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | 4738100 |
| Invoice Date: | 12/30/2020 |
| Balance Due: | $993.80 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, et al. (218CV530)**

Job #: 4349030   |   Job Date: 12/15/2020   |   Delivery: Normal

Location: Miami, FL
Billing Atty: James L. Chapman
Scheduling Atty: Michael E. Lacy | Troutman Pepper, LLP

Proceeding Type: Depositions

**Witness: Jermaine Swafford**

| | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 188.00 | $2.95 | $554.60 |
| Exhibits - Color | 4.00 | $1.00 | $4.00 |
| Exhibits | 178.00 | $0.65 | $115.70 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package (all Electronic Files) | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| Invoice Total: | $993.80 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $993.80 |

Notes:

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4738100 |
| Invoice Date: | 12/30/2020 |
| Balance Due: | $993.80 |

62855



# Veritext Corporate Services LLC

Tel: 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

| | |
|---|---|
| **Invoice #:** | **4760293** |
| **Invoice Date:** | **1/11/2021** |
| **Balance Due:** | **$1,026.10** |

Bill To:   James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al. (218CV530)**

Proceeding Type: Depositions

Job #: 4338572   |   Job Date: 12/14/2020   |   Delivery: Normal

Location:        Miami, FL
Billing Atty:    James L. Chapman
Scheduling Atty: Michael E. Lacy | Troutman Pepper, LLP

**Witness: Anthony DiDeo**

| | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 281.00 | $2.95 | $828.95 |
| Exhibits - Color | 7.00 | $1.00 | $7.00 |
| Exhibits | 101.00 | $0.65 | $65.65 |
| Litigation Package (all Electronic Files) | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |
| | | Invoice Total: | $1,026.10 |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,026.10 |

Notes:

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**To pay online, go to www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4760293** |
| **Invoice Date:** | **1/11/2021** |
| **Balance Due:** | **$1,026.10** |

62855

# Veritext Corporate Services LLC

Tel: 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



VERITEXT
LEGAL SOLUTIONS

Bill To:    James L. Chapman
            Crenshaw Ware & Martin PLC
            150 West Main St
            Suite 1500
            Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | 4763779 |
| Invoice Date: | 1/11/2021 |
| Balance Due: | $934.80 |

## Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al. (218CV530)

Proceeding Type: Depositions

Job #: 4358802  |  Job Date: 12/11/2020  |  Delivery: Normal

Location:        Miami, FL

Billing Atty:    James L. Chapman

Scheduling Atty:  Tara Reinhart Esq | Skadden Arps Slate Meagher & Flom LLP

| Witness: Maryclare Kenney | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 193.00 | $2.95 | $569.35 |
| Exhibits - Color | 18.00 | $1.00 | $18.00 |
| Exhibits | 43.00 | $0.65 | $27.95 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package (all Electronic Files) | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| Invoice Total: | $934.80 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $934.80 |

Notes:

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4763779 |
| Invoice Date: | 1/11/2021 |
| Balance Due: | $934.80 |

# Veritext Corporate Services LLC

Tel: 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



**Bill To:** James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| **Invoice #:** | **4759799** |
| **Invoice Date:** | **1/12/2021** |
| **Balance Due:** | **$1,025.65** |

---

| **Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al.** | **Proceeding Type: Depositions** |
|---|---|
| **(218CV530)** | |

**Job #:** 4385262  |  **Job Date:** 1/5/2021  |  **Delivery:** Normal

**Location:** Miami, FL

**Billing Atty:** James L. Chapman

**Scheduling Atty:** Thomas R. Gentry Esq. | Skadden Arps Slate Meagher & Flom LLP

| Witness: Carl Warren | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 277.00 | $2.95 | $817.15 |
| Exhibits | 84.00 | $1.00 | $84.00 |
| Litigation Package (all Electronic Files) | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |
| | | **Invoice Total:** | **$1,025.65** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,025.65** |

**Notes:**

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4759799** |
| **Invoice Date:** | **1/12/2021** |
| **Balance Due:** | **$1,025.65** |

62855

# Veritext Corporate Services LLC

Tel: 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| | | Invoice #: | 4778899 |
| Bill To: | James L. Chapman | Invoice Date: | 1/20/2021 |
| | Crenshaw Ware & Martin PLC | Balance Due: | $1,308.20 |
| | 150 West Main St | | |
| | Suite 1500 | | |
| | Norfolk, VA, 23510 | | |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al. (2:18CV530)**

Proceeding Type: Depositions

Job #: 4380445   |   Job Date: 1/8/2021   |   Delivery: Normal

Location:        Miami, FL
Billing Atty:    James L. Chapman
Scheduling Atty: Michael E. Lacy | Troutman Pepper, LLP

| Witness: Frederik Eliasson | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 256.00 | $2.95 | $755.20 |
| Exhibits | 282.00 | $1.00 | $282.00 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package (all Electronic Files) | 1.00 | $48.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |
| | | **Invoice Total:** | **$1,308.20** |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | **Balance Due:** | **$1,308.20** |

Notes:

TERMS:    Payable upon receipt.   Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4778899** |
| **Invoice Date:** | **1/20/2021** |
| **Balance Due:** | **$1,308.20** |

