**Fees and Disbursements for Printing (28 U.S.C. § 1920(3))**

| Company | Invoice No. | Date of Invoice | Amount | Description |
|---|---|---|---|---|
| BDS | 130250 | 12/1/2022 | $2,196.45 | Deposition Designation binders |
| BDS | 131022 | 1/16/2023 | $7,819.09 | Trial Exhibit binders |
| | | TOTAL | $       10,015.54 | |

EXHIBIT

**B**

# BDS®

BUSINESS DOCUMENT SOLUTIONS, INC.
www.bdsva.com

887 Norfolk Square  PHN: (757) 390-2755
Norfolk, VA 23502   FAX: (757) 390-4439

SWAM# 678303 SDVOSB

**NEW WAY TO PAY!**
www.bdsva.com/make-a-payment

ALL MAJOR CREDIT CARDS ACCEPTED

# INVOICE

**PLEASE REMIT TO:**

Business Document Solutions, Inc.
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

| DATE | NUMBER |
|---|---|
| 12/01/22 | 130250 |

| | |
|---|---|
| **B I L L T O** | CRENSHAW, WARE & MARTIN, PLC<br>150 W MAIN STREET<br>SUITE 1923<br>NORFOLK VA 23510 |
| **S H I P T O** | CRENSHAW, WARE & MARTIN, PLC<br>150 W MAIN STREET<br>SUITE 1923<br>NORFOLK VA 23510<br>(757) 623-3000<br>Ordered by: STEPHANIE HUNTER |

JOB/FILE NAME: CSXT V. NS
TERMS: Net 10 days

Freight terms: No charge

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| 4132.180299 | Our truck | 00592 | 123624 | CINDY LEYDET | 12/01/22 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 276 | 276 | | EACH | 507-07 | 8.5 x 11 Color Copies | 0.60 | 165.60 |
| 5404 | 5404 | | EACH | 620-11 | 8.5X11 B&W run on Color Copier | 0.180 | 972.72 |
| | | | | | 2 copies of 2702 originals | | |
| 339 | 339 | | EACH | 801-16 | Typesetting | 1.00 | 339.00 |
| 678 | 678 | | EACH | 804-16 | Custom Tabs - 12 BANK | 0.60 | 406.80 |
| 9 | 9 | | EACH | 433-05 | 3" Binder | 19.50 | 175.50 |
| 1 | 1 | | EACH | 431-05 | 1.5" Binder | 12.50 | 12.50 |

PLEASE PAY FROM THIS INVOICE

Like us on Facebook!
facebook.com/bdsva

Fresh baked cookies delivered
with each job over $20.00

| | |
|---|---|
| Sale amount | 2072.12 |
| VA Sales Tax | 124.33 |

**Balance due  2196.45**

Due Date: 12/11/22

Print Name: _____

SIGNATURE: _____   DATE: _____

# BDS®

**BUSINESS DOCUMENT SOLUTIONS, INC.**
www.bdsva.com

887 Norfolk Square
Norfolk, VA 23502

PHN: (757) 390-2755
FAX: (757) 390-4439

SWAM# 678303 SDVOSB

ALL MAJOR CREDIT CARDS ACCEPTED

**NEW WAY TO PAY!**
www.bdsva.com/make-a-payment

# INVOICE

**PLEASE REMIT TO:**

Business Document Solutions, Inc.
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

| DATE | NUMBER |
|---|---|
| 01/16/23 | 131022 |

**B I L L T O**

CRENSHAW, WARE & MARTIN, PLC
150 W MAIN STREET
SUITE 1923
NORFOLK VA 23510

**S H I P T O**

CRENSHAW, WARE & MARTIN, PLC
150 W MAIN STREET
SUITE 1923
NORFOLK VA 23510
(757) 623-3000
Ordered by: STEPHANIE

JOB/FILE NAME: NPBL TRIAN EXHIBITS
TERMS: Net 10 days     Freight terms: No charge

| ORDERED | SHIPPED | B.O. | UNIT | CUSTOMER P.O. | SHIPPED VIA | ITEM NUMBER | ACCOUNT# | ORDER# | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NPBL TIRAI EXHIBITS | Our truck | | 00592 | 124416 | CINDY LEYDET | 01/16/23 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 22785 | 22785 | | EACH | 620-11 | 8.5x11 B&W run on Color Copier | 0.180 | 4101.30 |
| | | | | | 7 copies of 3255 originals | | |
| 2660 | 2660 | | EACH | 507-07 | 8.5 x 11 Color Copies | 0.60 | 1596.00 |
| 94 | 94 | | EACH | 209-06 | 8.5 X 11 Cardstock | 0.30 | 28.20 |
| | | | | | 2 copies of 47 originals | | |
| 47 | 47 | | EACH | 433-05 | 3" Binder | 19.50 | 916.50 |
| 493 | 493 | | EACH | 801-16 | Typesetting | 1.00 | 493.00 |
| 345 | 345 | | EACH | 802-16 | Custom Tabs - 5 BANK | 0.700 | 241.50 |






**PLEASE PAY FROM THIS INVOICE**

Like us on Facebook!
facebook.com/bdsva

Fresh baked cookies delivered
with each job over $20.00

|  |  |  |
|---|---|---|
| Sale amount | | 7376.50 |
| VA Sales Tax | | 442.59 |

**Balance due   7819.09**

Due Date: 01/26/23

SIGNATURE:_____

Print Name:_____

DATE:_____