## EXHIBIT A

## COSTS OF CLERK FEES

| Description of Fee | Date | Receipt No. | Amount |
|---|---|---|---|
| Pro Hac Vice for Tara L. Reinhart | 02/12/2020 | 0422-7071772 | $75.00 |
| Pro Hac Vice for John R. Thornburgh II | 02/12/2020 | 0422-7071773 | $75.00 |
| Pro Hac Vice for Thomas R. Gentry | 02/12/2020 | 0422-7071778 | $75.00 |
| Pro Hac Vice for Julia Kupfer York | 12/06/2022 | AVAEDC-8695811 | $75.00 |
| Pro Hac Vice for Meghan McConnell | 01/12/2023 | AVAEDC-8750671 | $75.00 |
| TOTAL | | | $375.00 |

**Carson, Joanne R (WAS)**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, December 6, 2022 11:22 AM |
| **To:** | McGill, Libby A (WAS) |
| **Subject:** | [Ext] Pay.gov Payment Confirmation: VIRGINIA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Sandy Sutton at 703-299-2105.

```
Account Number: 3226665
Court: VIRGINIA EASTERN DISTRICT COURT
Amount: $75.00
Tracking Id: AVAEDC-8695811
Approval Code: 085967
Card Number: ************6576
Date/Time: 12/06/2022 11:22:28 ET
```

NOTE: This is an automated message. Please do not reply

## Jackson, Judith A (WAS)

**From:** notification@pay.gov
**Sent:** Wednesday, February 12, 2020 7:08 PM
**To:** Jackson, Judith A (WAS)
**Subject:** [Ext] Pay.gov Payment Confirmation: VAED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Helpdesk at 703-299-2101.

Application Name: VAED CM ECF
Pay.gov Tracking ID: 26NGKDK0
Agency Tracking ID: 0422-7071778
Transaction Type: Sale
Transaction Date: Feb 12, 2020 7:08:19 PM

Account Holder Name: Meggan Maromonte
Transaction Amount: $75.00
Card Type: MasterCard
Card Number: ************6421

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

# Carson, Joanne R (WAS)

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, January 12, 2023 10:41 AM |
| **To:** | McGill, Libby A (WAS) |
| **Subject:** | [Ext] Pay.gov Payment Confirmation: VIRGINIA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Sandy Sutton at 703-299-2105.

　　Account Number: 3226665
　　Court: VIRGINIA EASTERN DISTRICT COURT
　　Amount: $75.00
　　Tracking Id: AVAEDC-8750671
　　Approval Code: 012152
　　Card Number: ************6576
　　Date/Time: 01/12/2023 10:40:53 ET

NOTE: This is an automated message. Please do not reply

## Jackson, Judith A (WAS)

**From:** notification@pay.gov
**Sent:** Wednesday, February 12, 2020 7:01 PM
**To:** Jackson, Judith A (WAS)
**Subject:** [Ext] Pay.gov Payment Confirmation: VAED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Helpdesk at 703-299-2101.

Application Name: VAED CM ECF
Pay.gov Tracking ID: 26NGKD74
Agency Tracking ID: 0422-7071772
Transaction Type: Sale
Transaction Date: Feb 12, 2020 7:00:54 PM

Account Holder Name: Meggan Maromonte
Transaction Amount: $75.00
Card Type: MasterCard
Card Number: ************6421

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

## Jackson, Judith A (WAS)

**From:** notification@pay.gov
**Sent:** Wednesday, February 12, 2020 7:05 PM
**To:** Jackson, Judith A (WAS)
**Subject:** [Ext] Pay.gov Payment Confirmation: VAED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Helpdesk at 703-299-2101.

Application Name: VAED CM ECF
Pay.gov Tracking ID: 26NGKDC4
Agency Tracking ID: 0422-7071773
Transaction Type: Sale
Transaction Date: Feb 12, 2020 7:04:31 PM

Account Holder Name: Meggan Maromonte
Transaction Amount: $75.00
Card Type: MasterCard
Card Number: ************6421

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.