**EXHIBIT C**

**COPY COSTS**

| Description | Date | Invoice No. | Invoice Amount | Taxable Amount |
|---|---|---|---|---|
| Trial Exhibits Binders | 01/31/2023 | 123638 | | 2,316.75 |
| Deposition Designation Binders | 01/06/2023 | 130849 | | 42.23 |
| Deposition Designation Binders | 01/06/2023 | 130850 | | 151.30 |
| Deposition Designation Binders | 01/06/2023 | 130851 | | 95.38 |
| Deposition Designation Binders | 01/09/2023 | 130868 | | 102.42 |
| Deposition Designation Binders | 01/09/2023 | 130869 | | 2,058.82 |
| Deposition Designation Binders | 01/11/2023 | 130924 | | 706.15 |
| Deposition Designation Binders | 01/11/2023 | 130935 | | 2,353.22 |
| Trial Exhibits Binders | 01/13/2023 | 131018 | | 7,903.57 |
| Trial Exhibits Binders | 01/16/2023 | 131019 | | 350.00 |
| Trial Exhibits Binders | 01/18/2023 | 131093 | | 2,013.12 |
| **TOTAL** | | | | **$18,092.96** |

ESI COSTS

| Date | Cost Code | Amount | Status | Bill Num | Bill Date | Narrative |
|---|---|---|---|---|---|---|
| 11/22/2019 | DP3300 | $100.00 | Billed | 2195044 | 12/10/2019 | Prepare Documents for Production (1-50 GB) |
| 1/8/2020 | DP3000 | $3,064.00 | Billed | 2218916 | 2/29/2020 | Convert Documents to Mixed Image/Native Format (1-50 GB) |
| 1/10/2020 | DP3300 | $215.40 | Billed | 2218916 | 2/29/2020 | Prepare Documents for Production (1-50 GB) |
| 1/23/2020 | DP3300 | $100.00 | Billed | 2218916 | 2/29/2020 | Prepare Documents for Production (1-50 GB) |
| 1/27/2020 | DP3300 | $289.80 | Billed | 2218916 | 2/29/2020 | Prepare Documents for Production (1-50 GB) |
| 1/31/2020 | DP3300 | $100.00 | Billed | 2218916 | 2/29/2020 | Prepare Documents for Production (1-50 GB) |

| Date | Cost Code | Amount | Status | Bill Num | Bill Date | Narrative |
|------|-----------|--------|--------|----------|-----------|-----------|
| 1/31/2020 | DP3000 | $1,758.80 | Billed | 2218916 | 2/29/2020 | Convert Documents to Mixed Image/Native Format (1-50 GB) |
| 1/31/2020 | DP3000 | $400.00 | Billed | 2218916 | 2/29/2020 | Convert Documents to Mixed Image/Native Format (1-50 GB) |
| 2/6/2020 | DP3000 | $400.00 | Billed | 2225216 | 3/20/2020 | Convert Documents to Mixed Image/Native Format (1-50 GB) |
| 2/7/2020 | DP3300 | $1,473.80 | Billed | 2225216 | 3/20/2020 | Prepare Documents for Production (1-50 GB) |
| 2/25/2020 | AF1500 | $3,290.40 | Billed | 2225216 | 3/20/2020 | Convert Documents to Mixed Image/Native Format (1-50 GB) |
| 2/27/2020 | AF1500 | $1,856.60 | Billed | 2225216 | 3/20/2020 | Convert Documents to Mixed Image/Native Format (1-50 GB) |
| 2/28/2020 | AF1500 | $402.60 | Billed | 2225216 | 3/20/2020 | Prepare Documents for Production (1-50 GB) |
| 3/6/2020 | AF1500 | $200.00 | Billed | 2234849 | 4/20/2020 | Convert Documents to Mixed Image/Native Format (1-50 GB) |
| 3/10/2020 | AF1500 | $669.28 | Billed | 2234849 | 4/20/2020 | Prepare Documents for Production (1-50 GB) |
| 5/20/2020 | AF1500 | $25.00 | Billed | 2259267 | 6/19/2020 | Prepare Documents for Production (1-50 GB) |
| 11/30/2020 | AF1500 | $25.00 | Billed | 30091667 | 12/29/2020 | Prepare Documents for Production (1-50 GB) |
| 12/18/2020 | AF1500 | $200.00 | Billed | 30103701 | 1/26/2021 | Convert Documents to Mixed Image/Native Format (1-50 GB) |
| 12/18/2020 | AF1500 | $25.00 | Billed | 30103701 | 1/26/2021 | Prepare Documents for Production (1-50 GB) |
| 12/23/2020 | AF1500 | $25.00 | Billed | 30103701 | 1/26/2021 | Prepare Documents for Production (1-50 GB) |
|  | **Totals** | **$14,620.68** |  |  |  |  |

| GRAND TOTAL | | | $32,713.64 |
|-------------|--|--|------------|

# Invoice

**BIZPORT**
NOW YOU GET THINGS DONE

9 North Third Street
Richmond, VA 23219
804 780-1060

632 North Witchduck Road
Suite 103
Virginia Beach, VA 23462
757 217-9130

103 East Clark Street
Kill Devil Hills, NC 27948
252 715-4575

| Date | Invoice # |
|------|-----------|
| 1/31/2023 | 123638 |

| Bill To | Ship To |
|---------|---------|
| Troutman, Pepper<br>Accounts Payable<br>Post Office Box 1122<br>Richmond, VA 23218 | Troutman, Pepper<br>1000 Haxal Point<br>Richmond, VA 23219 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| Custom Tabs | Net 30 | PW | 1/31/2023 | RVA7721/PW | Jana Stone |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 8,020 | Custom Tabs | 9x11; black print; single sided; different sets of tabs; to be die cut and 3 hole drilled | 0.17307 | 1,388.00T |
| 1 | Diecut | | 682.00 | 682.00T |
| 1 | Diecut-Set Up | | 15.00 | 15.00T |
| 1 | Drilling | 3 hole drilling | 95.00 | 95.00T |
| 1 | Delivery Charges | | 4.00 | 4.00 |
| 1 | Fuel Surcharge | | 1.95 | 1.95 |
| | | Sales Tax | 6.00% | 130.80 |

Due to price fluctuations in the paper market caused by supply chain issues worldwide, any price that is more than 30 days old may need to be re-priced or re-quoted. Thank you for your understanding and continued partnership with BIZPORT. We are hopeful the market will correct itself over the coming months and we will keep you updated.

