**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| **Transmittal to 4CCA of notice of appeal filed:** _____<br><br>\_\_\_ First NOA in Case<br><br>\_\_\_ Subsequent NOA-same party<br><br>\_\_\_ Subsequent NOA-new party<br><br>\_\_\_ Subsequent NOA-cross appeal<br><br>\_\_\_ Paper ROA   \_\_\_ Paper Supp.<br><br>Vols: _____<br><br>Other: _____ | **District:**<br><br>**Division:**<br><br>**Caption:** | **District Case No.:**<br><br>**4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |
|---|---|---|

**Exceptional Circumstances:**   \_\_\_ Bail   \_\_\_ Interlocutory   \_\_\_ Recalcitrant Witness   \_\_\_ Other _____

| **Confinement**-Criminal Case**:**<br>\_\_\_ Death row-use DP Transmittal<br>\_\_\_ Recalcitrant witness<br>\_\_\_ In custody<br>\_\_\_ On bond<br>\_\_\_ On probation<br>**Defendant Address**-Criminal Case**:** | **Fee Status:**<br>\_\_\_ No fee required (USA appeal)   \_\_\_ Appeal fees paid in full   \_\_\_ Fee not paid<br>**Criminal Cases:**<br>\_\_\_ District court granted & did not revoke CJA status (continues on appeal)<br>\_\_\_ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>\_\_\_ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>\_\_\_ Court granted & did not revoke IFP status (continues on appeal)<br>\_\_\_ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>\_\_\_ Court never granted IFP status (must pay fee or apply to 4CCA) |
|---|---|
| **District Judge:** | **PLRA Cases**:<br>\_\_\_ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>\_\_\_ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all):<br><br><br><br><br>**Coordinator**: | **Sealed Status** (check all that apply)**:**<br>\_\_\_\_ Portions of record under seal<br>\_\_\_\_ Entire record under seal<br>\_\_\_\_ Party names under seal<br>\_\_\_\_ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable)**:**<br>\_\_\_ Assembled electronic record transmitted<br>\_\_\_ Additional sealed record emailed to 4cca-filing<br>\_\_\_ Paper record or supplement shipped to 4CCA<br>\_\_\_ No in-court hearings held<br>\_\_\_ In-court hearings held – all transcript on file<br>\_\_\_ In-court hearings held – all transcript not on file<br>\_\_\_ Other: | **Record Status for Counseled Appeals** (check any applicable)**:**<br>\_\_\_ Assembled electronic record available if requested<br>\_\_\_ Additional sealed record available if requested<br>\_\_\_ Paper record or supplement available if requested<br>\_\_\_ No in-court hearings held<br>\_\_\_ In-court hearings held – all transcript on file<br>\_\_\_ In-court hearings held – all transcript not on file<br>\_\_\_ Other: |
|---|---|

Deputy Clerk: _____   Phone:_____   Date:_____

01/2012