**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.                                                 Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

        Defendants.

/

## **NOTICE OF APPEAL**

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, Plaintiff CSX Transportation, Inc. ("CSX") notes its appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment in this case, which embraces, but is not limited to, the Judgment in a Civil Case filed on April 26, 2023, ECF No. 644; the Court's Opinion and Order of January 3, 2023, granting Defendants' motions for summary judgment in part, ECF No. 559; the Court's Opinion and Order of January 27, 2023, granting the Defendants' motions seeking dismissal of CSX's federal antitrust injunctive relief claims, ECF No. 613; and the Court's Opinion and Order of April 19, 2023, granting the Defendants' motions seeking dismissal of the remaining state law claims for injunctive relief, ECF No. 643.

Dated:  May 16, 2023                              Respectfully submitted,

                                                  **CSX TRANSPORTATION, INC.**
                                                  *By Counsel*

                                                  <u>*/s/ Benjamin L. Hatch*</u>
                                                  Robert W. McFarland (VSB No. 24021)
                                                  Benjamin L. Hatch (VSB No. 70116)
                                                  V. Kathleen Dougherty (VSB No. 77294)
                                                  Jeanne E. Noonan (VSB No. 87863)
                                                  McGuireWoods LLP
                                                  World Trade Center
                                                  101 West Main Street, Suite 9000
                                                  Norfolk, Virginia  23510-1655
                                                  Tel.:  (757) 640-3716
                                                  Fax:  (757) 640-3966
                                                  rmcfarland@mcguirewoods.com
                                                  bhatch@mcguirewoods.com
                                                  vkdougherty@mcguirewoods.com
                                                  jnoonan@mcguirewoods.com

                                                  J. Brent Justus (VSB No. 45525)
                                                  W. Cole Geddy (VSB No. 93511)
                                                  McGuireWoods LLP
                                                  Gateway Plaza
                                                  800 East Canal Street
                                                  Richmond, Virginia  23219-3916
                                                  Tel.:  (804) 775-1000
                                                  Fax:  (804) 698-2026
                                                  bjustus@mcguirewoods.com
                                                  cgeddy@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that on this 16th day of May, 2023, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

        **CSX TRANSPORTATION, INC.**
        *By Counsel*

        */s/ Benjamin L. Hatch*
        Robert W. McFarland (VSB No. 24021)
        Benjamin L. Hatch (VSB No. 70116)
        V. Kathleen Dougherty (VSB No. 77294)
        Jeanne E. Noonan (VSB No. 87863)
        McGuireWoods LLP
        World Trade Center
        101 West Main Street, Suite 9000
        Norfolk, Virginia 23510-1655
        Tel.: (757) 640-3716
        Fax: (757) 640-3966
        rmcfarland@mcguirewoods.com
        bhatch@mcguirewoods.com
        vkdougherty@mcguirewoods.com
        jnoonan@mcguirewoods.com

        J. Brent Justus (VSB No. 45525)
        W. Cole Geddy (VSB No. 93511)
        McGuireWoods LLP
        Gateway Plaza
        800 East Canal Street
        Richmond, Virginia 23219-3916
        Tel.: (804) 775-1000
        Fax: (804) 698-2026
        bjustus@mcguirewoods.com
        cgeddy@mcguirewoods.com