## AMENDED EXHIBIT B

## COSTS OF COURT REPORTERS FOR DEPOSITIONS and HEARING TRANSCRIPTS

| Description | Date | Invoice No. | Original Copy | Video Cost | Total Cost |
|---|---|---|---|---|---|
| Motion for summary judgment hearing transcript | 12/01/2022 | 20220044 | 839.30 | | 839.30 |
| Daubert hearing transcript | 12/02/2022 | 202300434 | 677.60 | | 677.60 |
| Motion in Limine and Motion to Exclude expert hearing transcript | 01/10/2023 | 20230010 | 248.05 | | 248.05 |
| Pre-trial Status conference | 01/18/2023 | 20230005 | 272.62 | | 272.62 |
| TOTAL | | | | | $2,037.57 |

| Description | Date | Invoice No. | Original Copy | Video Cost | Total Cost |
|---|---|---|---|---|---|
| Deposition of Cannon Moss | 02/14/2020 | 200262 | 1,004.50 | | 1,004.50 |
| Deposition of Randall Hunt | 02/18/2020 | 200267 | 482.80 | | 482.80 |
| Deposition of Kenneth Joyner | 02/19/2020 | 200271 | 669.00 | | 669.00 |
| Deposition of Michael McClellan | 02/20/2020 | 200302 | 800.50 | | 800.50 |
| Deposition of Jerry Hall | 02/21/2020 | CS4225682 | 451.05 | | 451.05 |
| Deposition of Thomas Hurlbut | 02/21/2020 | CS4225682 | 466.20 | | 466.20 |
| Deposition of Michael Wheeler | 02/24/2020 | 200349 | 523.50 | | 523.50 |
| Deposition of Chris Luebbers | 02/25/2020 | 200351 | 953.00 | | 953.00 |
| Deposition of David Stinson | 02/26/2020 | 200363 | 660.50 | | 660.50 |
| Deposition of Steven Armbrust | 03/11/2020 | 4259531, 4264379 | 1,592.85 | 2,590.00 | 4,182.85 |
| Deposition of John Booth | 03/12/2020 | 4262197, 4259420 | 1,496.35 | 1,834.00 | 3,330.35 |
| Deposition of James Allan | 03/13/2020 | 4260073, 4259896 | 1,201.10 | 1,591.00 | 2,792.10 |
| Deposition of Philip Merilli | 03/02/2020 | CS4256997 | 491.20 | | 491.20 |
| Deposition of Tony Ingram | 11/18/2020 | 4633919, 4696771 | 996.10 | 1,706.00 | 2,702.10 |
| Deposition of Michael Burns | 12/03/2020 | 4724608, 4706560 | 842.10 | 1,444.00 | 2,286.10 |
| Deposition of Chris Wagel | 12/7/2020 | 4712482 | 482.95 | | 482.95 |

