FILED: May 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1537
(2:18-cv-00530-MSD-RJK)

_____

CSX TRANSPORTATION, INC., individually and on behalf of Norfolk & Portsmouth Belt Line Railroad Company

   Plaintiff - Appellant

v.

NORFOLK SOUTHERN RAILWAY COMPANY; NORFOLK & PORTSMOUTH BELT LINE RAILWAY COMPANY

   Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:18-cv-00530-MSD-RJK |
| Date notice of appeal filed in originating court: | 05/16/2023 |
| Appellant(s) | CSX Transportation, Inc., individually and on behalf of Norfolk & Portsmouth Belt Line Railroad Company |
| Appellate Case Number | 23-1537 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |