# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK S. DAVIS  
CHIEF JUDGE

August 8, 2023

TO:    All Counsel of Record

In re:    NOTICE OF TAXING OF COSTS  
CSX Transportation, Inc. v. Norfolk Southern Railway Company, et al.  
2:18cv530

Dear Counsel:

Please take notice that costs will be taxed in the above–styled action on August 30, 2023. Neither the parties nor their attorneys shall appear as <u>costs will be taxed on the record</u>. Notice of the items taxed will be provided electronically.

Please take further notice that the parties are required to make a good faith effort to narrow the areas of disagreement. If any modification results from this consultation, or the taxing of costs has been resolved, this office must receive notification prior to the date set for taxation.

Very truly yours,

FERNANDO GALINDO, CLERK

By: _____/s/ Vaw_____  
Valerie Ward, Deputy Clerk