IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

    Plaintiff,

v.                                   Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, et al.,

    Defendants.

## ORDER

On the Consent Motion for Leave to Withdraw and Memorandum in Support of Jeanne E. Noonan ("Motion for Withdrawal") as counsel of record for Plaintiff CSXT Transportation, Inc. ("CSXT"), upon joint representation of counsel and for good cause shown, it is

ORDERED THAT the Motion for Withdrawal is granted and Jeanne E. Noonan is granted leave to withdraw as counsel for CSXT. The Clerk is directed to remove Jeanne E. Noonan as counsel of record for CSXT and from the Court's Electronic Notification System for this case.

ENTERED 9 / 1 /2023

/s/ MSD
Mark S. Davis
Chief Judge

I ASK FOR THIS:

_/s/ Jeanne E. Noonan_
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
Jeanne E. Noonan (VSB No. 87863)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia  23510-1655
Tel.:  (757) 640-3716
Fax:  (757) 640-3966
rmcfarland@mcguirewoods.com
bhatch@mcguirewoods.com
vkdougherty@mcguirewoods.com
jnoonan@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
W. Cole Geddy (VSB No. 93511)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Tel.:  (804) 775-1000
Fax:  (804) 698-2026
bjustus@mcguirewoods.com
cgeddy@mcguirewoods.com

SEEN AND AGREED:

_/s/ Michael E. Lacy_
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-6061
E-mail: alan.wingfield@troutman.com
E-mail: michael.lacy@troutman.com
E-mail: massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Knudsen (VSB No. 90845)
TROUTMAN SANDERS LLP

222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7759
Facsimile: (757) 687-7510
E-mail: john.lynch@troutman.com
E-mail: kathleen.knudsen@troutman.com

*Counsel for Norfolk Southern Railway Company*


/s/ *James L. Chapman*
James L. Chapman IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Darius K. Davenport (VSB No. 74064)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
E-mail: jchapman@cwm-law.com
E-mail: wrsnow@cwm-law.com
E-mail: ddavenport@cwm-law.com

*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*