# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

CSX TRANSPORTATION, INC.,
individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Plaintiff,

v.                                        Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

      Defendants.

## CSX TRANSPORTATION INC.'S NOTICE REGARDING TAXING OF COSTS

Plaintiff CSX Transportation, Inc. ("CSX"), by counsel, hereby notifies the Court that it does not challenge the amount of costs calculated by the Clerk, as reflected in docket entries 659 and 660. CSX respectfully preserves its objection that costs cannot be awarded should the Court's judgment, on which the respective awards are based, be reversed or vacated through the appellate process. Costs are assessed to a prevailing party under Rule 54(d)(1), and the defendants would not be prevailing parties should the judgment be reversed or vacated on CSX's pending appeal. Payment of costs should be deferred until this Court's judgment is affirmed through all stages of appeal.

Dated: September 7, 2023                    Respectfully submitted,

                                                        **CSX TRANSPORTATION, INC.**
                                                        *By Counsel*

                                                        */s/ Benjamin L. Hatch*
                                                       Robert W. McFarland (VSB No. 24021)
                                                      Benjamin L. Hatch (VSB No. 70116)

V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
W. Cole Geddy (VSB No. 93511)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: cgeddy@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that on this 7th day of September, 2023, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

/s/ Benjamin L. Hatch
Robert W. McFarland (VSB No. 24021)
Benjamin L. Hatch (VSB No. 70116)
V. Kathleen Dougherty (VSB No. 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3930
E-mail: rmcfarland@mcguirewoods.com
E-mail: bhatch@mcguirewoods.com
E-mail: vkdougherty@mcguirewoods.com

J. Brent Justus (VSB No. 45525)
W. Cole Geddy (VSB No. 93511)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2026
E-mail: bjustus@mcguirewoods.com
E-mail: cgeddy@mcguirewoods.com

179006694_2