# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**CSX TRANSPORTATION, INC.,**

      **Plaintiff,**

v.                                        Civil Action No. 2:18-cv-530-MSD-RJK

**NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.*,

      **Defendants.**

## CONSENT MOTION FOR LEAVE TO WITHDRAW AS COUSNEL

Defendant Norfolk & Portsmouth Belt Line Railroad Company (the "Belt Line"), by counsel, respectfully moves the Court for leave for Alexander R. McDaniel, Esquire to withdraw as counsel of record for the defendant. Mr. McDaniel is no longer with Crenshaw, Ware & Martin, P.L.C ("CWM"). James L. Chapman and W. Ryan Snow of CWM will remain as counsel for the Belt Line.

All other parties have been notified and consent to the Motion. A proposed Order is attached hereto as Exhibit 1.

Dated: July 31, 2024                                       */s/ James L. Chapman*

                                                              James L. Chapman, IV, VSB No. 21983
                                                              W. Ryan Snow, VSB No. 47423
                                                              Crenshaw, Ware & Martin, P.L.C.
                                                               150 W. Main Street, Suite 1923
                                                               Norfolk, Virginia 23510
                                                               Telephone: (757) 623-3000
                                                                Facsimile: (757) 623-5735
                                                                jchapman@cwm-law.com
                                                               wrsnow@cwm-law.com
                                                                *Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2024, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James L. Chapman*