IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,

    Plaintiff,

v.                                     Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.*,

    Defendants.

## ORDER

THIS MATTER is before the Court on a motion for Alexander R. McDaniel, Esquire for leave to withdraw as counsel for Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line"). Upon due consideration, the motion is GRANTED and it is hereby ORDERED that counsel's appearance is withdrawn. He need not be served with any further pleadings, motions, or other papers in this action. The Clerk is directed to remove Alexander R. McDaniel as counsel of record for the Belt Line and from the Court's Electronic Notification System for this case.

It is so ORDERED.

ENTERED: July 31, 2024                     /s/ _____
                                                         Chief United States District Judge