# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 2, 2024

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  CSX Transportation, Inc.
             v. Norfolk Southern Railway Company, et al.
             No. 24-591
             (Your No. 23-1537)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 26, 2024 and placed on the docket December 2, 2024 as No. 24-591.

                         Sincerely,

                         **Scott S. Harris**, Clerk

                         by

                         Sara Simmons
                         Case Analyst