**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

CSX TRANSPORTATION, INC.,
Individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

          Plaintiff,

v.                                    Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, *et al.,*

          Defendants.

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Alan D. Wingfield hereby moves this honorable Court, pursuant to Local Civil Rule 83.1(a), to grant leave to withdraw as counsel of record for Defendant Norfolk Southern Railway Company ("NS"). Movant's last day at Troutman Pepper Hamilton Sanders LLP is December 31, 2024. NS will continue to be represented by lawyers with Troutman Pepper Hamilton Sanders LLP and Skadden, Arps, Slate, Meagher & Flom LLP, and this withdrawal will cause no prejudice to the parties.

WHEREFORE, Mr. Wingfield respectfully requests the Court enter the attached Order allowing him to withdraw as counsel, and that the Clerk's office remove his name from the list of individuals in receipt of notices via the CM/ECF system.

Dated:  December 23, 2024			Respectfully submitted,

**NORFOLK SOUTHERN RAILWAY COMPANY**


/s/ *Alan D. Wingfield*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:  804-697-1200
Facsimile:  804-698-6061
alan.wingfield@troutman.com
michael.lacy@troutman.com
massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Hutchenreuther (VSB No. 90845)
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  757-687-7500
Facsimile:  757-687-7510
john.lynch@troutman.com
kathleen.hutchenreuther@troutman.com

Tara L. Reinhart (*admitted pro hac vice*)
Thomas R. Gentry (*admitted pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:  202-371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com

*Counsel for Norfolk Southern Railway Company*

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of December 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send notifications of the filing to all counsel of record.

/s/ *Alan D. Wingfield*