IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSX TRANSPORTATION, INC.,
Individually and on behalf of NORFOLK
& PORTSMOUTH BELT LINE
RAILROAD COMPANY,

               Plaintiff,

v.                                Civil Action No. 2:18-cv-530-MSD-RJK

NORFOLK SOUTHERN RAILWAY
COMPANY, et al.,

               Defendants.

## ORDER

On the Motion for Leave to Withdraw as Counsel of Alan D. Wingfield ("Motion for Withdrawal") as counsel of record for Defendant Norfolk Southern Railway Company ("NS") and for good cause shown, it is

ORDERED THAT the Motion for Withdrawal is granted and Alan D. Wingfield is granted leave to withdraw as counsel for NS. The Clerk is directed to remove Alan D. Wingfield as counsel of record for NS and from the Court's Electronic Notification System for this case.

ENTERED: 12 / 30 / 24

/s/ [signature]
Mark S. Davis
Chief Judge

**I ASK FOR THIS:**


*/s/ Alan D. Wingfield*
Alan D. Wingfield (VSB No. 27489)
Michael E. Lacy (VSB No. 48477)
Massie P. Cooper (VSB No. 82510)
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:  804-697-1200
Facsimile:  804-698-6061
alan.wingfield@troutman.com
michael.lacy@troutman.com
massie.cooper@troutman.com

John C. Lynch (VSB No. 39267)
Kathleen M. Hutchenreuther (VSB No. 90845)
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  757-687-7537
Facsimile:  757-687-1546
John.lynch@troutman.com
Kathleen.hutchenreuther@troutman.com

Tara L. Reinhart (*admitted pro hac vice*)
Thomas R. Gentry (*admitted pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:  202-371-7000
Tara.reinhart@skadden.com
Thomas.gentry@skadden.com
    *Counsel for Norfolk Southern Railway Company*