62855

# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



VERITEXT
LEGAL SOLUTIONS

| Bill To: | W Ryan Snow |
|---|---|
| | Crenshaw Ware & Martin PLC |
| | 150 West Main St |
| | Suite 1500 |
| | Norfolk, VA, 23510 |

| Invoice #: | 4786882 |
|---|---|
| Invoice Date: | 1/25/2021 |
| Balance Due: | $2,198.20 |

| Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al. (218CV530) | Proceeding Type: Depositions |
|---|---|

Job #: 4380453   |   Job Date: 1/20/2021   |   Delivery: Expedited

| Location: | Miami, FL |
|---|---|
| Billing Atty: | W Ryan Snow |
| Scheduling Atty: | Michael E. Lacy | Troutman Pepper, LLP |

| Witness: Anthony MacDonald | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 281.00 | $2.95 | $828.95 |
| Exhibits | 121.00 | $1.00 | $121.00 |
| Rough Draft | 281.00 | $2.25 | $632.25 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | | |
|---|---|---|
| Invoice Total: | $2,198.20 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,198.20 |

Notes:

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.   No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Please remit payment to: | To pay online, go to www.veritext.com | Invoice #: | 4786882 |
|---|---|---|---|
| Veritext | | Invoice Date: | 1/25/2021 |
| P.O. Box 71303 | Veritext accepts all major credit cards | Balance Due: | $2,198.20 |
| Chicago IL 60694-1303 | (American Express, Mastercard, Visa, Discover) | | |
| Fed. Tax ID: 20-3457913 | | | |



# Veritext Corporate Services LLC

Tel: 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

| | |
|---|---|
| **Bill To:** | James L. Chapman |
| | Crenshaw Ware & Martin PLC |
| | 150 West Main St |
| | Suite 1500 |
| | Norfolk, VA, 23510 |

| | |
|---|---|
| **Invoice #:** | 4787888 |
| **Invoice Date:** | 1/26/2021 |
| **Balance Due:** | $1,827.85 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al.
(218CV530)**

Proceeding Type: Depositions

| | |
|---|---|
| **Job #:** 4395739 | **Job Date:** 1/13/2021 | **Delivery:** Normal |
| **Location:** | Richmond, VA |
| **Billing Atty:** | James L. Chapman |
| **Scheduling Atty:** | Alan D. Wingfield | Troutman Pepper, LLP |

| Witness: Robert Girardot | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 303.00 | $2.95 | $893.85 |
| Exhibits | 195.00 | $1.00 | $195.00 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $28.00 | $28.00 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Exhibit Share Addl Presenter | 1.00 | $95.00 | $95.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |
| | | **Invoice Total:** | **$1,827.85** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,827.85** |

Notes:

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | |
|---|---|
| **Please remit payment to:** | Veritext |
| | P.O. Box 71303 |
| | Chicago IL 60694-1303 |
| | Fed. Tax ID: 20-3457913 |

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | 4787888 |
| **Invoice Date:** | 1/26/2021 |
| **Balance Due:** | $1,827.85 |

62855



# Veritext Corporate Services LLC

Tel: 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| **Invoice #:** | **4788874** |
| **Invoice Date:** | **1/26/2021** |
| **Balance Due:** | **$1,428.60** |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al. (218CV530)**

Proceeding Type: Depositions

Job #: 4385284 | Job Date: 1/12/2021 | Delivery: Normal

Location: Miami, FL

Billing Atty: James L. Chapman

Scheduling Atty: Thomas R. Gentry Esq. | Skadden Arps Slate Meagher & Flom LLP

| Witness: Robert Girardot | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 338.00 | $2.95 | $997.10 |
| Exhibits - Color | 14.00 | $1.00 | $14.00 |
| Exhibits | 98.00 | $1.00 | $98.00 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| **Invoice Total:** | **$1,428.60** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,428.60** |

Notes:

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4788874** |
| **Invoice Date:** | **1/26/2021** |
| **Balance Due:** | **$1,428.60** |



# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | 4790558 |
| Invoice Date: | 1/26/2021 |
| Balance Due: | $2,202.86 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al. (218CV530)**

Job #: 4417634 | Job Date: 1/19/2021 | Delivery: Expedited

Location: Norfolk, VA

Billing Atty: W Ryan Snow

Scheduling Atty: Thomas R. Gentry Esq. | Skadden Arps Slate Meagher & Flom LLP

Proceeding Type: Depositions

| Witness: Catherine Vick | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 282.00 | $2.95 | $831.90 |
| Transcript - Expedited | 282.00 | $1.18 | $332.76 |
| Exhibits - Color | 72.00 | $1.00 | $72.00 |
| Exhibits | 28.00 | $0.40 | $11.20 |
| Rough Draft | 282.00 | $2.25 | $634.50 |
| Conference Call | 1.00 | $55.00 | $55.00 |
| Surcharge - Video Proceeding | 282.00 | $0.50 | $141.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| Invoice Total: | $2,202.86 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| **Balance Due:** | **$2,202.86** |

Notes:

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4790558 |
| Invoice Date: | 1/26/2021 |
| Balance Due: | $2,202.86 |



**Veritext Corporate Services LLC**
Tel: 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To:  W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | 4791780 |
| Invoice Date: | 1/27/2021 |
| Balance Due: | $830.15 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al.**
**(218CV530)**