THANK YOU, we appreciate your business!

REMIT TO: Bizport LTD, 9 North 3rd Street, Richmond, VA 23219

FEDERAL TAX ID# 043709157

| | |
|---|---|
| **Total** | $2,316.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,316.75 |





ALL MAJOR CREDIT CARDS ACCEPTED

**NEW WAY TO PAY!**
**www.bdsva.com/make-a-payment**

PLEASE REMIT TO:

Business Document Solutions, Inc.
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

BUSINESS DOCUMENT SOLUTIONS, INC
www.bdsva.com

887 Norfolk Square    PHN: (757) 390-2755
Norfolk, VA 23502     FAX: (757) 390-4439
SWAM# 678303 SDVOSB

*1

# INVOICE

| DATE | NUMBER |
|------|--------|
| 01/06/23 | 130849 |

BILL TO:
CASH SALE
887 NORFOLK SQUARE
NORFOLK  VA  23502

SHIP TO:
TROUTMAN PEPPER
RESIDENCE INN DOWNTOWN NORFOLK
227 W BRAMBLETON AVE
NORFOLK  VA 23502

JOB/FILE NAME: 3/25/21          Ordered by: JANA STONE
TERMS: Due upon receipt     Freight terms: No charge

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | ORDER DATE |
|---------------|-------------|-----------|--------|-------------|------------|
| STEVEN ARMBRUST | Our truck | 00347 | 124237 | CINDY LEYDET | 01/06/23 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---------|---------|------|------|-------------|-------------|------------|--------|
| 138 | 138 | | EACH | 560-09 | Printing / Blowbacks | 0.18 | 24.84 |
| 8 | 8 | | EACH | 507-07 | 8.5 x 11 Color Copies | 0.75 * | 6.00 |
| 1 | 1 | | EACH | 209-06 | 8.5 X 11 Cardstock | 0.30 | 0.30 |
| | | | | | 1 copy of 1 original | | |
| 1 | 1 | | SET | 451-05 | 8.5 x 11 Clear Covers | 1.90 | 1.90 |
| 1 | 1 | | EACH | 413-05 | Coil Bind | 4.00 | 4.00 |
| 8 | 8 | | EACH | 800-16 | Pre-Printed Tabs | 0.35 | 2.80 |

PLEASE PAY FROM THIS INVOICE

Fresh baked cookies delivered
with each job over $20.00

Like us on Facebook!
  facebook.com/bdsva

Print Name:_____

|  |  |
|--|--|
| Sale amount | 39.84 |
| VA Sales Tax | 2.39 |
| **Balance due** | **42.23** |

Due Date: 01/06/23

SIGNATURE:_____      DATE:_____





ALL MAJOR CREDIT CARDS ACCEPTED

**NEW WAY TO PAY!**
www.bdsva.com/make-a-payment

PLEASE REMIT TO:

Business Document Solutions, Inc.
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

887 Norfolk Square    PHN: (757) 390-2755
Norfolk, VA 23502    FAX: (757) 390-4439
SWAM# 678303 SDVOSB

\*1

# INVOICE

| DATE | NUMBER |
|------|--------|
| 01/06/23 | 130850 |

B
I   CASH SALE
L   887 NORFOLK SQUARE
L   NORFOLK  VA  23502
T
O

S   TROUTMAN PEPPER
H   RESIDENCE INN DOWNTOWN NORFOLK
I   227 W. BRAMBLETON AVE
P   NORFOLK  VA 23502
T
O

JOB/FILE NAME: 3/11/20
TERMS: Due upon receipt     Ordered by: JANA STONE
Freight terms: No charge

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| STEVEN ARMBRUST | Our truck | 00347 | 124238 | CINDY LEYDET | 01/06/23 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 663 | 663 | | EACH | 560-09 | Printing / Blowbacks | 0.18 | 119.34 |
| 8 | 8 | | EACH | 507-07 | 8.5 x 11 Color Copies | 0.75 * | 6.00 |
| 1 | 1 | | EACH | 209-06 | 8.5 X 11 Cardstock | 0.30 | 0.30 |
| | | | | | 1 copy of 1 original | | |
| 1 | 1 | | EACH | 413-05 | Coil Bind | 4.00 | 4.00 |
| 1 | 1 | | SET | 451-05 | 8.5 x 11 Clear Covers | 1.90 | 1.90 |
| 32 | 32 | | EACH | 800-16 | Pre-Printed Tabs | 0.35 | 11.20 |