| | | | | | |
|---|---|---|---|---|---|
| Deposition of John Strongosky | 12/8/2020 | 4718934, 4732332 | 1,233.60 | 2,317.00 | 3,550.60 |
| Deposition of Ryan Houfek | 12/9/2020 | 4719230, 4735264 | 688.45 | 1,324.00 | 2,012.45 |
| Deposition of Maryclare Kenney | 12/11/2020 | 4759104, 4762129 | 795.40 | 1,655.00 | 2,450.40 |
| Deposition of Anthony DiDeo | 12/14/2020 | 4756615, 4758116 | 1,152.30 | 1,926.00 | 3,078.30 |
| Deposition of Jermaine Swafford | 12/15/2020 | 4738098, 4751038 | 799.00 | 2,225.00 | 3,024.00 |
| Deposition of Donna Coleman | 03/04/2020 | 200387 | 860.60 | | 860.60 |
| Deposition of Carl Warren | 01/05/2021 | 4759797, 4774638 | 1,123.55 | 2,222.00 | 3,345.55 |
| Deposition of Frederik Eliasson | 01/08/2021 | 4778898, 4780076 | 1,109.90 | 1,796.00 | 2,905.90 |
| Deposition of Robert Girardot | 01/12/2021 | 4789553, 4788872 | 1,383.40 | 2,458.00 | 3,841.40 |
| Deposition of Robert Girardot | 01/13/2021 | 4787887, 4790461 | 1,234.80 | 2,218.00 | 3,452.80 |
| Deposition of Quintin Kendall | 01/14/2021 | 4803499, 4805732 | 921.10 | 1,655.00 | 2,576.10 |
| Deposition of Dean Piacente | 01/15/2021 | 4791778, 4793863 | 897.05 | 1,655.00 | 2,552.05 |
| Deposition of Catherine Vick | 01/19/2021 | 4790557, 4799762 | 1,168.90 | 1,976.00 | 3,144.90 |
| Deposition of Anthony MacDonald | 01/20/2021 | 4786881, 4806896 | 1,152.30 | 1,938.50 | 3,090.80 |
| Deposition of Thomas Capozzi | 01/22/2021 | 4795464, 4811194 | 570.60 | 2,086.00 | 2,656.60 |
| Deposition of Catherine Vick | 02/05/2021 | 4833938, 4866050 | 215.60 | 646.00 | 861.60 |
| Deposition of Jay Strongosky | 03/17/2021 | 4896965, 4918465 | 463.85 | 423.00 | 886.85 |
| Deposition of Robert Girardot | 03/17/2021 | 4896965, 4918465 | 844.75 | 325.00 | 1,169.75 |
| Deposition of Howard Marvel | 03/22/2021 | 4968310, 4915816 | 1,161.80 | 2,174.50 | 3,336.30 |
| Deposition of Steven Armbrust | 03/25/2021 | 4944621, 4964583 | 403.90 | 423.00 | 826.90 |
| Deposition of Michael Burns | 03/25/2021 | 4944621, 4964583 | 324.40 | 282.00 | 606.40 |
| Deposition of Maryclare Kenney | 03/26/2021 | 4946236, 4964755 | 388.80 | 1,349.25 | 1,738.05 |
| Deposition of Matthew Wright, Ph.D. | 03/30/2021 | 2044453, 2044454 | 1,212.05 | 750.00 | 1,962.05 |
| Deposition of Thomas Crowley | 03/31/2021 | 2044417, 2102875 | 836.80 | 750.00 | 1,586.80 |
| Deposition of Chris Luebbers | 01/10/2023 | 2102825, 221229 | 761.60 | 750.00 | 1,511.60 |
| **TOTAL** | | | | | **79,307.45** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | | **81,345.02** |



ZAHN COURT REPORTING
208 East Plume Street, Suite 214
Norfolk, VA 23510
*tel:* 757-627-6554 *fax:* 757-625-7077
*email:* info@zahncourtreporting.com

# INVOICE

Troutman Pepper, LLP
ATTN: John C. Lynch, Esquire
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462

**Invoice Number:** **200351**
Invoice Date: 02/29/2020
Job Number: 101573

Client Phone: 757-687-7500

In Re:  CSX Transportation, INC v Norfolk Southern Railway
Witness(s): Chris Leubbers
Attendance Date: 02/25/2020, 9:30 a.m.
Reporter: Kerry E. Zahn

| Qty | Description | Amount |
|---|---|---|
|  | **Christopher Luebbers** |  |
| 336 | Copy of Transcript | 840.00 |
| 336 | Additional Per Page Rate - 3-day expedite | 1008.00 |
| 226 | Exhibits Scanned (B&W) | 113.00 |
|  | Invoice Total: | 1961.00 |
|  | Payments: | 1961.00 |
|  | Total Amount Due: | 0.00 |

Payment Information
08/31/2020 - Check: 703940

Thank you for using Zahn Court Reporting.

**PAYMENT DUE UPON RECEIPT**

**To Ensure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1020702

Note: If you wish to pay by credit card a 4% fee will apply. (No credit is extended to attorney's clients or other third parties) In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.