Job #: 4376064   |   Job Date: 1/15/2021   |   Delivery: Normal

Proceeding Type: Depositions

| | |
|---|---|
| Location: | Miami, FL |
| Billing Atty: | W Ryan Snow |
| Scheduling Atty: | Thomas R. Genty Esq. | Skadden Arps Slate Meagher & Flom LLP |

| Witness: Dean Placente | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 217.00 | $2.95 | $640.15 |
| Exhibits | 114.00 | $1.00 | $114.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| Invoice Total: | $830.15 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| **Balance Due:** | **$830.15** |

Notes:

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4791780** |
| **Invoice Date:** | **1/27/2021** |
| **Balance Due:** | **$830.15** |

62855



# Veritext Corporate Services LLC

Tel: 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

| | |
|---|---|
| Bill To: | James L. Chapman |
| | Crenshaw Ware & Martin PLC |
| | 150 West Main St |
| | Suite 1500 |
| | Norfolk, VA, 23510 |

| | |
|---|---|
| Invoice #: | 4795465 |
| Invoice Date: | 1/29/2021 |
| Balance Due: | $3,002.70 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, et al. (218CV530)**

Proceeding Type: Depositions

Job #: 4423103 | Job Date: 1/22/2021 | Delivery: Expedited

| | |
|---|---|
| Location: | Norfolk, VA |
| Billing Atty: | James L. Chapman |
| Scheduling Atty: | Thomas R. Genty Esq. | Skadden Arps Slate Meagher & Flom LLP |

**Witness: Thomas Capozzi**

| | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 315.00 | $3.85 | $1,212.75 |
| Transcript - Expedited | 315.00 | $1.92 | $604.80 |
| Exhibits | 261.00 | $0.40 | $104.40 |
| Rough Draft | 315.00 | $2.25 | $708.75 |
| Conference Call | 1.00 | $55.00 | $55.00 |
| Surcharge - Video Proceeding | 315.00 | $0.50 | $157.50 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Witness Read and Sign Services | 1.00 | $35.00 | $35.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| Invoice Total: | $3,002.70 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| **Balance Due:** | **$3,002.70** |

Notes:

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | |
|---|---|
| Please remit payment to: | |
| Veritext | |
| P.O. Box 71303 | |
| Chicago IL 60694-1303 | |
| Fed. Tax ID: 20-3457913 | |

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4795465 |
| Invoice Date: | 1/29/2021 |
| Balance Due: | $3,002.70 |

62855

# Veritext Corporate Services LLC

Tel: 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



Bill To: W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | 4806663 |
| Invoice Date: | 2/3/2021 |
| Balance Due: | $1,003.60 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al.**
**(218CV530)**

Proceeding Type: Depositions

Job #: 4385298  |  Job Date: 1/14/2021  |  Delivery: Normal

Location: Miami, FL

Billing Atty: W Ryan Snow

Scheduling Atty: Thomas R. Gentry Esq. | Skadden Arps Slate Meagher & Flom LLP

| Witness: Quintin Kendall | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 223.00 | $2.95 | $657.85 |
| Exhibits | 115.00 | $0.65 | $74.75 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |
| | | Invoice Total: | $1,003.60 |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,003.60 |

Notes: THIS INVOICE REPLACES INVOICE 4803501

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4806663 |
| Invoice Date: | 2/3/2021 |
| Balance Due: | $1,003.60 |



# Veritext Corporate Services LLC

Tel: 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

**Bill To:** W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| **Invoice #:** | 4833940 |
| **Invoice Date:** | 2/17/2021 |
| **Balance Due:** | $324.20 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al. (218CV530)**

**Proceeding Type: Depositions**

**Job #:** 4449110  |  **Job Date:** 2/5/2021  |  **Delivery:** Normal

**Location:** Norfolk, VA

**Billing Atty:** W Ryan Snow

**Scheduling Atty:** Thomas R. Gentry Esq. | Skadden Arps Slate Meagher & Flom LLP

| Witness: Catherine Vick | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 56.00 | $2.95 | $165.20 |
| Conference Call | 1.00 | $55.00 | $55.00 |
| Surcharge - Video Proceeding | 56.00 | $0.50 | $28.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |
| | | **Invoice Total:** | $324.20 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $324.20 |

**Notes:**

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | 4833940 |
| **Invoice Date:** | 2/17/2021 |
| **Balance Due:** | $324.20 |



# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | 4896967 |
| Invoice Date: | 3/23/2021 |
| Balance Due: | $2,668.26 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al.
(218CV530)**

Job #: 4501152  |  Job Date: 3/17/2021  |  Delivery: Expedited

Location: Miami, FL

Billing Atty: James L. Chapman

Scheduling Atty: Thomas R. Gentry Esq. | Skadden Arps Slate Meagher & Flom LLP

Proceeding Type: Depositions

**Witness: Jay Strongosky**

| | Quantity | Price | Amount |
|---|---|---|---|
| Transcript - Expedited | 106.00 | $2.36 | $250.16 |
| Certified Transcript | 106.00 | $2.95 | $312.70 |
| Exhibits | 129.00 | $0.65 | $83.85 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |

**Witness: Robert J. Girardot**

| | Quantity | Price | Amount |
|---|---|---|---|
| Transcript - Expedited | 205.00 | $2.36 | $483.80 |
| Certified Transcript | 205.00 | $2.95 | $604.75 |
| Surcharge - Extended Hours (Pages) | 121.00 | $0.50 | $60.50 |
| Exhibits | 100.00 | $0.65 | $65.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |

| | Quantity | Price | Amount |
|---|---|---|---|
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Exhibit Share Addl Presenter | 1.00 | $95.00 | $95.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

Notes:

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4896967 |
| Invoice Date: | 3/23/2021 |
| Balance Due: | $2,668.26 |

62855

# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| Invoice Total: | $2,668.26 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| **Balance Due:** | **$2,668.26** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4896967** |
| **Invoice Date:** | **3/23/2021** |
| **Balance Due:** | **$2,668.26** |

62855



## Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

| Bill To: | James L. Chapman | Invoice #: | **4915012** |
|---|---|---|---|
| | Crenshaw Ware & Martin PLC | Invoice Date: | **3/29/2021** |
| | 150 West Main St | Balance Due: | **$745.00** |
| | Suite 1500 | | |
| | Norfolk, VA, 23510 | | |

| **Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al.**<br>**(218CV530)** | | Proceeding Type: Depositions |
|---|---|---|

Job #: 4380453 | Job Date: 1/20/2021 | Delivery: Normal

Location: Miami, FL

Billing Atty: James L. Chapman

Scheduling Atty: Michael E. Lacy | Troutman Pepper, LLP

| **Witness: Anthony MacDonald** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $150.00 | $150.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Digitizing & Transcript Synchronization | 6.00 | $110.00 | $660.00 |

| Notes: | | Invoice Total: | $895.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | ($150.00) |
| | | Interest: | $0.00 |
| | | Balance Due: | $745.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | **4915012** |
|---|---|
| Invoice Date: | **3/29/2021** |
| Balance Due: | **$745.00** |



# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

| | |
|---|---|
| Invoice #: | **4915010** |
| Invoice Date: | **3/29/2021** |
| Balance Due: | **$965.00** |

Bill To: James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al.
(218CV530)**

Proceeding Type: Depositions

Job #: 4385284   |   Job Date: 1/12/2021   |   Delivery: Normal

Location: Miami, FL

Billing Atty: James L. Chapman

Scheduling Atty: Thomas R. Gentry Esq. | Skadden Arps Slate Meagher & Flom
LLP

**Witness: Robert Girardot**

| | Quantity | Price | Amount |
|---|---|---|---|
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $150.00 | $150.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Digitizing & Transcript Synchronization | 8.00 | $110.00 | $880.00 |

| | |
|---|---|
| Invoice Total: | **$1,115.00** |
| Payment: | $0.00 |
| Credit: | ($150.00) |
| Interest: | $0.00 |
| **Balance Due:** | **$965.00** |

Notes:

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**To pay online, go to www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **4915010** |
| Invoice Date: | **3/29/2021** |
| Balance Due: | **$965.00** |

62855



# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | **4915112** |
| Invoice Date: | **3/30/2021** |
| Balance Due: | **$965.00** |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al. (218CV530)**

Proceeding Type: Depositions

Job #: 4395739 | Job Date: 1/13/2021 | Delivery: Normal

Location: Richmond, VA

Billing Atty: James L. Chapman

Scheduling Atty: Alan D. Wingfield | Troutman Pepper, LLP

**Witness: Robert Girardot**

| | Quantity | Price | Amount |
|---|---|---|---|
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $150.00 | $150.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Digitizing & Transcript Synchronization | 8.00 | $110.00 | $880.00 |

| | |
|---|---|
| Invoice Total: | $1,115.00 |
| Payment: | $0.00 |
| Credit: | ($150.00) |
| Interest: | $0.00 |
| **Balance Due:** | **$965.00** |

Notes:

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **4915112** |
| Invoice Date: | **3/30/2021** |
| Balance Due: | **$965.00** |

62855



**Veritext Corporate Services LLC**

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | **4915113** |
| Invoice Date: | **3/30/2021** |
| Balance Due: | **$525.00** |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, et al. (218CV530)**

Proceeding Type: Depositions

Job #: 4365258  |  Job Date: 12/9/2020  |  Delivery: Normal

Location:            Durham, NC

Billing Atty:       James L. Chapman

Scheduling Atty:   John Lynch Esq | Troutman Pepper, LLP

**Witness: Ryan Houfek**

| | Quantity | Price | Amount |
|---|---|---|---|
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $150.00 | $150.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Digitizing & Transcript Synchronization | 4.00 | $110.00 | $440.00 |

| | |
|---|---|
| Invoice Total: | $675.00 |
| Payment: | $0.00 |
| Credit: | ($150.00) |
| Interest: | $0.00 |
| **Balance Due:** | **$525.00** |

Notes:

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **4915113** |
| Invoice Date: | **3/30/2021** |
| **Balance Due:** | **$525.00** |