PLEASE PAY FROM THIS INVOICE

Fresh baked cookies delivered
with each job over $20.00

Like us on Facebook!
facebook.com/bdsva

Print Name:_____

| | |
|---|---|
| Sale amount | 142.74 |
| VA Sales Tax | 8.56 |

**Balance due**    **151.30**

Due Date: 01/06/23

SIGNATURE:_____    DATE:_____





ALL MAJOR CREDIT CARDS ACCEPTED

**NEW WAY TO PAY!**
www.bdsva.com/make-a-payment

**PLEASE REMIT TO:**

**Business Document Solutions, Inc.**
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

887 Norfolk Square    PHN: (757) 390-2755
Norfolk, VA 23502    FAX: (757) 390-4439
SWAM# 678303 SDVOSB

# INVOICE

| DATE | NUMBER |
|---|---|
| 01/06/23 | 130851 |

**BILL TO**
CASH SALE
887 NORFOLK SQUARE
NORFOLK VA 23502

**SHIP TO**
TROUTMAN PEPPER
RESIDENCE INN DOWNTOWN NORFOLK
227 W. BRAMBLETON AVE
NORFOLK VA 23502

JOB/FILE NAME: 3/13/20      Ordered by: JANA STONE
TERMS: Due upon receipt      Freight terms: No charge

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| JAMES ALLEN DEPO | Our truck | 00347 | 124239 | CINDY LEYDET | 01/06/23 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 391 | 391 | | EACH | 560-09 | Printing / Blowbacks | 0.18 | 70.38 |
| 9 | 9 | | EACH | 507-07 | 8.5 x 11 Color Copies | 0.75 * | 6.75 |
| 1 | 1 | | EACH | 209-06 | 8.5 X 11 Cardstock | 0.30 | 0.30 |
| | | | | | 1 copy of 1 original | | |
| 1 | 1 | | SET | 451-05 | 8.5 x 11 Clear Covers | 1.90 | 1.90 |
| 1 | 1 | | EACH | 413-05 | Coil Bind | 4.00 | 4.00 |
| 19 | 19 | | EACH | 800-16 | Pre-Printed Tabs | 0.35 | 6.65 |

PLEASE PAY FROM THIS INVOICE

Fresh baked cookies delivered
with each job over $20.00

Like us on Facebook!
  facebook.com/bdsva

Print Name: _____

| | |
|---|---|
| Sale amount | 89.98 |
| VA Sales Tax | 5.40 |
| **Balance due** | **95.38** |

Due Date: 01/06/23

SIGNATURE: _____      DATE: _____





ALL MAJOR CREDIT CARDS ACCEPTED

**NEW WAY TO PAY!**
www.bdsva.com/make-a-payment

**PLEASE REMIT TO:**

**Business Document Solutions, Inc.**
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

887 Norfolk Square      PHN: (757) 390-2755
Norfolk, VA 23502       FAX: (757) 390-4439
SWAM# 678303 SDVOSB

# INVOICE

| DATE | NUMBER |
|------|--------|
| 01/09/23 | 130868 |

BILL TO
TROUTMAN PEPPER
222 CENTRAL PARK AVE
STE 2000
VIRGINIA BEACH   VA   23462

SHIP TO
TROUTMAN PEPPER
RESIDENCE INN DOWNTOWN NORFOLK
227 W BRAMBLETON AVE
NORFOLK   VA 23510
(804)697-2241
Ordered by: JANA STONE

JOB/FILE NAME: CARY BOOTH DEPO
TERMS: Due upon receipt          Freight terms: No charge

| CUSTOMER P.O. | | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|---|
| CSX V. NSR | H | Our truck | 00498 | 124257 | CINDY LEYDET | 01/09/23 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 404 | 404 | | EACH | 560-09 | Printing / Blowbacks | 0.18 | 72.72 |
| 11 | 11 | | EACH | 507-07 | 8.5 x 11 Color Copies | 0.75 | 8.25 |
| 1 | 1 | | EACH | 209-06 | 8.5 X 11 Cardstock | 0.30 | 0.30 |
| | | | | | 1 copy of 1 original | | |
| 1 | 1 | | SET | 451-05 | 8.5 x 11 Clear Covers | 1.90 | 1.90 |
| 1 | 1 | | EACH | 413-05 | Coil Bind | 4.00 | 4.00 |
| 27 | 27 | | EACH | 800-16 | Pre-Printed Tabs | 0.35 | 9.45 |

PLEASE PAY FROM THIS INVOICE

Fresh baked cookies delivered
with each job over $20.00

Like us on Facebook!
 facebook.com/bdsva

Print Name:_____

|  |  |
|---|---|
| Sale amount | 96.62 |
| VA Sales Tax | 5.80 |
| **Balance due** | **102.42** |

Due Date: 01/09/23

SIGNATURE:_____      DATE:_____





ALL MAJOR CREDIT CARDS ACCEPTED

**NEW WAY TO PAY!**
**www.bdsva.com/make-a-payment**

BUSINESS DOCUMENT SOLUTIONS, INC.
www.bdsva.com

887 Norfolk Square    PHN: (757) 390-2755
Norfolk, VA 23502     FAX: (757) 390-4439
SWAM# 678303 SDVOSB

**PLEASE REMIT TO:**

Business Document Solutions, Inc.
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

# INVOICE

| DATE | NUMBER |
|------|--------|
| 01/09/23 | 130869 |

BILL TO:
TROUTMAN PEPPER
222 CENTRAL PARK AVE
STE 2000
VIRGINIA BEACH  VA  23462

SHIP TO:
TROUTMAN PEPPER
RESIDENCE INN DOWNTOWN NORFOLK
227 W BRAMBLETON AVE
NORFOLK  VA 23510
(804)697-2241
Ordered by: JANA STONE

JOB/FILE NAME: 28 DEPOSITIONS
TERMS: Due upon receipt          Freight terms: No charge