62855



# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

Invoice #: **4915818**
Invoice Date: 3/30/2021
Balance Due: **$2,959.54**

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al. (218CV530)**

Job #: 4488466 | Job Date: 3/22/2021 | Delivery: Expedited

Location:  Miami, FL

Billing Atty:  W Ryan Snow

Scheduling Atty:  Thomas R. Gentry Esq. | Skadden Arps Slate Meagher & Flom
LLP

Proceeding Type: Depositions

| Witness: Howard P. Marvel | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 242.00 | $3.50 | $847.00 |
| Transcript - Expedited | 242.00 | $2.10 | $508.20 |
| Surcharge - Extended Hours (Pages) | 242.00 | $0.50 | $121.00 |
| Exhibits | 374.00 | $0.65 | $243.10 |
| Veritext Virtual Participants | 2.00 | $195.00 | $390.00 |
| Surcharge - Video Proceeding | 242.00 | $0.50 | $121.00 |
| Surcharge - Expert/Medical/Technical | 242.00 | $0.50 | $121.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Exhibit Share Addl Presenter | 1.00 | $95.00 | $95.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| Invoice Total: | $2,915.80 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $43.74 |
| Balance Due: | $2,959.54 |

Notes:

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 36 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Invoice #: **4915818**
Invoice Date: 3/30/2021
Balance Due: **$2,959.54**

62855



**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: W Ryan Snow
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| | |
|---|---|
| Invoice #: | **4944623** |
| Invoice Date: | **4/12/2021** |
| Balance Due: | **$1,399.60** |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al. (218CV530)**

Proceeding Type: Depositions

Job #: 4511076  |  Job Date: 3/25/2021  |  Delivery: Normal

Location:        Miami, FL

Billing Atty:     W Ryan Snow

Scheduling Atty:  Michael E. Lacy | Troutman Pepper, LLP

**Witness: Michael Burns**

| | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 80.00 | $2.95 | $236.00 |
| Exhibits | 24.00 | $1.00 | $24.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |

**Witness: Steven Armbrust**

| | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 98.00 | $2.95 | $289.10 |
| Exhibits | 48.00 | $1.00 | $48.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |

| | Quantity | Price | Amount |
|---|---|---|---|
| Veritext Virtual Participants | 1.00 | $95.00 | $95.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Exhibit Share Addl Presenter | 2.00 | $95.00 | $190.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

Notes:

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**To pay online, go to www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **4944623** |
| Invoice Date: | **4/12/2021** |
| Balance Due: | **$1,399.60** |

62855

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

VERITEXT
LEGAL SOLUTIONS

| | |
|---|---|
| Invoice Total: | $1,399.60 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| **Balance Due:** | **$1,399.60** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4944623** |
| **Invoice Date:** | **4/12/2021** |
| **Balance Due:** | **$1,399.60** |

62855



**Veritext Corporate Services LLC**

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

Bill To: James L. Chapman
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA, 23510

| Invoice #: | 4946238 |
| Invoice Date: | 4/13/2021 |
| Balance Due: | $968.55 |

**Case: CSX Transportation, Inc. v. Norfolk Southern Railway Company, Et Al.
(218CV530)**

Job #: 4510793  |  Job Date: 3/26/2021  |  Delivery: Normal

Location:      Miami, FL

Billing Atty:      James L. Chapman

Scheduling Atty:   Tara Reinhart Esq | Skadden Arps Slate Meagher & Flom LLP

Proceeding Type: Depositions

**Witness: Maryclare Kenney**

| | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 83.00 | $3.50 | $290.50 |
| Exhibits - Color | 48.00 | $1.00 | $48.00 |
| Exhibits | 37.00 | $0.65 | $24.05 |
| Veritext Virtual Participants | 1.00 | $95.00 | $95.00 |
| Surcharge - Video Proceeding | 83.00 | $0.50 | $41.50 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| Invoice Total: | $968.55 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $968.55 |

Notes:

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**To pay online, go to www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 4946238 |
| Invoice Date: | 4/13/2021 |
| Balance Due: | $968.55 |

62855



ZAHN COURT REPORTING
208 East Plume Street, Suite 214
Norfolk, VA 23510
*tel:* 757-627-6564 *fax:* 757-625-7077
*email:* info@zahncourtreporting.com

# INVOICE

**Invoice Number:** 200264
Invoice Date: 02/20/2020
Job Number: 101568

Crenshaw Ware & Martin
ATTN: James L. Chapman IV, Esquire
150 West Main Street
Suite 1500
Norfolk, VA 23510

In Re: CSX Transportation, INC v Norfolk Southern Railway
Witness(s): 9:30am NPBL 30(b)(6), 3:30pm Cannon Moss
Attendance Date: 02/14/2020, 9:30 a.m.
Reporter: Kerry E. Zahn

| Qty | Description | | Ext |
|---|---|---|---|
| | **30(b)(6) of NPBL by designee Cannon Moss** | | |
| 332 | Copy of Transcript | | 830.00 |
| 46 | Exhibits Scanned (B&W) | | 23.00 |
| | | Invoice Total: | 853.00 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Ensure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Please Note: If you wish to pay by credit card a 3% fee will apply. (No credit is extended to attorney's clients or other third parties.) In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

---

**CREDIT CARDS ACCEPTED**

VISA  MasterCard  [Discover]  [American Express]

Amount Enclosed: $
Amount Due: **$853.00**
Invoice Date: 02/20/2020
Invoice Number: 200264