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| CSX V. NSR | Our truck | 00498 | 124258 | CINDY LEYDET | 01/09/23 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 4426 | 4426 | | EACH | 560-09 | Printing / Blowbacks | 0.18 | 796.68 |
| 1120 | 1120 | | EACH | 507-07 | 8.5 x 11 Color Copies | 0.75 | 840.00 |
| 24 | 24 | | EACH | 209-06 | 8.5 X 11 Cardstock | 0.30 | 7.20 |
| | | | | | 1 copy of 24 originals | | |
| 24 | 24 | | SET | 451-05 | 8.5 x 11 Clear Covers | 1.90 | 45.60 |
| 24 | 24 | | EACH | 413-05 | Coil Bind | 4.00 | 96.00 |
| 448 | 448 | | EACH | 800-16 | Pre-Printed Tabs | 0.35 | 156.80 |
| | | | | 1 EACH OF 24 DIFFERENT DEPOSITIONS | | | |

PLEASE PAY FROM THIS INVOICE

Fresh baked cookies delivered
with each job over $20.00

Like us on Facebook!
facebook.com/bdsva

Print Name:_____

| | |
|---|---|
| Sale amount | 1942.28 |
| VA Sales Tax | 116.54 |

**Balance due    2058.82**

Due Date: 01/09/23

SIGNATURE:_____    DATE:_____




ALL MAJOR CREDIT CARDS ACCEPTED

**NEW WAY TO PAY!**
www.bdsva.com/make-a-payment

**PLEASE REMIT TO:**

Business Document Solutions, Inc.
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

BUSINESS DOCUMENT SOLUTIONS, INC.
www.bdsva.com

887 Norfolk Square   PHN: (757) 390-2755
Norfolk, VA 23502   FAX: (757) 390-4439
SWAM# 678303 SDVOSB

# INVOICE

| DATE | NUMBER |
|------|--------|
| 01/11/23 | 130924 |

BILL TO:
TROUTMAN PEPPER
222 CENTRAL PARK AVE
STE 2000
VIRGINIA BEACH VA 23462

SHIP TO:
TROUTMAN PEPPER
RESIDENCE INN DOWNTOWN NORFOLK
227 W BRAMBLETON AVE
NORFOLK VA 23510
(804)697-2241
Ordered by: JANA

JOB/FILE NAME: DEPOSITIONS SENT 1/8
TERMS: Due upon receipt     Freight terms: No charge

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | ORDER DATE |
|---------------|-------------|-----------|--------|-------------|------------|
| CSX V NSR | Our truck | 00498 | 124317 | CINDY LEYDET | 01/11/23 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---------|---------|------|------|-------------|-------------|------------|--------|
| 3701 | 3701 | | EACH | 620-11 | 8.5x11 B&W run on Color Copier<br>1 copy of 3701 originals | 0.180 | 666.18 |

PLEASE PAY FROM THIS INVOICE

Fresh baked cookies delivered
with each job over $20.00

Like us on Facebook!
facebook.com/bdsva

Print Name:_____

| | |
|---|---|
| Sale amount | 666.18 |
| VA Sales Tax | 39.97 |

**Balance due    706.15**

Due Date: 01/11/23

SIGNATURE:_____     DATE:_____





**ALL MAJOR CREDIT CARDS ACCEPTED**

**NEW WAY TO PAY!**
www.bdsva.com/make-a-payment

BUSINESS DOCUMENT SOLUTIONS, INC.
www.bdsva.com

887 Norfolk Square   PHN: (757) 390-2755
Norfolk, VA 23502    FAX: (757) 390-4439

SWAM# 678303 SDVOSB

**PLEASE REMIT TO:**

Business Document Solutions, Inc.
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

# INVOICE

| DATE | NUMBER |
|---|---|
| 01/11/23 | 130935 |

**BILL TO:**
TROUTMAN PEPPER
222 CENTRAL PARK AVE
STE 2000
VIRGINIA BEACH   VA   23462

**SHIP TO:**
TROUTMAN PEPPER
RESIDENCE INN DOWNTOWN NORFOLK
227 W BRAMBLETON AVE
NORFOLK   VA 23510
(804)697-2241
Ordered by: JANA STONE

JOB/FILE NAME: DEPO TRANSCRIPTS
TERMS: Due upon receipt          Freight terms: No charge

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| CSX/NSR | Our truck | 00498 | 124328 | CINDY LEYDET | 01/11/23 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1116 | 1116 | | EACH | 507-07 | 8.5 x 11 Color Copies | 0.75 | 837.00 |
| 6374 | 6374 | | EACH | 620-11 | 8.5x11 B&W run on Color Copier | 0.180 | 1147.32 |
| | | | | | 1 copy of 6374 originals | | |
| 19 | 19 | | SET | 451-05 | 8.5 x 11 Clear Covers | 1.90 | 36.10 |
| 19 | 19 | | EACH | 209-06 | 8.5 X 11 Cardstock | 0.30 | 5.70 |
| | | | | | 19 copies of 1 original | | |
| 14 | 14 | | EACH | 413-05 | Coil Bind | 4.00 | 56.00 |
| 5 | 5 | | EACH | 400-05 | GBC Bind | 3.50 | 17.50 |
| 344 | 344 | | EACH | 800-16 | Pre-Printed Tabs | 0.35 | 120.40 |
| | | | | 1 EACH OF 19 DIFFERENT DEPOSITIONS | | | |