*Please detach bottom portion and return with payment*

Cardholder's Name:
Card Number:
Exp. Date:                Phone:
Billing Address:
Zip:             Security Code:
Signature:



ZAHN COURT REPORTING
208 East Plume Street, Suite 214
Norfolk, VA 23510
*tel:* 757-627-6554 *fax:* 757-625-7077
*email:* info@zahncourtreporting.com

# INVOICE

| | | |
|---|---|---|
| **Invoice Number:** | | **200263** |
| Invoice Date: | | 02/20/2020 |
| Job Number: | | 101568 |

Spotts Fain
ATTN: M. F. Connell Mullins, Jr., Esq.
411 E. Franklin St.
Suite #600
Richmond, VA 23219

In Re:   CSX Transportation, INC v Norfolk Southern Railway
Witness(s): 9:30am NPBL 30(b)(6), 3:30pm Cannon Moss
Attendance Date: 02/14/2020, 9:30 a.m.
Reporter: Kerry E. Zahn

| Qty | Description | Ext |
|---|---|---|
| | **30(b)(6) of NPBL by designee Cannon Moss** | |
| 332 | Copy of Transcript | 830.00 |
| 349 | Exhibits Scanned (B&W) | 174.50 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Ensure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

INVOICE DUE WITHIN 30 DAYS.
18.00% LATE FEE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Please Note: If you wish to pay by credit card a 3% fee will apply. (No credit is extended to attorney's clients or other third parties) In accepting performance of
our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

Invoice Total:                 1004.50

---

**CREDIT CARDS ACCEPTED**

| | |
|---|---|
| Amount Enclosed: | $ |
| Amount Due: | **$1004.50** |
| Invoice Date: | 02/20/2020 |
| Invoice Number: | 200263 |

Cardholder's Name:
Card Number:
Exp. Date:            Phone:
Billing Address:
Zip:            Security Code:
Signature:

*Please detach bottom portion and return with payment*



ZAHN COURT REPORTING
208 East Plume Street, Suite 214
Norfolk, VA 23510
*tel:* 757-627-6554 *fax:* 757-625-7077
*email:* info@zahncourtreporting.com

# INVOICE

**Invoice Number:** 200269
Invoice Date: 02/20/2020
Job Number: 101569

Crenshaw Ware & Martin
ATTN: James L. Chapman IV, Esquire
150 West Main Street
Suite 1500
Norfolk, VA 23510

In Re:    CSX Transportation, INC v Norfolk Southern Railway
Witness(s): NSR 30(b)(6), Kenneth Joyner, Randy Hunt
Attendance Date: 02/18/2020, 10:00 a.m.
Reporter: Kerry E. Zahn

| Qty | Description | | Ext |
|---|---|---|---|
| | **30(b)(6) of Norfolk Southern by designee Randall Hunt** | | |
| 193 | Copy of Transcript | | 482.50 |
| 12 | Exhibits Scanned (B&W) | | 6.00 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Ensure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

Invoice Total:    488.50

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Please Note: If you wish to pay by credit card a 3% fee will apply. (No credit is extended to attorney's clients or other third parties) In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

---

**CREDIT CARDS ACCEPTED**

VISA   MasterCard   [AMEX]   [DISCOVER]

Amount Enclosed:    $
Amount Due:    **$488.50**
Invoice Date:    02/20/2020
Invoice Number:    200269

Cardholder's Name:
Card Number:
Exp. Date:           Phone:
Billing Address:
Zip:           Security Code:
Signature:

*Please detach bottom portion and return with payment*



ZAHN COURT REPORTING
208 East Plume Street, Suite 214
Norfolk, VA 23510
*tel:* 757-627-6554 *fax:* 757-625-7077
*email:* info@zahncourtreporting.com

# INVOICE

**Invoice Number:** 200272
Invoice Date: 02/20/2020
Job Number: 101570

Crenshaw Ware & Martin
ATTN: James L. Chapman IV, Esquire
150 West Main Street
Suite 1500
Norfolk, VA 23510

In Re:   CSX Transportation, INC v Norfolk Southern Railway
Witness(s): Kenneth Joyner
Attendance Date: 02/19/2020, 10:00 a.m.
Reporter: Kerry E. Zahn

| Qty | Description | Ext |
|---|---|---|
| | **30(b)(6) of Norfolk Southern by designee Kenneth Joyner** | |
| 216 | Copy of Transcript | 540.00 |
| 14 | Exhibits Scanned (B&W) | 7.00 |

Invoice Total:   547.00

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Ensure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Please Note: If you wish to pay by credit card a 3% fee will apply. (No credit is extended to attorney's clients or other third parties.) In accepting performance of
our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

**CREDIT CARDS ACCEPTED**

Invoice Number:   200272
Invoice Date:   02/20/2020
Amount Due:   **$547.00**
Amount Enclosed:   $

Cardholder's Name:
Card Number:
Exp. Date:               Phone:
Billing Address:
Zip:               Security Code:
Signature:



**ZAHN COURT REPORTING**
208 East Plume Street, Suite 214
Norfolk, VA 23510
*tel:* 757-627-6554 *fax:* 757-625-7077
*email:* info@zahncourtreporting.com