PLEASE PAY FROM THIS INVOICE

Fresh baked cookies delivered
with each job over $20.00

Like us on Facebook!
  facebook.com/bdsva

Print Name:_____

| Sale amount | 2220.02 |
|---|---|
| VA Sales Tax | 133.20 |

**Balance due     2353.22**

Due Date: 01/11/23

SIGNATURE:_____          DATE:_____





ALL MAJOR CREDIT CARDS ACCEPTED

**NEW WAY TO PAY!**
www.bdsva.com/make-a-payment

**PLEASE REMIT TO:**

**Business Document Solutions, Inc.**
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

887 Norfolk Square   PHN: (757) 390-2755
Norfolk, VA 23502    FAX:  (757) 390-4439
SWAM# 678303 SDVOSB

# INVOICE

| DATE | NUMBER |
|------|--------|
| 01/13/23 | 131018 |

```
B                                      S
I   TROUTMAN PEPPER                     H  TROUTMAN PEPPER
L   222 CENTRAL PARK AVE                I  RESIDENCE INN DOWNTOWN NORFOLK
L   STE 2000                            P  227 W BRAMBLETON AVE
    VIRGINIA BEACH  VA  23462           T  NORFOLK  VA 23510
T                                       O  (804)697-2241
O                                          Ordered by: JANA
```

JOB/FILE NAME: EXHIBITS
TERMS: Due upon receipt          Freight terms: No charge

| CUSTOMER P.O. | | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | | ORDER DATE |
|---|---|---|---|---|---|---|---|
| CSX / NSR | | Our truck | 00498 | 124412 | CINDY LEYDET | | 01/13/23 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2684 | 2684 | | EACH | 507-07 | 8.5 x 11 Color Copies | 0.75 | 2013.00 |
| 23540 | 23540 | | EACH | 620-11 | 8.5x11 B&W run on Color Copier | 0.180 | 4237.20 |
| | | | | | 4 copies of 5885 originals | | |
| 120 | 120 | | EACH | 209-06 | 8.5 X 11 Cardstock | 0.30 | 36.00 |
| | | | | | 4 copies of 30 originals | | |
| 60 | 60 | | EACH | 433-05 | 3" Binder | 19.50 | 1170.00 |

PLEASE PAY FROM THIS INVOICE

Fresh baked cookies delivered
with each job over $20.00

Like us on Facebook!
  facebook.com/bdsva

Print Name:_____

| | |
|---|---|
| Sale amount | 7456.20 |
| VA Sales Tax | 447.37 |

**Balance due    7903.57**

Due Date: 01/13/23

SIGNATURE:_____     DATE:_____





ALL MAJOR CREDIT CARDS ACCEPTED

**NEW WAY TO PAY!**
www.bdsva.com/make-a-payment

**PLEASE REMIT TO:**

**Business Document Solutions, Inc.**
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

BUSINESS DOCUMENT SOLUTIONS, INC
www.bdsva.com

887 Norfolk Square     PHN: (757) 390-2755
Norfolk, VA  23502     FAX: (757) 390-4439
SWAM# 678303 SDVOSB

# INVOICE

| DATE | NUMBER |
|------|--------|
| 01/16/23 | 131019 |

BILL TO:
TROUTMAN PEPPER
222 CENTRAL PARK AVE
STE 2000
VIRGINIA BEACH  VA  23462

SHIP TO:
TROUTMAN PEPPER
RESIDENCE INN DOWNTOWN NORFOLK
227 W BRAMBLETON AVE
NORFOLK  VA 23510
(804)697-2241
Ordered by: JANA

JOB/FILE NAME: EXHIBIT BINDERS
TERMS: Due upon receipt          Freight terms: No charge

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | ORDER DATE |
|---------------|-------------|-----------|--------|-------------|------------|
| CSX V NSR | Our truck | 00498 | 124413 | CINDY LEYDET | 01/16/23 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---------|---------|------|------|-------------|-------------|------------|--------|
| 10 | 10 | | HR x.xx | 330-04 | Handtime | 35.00 | 350.00 |
| | | | | | HAND INSERTING CLIENT CUSTOM TABS INTO PLACE | | |

|  | Sale amount | 350.00 |
|--|-------------|--------|

PLEASE PAY FROM THIS INVOICE

Fresh baked cookies delivered
with each job over $20.00

Like us on Facebook!
  facebook.com/bdsva

**Balance due      350.00**

Print Name:_____

                    Due Date: 01/16/23

SIGNATURE:_____     DATE:_____




ALL MAJOR CREDIT CARDS ACCEPTED

**NEW WAY TO PAY!**
www.bdsva.com/make-a-payment

PLEASE REMIT TO:

Business Document Solutions, Inc.
887 Norfolk Square
Norfolk, VA 23502

(757) 390-2755

BUSINESS DOCUMENT SOLUTIONS, INC
www.bdsva.com

887 Norfolk Square        PHN: (757) 390-2755
Norfolk, VA 23502         FAX: (757) 390-4439
SWAM# 678303 SDVOSB

*1

# INVOICE

| DATE | NUMBER |
|------|--------|
| 01/18/23 | 131093 |

BILL TO:
TROUTMAN PEPPER
222 CENTRAL PARK AVE
STE 2000
VIRGINIA BEACH   VA   23462

SHIP TO:
TROUTMAN PEPPER
RESIDENCE INN DOWNTOWN NORFOLK
227 W BRAMBLETON AVE
NORFOLK   VA 23510
(804)697-2241
Ordered by: JANA

JOB/FILE NAME: VARIOUS TABS
TERMS: Due upon receipt          Freight terms: No charge

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| CSX FINANCIALS | Our truck | 00498 | 124491 | CINDY LEYDET | 01/18/23 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1332 | 1332 | | EACH | 507-07 | 8.5 x 11 Color Copies | 0.75 | 999.00 |
| 912 | 912 | | EACH | 620-11 | 8.5x11 B&W run on Color Copier | 0.180 | 164.16 |
| | | | | | 6 copies of 152 originals | | |
| 4722 | 4722 | | EACH | 560-09 | Printing / Blowbacks | 0.18 | 849.96 |