# INVOICE

**Invoice Number:** **200303**
Invoice Date: 02/27/2020
Job Number: 10157ı

Crenshaw Ware & Martin
ATTN: James L. Chapman IV, Esquire
150 West Main Street
Suite 1500
Norfolk, VA 23510

In Re: CSX Transportation, INC v Norfolk Southern Railway
Witness(s): Michael McClellan
Attendance Date: 02/20/2020, 9:00 a.m.
Reporter: Kerry E. Zahn

| Qty | Description | | Ext |
|---|---|---|---|
| | **Michael McClellan** | | |
| 295 | Copy of Transcript | | 737.50 |
| 17 | Exhibits Scanned (B&W) | | 8.50 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Ensure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

Invoice Total: 746.00

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Please Note: If you wish to pay by credit card a 3% fee will apply. (No credit is extended to attorney's clients or other third parties) In accepting performance of
our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

---

**CREDIT CARDS ACCEPTED**
VISA   MasterCard   American Express

Invoice Number: 200303
Invoice Date: 02/27/2020
Amount Due: **$746.00**
Amount Enclosed: $

*Please detach bottom portion and return with payment*

Cardholder's Name:
Card Number:
Exp. Date:           Phone:
Billing Address:
Zip:              Security Code:
Signature:



ZAHN COURT REPORTING
208 East Plume Street, Suite 214
Norfolk, VA 23510
*tel:* 757-627-6554 *fax:* 757-625-7077
*email:* info@zahncourtreporting.com

# INVOICE

**Invoice Number:** **200353**
Invoice Date: 02/29/2020
Job Number: 101573

Crenshaw Ware & Martin
ATTN: James L. Chapman IV, Esquire
150 West Main Street
Suite 1500
Norfolk, VA 23510

In Re: CSX Transportation, INC v Norfolk Southern Railway
Witness(s): Chris Leubbers
Attendance Date: 02/25/2020, 9:30 a.m.
Reporter: Kerry E. Zahn

| Qty | Description | | Ext |
|-----|-------------|--|-----|
| | **Christopher Luebbers** | | |
| 336 | Copy of Transcript | | 840.00 |
| 35 | Exhibits Scanned (B&W) | | 17.50 |
| | | Invoice Total: | 857.50 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Ensure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

INVOICE DUE WITHIN 30 DAYS.
18.00% LATE FEE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Please Note: If you wish to pay by credit card a 3% fee will apply. (No credit is extended to attorney's clients or other third parties.) In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

**CREDIT CARDS ACCEPTED**

Invoice Number: 200353
Invoice Date: 02/29/2020
Amount Due: **$857.50**
Amount Enclosed: $

*Please detach bottom portion and return with payment*

Cardholder's Name:
Card Number:
Exp. Date:                Phone:
Billing Address:
Zip:              Security Code:
Signature:



# ZAHN
## COURT REPORTING

ZAHN COURT REPORTING
208 East Plume Street, Suite 214
Norfolk, VA 23510
*tel:* 757-627-6554 *fax:* 757-625-7077
*email:* info@zahncourtreporting.com

## INVOICE

| | |
|---|---|
| **Invoice Number:** | **200348** |
| *Invoice Date:* | 02/29/2020 |
| *Job Number:* | 101572 |

Crenshaw Ware & Martin
ATTN: James L. Chapman IV, Esquire
150 West Main Street
Suite 1500
Norfolk, VA 23510

In Re:  CSX Transportation, INC v Norfolk Southern Railway
Witness(s): Michael Wheeler
Attendance Date: 02/24/2020, 2:30 p.m.
Reporter: Stacey A. Halberg

| Qty | Description | Ext |
|---|---|---|
| | **Michael Wheeler** | |
| 177 | Copy of Transcript | 442.50 |
| 18 | Exhibits Scanned (B&W) | 9.00 |
| | Invoice Total: | 451.50 |

We Appreciate Your Business!

PAYMENT DUE UPON RECEIPT

To Ensure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.

INVOICE DUE WITHIN 30 DAYS.
18.00% LATE FEE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Please Note: If you wish to pay by credit card a 3% fee will apply. (No credit is extended to attorney's clients or other third parties.) In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 200348 |
| Invoice Date: | 02/29/2020 |
| Amount Due: | **$451.50** |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**
VISA   MasterCard   [AMERICAN EXPRESS]

Cardholder's Name:
Card Number:
Exp. Date:                 Phone:
Billing Address:
Zip:            Security Code:
Signature:



ZAHN COURT REPORTING
208 East Plume Street, Suite 214
Norfolk, VA 23510
*tel:* 757-627-6554 *fax:* 757-625-7077
*email:* info@zahncourtreporting.com

# INVOICE

**Invoice Number:** 200362
Invoice Date: 03/06/2020
Job Number: 101574

Crenshaw Ware & Martin
ATTN: James L. Chapman IV, Esquire
150 West Main Street
Suite 1500
Norfolk, VA 23510

In Re: CSX Transportation, INC v Norfolk Southern Railway
Witness(s): David Stinson
Attendance Date: 02/26/2020, 10:00 a.m.
Reporter: Stacey A. Halberg

| Qty | Description | | Ext |
|-----|-------------|---|-----|
| | **David Stinson** | | |
| 221 | Copy of Transcript | | 552.50 |
| 28 | Exhibits Scanned (B&W) | | 14.00 |