PLEASE PAY FROM THIS INVOICE

Fresh baked cookies delivered
with each job over $20.00

Like us on Facebook!
   facebook.com/bdsva

Print Name:_____

| | |
|---|---|
| Sale amount | 2013.12 |
| VA Sales Tax | 120.79 |

**Balance due      2133.91**

Due Date: 01/18/23

SIGNATURE:_____     DATE:_____

Invoice Date 02/29/20
Invoice Number 2218924
File No. 253794.E02033
 Claim/Client File No. LD201800340
Page 25



Norfolk Southern Railway Company

eMerge – LD201800340 - CSXT Litigation against Norfolk & Portsmouth Belt Line (NPBL) and NSR (M&R Issues)


**PER UNIT FEES:**

| Date | Name | Unit | # of Units | Cost | Amount |
|------|------|------|------------|------|--------|
| 01/08/20 | Convert Documents to Mixed Image/Native Format (1-50 GB) | GB | 7.6600 | 200.00 | 1,532.00 |
| 01/31/20 | Convert Documents to Mixed Image/Native Format (1-50 GB) | GB | 4.3970 | 200.00 | 879.40 |
| 01/31/20 | Convert Documents to Mixed Image/Native Format (1-50 GB) | GB | 1.0000 | 200.00 | 200.00 |
| 01/22/20 | Enable Native Review for Docs after Early Case Assessment (1-50 GB) | Month | 3.5370 | 100.00 | 353.70 |
| 01/13/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 01/20/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 01/20/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 01/27/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 3.2100 | 25.00 | 80.25 |
| 01/28/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 01/30/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 3.1530 | 25.00 | 78.83 |
| 01/22/20 | Import Scanned Documents Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 01/09/20 | Import Scanned Documents Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 01/23/20 | Monthly Data Hosting and Maintenance | GB/Mo | 67.6190 | 10.00 | 676.19 |
| 01/24/20 | Monthly Relativity Database Users - Alan.Wingfield@troutman.com; anthony.lobb.agency@troutman.com; Demetrica.Olabintan.Agency@troutman.com; Diana.Wilson.Agency@troutman.com; | User/Mo | 15.0000 | 75.00 | 1,125.00 |

Invoice Date 02/29/20
Invoice Number 2218924
File No. 253794.E02033
 Claim/Client File No. LD201800340
Page 26



Norfolk Southern Railway Company

eMerge – LD201800340 - CSXT Litigation against Norfolk & Portsmouth Belt Line (NPBL) and NSR (M&R Issues)

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Eric.Jones.Agency@troutman.com; Kathleen.Knudsen@troutman.com; massie.cooper@troutman.com; mblank@redgravellp.com; michael.lacy@troutman.com; MMcCarroll@redgravellp.com; nicole.bunyasaranand.agency@troutman.com; Roland.Knaut.Agency@troutman.com; toren.elsen@nscorp.com; trey.harrell.agency@troutman.com; vincent.mosley.agency@troutman.com |  |  |  |  |  |
| 01/27/20 | Prepare Documents for Production (1-50 GB) | GB | 2.8980 | 25.00 | 72.45 |
| 01/31/20 | Prepare Documents for Production (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 01/10/20 | Prepare Documents for Production (1-50 GB) | GB | 2.1540 | 25.00 | 53.85 |
| 01/23/20 | Prepare Documents for Production (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 01/08/20 | Process collected data and import into review database (No Filtering) (1-50 GB) | GB | 1.0000 | 100.00 | 100.00 |
| 01/31/20 | Process collected data and import into review database (No Filtering) (1-50 GB) | GB | 1.0000 | 100.00 | 100.00 |
| 01/30/20 | Process collected data and import into review database (No Filtering) (1-50 GB) | GB | 8.3700 | 100.00 | 837.00 |

Total Per Unit Fees                    $6,288.67

Invoice Date 03/20/20
Invoice Number 2225565
File No. 253794.E02033
 Claim/Client File No. LD201800340
Page 34



Norfolk Southern Railway Company

eMerge – LD201800340 - CSXT Litigation against Norfolk & Portsmouth Belt Line (NPBL) and NSR (M&R Issues)

**PER UNIT FEES:**

| Date | Name | Unit | # of Units | Cost | Amount |
|------|------|------|-----------|------|--------|
| 02/06/20 | Convert Documents to Mixed Image/Native Format (1-50 GB) | GB | 1.0000 | 200.00 | 200.00 |
| 02/11/20 | Enable Native Review for Docs after Early Case Assessment (51-250 GB) | GB | 58.3460 | 100.00 | 5,834.60 |
| 02/24/20 | Monthly Data Hosting and Maintenance | Month | 189.5500 | 10.00 | 1,895.50 |
| 02/25/20 | Import Other Party Productions Into Review Database (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 02/25/20 | Import Other Party Productions Into Review Database (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 02/25/20 | Convert Documents to Mixed Image/Native Format (1-50 GB) | Month | 16.4520 | 200.00 | 3,290.40 |
| 02/27/20 | Convert Documents to Mixed Image/Native Format (1-50 GB) | Month | 9.2830 | 200.00 | 1,856.60 |
| 02/28/20 | Prepare Documents for Production (1-50 GB) | Month | 16.1040 | 25.00 | 402.60 |
| 02/28/20 | Import Other Party Productions Into Review Database (1-50 GB) | Month | 4.5700 | 25.00 | 114.25 |
| 02/05/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 02/12/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 21.0000 | 25.00 | 525.00 |
| 02/12/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 02/13/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 02/13/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 02/14/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.2800 | 25.00 | 32.00 |
| 02/14/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.5530 | 25.00 | 38.83 |