Invoice Total: 566.50

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Ensure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

INVOICE DUE WITHIN 30 DAYS.
18.00% LATE FEE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Please Note: If you wish to pay by credit card a 3% fee will apply. (No credit is extended to attorney's clients or other third parties.) In accepting performance of
our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

---

**CREDIT CARDS ACCEPTED**

Invoice Number: 200362
Invoice Date: 03/06/2020
Amount Due: **$566.50**
Amount Enclosed: $

Cardholder's Name:
Card Number:
Exp. Date:                    Phone:
Billing Address:
Zip:                    Security Code:
Signature:

*Please detach bottom portion and return with payment*



ZAHN COURT REPORTING
208 East Plume Street, Suite 214
Norfolk, VA 23510
*tel:* 757-627-6554 *fax:* 757-625-7077
*email:* info@zahncourtreporting.com

# INVOICE

**Invoice Number:** 200366
Invoice Date: 03/06/2020
Job Number: 101576

Crenshaw Ware & Martin
ATTN: James L. Chapman IV, Esquire
150 West Main Street
Suite 1500
Norfolk, VA 23510

In Re: CSX Transportation, INC v Norfolk Southern Railway
Witness(s): Greg Summy
Attendance Date: 02/28/2020, 10:00 a.m.
Reporter: Kerry E. Zahn

| Qty | Description | | Ext |
|-----|-------------|---|-----|
| | **Greg Summy** | | |
| 242 | Copy of Transcript | | 605.00 |
| 34 | Exhibits Scanned (B&W) | | 17.00 |

Invoice Total: 622.00

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Ensure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

INVOICE DUE WITHIN 30 DAYS.
18.00% LATE FEE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Please Note: If you wish to pay by credit card a 3% fee will apply. (No credit is extended to attorney's clients or other third parties) In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| CREDIT CARDS ACCEPTED | |
|---|---|
| Amount Enclosed: | $ |
| Amount Due: | **$622.00** |
| Invoice Date: | 03/06/2020 |
| Invoice Number: | 200366 |

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone: |
| Billing Address: | |
| Zip: | Security Code: |
| Signature: | |



# INVOICE

**ZAHN COURT REPORTING**
208 East Plume Street, Suite 214
Norfolk, VA 23510
tel: 757-627-6554 fax: 757-625-7077
email: info@zahncourtreporting.com

**Invoice Number:** 200386
Invoice Date: 03/11/2020
Job Number: 101669

Crenshaw Ware & Martin
ATTN: James L. Chapman IV, Esquire
150 West Main Street
Suite 1500
Norfolk, VA 23510

In Re: CSX Transportation, INC v Norfolk Southern Railway
Witness(s): Donna Coleman
Attendance Date: 03/04/2020, 10:00 a.m.
Reporter: Stacey A. Halberg

| Qty | Description | Ext |
|---|---|---|
| | **Donna Coleman** | |
| 256 | Copy of Transcript | 640.00 |
| 42 | Exhibits Scanned (B&W) | 21.00 |

Invoice Total: 661.00

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Ensure Proper Credit, Please Enclose One Copy Of This Invoice With Payment and/or Include the Invoice Number on Your Check.**

INVOICE DUE WITHIN 30 DAYS.
18.00% LATE FEE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Please Note: If you wish to pay by credit card a 3% fee will apply. (No credit is extended to attorney's clients or other third parties) In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

**CREDIT CARDS ACCEPTED**

Invoice Number: 200386
Invoice Date: 03/11/2020
Amount Due: $661.00
Amount Enclosed: $

Cardholder's Name:
Card Number:
Exp. Date:          Phone:
Billing Address:
Zip:          Security Code:
Signature:

Please detach bottom portion and return with payment



# ZAHN
## COURT REPORTING

ZAHN COURT REPORTING
208 East Plume Street, Suite 214
Norfolk, VA 23510
*tel:* 757-627-6554 *fax:* 757-625-7077
*email:* info@zahncourtreporting.com

# INVOICE

**Invoice Number:** 200469
Invoice Date: 03/27/2020
Job Number: 101649

Crenshaw Ware & Martin
ATTN: James L. Chapman IV, Esquire
150 West Main Street
Suite 1500
Norfolk, VA 23510

In Re: CSX Transportation, INC v Norfolk Southern Railway
Witness(s): Jeffrey Heller
Attendance Date: 03/10/2020, 9:00 a.m.
Reporter: Stacey A. Halberg

| Qty | Description | | Ext |
|---|---|---|---|
| | **Jeffrey Scott Heller** | | |
| 299 | Copy of Transcript | | 747.50 |
| 34 | Exhibits Scanned (B&W) | | 17.00 |
| | | Invoice Total: | 764.50 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Ensure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Please Note: If you wish to pay by credit card a 4% fee will apply. (No credit is extended to attorney's clients or other third parties) In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

**CREDIT CARDS ACCEPTED**

VISA  MasterCard  [AMEX]  [Discover]

| | |
|---|---|
| Invoice Number: | 200469 |
| Invoice Date: | 03/27/2020 |
| Amount Due: | **$764.50** |
| Amount Enclosed: | $ |

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone: |
| Billing Address: | |
| Zip: | Security Code: |
| Signature: | |

*Please detach bottom portion and return with payment*