Invoice Date 03/20/20
Invoice Number 2225565
File No. 253794.E02033
 Claim/Client File No. LD201800340
Page 35



Norfolk Southern Railway Company

eMerge – LD201800340 - CSXT Litigation against Norfolk & Portsmouth Belt Line (NPBL) and NSR (M&R Issues)

| | | | | | |
|---|---|---|---|---|---|
| 02/17/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 3.2120 | 25.00 | 80.30 |
| 02/03/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 02/03/20 | Import Other Party Productions Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 02/04/20 | Import Scanned Documents Into Review Database (1-50 GB) | GB | 1.2000 | 25.00 | 30.00 |
| 02/12/20 | Import Scanned Documents Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 02/13/20 | Import Scanned Documents Into Review Database (1-50 GB) | GB | 1.0000 | 25.00 | 25.00 |
| 02/25/20 | Monthly Relativity Database Users - adam.kaddoura.agency@troutman.com; Alan.Wingfield@troutman.com; alfred.raucci@skadden.com; Andrew.Matteson.Agency@troutman.com; anthony.lobb.agency@troutman.com; Barclay.Freeman@troutman.com; baumann.m@ei.com; chizoba.ekemam.agency@troutman.com; clifford.rathkopf.agency@troutman.com; Diana.Wilson.Agency@troutman.com; Eric.Jones.Agency@troutman.com; garrett.urban@nscorp.com; godek.p@ei.com; John.hennigan1@gmail.com; John.Thornburgh@skadden.com; jojo.trotter.agency@troutman.com; joseph.hale.Agency@troutman.com; Joshua.Cox.Agency@troutman.com; Kamaria.womack.agency@troutman.com; Kathleen.Knudsen@troutman.com; massie.cooper@troutman.com; | User/Mo | 32.0000 | 75.00 | 2,400.00 |

Invoice Date 03/20/20
Invoice Number 2225565
File No. 253794.E02033
 Claim/Client File No. LD201800340
Page 36



Norfolk Southern Railway Company

eMerge – LD201800340 - CSXT Litigation against Norfolk & Portsmouth Belt Line (NPBL) and NSR (M&R Issues)

| | | | | | |
|---|---|---|---|---|---|
| | michael.hohmann@skadden.com; michael.lacy@troutman.com; monique.robinson.agency@troutman.com; nicole.bunyasaranand.agency@troutman.com; Roland.Knaut.Agency@troutman.com; Shannon.Slaton.Agency@troutman.com; Thomas.Gentry@skadden.com; toren.elsen@nscorp.com; tulia.larkin.agency@troutman.com; vincent.mosley.agency@troutman.com; wright.m@ei.com | | | | |
| 02/07/20 | Prepare Documents for Production (1-50 GB) | GB | 14.7380 | 25.00 | 368.45 |
| 02/04/20 | Process collected data and import into review database (No Filtering) (1-50 GB) | GB | 1.0400 | 100.00 | 104.00 |

Total Per Unit Fees      $17,422.53

**<u>EXPENSES:</u>**

| | | |
|---|---|---|
| 02/26/20 | Copy Charges VENDOR: Ricoh USA, Inc. INVOICE#: ATL20020046 DATE: 2/26/2020  Scanning of collected paper files | 375.83 |

Total Expenses      $375.83

Invoice Date 04/20/20
Invoice Number 2236468
File No. 253794.E02033
 Claim/Client File No. LD201800340
Page 13



Norfolk Southern Railway Company

eMerge – LD201800340 - CSXT Litigation against Norfolk & Portsmouth Belt Line (NPBL) and NSR (M&R Issues)

**PER UNIT FEES:**

| Date | Name | Unit | # of Units | Cost | Amount |
|------|------|------|-----------|------|--------|
| 03/02/20 | Import Other Party Productions Into Review Database (1-50 GB) | Month | 1.5600 | 25.00 | 39.00 |
| 03/05/20 | Enable Native Review for Docs after Early Case Assessment (1-50 GB) | Month | 1.0000 | 100.00 | 100.00 |
| 03/06/20 | Convert Documents to Mixed Image/Native Format (1-50 GB) | Month | 1.0000 | 200.00 | 200.00 |
| 03/09/20 | Import Other Party Productions Into Review Database (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 03/10/20 | Prepare Documents for Production (1-50 GB) | Month | 26.7710 | 25.00 | 669.28 |
| 03/10/20 | Import Other Party Productions Into Review Database (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 03/22/20 | Monthly Data Hosting and Maintenance | Month | 257.2950 | 8.50 | 2,187.01 |
| 03/24/20 | Import Other Party Productions Into Review Database (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 03/24/20 | Import Other Party Productions Into Review Database (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 03/24/20 | Monthly Relativity Database Users - adam.kaddoura.agency@troutman.com; Alan.Wingfield@troutman.com; alfred.raucci@skadden.com; Andrew.Matteson.Agency@troutman.com; anthony.lobb.agency@troutman.com; Barclay.Freeman@troutman.com; baumann.m@ei.com; chizoba.ekemam.agency@troutman.com; clifford.rathkopf.agency@troutman.com; Diana.Wilson.Agency@troutman.com; garrett.urban@nscorp.com; | User/Mo | 29.0000 | 75.00 | 2,175.00 |

Invoice Date 04/20/20
Invoice Number 2236468
File No. 253794.E02033
 Claim/Client File No. LD201800340
Page 14



Norfolk Southern Railway Company

eMerge – LD201800340 - CSXT Litigation against Norfolk & Portsmouth Belt Line (NPBL) and NSR
(M&R Issues)

  godek.p@ei.com;
  jana.stone@troutman.com;
  John.hennigan1@gmail.com;
  John.Thornburgh@skadden.com;
  jojo.trotter.agency@troutman.com;
  Joshua.Cox.Agency@troutman.co
  m;
  Kamaria.womack.agency@troutma
  n.com;
  Kathleen.Knudsen@troutman.com;
  massie.cooper@troutman.com;
  michael.hohmann@skadden.com;
  michael.lacy@troutman.com;
  monique.robinson.agency@troutm
  an.com;
  Roland.Knaut.Agency@troutman.c
  om;
  Shannon.Slaton.Agency@troutma
  n.com;
  Thomas.Gentry@skadden.com;
  toren.elsen@nscorp.com;
  tulia.larkin.agency@troutman.com;
  wright.m@ei.com

      Total Per Unit Fees   $5,470.29

Invoice Date 06/09/20
Invoice Number 2255085
File No. 253794.E02033
 Claim/Client File No. LD201800340
Page 6



Norfolk Southern Railway Company

eMerge – LD201800340 - CSXT Litigation against Norfolk & Portsmouth Belt Line (NPBL) and NSR
(M&R Issues)


**PER UNIT FEES:**

| Date | Name | Unit | # of Units | Cost | Amount |
|------|------|------|-----------|------|--------|
| 05/20/20 | Prepare Documents for Production (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 05/25/20 | Monthly Data Hosting and Maintenance | Month | 257.6470 | 8.50 | 2,190.00 |
| 05/27/20 | Monthly Relativity Database Users - adam.kaddoura.agency@troutman .com; baumann.m@ei.com; chizoba.ekemam.agency@troutma n.com; jana.stone@troutman.com; John.hennigan1@gmail.com; John.Thornburgh@skadden.com; Kathleen.Knudsen@troutman.com; massie.cooper@troutman.com; michael.lacy@troutman.com; MMcCarroll@redgravellp.com; Shannon.Slaton.Agency@troutma n.com; Thomas.Gentry@skadden.com; wright.m@ei.com | User/Mo | 13.0000 | 75.00 | 975.00 |

Total Per Unit Fees                    $3,190.00

Invoice Date 12/07/20
Invoice Number 30079681
File No. 253794.E02033
 Claim/Client File No. LD201800340
Page 5



Norfolk Southern Railway Company

eMerge – LD201800340 - CSXT Litigation against Norfolk & Portsmouth Belt Line (NPBL) and NSR (M&R Issues)


**PER UNIT FEES:**

| Date | Name | Unit | # of Units | Cost | Amount |
|------|------|------|-----------:|-----:|-------:|
| 11/16/20 | Import Scanned Documents Into Review Database (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 11/16/20 | Process Collected Data/Import into Database for Early Case Assessment (1-50 GB) | Month | 11.8000 | 20.00 | 236.00 |
| 11/17/20 | Enable Native Review for Docs after Early Case Assessment (1-50 GB) | Month | 1.1120 | 100.00 | 111.20 |
| 11/21/20 | Import Scanned Documents Into Review Database (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 11/22/20 | Monthly Data Hosting and Maintenance | Month | 259.0880 | 8.50 | 2,202.25 |
| 11/25/20 | Process Collected Data/Import into Database for Early Case Assessment (1-50 GB) | Month | 16.4150 | 20.00 | 328.30 |
| 11/30/20 | Prepare Documents for Production (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 11/24/20 | Monthly Relativity Database Users - Alan.Wingfield@troutman.com; jana.stone@troutman.com; John.Thornburgh@skadden.com; Kathleen.Knudsen@troutman.com; massie.cooper@troutman.com; Michael.Clegg@skadden.com; michael.hohmann@skadden.com; michael.lacy@troutman.com; MMcCarroll@redgravellp.com; Thomas.Gentry@skadden.com; wright.m@ei.com | User/Mo | 11.0000 | 75.00 | 825.00 |

Total Per Unit Fees                                             $3,777.75

Invoice Date 01/26/21
Invoice Number 30103803
File No. 253794.E02033
 Claim/Client File No. LD201800340
Page 5



Norfolk Southern Railway Company

eMerge – LD201800340 - CSXT Litigation against Norfolk & Portsmouth Belt Line (NPBL) and NSR (M&R Issues)


**PER UNIT FEES:**

| Date | Name | Unit | # of Units | Cost | Amount |
|------|------|------|-----------|------|--------|
| 12/03/20 | Import Scanned Documents Into Review Database (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 12/08/20 | Import Other Party Productions Into Review Database (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 12/11/20 | Import Other Party Productions Into Review Database (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 12/18/20 | Convert Documents to Mixed Image/Native Format (1-50 GB) | Month | 1.0000 | 200.00 | 200.00 |
| 12/18/20 | Prepare Documents for Production (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 12/22/20 | Process collected data and import into review database (No Filtering) (1-50 GB) | Month | 1.0000 | 100.00 | 100.00 |
| 12/23/20 | Prepare Documents for Production (1-50 GB) | Month | 1.0000 | 25.00 | 25.00 |
| 12/27/20 | Monthly Data Hosting and Maintenance | Month | 259.9570 | 8.50 | 2,209.63 |
| 12/28/20 | Monthly Relativity Database Users - Alan.Wingfield@troutman.com; jana.stone@troutman.com; John.Thornburgh@skadden.com; Kathleen.Knudsen@troutman.com; massie.cooper@troutman.com; Michael.Clegg@skadden.com; michael.hohmann@skadden.com; michael.lacy@troutman.com; MMcCarroll@redgravellp.com; Thomas.Gentry@skadden.com; wright.m@ei.com | User/Mo | 11.0000 | 75.00 | 825.00 |

Total Per Unit Fees                    $3,459.63